# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT
## CIVIL APPEAL PRE-ARGUMENT STATEMENT (FORM C)

**1. SEE NOTICE ON REVERSE**          **2. PLEASE TYPE OR PRINT**          **3. STAPLE ALL ADDITIONAL PAGES**

| Case Caption: | District Court or Agency: | Judge: |
|---|---|---|
| Syntel Sterling Best Shores Mauritius Limited, et al. v. The Trizetto Group, Inc., et al. | SDNY | Lorna G. Schofield |
| | Date the Order or Judgment Appealed from was Entered on the Docket: 04/29/2026 | District Court Docket No.: 1:15-cv-211 |
| | Date the Notice of Appeal was Filed: 05/19/2026 | Is this a Cross Appeal? ☐ Yes ☑ No |

| Attorney(s) for Appellant(s): ☑ Plaintiff ☐ Defendant | Counsel's Name: Address: Telephone No.: Fax No.: E-mail: |
|---|---|
| | Jaren Janghorbani, Paul, Weiss, Rifkind, Wharton & Garrison LLP 1285 Avenue of the Americas New York, NY 10019 Tel.: 212-373-3000     Email: jjanghorbani@paulweiss.com |

| Attorney(s) for Appellee(s): ☐ Plaintiff ☑ Defendant | Counsel's Name: Address: Telephone No.: Fax No.: E-mail: |
|---|---|
| | John O'Quinn, Kirkland & Ellis LLP 1301 Pennsylvania Avenue, N.W. Washington, D.C. 20004 Phone: +1 202 389 5191 Email: john.oquinn@kirkland.com |

| Has Transcript Been Prepared? Yes | Approx. Number of Transcript Pages: 839 | Number of Exhibits Appended to Transcript: 0 | Has this matter been before this Circuit previously? ☑ Yes ☐ No |
|---|---|---|---|
| | | | If Yes, provide the following: Case Name: Syntel Sterling Best Shores Mauritius, Ltd., et al. v. The TriZetto Grp., Inc., et al. |
| | | | 2d Cir. Docket No.: 21-1370; 24-3088     Reporter Citation: (i.e., F.3d or Fed. App.) 68 F.4th 792 |

***ADDENDUM "A"*:** COUNSEL MUST ATTACH TO THIS FORM: (1) A BRIEF, BUT NOT PERFUNCTORY, DESCRIPTION OF THE NATURE OF THE ACTION; (2) THE RESULT BELOW; (3) A COPY OF THE NOTICE OF APPEAL AND A CURRENT COPY OF THE LOWER COURT DOCKET SHEET; AND (4) A COPY OF ALL RELEVANT OPINIONS/ORDERS FORMING THE BASIS FOR THIS APPEAL, INCLUDING TRANSCRIPTS OF ORDERS ISSUED FROM THE BENCH OR IN CHAMBERS.

***ADDENDUM "B"*:** COUNSEL MUST ATTACH TO THIS FORM A LIST OF THE ISSUES PROPOSED TO BE RAISED ON APPEAL, AS WELL AS THE APPLICABLE APPELLATE STANDARD OF REVIEW FOR EACH PROPOSED ISSUE.

### PART A:  JURISDICTION

| 1. Federal Jurisdiction | 2. Appellate Jurisdiction |
|---|---|
| ☐ U.S. a party     ☑ Diversity | ☑ Final Decision     ☐ Order Certified by District Judge (i.e., Fed. R. Civ. P. 54(b)) |
| ☐ Federal question (U.S. not a party)     ☐ Other (specify): _____ | ☐ Interlocutory Decision Appealable As of Right     ☐ Other (specify): _____ |

## IMPORTANT.  COMPLETE AND SIGN REVERSE SIDE OF THIS FORM.

FORM C  (Rev. October  2025)

## PART B: DISTRICT COURT DISPOSITION (Check as many as apply)

**1. Stage of Proceedings**

- [ ] Pre-trial
- [ ] During trial
- [x] After trial

**2. Type of Judgment/Order Appealed**

- [ ] Default judgment
- [ ] Dismissal/FRCP 12(b)(1) lack of subject matter juris.
- [ ] Dismissal/FRCP 12(b)(6) failure to state a claim
- [ ] Dismissal/28 U.S.C. § 1915(e)(2) frivolous complaint
- [ ] Dismissal/28 U.S.C. § 1915(e)(2) other dismissal
- [ ] Dismissal/other jurisdiction
- [ ] Dismissal/merit
- [ ] Judgment / Decision of the Court
- [ ] Summary judgment
- [ ] Declaratory judgment
- [x] Jury verdict
- [x] Judgment NOV
- [ ] Directed verdict
- [x] Other (specify): Order Granting New Trial

**3. Relief**

- [x] Damages:
  - [ ] Sought: $ _____
  - [x] Granted: $ 297,938,017
  - [ ] Denied: $ _____
- [x] Injunctions:
  - [ ] Preliminary
  - [x] Permanent
  - [ ] Denied

## PART C: NATURE OF SUIT (Check as many as apply)

**1. Federal Statutes**

- [ ] Antitrust
- [ ] Bankruptcy
- [ ] Banks/Banking
- [ ] Civil Rights
- [ ] Commerce
- [ ] Energy
- [ ] Commodities
- [x] Other (specify): Defend Trade Secret Act
- [ ] Communications
- [ ] Consumer Protection
- [x] Copyright [ ] Patent
- [ ] Trademark
- [ ] Election
- [ ] Soc. Security
- [ ] Environmental
- [ ] Freedom of Information Act
- [ ] Immigration
- [ ] Labor
- [ ] OSHA
- [ ] Securities
- [ ] Tax

**2. Torts**

- [ ] Admiralty/ Maritime
- [ ] Assault / Defamation
- [ ] FELA
- [ ] Products Liability
- [ ] Other (Specify):

**3. Contracts**

- [ ] Admiralty/ Maritime
- [ ] Arbitration
- [x] Commercial
- [ ] Employment
- [ ] Insurance
- [ ] Negotiable Instruments
- [ ] Other Specify

**4. Prisoner Petitions**

- [ ] Civil Rights
- [ ] Habeas Corpus
- [ ] Mandamus
- [ ] Parole
- [ ] Vacate Sentence
- [ ] Other

**5. Other**

- [ ] Hague Int'l Child Custody Conv.
- [ ] Forfeiture/Penalty
- [ ] Real Property
- [ ] Treaty (specify): _____
- [ ] Other (specify): _____

**6. General**

- [ ] Arbitration
- [ ] Attorney Disqualification
- [ ] Class Action
- [ ] Counsel Fees
- [ ] Shareholder Derivative
- [ ] Transfer

**7. Will appeal raise constitutional issue(s)?**

- [x] Yes
- [ ] No

Will appeal raise a matter of first impression?

- [ ] Yes
- [x] No

---

1. Is any matter relative to this appeal still pending below? [ ] Yes, specify: _____ [x] No

2. To your knowledge, is there any case presently pending or about to be brought before this Court or another court or administrative agency which:

   (A) Arises from substantially the same case or controversy as this appeal? [x] Yes [ ] No

   (B) Involves an issue that is substantially similar or related to an issue in this appeal? [ ] Yes [x] No

If yes, state whether [ ] "A," or [ ] "B," or [ ] both are applicable, and provide in the spaces below the following information on the *other* action(s):

| Case Name: | Docket No. | Citation: | Court or Agency: |
|---|---|---|---|
| Syntel Sterling Best Shores Mauritius Limited v. The Trizetto Group, Inc. | 26-1518 | | Second Circuit Court of Appeals |

| Name of Appellant: |
|---|

| Date: 06/02/2026 | Signature of Counsel of Record: /s/ Jaren Janghorbani |
|---|---|

## NOTICE TO COUNSEL

**Once you have filed your Notice of Appeal with the District Court or the Tax Court, you have only 14 days in which to complete the following important steps:**

1. Complete this Civil Appeal Pre-Argument Statement (Form C); serve it upon all parties, and file it with the Clerk of the Second Circuit in accordance with LR 25.1.

2. File the Court of Appeals Transcript Information/Civil Appeal Form (Form D) with the Clerk of the Second Circuit in accordance with LR 25.1.

3. Pay the $605 docketing fee to the United States District Court or the $600 docketing fee to the United States Tax Court unless you are authorized to prosecute the appeal without payment.

**PLEASE NOTE: IF YOU DO NOT COMPLY WITH THESE REQUIREMENTS WITHIN 14 DAYS, YOUR APPEAL WILL BE DISMISSED.** *SEE* LOCAL RULE 12.1.

**FORM C** (Rev. October 2025)

**ADDENDUM A**

1.  <u>Description of the Nature of the Action and Result in the District Court</u>

      **A.      Background**

Syntel Sterling Best Shores Mauritius Limited and Syntel, Inc. (together, "Syntel") form a technology and business services company that provides software-development and platform-management services to its clients. The TriZetto Group, Inc. and Cognizant Technology Solutions Corp. (together, "TriZetto") form a healthcare information-technology company that owns and licenses healthcare software called FACETS. In 2010, Syntel entered into an agreement with TriZetto to provide software services to TriZetto's FACETS customers. When Cognizant acquired TriZetto in 2014, Syntel exercised its right to terminate the agreement, and a dispute arose regarding reimbursement of rebates to Syntel and use of the parties' confidential information.

Syntel sued TriZetto for breach of contract, misappropriation of Syntel's confidential information, and intentional interference with Syntel's contractual relations. TriZetto filed counterclaims alleging that Syntel misappropriated trade secrets in violation of the Defend Trade Secrets Act ("DTSA") and New York law, infringed TriZetto's copyrights, breached the parties' contract, breached the implied covenant of good faith and fair dealing, engaged in unfair competition, and tortuously interfered with prospective business relations.

      **B.      First Trial And Appeal**

A jury trial was held from October 19 to October 27, 2020, on all of Syntel's claims and on TriZetto's trade-secret claims under the DTSA and New York law and TriZetto's copyright claims. The jury returned a verdict in favor of TriZetto, finding that Syntel misappropriated one or more of TriZetto's trade secrets in violation of the DTSA, misappropriated one or more of TriZetto's trade secrets in violation of New York law, and infringed one or more of TriZetto's copyrights. The jury awarded TriZetto $284,855,192 in compensatory damages and $569,710,384 in punitive damages. The jury also found that TriZetto did not breach the parties' contract, that TriZetto did not misappropriate Syntel's confidential information, and that TriZetto did not intentionally interfere with any of Syntel's contracts.

After trial, Syntel moved for judgment as a matter of law or, in the alternative, a new trial or remittitur. TriZetto moved for a permanent injunction and prejudgment and post-judgment interest. On April 20, 2021, the district court denied Syntel's motions for judgment as a matter of law or a new trial but granted in part Syntel's motion for remittitur. In particular, the court ordered a new trial unless TriZetto agreed to remittitur of the punitive damages from $569,710,384 to

1

$284,855,192.  TriZetto agreed to remittitur.  On May 18, 2021, the district court entered final judgment.

Syntel appealed, arguing (among other things) that TriZetto failed to prove liability on each of its trade-secret claims and that avoided costs were not available as damages under DTSA.  Syntel further noted that, if the compensatory damages award were adjusted, the punitive damages award would need to be adjusted accordingly.  On May 25, 2023, this Court affirmed the liability judgment but vacated the damages award, agreeing with Syntel that avoided costs were not available.  The Court remanded the case to the district court for further proceedings consistent with its opinion, specifically providing that lost profit damages under the DTSA were not to be revisited.

### C.        Proceedings After Remand And Second Trial

On remand, the parties submitted supplemental briefing regarding the damages awards, and TriZetto moved for a new trial on compensatory damages.  Syntel opposed TriZetto's request for a new trial, including on the grounds that this Court's mandate from the earlier appeal foreclosed a new trial on damages, and that TriZetto forfeited its right to seek a new trial on damages.  In its briefing, Syntel argued (among other things) that the punitive damages award must be vacated or reduced.  The district court granted TriZetto's motion for a new trial.

Syntel sought an interlocutory appeal under 28 U.S.C. § 1292(b) of the district court's order, requesting the certification of two questions regarding the scope of this Court's mandate.  The district court certified the question of whether this Court's mandate permitted the district court to order a new trial on compensatory damages.  On March 7, 2025, this Court denied leave to appeal.

In the district court, Syntel filed a motion to bar and to preclude certain evidence, arguing that the presentation of such evidence would violate Syntel's Seventh Amendment rights.  The district court denied Syntel's motion.

A second jury trial on compensatory damages was held from June 24 to June 30, 2025.  The jury returned a verdict in favor of TriZetto, awarding damages of $69,977,813 for misappropriation of trade secrets under New York law, $59,700,000 for misappropriation of trade secrets under the DTSA, and $65,261,913 for copyright infringement.

After trial, Syntel moved for judgment as a matter of law or remittitur, arguing that the damages trial violated this Court's mandate and Syntel's Seventh Amendment rights, and that the trial evidence did not support the jury's award.  Separately, Syntel filed a renewed motion to alter or amend the judgment regarding punitive damages, which had remained in place since the first trial despite this Court's opinion vacating the compensatory-damages award on which the punitive

damages were based. TriZetto moved for attorneys' fees, pre-judgment and post-judgment interest, and costs.

2.      The Result in the District Court

On March 27, 2026, the district court denied Syntel's motion for judgment as a matter of law or remittitur but granted Syntel's motion to amend the punitive-damages award, ordering a new trial unless TriZetto agreed to remittitur the punitive damages from $284,855,192 to $139,955,626. Upon TriZetto's request, the district court ordered the reduction of punitive damages to $139,955,626 without requiring TriZetto to accept remittitur.

The same day, the district court granted in part TriZetto's motion for attorney's fees, pre-judgment and post-judgment interest, and costs, awarding TriZetto $12,395,484.50 in attorney's fees under federal law, pre-judgment interest under New York law, post-judgment interest under federal law, and costs under federal law.

On April 29, 2026, the district court entered an amended final judgment, awarding TriZetto $69,977,813 in compensatory damages, $139,955,626 in punitive damages, $26,944,477.48 in attorney's fees, approximately $61,035,610 in pre-judgment interest, and costs under federal law.

3.      Notice of Appeal and District Court Docket Sheet

Attached as Exhibit 1 is a copy of Syntel's notice of appeal, filed May 19, 2026.

Attached as Exhibit 2 is a copy of the current district-court docket sheet.

4.      Relevant Opinions/Orders Forming the Basis of the Appeal

Attached as Exhibit 3 is a copy of the district court's opinion and order dated March 27, 2026, denying Syntel's motion for judgment as a matter of law or remittitur and granting Syntel's motion to amend or alter the judgment regarding punitive damages.

Attached as Exhibit 4 is a copy of the district court's opinion and order dated March 27, 2026, granting TriZetto's motion for attorneys' fees, pre-judgment and post-judgment interest, and costs.

Attached as Exhibit 5 is a copy of the district court's amended final judgment, dated April 29, 2026.

Attached as Exhibit 6 is a copy of the district court's order granting a new trial on compensatory damages, dated October 23, 2024.

**ADDENDUM B**

## A.     Issues To Be Raised On Appeal

1.     Whether the district court erred in denying Syntel's motion for judgment as a matter of law.

2.     Whether the district court erred in denying Syntel's motion for remittitur.

3.     Whether the district court erred in granting in part TriZetto's motion for attorney's fees, pre-judgment and post-judgment interest, and costs.

4.     Whether the district court erred in ordering a new trial outside the scope of this Court's mandate in the previous appeal.

5.     Whether the district court's order granting a new trial on compensatory damages violated Syntel's Seventh Amendment rights.

## B.     Applicable Appellate Standard Of Review

This Court applies de novo review to the denial of a motion for judgment as a matter of law.  *See Edelman* v. *NYU Langone Health System*, 141 F.4th 28, 41 (2d Cir. 2025).

This Court applies abuse-of-discretion review to a district court's denial of a post-trial motion for remittitur.  *See Carroll* v. *Trump*, 151 F.4th 50, 80 (2d Cir. 2025).

This Court applies de novo review to the question whether state law governs an award of pre-judgment interest.   *See Dormitory Authority of New York* v. *Continental Casualty Co.*, 756 F.3d 166, 170 (2d Cir. 2014).  This Court applies abuse-of-discretion review to a district court's award of pre-judgment interest and attorney's fees.  *See Lanesborough 2000, LLC* v. *Nextres, LLC*, 167 F.4th 33, 44 (2d Cir. 2026) (pre-judgment interest); *Shapiro* v. *Social Security Administration*, 160 F.4th 347, 354 (2d Cir. 2025) (attorney's fees).

This Court applies de novo review to the question whether the district court complied with an earlier mandate of this Court.  *See Callahan* v. *County of Suffolk*, 96 F.4th 362, 367 (2d Cir. 2024).

This Court applies de novo review to the question whether a party's Seventh Amendment rights were violated.  *See Verizon Communications Inc.* v. *FCC*, 156 F.4th 86, 94 (2d Cir. 2025).

# Exhibit 1

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SYNTEL STERLING BEST SHORES MAURITIUS LIMITED, and SYNTEL, INC., <br><br>       Plaintiffs and Counterclaim-Defendants, <br><br> v. <br><br> THE TRIZETTO GROUP, INC. and COGNIZANT TECHNOLOGY SOLUTIONS CORP., <br><br>       Defendants and Counterclaim Plaintiffs. | Case No. 1:15-CV-00211-LGS-SDA <br><br> Hon. Lorna G. Schofield |

## <u>NOTICE OF APPEAL</u>

Plaintiffs/Counterclaim-Defendants Syntel Sterling Best Shores Mauritius Limited and Syntel, Inc. appeal to the United States Court of Appeals for the Second Circuit from the Amended Final Judgment entered on April 29, 2026 (D.I. 1705).

/s/ *Jaren Janghorbani*
Jaren Janghorbani
PAUL, WEISS, RIFKIND,
  WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Tel: (212) 373-3000
Fax: (212) 757-3990
Email: jjanghorbani@paulweiss.com

*Counsel for Plaintiffs/Counterclaim-Defendants Syntel Sterling Best Shores Mauritius Limited and Syntel, Inc.*

# Exhibit 2

CLOSED,APPEAL,CASREF,ECF

# U.S. District Court
## Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:15-cv-00211-LGS-SDA

Syntel Sterling Best Shores Mauritius Limited v. The Trizetto Group, Inc. et al
Assigned to: Judge Lorna G. Schofield
Referred to: Magistrate Judge Stewart D. Aaron
Cause: 28:1332 Diversity Action

Date Filed: 01/12/2015
Date Terminated: 04/29/2026
Jury Demand: Defendant
Nature of Suit: 190 Contract: Other
Jurisdiction: Federal Question

**Plaintiff**

**Syntel Sterling Best Shores Mauritius Limited**

represented by **Emily A. Vance**
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019
212-373-3000
Email: evance@paulweiss.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gregory Frederick Laufer**
Paul Weiss (NY)
1285 Avenue of the Americas
New York, NY 10019
(212)-373-3000
Fax: (212)-492-0441
Email: glaufer@paulweiss.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**J. Steven Baughman**
Groombridge, Wu, Baughman & Stone LLP
801 17th Street NW
Suite 1050
Washington, DC 20006
202-505-5832
Email: steve.baughman@groombridgewu.com
*TERMINATED: 12/01/2022*
*LEAD ATTORNEY*

**Jaren Elizabeth Janghorbani**
Paul Weiss (NY)
1285 Avenue of the Americas
New York, NY 10019
(212) 373-3000 x3211

Fax: (212) 492-0211
Email: jjanghorbani@paulweiss.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Louis M. Solomon**
Greenberg Traurig, LLP (NY)
200 Park Avenue
New York, NY 10166
212-801-6500
Fax: 212-805-5529
Email: lsolomon@reedsmith.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nicholas Groombridge**
Groombridge, Wu, Baughman & Stone LLP
565 Fifth Avenue
Suite 2900
New York, NY 10017
332-269-0031
Email:
nick.groombridge@groombridgewu.com
*TERMINATED: 12/01/2022*
*LEAD ATTORNEY*

**Peter Neil Wang**
Foley & Lardner, LLP
90 Park Avenue
New York, NY 10016
(212)682 7474
Fax: (212) 687-2329
Email: pwang@foley.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Tiana Voegelin**
Paul, Weiss, Rifkind, Wharton & Garrison
LLP
1285 Avenue of the Americas
New York, NY 10019
212-373-3000
Email: tvoegelin@paulweiss.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew Wright Clark**
Honigman Miller Schwartz Cohn
2290 First Nat'l Building/660 Woodward
Ave
Detroit, MI 48226
(313)-465-7282
Email: aclark@honigman.com
*TERMINATED: 09/21/2016*

**Anne Berkowitz Sekel**
Foley & Lardner, LLP
90 Park Avenue
New York, NY 10016
(212)-682-7474
Fax: (212)-682-2329
Email: asekel@foley.com
*ATTORNEY TO BE NOTICED*

**Brian Bradford Garrett**
Sheppard, Mullin, Richter & Hampton, LLP
(NYC)
30 Rockefeller Plaza, 24th Fl.
New York, NY 10112
(212)-634-3068
Email: bgarrett@sheppardmullin.com
*TERMINATED: 10/03/2016*

**Cecilia Copperman**
Foley Hoag LLP
1301 Avenue of the Americas
25th Floor
New York, NY 10019
212-812-0435
Email: ccopperman@foleyhoag.com
*TERMINATED: 03/25/2022*

**Crystal Lohmann Parker**
Paul, Weiss, Rifkind, Wharton & Garrison
LLP
1285 Ave. of the Americas
Ste 2816b
New York, NY 10019
212-373-3000
Email: cparker@paulweiss.com
*ATTORNEY TO BE NOTICED*

**Harold S. Shaftel**
Greenberg Traurig, LLP
One Vanderbilt Avenue
New York, NY 10017
212-801-2164
Fax: 212-801-6400
Email: shaftelh@gtlaw.com
*ATTORNEY TO BE NOTICED*

**Jeff Kern**
Sheppard Mullin Richter & Hampton LLP
30 Rockefeller Plaza
New York, NY 10112
(212) 634-3075
Fax: (212) 655-1741
Email: jkern@sheppardmullin.com

*TERMINATED: 02/28/2017*

**Joshua D. Reich**
Groombridge, Wu, Baughman & Stone LLP
565 Fifth Avenue
New York, NY 10017
332-269-0024
Email: joshua.reich@groombridgewu.com
*TERMINATED: 12/01/2022*

**Kripa Anand Raman**
Paul Weiss (NY)
1285 Avenue of the Americas
New York, NY 10019
(212)-373-3295
Fax: (212)-492-0295
Email: kraman@paulweiss.com
*ATTORNEY TO BE NOTICED*

**Matthew George Mrkonic**
Honigman Miller Schwartz and Cohn, LLP
660 Woodward Ave
Detroit, MI 48226
(313) 465-7614
Email: mmrkonic@honigman.com
*TERMINATED: 09/21/2016*

**Melissa Alpert**
K&L Gates LLP
210 Sixth Avenue
Pittsburgh, PA 15222
412-355-3779
Email: Melissa.Alpert@klgates.com
*TERMINATED: 02/03/2021*

**Norman C. Ankers**
Foley & Lardner
500 Woodward Ave., Suite 2700
Detroit, MI 48226
(313)-234-7100
Fax: 313-234-2800
Email: NAnkers@foley.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Phoebe King**
Paul, Weiss, Rifkind, Wharton & Garrison
LLP
1285 Avenue of the Americas
New York, NY 10019
212-373-3000
Email: pking@paulweiss.com
*ATTORNEY TO BE NOTICED*

**Rena Andoh**
Benesch Friedlander Coplan & Aronoff
1155 6th Avenue
26th Floor
New York, NY 10036
646-777-0043
Email: randoh@beneschlaw.com
*TERMINATED: 02/28/2017*

**Robert Sanford Friedman**
Sheppard, Mullin, Richter & Hampton, LLP
(NYC)
30 Rockefeller Plaza, 24th Fl.
New York, NY 10112
(212)-653-8700
Fax: (212) 653-8701
Email: rfriedman@sheppardmullin.com
*TERMINATED: 02/28/2017*

**Robert S. Weisbein**
Foley & Lardner, LLP
90 Park Avenue
New York, NY 10016
(212) 682-7474
Fax: (212) 687-2329
Email: RWeisbein@foley.com
*ATTORNEY TO BE NOTICED*

**Todd C. Norbitz**
Foley & Lardner, LLP
90 Park Avenue
New York, NY 10016
212-682-7474
Fax: 212-687-2329
Email: tnorbitz@foley.com
*ATTORNEY TO BE NOTICED*

**Victor De Gyarfas**
Foley & Lardner, LLP
555 S. Flower Street, #3500
Los Angeles, CA 90071
(213)-972-4613
Fax: (213)-486-0065
Email: vdegyarfas@foley.com *(Inactive)*
*ATTORNEY TO BE NOTICED*

**William Robinson**
Foley & Lardner, LLP
555 South Flower Street, Suite 3500
Los Angeles, CA 90071
(213)-972-4599
Email: wrobinson@foley.com *(Inactive)*
*ATTORNEY TO BE NOTICED*

**Yonaton Aronoff**
Harris St. Laurent & Wechsler LLP
40 Wall St.
Ste 53 FL
New York
New York, NY 10005
212-397-3370
Email: yaronoff@hs-law.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Syntel, Inc.**                    represented by    **Emily A. Vance**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gregory Frederick Laufer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**J. Steven Baughman**
(See above for address)
*TERMINATED: 12/01/2022*
*LEAD ATTORNEY*

**Jaren Elizabeth Janghorbani**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nicholas Groombridge**
(See above for address)
*TERMINATED: 12/01/2022*
*LEAD ATTORNEY*

**Peter Neil Wang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew Wright Clark**
(See above for address)
*TERMINATED: 09/21/2016*

**Anne Berkowitz Sekel**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Brian Bradford Garrett**
(See above for address)
*TERMINATED: 10/03/2016*

**Crystal Lohmann Parker**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Harold S. Shaftel**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeff Kern**
(See above for address)
*TERMINATED: 02/28/2017*

**Matthew George Mrkonic**
(See above for address)
*TERMINATED: 09/21/2016*

**Norman C. Ankers**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Phoebe King**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rena Andoh**
(See above for address)
*TERMINATED: 02/28/2017*

**Robert Sanford Friedman**
(See above for address)
*TERMINATED: 02/28/2017*

**Robert S. Weisbein**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Todd C. Norbitz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Victor De Gyarfas**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William Robinson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Yonaton Aronoff**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Louis M. Solomon**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Movant**

**Brian Garrett**                                    represented by **Brian Garrett**
                                                                   PRO SE


**Movant**

**Jeff Kern**                                        represented by **Jeff Kern**
                                                                   PRO SE

                                                                   **Jeff Kern**
                                                                   (See above for address)
                                                                   *TERMINATED: 02/28/2017*


**Movant**

**Rena Andoh**                                       represented by **Rena Andoh**
                                                                   PRO SE

                                                                   **Jeff Kern**
                                                                   (See above for address)
                                                                   *TERMINATED: 02/28/2017*


**Movant**

**Robert S. Friedman**                               represented by **Robert S. Friedman**
                                                                   PRO SE

                                                                   **Jeff Kern**
                                                                   (See above for address)
                                                                   *TERMINATED: 02/28/2017*


V.

**Defendant**

**The Trizetto Group, Inc.**                         represented by **Adam R. Alper**
                                                                   Kirkland & Ellis LLP
                                                                   300 N. Lasalle
                                                                   Chicago, IL 60654
                                                                   (415)-439-1876
                                                                   Email: adam.alper@kirkland.com
                                                                   *ATTORNEY TO BE NOTICED*

                                                                   **Adam M. Kaufmann**
                                                                   Barnes & Thornburg LLP
                                                                   One N. Wacker Drive
                                                                   Suite 4400
                                                                   Chicago, IL 60606
                                                                   312-214-8319
                                                                   Email: adam.kaufmann@btlaw.com
                                                                   *TERMINATED: 06/04/2021*

                                                                   **Andrew John Morrill**
                                                                   Kirkland & Ellis LLP

695 Town Center Drive, Ste. 1700
Costa Mesa, CA 92626
714-982-8822
Email: drew.morrill@kirkland.com
*TERMINATED: 02/10/2026*

**Benjamin Herbert**
Procopio
200 Spectrum Center Dr., Suite 1650
Irvine, CA 92618
202-441-5465
Email: benjamin.herbert@procopio.com
*TERMINATED: 01/03/2023*

**Gavin Moler**
Kirkland & Ellis LLP
333 South Hope Street
Los Angeles, CA 90071
213-680-8277
Email: gavin.moler@kirkland.com
*ATTORNEY TO BE NOTICED*

**Gianni L Cutri**
Kirkland & Ellis LLP
333 West Wolf Point Plaza
Chicago, IL 60654
312-862-2000
Email: gcutri@kirkland.com
*ATTORNEY TO BE NOTICED*

**Jacob Cristian Rambeau**
Honigman LLP
39400 Woodward Avenue
Suite 101
Bloomfield Hills, MI 48304-5151
248-566-8300
Email: jrambeau@honigman.com
*TERMINATED: 02/03/2026*

**James Ellis Brandt**
Latham & Watkins LLP
1271 Avenue of the Americas
New York, NY 10020
212-906-1200
Fax: 212-751-4864
Email: james.brandt@lw.com
*TERMINATED: 12/21/2015*

**Jared Michael Barcenas**
Kirkland & Ellis LLP (NYC)
601 Lexington Avenue
New York, NY 10022
(212)-446-5907
Email: jared.barcenas@kirkland.com

*TERMINATED: 11/08/2018*

**Jeff G. Hammel**
Latham & Watkins
1271 Avenue of the Americas
New York, NY 10020
212-906-1200
Email: jeff.hammel@lw.com
*TERMINATED: 12/21/2015*

**Joshua Levicoff Simmons**
Kirkland & Ellis LLP (NYC)
601 Lexington Avenue
New York, NY 10022
(212) 446-4800
Fax: (212) 446-4900
Email: joshua.simmons@kirkland.com
*ATTORNEY TO BE NOTICED*

**Justin Singh**
Avantech Law, LLP
2029 Century Park East
Suite 400n
Los Angeles, CA 90067
310-772-2200
Email: singh@avantechlaw.com
*TERMINATED: 02/10/2026*

**Kyle Michael Kantarek**
Kirkland & Ellis LLP (IL)
300 North LaSalle Street
Chicago, IL 60654
312 862 3646
Email: kyle.kantarek@kirkland.com
*ATTORNEY TO BE NOTICED*

**Leslie Marie Schmidt**
Kirkland & Ellis LLP (NYC)
601 Lexington Avenue
New York, NY 10022
(212)-446-4800
Fax: (212)-446-4900
Email: leslie.schmidt@kirkland.com
*ATTORNEY TO BE NOTICED*

**Michael W De Vries**
Kirkland & Ellis LLP
695 Town Center Drive
Suite 1700
Costa Mesa, CA 92626
714-982-8822
Email: michael.devries@kirkland.com
*ATTORNEY TO BE NOTICED*

**Patricia Ann Carson**
Kirkland & Ellis LLP (NYC)
601 Lexington Avenue
New York, NY 10022
212-446-4800
Fax: 212-446-4900
Email: patricia.carson@kirkland.com
*ATTORNEY TO BE NOTICED*

**Paul Anthony Serritella**
Latham & Watkins LLP
885 Third Ave.
New York, NY 10022
(212)-906-1632
Fax: 212 751 4864
Email: paul.serritella@lw.com
*TERMINATED: 12/21/2015*

**Phillip Aaron Lee Hill**
Covington & Burling LLP
30 Hudson Yards
New York, NY 10001
212-841-1000
Email: pahill@cov.com
*TERMINATED: 04/20/2020*

**Rajat Khanna**
Kirkland & Ellis LLP (IL)
300 North LaSalle Street
Chicago, IL 60654
(312)-862-3025
Fax: (312)-862-2200
Email: rajat.khanna@kirkland.com
*TERMINATED: 06/19/2020*

**Ryan Patrick Kane**
Kirkland & Ellis LLP (NYC)
601 Lexington Avenue
New York, NY 10022
(212) 446-4806
Fax: (212) 446-6460
Email: ryan.kane@kirkland.com
*ATTORNEY TO BE NOTICED*

**Samuel Francis Blake**
Kirkland & Ellis LLP
2049 Century Park East
Los Angeles, CA 90067
213-680-8115
Fax: 310-552-5900
Email: samuel.blake@kirkland.com
*ATTORNEY TO BE NOTICED*

**Sarah Malke Lightdale**

Latham & Watkins LLP
1271 Avenue of the Americas
New York, NY 10020
212-906-1200
Email: sarah.lightdale@lw.com
*TERMINATED: 12/21/2015*

**Defendant**

**Cognizant Technology Solutions Corp.**          represented by     **Adam R. Alper**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Adam M. Kaufmann**
(See above for address)
*TERMINATED: 06/04/2021*

**Andrew John Morrill**
(See above for address)
*TERMINATED: 02/10/2026*

**Benjamin Herbert**
(See above for address)
*TERMINATED: 01/03/2023*

**Gavin Moler**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Gianni L Cutri**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jacob Cristian Rambeau**
(See above for address)
*TERMINATED: 02/03/2026*

**James Ellis Brandt**
(See above for address)
*TERMINATED: 12/21/2015*

**Jared Michael Barcenas**
(See above for address)
*TERMINATED: 11/08/2018*

**Jeff G. Hammel**
(See above for address)
*TERMINATED: 12/21/2015*

**Joshua Levicoff Simmons**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Justin Singh**
(See above for address)

*TERMINATED: 02/10/2026*

**Kyle Michael Kantarek**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Leslie Marie Schmidt**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael W De Vries**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patricia Ann Carson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Paul Anthony Serritella**
(See above for address)
*TERMINATED: 12/21/2015*

**Phillip Aaron Lee Hill**
(See above for address)
*TERMINATED: 04/20/2020*

**Rajat Khanna**
(See above for address)
*TERMINATED: 06/19/2020*

**Ryan Patrick Kane**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Samuel Francis Blake**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sarah Malke Lightdale**
(See above for address)
*TERMINATED: 12/21/2015*

**Counter Claimant**

**Cognizant Technology Solutions Corp.**          represented by **Gianni L Cutri**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James Ellis Brandt**
(See above for address)
*TERMINATED: 12/21/2015*

**Jared Michael Barcenas**
(See above for address)
*TERMINATED: 11/08/2018*

**Jeff G. Hammel**
(See above for address)
*TERMINATED: 12/21/2015*

**Phillip Aaron Lee Hill**
(See above for address)
*TERMINATED: 04/20/2020*

**Sarah Malke Lightdale**
(See above for address)
*TERMINATED: 12/21/2015*

**Counter Claimant**

**The Trizetto Group, Inc.**                represented by **Brian A Verbus**
Kirkland & Ellis LLP
333 West Wolf Point Plaza
Chicago, IL 60654
312-862-3775
Email: brian.verbus@kirkland.com
*ATTORNEY TO BE NOTICED*

**Emily Crawford Sheffield**
110 W 74th St
Apt. 4B
New York, NY 10023
870-204-1327
Email: emily.sheffield@kirkland.com
*ATTORNEY TO BE NOTICED*

**Gianni L Cutri**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James Ellis Brandt**
(See above for address)
*TERMINATED: 12/21/2015*

**Jared Michael Barcenas**
(See above for address)
*TERMINATED: 11/08/2018*

**Jeff G. Hammel**
(See above for address)
*TERMINATED: 12/21/2015*

**Joshua Levicoff Simmons**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Maria Monica Beltran**
Kirkland & Ellis LLP
2049 Century Park East
Ste 37th Floor

Los Angeles, CA 90067
213-680-8296
Email: maria.beltran@kirkland.com
*ATTORNEY TO BE NOTICED*

**Michael W De Vries**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Phillip Aaron Lee Hill**
(See above for address)
*TERMINATED: 04/20/2020*

**Sara Adina Stohl , I**
Kirkland & Ellis LLP
2049 Century Park East
Suite 3700
Los Angeles, CA 90067
310-552-4286
Email: adina.stohl@kirkland.com
*ATTORNEY TO BE NOTICED*

**Sarah Malke Lightdale**
(See above for address)
*TERMINATED: 12/21/2015*

**Sierra Elizabeth**
Kirkland & Ellis LLP
2049 Century Park East
Suite 3700
Los Angeles, CA 90067
213-680-8543
Email: sierra.elizabeth@kirkland.com
*ATTORNEY TO BE NOTICED*

**Yanan Zhao**
Kirkland & Ellis LLP
2049 Century Park East, Suite 3700
Los Angeles, CA 90067
310-552-4240
Email: yanan.zhao@kirkland.com
*ATTORNEY TO BE NOTICED*

**Yungmoon Chang**
Kirkland & Ellis LLP
695 Town Center Drive
Suite 1700
Costa Mesa, CA 92626
310-552-4359
Fax: 310-552-5900
Email: yungmoon.chang@kirkland.com
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

<table>
<tr><td><strong>Syntel Sterling Best Shores Mauritius Limited</strong></td><td>represented by</td><td><strong>Emily A. Vance</strong><br>(See above for address)<br><em>LEAD ATTORNEY</em><br><em>ATTORNEY TO BE NOTICED</em></td></tr>
<tr><td></td><td></td><td><strong>Gregory Frederick Laufer</strong><br>(See above for address)<br><em>LEAD ATTORNEY</em><br><em>ATTORNEY TO BE NOTICED</em></td></tr>
<tr><td></td><td></td><td><strong>J. Steven Baughman</strong><br>(See above for address)<br><em>TERMINATED: 12/01/2022</em><br><em>LEAD ATTORNEY</em></td></tr>
<tr><td></td><td></td><td><strong>Jaren Elizabeth Janghorbani</strong><br>(See above for address)<br><em>LEAD ATTORNEY</em><br><em>ATTORNEY TO BE NOTICED</em></td></tr>
<tr><td></td><td></td><td><strong>Louis M. Solomon</strong><br>(See above for address)<br><em>LEAD ATTORNEY</em><br><em>ATTORNEY TO BE NOTICED</em></td></tr>
<tr><td></td><td></td><td><strong>Nicholas Groombridge</strong><br>(See above for address)<br><em>TERMINATED: 12/01/2022</em><br><em>LEAD ATTORNEY</em></td></tr>
<tr><td></td><td></td><td><strong>Peter Neil Wang</strong><br>(See above for address)<br><em>LEAD ATTORNEY</em><br><em>ATTORNEY TO BE NOTICED</em></td></tr>
<tr><td></td><td></td><td><strong>Tiana Voegelin</strong><br>(See above for address)<br><em>LEAD ATTORNEY</em><br><em>ATTORNEY TO BE NOTICED</em></td></tr>
<tr><td></td><td></td><td><strong>Anne Berkowitz Sekel</strong><br>(See above for address)<br><em>ATTORNEY TO BE NOTICED</em></td></tr>
<tr><td></td><td></td><td><strong>Brian Bradford Garrett</strong><br>(See above for address)<br><em>TERMINATED: 10/03/2016</em></td></tr>
<tr><td></td><td></td><td><strong>Cecilia Copperman</strong><br>(See above for address)</td></tr>
</table>

*TERMINATED: 03/25/2022*

**Crystal Lohmann Parker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Harold S. Shaftel**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeff Kern**
(See above for address)
*TERMINATED: 02/28/2017*

**Joshua D. Reich**
(See above for address)
*TERMINATED: 12/01/2022*

**Kripa Anand Raman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew George Mrkonic**
(See above for address)
*TERMINATED: 09/21/2016*

**Melissa Alpert**
(See above for address)
*TERMINATED: 02/03/2021*

**Norman C. Ankers**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rena Andoh**
(See above for address)
*TERMINATED: 02/28/2017*

**Robert Sanford Friedman**
(See above for address)
*TERMINATED: 02/28/2017*

**Todd C. Norbitz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Victor De Gyarfas**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William Robinson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Yonaton Aronoff**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Cognizant Technology Solutions Corp.**          represented by   **Brian A Verbus**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Emily Crawford Sheffield**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Gianni L Cutri**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James Ellis Brandt**
(See above for address)
*TERMINATED: 12/21/2015*

**Jared Michael Barcenas**
(See above for address)
*TERMINATED: 11/08/2018*

**Jeff G. Hammel**
(See above for address)
*TERMINATED: 12/21/2015*

**Joshua Levicoff Simmons**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Maria Monica Beltran**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael W De Vries**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Phillip Aaron Lee Hill**
(See above for address)
*TERMINATED: 04/20/2020*

**Sara Adina Stohl , I**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sarah Malke Lightdale**
(See above for address)
*TERMINATED: 12/21/2015*

**Sierra Elizabeth**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Yanan Zhao**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Yungmoon Chang**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**The Trizetto Group, Inc.**                    represented by    **Gianni L Cutri**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James Ellis Brandt**
(See above for address)
*TERMINATED: 12/21/2015*

**Jared Michael Barcenas**
(See above for address)
*TERMINATED: 11/08/2018*

**Jeff G. Hammel**
(See above for address)
*TERMINATED: 12/21/2015*

**Phillip Aaron Lee Hill**
(See above for address)
*TERMINATED: 04/20/2020*

**Sarah Malke Lightdale**
(See above for address)
*TERMINATED: 12/21/2015*

V.

**Counter Defendant**

**Syntel Sterling Best Shores Mauritius Limited**                    represented by    **Emily A. Vance**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gregory Frederick Laufer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**J. Steven Baughman**
(See above for address)
*TERMINATED: 12/01/2022*
*LEAD ATTORNEY*

**Jaren Elizabeth Janghorbani**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Louis M. Solomon**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nicholas Groombridge**
(See above for address)
*TERMINATED: 12/01/2022*
*LEAD ATTORNEY*

**Peter Neil Wang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian Bradford Garrett**
(See above for address)
*TERMINATED: 10/03/2016*

**Harold S. Shaftel**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeff Kern**
(See above for address)
*TERMINATED: 02/28/2017*

**Matthew J. Hrutkay**
Hrutkay Law PC
59376 Aberdeen Dr
Yucca Valley, CA 92284
917-628-5625
Email: matt.hrutkay@hrutkaylaw.com
*ATTORNEY TO BE NOTICED*

**Matthew George Mrkonic**
(See above for address)
*TERMINATED: 09/21/2016*

**Norman C. Ankers**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rena Andoh**
(See above for address)
*TERMINATED: 02/28/2017*

**Robert Sanford Friedman**

(See above for address)
*TERMINATED: 02/28/2017*

**Todd C. Norbitz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Victor De Gyarfas**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William Robinson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Yonaton Aronoff**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**Syntel, Inc.**                    represented by **Emily A. Vance**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gregory Frederick Laufer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**J. Steven Baughman**
(See above for address)
*TERMINATED: 12/01/2022*
*LEAD ATTORNEY*

**Jaren Elizabeth Janghorbani**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nicholas Groombridge**
(See above for address)
*TERMINATED: 12/01/2022*
*LEAD ATTORNEY*

**Peter Neil Wang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Anne Berkowitz Sekel**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Brian Bradford Garrett**
(See above for address)
*TERMINATED: 10/03/2016*

**Harold S. Shaftel**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeff Kern**
(See above for address)
*TERMINATED: 02/28/2017*

**Matthew George Mrkonic**
(See above for address)
*TERMINATED: 09/21/2016*

**Norman C. Ankers**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rena Andoh**
(See above for address)
*TERMINATED: 02/28/2017*

**Robert Sanford Friedman**
(See above for address)
*TERMINATED: 02/28/2017*

**Todd C. Norbitz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Victor De Gyarfas**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William Robinson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Yonaton Aronoff**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Louis M. Solomon**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**The Trizetto Group, Inc.**                    represented by **Gianni L Cutri**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James Ellis Brandt**

(See above for address)
*TERMINATED: 12/21/2015*

**Jared Michael Barcenas**
(See above for address)
*TERMINATED: 11/08/2018*

**Jeff G. Hammel**
(See above for address)
*TERMINATED: 12/21/2015*

**Joshua Levicoff Simmons**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael W De Vries**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Paul Anthony Serritella**
(See above for address)
*TERMINATED: 12/21/2015*

**Phillip Aaron Lee Hill**
(See above for address)
*TERMINATED: 04/20/2020*

**Sarah Malke Lightdale**
(See above for address)
*TERMINATED: 12/21/2015*

**Counter Claimant**

**Cognizant Technology Solutions Corp.**          represented by **Gianni L Cutri**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James Ellis Brandt**
(See above for address)
*TERMINATED: 12/21/2015*

**Jared Michael Barcenas**
(See above for address)
*TERMINATED: 11/08/2018*

**Jeff G. Hammel**
(See above for address)
*TERMINATED: 12/21/2015*

**Joshua Levicoff Simmons**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael W De Vries**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Phillip Aaron Lee Hill**
(See above for address)
*TERMINATED: 04/20/2020*

**Sarah Malke Lightdale**
(See above for address)
*TERMINATED: 12/21/2015*

V.

**Counter Defendant**

**Syntel Sterling Best Shores Mauritius Limited**

represented by

**Emily A. Vance**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gregory Frederick Laufer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**J. Steven Baughman**
(See above for address)
*TERMINATED: 12/01/2022*
*LEAD ATTORNEY*

**Jaren Elizabeth Janghorbani**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Louis M. Solomon**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nicholas Groombridge**
(See above for address)
*TERMINATED: 12/01/2022*
*LEAD ATTORNEY*

**Peter Neil Wang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian Bradford Garrett**
(See above for address)
*TERMINATED: 10/03/2016*

**Harold S. Shaftel**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeff Kern**
(See above for address)
*TERMINATED: 02/28/2017*

**Matthew George Mrkonic**
(See above for address)
*TERMINATED: 09/21/2016*

**Norman C. Ankers**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rena Andoh**
(See above for address)
*TERMINATED: 02/28/2017*

**Robert Sanford Friedman**
(See above for address)
*TERMINATED: 02/28/2017*

**Todd C. Norbitz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Victor De Gyarfas**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William Robinson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Yonaton Aronoff**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**Syntel, Inc.**                    represented by **Emily A. Vance**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gregory Frederick Laufer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**J. Steven Baughman**
(See above for address)
*TERMINATED: 12/01/2022*
*LEAD ATTORNEY*

**Jaren Elizabeth Janghorbani**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nicholas Groombridge**
(See above for address)
*TERMINATED: 12/01/2022*
*LEAD ATTORNEY*

**Peter Neil Wang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew Wright Clark**
(See above for address)
*TERMINATED: 09/21/2016*

**Brian Bradford Garrett**
(See above for address)
*TERMINATED: 10/03/2016*

**Harold S. Shaftel**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeff Kern**
(See above for address)
*TERMINATED: 02/28/2017*

**Matthew J. Hrutkay**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew George Mrkonic**
(See above for address)
*TERMINATED: 09/21/2016*

**Norman C. Ankers**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rena Andoh**
(See above for address)
*TERMINATED: 02/28/2017*

**Robert Sanford Friedman**
(See above for address)
*TERMINATED: 02/28/2017*

**Todd C. Norbitz**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Victor De Gyarfas**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William Robinson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Yonaton Aronoff**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Louis M. Solomon**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/12/2015 | 1 | COMPLAINT against Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Filing Fee $ 350.00, Receipt Number 465401114349)Document filed by Syntel Sterling Best Shores Mauritius Limited.(moh) (Entered: 01/14/2015) |
| 01/12/2015 | | SUMMONS ISSUED as to Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (moh) (Entered: 01/14/2015) |
| 01/12/2015 | | Magistrate Judge James L. Cott is so designated. (moh) (Entered: 01/14/2015) |
| 01/12/2015 | | Case Designated ECF. (moh) (Entered: 01/14/2015) |
| 01/12/2015 | 2 | CIVIL COVER SHEET filed. (moh) (moh). (Entered: 01/14/2015) |
| 01/20/2015 | 3 | ORDER: It is hereby ORDERED that counsel for all parties appear for an initial pretrial conference with the Court at the time and place listed below. DATE AND PLACE OF CONFERENCE: March 3, 2015 at 11:00 a.m., in Courtroom 1106 of the United States District Court for the Southern District of New York,Thurgood Marshall U.S. Courthouse at 40 Foley Square, New York, New York. (Initial Conference set for 3/3/2015 at 11:00 AM in Courtroom 1106, Thurgood Marshal Courthouse, 40 Foley Square, New York, NY 10007 before Judge Lorna G. Schofield.) (Signed by Judge Lorna G. Schofield on 1/20/2015) (ama) (Entered: 01/20/2015) |
| 01/21/2015 | 4 | AFFIDAVIT OF SERVICE of Summons and Complaint. The Trizetto Group, Inc. served on 1/15/2015, answer due 2/5/2015. Service was accepted by Cherie Nash, Process Specialist at the Corporation Company. Document filed by Syntel Sterling Best Shores Mauritius Limited. (Solomon, Louis) (Entered: 01/21/2015) |
| 01/21/2015 | 5 | AFFIDAVIT OF SERVICE of Summons and Complaint. Cognizant Technology Solutions Corp. served on 1/15/2015, answer due 2/5/2015. Service was accepted by Young Lee, Corporate Attorney. Document filed by Syntel Sterling Best Shores Mauritius Limited. (Solomon, Louis) (Entered: 01/21/2015) |
| 01/27/2015 | 6 | LETTER MOTION for Extension of Time to File Answer re: 1 Complaint addressed to Judge Lorna G. Schofield from Jeff G. Hammel dated January 27, 2015. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc..(Hammel, Jeff) (Entered: 01/27/2015) |

| 01/28/2015 | 7 | ORDER granting 6 Letter Motion for Extension of Time to Answer: APPLICATION GRANTED. Defendants' time to respond to the Complaint is hereby extended to March 9, 2015. The initial pre-trial conference scheduled for March 3, 2015, at 11:00 a.m. is hereby adjourned to March 17, 2015, at 10:40 a.m. The parties are henceforth directed to articulate specific reasons for requests for extensions. (HEREBY ORDERED by Judge Lorna G. Schofield)(Text Only Order) (Schofield, Lorna) (Entered: 01/28/2015) |
| --- | --- | --- |
| 01/28/2015 | | Set/Reset Hearings: Initial Conference set for 3/17/2015 at 10:40 AM in Courtroom 1106, Thurgood Marshal Courthouse, 40 Foley Square, New York, NY 10007 before Judge Lorna G. Schofield. (Schofield, Lorna) (Entered: 01/28/2015) |
| 01/30/2015 | 8 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Cognizant Technology Solutions Corp..(Hammel, Jeff) (Entered: 01/30/2015) |
| 01/30/2015 | 9 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Corporate Parent Cognizant Technology Solutions Corporation for The Trizetto Group, Inc.. Document filed by The Trizetto Group, Inc..(Hammel, Jeff) (Entered: 01/30/2015) |
| 02/04/2015 | 10 | MOTION for Preliminary Injunction . Document filed by Syntel Sterling Best Shores Mauritius Limited.(Solomon, Louis) (Entered: 02/04/2015) |
| 02/04/2015 | 11 | MEMORANDUM OF LAW in Support re: 10 MOTION for Preliminary Injunction . . Document filed by Syntel Sterling Best Shores Mauritius Limited. (Solomon, Louis) (Entered: 02/04/2015) |
| 02/04/2015 | 12 | DECLARATION of Manish Mehta in Support re: 10 MOTION for Preliminary Injunction .. Document filed by Syntel Sterling Best Shores Mauritius Limited. (Solomon, Louis) (Entered: 02/04/2015) |
| 02/06/2015 | 13 | **FILING ERROR - DEFICIENT DOCKET ENTRY -** MOTION for Norman C. Ankers to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number 0208-10575692. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Syntel Sterling Best Shores Mauritius Limited. (Attachments: # 1 Text of Proposed Order)(Solomon, Louis) Modified on 2/6/2015 (sdi). (Entered: 02/06/2015) |
| 02/06/2015 | 14 | DECLARATION of Norman C. Ankers in Support re: 13 MOTION for Norman C. Ankers to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number 0208-10575692. **Motion and supporting papers to be reviewed by Clerk's Office staff..** Document filed by Syntel Sterling Best Shores Mauritius Limited. (Solomon, Louis) (Entered: 02/06/2015) |
| 02/06/2015 | | **>>>NOTICE REGARDING DEFICIENT MOTION TO APPEAR PRO HAC VICE. Notice regarding Document No. 13 MOTION for Norman C. Ankers to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number 0208-10575692. Motion and supporting papers to be reviewed by Clerk's Office staff.. The filing is deficient for the following reason(s): Missing Certificate of Good Standing. Missing Certificate of Good Standing from the Supreme Court of Michigan with the Clerk of Court's signature. Re-file the document as a Corrected Motion to Appear Pro Hac Vice and attach a valid Certificate of Good Standing, issued within the past 30 days. (sdi)** (Entered: 02/06/2015) |

| 02/06/2015 | 15 | MOTION for Norman C. Ankers to Appear Pro Hac Vice */Corrected Motion for Norman C. Ankers for Admission Pro Hac Vice.* **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Syntel Sterling Best Shores Mauritius Limited. (Attachments: # 1 Affidavit Declaration of Norman C. Ankers in Support of Motion for Pro Hac Vice with Exhibit A (Certificate of Good Standing), # 2 Text of Proposed Order Proposed Order)(Solomon, Louis) (Entered: 02/06/2015) |
| --- | --- | --- |
| 02/09/2015 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 15 MOTION for Norman C. Ankers to Appear Pro Hac Vice */Corrected Motion for Norman C. Ankers for Admission Pro Hac Vice.* Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (wb)** (Entered: 02/09/2015) |
| 02/09/2015 | 16 | ORDER: It is hereby ORDERED that Defendants' opposition, if any, shall be filed by February 18, 2015, and Plaintiff's reply, if any, shall be filed by February 25, 2015. It is further ORDERED that Plaintiff, the last party to file, shall provide the Court with a courtesy copy of the fully briefed motion, in accordance with the Court's Individual Rules. Responses due by 2/18/2015 Replies due by 2/25/2015. (Signed by Judge Lorna G. Schofield on 2/9/2015) (kgo) (Entered: 02/09/2015) |
| 02/10/2015 | 17 | LETTER MOTION for Extension of Time to File Response/Reply as to 10 MOTION for Preliminary Injunction . addressed to Judge Lorna G. Schofield from Jeff G. Hammel dated February 10, 2015. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc..(Hammel, Jeff) (Entered: 02/10/2015) |
| 02/10/2015 | 18 | NOTICE OF APPEARANCE by James Ellis Brandt on behalf of Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Brandt, James) (Entered: 02/10/2015) |
| 02/10/2015 | 19 | ORDER granting 15 Motion for Norman C. Ankers to Appear Pro Hac Vice (HEREBY ORDERED by Judge Lorna G. Schofield)(Text Only Order) (Schofield, Lorna) (Entered: 02/10/2015) |
| 02/10/2015 | 20 | ORDER granting 17 Letter Motion for Extension of Time to File Response/Reply re 10 MOTION for Preliminary Injunction .: APPLICATION GRANTED. Defendants' opposition shall be filed by 2/23/15 and Plaintiff's reply shall be filed by 3/4/15. (Responses due by 2/23/2015 Replies due by 3/4/2015.) (HEREBY ORDERED by Judge Lorna G. Schofield)(Text Only Order) (Schofield, Lorna) (Entered: 02/10/2015) |
| 02/23/2015 | 21 | ANSWER to 1 Complaint with JURY DEMAND., COUNTERCLAIM against Syntel Sterling Best Shores Mauritius Limited. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc..(Brandt, James) (Entered: 02/23/2015) |
| 02/23/2015 | 22 | MOTION for Preliminary Injunction . Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc..(Brandt, James) (Entered: 02/23/2015) |
| 02/23/2015 | 23 | MEMORANDUM OF LAW in Support re: 22 MOTION for Preliminary Injunction . . Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Brandt, James) (Entered: 02/23/2015) |
| 02/23/2015 | 24 | DECLARATION of Chuck Sanders in Support re: 22 MOTION for Preliminary Injunction .. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibits A-B, # 2 Exhibit C)(Brandt, James) (Entered: 02/23/2015) |
| 02/23/2015 | 25 | DECLARATION of Paul Weiler in Support re: 22 MOTION for Preliminary Injunction .. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Brandt, James) (Entered: 02/23/2015) |

| 02/23/2015 | 26 | DECLARATION of Ramkumar Balagopal in Support re: 22 MOTION for Preliminary Injunction .. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Brandt, James) (Entered: 02/23/2015) |
| 02/23/2015 | 27 | DECLARATION of Ajinkya Nimbalkar in Support re: 22 MOTION for Preliminary Injunction .. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Brandt, James) (Entered: 02/23/2015) |
| 02/23/2015 | 28 | MEMORANDUM OF LAW in Opposition re: 10 MOTION for Preliminary Injunction . . Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Brandt, James) (Entered: 02/23/2015) |
| 02/23/2015 | 29 | DECLARATION of Chuck Sanders in Opposition re: 10 MOTION for Preliminary Injunction .. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibits A and B, # 2 Exhibit C)(Brandt, James) (Entered: 02/23/2015) |
| 02/23/2015 | 30 | DECLARATION of Paul Weiler in Opposition re: 10 MOTION for Preliminary Injunction .. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Brandt, James) (Entered: 02/23/2015) |
| 02/23/2015 | 31 | DECLARATION of Ramkumar Balagopal in Opposition re: 10 MOTION for Preliminary Injunction .. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Brandt, James) (Entered: 02/23/2015) |
| 02/23/2015 | 32 | DECLARATION of Ajinkya Nimbalkar in Opposition re: 10 MOTION for Preliminary Injunction .. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Brandt, James) (Entered: 02/23/2015) |
| 02/24/2015 | 33 | LETTER addressed to Judge Lorna G. Schofield from Jeff G. Hammel dated February 24, 2015 re: submission pursuant to Rule III.B.6. of the Individual Rules and Procedures for Civil Cases of the Honorable Lorna G. Schofield. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc..(Hammel, Jeff) (Entered: 02/24/2015) |
| 03/03/2015 | 34 | CONSENT LETTER MOTION to Adjourn Conference addressed to Judge Lorna G. Schofield from Jeff G. Hammel dated March 3, 2015. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc..(Hammel, Jeff) (Entered: 03/03/2015) |
| 03/03/2015 | 35 | NOTICE OF APPEARANCE by Sarah Malke Lightdale on behalf of Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Lightdale, Sarah) (Entered: 03/03/2015) |
| 03/04/2015 | 36 | ORDER granting 34 Letter Motion to Adjourn Conference: APPLICATION GRANTED IN PART. Plaintiff's response to Defendants' motion for preliminary injunction at docket number 22, if any, shall be filed by March 12, 2015, and Defendants' reply, if any, shall be filed by March 20, 2015. The initial pre-trial conference scheduled for March 17, 2015, is hereby adjourned to March 24, 2015, at 11:40 a.m. Pursuant to the Court's individual rules, the Court will determine whether oral argument will be heard and, if so, will advise counsel of the argument date. (Initial Conference set for 3/24/2015 at 11:40 AM in Courtroom 1106, Thurgood Marshal Courthouse, 40 Foley Square, New York, NY 10007 before Judge Lorna G. Schofield.) (HEREBY ORDERED by Judge Lorna G. Schofield)(Text Only Order) (Schofield, Lorna) (Entered: 03/04/2015) |
| 03/04/2015 | 37 | REPLY MEMORANDUM OF LAW in Support re: 10 MOTION for Preliminary Injunction . . Document filed by Syntel Sterling Best Shores Mauritius Limited. (Solomon, Louis) (Entered: 03/04/2015) |

| 03/04/2015 | 38 | NOTICE of Index of Exhibits to Plaintiff's Reply in Support of Motion for Preliminary Injunction re: 37 Reply Memorandum of Law in Support of Motion. Document filed by Syntel Sterling Best Shores Mauritius Limited. (Solomon, Louis) (Entered: 03/04/2015) |
| --- | --- | --- |
| 03/04/2015 | 39 | AMENDED COMPLAINT amending 1 Complaint against Cognizant Technology Solutions Corp., The Trizetto Group, Inc..Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. Related document: 1 Complaint filed by Syntel Sterling Best Shores Mauritius Limited.(Solomon, Louis) (Entered: 03/04/2015) |
| 03/05/2015 | 40 | **FILING ERROR - CORPORATE PARENT/OTHER AFFILIATE NAME ENTERED INCORRECTLY -** SUPPLEMENTAL RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Other Affiliate Syntel Sterling Best Shores Mauritius Limited (now known as Syntel Holding Mauritius Limited) for Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc..(Solomon, Louis) Modified on 3/6/2015 (lb). (Entered: 03/05/2015) |
| 03/06/2015 | | **\*\*\*NOTICE TO ATTORNEY TO RE-FILE DOCUMENT - DEFICIENT DOCKET ENTRY ERROR. Notice to Attorney Louis M. Solomon to RE-FILE Document 40 Rule 7.1 Corporate Disclosure Statement,. ERROR(S): Corporate Parents were added incorrectly. Please re-file this document and when prompted: Are there any corporate parents or other affiliates? select the YES radio button and enter the Corporate Parent(s) or Affiliate(s) one party name at a time. (lb)** (Entered: 03/06/2015) |
| 03/06/2015 | 41 | SUPPLEMENTAL RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Corporate Parent Syntel, Inc., Other Affiliate Syntel Sterling Best Shores Mauritius Limited (now known as Syntel Holding Mauritius Limited) for Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc..(Solomon, Louis) (Entered: 03/06/2015) |
| 03/12/2015 | 42 | MEMORANDUM OF LAW in Opposition re: 22 MOTION for Preliminary Injunction . . Document filed by Syntel Sterling Best Shores Mauritius Limited. (Solomon, Louis) (Entered: 03/12/2015) |
| 03/12/2015 | 43 | DECLARATION in Opposition re: 22 MOTION for Preliminary Injunction .. Document filed by Syntel Sterling Best Shores Mauritius Limited. (Attachments: # 1 Index and Exhibits to Declaration)(Solomon, Louis) (Entered: 03/12/2015) |
| 03/17/2015 | 44 | JOINT LETTER addressed to Judge Lorna G. Schofield from Jeff G. Hammel dated March 17, 2015 re: joint submission pursuant to the Court's orders of January 20, 2015 and March 4, 2015 in advance of initial pretrial conference scheduled for March 24, 2015. Document filed by Cognizant Technology Solutions Corp., Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc., The Trizetto Group, Inc..(Hammel, Jeff) (Entered: 03/17/2015) |
| 03/18/2015 | 45 | LETTER addressed to Judge Lorna G. Schofield from Hal S. Shaftel of Cadwalader, Wickersham & Taft LLP dated March 18, 2015 re: Allowing Co-Counsel Norman Ankers to Participate Telephonically for Conference Scheduled for March 24, 2015. Document filed by Syntel Sterling Best Shores Mauritius Limited.(Shaftel, Harold) (Entered: 03/18/2015) |
| 03/19/2015 | 46 | MEMO ENDORSEMENT on re: 45 Letter, filed by Syntel Sterling Best Shores Mauritius Limited, re: Allowing Co-Counsel Norman Ankers to Participate Telephonically for Conference Scheduled for March 24, 2015. ENDORSEMENT: APPLICATION GRANTED. At the appointed time, Mr. Ankers shall call Chambers at 212-805-0288. Mr. Ankers is also directed to file an appearance on ECF and if necessary |

| | | |
|---|---|---|
| | | file a pro hac vice motion. SO ORDERED. (Signed by Judge Lorna G. Schofield on 3/19/2015) (ajs) (Entered: 03/19/2015) |
| 03/19/2015 | 47 | ANSWER to 21 Counterclaim. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc..(Solomon, Louis) (Entered: 03/19/2015) |
| 03/20/2015 | 48 | REPLY MEMORANDUM OF LAW in Support re: 22 MOTION for Preliminary Injunction . . Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Brandt, James) (Entered: 03/20/2015) |
| 03/23/2015 | 49 | NOTICE OF APPEARANCE by Norman C. Ankers on behalf of Syntel Sterling Best Shores Mauritius Limited. (Ankers, Norman) (Entered: 03/23/2015) |
| 03/23/2015 | 50 | ANSWER to 39 Amended Complaint, with JURY DEMAND., COUNTERCLAIM against Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc..(Brandt, James) (Entered: 03/23/2015) |
| 03/24/2015 | 51 | CIVIL CASE MANAGEMENT PLAN AND SCHEDULING ORDER: All parties do not consent to conducting all further proceedings before a United States Magistrate Judge, including motions and trial. No additional parties may be joined after March 24, 2015 without leave of Court. Amended pleadings may be filed without leave of Court until March 24, 2015. This case is to be tried to a jury. Counsel for the parties have conferred and their present best estimate of the length of trial is 7-10 days. By April 14, 2015, the parties shall jointly file a status letter about their mediation efforts. Deposition due by 7/15/2015. Fact Discovery due by 7/15/2015. Expert Discovery due by 8/28/2015. Case Management Conference set for 9/8/2015 at 10:30 AM before Judge Lorna G. Schofield. (Signed by Judge Lorna G. Schofield on 3/24/2015) (lmb) (Entered: 03/25/2015) |
| 03/24/2015 | | Minute Entry for proceedings held before Judge Lorna G. Schofield: Initial Pretrial Conference held on 3/24/2015. (jcs) (Entered: 04/14/2015) |
| 03/25/2015 | 52 | NOTICE OF APPEARANCE by Harold S. Shaftel on behalf of Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Shaftel, Harold) (Entered: 03/25/2015) |
| 04/02/2015 | 53 | TRANSCRIPT of Proceedings re: conference held on 3/24/2015 before Judge Lorna G. Schofield. Court Reporter/Transcriber: Tara Jones, (212) 805-0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 4/27/2015. Redacted Transcript Deadline set for 5/7/2015. Release of Transcript Restriction set for 7/6/2015.(McGuirk, Kelly) (Entered: 04/02/2015) |
| 04/02/2015 | 54 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a confernce proceeding held on 3/24/15 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...(McGuirk, Kelly) (Entered: 04/02/2015) |
| 04/14/2015 | 55 | LETTER addressed to Judge Lorna G. Schofield from James E. Brandt dated April 14, 2015 re: Report on Mediation. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc..(Brandt, James) (Entered: 04/14/2015) |
| 04/16/2015 | 56 | ANSWER to 50 Counterclaim. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc..(Solomon, Louis) (Entered: 04/16/2015) |

| 04/22/2015 | 57 | ORDER: WHEREAS, the parties have cross-moved for a preliminary injunction asserting breach of the Master Services Agreement; it is hereby ORDERED that Plaintiffs shall file on ECF -- and deliver to Chambers in paper form (as described in the Court's Individual Rules -- a complete copy of the Master Services Agreement and the 2010 Amendment to the Master Services Agreement no later than April 24, 2015. (Signed by Judge Lorna G. Schofield on 4/22/2015) (kgo) (Entered: 04/22/2015) |
|---|---|---|
| 04/27/2015 | 58 | ENDORSED LETTER addressed to Judge Lorna G. Schofield from Norman C. Ankers dated 4/24/2015 re: Parties request permission to redact certain portions of the Master Services Agreement. ENDORSEMENT: APPLICATION GRANTED. Plaintiff shall file the Agreements with the proposed redactions on ECF by May 1, 2015. (Signed by Judge Lorna G. Schofield on 4/27/2015) (kgo) (Entered: 04/28/2015) |
| 05/01/2015 | 59 | REDACTION to 58 Endorsed Letter, *Master Services Agreement between The Trizetto Group Inc. and Syntel Sterling Best Shores Mauritius Limited June 30, 2010* by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc. (Attachments: # 1 Exhibit Amendment No. 1 to the Master Services Agreement)(Shaftel, Harold) (Entered: 05/01/2015) |
| 05/05/2015 | 60 | ORDER: WHEREAS, the parties have cross-moved for preliminary injunction; it is hereby ORDERED that counsel for the parties shall appear for a conference regarding the cross-motions for preliminary injunction Wednesday, May 13, 2015, at 12:00 p.m. Oral arguments will not be heard on the pending cross-motions and the Court will deliver an oral opinion. (Status Conference set for 5/13/2015 at 12:00 PM before Judge Lorna G. Schofield.) (Signed by Judge Lorna G. Schofield on 5/5/2015) (kl) (Entered: 05/05/2015) |
| 05/13/2015 | 61 | NOTICE OF APPEARANCE by Paul Anthony Serritella on behalf of Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Serritella, Paul) (Entered: 05/13/2015) |
| 05/13/2015 | | Minute Entry for proceedings held before Judge Lorna G. Schofield: Status Conference held on 5/13/2015. (jcs) (Entered: 06/02/2015) |
| 05/14/2015 | 62 | ORDER denying 10 Motion for Preliminary Injunction; denying 22 Motion for Preliminary Injunction. WHEREAS, a conference was held on May 13, 2015. For the reasons stated at the conference, it is hereby ORDERED that the cross-motions for preliminary injunction are DENIED. The Clerk of Court is respectfully directed to close Dkt. Nos. 10 and 22. (Signed by Judge Lorna G. Schofield on 5/14/2015) (kgo) (Entered: 05/14/2015) |
| 05/18/2015 | 63 | MOTION for Matthew G. Mrkonic to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number 0208-10932220. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Affidavit Mrkonic Declaration (with attached certificates of good standing), # 2 Text of Proposed Order Proposed Order)(Solomon, Louis) (Entered: 05/18/2015) |
| 05/18/2015 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 63 MOTION for Matthew G. Mrkonic to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number 0208-10932220. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (sdi)** (Entered: 05/18/2015) |
| 05/21/2015 | 64 | ORDER granting 63 Motion for Matthew G. Mrkonic to Appear Pro Hac Vice (HEREBY ORDERED by Judge Lorna G. Schofield)(Text Only Order) (Schofield, Lorna) (Entered: 05/21/2015) |

| 05/21/2015 | 65 | LETTER MOTION for Local Rule 37.2 Conference addressed to Judge Lorna G. Schofield from Jeff G. Hammel dated May 21, 2015. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc..(Hammel, Jeff) (Entered: 05/21/2015) |
|---|---|---|
| 05/22/2015 | 66 | ORDER granting 65 Letter Motion for Local Rule 37.2 Conference: Application GRANTED. Plaintiffs shall file a response by May 28, 2015. The parties shall jointly call Chambers on June 2, 2015, at 4:45 p.m. (HEREBY ORDERED by Judge Lorna G. Schofield)(Text Only Order) (Schofield, Lorna) (Entered: 05/22/2015) |
| 05/22/2015 | 67 | JOINT LETTER addressed to Judge Lorna G. Schofield from Jeff G. Hammel and Norman C. Ankers dated May 22, 2015 re: Joint Discovery Status Letter. Document filed by Cognizant Technology Solutions Corp., Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc., The Trizetto Group, Inc..(Hammel, Jeff) (Entered: 05/22/2015) |
| 05/26/2015 | 68 | TRANSCRIPT of Proceedings re: CONFERENCE held on 5/13/2015 before Judge Lorna G. Schofield. Court Reporter/Transcriber: Eve Giniger, (212) 805-0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 6/19/2015. Redacted Transcript Deadline set for 6/29/2015. Release of Transcript Restriction set for 8/27/2015.(Grant, Patricia) (Entered: 05/26/2015) |
| 05/26/2015 | 69 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFERENCE proceeding held on 5/13/2015 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...(Grant, Patricia) (Entered: 05/26/2015) |
| 05/28/2015 | 70 | LETTER addressed to Judge Lorna G. Schofield from Matthew Mrkonic of Honigman and Louis M. Solomon of Cadwalader dated May 28, 2015 re: Response to Defendants' Letter Motion of May 21, 2015. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc..(Solomon, Louis) (Entered: 05/28/2015) |
| 06/01/2015 | 71 | ORDER OF REFERENCE TO A MAGISTRATE JUDGE: Order that case be referred to the Clerk of Court for assignment to a Magistrate Judge for General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement). Referred to Magistrate Judge James L. Cott. SO ORDERED. (Signed by Judge Lorna G. Schofield on 6/01/2015) (ama) (Entered: 06/02/2015) |
| 06/05/2015 | 72 | LETTER MOTION for Local Rule 37.2 Conference addressed to Magistrate Judge James L. Cott from Jeff G. Hammel dated June 5, 2015. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc..(Hammel, Jeff) (Entered: 06/05/2015) |
| 06/05/2015 | 73 | LETTER MOTION for Conference *submitted pursuant to Rule III.A.1.* addressed to Judge Lorna G. Schofield from Jeff G. Hammel dated June 5, 2015. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc..(Hammel, Jeff) (Entered: 06/05/2015) |
| 06/08/2015 | | NOTICE OF REDESIGNATION TO ANOTHER MAGISTRATE JUDGE. The above entitled action has been redesignated to Magistrate Judge Ronald L. Ellis. Please note that this is a reassignment of the designation only. (pgu) (Entered: 06/08/2015) |
| 06/08/2015 | | NOTICE OF REASSIGNMENT OF A REFERRAL TO ANOTHER MAGISTRATE JUDGE. The referral in the above entitled action has been reassigned to Magistrate |

| | | |
|---|---|---|
| | | Judge Ronald L. Ellis, for General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement). Magistrate Judge James L. Cott no longer referred to the case. Motions referred to Ronald L. Ellis. (pgu) (Entered: 06/08/2015) |
| 06/08/2015 | 74 | ORDER granting 73 Letter Motion for Conference: Application GRANTED. The parties shall appear for a pre-motion conference on June 23, 2015, at 10:30 a.m. Any response shall be filed by June 15, 2015. (Pre-Motion Conference set for 6/23/2015 at 10:30 AM in Courtroom 1106, Thurgood Marshal Courthouse, 40 Foley Square, New York, NY 10007 before Judge Lorna G. Schofield.) (HEREBY ORDERED by Judge Lorna G. Schofield)(Text Only Order) (Schofield, Lorna) (Entered: 06/08/2015) |
| 06/08/2015 | 75 | LETTER MOTION for Local Rule 37.2 Conference addressed to Magistrate Judge Ronald L. Ellis from Jeff G. Hammel dated June 8, 2015. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc..(Hammel, Jeff) (Entered: 06/08/2015) |
| 06/08/2015 | 76 | ORDER granting 75 Letter Motion for Local Rule 37.2 Conference. Status Conference set for 6/16/2015 at 02:30 PM in Courtroom 11C, 500 Pearl Street, New York, NY 10007 before Magistrate Judge Ronald L. Ellis. No request for adjournment will be considered unless made at least THREE BUSINESS DAYS before the scheduled conference and only after the parties have consulted with each other. Direct inquiries to Rupa Shah, 212-805-0242. (HEREBY ORDERED by Magistrate Judge Ronald L. Ellis) (Text Only Order) (Ellis, Ronald) (Entered: 06/08/2015) |
| 06/09/2015 | 77 | LETTER MOTION for Extension of Time to Complete Discovery addressed to Magistrate Judge Ronald L. Ellis from Matthew Mrkonic dated June 9, 2015. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit A)(Mrkonic, Matthew) (Entered: 06/09/2015) |
| 06/12/2015 | 78 | LETTER RESPONSE in Opposition to Motion addressed to Magistrate Judge Ronald L. Ellis from Jeff G. Hammel dated June 12, 2015 re: 77 LETTER MOTION for Extension of Time to Complete Discovery addressed to Magistrate Judge Ronald L. Ellis from Matthew Mrkonic dated June 9, 2015. . Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit A)(Hammel, Jeff) (Entered: 06/12/2015) |
| 06/15/2015 | 79 | LETTER addressed to Judge Lorna G. Schofield from Matthew Mrkonic dated June 15, 2015 re: Plaintiffs' Response to Defendants' June 5, 2015 Letter Request. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc..(Mrkonic, Matthew) (Entered: 06/15/2015) |
| 06/16/2015 | | Minute entry for proceedings held before Magistrate Judge Ronald L. Ellis: Status Conference held on 6/16/2015 at 2:30 p.m. (rsh) (Entered: 06/16/2015) |
| 06/23/2015 | | Minute Entry for proceedings held before Judge Lorna G. Schofield: Pre-Motion Conference held on 6/23/2015. (Court Reporter Martha Drevis) (jcs) (Entered: 07/10/2015) |
| 06/30/2015 | 80 | LETTER addressed to Magistrate Judge Ronald L. Ellis from Matthew Mrkonic dated 6/30/15 re: Update the Court on the Status of Document Production. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc..(Mrkonic, Matthew) (Entered: 06/30/2015) |
| 06/30/2015 | 81 | LETTER addressed to Magistrate Judge Ronald L. Ellis from Paul A. Serritella dated June 30, 2015 re: Update Regarding the Status of Discovery. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc..(Serritella, Paul) (Entered: 06/30/2015) |

| 07/01/2015 | | Telephone Conference set for 7/2/2015 at 12:30 PM before Magistrate Judge Ronald L. Ellis. On the day of the conference, the parties will jointly place a telephone call to the chambers of Judge Ronald L. Ellis, at 212-805-0563. (rsh) (Entered: 07/01/2015) |
|---|---|---|
| 07/02/2015 | | Minute entry for proceedings held before Magistrate Judge Ronald L. Ellis: Telephone Conference held on 7/2/2015 at 12:30 p.m. (rsh) (Entered: 07/02/2015) |
| 07/10/2015 | 82 | MOTION to Compel Plaintiffs to Produce Documents . Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc..(Serritella, Paul) (Entered: 07/10/2015) |
| 07/10/2015 | 83 | MEMORANDUM OF LAW in Support re: 82 MOTION to Compel Plaintiffs to Produce Documents . . Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Serritella, Paul) (Entered: 07/10/2015) |
| 07/10/2015 | 84 | DECLARATION of Paul A. Serritella in Support re: 82 MOTION to Compel Plaintiffs to Produce Documents .. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibits 1-3)(Serritella, Paul) (Entered: 07/10/2015) |
| 07/10/2015 | 85 | LETTER addressed to Magistrate Judge Ronald L. Ellis from MATTHEW MRKONIC dated JULY 10, 2015 re: History of the Parties' Agreement Regarding Date Ranges for ESI Collection. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit A - MAY 26 LETTER, # 2 Exhibit B - 6 2 15 ESI LETTER, # 3 Exhibit C - 6 11 15 LETTER TO J. HAMMEL, # 4 Exhibit D - LETTER 6 18 15)(Mrkonic, Matthew) (Entered: 07/10/2015) |
| 07/10/2015 | 86 | LETTER addressed to Magistrate Judge Ronald L. Ellis from Jeff G. Hammel dated July 10, 2015 re: date ranges for ESI collection. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibits 1-4, # 2 Exhibits 5-9, # 3 Exhibits 10-14)(Hammel, Jeff) (Entered: 07/10/2015) |
| 07/10/2015 | 87 | LETTER addressed to Magistrate Judge Ronald L. Ellis from Jeff G. Hammel dated July 10, 2015 re: search terms for ESI review. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibits 1-4)(Hammel, Jeff) (Entered: 07/10/2015) |
| 07/10/2015 | 88 | LETTER addressed to Magistrate Judge Ronald L. Ellis from Matthew Mrkonic dated July 10, 2015 re: Search Terms for ESI Review. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc..(Mrkonic, Matthew) (Entered: 07/10/2015) |
| 07/14/2015 | 89 | MOTION for Andrew W. Clark to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number 0208-11150607. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit A - Declaration of Andrew W. Clark in Support of Motion for Pro Hac Vice Admission, # 2 Text of Proposed Order B - Proposed Order) (Solomon, Louis) (Entered: 07/14/2015) |
| 07/14/2015 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 89 MOTION for Andrew W. Clark to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number 0208-11150607. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (wb)** (Entered: 07/14/2015) |
| 07/15/2015 | 90 | ORDER granting 89 Motion for Andrew W. Clark to Appear Pro Hac Vice (HEREBY ORDERED by Judge Lorna G. Schofield)(Text Only Order) (Schofield, Lorna) (Entered: 07/15/2015) |

| | | |
|---|---|---|
| 07/17/2015 | 91 | MEMORANDUM OF LAW in Opposition re: 82 MOTION to Compel Plaintiffs to Produce Documents . . Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Mrkonic, Matthew) (Entered: 07/17/2015) |
| 07/17/2015 | 92 | DECLARATION of MATTHEW G. MRKONIC in Opposition re: 82 MOTION to Compel Plaintiffs to Produce Documents .. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit Exhibits A-E, # 2 Exhibit Exhibits F-G)(Mrkonic, Matthew) (Entered: 07/17/2015) |
| 07/20/2015 | 93 | REPLY MEMORANDUM OF LAW in Support re: 82 MOTION to Compel Plaintiffs to Produce Documents . . Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Serritella, Paul) (Entered: 07/20/2015) |
| 07/20/2015 | 94 | DECLARATION of Paul A. Serritella in Support re: 82 MOTION to Compel Plaintiffs to Produce Documents .. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Serritella, Paul) (Entered: 07/20/2015) |
| 07/21/2015 | 95 | NOTICE OF APPEARANCE by Andrew Wright Clark on behalf of Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Clark, Andrew) (Entered: 07/21/2015) |
| 07/22/2015 | 96 | TRANSCRIPT of Proceedings re: Conference held on 6/23/2015 before Judge Lorna G. Schofield. Court Reporter/Transcriber: Martha Drevis, (212) 805-0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 8/17/2015. Redacted Transcript Deadline set for 8/27/2015. Release of Transcript Restriction set for 10/23/2015.(Rodriguez, Somari) (Entered: 07/22/2015) |
| 07/22/2015 | 97 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a Conference proceeding held on 06/23/2015 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...(Rodriguez, Somari) (Entered: 07/22/2015) |
| 07/24/2015 | 98 | LETTER addressed to Magistrate Judge Ronald L. Ellis from Jeff G. Hammel dated July 24, 2015 re: information pertaining to confidentiality. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc..(Hammel, Jeff) (Entered: 07/24/2015) |
| 07/27/2015 | 99 | PROTECTIVE ORDER...regarding procedures to be followed that shall govern the handling of confidential material... (Signed by Magistrate Judge Ronald L. Ellis on 7/27/2015) (kko) (Entered: 07/27/2015) |
| 07/28/2015 | 100 | TRANSCRIPT of Proceedings re: Status Conference held on 6/16/2015 before Magistrate Judge Ronald L. Ellis. Court Reporter/Transcriber: Shari Riemer, (518) 581-8973. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 8/21/2015. Redacted Transcript Deadline set for 8/31/2015. Release of Transcript Restriction set for 10/29/2015.(ca) (Entered: 07/28/2015) |
| 07/28/2015 | 101 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a Status Conference proceeding held on 06/16/2015 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this |

| | | |
|---|---|---|
| | | transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...(ca) (Entered: 07/28/2015) |
| 07/28/2015 | 102 | LETTER addressed to Magistrate Judge Ronald L. Ellis from Jeff G. Hammel dated July 28, 2015 re: additional discovery refusal by Syntel. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc..(Hammel, Jeff) (Entered: 07/28/2015) |
| 07/31/2015 | | Status Conference set for 8/5/2015 at 3:00 PM in Courtroom 11C, 500 Pearl Street, New York, NY 10007 before Magistrate Judge Ronald L. Ellis. No request for adjournment will be considered unless made at least THREE BUSINESS DAYS before the scheduled conference and only after the parties have consulted with each other. Direct inquiries to Rupa Shah, 212-805-0242. (rsh) (Entered: 07/31/2015) |
| 07/31/2015 | 103 | ORDER: WHEREAS, the Case Management Plan ordered on March 24, 2015 (Dkt. No. 51) required the parties to submit a joint status letter by July 29, 2015; WHEREAS, the parties failed to submit a joint status letter; it is hereby ORDERED that, by August 7, 2015, the parties shall file a joint status letter in accordance with Individual Rule IV.A.2. (Signed by Judge Lorna G. Schofield on 7/31/2015) (kgo) (Entered: 07/31/2015) |
| 07/31/2015 | 104 | LETTER addressed to Magistrate Judge Ronald L. Ellis from Matthew Mrkonic dated July 31, 2015 re: Response to Defendants' July 28, 2015 Letter. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc..(Mrkonic, Matthew) (Entered: 07/31/2015) |
| 08/03/2015 | 105 | TRANSCRIPT of Proceedings re: Telephone Conference held on 7/2/2015 before Magistrate Judge Ronald L. Ellis. Court Reporter/Transcriber: Carole Ludwig, (212) 420-0771. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 8/27/2015. Redacted Transcript Deadline set for 9/8/2015. Release of Transcript Restriction set for 11/5/2015.(ca) (Entered: 08/03/2015) |
| 08/03/2015 | 106 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a Telephone Conference proceeding held on 07/02/2015 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...(ca) (Entered: 08/03/2015) |
| 08/04/2015 | 107 | MOTION to Enforce This Court's July 2, 2015 Discovery Order . Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc..(Serritella, Paul) (Entered: 08/04/2015) |
| 08/04/2015 | 108 | MEMORANDUM OF LAW in Support re: 107 MOTION to Enforce This Court's July 2, 2015 Discovery Order . . Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Serritella, Paul) (Entered: 08/04/2015) |
| 08/04/2015 | 109 | DECLARATION of Paul A. Serritella in Support re: 107 MOTION to Enforce This Court's July 2, 2015 Discovery Order .. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6)(Serritella, Paul) (Entered: 08/04/2015) |
| 08/05/2015 | | Minute entry for proceedings held before Magistrate Judge Ronald L. Ellis: Status Conference held on 8/5/2015 at 2:50 p.m. (rsh) (Entered: 08/05/2015) |

| 08/05/2015 | 110 | ORDER denying 82 Motion to Compel. (HEREBY ORDERED by Magistrate Judge Ronald L. Ellis)(Text Only Order) (Ellis, Ronald) (Entered: 08/05/2015) |
|---|---|---|
| 08/07/2015 | 111 | JOINT LETTER addressed to Judge Lorna G. Schofield from Jeff G. Hammel and Matthew G. Mrkonic dated August 7, 2015 re: Joint Discovery Status Letter. Document filed by Cognizant Technology Solutions Corp., Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc., The Trizetto Group, Inc..(Hammel, Jeff) (Entered: 08/07/2015) |
| 08/11/2015 | 112 | TRANSCRIPT of Proceedings re: Status Conference held on 8/5/2015 before Magistrate Judge Ronald L. Ellis. Court Reporter/Transcriber: Mary Greco, (518) 581-8973. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 9/4/2015. Redacted Transcript Deadline set for 9/14/2015. Release of Transcript Restriction set for 11/12/2015.(ca) (Entered: 08/11/2015) |
| 08/11/2015 | 113 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a Status Conference proceeding held on 08/05/2015 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...(ca) (Entered: 08/11/2015) |
| 08/21/2015 | 114 | MEMORANDUM OF LAW in Opposition re: 107 MOTION to Enforce This Court's July 2, 2015 Discovery Order . . Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Mrkonic, Matthew) (Entered: 08/21/2015) |
| 08/21/2015 | 115 | DECLARATION of Matthew G. Mrkonic in Opposition re: 107 MOTION to Enforce This Court's July 2, 2015 Discovery Order .. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H) (Mrkonic, Matthew) (Entered: 08/21/2015) |
| 08/28/2015 | 116 | LETTER addressed to Magistrate Judge Ronald L. Ellis from Paul A. Serritella dated August 28, 2015 re: Withdrawal of Motion to Enforce This Court's July 2, 2015 Discovery Order. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc..(Serritella, Paul) (Entered: 08/28/2015) |
| 09/01/2015 | 117 | JOINT LETTER addressed to Magistrate Judge Ronald L. Ellis from Jeff G. Hammel dated September 1, 2015 re: status of discovery. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc..(Hammel, Jeff) (Entered: 09/01/2015) |
| 09/02/2015 | 118 | JOINT LETTER MOTION to Adjourn Conference addressed to Judge Lorna G. Schofield from Paul A. Serritella dated September 2, 2015. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc..(Serritella, Paul) (Entered: 09/02/2015) |
| 09/03/2015 | 119 | ORDER granting 118 JOINT LETTER MOTION to Adjourn Conference addressed to Judge Lorna G. Schofield from Paul A. Serritella dated September 2, 2015. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc. The case management conference scheduled for September 8, 2015, is hereby adjourned sine die. Within three days of the close of discovery, the parties shall submit a joint status letter proposing dates for a case management conference. (Signed by Judge Lorna G. Schofield on 9/3/2015) (rjm) (Entered: 09/03/2015) |

| 11/05/2015 | 120 | LETTER addressed to Magistrate Judge Ronald L. Ellis from Matthew G. Mrkonic dated November 5, 2015 re: Document Production and Search Terms. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc..(Mrkonic, Matthew) (Entered: 11/05/2015) |
| 11/12/2015 | 121 | LETTER addressed to Magistrate Judge Ronald L. Ellis from Jeff G. Hammel dated November 12, 2015 re: Document Production and Search Terms. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit 1)(Hammel, Jeff) (Entered: 11/12/2015) |
| 11/20/2015 | 122 | LETTER addressed to Magistrate Judge Ronald L. Ellis from Matthew Mrkonic dated November 20, 2015 re: Response to Defendants' November 12, 2015 Letter. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc..(Mrkonic, Matthew) (Entered: 11/20/2015) |
| 11/24/2015 | 123 | ORDER terminating 107 Motion To Enforce This Court's July 2, 2015 Order. (HEREBY ORDERED by Magistrate Judge Ronald L. Ellis)(Text Only Order) (Ellis, Ronald) (Entered: 11/24/2015) |
| 12/01/2015 | | Telephone Conference set for 12/4/2015 at 11:00 AM before Magistrate Judge Ronald L. Ellis. On the day of the conference, the parties will jointly place a telephone call to the chambers of Judge Ronald L. Ellis, at 212-805-0563. Upon receipt of this order, if you need further information, direct inquiries to Rupa Shah, 212-805-0242. (rsh) (Entered: 12/01/2015) |
| 12/04/2015 | | Minute entry for proceedings held before Magistrate Judge Ronald L. Ellis: Telephone Conference held on 12/4/2015 at 11:00 a.m. (rsh) (Entered: 12/04/2015) |
| 12/04/2015 | 124 | ORDER: Syntel's request to modify its own and Defendants' search terms is DENIED. The deadline for document production is extended to December 31, 2015. (As further set forth in this Order.) (Signed by Magistrate Judge Ronald L. Ellis on 12/4/2015) (kko) (Entered: 12/04/2015) |
| 12/15/2015 | 125 | NOTICE OF APPEARANCE by Jared Michael Barcenas on behalf of Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Barcenas, Jared) (Entered: 12/15/2015) |
| 12/18/2015 | 126 | NOTICE OF APPEARANCE by Joshua Levicoff Simmons on behalf of Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Simmons, Joshua) (Entered: 12/18/2015) |
| 12/18/2015 | 127 | MOTION for Michael Woodrow De Vries to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number 0208-11754546. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc..(De Vries, Michael) (Entered: 12/18/2015) |
| 12/18/2015 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 127 MOTION for Michael Woodrow De Vries to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number 0208-11754546. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (wb)** (Entered: 12/18/2015) |
| 12/18/2015 | 128 | MOTION To Object To The Magistrate Judge's December 4, 2015 Recommendation re: 124 Order, . Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc..(Mrkonic, Matthew) (Entered: 12/18/2015) |
| 12/18/2015 | 129 | MEMORANDUM OF LAW in Support re: 128 MOTION To Object To The Magistrate Judge's December 4, 2015 Recommendation re: 124 Order, . . Document filed by Syntel |

| | | |
|---|---|---|
| | | Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit A) (Mrkonic, Matthew) (Entered: 12/18/2015) |
| 12/18/2015 | 130 | LETTER MOTION to Stay re: 124 Order, addressed to Magistrate Judge Ronald L. Ellis from Matthew G. Mrkonic dated December 18, 2015. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc..(Mrkonic, Matthew) (Entered: 12/18/2015) |
| 12/21/2015 | 131 | ORDER granting 127 Motion for Michael Woodrow De Vries to Appear Pro Hac Vice (HEREBY ORDERED by Judge Lorna G. Schofield)(Text Only Order) (Schofield, Lorna) (Entered: 12/21/2015) |
| 12/21/2015 | 132 | ORDER FOR ADMISSION PRO HAC VICE: The motion of Michael W. De Vries for admission to practice Pro Hae Vice in the above captioned action is granted. (As further set forth in this Order) (Signed by Magistrate Judge Ronald L. Ellis on 12/21/2015) (kl) (Entered: 12/21/2015) |
| 12/21/2015 | 133 | ORDER: WHEREAS, on December 18, 2015, Plaintiffs filed a Notice of Motion to Object to the Magistrate Judge's December 4, 2015 Recommendation and a memorandum of law in support of that motion; it is hereby ORDERED that any response shall be filed by January 4, 2016. Any reply shall be filed by January 7, 2016. On January 12, 2016, at 10:50 a.m., the parties shall jointly call Chambers at (212) 805-0288 to discuss this matter. Responses due by 1/4/2016 Replies due by 1/7/2016. Telephone Conference set for 1/12/2016 at 10:50 AM before Judge Lorna G. Schofield. (Signed by Judge Lorna G. Schofield on 12/21/2015) (kgo) (Entered: 12/21/2015) |
| 12/21/2015 | 134 | ORDER. IT IS HEREBY ORDERED that discovery of the documents pertaining to the contested search terms is stayed until January 12, 2016. The deadline for all other remaining document production remains December 31, 2015. Granting in part and denying in part 130 LETTER MOTION to Stay re: 124 Order, addressed to Magistrate Judge Ronald L. Ellis from Matthew G. Mrkonic dated December 18, 2015. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc. (Signed by Magistrate Judge Ronald L. Ellis on 12/21/2015) (rjm) (Entered: 12/22/2015) |
| 12/21/2015 | 135 | STIPULATION AND ORDER SUBSTITUTING COUNSEL: IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned that Michael De Vries, Gianni Cutri, Jared Barcenas, and Joshua Simmons of the law firm Kirkland & Ellis LLP be substituted as counsel for Defendants and Counterclaim Plaintiffs TriZetto Corporation (formerly known as The TriZetto Group, Inc.) and Cognizant Technology Solutions Corporation in the place of James E. Brandt, Jeff G. Hammel, Paul A. Serritella, and Sarah M. Lightdale of Latham & Watkins LLP. Attorney Sarah Malke Lightdale; Paul Anthony Serritella; James Ellis Brandt and Jeff G. Hammel terminated. The Clerk of Court is directed to file the attached declaration with this Order. (Signed by Judge Lorna G. Schofield on 12/21/2015) (kgo) Modified on 12/22/2015 (kgo). (Entered: 12/22/2015) |
| 12/23/2015 | 136 | TRANSCRIPT of Proceedings re: TELEPHONE CONFERENCE held on 12/4/2015 before Magistrate Judge Ronald L. Ellis. Court Reporter/Transcriber: Shari Riemer, (518) 581-8973. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 1/16/2016. Redacted Transcript Deadline set for 1/26/2016. Release of Transcript Restriction set for 3/25/2016.(ca) (Entered: 12/23/2015) |
| 12/23/2015 | 137 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a TELEPHONE CONFERENCE proceeding held on 12/04/2015 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request |

| | | |
|---|---|---|
| | | Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days... (ca) (Entered: 12/23/2015) |
| 12/30/2015 | 138 | MOTION for Gianni Cutri to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number 0208-11787411. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc..(Cutri, Gianni) (Entered: 12/30/2015) |
| 12/30/2015 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 138 MOTION for Gianni Cutri to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number 0208-11787411. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (sdi)** (Entered: 12/30/2015) |
| 01/04/2016 | 139 | ORDER FOR ADMISSION PRO HAC VICE granting 138 Motion for Gianni Cutri to Appear Pro Hac Vice. (Signed by Magistrate Judge Ronald L. Ellis on 1/4/2016) (kko) (Entered: 01/04/2016) |
| 01/04/2016 | 140 | MEMORANDUM OF LAW in Opposition re: 128 MOTION To Object To The Magistrate Judge's December 4, 2015 Recommendation re: 124 Order, . . Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5)(Cutri, Gianni) (Entered: 01/04/2016) |
| 01/07/2016 | 141 | REPLY MEMORANDUM OF LAW in Support re: 128 MOTION To Object To The Magistrate Judge's December 4, 2015 Recommendation re: 124 Order, . . Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Mrkonic, Matthew) (Entered: 01/07/2016) |
| 01/12/2016 | 142 | JOINT LETTER addressed to Magistrate Judge Ronald L. Ellis from Matthew Mrkonic dated January 12, 2016 re: Plaintiffs' December 18, 2015 Motion. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc..(Mrkonic, Matthew) (Entered: 01/12/2016) |
| 01/12/2016 | 143 | ORDER denying 128 Motion To Object To The Magistrate Judge's December 4, 2015 Recommendation. WHEREAS, a telephone conference was held on January 12, 2016; for the reasons stated at the conference, it is hereby ORDERED that Plaintiffs' motion at Dkt. No. 128 is DENIED and Judge Ellis' December 4, 2015 Order is AFFIRMED. The parties are directed to notify Judge Ellis of this ruling today, so he may set a new deadline for the completion of document discovery. The Clerk of Court is directed to close Dkt. No. 128. (Signed by Judge Lorna G. Schofield on 1/12/2016) (kgo) (Entered: 01/13/2016) |
| 01/12/2016 | | Minute Entry for proceedings held before Judge Lorna G. Schofield: Telephone Conference held on 1/12/2016. (Court Reporter Steve Greenblum) (jcs) (Entered: 02/10/2016) |
| 01/13/2016 | | ENDORSED LETTER addressed to Magistrate Judge Ronald L. Ellis from Matthew Mrkonic dated 1/12/2016 re: deadline for Syntel's outstanding production. ENDORSEMENT: GRANTED. (Signed by Magistrate Judge Ronald L. Ellis on 1/13/2016) (Ellis, Ronald) (Entered: 01/13/2016) |
| 02/24/2016 | 144 | ORDER: IT IS HEREBY ORDERED that by March 4, 2016, the Parties shall file a joint letter detailing the status of discovery in this case, what discovery remains, and a proposed timeline for its completion. If the Parties cannot agree on a timeline, the status report must include their respective positions. (Signed by Magistrate Judge Ronald L. Ellis on 2/24/2016) (kko) (Entered: 02/24/2016) |

| 03/04/2016 | 145 | JOINT LETTER addressed to Magistrate Judge Ronald L. Ellis from Matthew Mrkonic dated March 4, 2016 re: Discovery Status Report. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc..(Mrkonic, Matthew) (Entered: 03/04/2016) |
|---|---|---|
| 03/09/2016 | | Status Conference set for 4/18/2016 at 11:00 AM in Courtroom 11C, 500 Pearl Street, New York, NY 10007 before Magistrate Judge Ronald L. Ellis. No request for adjournment will be considered unless made at least THREE BUSINESS DAYS before the scheduled conference and only after the parties have consulted with each other. Direct inquiries to Rupa Shah, 212-805-0242. (rsh) (Entered: 03/09/2016) |
| 04/18/2016 | | Minute entry for proceedings held before Magistrate Judge Ronald L. Ellis: Status Conference held on 4/18/2016 at 11:20 a.m. Joint Status report due by April 29, 2016. (rsh) (Entered: 04/18/2016) |
| 04/21/2016 | 146 | TRANSCRIPT of Proceedings re: Status Conference held on 4/18/2016 before Magistrate Judge Ronald L. Ellis. Court Reporter/Transcriber: Ruth Ann Hagar, (518) 581-8973. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 5/16/2016. Redacted Transcript Deadline set for 5/26/2016. Release of Transcript Restriction set for 7/25/2016.(ca) (Main Document 146 replaced with REDACTED TRANSCRIPT on 5/27/2016) (ca). (Entered: 04/21/2016) |
| 04/21/2016 | 147 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a Status Conference proceeding held on 04/18/2016 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...(ca) (Entered: 04/21/2016) |
| 04/28/2016 | 148 | NOTICE of Intent to Request Redaction by Matthew George Mrkonic re 146 Transcript,,.(Mrkonic, Matthew) (Entered: 04/28/2016) |
| 04/28/2016 | 149 | NOTICE of Intent to Request Redaction re: 146 Transcript,,. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Cutri, Gianni) (Entered: 04/28/2016) |
| 05/03/2016 | 150 | ORDER: Having received the Parties' joint letter dated April 29, 2016, IT IS HEREBY ORDERED that the Parties shall submit a joint letter stating their respective positions on disputed discovery issues by May 12, 2016. The Parties' request for a fifteen-page enlargement to the page limit for letters to the Court is GRANTED. (Signed by Magistrate Judge Ronald L. Ellis on 5/3/2016) (kko) (Entered: 05/03/2016) |
| 05/18/2016 | 151 | ORDER: The Court has received the Parties' May 16, 2016 joint letter requesting permission to file the transcript of the Court's April 18, 2016 hearing (Doc. No. 146, "Hearing Transcript") on the public record with redactions. The Parties' motion is hereby GRANTED. The Court notes, however, that granting this motion does not indicate that the Court agrees that the information was appropriately marked as confidential. Some of the redactions do not appear to contain "sensitive business information" or other information that has the ability to cause harm to the business interests of the Parties. However, the alternative, having the Parties complete a more focused redaction, is outweighed by the efficient completion of discovery. (Signed by Magistrate Judge Ronald L. Ellis on 5/18/2016) (kko) (Entered: 05/18/2016) |
| 06/01/2016 | 152 | NOTICE OF CHANGE OF ADDRESS by Louis M. Solomon on behalf of Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. New Address: Greenberg Traurig |

| | | LLP, 200 Park Avenue, New York, New York, USA 10166, 212-801-6500. (Solomon, Louis) (Entered: 06/01/2016) |
|---|---|---|
| 06/02/2016 | | NOTICE of Hearing: Status Conference set for 6/13/2016 at 2:30 PM in Courtroom 11C, 500 Pearl Street, New York, NY 10007 before Magistrate Judge Ronald L. Ellis. No request for adjournment will be considered unless made at least THREE BUSINESS DAYS before the scheduled conference and only after the parties have consulted with each other. Direct inquiries to Rupa Shah, 212-805-0242. (rsh) (Entered: 06/02/2016) |
| 06/07/2016 | 153 | JOINT LETTER addressed to Magistrate Judge Ronald L. Ellis from Matthew G. Mrkonic dated June 7, 2016 re: Request To Adjourn Status Conference. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc..(Mrkonic, Matthew) (Entered: 06/07/2016) |
| 06/08/2016 | | ENDORSED LETTER addressed to Magistrate Judge Ronald L. Ellis from Matthew Mrkonic and Gianni Cutri dated 6/7/2016 re: adjournment of status conference. ENDORSEMENT: GRANTED. (Signed by Magistrate Judge Ronald L. Ellis on 6/8/2016) (Ellis, Ronald) (Entered: 06/08/2016) |
| 06/08/2016 | | Set/Reset Hearings: Status Conference set for 6/22/2016 at 11:00 AM in Courtroom 11C, 500 Pearl Street, New York, NY 10007 before Magistrate Judge Ronald L. Ellis. No request for adjournment will be considered unless made at least THREE BUSINESS DAYS before the scheduled conference and only after the parties have consulted with each other. Direct inquiries to Rupa Shah, 212-805-0242. (rsh) (Entered: 06/08/2016) |
| 06/08/2016 | | **** DUE TO A SCHEDULING CONFLICT, THE NEW DATE FOR THE STATUS CONFERENCE HAS BEEN UPDATED BELOW. Status Conference set for 6/21/2016 at 10:30 AM in Courtroom 11C, 500 Pearl Street, New York, NY 10007 before Magistrate Judge Ronald L. Ellis. No request for adjournment will be considered unless made at least THREE BUSINESS DAYS before the scheduled conference and only after the parties have consulted with each other. Direct inquiries to Rupa Shah, 212-805-0242 (rsh) (Entered: 06/08/2016) |
| 06/08/2016 | 154 | NOTICE OF APPEARANCE by Phillip Aaron Lee Hill on behalf of Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Hill, Phillip) (Entered: 06/08/2016) |
| 06/16/2016 | 155 | LETTER addressed to Judge Lorna G. Schofield from Matthew G. Mrkonic dated June 16, 2016 re: Defendants' June 13, 2016 Motion To Amend. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc..(Mrkonic, Matthew) (Entered: 06/16/2016) |
| 06/17/2016 | 156 | LETTER addressed to Judge Lorna G. Schofield from Matthew G. Mrkonic dated June 17, 2016 re: Syntel's June 16, 2016 ECF Letter. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc..(Mrkonic, Matthew) (Entered: 06/17/2016) |
| 06/21/2016 | | Minute entry for proceedings held before Magistrate Judge Ronald L. Ellis: Status Conference held on 6/21/2016 at 10:40 a.m. Plaintiff's opposition to defendant's motion to Amend is due by 6/27/2016. A telephone conference is scheduled for 6/29/2016 at 12:00 p.m. (rsh) (Entered: 06/21/2016) |
| 06/21/2016 | | NOTICE of Hearing: Telephone Conference set for 6/29/2016 at 12:00 PM before Magistrate Judge Ronald L. Ellis. On the day of the conference, the parties will jointly place a telephone call to the chambers of Judge Ronald L. Ellis, at 212-805-0563. (rsh) (Entered: 06/21/2016) |
| 06/22/2016 | 157 | TRANSCRIPT of Proceedings re: Status Conference held on 6/21/2016 before Magistrate Judge Ronald L. Ellis. Court Reporter/Transcriber: Shari Riemer, (518) 581- |

| | | |
|---|---|---|
| | | 8973. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 7/18/2016. Redacted Transcript Deadline set for 7/28/2016. Release of Transcript Restriction set for 9/23/2016.(ca) (Main Document 157 replaced on 8/10/2016 with REDACTED VERSION) (ca). Modified on 8/10/2016 (ca). (Entered: 06/22/2016) |
| 06/22/2016 | 158 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a Status Conference proceeding held on 06/21/2016 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...(ca) (Entered: 06/22/2016) |
| 06/29/2016 | 159 | NOTICE of Intent to Request Redaction by Matthew George Mrkonic re 157 Transcript,,.(Mrkonic, Matthew) (Entered: 06/29/2016) |
| 06/29/2016 | | Minute entry for proceedings held before Magistrate Judge Ronald L. Ellis: Telephone Conference held on 6/29/2016 at 12:00 p.m. (rsh) (Entered: 06/30/2016) |
| 06/30/2016 | 160 | NOTICE OF CHANGE OF ADDRESS by Harold S. Shaftel on behalf of Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. New Address: Greenberg Traurig, LLP, 200 Park Avenue, New York, New York, USA 10166, 212-801-2164. (Shaftel, Harold) (Entered: 06/30/2016) |
| 06/30/2016 | 161 | LETTER MOTION for Extension of Time to File Response/Reply *in Support of Defendants' Motion to Amend* addressed to Magistrate Judge Ronald L. Ellis from Gianni Cutri dated 6/30/2016. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc..(Cutri, Gianni) (Entered: 06/30/2016) |
| 07/01/2016 | 162 | ORDER granting 161 Letter Motion for Extension of Time to File Response/Reply. (HEREBY ORDERED by Magistrate Judge Ronald L. Ellis)(Text Only Order) (Ellis, Ronald) (Entered: 07/01/2016) |
| 07/08/2016 | 163 | ORDER. WHEREAS, on July 5, 2016, Plaintiffs emailed a motion to appeal the Magistrate Judge's June 21, 2016 order; WHEREAS, Plaintiffs' motion and supporting papers included information which has been designated confidential by Defendants or ordered to be publicly redacted; it is hereby ORDERED that Defendants shall file any opposition to the appeal by July 15, 2016. Plaintiffs shall not file any reply. It is further ORDERED that the parties shall appear for a telephonic conference on July 19, 2016, at 11:40 a.m., and shall call Chambers at 212-805-0288 when all counsel are on the line. It is further ORDERED that Plaintiffs' redactions are permitted. Plaintiffs shall file their moving papers, submitted to the Court by email on July 5, 2016, in redacted form on ECF and in full, unredacted form under seal by July 15, 2016. (Responses due by 7/15/2016), (Telephone Conference set for 7/19/2016 at 11:40 AM before Judge Lorna G. Schofield.) (Signed by Judge Lorna G. Schofield on 7/8/2016) (rjm) (Entered: 07/11/2016) |
| 07/08/2016 | | Set/Reset Deadlines: Motions due by 7/15/2016. (rjm) (Entered: 07/11/2016) |

| 07/12/2016 | 164 | ORDER: IT IS HEREBY ORDERED that the parties are scheduled for a TELEPHONIC CONFERENCE with the Court on July 15, 2016, at 11:15 a.m. On the day of the conference, the parties will jointly place a telephone call to the chambers of Judge Ronald L. Ellis, at 212-805-0563. Upon receipt of this order, if you need further information, direct inquiries to Rupa Shah, 212-805-0242. (Telephone Conference set for 7/15/2016 at 11:15 AM before Magistrate Judge Ronald L. Ellis.) (Signed by Magistrate Judge Ronald L. Ellis on 7/12/2016) (kko) (Entered: 07/12/2016) |
|---|---|---|
| 07/12/2016 | 165 | JOINT LETTER MOTION to Adjourn Conference addressed to Magistrate Judge Ronald L. Ellis from Gianni Cutri dated July 12, 2016. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc..(Cutri, Gianni) (Entered: 07/12/2016) |
| 07/13/2016 | 166 | TRANSCRIPT of Proceedings re: TELEPHONE CONFERENCE held on 6/29/2016 before Magistrate Judge Ronald L. Ellis. Court Reporter/Transcriber: Shari Riemer, (518) 581-8973. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 8/8/2016. Redacted Transcript Deadline set for 8/18/2016. Release of Transcript Restriction set for 10/14/2016.(ca) (Entered: 07/13/2016) |
| 07/13/2016 | 167 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a TELEPHONE CONFERENCE proceeding held on 06/29/2016 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days... (ca) (Entered: 07/13/2016) |
| 07/13/2016 | 168 | NOTICE OF CHANGE OF ADDRESS by Norman C. Ankers on behalf of Syntel Sterling Best Shores Mauritius Limited. New Address: Foley & Lardner, 500 Woodward Ave., Suite 2700, Detroit, Michigan, USA 48226, 313-234-7100. (Ankers, Norman) (Entered: 07/13/2016) |
| 07/14/2016 | 169 | LETTER MOTION to Stay re: 166 Transcript,, *June 29, 2016 Order* addressed to Magistrate Judge Ronald L. Ellis from Matthew Mrkonic dated July 14, 2016. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Mrkonic, Matthew) (Entered: 07/14/2016) |
| 07/14/2016 | 170 | ORDER granting 165 Letter Motion to Adjourn Conference. Telephone Conference set for 7/26/2016 at 10:00 AM before Magistrate Judge Ronald L. Ellis. On the day of the conference, the parties will jointly place a telephone call to the chambers of Judge Ronald L. Ellis, at 212-805-0563. Upon receipt of this order, if you need further information, direct inquiries to Rupa Shah, 212-805-0242. (HEREBY ORDERED by Magistrate Judge Ronald L. Ellis)(Text Only Order) (Ellis, Ronald) (Entered: 07/14/2016) |
| 07/15/2016 | 171 | **FILING ERROR - WRONG EVENT TYPE SELECTED FROM MENU -** APPEAL OF MAGISTRATE JUDGE DECISION to District Court from 157 Transcript,,. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. Copies of Appeal of Magistrate Judge Decision to District Court served on Attorney(s) of Record: Gianni Cutri, Jared Barcenas, Phillip Hill, Michael de Vries, Joshua Simmons. (Attachments: # 1 Declaration of Matthew Mrkonic, # 2 Exhibits 1-15 (Redacted))(Mrkonic, Matthew) Modified on 7/18/2016 (ka). (Entered: 07/15/2016) |
| 07/15/2016 | 175 | SEALED DOCUMENT placed in vault.(mps) (Entered: 07/18/2016) |

| 07/18/2016 | | ***NOTICE TO ATTORNEY TO RE-FILE DOCUMENT - EVENT TYPE ERROR. Notice to Attorney Matthew George Mrkonic to RE-FILE Document 171 Appeal of Magistrate Judge Decision to District Court. Use the event type Motion miscellaneous relief found under the event list Motions. (ka) (Entered: 07/18/2016) |
|---|---|---|
| 07/18/2016 | 172 | MOTION To Appeal Magistrate Judge's June 21, 2016 Order re: 157 Transcript,, . Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Mrkonic, Matthew) (Entered: 07/18/2016) |
| 07/18/2016 | 173 | MEMORANDUM OF LAW in Support re: 172 MOTION To Appeal Magistrate Judge's June 21, 2016 Order re: 157 Transcript,, . . Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Mrkonic, Matthew) (Entered: 07/18/2016) |
| 07/18/2016 | 174 | DECLARATION of Matthew Mrkonic in Support re: 172 MOTION To Appeal Magistrate Judge's June 21, 2016 Order re: 157 Transcript,, .. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibits 1-15 (Redacted))(Mrkonic, Matthew) (Entered: 07/18/2016) |
| 07/19/2016 | 176 | LETTER addressed to Magistrate Judge Ronald L. Ellis from Matthew Mrkonic dated July 19, 2016 re: Plaintiffs' Letter Motion To Stay the June 29, 2016 Order (Dkt. #169). Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Mrkonic, Matthew) (Entered: 07/19/2016) |
| 07/19/2016 | 177 | NOTICE OF APPEARANCE by Robert Sanford Friedman on behalf of Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Friedman, Robert) (Entered: 07/19/2016) |
| 07/19/2016 | 178 | NOTICE OF APPEARANCE by Jeffrey Thomas Kern on behalf of Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Kern, Jeffrey) (Entered: 07/19/2016) |
| 07/19/2016 | 179 | NOTICE OF APPEARANCE by Rena Andoh on behalf of Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Andoh, Rena) (Entered: 07/19/2016) |
| 07/19/2016 | 180 | NOTICE OF APPEARANCE by Brian Bradford Garrett on behalf of Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Garrett, Brian) (Entered: 07/19/2016) |
| 07/19/2016 | | Minute Entry for proceedings held before Judge Lorna G. Schofield: Telephone Conference held on 7/19/2016. (Court Reporter Vincent Bolgna) (jcs) (Entered: 08/11/2016) |
| 07/20/2016 | 181 | ORDER: ORDERED that Judge Ellis's June 21, 2016, ruling is AFFIRMED as it was not "clearly erroneous or contrary to law." 28 U.S.C. § 636(b)(1)(A); see also Fed. R. Civ. P. 72(a). It is further ORDERED that Defendants' opposition to Plaintiffs' motion appealing Judge Ellis's June 29, 2016, Order shall be due July 25, 2016. It is further ORDERED that the parties shall appear for a telephonic conference on July 28, 2016, at 11:00 a.m. The parties shall jointly call Chambers on one line at 212-805-0288 at the appointed time. ( Responses due by 7/25/2016, Telephone Conference set for 7/28/2016 at 11:00 AM before Judge Lorna G. Schofield.) (Signed by Judge Lorna G. Schofield on 7/20/2016) (ama) (Entered: 07/20/2016) |
| 07/21/2016 | 182 | LETTER addressed to Magistrate Judge Ronald L. Ellis from Gianni Cutri dated 7/21/2016 re: Stay Request. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc..(Cutri, Gianni) (Entered: 07/21/2016) |
| 07/25/2016 | 183 | LETTER addressed to Magistrate Judge Ronald L. Ellis from Norman C. Ankers dated July 25, 2016 re: Syntel's Request To Stay the Court's June 29, 2016 Order. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc..(Mrkonic, Matthew) (Entered: 07/25/2016) |

| 07/26/2016 | | Minute entry for proceedings held before Magistrate Judge Ronald L. Ellis: Telephone Conference held on 7/26/2016 at 10:00 a.m. (rsh) (Entered: 07/26/2016) |
|---|---|---|
| 07/27/2016 | 184 | BRIEF *In Reply In Support of Plaintiffs' Motion To Appeal The Magistrate Judge's June 29, 2016 Order*. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc..(Mrkonic, Matthew) (Entered: 07/27/2016) |
| 07/28/2016 | | Minute Entry for proceedings held before Judge Lorna G. Schofield: Telephone Conference held on 7/28/2016. (Court Reporter Steve Greenblum) (jcs) (Entered: 08/11/2016) |
| 07/29/2016 | 185 | NOTICE of Withdrawal of Attorney on behalf of Plaintiffs. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Letter re withdrawal of attorney)(Solomon, Louis) (Entered: 07/29/2016) |
| 07/29/2016 | 186 | NOTICE of Withdrawal of Attorney on behalf of Plaintiffs re: 52 Notice of Appearance. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Letter re withdrawal of attorney)(Shaftel, Harold) (Entered: 07/29/2016) |
| 07/29/2016 | 187 | ORDER terminating 172 Motion To Appeal Magistrate Judge's June 21, 2016 Order. It is hereby ORDERED that Judge Ellis's June 29, 2016, ruling is AFFIRMED as it was not "clearly erroneous or contrary to law." 28 U.S.C. § 636(b)(1)(A); see also Fed. R. Civ. P. 72(a). It is further ORDERED that the parties shall file their papers submitted in relation to this appeal in redacted form on ECF and in full, un-redacted form under seal, to the extent they have not already done so, by August 5, 2016. The Clerk of Court is respectfully requested to close Dkt. No. 172, for which a ruling was previously rendered. See Dkt. No. 181. (Signed by Judge Lorna G. Schofield on 7/29/2016) (kgo) (Entered: 07/29/2016) |
| 07/29/2016 | 188 | ORDER re: 157 Transcript. The Court has received the Parties' July 18, 2016 joint letter requesting permission to file the transcript of the Court's June 21, 2016 hearing (Doc. No. 157) on the public record with redactions. The Parties' motion is hereby GRANTED. (Signed by Magistrate Judge Ronald L. Ellis on 7/29/2016) (kko) (Entered: 07/29/2016) |
| 08/01/2016 | 189 | ENDORSED LETTER addressed to Judge Lorna G. Schofield from Matthew G. Mrkonic and Gianni Cutri dated 7/25/2016 re: Plaintiffs and Defendants respectfully request that the Court permit them to redact or file under seal confidential licensing terms with third parties, client names, and internal communications. ENDORSEMENT: Application GRANTED only with respect to Defendants' Memorandum of Law in Opposition to Plaintiffs' Motion to Appeal Judge Ellis's June 21, 2016 Order and associated exhibits. Defendants shall file these papers in redacted for on ECF and in full, un-redacted form under seal by August 5, 2016. The other matters noted above are currently pending before Judge Ellis. (Signed by Judge Lorna G. Schofield on 8/1/2016) (kgo) (Entered: 08/01/2016) |
| 08/01/2016 | 190 | ORDER: The Court has received the Parties' July 25, 2016 letter asking for leave to file several Briefs with redactions and certain accompanying exhibits under seal. IT IS HEREBY ORDERED that the following briefs and accompanying exhibits may be filed on the public docket with the proposed redactions, and that the full, unredacted briefs and exhibits shall be filed under seal and placed in the clerk's office: (1) Defendants' Memorandum of Law in Support of Defendants' Motion for Leave to Amend Counterclaims and accompanying exhibits (dated June 13, 2016); (2) Plaintiff's Memorandum of Law in Opposition to Defendants' Motion for Leave to Amend Counterclaims and accompanying exhibits (dated June 27, 2016); and (3) Defendants' Reply Memorandum of Law in Support of Defendants' Motion for Leave to Amend |

| | | |
|---|---|---|
| | | Counterclaims (dated July 6, 2016). They may not be unsealed unless ordered by the Court. (Signed by Magistrate Judge Ronald L. Ellis on 8/1/2016) (kko) (Entered: 08/01/2016) |
| 08/01/2016 | | Transmission to Sealed Records Clerk. Transmitted re: 190 Order to the Sealed Records Clerk for the sealing or unsealing of document or case. (kko) (Entered: 08/01/2016) |
| 08/05/2016 | 191 | MOTION to Amend/Correct 50 Answer to Amended Complaint, Counterclaim . Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Cutri, Gianni) (Entered: 08/05/2016) |
| 08/05/2016 | 192 | MEMORANDUM OF LAW in Support re: 191 MOTION to Amend/Correct 50 Answer to Amended Complaint, Counterclaim . *(Redacted Version)*. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Cutri, Gianni) (Entered: 08/05/2016) |
| 08/05/2016 | 193 | DECLARATION of Gianni Cutri in Support re: 191 MOTION to Amend/Correct 50 Answer to Amended Complaint, Counterclaim .. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Appendix, # 2 Exhibit A, # 3 Exhibit 1, # 4 Exhibit 2, # 5 Exhibit 3, # 6 Exhibit 4, # 7 Exhibit 5, # 8 Exhibit 6, # 9 Exhibit 7, # 10 Exhibit 8, # 11 Exhibit 9, # 12 Exhibit 10, # 13 Exhibit 11, # 14 Exhibit 12)(Cutri, Gianni) (Entered: 08/05/2016) |
| 08/05/2016 | 194 | REPLY MEMORANDUM OF LAW in Support re: 191 MOTION to Amend/Correct 50 Answer to Amended Complaint, Counterclaim . *(Redacted Version)*. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Cutri, Gianni) (Entered: 08/05/2016) |
| 08/05/2016 | 195 | DECLARATION of Jared Barcenas in Support re: 191 MOTION to Amend/Correct 50 Answer to Amended Complaint, Counterclaim .. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit 13) (Barcenas, Jared) (Entered: 08/05/2016) |
| 08/05/2016 | 196 | MEMORANDUM OF LAW in Opposition re: 191 MOTION to Amend/Correct 50 Answer to Amended Complaint, Counterclaim . . Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibits 1-6 (Redacted)) (Mrkonic, Matthew) (Entered: 08/05/2016) |
| 08/05/2016 | 197 | MEMORANDUM OF LAW in Opposition re: 172 MOTION To Appeal Magistrate Judge's June 21, 2016 Order re: 157 Transcript,, . *(Redacted Version)*. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Cutri, Gianni) (Entered: 08/05/2016) |
| 08/05/2016 | 198 | DECLARATION of Phil Hill in Opposition re: 172 MOTION To Appeal Magistrate Judge's June 21, 2016 Order re: 157 Transcript,, .. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10)(Hill, Phillip) (Entered: 08/05/2016) |
| 08/05/2016 | 199 | SEALED DOCUMENT placed in vault.(rz) (Entered: 08/05/2016) |
| 08/05/2016 | 200 | SEALED DOCUMENT placed in vault.(rz) (Entered: 08/05/2016) |
| 08/05/2016 | 201 | SEALED DOCUMENT placed in vault.(rz) (Entered: 08/05/2016) |
| 08/05/2016 | 202 | SEALED DOCUMENT placed in vault.(rz) (Entered: 08/05/2016) |
| 08/10/2016 | 203 | TRANSCRIPT of Proceedings re: DECISION held on 7/19/2016 before Judge Lorna G. Schofield. Court Reporter/Transcriber: Vincent Bologna, (212) 805-0300. Transcript |

| | | |
|---|---|---|
| | | may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 9/5/2016. Redacted Transcript Deadline set for 9/15/2016. Release of Transcript Restriction set for 11/14/2016.(McGuirk, Kelly) (Entered: 08/10/2016) |
| 08/10/2016 | 204 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a DECISION proceeding held on 7/19/16 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...(McGuirk, Kelly) (Entered: 08/10/2016) |
| 08/10/2016 | 205 | TRANSCRIPT of Proceedings re: CONFERENCE held on 1/12/2016 before Judge Lorna G. Schofield. Court Reporter/Transcriber: Steven Greenblum, (212) 805-0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 9/5/2016. Redacted Transcript Deadline set for 9/15/2016. Release of Transcript Restriction set for 11/14/2016.(McGuirk, Kelly) (Entered: 08/10/2016) |
| 08/10/2016 | 206 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFERENCE proceeding held on 1/12/16 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...(McGuirk, Kelly) (Entered: 08/10/2016) |
| 08/31/2016 | | NOTICE of Hearing: Telephone Conference set for 9/21/2016 at 11:30 AM before Magistrate Judge Ronald L. Ellis. On the day of the conference, the parties will jointly place a telephone call to the chambers of Judge Ronald L. Ellis, at 212-805-0563. Upon receipt of this order, if you need further information, direct inquiries to Rupa Shah, 212-805-0242.(rsh) (Entered: 08/31/2016) |
| 09/09/2016 | 207 | JOINT MOTION to Amend/Correct 99 Protective Order . Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Supplement Addendum)(Cutri, Gianni) (Entered: 09/09/2016) |
| 09/13/2016 | 208 | MOTION for Matthew Mrkonic and Andrew Clark to Withdraw as Attorney *for Plaintiffs*. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc..(Mrkonic, Matthew) (Entered: 09/13/2016) |
| 09/13/2016 | 209 | AFFIRMATION of Matthew Mrkonic in Support re: 208 MOTION for Matthew Mrkonic and Andrew Clark to Withdraw as Attorney *for Plaintiffs*.. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Mrkonic, Matthew) (Entered: 09/13/2016) |
| 09/14/2016 | 210 | NOTICE OF APPEARANCE by Peter Neil Wang on behalf of Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Wang, Peter) (Entered: 09/14/2016) |
| 09/14/2016 | 211 | NOTICE OF APPEARANCE by Yonaton Aronoff on behalf of Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Aronoff, Yonaton) (Entered: 09/14/2016) |
| 09/20/2016 | 212 | LETTER addressed to Magistrate Judge Ronald L. Ellis from Matthew Mrkonic dated September 20, 2016 re: Defendants' September 19, 2016 Letter Regarding Honigman's |

| | | |
|---|---|---|
| | | Motion To Withdraw. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc..(Mrkonic, Matthew) (Entered: 09/20/2016) |
| 09/21/2016 | | Minute entry for proceedings held before Magistrate Judge Ronald L. Ellis: Telephone Conference held on 9/21/2016 at 11:30 a.m. Next telephone conference 11/29/16 at 10:30 a.m. (rsh) (Entered: 09/21/2016) |
| 09/21/2016 | | Telephone Conference set for 11/29/2016 at 10:30 AM before Magistrate Judge Ronald L. Ellis. On the day of the conference, the parties will jointly place a telephone call to the chambers of Judge Ronald L. Ellis, at 212-805-0563. Upon receipt of this order, if you need further information, direct inquiries to Rupa Shah, 212-805-0242.(rsh) (Entered: 09/21/2016) |
| 09/21/2016 | 213 | STIPULATED ADDENDUM TO PROTECTIVE ORDER REGARDING SOURCE CODE...regarding procedures to be followed that shall govern the handling of confidential material... Motions terminated: 207 JOINT MOTION to Amend/Correct 99 Protective Order filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc. (Signed by Magistrate Judge Ronald L. Ellis on 9/21/2016) (kko) (Entered: 09/21/2016) |
| 09/21/2016 | | ORDER granting 208 Motion to Withdraw as Attorney. Attorney Andrew Wright Clark and Matthew George Mrkonic terminated. (HEREBY ORDERED by Magistrate Judge Ronald L. Ellis)(Text Only Order) (Ellis, Ronald) (Entered: 09/21/2016) |
| 09/23/2016 | 214 | OPINION AND ORDER #106758 re: 191 MOTION to Amend/Correct 50 Answer to Amended Complaint, Counterclaim filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc. For the reasons set forth above, Defendants' motion for leave to amend its counterclaims is GRANTED. Defendants shall file the Amended Answer and Counterclaims in its redacted form by September 30, 2016, and shall file the full, unredacted version under seal and placed in the clerk's office. IT IS FURTHER ORDERED THAT the Parties shall meet and confer regarding the outstanding discovery in this case, and by September 30, 2016, file a joint status report explaining what fact and expert discovery remains and a proposed timeline for its completion. If the Parties disagree on the timeline, the report shall set forth their respective positions. (As further set forth in this Order.) Cognizant Technology Solutions Corp. amended answer due 9/30/2016; The Trizetto Group, Inc. amended answer due 9/30/2016. (Signed by Magistrate Judge Ronald L. Ellis on 9/23/2016) (kko) Modified on 9/30/2016 (ca). (Entered: 09/23/2016) |
| 09/30/2016 | 215 | AMENDED ANSWER to 39 Amended Complaint, with JURY DEMAND., COUNTERCLAIM against Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. Document filed by The Trizetto Group, Inc., Cognizant Technology Solutions Corp.. (Cutri, Gianni) (Entered: 09/30/2016) |
| 09/30/2016 | 216 | SEALED DOCUMENT placed in vault.(rz) (Entered: 09/30/2016) |
| 09/30/2016 | 217 | JOINT LETTER MOTION for Extension of Time *to File Joint Status Report* addressed to Magistrate Judge Ronald L. Ellis from Gianni Cutri dated 9/30/2016. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc..(Cutri, Gianni) (Entered: 09/30/2016) |
| 09/30/2016 | 218 | AO 121 FORM COPYRIGHT - NOTICE OF SUBMISSION BY ATTORNEY. AO 121 Form Copyright for additional pleading submitted to court for review.(Cutri, Gianni) (Entered: 09/30/2016) |
| 09/30/2016 | 219 | AO 121 FORM COPYRIGHT - NOTICE OF SUBMISSION BY ATTORNEY. AO 121 Form Copyright for additional pleading submitted to court for review.(Cutri, Gianni) (Entered: 09/30/2016) |

| 09/30/2016 | 220 | MOTION for Brian B. Garrett to Withdraw as Attorney . Document filed by Brian Garrett. (Attachments: # 1 Text of Proposed Order)(Garrett, Brian) (Entered: 09/30/2016) |
|---|---|---|
| 10/03/2016 | 221 | ORDER granting 217 Letter Motion for Extension of Time. (HEREBY ORDERED by Magistrate Judge Ronald L. Ellis)(Text Only Order) (Ellis, Ronald) (Entered: 10/03/2016) |
| 10/03/2016 | 222 | ORDER GRANTING LEAVE TO WITHDRAW granting 220 Motion to Withdraw as Attorney. For good cause shown, the Court finds that the Motion of Brian B. Garrett for leave to withdraw should be granted. It is therefore Ordered that Brian B. Garrett is hereby withdrawn as counsel of record for Plaintiffs SYNTEL STERLING BEST SHORES MAURITIUS LIMITED, and SYNTEL, INC. in the above-referenced matter and that he be removed from electronic notification in this matter. Attorney Brian Bradford Garrett terminated. (Signed by Magistrate Judge Ronald L. Ellis on 10/3/2016) (mro) (Entered: 10/03/2016) |
| 10/05/2016 | 223 | JOINT LETTER addressed to Magistrate Judge Ronald L. Ellis from Yonaton Aronoff and Gianni Cutri dated October 5, 2016 re: Discovery Status Report. Document filed by Syntel Sterling Best Shores Mauritius Limited.(Aronoff, Yonaton) (Entered: 10/05/2016) |
| 10/14/2016 | 224 | ANSWER to 215 Counterclaim. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc..(Aronoff, Yonaton) (Entered: 10/14/2016) |
| 10/17/2016 | 225 | JOINT LETTER addressed to Magistrate Judge Ronald L. Ellis from Yonaton Aronoff & Gianni Cutri dated October 17, 2016 re: Explanation for the proposed date for the closing of fact discovery of April 28, 2017. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc..(Aronoff, Yonaton) (Entered: 10/17/2016) |
| 11/02/2016 | 226 | **FILING ERROR - DEFICIENT DOCKET ENTRY -** MOTION for William Joseph Robinson to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number 0208-12943365. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Text of Proposed Order Proposed Order, # 2 Certifcate of Good Standing)(Robinson, William) Modified on 11/2/2016 (bcu). (Entered: 11/02/2016) |
| 11/02/2016 | 227 | **FILING ERROR - DEFICIENT DOCKET ENTRY -** MOTION for Victor Stanley de Gyarfas to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Text of Proposed Order Proposed Order, # 2 Certificate of Good Standing)(De Gyarfas, Victor) Modified on 11/2/2016 (bcu). (Entered: 11/02/2016) |
| 11/02/2016 | | **>>>NOTICE REGARDING DEFICIENT MOTION TO APPEAR PRO HAC VICE. Notice to RE-FILE Document No. 226 MOTION for William Joseph Robinson to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number 0208-12943365. Motion and supporting papers to be reviewed by Clerk's Office staff., 227 MOTION for Victor Stanley de Gyarfas to Appear Pro Hac Vice . Motion and supporting papers to be reviewed by Clerk's Office staff... The filing is deficient for the following reason(s): missing Certificate of Good Standing from Supreme Court of California;. Re-file the motion as a Corrected Motion to Appear Pro Hac Vice - attach the correct signed PDF - select the correct named filer/filers - attach valid Certificates of Good Standing issued within the past 30 days - attach Proposed Order.. (bcu)** (Entered: 11/02/2016) |
| 11/04/2016 | 228 | MEMO ENDORSEMENT on re: 223 Letter re: Discovery Status Report, filed by Syntel Sterling Best Shores Mauritius Limited. ENDORSEMENT: Address to District Judge. |

| | | |
|---|---|---|
| | | SO ORDERED. (Deposition due by 4/28/2017., Expert Discovery due by 6/30/2017., Fact Discovery due by 4/28/2017., Telephone Conference set for 12/16/2016 at 11:00 AM before Magistrate Judge Ronald L. Ellis., Telephone Conference set for 1/20/2017 at 11:00 AM before Magistrate Judge Ronald L. Ellis., Telephone Conference set for 2/24/2017 at 11:00 AM before Magistrate Judge Ronald L. Ellis., Telephone Conference set for 3/24/2017 at 11:00 AM before Magistrate Judge Ronald L. Ellis.) (Signed by Magistrate Judge Ronald L. Ellis on 11/4/2016) (cla) Modified on 11/14/2016 (cla). (Entered: 11/04/2016) |
| 11/04/2016 | 229 | MOTION for William Joseph Robinson to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Text of Proposed Order, # 2 Certificate of Good Standing)(Robinson, William) (Entered: 11/04/2016) |
| 11/04/2016 | 230 | MOTION for Victor Stanley de Gyarfas to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Text of Proposed Order, # 2 Certificate of Good Standing)(De Gyarfas, Victor) (Entered: 11/04/2016) |
| 11/04/2016 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 229 MOTION for William Joseph Robinson to Appear Pro Hac Vice . Motion and supporting papers to be reviewed by Clerk's Office staff., 230 MOTION for Victor Stanley de Gyarfas to Appear Pro Hac Vice . Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (wb)** (Entered: 11/04/2016) |
| 11/07/2016 | 231 | ORDER granting 229 Motion for William Joseph Robinson to Appear Pro Hac Vice and granting 230 Motion for Victor Stanley de Gyarfas to Appear Pro Hac Vice (HEREBY ORDERED by Judge Lorna G. Schofield)(Text Only Order) (Schofield, Lorna) (Entered: 11/07/2016) |
| 11/14/2016 | | Set/Reset Hearings: Telephone Conference set for 12/16/2016 at 11:00 AM before Magistrate Judge Ronald L. Ellis. Telephone Conference set for 1/20/2017 at 11:00 AM before Magistrate Judge Ronald L. Ellis. Telephone Conference set for 2/24/2017 at 11:00 AM before Magistrate Judge Ronald L. Ellis. Telephone Conference set for 3/24/2017 at 11:00 AM before Magistrate Judge Ronald L. Ellis. (cla) (Entered: 11/14/2016) |
| 11/18/2016 | 232 | TRANSCRIPT of Proceedings re: Telephone Conference held on 7/26/2016 before Magistrate Judge Ronald L. Ellis. Court Reporter/Transcriber: Shari Riemer, (518) 581-8973. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 12/12/2016. Redacted Transcript Deadline set for 12/22/2016. Release of Transcript Restriction set for 2/19/2017.(tn) (Entered: 11/18/2016) |
| 11/18/2016 | 233 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a Telephone Conference proceeding held on 7/26/2016 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...(tn) (Entered: 11/18/2016) |
| 11/29/2016 | | Minute entry for proceedings held before Magistrate Judge Ronald L. Ellis: Telephone Conference held on 11/29/2016 at 10:30 a.m. (rsh) (Entered: 11/29/2016) |

| 12/02/2016 | 234 | TRANSCRIPT of Proceedings re: Telephone Conference held on 11/29/2016 before Magistrate Judge Ronald L. Ellis. Court Reporter/Transcriber: Shari Riemer, (518) 581-8973. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 12/23/2016. Redacted Transcript Deadline set for 1/2/2017. Release of Transcript Restriction set for 3/2/2017.(tn) (Entered: 12/02/2016) |
| --- | --- | --- |
| 12/02/2016 | 235 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a Telephone Conference proceeding held on 11/29/2016 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...(tn) (Entered: 12/02/2016) |
| 12/15/2016 | 236 | LETTER addressed to Magistrate Judge Ronald L. Ellis from Gianni Cutri dated December 15, 2016 re: Redactions to October 17, 2016 joint letter. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc..(Cutri, Gianni) (Entered: 12/15/2016) |
| 12/16/2016 | | Minute entry for proceedings held before Magistrate Judge Ronald L. Ellis: Telephone Conference held on 12/16/2016 at 11:00 a.m. (rsh) (Entered: 12/16/2016) |
| 12/21/2016 | 237 | TRANSCRIPT of Proceedings re: Discovery held on 12/16/2016 before Magistrate Judge Ronald L. Ellis. Court Reporter/Transcriber: Carole Ludwig, (212) 420-0771. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 1/11/2017. Redacted Transcript Deadline set for 1/23/2017. Release of Transcript Restriction set for 3/21/2017.(jwh) (Main Document 237 replaced on 10/19/2017) (rro). Modified on 10/19/2017 (rro). (Entered: 12/21/2016) |
| 12/21/2016 | 238 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a Discovery proceeding held on 10/27/2016 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...(jwh) (Entered: 12/21/2016) |
| 01/20/2017 | | Minute entry for proceedings held before Magistrate Judge Ronald L. Ellis: Telephone Conference held on 1/20/2017 at 11:00 a.m. (rsh) (Entered: 01/20/2017) |
| 01/23/2017 | 239 | TRANSCRIPT of Proceedings re: Telephone Conference held on 1/20/2017 before Magistrate Judge Ronald L. Ellis. Court Reporter/Transcriber: Shari Riemer, (518) 581-8973. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 2/13/2017. Redacted Transcript Deadline set for 2/23/2017. Release of Transcript Restriction set for 4/24/2017.(jwh) (Entered: 01/23/2017) |
| 01/23/2017 | 240 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a Telephone Conference proceeding held on 1/20/2017 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely |

|  |  | electronically available to the public without redaction after 90 calendar days...(jwh) (Entered: 01/23/2017) |
|---|---|---|
| 01/26/2017 | 241 | **FILING ERROR - WRONG EVENT TYPE SELECTED FROM MENU -** JOINT MOTION to Approve Entry of Order for Forensic Examination of Plaintiffs' Digital Electronic Devices and Files . Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc. (Attachments: # 1 Text of Proposed Order)(Cutri, Gianni) Modified on 1/27/2017 (db). (Entered: 01/26/2017) |
| 01/27/2017 |  | **\*\*\*NOTICE TO ATTORNEY TO RE-FILE DOCUMENT - EVENT TYPE ERROR. Notice to Attorney Gianni L Cutri to RE-FILE Document 241 JOINT MOTION to Approve Entry of Order for Forensic Examination of Plaintiffs' Digital Electronic Devices and Files . Use the event type Miscellaneous Relief found under the event list Motion(s). (db)** (Entered: 01/27/2017) |
| 01/27/2017 | 242 | JOINT MOTION Entry of Order for Forensic Examination of Plaintiffs' Digital Electronic Devices and Files . Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Text of Proposed Order)(Cutri, Gianni) (Entered: 01/27/2017) |
| 01/30/2017 | 243 | ORDER FOR FORENSIC EXAMINATION OF PLAINTIFFS' DIGITAL ELECTRONIC DEVICES AND FILES granting 242 Motion for Entry of Order for Forensic Examination of Plaintiffs' Digital Electronic Devices and Files. Having considered the parties' joint discovery letters dated November 22, 2016, and December 9, 2016, the evidence and arguments annexed thereto, and the arguments presented by both parties' counsel on November 29, 2016 and December 16, 2016, the Court hereby grants Defendants' request for a forensic examination of Plaintiffs' digital electronic devices and files and orders as further set out in the order. (Signed by Magistrate Judge Ronald L. Ellis on 1/30/2017) (cla) (Entered: 01/31/2017) |
| 02/22/2017 | 244 | JOINT LETTER MOTION to Adjourn Conference addressed to Magistrate Judge Ronald L. Ellis from Gianni Cutri dated 2/22/2017. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc..(Cutri, Gianni) (Entered: 02/22/2017) |
| 02/22/2017 | 245 | ORDER granting 244 Letter Motion to Adjourn Conference. Telephone Conference set for 3/2/2017 at 11:30 AM before Magistrate Judge Ronald L. Ellis. On the day of the conference, the Parties will jointly place a telephone call to the chambers of Judge Ronald L. Ellis, at 212-805-0563. Upon receipt of this order, if you need further information, direct inquiries to Rupa Shah, 212-805-0242. (HEREBY ORDERED by Magistrate Judge Ronald L. Ellis)(Text Only Order) (Ellis, Ronald) (Entered: 02/22/2017) |
| 02/22/2017 | 246 | ORDER: It is hereby ORDERED that the parties shall direct all non-dispositive general pre-trial matters, including redaction requests, to Judge Ellis only. The Court will disregard any filings related to non-dispositive general pre-trial matters. (Signed by Judge Lorna G. Schofield on 2/22/2017) (cla) (Entered: 02/22/2017) |
| 02/27/2017 | 247 | MOTION for Jeff Kern, Rena Andoh and Robert S. Friedman to Withdraw as Attorney *and to be Removed from ECF Notice List*. Document filed by Jeff Kern, Rena Andoh, Robert S. Friedman. (Attachments: # 1 Text of Proposed Order)(Kern, Jeffrey) (Entered: 02/27/2017) |
| 02/28/2017 | 248 | ORDER GRANTING WITHDRAWAL OF APPEARANCES re: 247 Motion to Withdraw as Attorney. For good cause shown, the Court finds that the Motion of Robert S. Friedman, Jeff Kern and Rena Andoh of Sheppard, Mullin, Richter & Hampton LLP for leave to withdraw should be granted. It is therefore Ordered that Robert S. Friedman, Jeff Kern and Rena Andoh are hereby withdrawn as counsel of record for Plaintiffs |

| | | |
|---|---|---|
| | | SYNTEL STERLING BEST SHORES MAURITIUS LIMITED, and SYNTEL, INC. in the above-referenced matter and that they be removed from electronic notification in this matter. (Attorney Rena Andoh and Robert Sanford Friedman terminated). (Signed by Magistrate Judge Ronald L. Ellis on 2/28/2017) (cla) Modified on 2/28/2017 (cla). (Entered: 02/28/2017) |
| 02/28/2017 | | Terminate Transcript Deadlines re: 232 . (anc) (Entered: 02/28/2017) |
| 03/02/2017 | | Minute entry for proceedings held before Magistrate Judge Ronald L. Ellis: Telephone Conference held on 3/2/2017 at 11:30 a.m. (rsh) (Entered: 03/02/2017) |
| 03/08/2017 | 249 | TRANSCRIPT of Proceedings re: Telephone Conference held on 3/2/2017 before Magistrate Judge Ronald L. Ellis. Court Reporter/Transcriber: Shari Riemer, (518) 581-8973. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 3/29/2017. Redacted Transcript Deadline set for 4/10/2017. Release of Transcript Restriction set for 6/6/2017.(anc) (Entered: 03/08/2017) |
| 03/08/2017 | 250 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a Telephone Conference proceeding held on 3/2/2017 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...(anc) (Entered: 03/08/2017) |
| 03/22/2017 | | Terminate Transcript Deadlines re: 234 . (anc) (Entered: 03/22/2017) |
| 03/22/2017 | 251 | JOINT LETTER addressed to Magistrate Judge Ronald L. Ellis from Ryan C. Watkins and Gianni Cutri dated March 22, 2017 re: Adjournment of Status Conference Scheduled for March 24, 2017. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc..(Aronoff, Yonaton) (Entered: 03/22/2017) |
| 03/22/2017 | | Terminate Transcript Deadlines re: 237 . (anc) (Entered: 03/22/2017) |
| 03/24/2017 | | ENDORSED LETTER addressed to Magistrate Judge Ronald L. Ellis from Ryan Watkins & Gianni Cutri dated 3/22/17 re: adjourn telephone conference. ENDORSEMENT: GRANTED. (Signed by Magistrate Judge Ronald L. Ellis on 3/24/17) (Ellis, Ronald) (Entered: 03/24/2017) |
| 03/24/2017 | | NOTICE of Hearing: Telephone Conference set for 4/5/2017 at 2:30 PM before Magistrate Judge Ronald L. Ellis. On the day of the conference, the Parties will jointly place a telephone call to the chambers of Judge Ronald L. Ellis, at 212-805-0563. Upon receipt of this order, if you need further information, direct inquiries to Rupa Shah, 212-805-0242.(rsh) (Entered: 03/24/2017) |
| 03/31/2017 | 252 | STIPULATION AND ORDER FOR EXTENSION OF TIME TO COMPLETE FORENSIC EXAMINATION OF PLAINTIFFS' DIGITAL ELECTRONIC DEVICES AND FILES: IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for Plaintiffs-Counterdefendants Syntel Sterling Best Shores Mauritius Ltd. and Syntel, Inc. (collectively, Syntel) and Defendants-Counterplaintiffs TriZetto Corporation (formerly known as The TriZetto Group, Inc.) and Cognizant Technology Solutions Corporation that the deadline for Samuel Rubin of the firm Stroz Friedberg to complete the Examination called for by Judge Ellis's January 30, 2017 Order for Forensic Examination of Plaintiffs' Digital Electronic Devices and Files ("Forensic Examination Order") (Dkt. No. 243) be extended for 30 days. On January 27, 2017, the parties jointly moved for entry of the Forensic Examination Order. Dkt. No. |

| | | |
|---|---|---|
| | | 242. On January 30, 2017, Judge Ellis granted that motion and entered the Forensic Examination Order, which requires Mr. Rubin to complete the Examination described therein "within sixty (60) days of the date of [the] Order," i.e., by March 31, 2017. Dkt. No. 243 at § 1. Since entry of the Forensic Examination Order, Mr. Rubin has been diligently working with the parties to perform the Examination. In order to comply with the Forensic Examination Order, Mr. Rubin has requested, and the parties agree, that Mr. Rubin be granted a 30-day extension to complete the Examination, to and until May 1, 2017. Accordingly, the parties respectfully request that the Court enter this stipulated 30-day extension of time for Mr. Rubin to complete the Examination called for by the Forensic Examination Order. (Signed by Magistrate Judge Ronald L. Ellis on 3/31/2017) (cla) (Entered: 03/31/2017) |
| 04/04/2017 | 253 | LETTER addressed to Magistrate Judge Ronald L. Ellis from Norman Ankers dated April 4, 2017 re: Status Update on Documents Highlighted in March 17, 2017 Letter. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc..(Aronoff, Yonaton) (Entered: 04/04/2017) |
| 04/05/2017 | | Minute entry for proceedings held before Magistrate Judge Ronald L. Ellis: Telephone Conference held on 4/5/2017 at 2:30 p.m. (rsh) (Entered: 04/05/2017) |
| 04/07/2017 | | NOTICE of Hearing: Telephone Conference set for 5/18/2017 at 11:00 AM before Magistrate Judge Ronald L. Ellis. On the day of the conference, the Parties will jointly place a telephone call to the chambers of Judge Ronald L. Ellis, at 212-805-0563. Upon receipt of this order, if you need further information, direct inquiries to Rupa Shah, 212-805-0242.(rsh) (Entered: 04/07/2017) |
| 04/10/2017 | 254 | TRANSCRIPT of Proceedings re: Telephone Conference held on 4/5/2017 before Magistrate Judge Ronald L. Ellis. Court Reporter/Transcriber: Carole Ludwig, (212) 420-0771. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 5/1/2017. Redacted Transcript Deadline set for 5/11/2017. Release of Transcript Restriction set for 7/10/2017.(jgo) (Entered: 04/10/2017) |
| 04/10/2017 | 255 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a Telephone Conference proceeding held on 4/5/2017 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.(jgo) (Entered: 04/10/2017) |
| 04/19/2017 | 256 | STIPULATION AND ORDER FOR EXTENSION OF DISCOVERY DEADLINES: The parties respectfully request that the Court extend the deadline to complete fact discovery by 90 days and modify the Schedule to Complete Remaining Discovery (Dkt. No. 228) as follows: All fact discovery shall be completed by no later than July 30, 2017. Depositions pursuant to Fed. R. Civ. P. 30, 31 shall be completed by July 30, 2017. All expert discovery shall be completed no later than September 29, 2017. Case Management Conference: Contact District Judge. ( Deposition due by 7/30/2017., Expert Discovery due by 9/29/2017., Fact Discovery due by 7/30/2017.) (Signed by Magistrate Judge Ronald L. Ellis on 4/19/2017) (mro) (Entered: 04/19/2017) |

| 05/03/2017 | 257 | LETTER addressed to Magistrate Judge Ronald L. Ellis from Norman Ankers dated May 3, 2017 re: Defendants' Submitted Memorandum dated May 1, 2017. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Proposed Preclusion Order, # 2 April 5, 2017 Hearing Transcript)(Ankers, Norman) (Entered: 05/03/2017) |
|---|---|---|
| 05/03/2017 | 258 | STIPULATION AND ORDER FOR SECOND EXTENSION OF TIME TO COMPLETE FORENSIC EXAMINATION OF PLAINTIFFS' DIGITAL ELECTRONIC DEVICES AND FILES: IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for Plaintiffs-Counterdefendants Syntel Sterling Best Shores Mauritius Ltd. (now known as Syntel Mauritius Holding Limited) and Syntel, Inc. (collectively, Syntel) and Defendants-Counterplaintiffs TriZetto Corporation (formerly known as The TriZetto Group, Inc.) and Cognizant Technology Solutions Corporation that the deadline for Samuel Rubin of the firm Stroz Friedberg to complete the Examination called for by Judge Ellis's January 30, 2017 Order for Forensic Examination of Plaintiffs' Digital Electronic Devices and Files ("Forensic Examination Order") (Dkt. No. 243) as modified by the March 31, 2017 Order for Extension of Time to Complete Forensic Examination of Plaintiffs' Digital Electronic Devices and Files (the "First Extension") (Dkt. No. 252) be extended until June 7, 2017. (Signed by Magistrate Judge Ronald L. Ellis on 5/3/2017) (mro) (Entered: 05/03/2017) |
| 05/04/2017 | 259 | LETTER addressed to Magistrate Judge Ronald L. Ellis from Gianni Cutri dated 5/4/2017 re: Defendants' Requested Preclusion Order. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc..(Cutri, Gianni) (Entered: 05/04/2017) |
| 05/16/2017 | | Terminate Transcript Deadlines re: 239 . (anc) (Entered: 05/16/2017) |
| 05/16/2017 | 260 | NOTICE OF APPEARANCE by Anne Berkowitz Sekel on behalf of Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Sekel, Anne) (Entered: 05/16/2017) |
| 05/16/2017 | 261 | NOTICE OF APPEARANCE by Todd C. Norbitz on behalf of Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Norbitz, Todd) (Entered: 05/16/2017) |
| 05/22/2017 | | Minute entry for proceedings held before Magistrate Judge Ronald L. Ellis: Telephone Conference held on 5/18/2017 at 11:00 a.m. Next Telephone Conference is scheduled 6/22/17 at 2:30 p.m. (rsh) (Entered: 05/22/2017) |
| 05/25/2017 | | NOTICE of Hearing: Telephone Conference set for 6/22/2017 at 2:30 PM before Magistrate Judge Ronald L. Ellis. On the day of the conference, the Parties will jointly place a telephone call to the chambers of Judge Ronald L. Ellis, at 212-805-0563. Upon receipt of this order, if you need further information, direct inquiries to Rupa Shah, 212-805-0242.(rsh) (Entered: 05/25/2017) |
| 06/06/2017 | 262 | TRANSCRIPT of Proceedings re: telephone conference held on 5/18/2017 before Magistrate Judge Ronald L. Ellis. Court Reporter/Transcriber: Carole Ludwig, (212) 420-0771. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 6/27/2017. Redacted Transcript Deadline set for 7/7/2017. Release of Transcript Restriction set for 9/5/2017.(rro) (Entered: 06/06/2017) |
| 06/06/2017 | 263 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a telephone conference proceeding held on 05/18/2017 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of |

this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.(rro) (Entered: 06/06/2017)

| 06/12/2017 | 264 | STIPULATION AND ORDER FOR THIRD EXTENSION OF TIME TO COMPLETE FORENSIC EXAMINATION OF PLAINTIFFS' DIGITAL ELECTRONIC DEVICES AND FILES: Since entry of the Second Extension, Mr. Rubin has been diligently working with the parties to perform the Examination and has recently completed the on-site work in Pune, India. Mr. Rubin has requested no fewer than 30 days after the date of his last on-site examination to complete the Examination. Accordingly, under the present circumstances, the parties agree that the deadline for Mr. Rubin to complete the Examination should be extended until July 10, 2017. Accordingly, the parties respectfully request that the Court enter this stipulated extension of time for Mr. Rubin to complete the Examination called for by the Forensic Examination Order and the First Extension and Second Extension, and as further set forth in this order. (Signed by Magistrate Judge Ronald L. Ellis on 6/12/2017) (ap) (Entered: 06/12/2017) |
|---|---|---|
| 06/19/2017 | 265 | JOINT LETTER MOTION to Adjourn Conference addressed to Magistrate Judge Ronald L. Ellis from Gianni Cutri dated 6/19/2017. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc..(Cutri, Gianni) (Entered: 06/19/2017) |
| 06/20/2017 | 266 | ORDER granting 265 Letter Motion to Adjourn Conference. Telephone Conference set for 6/29/2017 at 2:30 PM before Magistrate Judge Ronald L. Ellis. On the day of the conference, the Parties will jointly place a telephone call to the chambers of Judge Ronald L. Ellis, at 212-805-0563. Upon receipt of this order, if you need further information, direct inquiries to Rupa Shah, 212-805-0242. (HEREBY ORDERED by Magistrate Judge Ronald L. Ellis)(Text Only Order) (Ellis, Ronald) (Entered: 06/20/2017) |
| 06/22/2017 | | DUE TO A SCHEDULING CONFLICT, THE SCHEDULED TELEPHONE CONFERENCE FOR 6/29/17 AT 2:30 P.M. HAS BEEN RESCHEDULED FOR 6/30/2017 at 3:00 PM before Magistrate Judge Ronald L. Ellis. On the day of the conference, the Parties will jointly place a telephone call to the chambers of Judge Ronald L. Ellis, at 212-805-0563. Upon receipt of this order, if you need further information, direct inquiries to Rupa Shah, 212-805-0242. (rsh) (Entered: 06/22/2017) |
| 06/30/2017 | | Minute entry for proceedings held before Magistrate Judge Ronald L. Ellis: Telephone Conference held on 6/30/2017 at 3:00 p.m. Next telephone conference is scheduled for August 11, 2017 at 10:00 a.m. (rsh) (Entered: 06/30/2017) |
| 06/30/2017 | | NOTICE of Hearing: Telephone Conference set for 8/11/2017 at 10:00 AM before Magistrate Judge Ronald L. Ellis. On the day of the conference, the Parties will jointly place a telephone call to the chambers of Judge Ronald L. Ellis, at 212-805-0563. Upon receipt of this order, if you need further information, direct inquiries to Rupa Shah, 212-805-0242.(rsh) (Entered: 06/30/2017) |
| 07/07/2017 | 267 | TRANSCRIPT of Proceedings re: Telephone Conference held on 9/21/2016 before Magistrate Judge Ronald L. Ellis. Court Reporter/Transcriber: Carole Ludwig, (212) 420-0771. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 7/28/2017. Redacted Transcript Deadline set for 8/7/2017. Release of Transcript Restriction set for 10/5/2017.(jgo) (Entered: 07/07/2017) |
| 07/07/2017 | 268 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a Telephone Conference proceeding held on 9/21/2016 has been |

| | | |
|---|---|---|
| | | filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.(jgo) (Entered: 07/07/2017) |
| 07/10/2017 | 269 | STIPULATION AND ORDER FOR FOURTH EXTENSION OF TIME TO COMPLETE FORENSIC EXAMINATION OF PLAINTIFFS DIGITAL ELECTRONIC DEVICES AND FILES:Accordingly, under the present circumstances, the parties agree that the deadline for Mr. Rubin to complete the Examination should be extended until July 17, 2017. Accordingly, the parties respectfully request that the court enter this stipulated extension of time for Mr. Rubin to complete the Examination called for by the Forensic Examination Order, the First Extension, the Second Extension, and the Third Extension. So Ordered. (Signed by Magistrate Judge Ronald L. Ellis on 7/10/2017) (js) (Entered: 07/10/2017) |
| 07/21/2017 | 270 | TRANSCRIPT of Proceedings re: telephone conference held on 6/30/2017 before Magistrate Judge Ronald L. Ellis. Court Reporter/Transcriber: Carole Ludwig, (212) 420-0771. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 8/11/2017. Redacted Transcript Deadline set for 8/21/2017. Release of Transcript Restriction set for 10/19/2017.(rro) (Entered: 07/21/2017) |
| 07/21/2017 | 271 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a telephone conference proceeding held on 6/30/2017 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.(rro) (Entered: 07/21/2017) |
| 07/21/2017 | 272 | STIPULATION AND ORDER FOR FIFTH EXTENSION OF TIME TO COMPLETE FORENSIC EXAMINATION OF PLAINTIFFS' DIGITAL ELECTRONIC DEVICES AND FILES: IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for Plaintiffs-Counterdefendants Syntel Sterling Best Shores Mauritius Ltd. (now known as Syntel Mauritius Holding Limited) and Syntel, Inc. (collectively, Syntel) and Defendants-Counterplaintiffs Cognizant TriZetto Software Group, lnc. (formerly known as The TriZetto Group, Inc.) and Cognizant Technology Solutions Corporation that the deadline for Samuel Rubin of the firm Stroz Friedberg to complete the Examination called for by Judge Ellis's January 30, 2017 Order for Forensic Examination of Plaintiffs' Digital Electronic Devices and Files ("Forensic Examination Order") (Dkt. No. 243) as modified by the March 31, 2017 Order for Extension of Time to Complete Forensic Examination of Plaintiffs' Digital Electronic Devices and Files (the "First Extension") (Dkt. No. 252), the May 3, 2017 Order for Second Extension of Time to Complete Forensic Examination of Plaintiffs' Digital Electronic Devices and Files (the "Second Extension") (Dkt. No. 25 8), the June 12, 2017 Order for Third Extension of Time to Complete Forensic Examination of Plaintiffs' Digital Electronic Devices and Files...Accordingly, the parties respectfully request that the Court enter this stipulated extension of time for Mr. Rubin to complete the Examination called for by the Forensic Examination Order, the First Extension, the Second Extension, the Third Extension, and the Fourth Extension, and as further set forth herein. (Signed by Magistrate Judge Ronald L. Ellis on 7/21/2017) (ras) Modified on 7/21/2017 (ras). (Entered: 07/21/2017) |

| 07/28/2017 | 273 | STIPULATION AND ORDER FOR SECOND EXTENSION OF DISCOVERY DEADLINES: Accordingly, the parties respectfully request that the Court extend the deadline to complete fact discovery by 120 days and modify the Stipulation and Order for Extension of Discovery Deadlines (Dkt. No. 256) as follows: All Fact Discovery due 12/1/2017. Deposition due by 12/1/2017., All Expert Discovery due by 2/2/2018. Case Management Conference (To be Scheduled with District Judge). And as set forth herein. IT IS SO ORDERED. (Signed by Magistrate Judge Ronald L. Ellis on 7/28/2017) (ama) Modified on 7/28/2017 (ama). Modified on 7/28/2017 (ama). (Entered: 07/28/2017) |
| --- | --- | --- |
| 08/04/2017 | 274 | LETTER addressed to Magistrate Judge Ronald L. Ellis from Anne B. Sekel dated 8-04-2017 re: Joint submit requesting adjournment. Document filed by Syntel Sterling Best Shores Mauritius Limited.(Sekel, Anne) (Entered: 08/04/2017) |
| 08/07/2017 | | ENDORSED LETTER addressed to Magistrate Judge Ronald L. Ellis from Anne Sekel and Gianni Cutri dated 8/4/17 re: Joint submit requesting adjournment. ENDORSEMENT: GRANTED. (Signed by Magistrate Judge Ronald L. Ellis on 8/7/17) (Ellis, Ronald) (Entered: 08/07/2017) |
| 08/07/2017 | | NOTICE of Hearing: Telephone Conference set for 8/25/2017 at 11:00 AM before Magistrate Judge Ronald L. Ellis. On the day of the conference, the Parties will jointly place a telephone call to the chambers of Judge Ronald L. Ellis, at 212-805-0563. Upon receipt of this order, if you need further information, direct inquiries to Rupa Shah, 212-805-0242.(rsh) (Entered: 08/07/2017) |
| 08/24/2017 | 275 | LETTER addressed to Magistrate Judge Ronald L. Ellis from Anne B. Sekel dated August 24, 2017 re: Response to Defendants' August 23, 2017 Letter Submission. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit Proposed Order, # 2 Exhibit)(Sekel, Anne) (Entered: 08/24/2017) |
| 08/25/2017 | 276 | PRECLUSION ORDER. The Court having heard and considered the parties' submissions and arguments concerning a proposed sanction against Plaintiffs Syntel, Inc. and Syntel Sterling Best Shores Mauritius Limited now known as Syntel Mauritius Holding Limited (collectively, "Syntel") in the above-captioned matter, the Court hereby orders that: 1. Syntel is precluded from offering or presenting any evidence that it did not misappropriate and unlawfully copy Defendants' FACETS test cases and automation scripts. 2. Syntel is precluded from offering or presenting any evidence that it independently developed any of the Platform Management Tools at issue in this case. (Signed by Magistrate Judge Ronald L. Ellis on 8/25/2017) (rjm) (Entered: 08/25/2017) |
| 08/25/2017 | | Minute entry for proceedings held before Magistrate Judge Ronald L. Ellis: Telephone Conference held on 8/25/2017 at 11:00 a.m. (rsh) (Entered: 08/25/2017) |
| 08/31/2017 | 277 | TRANSCRIPT of Proceedings re: telephone conference held on 8/25/2017 before Magistrate Judge Ronald L. Ellis. Court Reporter/Transcriber: Shari Riemer, (518) 581-8973. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 9/21/2017. Redacted Transcript Deadline set for 10/2/2017. Release of Transcript Restriction set for 11/29/2017.(rro) (Entered: 08/31/2017) |
| 08/31/2017 | 278 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a telephone conference proceeding held on 8/25/2017 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically |

| | | |
|---|---|---|
| | | available to the public without redaction after 90 calendar days.(rro) (Entered: 08/31/2017) |
| 09/08/2017 | 279 | NOTICE of Objections to Magistrate Judge's Order. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Norbitz, Todd) (Entered: 09/08/2017) |
| 09/08/2017 | 280 | BRIEF re: 279 Notice (Other) *in Support of Objections to Magistrate Judge's Order*. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc..(Norbitz, Todd) (Entered: 09/08/2017) |
| 09/08/2017 | 281 | DECLARATION of Anne B. Sekel re: 280 Brief *in Support of Objections to Magistrate Judge's Order*. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 Exhibit, # 10 Exhibit, # 11 Exhibit, # 12 Exhibit, # 13 Exhibit, # 14 Exhibit, # 15 Exhibit, # 16 Exhibit, # 17 Exhibit, # 18 Exhibit, # 19 Exhibit, # 20 Exhibit, # 21 Exhibit, # 22 Exhibit, # 23 Exhibit, # 24 Exhibit, # 25 Exhibit, # 26 Exhibit, # 27 Exhibit, # 28 Exhibit, # 29 Exhibit, # 30 Exhibit)(Norbitz, Todd) (Entered: 09/08/2017) |
| 09/11/2017 | 282 | ORDER: ORDERED that, on or before October 9, 2017. Defendants The Trizetto Group, et al., file their Response, if any, to Plaintiffs' Objections., ( Responses due by 10/9/2017) (Signed by Judge Lorna G. Schofield on 9/11/2017) (ama) (Entered: 09/11/2017) |
| 09/19/2017 | 283 | LETTER addressed to Magistrate Judge Ronald L. Ellis from Gianni Cutri dated 9/19/2017 re: Scheduling of Discovery Conference. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc..(Cutri, Gianni) (Entered: 09/19/2017) |
| 09/21/2017 | | NOTICE of Hearing: Telephone Conference set for 10/19/2017 at 11:00 AM before Magistrate Judge Ronald L. Ellis. On the day of the conference, the Parties will jointly place a telephone call to the chambers of Judge Ronald L. Ellis, at 212-805-0563. Upon receipt of this order, if you need further information, direct inquiries to Rupa Shah, 212-805-0242.(rsh) (Entered: 09/21/2017) |
| 09/21/2017 | 284 | ORDER. IT IS HEREBY ORDERED that Plaintiffs may file redacted copies of exhibits 7, 13, 15, 16, 18, 19, 26, and 27 to the Declaration of Anne B. Sekel in support of their objections to the preclusion Order. So Ordered. (Signed by Magistrate Judge Ronald L. Ellis on 9/21/17) (yv) (Entered: 09/21/2017) |
| 10/05/2017 | 285 | LETTER MOTION for Extension of Time to File Response/Reply as to 282 Order, Set Deadlines/Hearings, 280 Brief addressed to Judge Lorna G. Schofield from Gianni Cutri dated 10/5/2017. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc..(Cutri, Gianni) (Entered: 10/05/2017) |
| 10/06/2017 | 286 | ORDER granting 285 Letter Motion for Extension of Time to File Response/Reply. Application GRANTED. Defendants' deadline to file their response to Plaintiffs' Objections to Magistrate Judge's Preclusion Order is extended from October 9, 2017, to October 16, 2017. (Signed by Judge Lorna G. Schofield on 10/6/2017) (kgo) (Entered: 10/06/2017) |
| 10/06/2017 | 287 | JOINT LETTER MOTION to Adjourn Conference *Scheduled for October 19, 2017* addressed to Magistrate Judge Ronald L. Ellis from Gianni Cutri dated 10/6/2017. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc..(Cutri, Gianni) (Entered: 10/06/2017) |
| 10/10/2017 | 288 | ORDER granting 287 Letter Motion to Adjourn Conference. Telephone Conference set for 10/30/2017 at 11:00 AM before Magistrate Judge Ronald L. Ellis. On the day of the |

| | | |
|---|---|---|
| | | conference, the Parties will jointly place a telephone call to the chambers of Judge Ronald L. Ellis, at 212-805-0563. (HEREBY ORDERED by Magistrate Judge Ronald L. Ellis)(Text Only Order) (Ellis, Ronald) (Entered: 10/10/2017) |
| 10/30/2017 | 289 | STIPULATION AND ORDER FOR THIRD EXTENSION OF DISCOVERY DEADLINES: Accordingly, the parties respectfully request that the Court extend the deadline to completefact discovery by 60 days and modify the Stipulation and Order for Second Extension of DiscoveryDeadlines (Dkt. 273) as follows: All fact discovery shall be completed by no later than February 1, 2018. Depositions pursuant to Fed. R. Civ. P. 30, 31 shall be completed by February 1,2018. All expert discovery shall be completed no later than April 2, 2018. Case Management Conference 4/19/2018. ( Deposition due by 2/1/2018., Expert Discovery due by 4/2/2018., Fact Discovery due by 2/1/2018.) (Signed by Magistrate Judge Ronald L. Ellis on 10/30/2017) (js) (Entered: 10/30/2017) |
| 11/13/2017 | 290 | TRANSCRIPT of Proceedings re: telephone conference held on 10/30/2017 before Magistrate Judge Ronald L. Ellis. Court Reporter/Transcriber: Shari Riemer, (518) 581-8973. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 12/4/2017. Redacted Transcript Deadline set for 12/14/2017. Release of Transcript Restriction set for 2/12/2018.(rro) (Entered: 11/13/2017) |
| 11/13/2017 | 291 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a telephone conference proceeding held on 10/30/2017 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.(rro) (Entered: 11/13/2017) |
| 11/20/2017 | 292 | ORDER: It is hereby ORDERED that Plaintiffs shall re-file their motion papers, in accordance with Individual Rule III.B.3, on or before November 29, 2017. Plaintiffs shall re-submit a courtesy copy of these materials to the Court on or before November 29, 2017. It is further ORDERED that Defendants shall notify the Court by letter as soon as possible and no later than November 27, 2017, as to whether they intend to file a response to Plaintiffs' objections. If Defendants intend to file a response, the courtesy copy shall include all parties' motion papers, in accordance with Individual Rule III.B.5. Motions due by 11/29/2017. (Signed by Judge Lorna G. Schofield on 11/20/2017) (kgo) (Entered: 11/21/2017) |
| 11/27/2017 | 293 | LETTER addressed to Judge Lorna G. Schofield from Gianni Cutri dated November 27, 2017 re: Response to Plaintiff's Objections to Preclusion Order. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit A)(Cutri, Gianni) (Entered: 11/27/2017) |
| 11/29/2017 | 294 | AMENDED BRIEF re: 280 Brief *Objections to Magistrate Judge's Preclusion Order (Amended and re-filed per Dkt. 292)*. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc..(Norbitz, Todd) (Entered: 11/29/2017) |
| 11/29/2017 | 295 | DECLARATION of Anne B. Sekel re: 281 Declaration,, *Amended and re-filed per Dkt. 292*. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13)(Norbitz, Todd) (Entered: 11/29/2017) |
| 12/04/2017 | | NOTICE OF REDESIGNATION TO ANOTHER MAGISTRATE JUDGE. The above entitled action has been redesignated to Magistrate Judge Stewart D. Aaron. Please note |

| | | that this is a reassignment of the designation only. (ma) (Entered: 12/04/2017) |
|---|---|---|
| 12/04/2017 | | NOTICE OF REASSIGNMENT OF A REFERRAL TO ANOTHER MAGISTRATE JUDGE. The referral in the above entitled action has been reassigned to Magistrate Judge Stewart D. Aaron, for General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement). Magistrate Judge Ronald L. Ellis no longer referred to the case. (ma) (Entered: 12/04/2017) |
| 12/06/2017 | 296 | ORDER: ORDERED that, any party wishing to file Defendants' submissions under seal or with redactions, shall file a motion, including the relevant law, in accordance with the Court's Individual Rules, on or before December 13, 2017. If no party has made such a motion by the deadline, Defendants shall file their memorandum of law, accompanying declaration and exhibits on the public docket on December 14, 2017, and as further set forth in this order. (Motions due by 12/13/2017.) (Signed by Judge Lorna G. Schofield on 12/6/2017) (ap) Modified on 12/7/2017 (ap). (Entered: 12/06/2017) |
| 12/15/2017 | 297 | ORDER: It is hereby ORDERED that Plaintiffs' motion is GRANTED. Defendants shall file a redacted version of Defendants' memorandum of law, accompanying declaration and exhibits on or before December 20, 2017. Defendants shall file an unredacted version of those documents under seal on or before December 20, 2017. (Signed by Judge Lorna G. Schofield on 12/15/2017) (kgo) (Entered: 12/15/2017) |
| 12/19/2017 | 298 | ORDER: This action has been referred to Magistrate Judge Stewart D. Aaron for general pretrial management, including scheduling, discovery, non-dispositive pretrial motions and settlement, pursuant to 28 U.S.C. § 636(b)(1)(A). All pretrial motions and applications, including those related to scheduling and discovery, must be made to Judge Aaron and in compliance with this Court's Individual Practices, available at http://nysd.uscourts.gov/judge/Aaron. The discovery deadlines ordered by Magistrate Judge Ellis on October 30, 2017 (ECF No. 289) remain in effect. In addition, the parties are directed to submit a joint letter to the Court regarding the status of discovery no later than January 2, 2018. SO ORDERED. (Signed by Magistrate Judge Stewart D. Aaron on 12/19/2017) (ama) Modified on 12/19/2017 (ama). (Entered: 12/19/2017) |
| 12/20/2017 | 299 | OPPOSITION BRIEF re: 294 Brief *Defendants' Opposition to Syntel's Objections to Judge Ellis' Preclusion Order (Redacted Version)*. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc..(Cutri, Gianni) (Entered: 12/20/2017) |
| 12/20/2017 | 300 | DECLARATION of Gianni Cutri re: 299 Opposition Brief, *in Support of Defendants' Memorandum of Law in Opposition to Syntel's Objections to Magistrate Judge's Preclusion Order (Redacted Version)*. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2 (Redacted), # 3 Exhibit 3, # 4 Exhibit 4 (Redacted), # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9 (Redacted), # 10 Exhibit 10 (Redacted), # 11 Exhibit 11, # 12 Exhibit 12 (Redacted), # 13 Exhibit 13 (Redacted), # 14 Exhibit 14, # 15 Exhibit 15 (Redacted))(Cutri, Gianni) (Entered: 12/20/2017) |
| 12/20/2017 | 301 | SEALED DOCUMENT placed in vault.(rz) (Entered: 12/20/2017) |
| 12/20/2017 | 302 | LETTER addressed to Judge Lorna G. Schofield from Anne B. Sekel dated December 20, 2017 re: Request for Oral Argument. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc..(Sekel, Anne) (Entered: 12/20/2017) |
| 01/02/2018 | 303 | LETTER addressed to Magistrate Judge Stewart D. Aaron from Gianni Cutri dated January 2, 2018 re: Status Update on Discovery. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Cutri, Gianni) (Entered: 01/02/2018) |

| 01/03/2018 | 304 | LETTER addressed to Magistrate Judge Stewart D. Aaron from Anne B. Sekel dated January 2, 2018 re: Discovery Status. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit A)(Sekel, Anne) (Entered: 01/03/2018) |
|---|---|---|
| 01/03/2018 | 305 | ORDER FOR TELEPHONE CONFERENCE: The parties are directed to appear via Telephone for a conference in the above-captioned matter on Friday, January 5, 2018, at 2:00 p.m. EST. During the conference, the parties should be prepared to discuss the status of discovery as set forth in the parties' letters to the Court dated January 2, 2018. The parties shall call the court's conference line at 212-805-0110 once all parties are on the line. So Ordered. ( Telephone Conference set for 1/5/2018 at 02:00 PM before Magistrate Judge Stewart D. Aaron.) (Signed by Magistrate Judge Stewart D. Aaron on 1/3/2018) (js) (Entered: 01/03/2018) |
| 01/05/2018 | | Minute Entry for proceedings held before Magistrate Judge Stewart D. Aaron: Telephone Conference held on 1/5/2018. (kl) (Entered: 01/05/2018) |
| 01/05/2018 | 306 | STIPULATION AND ORDER FOR THE EXTENSION OF DISCOVERY DEADLINES: Accordingly, the parties respectfully request that the Court extend the deadline to complete fact discovery by 34 days and modify the Stipulation and Order for Third Extension of Discovery Deadlines (Dkt. 289) as follows: All fact discovery shall be completed by no later than March 7, 2018. Depositions pursuant to Fed. R. Civ. P. 30, 31 shall be completed by March 7, 2018. No further document requests or interrogatories will be issued without leave of Court. All expert discovery shall be completed no later than May 7, 2018. By February 12, 2018, the parties shall meet and confer on a schedule for expert disclosures, including reports, production of underlying documents and depositions, provided that (i) expert report(s) of the party with the burden of proof shall be due before those of the opposing party's expert(s); and (ii) all expert discovery shall be completed by the date set forth in paragraph 2(a). The parties shall submit a joint letter to the Court regarding the status of discovery no later than February 9, 2018. IT IS SO ORDERED this 5th day of January, 2018. (Deposition due by 3/7/2018. Expert Discovery due by 5/7/2018. Fact Discovery due by 3/7/2018.) (Signed by Magistrate Judge Stewart D. Aaron on 1/5/2018) (anc) (Entered: 01/05/2018) |
| 01/16/2018 | 307 | LETTER MOTION for Discovery *Conference* addressed to Magistrate Judge Stewart D. Aaron from Anne B. Sekel dated January 16, 2018. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5)(Sekel, Anne) (Entered: 01/16/2018) |
| 01/17/2018 | 308 | ORDER: granting 307 Letter Motion for Discovery. Letter-Motion GRANTED. A telephone conference is scheduled for January 24, 2018 at 3:00 p.m. to discuss issues raised in ECF No. 307 and the confidential letter sent to Chambers by Defendants. The parties shall call the Court's conference line at 212-805-0110 once all parties are on the line. Opposition to both letters to be filed no later than January 19, 2018. Replies to be filed no later than January 22, 2018. It is the Court's intention to decide the discovery disputes after the conference, based on the parties' letters and matters discussed during the conference, unless a party shows by separate application good cause why more formal briefing should be required. SO ORDERED. (Signed by Magistrate Judge Stewart D. Aaron on 1/17/2018) (ama) (Entered: 01/17/2018) |
| 01/17/2018 | | Set/Reset Hearings: Telephone Conference set for 1/24/2018 at 03:00 PM before Magistrate Judge Stewart D. Aaron. (ama) (Entered: 01/17/2018) |
| 01/17/2018 | | Set/Reset Deadlines: Responses due by 1/19/2018 Replies due by 1/22/2018. (ama) (Entered: 01/17/2018) |

| 01/22/2018 | 309 | LETTER REPLY to Response to Motion addressed to Magistrate Judge Stewart D. Aaron from Anne B. Sekel dated January 22, 2018 re: 307 LETTER MOTION for Discovery *Conference* addressed to Magistrate Judge Stewart D. Aaron from Anne B. Sekel dated January 16, 2018. . Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Sekel, Anne) (Entered: 01/22/2018) |
|---|---|---|
| 01/23/2018 | 310 | ORDER: Pending before the Court are three discovery motions: (1) Defendants' motion compelling Plaintiff to provide a Rule 30(b)(6) witness as to certain topics; (2) Plaintiffs' motion to compel electronic production concerning source code; and (3) Defendants' motion regarding Judge Ellis's Order of June 29, 2016. Oral argument concerning these motions shall be held on Wednesday, January 24, 2018, at 3:00 p.m. EST, as previously scheduled (ECF No. 308). The confidential letters referred to in the footnotes below (the "Confidential Letters") must be made part of the court record. Therefore, it is hereby ORDERED that, no later than 5 p.m. on Thursday, January 25, 2018, the parties shall file redacted copies of the Confidential Letters, and also comply with the provisions of Section II.G. of Judge Aaron's Individual Practices ("Redactions and Filing Under Seal"), available at: http://nysd.uscourts.gov/cases/show.php?db=judge_info&id=1467 ( Oral Argument set for 1/24/2018 at 03:00 PM before Magistrate Judge Stewart D. Aaron.) (Signed by Magistrate Judge Stewart D. Aaron on 1/23/2018) (js) (Entered: 01/23/2018) |
| 01/23/2018 | 311 | LETTER addressed to Magistrate Judge Stewart D. Aaron from Anne B. Sekel dated January 23, 2018 re: Opposition to Discovery Motion re Platform Management Tools. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc..(Sekel, Anne) (Entered: 01/23/2018) |
| 01/23/2018 | 312 | **FILING ERROR - DEFICIENT DOCKET ENTRY -** MOTION for Rajat Khanna to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number 0208-14611901. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit Certificate of Good Standing, # 2 Text of Proposed Order)(Khanna, Rajat) Modified on 1/24/2018 (wb). (Entered: 01/23/2018) |
| 01/23/2018 | 313 | **FILING ERROR - DEFICIENT DOCKET ENTRY -** MOTION for Kyle M. Kantarek to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number 0208-14611929. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit Certificate of Good Standing, # 2 Text of Proposed Order)(Kantarek, Kyle) Modified on 1/24/2018 (wb). (Entered: 01/23/2018) |
| 01/23/2018 | 314 | **FILING ERROR - DEFICIENT DOCKET ENTRY -** MOTION for Adam M. Kaufmann to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number 0208-14611950. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit Certificate of Good Standing, # 2 Text of Proposed Order)(Kaufmann, Adam) Modified on 1/24/2018 (wb). (Entered: 01/23/2018) |
| 01/24/2018 | | **>>>NOTICE REGARDING DEFICIENT MOTION TO APPEAR PRO HAC VICE. Notice to RE-FILE Document No. 313 MOTION for Kyle M. Kantarek to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number 0208-14611929. Motion and supporting papers to be reviewed by Clerk's Office staff., 314 MOTION for Adam M. Kaufmann to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number 0208-14611950. Motion and supporting papers to be reviewed by Clerk's Office staff., 312 MOTION for Rajat Khanna to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number 0208-14611901. Motion and supporting papers to be reviewed by Clerk's Office staff... The filing is deficient for the following reason(s): Pursuant to** |

| | | |
|---|---|---|
| | | **rule 1.3. please attach and affidavit or Declaration of the Attorney;. Re-file the motion as a Motion to Appear Pro Hac Vice - attach the correct signed PDF - select the correct named filer/filers - attach valid Certificates of Good Standing issued within the past 30 days - attach Proposed Order..** (wb) (Entered: 01/24/2018) |
| 01/24/2018 | | NOTICE of Hearing: Oral Argument set for 1/26/2018 at 03:30 PM before Magistrate Judge Stewart D. Aaron. Telephone Conference set for 1/26/2018 at 03:30 PM before Magistrate Judge Stewart D. Aaron. (kl) (Entered: 01/24/2018) |
| 01/24/2018 | 315 | MOTION for Kyle M. Kantarek to Appear Pro Hac Vice *for Defendants and Counterclaim Plaintiffs*. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Affidavit of Kyle M. Kantarek with Certificate of Good Standing, # 2 Text of Proposed Order)(Kantarek, Kyle) (Entered: 01/24/2018) |
| 01/25/2018 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 315 MOTION for Kyle M. Kantarek to Appear Pro Hac Vice** *for Defendants and Counterclaim Plaintiffs*. **Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies.** (wb) (Entered: 01/25/2018) |
| 01/25/2018 | 316 | LETTER addressed to Magistrate Judge Stewart D. Aaron from Anne B. Sekel dated 1/19/2018 re: Resubmitted Redacted Letter per Dkt. No.: 310. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc..(Norbitz, Todd) (Entered: 01/25/2018) |
| 01/25/2018 | 317 | LETTER MOTION for Local Rule 37.2 Conference *(Public Version)* addressed to Magistrate Judge Stewart D. Aaron from Gianni Cutri dated 1/16/2018. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C - Under Seal, # 4 Exhibit D - Under Seal, # 5 Exhibit E - Under Seal, # 6 Exhibit F - Under Seal, # 7 Exhibit G - Under Seal, # 8 Exhibit H - Under Seal, # 9 Exhibit I - Under Seal, # 10 Exhibit J - Under Seal, # 11 Exhibit K, # 12 Exhibit L - Under Seal, # 13 Exhibit M)(Cutri, Gianni) (Entered: 01/25/2018) |
| 01/25/2018 | 318 | **FILING ERROR - WRONG EVENT TYPE SELECTED FROM MENU -** LETTER MOTION for Local Rule 37.2 Conference *(Public Version)* addressed to Magistrate Judge Stewart D. Aaron from Gianni Cutri dated 1/18/2018. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G)(Cutri, Gianni) Modified on 3/26/2018 (ldi). (Entered: 01/25/2018) |
| 01/25/2018 | 319 | LETTER RESPONSE to Motion addressed to Magistrate Judge Stewart D. Aaron from Gianni Cutri dated 1/19/2018 re: 307 LETTER MOTION for Discovery *Conference* addressed to Magistrate Judge Stewart D. Aaron from Anne B. Sekel dated January 16, 2018. *(Public Version)*. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Cutri, Gianni) (Entered: 01/25/2018) |
| 01/25/2018 | 320 | LETTER REPLY to Response to Motion addressed to Magistrate Judge Stewart D. Aaron from Gianni Cutri dated 1/22/2018 re: 317 LETTER MOTION for Local Rule 37.2 Conference *(Public Version)* addressed to Magistrate Judge Stewart D. Aaron from Gianni Cutri dated 1/16/2018. *(Public Version)*. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit N, # 2 Exhibit O)(Cutri, Gianni) (Entered: 01/25/2018) |
| 01/26/2018 | | Minute Entry for proceedings held before Magistrate Judge Stewart D. Aaron: Oral Argument held on 1/26/2018 re: 307 LETTER MOTION for Discovery *Conference* |

| | | |
|---|---|---|
| | | addressed to Magistrate Judge Stewart D. Aaron from Anne B. Sekel dated January 16, 2018, filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc. (kl) (Entered: 01/26/2018) |
| 01/29/2018 | 321 | LETTER addressed to Magistrate Judge Stewart D. Aaron from Gianni Cutri dated 1/29/2018 re: Reply to 1/18/2018 Letter Motion in Response to 1/26/2018 Conference Request. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit 1, # 3 Exhibit 2)(Cutri, Gianni) (Entered: 01/29/2018) |
| 01/29/2018 | 322 | LETTER addressed to Magistrate Judge Stewart D. Aaron from Anne B. Sekel dated January 29, 2018 re: Reply to 1/18/2018 Letter Motion in Response to 1/26/2018 Conference Request. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc..(Sekel, Anne) (Entered: 01/29/2018) |
| 01/29/2018 | 323 | ORDER granting 315 Motion for Kyle M. Kantarek to Appear Pro Hac Vice (HEREBY ORDERED by Judge Lorna G. Schofield)(Text Only Order) (Schofield, Lorna) (Entered: 01/29/2018) |
| 01/30/2018 | 324 | OPINION AND ORDER: re: 317 LETTER MOTION for Local Rule 37.2 Conference (Public Version) addressed to Magistrate Judge Stewart D. Aaron from Gianni Cutri dated 1/16/2018 filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc., 318 LETTER MOTION for Local Rule 37.2 Conference (Public Version) addressed to Magistrate Judge Stewart D. Aaron from Gianni Cutri dated 1/18/2018 filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc. For the foregoing reasons, it is hereby ORDERED that: Defendants' motion to compel Syntel to provide a Rule 30(b)(6) witness or witnesses as to Topics 1 to 5 is GRANTED IN PART AND DENIED IN PART. Syntel shall provide a witness or witnesses to testify regarding Topics 1 to 5, as modified on pages 4 to 5 of this Opinion and Order. Defendants also have leave to take testimony from Syntel's witness or witnesses regarding the January 18 Questions. Syntel's Rule 30(b)(6) deposition shall be taken as soon as practicable, but no later than February 16, 2018. Syntel's motion to compel electronic production concerning damages information and information about confidential safeguards is GRANTED. Syntel's motion concerning source code-related information is DENIED WITHOUT PREJUDICE. If Syntel wishes to pursue further discovery regarding source code, it must inspect the source code-related information in TriZetto's office in Colorado within thirty (30) days from the date of this Order. At such inspection, Defendants are ORDERED to make a knowledgeable employee available to assist Syntel in understanding and querying any information from the TriZetto databases and to electronically produce any such information. In addition, Defendants shall identify for Syntel at such inspection the source code-related information that Defendants deem to be relevant. Defendants' motion to compel Syntel to produce a declaration is DENIED. SO ORDERED. (Signed by Magistrate Judge Stewart D. Aaron on 1/30/2018) (ama) (Entered: 01/30/2018) |
| 01/30/2018 | 325 | SEALED DOCUMENT placed in vault.(mps) Modified on 1/31/2018 (mps). (Entered: 01/31/2018) |
| 02/01/2018 | 326 | MOTION for Rajat Khanna to Appear Pro Hac Vice *for Defendants and Counterclaim Plaintiffs*. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Affidavit of Rajat Khanna with Certificate of Good Standing, # 2 Text of Proposed Order)(Khanna, Rajat) (Entered: 02/01/2018) |
| 02/01/2018 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 326 MOTION for Rajat Khanna to Appear Pro Hac Vice *for Defendants and Counterclaim Plaintiffs*. Motion and supporting papers to be reviewed by Clerk's** |

| | | |
|---|---|---|
| | | **Office staff.. The document has been reviewed and there are no deficiencies. (bcu)** (Entered: 02/01/2018) |
| 02/01/2018 | 327 | MOTION for Adam M. Kaufmann to Appear Pro Hac Vice *for Defendants and Counterclaim Plaintiffs*. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Affidavit of Adam Kaufmann with Certificate of Good Standing, # 2 Text of Proposed Order)(Kaufmann, Adam) (Entered: 02/01/2018) |
| 02/01/2018 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 327 MOTION for Adam M. Kaufmann to Appear Pro Hac Vice *for Defendants and Counterclaim Plaintiffs*. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (jc)** (Entered: 02/01/2018) |
| 02/05/2018 | 328 | ORDER: On February 5, 2018, Defendants e-mailed a confidential letter to the Court and all parties regarding three discovery disputes. Plaintiffs are directed to respond to Defendants' letter no later than 9:00 a.m. EST on Tuesday, February 6, 2018. The Court will hold a brief telephone conference on February 6, 2018, at 6:00 p.m. EST to discuss the issues raised in the parties' letters. The parties shall call the Court's conference line at 212-805-0110 once all parties are on the line. Prior to the conference, the parties shall file redacted copies of their confidential letters, and also comply with the provisions of Section II.G. of Judge Aarons Individual Practices ("Redactions and Filing Under Seal"), available at: http://nysd.uscourts.gov/judge/Aaron. ( Telephone Conference set for 2/6/2018 at 06:00 PM before Magistrate Judge Stewart D. Aaron.) (Signed by Magistrate Judge Stewart D. Aaron on 2/5/2018) (js) (Entered: 02/05/2018) |
| 02/06/2018 | 329 | LETTER addressed to Magistrate Judge Stewart D. Aaron from Anne B. Sekel dated February 6, 2018 re: Opposition to Defendants' February 5, 2018 Letter. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)(Sekel, Anne) (Entered: 02/06/2018) |
| 02/06/2018 | | ORDER: It is hereby ORDERED that counsel for Syntel shall refrain from making speaking objections when defending depositions. See Fed. R. Civ. P. 30(c)(2). All counsel are instructed to avoid argumentative or repetitive questions and any speaking objections during depositions. Objections as to the form of the question shall be made by opposing counsel, who shall simply state, "Objection." The objecting counsel shall not speak any additional words concerning the basis of the objection unless a clarification is requested. Any clarification as to the basis of the objection shall be stated as succinctly as possible, such as, "Argumentative," or "Ambiguous," or "Asked and Answered." Any violations of these guidelines may lead to the imposition of sanctions. The parties are directed to meet and confer to seek to resolve the other issues raised in Defendants' 2/5/18 letter, and Syntel's 2/6/18 response, prior to the now-scheduled telephone conference with the Court at 6 p.m. EST today. The parties shall notify the Court prior to 6 p.m. EST if these issues have been resolved. (Text Only Order) (Signed by Magistrate Judge Stewart D. Aaron on 2/6/2018) (Entered: 02/06/2018) |
| 02/06/2018 | 330 | LETTER MOTION for Local Rule 37.2 Conference *re Discovery Issues (Redacted Version)* addressed to Magistrate Judge Stewart D. Aaron from Gianni Cutri dated February 5, 2018. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B (Redacted), # 3 Exhibit C (Redacted), # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H (Redacted), # 9 Exhibit I)(Cutri, Gianni) (Entered: 02/06/2018) |

SDNY CM/ECF NextGen Version 1.8.5

| 02/06/2018 | 331 | ORDER: The telephone conference scheduled for today at 6:00 p.m. was adjourned sine die. (Signed by Magistrate Judge Stewart D. Aaron on 2/6/2018) (Text Only Order) (Aaron, Stewart) (Entered: 02/06/2018) |
|---|---|---|
| 02/07/2018 | 332 | ENDORSED LETTER: addressed to Magistrate Judge Stewart D. Aaron from Gianni Cutri dated 2/06/2018 re: Defendant Sealing Request. ENDORSEMENT: Request for sealing Granted. (Signed by Magistrate Judge Stewart D. Aaron on 2/07/2018) (ama) (Entered: 02/07/2018) |
| 02/07/2018 | 333 | JOINT LETTER addressed to Magistrate Judge Stewart D. Aaron from Gianni Cutri and Anne Sekel dated February 7, 2018 re: Parties' Agreements re Depositions. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc..(Cutri, Gianni) (Entered: 02/07/2018) |
| 02/07/2018 | 334 | MEMO ENDORSEMENT on re: 333 Letter regarding Parties' Agreements re Depositions, filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc. ENDORSEMENT: Application GRANTED. The Clerk of Court shall terminate Letter-Motion at ECF No. 330 as moot. SO ORDERED. (Signed by Magistrate Judge Stewart D. Aaron on 2/7/2018) (rj) (Entered: 02/08/2018) |
| 02/08/2018 | 335 | ORDER granting 326 Motion for Rajat Khanna to Appear Pro Hac Vice (HEREBY ORDERED by Judge Lorna G. Schofield)(Text Only Order) (Schofield, Lorna) (Entered: 02/08/2018) |
| 02/08/2018 | 336 | ORDER granting 327 Motion for Adam M. Kaufmann to Appear Pro Hac Vice (HEREBY ORDERED by Judge Lorna G. Schofield)(Text Only Order) (Schofield, Lorna) (Entered: 02/08/2018) |
| 02/09/2018 | 337 | SEALED DOCUMENT placed in vault.(mps) (Entered: 02/09/2018) |
| 02/09/2018 | 338 | JOINT LETTER addressed to Magistrate Judge Stewart D. Aaron from Gianni Cutri and Anne Sekel dated February 9, 2018 re: Status of Discovery. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc..(Cutri, Gianni) (Entered: 02/09/2018) |
| 02/16/2018 | 339 | **FILING ERROR - DEFICIENT DOCKET ENTRY -** MOTION for Ryan C. Watkins to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number 0208-14709520. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Certificate of Good Standing, # 2 Affidavit of Ryan C. Watkins in Support of Motion, # 3 Text of Proposed Order to Admit Counsel Pro Hac Vice)(Sekel, Anne) Modified on 2/16/2018 (bcu). (Entered: 02/16/2018) |
| 02/16/2018 | | **>>>NOTICE REGARDING DEFICIENT MOTION TO APPEAR PRO HAC VICE. Notice to RE-FILE Document No. 339 MOTION for Ryan C. Watkins to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number 0208-14709520. Motion and supporting papers to be reviewed by Clerk's Office staff... The filing is deficient for the following reason(s): missing Certificate of Good Standing from Supreme Court of Michigan;. Re-file the motion as a Corrected Motion to Appear Pro Hac Vice - attach the correct signed PDF - select the correct named filer/filers - attach valid Certificates of Good Standing issued within the past 30 days - attach Proposed Order.. (bcu)** (Entered: 02/16/2018) |

| | | |
|---|---|---|
| 02/16/2018 | 340 | MOTION for Ryan C. Watkins to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Certificate of Good Standing, # 2 Affidavit of Ryan C. Watkins in Support of Motion, # 3 Text of Proposed Order to Admit Counsel Pro Hac Vice)(Sekel, Anne) (Entered: 02/16/2018) |
| 02/16/2018 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 340 MOTION for Ryan C. Watkins to Appear Pro Hac Vice . Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (jc)** (Entered: 02/16/2018) |
| 02/20/2018 | | Minute Entry for proceedings held before Magistrate Judge Stewart D. Aaron: Telephone Conference held on 2/20/2018. (kl) (Entered: 02/20/2018) |
| 02/26/2018 | 341 | ORDER granting 340 Motion for Ryan C. Watkins to Appear Pro Hac Vice (HEREBY ORDERED by Judge Lorna G. Schofield)(Text Only Order) (Schofield, Lorna) (Entered: 02/26/2018) |
| 02/28/2018 | 342 | ORDER: NOW, ACCORDINGLY, it appearing to the Court that counsel for Plaintiffs has violated the Court's 2/6/18 Order, IT IS HEREBY ORDERED that counsel for Plaintiffs shall show cause why they should not be sanctioned pursuant to Fed. R. Civ. P. 16(f), Fed. R. Civ. P. 37(b), 28 U.S.C. § 1927 and/or the inherent powers of the Court for this violation. Such showing shall be made by affidavit or declaration and a memorandum of law compliant with Local Civil Rule 7.1(a)(2) filed on or before Monday, March 5, 2018. SO ORDERED. (Signed by Magistrate Judge Stewart D. Aaron on 2/28/2018) (kl) (Entered: 02/28/2018) |
| 03/02/2018 | 343 | MOTION for Jason Conti to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Certificate of Good Standing, # 2 Affidavit of Jason Conti in Support of Motion, # 3 Text of Proposed Order to Admit Counsel Pro Hac Vice)(Sekel, Anne) (Entered: 03/02/2018) |
| 03/02/2018 | | Pro Hac Vice Fee Paid electronically via Pay.gov: for 343 MOTION for Jason Conti to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's Office staff..** Filing fee $ 200.00. Pay.gov receipt number 0208-14764908, paid on 3/2/2018. (wb) (Entered: 03/02/2018) |
| 03/02/2018 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 343 MOTION for Jason Conti to Appear Pro Hac Vice . Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (wb)** (Entered: 03/02/2018) |
| 03/02/2018 | 344 | ORDER: granting 343 Motion for Jason Conti to Appear Pro Hac Vice. (Signed by Magistrate Judge Stewart D. Aaron on 3/2/2018) (ap) (Entered: 03/02/2018) |
| 03/05/2018 | 345 | ORDER: It is hereby ORDERED that a conference will be held on March 13, 2018, at 11:30 a.m. for an oral ruling on Plaintiffs/Counterclaim Defendants Syntel's objections to Magistrate Judge Ellis's August 25, 2017, Preclusion Order. Oral argument will not be held. (Status Conference set for 3/13/2018 at 11:30 AM before Judge Lorna G. Schofield.) (Signed by Judge Lorna G. Schofield on 3/5/2018) (ap) (Entered: 03/05/2018) |
| 03/05/2018 | 346 | OPPOSITION BRIEF re: 342 Order,, . Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc..(Sekel, Anne) (Entered: 03/05/2018) |
| 03/05/2018 | 347 | DECLARATION of Anne B. Sekel re: 346 Opposition Brief . Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit A, # 2 |

| | | Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)(Sekel, Anne) (Entered: 03/06/2018) |
|---|---|---|
| 03/06/2018 | 348 | DECLARATION of Todd C. Norbitz re: 346 Opposition Brief . Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Sekel, Anne) (Entered: 03/06/2018) |
| 03/06/2018 | 349 | DECLARATION of Anne B. Sekel re: 346 Opposition Brief *with Corrected Exhibit A (please disregard Exhibit A filed as Dkt. No. 347-1)*. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)(Sekel, Anne) (Entered: 03/06/2018) |
| 03/06/2018 | 350 | LETTER MOTION for Leave to File Reply re Order to Show Cause addressed to Magistrate Judge Stewart D. Aaron from Gianni Cutri dated 3/6/2018. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc..(Cutri, Gianni) (Entered: 03/06/2018) |
| 03/06/2018 | 351 | ORDER granting 350 Letter Motion for Leave to File Document. ENDORSEMENT: Application GRANTED. SO ORDERED. (Signed by Magistrate Judge Stewart D. Aaron on 3/6/2018) (kl) (Entered: 03/06/2018) |
| 03/08/2018 | 352 | ENDORSED LETTER: addressed to Magistrate Judge Stewart D. Aaron from Anne B. Sekel dated 3/06/2018 re: Accordingly, upon showing this showing of good cause, Syntel respectfully makes this request for an Order (i) authorizing Syntel's prior filing of the redacted Declaration of Anne B. Sekel, dated March 5, 2018, and Exhibits B, D, and E thereto and (ii) sealing the Protected Material. ENDORSEMENT: Application Granted. SO ORDERED. (Signed by Magistrate Judge Stewart D. Aaron on 3/08/2018) (ama) (Entered: 03/08/2018) |
| 03/08/2018 | | Transmission to Sealed Records Clerk. Transmitted re: 352 Endorsed Letter, Set Deadlines/Hearings,,,,,, to the Sealed Records Clerk for the sealing or unsealing of document or case. (ama) (Entered: 03/08/2018) |
| 03/09/2018 | 353 | ORDER: It is hereby Ordered that the parties appear for a hearing before Magistrate Judge Stewart Aaron regarding the issue of sanctions on Tuesday, March 13, 2018 at 2:45 p.m. in Courtroom 11C, United States Courthouse, 500 Pearl Street, New York, NY 10007. It is further Ordered that Mr. Norbitz shall be present on behalf of Plaintiffs. SO ORDERED., ( Status Conference set for 3/13/2018 at 02:45 PM in Courtroom 11C, 500 Pearl Street, New York, NY 10007 before Magistrate Judge Stewart D. Aaron.) (Signed by Magistrate Judge Stewart D. Aaron on 3/09/2018) (ama) (Entered: 03/09/2018) |
| 03/09/2018 | 354 | TRANSCRIPT of Proceedings re: telephone conference held on 2/20/2018 before Magistrate Judge Stewart D. Aaron. Court Reporter/Transcriber: Shari Riemer, (518) 581-8973. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 3/30/2018. Redacted Transcript Deadline set for 4/9/2018. Release of Transcript Restriction set for 6/7/2018.(rro) (Entered: 03/09/2018) |
| 03/09/2018 | 355 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a telephone conference proceeding held on 2/20/2018 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.(rro) (Entered: 03/09/2018) |

| 03/09/2018 | 356 | TRANSCRIPT of Proceedings re: telephone conference held on 1/5/2018 before Magistrate Judge Stewart D. Aaron. Court Reporter/Transcriber: Shari Riemer, (518) 581-8973. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 3/30/2018. Redacted Transcript Deadline set for 4/9/2018. Release of Transcript Restriction set for 6/7/2018.(rro) (Entered: 03/09/2018) |
| --- | --- | --- |
| 03/09/2018 | 357 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a telephone conference proceeding held on 1/5/2018 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.(rro) (Entered: 03/09/2018) |
| 03/09/2018 | 358 | TRANSCRIPT of Proceedings re: Oral Argument held on 1/26/2018 before Magistrate Judge Stewart D. Aaron. Court Reporter/Transcriber: Shari Riemer, (518) 581-8973. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 3/30/2018. Redacted Transcript Deadline set for 4/9/2018. Release of Transcript Restriction set for 6/7/2018. (rro) (Entered: 03/09/2018) |
| 03/09/2018 | 359 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a Oral Argument proceeding held on 1/26/2018 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.(rro) (Entered: 03/09/2018) |
| 03/13/2018 | | Minute Entry for proceedings held before Judge Lorna G. Schofield: Status Conference held on 3/13/2018. (jcs) (Entered: 03/13/2018) |
| 03/13/2018 | 360 | ORDER: It is hereby ORDERED that Plaintiffs/Counterclaim Defendants Syntel Sterling Best Shores Mauritius Limited and Syntel, Inc.'s objections to Judge Ellis' August 25, 2017, Preclusion Order are OVERRULED. (Signed by Judge Lorna G. Schofield on 3/13/2018) (kgo) (Entered: 03/13/2018) |
| 03/13/2018 | | Minute Entry for proceedings held before Magistrate Judge Stewart D. Aaron: Status Conference held on 3/13/2018. (kl) (Entered: 03/13/2018) |
| 03/14/2018 | 361 | ORDER: A hearing having been held on March 13, 2018 regarding the parties' cross-motions for sanctions, it is hereby ORDERED, as follows: No later than March 16, 2018, Defendants shall file on ECF redacted versions of Defendants' letter to the Court, dated February 27, 2018, and Defendants' Reply Concerning Syntel's Improper Speaking Objections and Disruption of Depositions, dated March 8, 2018, together with the exhibits thereto. Thereafter, no later than March 23, 2018, Defendants shall follow the provisions of Section II.G. of the Court's Individual Rules for filing the foregoing documents under seal. The provisions of the text-only Order that was entered by the Court on February 6, 2018 (the "2/6/18 Order") (namely, "It is hereby ORDERED that counsel for [Plaintiff] Syntel shall refrain from making speaking objections when defending depositions. See Fed. R. Civ. P. 30(c)(2). All counsel are instructed to avoid argumentative or repetitive questions and any speaking objections during depositions. Objections as to the form of the question shall be made by opposing counsel, who shall |

| | | |
|---|---|---|
| | | simply state, "Objection." The parties shall meet and confer with respect to disputes regarding any requests to take additional deposition testimony subsequent to the now-past fact discovery deadline, and shall advise the Court no later than March 16, 2018 if the parties have agreed to a resolution. If the parties reach agreement, they shall so advise the Court and seek approval of their agreement. If the parties do not reach agreement, they shall provide the Court with a briefing schedule to resolve any disputes. The Court shall reserve decision on the pending cross-motions for sanctions until after the close of fact discovery. However, any violations of the 2/6/18 Order or of this Order in depositions held in future depositions in this case shall lead to the imposition of sanctions. And as set forth herein. SO ORDERED. (Signed by Magistrate Judge Stewart D. Aaron on 3/14/2018) (ama) Modified on 3/14/2018 (ama). (Entered: 03/14/2018) |
| 03/14/2018 | 362 | LETTER addressed to Magistrate Judge Stewart D. Aaron from Gianni Cutri dated 2/27/2018 re: Syntel's Violation of 2/6/18 Order (Public Version). Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Cutri, Gianni) (Entered: 03/14/2018) |
| 03/14/2018 | 363 | BRIEF re: 346 Opposition Brief *Defendants' Reply Concerning Syntel's Improper Speaking Objections and Disruption of Depositions (Public Version)*. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit 1 (Redacted), # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5 (Redacted), # 6 Exhibit 6 (Redacted), # 7 Exhibit 7 (Redacted), # 8 Exhibit 8 (Redacted))(Cutri, Gianni) (Entered: 03/14/2018) |
| 03/16/2018 | 364 | LETTER MOTION for Extension of Time to File *Discovery Status Report* addressed to Magistrate Judge Stewart D. Aaron from Gianni Cutri dated 3/16/2018. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc..(Cutri, Gianni) (Entered: 03/16/2018) |
| 03/17/2018 | 365 | ORDER granting 364 Letter Motion for Extension of Time to File Letter. (Signed by Magistrate Judge Stewart D. Aaron on 3/17/2018) (Aaron, Stewart) (Entered: 03/17/2018) |
| 03/19/2018 | 366 | ENDORSED LETTER: addressed to Magistrate Judge Stewart D. Aaron from Gianni Cutri dated 3/14/2018 re: Counsel for defendants and counterclaim-plaintiffs in the above-referenced matter write Accordingly, upon this showing of good cause, Syntel respectfully make this request for an Order permitting Defendants to file Exhibit D under seal to prevent the disclosure of the commercially and competitively sensitive information. ENDORSEMENT: Request Granted. So Ordered. (Signed by Magistrate Judge Stewart D. Aaron on 3/19/2018) (js) (Entered: 03/19/2018) |
| 03/19/2018 | | Transmission to Sealed Records Clerk. Transmitted re: 366 Endorsed Letter,,, to the Sealed Records Clerk for the sealing or unsealing of document or case. (js) (Entered: 03/19/2018) |
| 03/21/2018 | 367 | SECOND LETTER MOTION for Extension of Time to File *Discovery Status Report* addressed to Magistrate Judge Stewart D. Aaron from Gianni Cutri dated 3/21/2018. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Cutri, Gianni) (Entered: 03/21/2018) |
| 03/22/2018 | 368 | ORDER granting 367 Letter Motion for Extension of Time to File Discovery Status Report. Application GRANTED. Further, the parties are directed to appear via telephone for a status conference on Tuesday, March 27, 2018, at 4:00 p.m. EST. SO ORDERED. (Signed by Magistrate Judge Stewart D. Aaron on 3/22/2018) (ama) (Entered: 03/22/2018) |

| 03/22/2018 | | Set/Reset Hearings: Status Conference set for 3/27/2018 at 04:00 PM before Magistrate Judge Stewart D. Aaron. Telephone Conference set for 3/27/2018 at 04:00 PM before Magistrate Judge Stewart D. Aaron. (ama) (Entered: 03/22/2018) |
|---|---|---|
| 03/22/2018 | | Terminate Transcript Deadlines (ama) (Entered: 03/22/2018) |
| 03/23/2018 | 369 | TRANSCRIPT of Proceedings re: DECISION held on 3/13/2018 before Judge Lorna G. Schofield. Court Reporter/Transcriber: Karen Gorlaski, (212) 805-0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 4/13/2018. Redacted Transcript Deadline set for 4/23/2018. Release of Transcript Restriction set for 6/21/2018.(McGuirk, Kelly) (Entered: 03/23/2018) |
| 03/27/2018 | | Minute Entry for proceedings held before Magistrate Judge Stewart D. Aaron: Telephone Conference held on 3/27/2018. (kl) (Entered: 03/27/2018) |
| 03/27/2018 | 370 | ORDER: Following a telephone conference with the parties on March 27, 2018, it is hereby ORDERED that: On March 30, 2018, each party shall file a Letter setting forth its position regarding the unresolved discovery disputes set forth in the parties' March 26, 2018 joint letter to the Court, as well as any remaining disputes regarding fact discovery. Each party's Letter may not exceed eight pages and should show good cause as to why the requested discovery was not completed prior to the March 7, 2018 fact discovery deadline. On April 5, 2018, each party shall file its response to the opposing party's Letter. Each party's response may not exceed five pages. In their responses, the parties should indicate whether they seek oral argument regarding any issue or whether the Court should decide the remaining issues based on the parties' written submissions. Any issue regarding fact discovery that is not raised with the Court in either the March 30, 2018 Letters or April 5, 2018 responses shall be deemed waived. SO ORDERED. (Signed by Magistrate Judge Stewart D. Aaron on 3/27/2018) (ama) (Entered: 03/27/2018) |
| 03/28/2018 | 371 | SEALED DOCUMENT placed in vault.(rz) (Entered: 03/28/2018) |
| 03/29/2018 | 372 | TRANSCRIPT of Proceedings re: Status Conference held on 3/13/2018 before Magistrate Judge Stewart D. Aaron. Court Reporter/Transcriber: Mary Greco, (518) 581-8973. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 4/19/2018. Redacted Transcript Deadline set for 4/30/2018. Release of Transcript Restriction set for 6/27/2018.(mhe) (Entered: 03/29/2018) |
| 03/29/2018 | 373 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a Status Conference proceeding held on 03/13/2018 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.(mhe) (Entered: 03/29/2018) |
| 04/02/2018 | 374 | JOINT LETTER addressed to Magistrate Judge Stewart D. Aaron from Gianni Cutri dated 3/26/2018 re: Discovery Issues (Public Version). Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit A (Redacted), # 2 Exhibit B, # 3 Exhibit 1, # 4 Exhibit 2, # 5 Exhibit 3)(Cutri, Gianni) (Entered: 04/02/2018) |

| 04/04/2018 | 375 | ENDORSED LETTER: addressed to Magistrate Judge Stewart D. Aaron from Gianni Cutri dated 4/2/2018 re: Accordingly, upon this showing of good cause, Syntel respectfully makes this request for an Order permitting Defendants to file Exhibits I and 2 to Exhibit A to the parties' March 26, 2018 letter under seal to prevent the disclosure of the commercially sensitive information.. ENDORSEMENT: Application Granted. So ordered. (Signed by Magistrate Judge Stewart D. Aaron on 4/4/2018) (js) (Entered: 04/04/2018) |
|---|---|---|
| 04/04/2018 | | Transmission to Sealed Records Clerk. Transmitted re: 375 Endorsed Letter,, to the Sealed Records Clerk for the sealing or unsealing of document or case. (js) (Entered: 04/04/2018) |
| 04/06/2018 | | NOTICE of Hearing: Oral Argument via Telephone set for 4/10/2018 at 04:00 PM before Magistrate Judge Stewart D. Aaron. The parties shall call the Court's conference line at 212-805-0110 once all parties are on the line. (kl) (Entered: 04/06/2018) |
| 04/10/2018 | | Minute Entry for proceedings held before Magistrate Judge Stewart D. Aaron: Telephonic Oral Argument held on 4/10/2018. (kl) (Entered: 04/11/2018) |
| 04/11/2018 | 376 | LETTER MOTION for Discovery *Issues (Redacted Version)* addressed to Magistrate Judge Stewart D. Aaron from Gianni Cutri dated 3/30/2018. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit A (Redacted), # 2 Exhibit B (Redacted), # 3 Exhibit C (Redacted), # 4 Exhibit D (Redacted), # 5 Exhibit E (Redacted), # 6 Exhibit F, # 7 Exhibit G (Redacted), # 8 Exhibit H (Redacted), # 9 Exhibit I (Redacted), # 10 Exhibit J (Redacted), # 11 Exhibit K (Redacted), # 12 Exhibit L (Redacted), # 13 Exhibit M (Redacted), # 14 Exhibit N (Redacted), # 15 Exhibit O (Redacted), # 16 Exhibit P (Redacted), # 17 Exhibit Q (Redacted), # 18 Exhibit R (Redacted), # 19 Exhibit S (Redacted), # 20 Exhibit T, # 21 Exhibit U, # 22 Exhibit V (Redacted), # 23 Exhibit W (Redacted), # 24 Exhibit X (Redacted), # 25 Exhibit Y)(Cutri, Gianni) (Entered: 04/11/2018) |
| 04/11/2018 | 377 | LETTER MOTION for Discovery *Issues* addressed to Magistrate Judge Stewart D. Aaron from Anne B. Sekel dated March 30, 2018. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7 (TO BE SEALED), # 8 Exhibit 8 (TO BE SEALED), # 9 Exhibit 9 (TO BE SEALED), # 10 Exhibit 10 (TO BE SEALED), # 11 Exhibit 11 (TO BE SEALED), # 12 Exhibit 12, # 13 Exhibit 13 (TO BE SEALED), # 14 Exhibit 14 (TO BE SEALED), # 15 Exhibit 15, # 16 Exhibit 16 (REDACTED), # 17 Exhibit 17 (TO BE SEALED), # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20 (REDACTED), # 21 Exhibit 21)(Sekel, Anne) (Entered: 04/11/2018) |
| 04/11/2018 | 378 | LETTER RESPONSE to Motion addressed to Magistrate Judge Stewart D. Aaron from Anne B. Sekel dated April 5, 2018 re: 376 LETTER MOTION for Discovery *Issues (Redacted Version)* addressed to Magistrate Judge Stewart D. Aaron from Gianni Cutri dated 3/30/2018. . Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B (REDACTED), # 3 Exhibit C (REDACTED), # 4 Exhibit D, # 5 Exhibit E (REDACTED), # 6 Exhibit F (REDACTED), # 7 Exhibit G (REDACTED), # 8 Exhibit H (REDACTED), # 9 Exhibit I, # 10 Exhibit J (REDACTED), # 11 Exhibit K)(Sekel, Anne) (Entered: 04/11/2018) |
| 04/11/2018 | 379 | LETTER addressed to Magistrate Judge Stewart D. Aaron from Gianni Cutri dated 4/5/2018 re: Response to Syntel's 3/30/2018 Letter Motion (Redacted Version). Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit 1 (Redacted), # 2 Exhibit 2 (Redacted), # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5 (Redacted), # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8 |

6/2/26, 10:15 AM

SDNY CM/ECF NextGen Version 1.8.5

| | | |
|---|---|---|
| | | (Redacted), # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15 (Redacted), # 16 Exhibit 16 (Redacted), # 17 Exhibit 17 (Redacted), # 18 Exhibit 18 (Redacted), # 19 Exhibit 19, # 20 Exhibit 20 (Redacted), # 21 Exhibit 21 (Redacted), # 22 Exhibit 22 (Redacted), # 23 Exhibit 23, # 24 Exhibit 24, # 25 Exhibit 25 (Redacted), # 26 Exhibit 26 (Redacted), # 27 Exhibit 27 (Redacted))(Cutri, Gianni) (Entered: 04/11/2018) |
| 04/12/2018 | 380 | ENDORSED LETTER: addressed to Magistrate Judge Stewart D. Aaron from Anne B. Sekel dated 4/11/2018 re: Accordingly, upon this showing of good cause, Defendants respectfully make this request for an Order permitting Syntel to file Exhibit B under seal to prevent the disclosure of commercially sensitive business information. Exhibit B will be filed with redactions. ENDORSEMENT: Request Granted. So Ordered. (Signed by Magistrate Judge Stewart D. Aaron on 4/12/2018) (js) (Entered: 04/12/2018) |
| 04/12/2018 | | Transmission to Sealed Records Clerk. Transmitted re: 380 Endorsed Letter,, to the Sealed Records Clerk for the sealing or unsealing of document or case. (js) (Entered: 04/12/2018) |
| 04/17/2018 | 381 | ENDORSED LETTER addressed to Magistrate Judge Stewart D. Aaron from Gianni Cutri dated 3/14/2018 re: filing under seal. ENDORSEMENT: Request GRANTED. SO ORDERED. (Signed by Magistrate Judge Stewart D. Aaron on 4/17/2018) (ras) (Entered: 04/17/2018) |
| 04/17/2018 | | Transmission to Sealed Records Clerk. Transmitted re: 381 Endorsed Letter to the Sealed Records Clerk for the sealing or unsealing of document or case. (ras) (Entered: 04/17/2018) |
| 04/17/2018 | 382 | ENDORSED LETTER addressed to Magistrate Judge Stewart D. Aaron from Gianni Cutri dated 4/11/2018 re: request to file exhibits under seal. ENDORSEMENT: Request GRANTED. SO ORDERED. (Signed by Magistrate Judge Stewart D. Aaron on 4/17/2018) (ras) (Entered: 04/17/2018) |
| 04/17/2018 | | Transmission to Sealed Records Clerk. Transmitted re: 382 Endorsed Letter to the Sealed Records Clerk for the sealing or unsealing of document or case. (ras) (Entered: 04/17/2018) |
| 04/17/2018 | 383 | ORDER terminating 376 Letter Motion for Discovery; terminating 377 Letter Motion for Discovery. It is hereby ORDERED that: The deadline for the close of expert discovery is Friday, August 31, 2018. The Clerk of Court is directed to terminate the Letter-Motions at ECF Nos. 376 and 377, and as further set forth herein. (Signed by Magistrate Judge Stewart D. Aaron on 4/17/2018) (ras) (Entered: 04/17/2018) |
| 04/17/2018 | | Set/Reset Deadlines: Expert Discovery due by 8/31/2018. (ras) (Entered: 04/17/2018) |
| 04/18/2018 | 384 | NOTICE OF APPEARANCE by Robert S. Weisbein on behalf of Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Weisbein, Robert) (Entered: 04/18/2018) |
| 04/19/2018 | 385 | TRANSCRIPT of Proceedings re: Telephonic Oral Argument held on 4/10/2018 before Magistrate Judge Stewart D. Aaron. Court Reporter/Transcriber: Shari Riemer, (518) 581-8973. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 5/10/2018. Redacted Transcript Deadline set for 5/21/2018. Release of Transcript Restriction set for 7/18/2018.(mhe) (Entered: 04/19/2018) |
| 04/19/2018 | 386 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a Telephonic Oral Argument proceeding held on 04/10/2018 has been filed by the court reporter/transcriber in the above-captioned matter. The parties |

| | | |
|---|---|---|
| | | have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days. (mhe) (Entered: 04/19/2018) |
| 05/11/2018 | 387 | LETTER addressed to Magistrate Judge Stewart D. Aaron from Gianni Cutri dated 5/11/2018 re: Deposition Dates. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc..(Cutri, Gianni) (Entered: 05/11/2018) |
| 05/11/2018 | 388 | MEMO ENDORSEMENT on re: 387 Letter filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc. ENDORSEMENT: Requested date extensions APPROVED. SO ORDERED. (Signed by Magistrate Judge Stewart D. Aaron on 5/11/2018) (rro) (Entered: 05/11/2018) |
| 05/11/2018 | | Set/Reset Deadlines: Deposition due by 5/25/2018. (rro) (Entered: 05/11/2018) |
| 05/16/2018 | 389 | LETTER MOTION for Extension of Time *to Respond to Court Ordered Questions* addressed to Magistrate Judge Stewart D. Aaron from Gianni Cutri dated 5/16/2018. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Cutri, Gianni) (Entered: 05/16/2018) |
| 05/16/2018 | 390 | ORDER granting 389 Letter Motion for Extension of Time. Request Granted. So Ordered. (Signed by Magistrate Judge Stewart D. Aaron on 5/16/2018) (js) (Entered: 05/16/2018) |
| 05/23/2018 | 391 | ORDER: Plaintiffs shall respond to Defendant's May 22, 2018 Letter to the Court (sent via e-mail in accordance with the Court's Individual Practice I.B) no later than 5:00 p.m. EDT on Thursday, May 24, 2018. The parties are directed to appear via Telephone for a conference regarding the issues raised in Defendant's Letter on Friday, May 25, 2018, at 11:00 a.m. EDT. The parties shall call the Court's conference line at 212-805-0110 once all parties are on the line. SO ORDERED. (Telephone Conference set for 5/25/2018 at 11:00 AM before Magistrate Judge Stewart D. Aaron.) (Signed by Magistrate Judge Stewart D. Aaron on 5/23/2018) (kl) (Entered: 05/23/2018) |
| 05/25/2018 | | Minute Entry for proceedings held before Magistrate Judge Stewart D. Aaron: Telephone Conference held on 5/25/2018. (kl) (Entered: 05/25/2018) |
| 05/25/2018 | 392 | ORDER: For the foregoing reasons, and for the reasons stated on the record, it is hereby ORDERED as follows: 1. Within ten days of the date of this Order, Syntel shall produce to Defendants the non-privileged documents from Mr. Chadha's devices that hit on the search term "TriZetto." These documents shall be designated CONFIDENTIAL FOR OUTSIDE COUNSEL ONLY, in accordance with the Protective Order (ECF No. 99). Any documents withheld as privileged shall be set forth in a privilege log, which Syntel shall provide to Defendants within four days of the production. 2. Following Defendants' review of the production, if Defendants can make a showing that a substantial number of documents should have been produced during discovery, Defendants may make an application to the Court for further relief with respect to the remaining search terms. Any such application shall be made within seven days of the date that Defendants receive the production. SO ORDERED. (Signed by Magistrate Judge Stewart D. Aaron on 5/25/2018) (kl) (Entered: 05/25/2018) |
| 05/31/2018 | 393 | LETTER MOTION for Discovery *Production - Public Version* addressed to Magistrate Judge Stewart D. Aaron from Gianni Cutri dated 5/22/2018. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc..(Cutri, Gianni) (Entered: 05/31/2018) |
| 05/31/2018 | 394 | LETTER addressed to Magistrate Judge Stewart D. Aaron from Anne B. Sekel dated May 24, 2018 re: Opposition to Defendants/Counterclaim Plaintiffs May 22, 2018 |

| | | |
|---|---|---|
| | | Letter. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Sekel, Anne) (Entered: 05/31/2018) |
| 05/31/2018 | 395 | LETTER REPLY to Response to Motion addressed to Magistrate Judge Stewart D. Aaron from Gianni Cutri dated 5/25/2018 re: 393 LETTER MOTION for Discovery *Production - Public Version* addressed to Magistrate Judge Stewart D. Aaron from Gianni Cutri dated 5/22/2018. . Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Cutri, Gianni) (Entered: 05/31/2018) |
| 06/01/2018 | 396 | TRANSCRIPT of Proceedings re: telephone conference held on 5/25/2018 before Magistrate Judge Stewart D. Aaron. Court Reporter/Transcriber: Carole Ludwig, (212) 420-0771. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 6/22/2018. Redacted Transcript Deadline set for 7/2/2018. Release of Transcript Restriction set for 8/30/2018.(rro) (Entered: 06/01/2018) |
| 06/01/2018 | 397 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a telephone conference proceeding held on 5/25/2018 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.(rro) (Entered: 06/01/2018) |
| 06/07/2018 | 398 | SEALED DOCUMENT placed in vault.(rz) (Entered: 06/07/2018) |
| 06/07/2018 | 399 | LETTER addressed to Magistrate Judge Stewart D. Aaron from Anne B. Sekel dated June 7, 2018 Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Attachment to letter)(Sekel, Anne) (Entered: 06/07/2018) |
| 06/07/2018 | 400 | LETTER addressed to Magistrate Judge Stewart D. Aaron from Anne B. Sekel dated May 24, 2018 re: Opposition to Defendants/Counterclaim Plaintiffs May 22, 2018 Letter. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Sekel, Anne) (Entered: 06/07/2018) |
| 06/07/2018 | 401 | LETTER MOTION for Discovery *(Redacted Version)* addressed to Magistrate Judge Stewart D. Aaron from Gianni Cutri dated 5/22/2018. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9)(Cutri, Gianni) (Entered: 06/07/2018) |
| 06/07/2018 | 402 | LETTER REPLY to Response to Motion addressed to Magistrate Judge Stewart D. Aaron from Gianni Cutri dated 5/25/2018 re: 401 LETTER MOTION for Discovery *(Redacted Version)* addressed to Magistrate Judge Stewart D. Aaron from Gianni Cutri dated 5/22/2018. . Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Cutri, Gianni) (Entered: 06/07/2018) |
| 06/12/2018 | 403 | ORDER: The Court is in receipt of Defendants' confidential letter, dated June 11, 2018, regarding the production of documents from the files of Ankur Chadha. It is hereby ORDERED that Plaintiff shall send its response to this letter to the Court and to Defendants' counsel no later than 6 p.m. EST on Thursday, June 14, 2018, and that Defendants shall send any reply no later than 6 p.m. EST on Friday, June 15, 2018. The parties are directed to appear via Telephone for a conference in the above-captioned matter on Monday, June 18, 2018, at 10:00 a.m. EST. During the conference, the parties should be prepared to discuss the correspondence set forth in the paragraph above, as |

| | | well as the deadlines for expert reports, which deadlines are hereby extended sine die, pending the conference. The parties shall call the Court's conference line at 212-805-0110 once all parties are on the line. SO ORDERED. (Telephone Conference set for 6/18/2018 at 10:00 AM before Magistrate Judge Stewart D. Aaron.) (Signed by Magistrate Judge Stewart D. Aaron on 6/12/2018) (kl) (Entered: 06/12/2018) |
|---|---|---|
| 06/14/2018 | 404 | LETTER addressed to Magistrate Judge Stewart D. Aaron from Anne B. Sekel dated June 14, 2018 re: Response to Defendants' Letter Submitted June 11, 2018. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc..(Sekel, Anne) (Entered: 06/14/2018) |
| 06/18/2018 | | Minute Entry for proceedings held before Magistrate Judge Stewart D. Aaron: Telephone Conference held on 6/18/2018. (kl) (Entered: 06/18/2018) |
| 06/18/2018 | 405 | ORDER: For the reasons stated on the record, it is hereby ORDERED as follows: Syntel shall produce all non-privileged documents from Mr. Chadha's devices that hit on any of the following search terms: "TriZetto," "TZ," "Facets," and "Customer Exchange." These documents shall be produced on a rolling basis beginning on June 26, 2018, with all documents produced no later than July 9, 2018. These documents shall be designated CONFIDENTIAL FOR OUTSIDE COUNSEL ONLY, in accordance with the Protective Order (ECF No. 99). Any documents withheld as privileged shall be set forth in a privilege log, which Syntel shall provide to Defendants no later than July 19, 2018. Syntel shall run the same search terms identified in Paragraph 1 against the "TriZetto Data" folder and produce all documents that hit on any of those search terms to Defendants no later than July 9, 2018. These documents shall be designated CONFIDENTIAL FOR OUTSIDE COUNSEL ONLY, in accordance with the Protective Order (ECF No. 99). Syntel shall specifically identify the documents that are produced from the "TriZetto Data" folder. If, following Syntel's production, Defendants can make a showing as to why additional documents from that folder should be produced, they may renew their application. Any such application shall be made prior to July 30, 2018. Syntel shall produce an unredacted version of SYNSUPP-0207148. The Court finds that the portions of that document that were redacted by Syntel (see SYNSUPP-0207213, at 44) are not subject to the attorney-client privilege. The redacted language merely indicates that a document was forwarded to an attorney for "review and closure." That language does not reflect any attorney-client communication. The parties shall meet and confer about Syntel's privilege log (Ex. 19 to 6/11/2018 Letter from Mr. Cutri) and, in conjunction therewith, Syntel shall provide Defendants with a revised privilege log as promptly as possible, but no later than July 2, 2018. Defendants' motion for sanctions regarding Syntel's alleged discovery misconduct shall be filed no later than July 30, 2018. Syntel's opposition shall be filed no later than August 17, 2018, and Defendants' reply shall be filed no later than August 24, 2018. An in-person hearing on Defendants' motion for sanctions shall be held on Tuesday, August 28, 2018, at 10:00 a.m. in Courtroom 11C, United States Courthouse, 500 Pearl Street, New York, NY 10007. All deadlines regarding expert discovery are adjourned sine die. SO ORDERED. (Motions due by 7/30/2018., Responses due by 8/17/2018, Replies due by 8/24/2018., Oral Argument set for 8/28/2018 at 10:00 AM in Courtroom 11C, 500 Pearl Street, New York, NY 10007 before Magistrate Judge Stewart D. Aaron.) (Signed by Magistrate Judge Stewart D. Aaron on 6/18/2018) (kl) (Entered: 06/18/2018) |
| 06/21/2018 | 406 | LETTER MOTION for Discovery *Production (Redacted Version)* addressed to Magistrate Judge Stewart D. Aaron from Gianni Cutri dated 6/11/2018. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc..(Cutri, Gianni) (Entered: 06/21/2018) |
| 06/21/2018 | 407 | LETTER REPLY to Response to Motion addressed to Magistrate Judge Stewart D. Aaron from Gianni Cutri dated 6/15/2018 re: 406 LETTER MOTION for Discovery |

| | | |
|---|---|---|
| | | *Production (Redacted Version)* addressed to Magistrate Judge Stewart D. Aaron from Gianni Cutri dated 6/11/2018. *(Redacted Version)*. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Cutri, Gianni) (Entered: 06/21/2018) |
| 06/28/2018 | 408 | LETTER MOTION for Discovery *Production (Redacted Version)* addressed to Magistrate Judge Stewart D. Aaron from Gianni Cutri dated 6/11/2018. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2 (Sealed), # 3 Exhibit 3 (Sealed), # 4 Exhibit 4 (Sealed), # 5 Exhibit 5, # 6 Exhibit 6 (Sealed), # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9 (Sealed), # 10 Exhibit 10, # 11 Exhibit 11 (Sealed), # 12 Exhibit 12 (Sealed), # 13 Exhibit 13, # 14 Exhibit 14 (Sealed), # 15 Exhibit 15 (Sealed), # 16 Exhibit 16 (Sealed), # 17 Exhibit 17 (Sealed), # 18 Exhibit 18 (Sealed), # 19 Exhibit 19 (Sealed), # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22 (Sealed), # 23 Exhibit 23 (Sealed), # 24 Exhibit 24 (Sealed), # 25 Exhibit 25 (Sealed))(Cutri, Gianni) (Entered: 06/28/2018) |
| 06/28/2018 | 409 | LETTER REPLY to Response to Motion addressed to Magistrate Judge Stewart D. Aaron from Gianni Cutri dated 6/15/2018 re: 408 LETTER MOTION for Discovery *Production (Redacted Version)* addressed to Magistrate Judge Stewart D. Aaron from Gianni Cutri dated 6/11/2018. *(Redacted Version)*. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit 26 (Sealed), # 2 Exhibit 27 (Sealed), # 3 Exhibit 28, # 4 Exhibit 29, # 5 Exhibit 30, # 6 Exhibit 31, # 7 Exhibit 32 (Sealed), # 8 Exhibit 33, # 9 Exhibit 34)(Cutri, Gianni) (Entered: 06/28/2018) |
| 06/28/2018 | 410 | SEALED DOCUMENT placed in vault.(rz) (Entered: 06/29/2018) |
| 07/13/2018 | 411 | ORDER: The Court is in receipt of the parties' July 13, 2018 confidential letter, submitted via e-mail in accordance with the Court's Individual Practices. On consent, Defendants' request to brief additional claims and for an expansion of the briefing page limits is GRANTED. (Signed by Magistrate Judge Stewart D. Aaron on 7/13/2018) (cf) (Entered: 07/13/2018) |
| 07/26/2018 | 412 | TRANSCRIPT of Proceedings re: telephone conference held on 6/18/2018 before Magistrate Judge Stewart D. Aaron. Court Reporter/Transcriber: Shari Riemer, (518) 581-8973. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 8/16/2018. Redacted Transcript Deadline set for 8/27/2018. Release of Transcript Restriction set for 10/24/2018.(rro) (Entered: 07/26/2018) |
| 07/26/2018 | 413 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a telephone conference proceeding held on 6/18/2018 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.(rro) (Entered: 07/26/2018) |
| 07/27/2018 | 414 | LETTER MOTION for Leave to File Excess Pages addressed to Magistrate Judge Stewart D. Aaron from Gianni Cutri dated 7/27/2018. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc..(Cutri, Gianni) (Entered: 07/27/2018) |
| 07/27/2018 | 415 | ORDER granting 414 Letter Motion for Leave to File Excess Pages. ENDORSEMENT: Request GRANTED. SO ORDERED. (Signed by Magistrate Judge Stewart D. Aaron on 7/27/2018) (kl) (Entered: 07/27/2018) |

| 08/10/2018 | 416 | LETTER addressed to Magistrate Judge Stewart D. Aaron from Anne B. Sekel dated August 10, 2018 re: Opposition to Defendants' August 7, 2018 Letter Motion. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit A)(Sekel, Anne) (Entered: 08/10/2018) |
|---|---|---|
| 08/14/2018 | 417 | ORDER: The parties are directed to appear via Telephone for Oral Argument regarding the issues raised in Defendants' August 7, 2018 letter on Tuesday, August 21, 2018 at 2:30 p.m. EDT. The parties shall call the Court's conference line at 212-805-0110 once all parties are on the line. (As further set forth in this order) (Telephone Conference set for 8/21/2018 at 02:30 PM before Judge Stewart D. Aaron.) (Signed by Magistrate Judge Stewart D. Aaron on 8/14/2018) (ne) Modified on 8/14/2018 (ne). (Entered: 08/14/2018) |
| 08/17/2018 | 418 | **FILING ERROR - WRONG EVENT TYPE SELECTED FROM MENU -** LETTER MOTION for Discovery *re privilege documents* addressed to Magistrate Judge Stewart D. Aaron from Gianni Cutri dated 8/17/2018. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8)(Cutri, Gianni) Modified on 8/24/2018 (ldi). (Entered: 08/17/2018) |
| 08/17/2018 | 419 | LETTER REPLY to Response to Motion addressed to Magistrate Judge Stewart D. Aaron from Gianni Cutri dated 8/13/2018 re: 418 LETTER MOTION for Discovery *re privilege documents* addressed to Magistrate Judge Stewart D. Aaron from Gianni Cutri dated 8/17/2018. . Document filed by The Trizetto Group, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5)(Cutri, Gianni) (Entered: 08/17/2018) |
| 08/21/2018 |  | Minute Entry for proceedings held before Magistrate Judge Stewart D. Aaron: Telephone Conference held on 8/21/2018. (kl) (Entered: 08/21/2018) |
| 08/22/2018 | 420 | ORDER denying without prejudice 418 Letter Motion for Discovery. So Ordered. (Signed by Magistrate Judge Stewart D. Aaron on 8/22/2018) (js) (Entered: 08/22/2018) |
| 08/23/2018 | 421 | ORDER: It is hereby Ordered that, no later than 5 p.m. EST on Monday, August 27, 2018, the parties shall each provide to the Court by letter filed on ECF an estimated number of documents produced by Plaintiff pursuant to the Court's June 18, 2018 Order (ECF No. 405) that in whole or in part contain information derived directly or indirectly from The TriZetto Group, and any additional communications relating to them. SO ORDERED. (Signed by Magistrate Judge Stewart D. Aaron on 8/23/2018) (kl) (Entered: 08/23/2018) |
| 08/23/2018 | 422 | LETTER addressed to Magistrate Judge Stewart D. Aaron from Anne B. Sekel dated August 23, 2018 re: Clarification of Dkt. 421. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc..(Sekel, Anne) (Entered: 08/23/2018) |
| 08/24/2018 | 423 | MEMO ENDORSEMENT on re: 422 Letter filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc. ENDORSEMENT: Request GRANTED. The Court shall hold a brief telephone conference with the parties today, Friday, August 24, 2018, at 4:00 p.m. EDT. The parties shall call the Court's conference line at 212-805-0110 once all parties are on the line. SO ORDERED. (Telephone Conference set for 8/24/2018 at 04:00 PM before Magistrate Judge Stewart D. Aaron.) (Signed by Magistrate Judge Stewart D. Aaron on 8/24/2018) (kl) (Entered: 08/24/2018) |
| 08/24/2018 | 424 | LETTER addressed to Magistrate Judge Stewart D. Aaron from Gianni Cutri dated 8/24/2018 re: Telephone Conference. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit 1)(Cutri, Gianni) (Entered: 08/24/2018) |

| 08/24/2018 | 425 | MEMO ENDORSEMENT on re: 424 Letter filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc. ENDORSEMENT: Request GRANTED. The telephone conference shall be held today at 2:30 p.m. EDT. The parties shall call the Court's conference line at 212-805-0110 once all parties are on the line. SO ORDERED. (Telephone Conference set for 8/24/2018 at 02:30 PM before Magistrate Judge Stewart D. Aaron.) (Signed by Magistrate Judge Stewart D. Aaron on 8/24/2018) (kl) (Entered: 08/24/2018) |
|---|---|---|
| 08/24/2018 | | Minute Entry for proceedings held before Magistrate Judge Stewart D. Aaron: Telephone Conference held on 8/24/2018. (kl) (Entered: 08/24/2018) |
| 08/27/2018 | 426 | LETTER addressed to Magistrate Judge Stewart D. Aaron from Anne B. Sekel, Esq. dated August 27, 2018 re: Plaintiffs' Letter Responding to Court's August 23, 2018 Order (ECF No. 421). Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc..(Sekel, Anne) (Entered: 08/27/2018) |
| 08/27/2018 | 427 | LETTER addressed to Magistrate Judge Stewart D. Aaron from Gianni Cutri dated 8/27/2018 re: Response to 8/23/2018 Order re Produced Documents. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc..(Cutri, Gianni) (Entered: 08/27/2018) |
| 08/28/2018 | | Minute Entry for proceedings held before Magistrate Judge Stewart D. Aaron: Oral Argument held on 8/28/2018. Court Reporter Rose Prater present. (kl) (Entered: 08/28/2018) |
| 08/29/2018 | 428 | ORDER: Following oral argument on Defendants' motion for sanctions, it is hereby Ordered that, no later than September 4, 2018: The parties shall provide the Court with hard copies of all documents derived directly or indirectly from TriZetto and which contain the words "confidential," "proprietary" or any similar confidentiality legend, or which are attached to other documents or communications referencing the confidential or proprietary nature of TriZetto's information. The parties shall confer regarding whether or not they agree as to the number of such documents and/or which such documents are duplicates. To the extent the parties disagree they should state which documents are in dispute. Plaintiffs shall provide to Defendants and the Court any documentary evidence regarding their contention in Footnote 31 of their Opposition Brief that the Forensic Examiner offered Defendants the option of trying to have twelve computers restored and Defendants declined the offer. Plaintiffs shall run the search terms "TriZetto," "TZ," "Customer Exchange" and "FACETS" against the Forensic Examiner's copy of the PCT drive for the date range January 1, 2013 through the date the drive was collected, and provide the hit counts to Defendants and the Court. The parties shall confer and file a joint letter regarding a proposed schedule for expert discovery. To the extent not already filed, the parties shall file redacted versions of their motion papers pertaining to Defendants' motion for sanctions on ECF, and file the complete motion papers under seal. SO ORDERED. (Signed by Magistrate Judge Stewart D. Aaron on 8/29/2018) (kl) (Entered: 08/29/2018) |
| 08/31/2018 | 429 | JOINT LETTER MOTION for Extension of Time *to Complete Tasks in 8/29/2018 Order* addressed to Magistrate Judge Stewart D. Aaron from Gianni Cutri dated 8/31/2018. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Cutri, Gianni) (Entered: 08/31/2018) |
| 08/31/2018 | 430 | ORDER granting 429 Letter Motion for Extension of Time. (Signed by Magistrate Judge Stewart D. Aaron on 8/31/2018) (Aaron, Stewart) (Entered: 08/31/2018) |
| 09/06/2018 | 431 | NOTICE OF APPEARANCE by Matthew Joseph Hrutkay on behalf of Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Hrutkay, Matthew) (Entered: 09/06/2018) |

| | | |
|---|---|---|
| 09/06/2018 | 432 | NOTICE of Withdrawal of Appearance of Matthew J. Hrutkay re: 431 Notice of Appearance. Document filed by Syntel Sterling Best Shores Mauritius Limited. (Hrutkay, Matthew) (Entered: 09/06/2018) |
| 09/10/2018 | 433 | TRANSCRIPT of Proceedings re: Telephone Conference held on 8/24/2018 before Magistrate Judge Stewart D. Aaron. Court Reporter/Transcriber: Shari Riemer, (518) 581-8973. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 10/1/2018. Redacted Transcript Deadline set for 10/11/2018. Release of Transcript Restriction set for 12/10/2018.(aea) (Entered: 09/10/2018) |
| 09/10/2018 | 434 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a Telephone Conference proceeding held on 8/24/2018 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.(aea) (Entered: 09/10/2018) |
| 09/10/2018 | 435 | TRANSCRIPT of Proceedings re: Telephone Conference held on 8/21/2018 before Magistrate Judge Stewart D. Aaron. Court Reporter/Transcriber: Shari Riemer, (518) 581-8973. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 10/1/2018. Redacted Transcript Deadline set for 10/11/2018. Release of Transcript Restriction set for 12/10/2018.(aea) (Entered: 09/10/2018) |
| 09/10/2018 | 436 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a Telephone Conference proceeding held on 8/21/2018 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.(aea) (Entered: 09/10/2018) |
| 09/11/2018 | 437 | JOINT LETTER MOTION for Extension of Time *to Complete Tasks from 8/29 Order* addressed to Magistrate Judge Stewart D. Aaron from Gianni Cutri dated 9/11/2018. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Cutri, Gianni) (Entered: 09/11/2018) |
| 09/11/2018 | 438 | ORDER granting 437 Letter Motion for Extension of Time. ENDORSEMENT: Request GRANTED. SO ORDERED. (Signed by Magistrate Judge Stewart D. Aaron on 9/11/2018) (kl) (Entered: 09/11/2018) |
| 09/12/2018 | 439 | MOTION for Sanctions *(Public Version)*. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22, # 23 Exhibit 23, # 24 Exhibit 24, # 25 Exhibit 25, # 26 Exhibit 26, # 27 Exhibit 27, # 28 Exhibit 28, # 29 Exhibit 29, # 30 Exhibit 30, # 31 Exhibit 31, # 32 Exhibit 32, # 33 Exhibit 33, # 34 Exhibit 34, # 35 Exhibit 35, # 36 Exhibit 36, # 37 Exhibit 37, # 38 Exhibit 38, # 39 Exhibit 39, # 40 Exhibit 40, # 41 Exhibit 41, # 42 Exhibit 42, # 43 Exhibit 43, # 44 Exhibit 44, # 45 Exhibit 45, # 46 Exhibit 46, # 47 Exhibit 47, # 48 Exhibit 48, # 49 |

| | | |
|---|---|---|
| | | Exhibit 49, # [50](#) Exhibit 50, # [51](#) Exhibit 51, # [52](#) Exhibit 52, # [53](#) Exhibit 53, # [54](#) Exhibit 54, # [55](#) Exhibit 55, # [56](#) Exhibit 56, # [57](#) Exhibit 57, # [58](#) Exhibit 58, # [59](#) Exhibit 59, # [60](#) Exhibit 60, # [61](#) Exhibit 61)(Cutri, Gianni) (Entered: 09/12/2018) |
| 09/12/2018 | [440](#) | REPLY MEMORANDUM OF LAW in Support re: [439](#) MOTION for Sanctions *(Public Version)*. *(Public Version)*. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # [1](#) Exhibit 63, # [2](#) Exhibit 64, # [3](#) Exhibit 65, # [4](#) Exhibit 66, # [5](#) Exhibit 67, # [6](#) Exhibit 68, # [7](#) Exhibit 69, # [8](#) Exhibit 70, # [9](#) Exhibit 70a, # [10](#) Exhibit 70b, # [11](#) Exhibit 71, # [12](#) Exhibit 72, # [13](#) Exhibit 73, # [14](#) Exhibit 74)(Cutri, Gianni) (Entered: 09/12/2018) |
| 09/12/2018 | [441](#) | SECOND LETTER MOTION for Extension of Time *to Complete Tasks from 8/29 Order* addressed to Magistrate Judge Stewart D. Aaron from Gianni Cutri dated 9/12/2018. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc..(Cutri, Gianni) (Entered: 09/12/2018) |
| 09/13/2018 | [442](#) | ORDER granting [441](#) Letter Motion for Extension of Time. ENDORSEMENT: Per email sent by Chambers yesterday evening, this request is GRANTED on consent nunc pro tunc. SO ORDERED. (Signed by Magistrate Judge Stewart D. Aaron on 9/13/2018) (kl) (Entered: 09/13/2018) |
| 09/13/2018 | [443](#) | MEMORANDUM OF LAW in Opposition re: [439](#) MOTION for Sanctions *(Public Version)*. . Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # [1](#) Exhibit 1, # [2](#) Exhibit 2, # [3](#) Exhibit 3, # [4](#) Exhibit 4, # [5](#) Exhibit 5, # [6](#) Exhibit 6, # [7](#) Exhibit 7, # [8](#) Exhibit 8, # [9](#) Exhibit 9, # [10](#) Exhibit 10, # [11](#) Exhibit 11, # [12](#) Exhibit 12, # [13](#) Exhibit 13, # [14](#) Exhibit 14, # [15](#) Exhibit 15, # [16](#) Exhibit 16, # [17](#) Exhibit 17, # [18](#) Exhibit 18, # [19](#) Exhibit 19, # [20](#) Exhibit 20, # [21](#) Exhibit 21, # [22](#) Exhibit 22, # [23](#) Exhibit 23, # [24](#) Exhibit 24, # [25](#) Exhibit 25, # [26](#) Exhibit 26, # [27](#) Exhibit 27, # [28](#) Exhibit 28, # [29](#) Exhibit 29, # [30](#) Exhibit 30, # [31](#) Exhibit 31, # [32](#) Exhibit 32, # [33](#) Exhibit 33, # [34](#) Exhibit 34, # [35](#) Exhibit 35, # [36](#) Exhibit 36, # [37](#) Exhibit 37, # [38](#) Exhibit 38, # [39](#) Exhibit 39, # [40](#) Exhibit 40, # [41](#) Exhibit 41, # [42](#) Exhibit 42, # [43](#) Exhibit 43, # [44](#) Exhibit 44, # [45](#) Exhibit 45, # [46](#) Exhibit 46, # [47](#) Exhibit 47, # [48](#) Exhibit 48, # [49](#) Exhibit 49, # [50](#) Exhibit 50, # [51](#) Exhibit 51, # [52](#) Exhibit 52, # [53](#) Exhibit 53, # [54](#) Exhibit 54, # [55](#) Exhibit 55)(Sekel, Anne) (Entered: 09/13/2018) |
| 09/13/2018 | [444](#) | LETTER addressed to Magistrate Judge Stewart D. Aaron from Gianni Cutri dated 9/13/2018 re: Expert Discovery Schedule. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc..(Cutri, Gianni) (Entered: 09/13/2018) |
| 09/13/2018 | [445](#) | THIRD LETTER MOTION for Extension of Time *to Complete Tasks from 8/29 Order* addressed to Magistrate Judge Stewart D. Aaron from Gianni Cutri dated 9/13/2018. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Cutri, Gianni) (Entered: 09/13/2018) |
| 09/13/2018 | 447 | SEALED DOCUMENT placed in vault.(mhe) (Entered: 09/14/2018) |
| 09/13/2018 | 449 | SEALED DOCUMENT placed in vault.(mhe) (Entered: 09/14/2018) |
| 09/14/2018 | [446](#) | ORDER granting [445](#) Letter Motion for Extension of Time. ENDORSEMENT: Per email sent by Chambers yesterday evening, this request is GRANTED on consent nunc pro tunc. SO ORDERED. (Signed by Magistrate Judge Stewart D. Aaron on 9/14/2018) (kl) (Entered: 09/14/2018) |
| 09/14/2018 | [448](#) | MEMO ENDORSEMENT on re: [444](#) Letter, filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc. ENDORSEMENT: Request GRANTED. SO ORDERED. (Signed by Magistrate Judge Stewart D. Aaron on 9/14/2018) (kl) (Entered: 09/14/2018) |

| Date | No. | Entry |
|---|---|---|
| 09/14/2018 | | Set/Reset Deadlines: Expert Discovery due by 12/18/2018. (kl) (Entered: 09/14/2018) |
| 09/18/2018 | 450 | LETTER dated 7/13/2016 re: Motion To Appeal The Magistrate Judges June 29, 2016 Order. Document filed by Syntel Sterling Best Shores Mauritius Limited. (Filed by Chambers)(kl) (Main Document 450 replaced on 10/22/2018) (kl). (Entered: 09/18/2018) |
| 09/18/2018 | 451 | TRANSCRIPT of Proceedings re: Appeal of Discovery Order held on 7/28/2016 before Judge Lorna G. Schofield. Court Reporter/Transcriber: Steven Greenblum, (212) 805-0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 10/9/2018. Redacted Transcript Deadline set for 10/19/2018. Release of Transcript Restriction set for 12/17/2018.(kl) (Main Document 451 replaced on 10/22/2018) (kl). (Entered: 09/18/2018) |
| 09/18/2018 | 452 | LETTER addressed to Judge Lorna G. Schofield dated 7/25/2016 re: Opposition to Plaintiffs' Motion to Appeal the Magistrate Judges June 29, 2016 Order. Document filed by The Trizetto Group, Inc. (Filed by Chambers) (kl) (Main Document 452 replaced on 10/22/2018) (kl). (Entered: 09/18/2018) |
| 09/18/2018 | 453 | TRANSCRIPT of Proceedings re: Sanctions Hearing held on 8/28/2018 before Magistrate Judge Stewart D. Aaron. Court Reporter/Transcriber: Rose Prater, (212) 805-0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 10/9/2018. Redacted Transcript Deadline set for 10/19/2018. Release of Transcript Restriction set for 12/17/2018.(kl) (Main Document 453 replaced on 10/22/2018) (kl). (Entered: 09/18/2018) |
| 09/18/2018 | 454 | LETTER addressed to Magistrate Judge Stewart D. Aaron dated 9/14/2018 re: August 29, 2018 Order. Document filed by Syntel Sterling Best Shores Mauritius Limited, The Trizetto Group, Inc. (Filed By Chambers) (kl) (Main Document 454 replaced on 10/22/2018) (kl). (Entered: 09/18/2018) |
| 09/18/2018 | 455 | LETTER addressed to Magistrate Judge Stewart D. Aaron dated 9/13/2018 re: August 29, 2018 Order. Document filed by Syntel Sterling Best Shores Mauritius Limited. (Filed By Chambers) (kl) (Main Document 455 replaced on 10/22/2018) (kl). (Entered: 09/18/2018) |
| 09/19/2018 | 456 | OPINION AND ORDER re: 439 MOTION for Sanctions *(Public Version)*, filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc. For the reasons set forth above, Defendants' Motion for Sanctions (ECF No. 439) is GRANTED IN PART and DENIED IN PART. The parties' earlier cross-motions for sanctions are DENIED. (See ECF No. 361). It is hereby ORDERED, as follows: Within forty-five days of the date of this Opinion and Order, Syntel and/or its counsel shall reimburse Defendants for the reasonable attorneys' fees and expenses that they incurred in connection with (a) preparing their May 22, 2018 Letter-Motion and their June 11, 2018 Letter-Motion, and only that portion of their July 30, 2018 Motion for Sanctions that related to the production of documents from Mr. Chadha; and (b) preparing for and participating in the court proceedings relating to these submissions. If Syntel and its counsel dispute the reasonableness of Defendants' fees and expenses with respect to Defendants' identified motions, then Defendants shall submit a fee application to this Court for resolution. Defendants are granted leave to take a Rule 30(b)(6) deposition of a Syntel witness, to be taken no later than November 9, 2018, within the parameters set forth above. Plaintiffs shall pay the attorneys' fees (up to a maximum of $15,000) and reasonable |

| | | |
|---|---|---|
| | | expenses of such deposition no later seven days following the conclusion of the deposition. Syntel shall produce to Defendants all non-privileged documents from the PCT drive that hit on any of the search terms set forth above. Syntel shall produce the documents on a rolling basis beginning no later than seven days from the date of this Opinion and Order and concluding no later than twenty-one days thereafter. SO ORDERED. (Signed by Magistrate Judge Stewart D. Aaron on 9/19/2018) (kl) (Entered: 09/19/2018) |
| 10/12/2018 | 457 | JOINT LETTER MOTION for Extension of Time *to Submit Opening Expert Reports* addressed to Magistrate Judge Stewart D. Aaron from Todd C. Norbitz dated October 12, 2018. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc..(Norbitz, Todd) (Entered: 10/12/2018) |
| 10/12/2018 | 458 | ORDER granting 457 Letter Motion for Extension of Time. Request GRANTED. SO ORDERED. (Signed by Magistrate Judge Stewart D. Aaron on 10/12/2018) (kl) (Entered: 10/12/2018) |
| 10/16/2018 | 459 | **FILING ERROR - WRONG EVENT TYPE SELECTED FROM MENU -** LETTER MOTION for Local Rule 37.2 Conference *re Discovery* addressed to Magistrate Judge Stewart D. Aaron from Gianni Cutri dated 10/16/2018. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8)(Cutri, Gianni) Modified on 10/17/2018 (db). (Entered: 10/16/2018) |
| 10/17/2018 | | **\*\*\*NOTICE TO ATTORNEY TO RE-FILE DOCUMENT - EVENT TYPE ERROR. Notice to Attorney Gianni L Cutri to RE-FILE Document 459 LETTER MOTION for Local Rule 37.2 Conference *re Discovery* addressed to Magistrate Judge Stewart D. Aaron from Gianni Cutri dated 10/16/2018. Use the event type Compel found under the event list Motion (Letter). (db)** (Entered: 10/17/2018) |
| 10/17/2018 | 460 | LETTER MOTION to Compel Syntel to produce *Atos documents* addressed to Magistrate Judge Stewart D. Aaron from Gianni Cutri dated 10/16/2018. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8)(Cutri, Gianni) (Entered: 10/17/2018) |
| 10/17/2018 | 461 | LETTER MOTION for Extension of Time *to Respond to Defendants' Letter Motion (ECF No. 460)* addressed to Magistrate Judge Stewart D. Aaron from Todd C. Norbitz dated October 17, 2018. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc..(Norbitz, Todd) (Entered: 10/17/2018) |
| 10/18/2018 | 462 | ORDER granting 461 Letter Motion for Extension of Time. Application GRANTED. SO ORDERED. (Signed by Magistrate Judge Stewart D. Aaron on 10/18/2018) (kl) (Entered: 10/18/2018) |
| 10/18/2018 | | Set/Reset Deadlines: Responses due by 10/24/2018 (kl) (Entered: 10/18/2018) |
| 10/24/2018 | 463 | LETTER RESPONSE in Opposition to Motion addressed to Magistrate Judge Stewart D. Aaron from Anne B. Sekel dated October 24, 2018 re: 460 LETTER MOTION to Compel Syntel to produce *Atos documents* addressed to Magistrate Judge Stewart D. Aaron from Gianni Cutri dated 10/16/2018. . Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2) (Sekel, Anne) (Entered: 10/24/2018) |
| 10/25/2018 | 464 | LETTER REPLY to Response to Motion addressed to Magistrate Judge Stewart D. Aaron from Gianni Cutri dated 10/25/2018 re: 460 LETTER MOTION to Compel Syntel to produce *Atos documents* addressed to Magistrate Judge Stewart D. Aaron from Gianni Cutri dated 10/16/2018. . Document filed by Cognizant Technology Solutions |

| | | |
|---|---|---|
| | | Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit A)(Cutri, Gianni) (Entered: 10/25/2018) |
| 10/26/2018 | 465 | ORDER: The parties are directed to appear via Telephone for a conference in the above-captioned matter on Thursday, November 1, 2018, at 11:00 a.m. EST. During the conference, the parties should be prepared to discuss Defendants' Letter- Motion to compel (ECF No. 460). The parties shall call the Court's conference line at 212-805-0110 once all parties are on the line. SO Ordered. ( Telephone Conference set for 11/1/2018 at 11:00 AM before Magistrate Judge Stewart D. Aaron .) (Signed by Magistrate Judge Stewart D. Aaron on 10/26/2018) (js) Modified on 10/26/2018 (js). (Entered: 10/26/2018) |
| 10/29/2018 | | NOTICE of Hearing RESCHEDULED: The Telephone Conference previously scheduled for November 1, 2018 at 11:00 a.m. is hereby rescheduled to 12:00 p.m. the same day. The parties shall call the Court's conference line at 212-805-0110 once all parties are on the line. (Telephone Conference set for 11/1/2018 at 12:00 PM before Magistrate Judge Stewart D. Aaron.) (kl) (Entered: 10/29/2018) |
| 10/30/2018 | 466 | SEALED DOCUMENT placed in vault.(mhe) (Entered: 10/30/2018) |
| 10/30/2018 | 467 | SEALED DOCUMENT placed in vault.(mhe) (Entered: 10/30/2018) |
| 10/30/2018 | 468 | SEALED DOCUMENT placed in vault.(mhe) (Entered: 10/30/2018) |
| 10/30/2018 | 469 | SEALED DOCUMENT placed in vault.(mhe) (Entered: 10/30/2018) |
| 10/30/2018 | 470 | SEALED DOCUMENT placed in vault.(rz) (Entered: 10/31/2018) |
| 11/01/2018 | | Minute Entry for proceedings held before Magistrate Judge Stewart D. Aaron: Telephone Conference held on 11/1/2018. (kl) (Entered: 11/01/2018) |
| 11/02/2018 | 471 | OPINION AND ORDER: re: 460 LETTER MOTION to Compel Syntel to produce *Atos documents* addressed to Magistrate Judge Stewart D. Aaron from Gianni Cutri dated 10/16/2018. filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc. For the foregoing reasons, Defendants Letter-Motion is DENIED. So Ordered (Signed by Magistrate Judge Stewart D. Aaron on 11/1/2018) (js) (Entered: 11/02/2018) |
| 11/02/2018 | 472 | MOTION for Benjamin A. Herbert to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-15850971. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Affidavit of Benjamin A. Herbert in Support of Motion, # 2 Text of Proposed Order to Admit Counsel Pro Hac Vice)(Herbert, Benjamin) (Entered: 11/02/2018) |
| 11/02/2018 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 472 MOTION for Benjamin A. Herbert to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-15850971. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (ma)** (Entered: 11/02/2018) |
| 11/02/2018 | 473 | ORDER FOR ADMISSION PRO HAC VICE granting 472 Motion for Benjamin A. Herbert to Appear Pro Hac Vice. (Signed by Magistrate Judge Stewart D. Aaron on 11/2/2018) (rjm) (Entered: 11/02/2018) |
| 11/06/2018 | 474 | MOTION for Jared Barcenas to Withdraw as Attorney *for Defendants*. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Text of Proposed Order)(Cutri, Gianni) (Entered: 11/06/2018) |

| 11/08/2018 | 475 | JOINT LETTER MOTION for Extension of Time *to Complete Deposition* addressed to Magistrate Judge Stewart D. Aaron from Todd C. Norbitz and Gianni Cutri dated November 8, 2018. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc..(Sekel, Anne) (Entered: 11/08/2018) |
|---|---|---|
| 11/08/2018 | 476 | ORDER granting 475 Letter Motion for Extension of Time. Request GRANTED. SO ORDERED. Deposition due by 11/15/2018. (Signed by Magistrate Judge Stewart D. Aaron on 11/8/2018) (kl) (Entered: 11/08/2018) |
| 11/08/2018 | 477 | ORDER GRANTING WITHDRAWAL OF APPEARANCE granting 474 Motion to Withdraw as Attorney. Attorney Jared Michael Barcenas terminated. (Signed by Judge Lorna G. Schofield on 11/8/2018) (jca) (Entered: 11/08/2018) |
| 11/12/2018 | 478 | JOINT LETTER MOTION for Extension of Time *for the parties to attempt to resolve reimbursement of attorneys' fees pursuant to 456 without motion practice* addressed to Magistrate Judge Stewart D. Aaron from Gianni Cutri and Robert S. Weisbein dated November 12, 2018. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc..(Cutri, Gianni) (Entered: 11/12/2018) |
| 11/13/2018 | 479 | ORDER granting 478 Letter Motion for Extension of Time. Application Granted nunc pro tunc. So Ordered. (Signed by Magistrate Judge Stewart D. Aaron on 11/13/2018) (js) (Entered: 11/13/2018) |
| 11/15/2018 | 480 | JOINT LETTER MOTION for Extension of Time *re Rebuttal expert reports* addressed to Magistrate Judge Stewart D. Aaron from Gianni Cutri and Todd C. Norbitz dated November 15, 2018. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc..(Cutri, Gianni) (Entered: 11/15/2018) |
| 11/15/2018 | 481 | ORDER granting 480 Letter Motion for Extension of Time. Request GRANTED. SO ORDERED. (Signed by Magistrate Judge Stewart D. Aaron on 11/15/2018) (kl) (Entered: 11/15/2018) |
| 12/07/2018 | 482 | ORDER. It is hereby ORDERED that on January 15, 2019, at 10:30 a.m., a pre-motion conference will be held for any anticipated dispositive motions, and as further specified and set forth in this Order. (Pre-Motion Conference set for 1/15/2019 at 10:30 AM before Judge Lorna G. Schofield.) (Signed by Judge Lorna G. Schofield on 12/7/2018) (rjm) (Entered: 12/07/2018) |
| 12/18/2018 | 483 | JOINT LETTER MOTION for Extension of Time *to Complete Expert Discovery* addressed to Magistrate Judge Stewart D. Aaron from Todd C. Norbitz and Gianni Cutri dated December 18, 2018. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc..(Norbitz, Todd) (Entered: 12/18/2018) |
| 12/18/2018 | 484 | ORDER granting 483 Letter Motion for Extension of Time. Application GRANTED. No further extensions will be granted absent exigent circumstances. SO ORDERED. (Signed by Magistrate Judge Stewart D. Aaron on 12/18/2018) (js) (Entered: 12/18/2018) |
| 12/18/2018 | | Set/Reset Deadlines: Expert Discovery due by 1/31/2019. (js) (Entered: 12/18/2018) |
| 12/19/2018 | 485 | ORDER: ORDERED that the pre-motion conference for any anticipated dispositive motions scheduled for January 15, 2019, is adjourned to February 19, 2019, at 10:30 a.m., provided that: party wishing to file a summary judgment or other dispositive motion shall file a pre-motion letter at least two weeks before the conference and in the form provided in the Court's Individual Rule III.A.1. (As further set forth in this Order.) (Pre-Motion Conference set for 2/19/2019 at 10:30 AM before Judge Lorna G. Schofield.) (Signed by Judge Lorna G. Schofield on 12/19/2018) (cf) Modified on 12/20/2018 (cf). (Entered: 12/19/2018) |

| 01/18/2019 | 486 | NOTICE OF APPEARANCE by Leslie Marie Schmidt on behalf of Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Schmidt, Leslie) (Entered: 01/18/2019) |
|---|---|---|
| 01/22/2019 | 487 | **FILING ERROR - WRONG EVENT TYPE SELECTED FROM MENU -** LETTER MOTION for Discovery *Conference Regarding Expert Depositions* addressed to Magistrate Judge Stewart D. Aaron from Anne B. Sekel dated January 22, 2019. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit 1)(Sekel, Anne) Modified on 2/6/2019 (db). (Entered: 01/22/2019) |
| 01/23/2019 | 488 | ORDER re: 487 LETTER MOTION for Discovery Conference Regarding Expert Depositions addressed to Magistrate Judge Stewart D. Aaron from Anne B. Sekel dated January 22, 2019 filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.: Defendants shall file on ECF their response to Plaintiffs' Letter Motion (ECF No. 487) no later than 9 a.m. ET on 1/24/2019, and Plaintiffs shall file on ECF any reply no later than 10 p.m. ET on 1/24/2019. A telephone conference will be held at 12 noon ET on 1/25/2019, during which the Court will ask any questions of the parties and issue a ruling (to be followed by a written order). The parties shall call the Court's conference line at 212-805-0110 after both sides are on the line. (Signed by Magistrate Judge Stewart D. Aaron on 1/23/19) (Aaron, Stewart) (Entered: 01/23/2019) |
| 01/23/2019 | | Set/Reset Hearings: Telephone Conference set for 1/25/2019 at 12:00 PM before Magistrate Judge Stewart D. Aaron. (kl) (Entered: 01/23/2019) |
| 01/24/2019 | 489 | LETTER RESPONSE to Motion addressed to Magistrate Judge Stewart D. Aaron from Gianni Cutri dated January 24, 2019 re: 487 LETTER MOTION for Discovery *Conference Regarding Expert Depositions* addressed to Magistrate Judge Stewart D. Aaron from Anne B. Sekel dated January 22, 2019. . Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Cutri, Gianni) (Entered: 01/24/2019) |
| 01/24/2019 | 490 | LETTER REPLY to Response to Motion addressed to Magistrate Judge Stewart D. Aaron from Anne B. Sekel dated January 24, 2019 re: 487 LETTER MOTION for Discovery *Conference Regarding Expert Depositions* addressed to Magistrate Judge Stewart D. Aaron from Anne B. Sekel dated January 22, 2019. . Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Sekel, Anne) (Entered: 01/24/2019) |
| 01/25/2019 | 491 | LETTER REPLY to Response to Motion addressed to Magistrate Judge Stewart D. Aaron from Anne B. Sekel dated January 24, 2019 re: 487 LETTER MOTION for Discovery *Conference Regarding Expert Depositions* addressed to Magistrate Judge Stewart D. Aaron from Anne B. Sekel dated January 22, 2019. *Corrected letter reply to include Exhibit 1, which was inadvertently omitted from Dkt. 490.*. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Sekel, Anne) (Entered: 01/25/2019) |
| 01/25/2019 | | Minute Entry for proceedings held before Magistrate Judge Stewart D. Aaron: Telephone Conference held on 1/25/2019. (kl) (Entered: 01/25/2019) |
| 01/25/2019 | 492 | ORDER granting in part and denying in part 487 Letter Motion for Discovery. For the reasons stated on the record during the telephone conference held today, the Plaintiffs' Letter-Motion (ECF No. 487) is GRANTED IN PART and DENIED IN PART. Defendants shall make their expert witness, Thomas Britven, available for 12 hours of deposition time. SO ORDERED. (Signed by Magistrate Judge Stewart D. Aaron on 1/25/2019) (kl) (Entered: 01/25/2019) |

| 01/30/2019 | 493 | JOINT LETTER MOTION to Adjourn Conference *Scheduled for February 19, 2019 at 10:30 a.m.* 485 addressed to Judge Lorna G. Schofield from Gianni Cutri dated January 30, 2019. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc..(Cutri, Gianni) (Entered: 01/30/2019) |
|---|---|---|
| 01/31/2019 | 494 | ORDER granting in part 493 Letter Motion to Adjourn Conference. Application GRANTED. The February 19, 2019, conference is adjourned to February 21, 2019, at 11:00 a.m. (Signed by Judge Lorna G. Schofield on 1/31/2019) Pre-Motion Conference set for 2/21/2019 at 11:00 AM before Judge Lorna G. Schofield. (ks) (Entered: 01/31/2019) |
| 02/05/2019 | 495 | LETTER MOTION for Conference *Pursuant to Court's Individual Rule III.A.1* addressed to Judge Lorna G. Schofield from Norman C. Ankers dated February 5, 2019. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc..(Ankers, Norman) (Entered: 02/05/2019) |
| 02/06/2019 | 496 | ENDORSED LETTER addressed to Judge Lorna G. Schofield from Norman C. Ankers dated February 5, 2019 re: letter notifying the Court and Defendants / Counterclaim Plaintiffs of its intention to file for Motion Summary Judgement. ENDORSEMENT: Defendants shall file their response letter in accordance with the Court's Individual Rule III.A.1 by February 12, 2019. SO ORDERED. (Signed by Judge Lorna G. Schofield on 2/6/2019) (ks) (Entered: 02/06/2019) |
| 02/08/2019 | 497 | ORDER: WHEREAS, Defendants submitted their pre-motion for summary judgment letter to the Chambers inbox under the Court's Individual Rule I.C.3; it is hereby ORDERED that Plaintiffs shall file their response letter in accordance with the Court's Individual Rule III.A.1 by February 14, 2019. (Responses due by 2/14/2019) (Signed by Judge Lorna G. Schofield on 2/8/2019) (cf) (Entered: 02/08/2019) |
| 02/14/2019 | 498 | LETTER addressed to Judge Lorna G. Schofield from Norman C. Ankers dated February 14, 2019 re: Plaintiffs' Response to Defendants' Pre-Motion Letter for Summary Judgment Pursuant to Court's Individual Rule III.A.1. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc..(Ankers, Norman) (Entered: 02/14/2019) |
| 02/15/2019 | 499 | ORDER: WHEREAS, both parties have filed pre-motion for summary judgment letters and responses; it is hereby ORDERED that the pre-motion conference scheduled for February 21, 2019, is cancelled. The parties' contemplated motions for summary judgment will be referred to Judge Aaron for a report and recommendation. A referral order will separately issue. (As further set forth in this Order.) (Signed by Judge Lorna G. Schofield on 2/15/2019) (cf) (Entered: 02/15/2019) |
| 02/15/2019 | 500 | AMENDED ORDER REFERRING CASE TO MAGISTRATE JUDGE. Order that case be referred to the Clerk of Court for assignment to a Magistrate Judge for Dispositive Motion (i.e., motion requiring a Report and Recommendation). Referred to Magistrate Judge Stewart D. Aaron. (Signed by Judge Lorna G. Schofield on 2/15/2019) (cf) (Entered: 02/15/2019) |
| 02/15/2019 | 501 | ORDER: No later than February 22, 2019, the parties shall file a joint letter setting forth a proposed briefing schedule on their motions for summary judgment. SO ORDERED. (Signed by Magistrate Judge Stewart D. Aaron on 2/15/2019) (ks) (Entered: 02/15/2019) |
| 02/19/2019 | 502 | TRANSCRIPT of Proceedings re: Telephone Conference held on 1/25/2019 before Magistrate Judge Stewart D. Aaron. Court Reporter/Transcriber: Shari Riemer, (518) 581-8973. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 3/12/2019. |

| | | |
|---|---|---|
| | | Redacted Transcript Deadline set for 3/22/2019. Release of Transcript Restriction set for 5/20/2019.(aea) (Entered: 02/19/2019) |
| 02/19/2019 | 503 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a Telephone Conference proceeding held on 1/25/2019 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.(aea) (Entered: 02/19/2019) |
| 02/22/2019 | 504 | JOINT LETTER addressed to Judge Lorna G. Schofield from Gianni Cutri dated February 22, 2019 re: stay of the filing of the motions for summary judgment pending a settlement conference 499 . Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc..(Cutri, Gianni) (Entered: 02/22/2019) |
| 02/22/2019 | 505 | JOINT LETTER addressed to Magistrate Judge Stewart D. Aaron from Gianni Cutri dated February 22, 2019 re: proposed briefing schedule and page limits for the parties motions for summary judgment 501 . Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc..(Cutri, Gianni) (Entered: 02/22/2019) |
| 02/25/2019 | 506 | MEMO ENDORSEMENT on re: 504 Letter, filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc. ENDORSEMENT: The parties shall appear for a telephone conference by jointly calling Chambers at (212) 805-0288 from a landline on February 26, 2019, at 11:30 a.m. (Telephone Conference set for 2/26/2019 at 11:30 AM before Judge Lorna G. Schofield.) (Signed by Judge Lorna G. Schofield on 2/25/2019) (cf) (Entered: 02/25/2019) |
| 02/26/2019 | 507 | ORDER: WHEREAS, a conference was held on February 26, 2019; it is hereby ORDERED that by March 19, 2019, the parties shall submit a status letter identifying the parties' chosen mediator and jointly proposing how to deal with the proposed summary judgment motions. It is further ORDERED that the parties' proposed motion for summary judgment briefing schedule (Dkt. No. 505) is stayed pending the parties' March 19, 2019, letter. SO ORDERED. (Signed by Judge Lorna G. Schofield on 2/26/2019) (kv) (Entered: 02/26/2019) |
| 03/19/2019 | 508 | JOINT LETTER addressed to Judge Lorna G. Schofield from Gianni Cutri dated March 19, 2019 re: selection of Mediator. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc..(Cutri, Gianni) (Entered: 03/19/2019) |
| 03/20/2019 | 509 | MEMO ENDORSEMENT on re: 508 Letter filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc. ENDORSEMENT: The parties' propose mediation is SO ORDERED. The parties shall submit their proposed motion for summary judgment briefing schedule to Judge Aaron. (Signed by Judge Lorna G. Schofield on 3/20/2019) (jca) (Entered: 03/20/2019) |
| 05/15/2019 | 510 | ORDER: No later than Monday, May 20, 2019, the parties shall advise the Court regarding the status of mediation and any proposed motion for summary judgment briefing schedule. SO ORDERED. (Signed by Magistrate Judge Stewart D. Aaron on 5/15/2019) (js) (Entered: 05/15/2019) |
| 05/20/2019 | 511 | LETTER addressed to Judge Lorna G. Schofield from Gianni Cutri and Todd Norbitz dated 5/20/2019 re: In-Person Mediation Deadline. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc..(Cutri, Gianni) (Entered: 05/20/2019) |
| 05/20/2019 | 512 | LETTER addressed to Magistrate Judge Stewart D. Aaron from Gianni Cutri and Todd Norbitz dated 5/20/2019 re: Summary Judgment Briefing Schedule. Document filed by |

| | | |
|---|---|---|
| | | Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit A)(Cutri, Gianni) (Entered: 05/20/2019) |
| 05/21/2019 | 513 | MEMO ENDORSEMENT on re: 512 Letter, filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc. ENDORSEMENT: The briefing schedule is Approved. So Ordered. (Motions due by 6/26/2019. Responses due by 7/31/2019. Replies due by 8/21/2019.) (Signed by Magistrate Judge Stewart D. Aaron on 5/21/2019) (js) (Entered: 05/21/2019) |
| 05/21/2019 | 514 | MEMO ENDORSEMENT on re: 511 Letter filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc. ENDORSEMENT: Application GRANTED. The mediation deadline is extended to May 29, 2019. (Signed by Judge Lorna G. Schofield on 5/21/2019) (ks) Transmission to Mediation Clerk for processing. (Entered: 05/21/2019) |
| 06/13/2019 | 515 | LETTER addressed to Judge Lorna G. Schofield from Gianni Cutri dated June 13, 2019 re: Status Regarding Mediation. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc..(Cutri, Gianni) (Entered: 06/13/2019) |
| 06/13/2019 | 516 | LETTER addressed to Magistrate Judge Stewart D. Aaron from Gianni Cutri dated June 13, 2019 re: Status Regarding Mediation. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc..(Cutri, Gianni) (Entered: 06/13/2019) |
| 06/25/2019 | 517 | JOINT LETTER MOTION for Extension of Time *to File Redacted Copies of Summary Judgment Motions and Sealing Request* addressed to Magistrate Judge Stewart D. Aaron from Gianni Cutri dated 6/25/2019. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc..(Cutri, Gianni) (Entered: 06/25/2019) |
| 06/25/2019 | 518 | ORDER granting 517 Letter Motion for Extension of Time. Application GRANTED. However, the parties shall provide to the Court courtesy copies of their respective motions (either via hand delivery or overnight mail) in accordance with the June 26, 2019 deadline. SO ORDERED. (Signed by Magistrate Judge Stewart D. Aaron on 6/25/2019) (kl) (Entered: 06/25/2019) |
| 07/09/2019 | 519 | JOINT LETTER addressed to Magistrate Judge Stewart D. Aaron from Gianni Cutri and Anne Sekel dated 7/9/2019 re: Parties' Joint Sealing Request for Summary Judgment Submissions. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc..(Cutri, Gianni) (Entered: 07/09/2019) |
| 07/09/2019 | 520 | MOTION for Summary Judgment . Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc..(Cutri, Gianni) (Entered: 07/09/2019) |
| 07/09/2019 | 521 | MEMORANDUM OF LAW in Support re: 520 MOTION for Summary Judgment . *(Redacted Version)*. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Cutri, Gianni) (Entered: 07/09/2019) |
| 07/09/2019 | 522 | REDACTION to 520 MOTION for Summary Judgment . *Rule 56.1 Statement of Undisputed Facts in Support of Motion* by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.(Cutri, Gianni) (Entered: 07/09/2019) |
| 07/09/2019 | 523 | DECLARATION of Thomas W. Britven in Support re: 520 MOTION for Summary Judgment .. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Cutri, Gianni) (Entered: 07/09/2019) |

SDNY CM/ECF NextGen Version 1.8.5

| Date | No. | Description |
|---|---|---|
| 07/09/2019 | 524 | DECLARATION of Bryan P. Bergeron (Redacted Version) in Support re: 520 MOTION for Summary Judgment .. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit A)(Cutri, Gianni) (Entered: 07/09/2019) |
| 07/09/2019 | 525 | DECLARATION of Vikramaditya Khanna (Redacted Version) in Support re: 520 MOTION for Summary Judgment .. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit A)(Cutri, Gianni) (Entered: 07/09/2019) |
| 07/09/2019 | 526 | DECLARATION of Chuck Sanders (Redacted Version) in Support re: 520 MOTION for Summary Judgment .. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5)(Cutri, Gianni) (Entered: 07/09/2019) |
| 07/09/2019 | 527 | DECLARATION of Leslie M. Schmidt (Redacted Version) in Support re: 520 MOTION for Summary Judgment .. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22, # 23 Exhibit 23, # 24 Exhibit 24, # 25 Exhibit 25, # 26 Exhibit 26, # 27 Exhibit 27, # 28 Exhibit 28, # 29 Exhibit 29, # 30 Exhibit 30, # 31 Exhibit 31, # 32 Exhibit 32, # 33 Exhibit 33, # 34 Exhibit 34, # 35 Exhibit 35, # 36 Exhibit 36, # 37 Exhibit 37, # 38 Exhibit 38, # 39 Exhibit 39, # 40 Exhibit 40, # 41 Exhibit 41, # 42 Exhibit 42, # 43 Exhibit 43, # 44 Exhibit 44, # 45 Exhibit 45, # 46 Exhibit 46, # 47 Exhibit 47, # 48 Exhibit 48, # 49 Exhibit 49, # 50 Exhibit 50, # 51 Exhibit 51, # 52 Exhibit 52, # 53 Exhibit 53, # 54 Exhibit 54, # 55 Exhibit 55, # 56 Exhibit 56, # 57 Exhibit 57, # 58 Exhibit 58, # 59 Exhibit 59, # 60 Exhibit 60, # 61 Exhibit 61, # 62 Exhibit 62, # 63 Exhibit 63, # 64 Exhibit 64, # 65 Exhibit 65, # 66 Exhibit 66, # 67 Exhibit 67)(Cutri, Gianni) (Entered: 07/09/2019) |
| 07/09/2019 | 528 | MOTION for Summary Judgment (Public Version). Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc..(Norbitz, Todd) (Entered: 07/09/2019) |
| 07/09/2019 | 529 | MEMORANDUM OF LAW in Support re: 528 MOTION for Summary Judgment (Public Version). (Redacted). Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Norbitz, Todd) (Entered: 07/09/2019) |
| 07/09/2019 | 530 | RULE 56.1 STATEMENT. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Norbitz, Todd) (Entered: 07/09/2019) |
| 07/09/2019 | 531 | DECLARATION of Todd C. Norbitz in Support re: 528 MOTION for Summary Judgment (Public Version).. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22, # 23 Exhibit 23, # 24 Exhibit 24, # 25 Exhibit 25, # 26 Exhibit 26, # 27 Exhibit 27)(Norbitz, Todd) (Entered: 07/09/2019) |
| 07/24/2019 | 532 | CONSENT LETTER MOTION for Extension of Time (Request for Revised Briefing Schedule on Consent) addressed to Magistrate Judge Stewart D. Aaron from Todd C. Norbitz dated July 24, 2019. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc..(Norbitz, Todd) (Entered: 07/25/2019) |

| 07/25/2019 | 533 | ORDER granting 532 Letter Motion for Extension of Time. Request GRANTED. SO ORDERED (Signed by Magistrate Judge Stewart D. Aaron on 7/25/2019) (kl) (Entered: 07/25/2019) |
|---|---|---|
| 08/06/2019 | 534 | JOINT LETTER MOTION for Extension of Time *to File Redacted Copies of Summary Judgment Opposition Briefs and Sealing Request* addressed to Magistrate Judge Stewart D. Aaron from Gianni Cutri and Anne Sekel dated 8/6/2019. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc..(Cutri, Gianni) (Entered: 08/06/2019) |
| 08/07/2019 | 535 | ORDER granting 534 Letter Motion for Extension of Time. Application GRANTED. So Ordered. Brief due by 8/22/2019. (Signed by Magistrate Judge Stewart D. Aaron on 8/7/2019) (js) (Entered: 08/07/2019) |
| 08/20/2019 | 536 | LETTER MOTION for Local Rule 37.2 Conference *re Defendants' Motion to Strike* addressed to Magistrate Judge Stewart D. Aaron from Gianni Cutri dated 8/20/2019. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)(Cutri, Gianni) (Entered: 08/20/2019) |
| 08/22/2019 | 537 | JOINT LETTER addressed to Magistrate Judge Stewart D. Aaron from Gianni Cutri and Anne Sekel dated 8/22/2019 re: Parties' Joint Sealing Request re Summary Judgment Submissions. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc..(Cutri, Gianni) (Entered: 08/22/2019) |
| 08/22/2019 | 538 | MEMORANDUM OF LAW in Opposition re: 528 MOTION for Summary Judgment *(Public Version)*. *(Redacted Version)*. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Cutri, Gianni) (Entered: 08/22/2019) |
| 08/22/2019 | 539 | REDACTION *to Defendants' Counterstatement to Plaintiffs' 56.1 Statement of Undisputed Material Facts* by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.(Cutri, Gianni) (Entered: 08/22/2019) |
| 08/22/2019 | 540 | DECLARATION of Bryan P. Bergeron M.D. (Redacted Version) in Opposition re: 528 MOTION for Summary Judgment *(Public Version)*.. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Cutri, Gianni) (Entered: 08/22/2019) |
| 08/22/2019 | 541 | DECLARATION of Chuck Sanders (Redacted Version) in Opposition re: 528 MOTION for Summary Judgment *(Public Version)*.. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Cutri, Gianni) (Entered: 08/22/2019) |
| 08/22/2019 | 542 | DECLARATION of Benjamin A. Herbert (Redacted Version) in Opposition re: 528 MOTION for Summary Judgment *(Public Version)*.. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit 68, # 2 Exhibit 69, # 3 Exhibit 70, # 4 Exhibit 71, # 5 Exhibit 72, # 6 Exhibit 73, # 7 Exhibit 74, # 8 Exhibit 75, # 9 Exhibit 76, # 10 Exhibit 77, # 11 Exhibit 78, # 12 Exhibit 79, # 13 Exhibit 80, # 14 Exhibit 81, # 15 Exhibit 82, # 16 Exhibit 83, # 17 Exhibit 84, # 18 Exhibit 85, # 19 Exhibit 86)(Cutri, Gianni) (Entered: 08/22/2019) |
| 08/22/2019 | 543 | MEMORANDUM OF LAW in Opposition re: 520 MOTION for Summary Judgment . *(Public Version)*. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Norbitz, Todd) (Entered: 08/22/2019) |
| 08/22/2019 | 544 | COUNTER STATEMENT TO Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Norbitz, Todd) (Entered: 08/22/2019) |

| 08/22/2019 | 545 | DECLARATION of Todd C. Norbitz in Opposition re: 520 MOTION for Summary Judgment .. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22, # 23 Exhibit 23, # 24 Exhibit 24, # 25 Exhibit 25, # 26 Exhibit 26, # 27 Exhibit 27, # 28 Exhibit 28, # 29 Exhibit 29, # 30 Exhibit 30, # 31 Exhibit 31, # 32 Exhibit 32, # 33 Exhibit 33, # 34 Exhibit 34, # 35 Exhibit 35, # 36 Exhibit 36, # 37 Exhibit 37, # 38 Exhibit 38, # 39 Exhibit 39, # 40 Exhibit 40, # 41 Exhibit 41, # 42 Exhibit 42, # 43 Exhibit 43, # 44 Exhibit 44, # 45 Exhibit 45, # 46 Exhibit 46, # 47 Exhibit 47, # 48 Exhibit 48, # 49 Exhibit 49, # 50 Exhibit 50, # 51 Exhibit 51, # 52 Exhibit 52, # 53 Exhibit 53, # 54 Exhibit 54, # 55 Exhibit 55, # 56 Exhibit 56, # 57 Exhibit 57, # 58 Exhibit 58, # 59 Exhibit 59, # 60 Exhibit 60, # 61 Exhibit 61a, # 62 Exhibit 61b)(Norbitz, Todd) (Entered: 08/22/2019) |
| --- | --- | --- |
| 08/22/2019 | 546 | DECLARATION of Manish Mehta (Public Version) in Opposition re: 520 MOTION for Summary Judgment .. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Norbitz, Todd) (Entered: 08/22/2019) |
| 08/22/2019 | 547 | DECLARATION of John G. Plumpe (Public Version) in Opposition re: 520 MOTION for Summary Judgment .. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Norbitz, Todd) (Entered: 08/22/2019) |
| 08/22/2019 | 548 | DECLARATION of Daniel E. Roffman (Public Version) in Opposition re: 520 MOTION for Summary Judgment .. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Norbitz, Todd) (Entered: 08/22/2019) |
| 08/22/2019 | 549 | DECLARATION of Glenn C. Sheets (Public Version) in Opposition re: 520 MOTION for Summary Judgment .. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Norbitz, Todd) (Entered: 08/22/2019) |
| 08/23/2019 | 550 | LETTER RESPONSE to Motion addressed to Magistrate Judge Stewart D. Aaron from Todd C. Norbitz dated August 23, 2019 re: 536 LETTER MOTION for Local Rule 37.2 Conference *re Defendants' Motion to Strike* addressed to Magistrate Judge Stewart D. Aaron from Gianni Cutri dated 8/20/2019. . Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit A)(Norbitz, Todd) (Entered: 08/23/2019) |
| 08/26/2019 | 551 | JOINT LETTER MOTION for Extension of Time *to File Redacted Reply Summary Judgment Submissions* addressed to Magistrate Judge Stewart D. Aaron from Gianni Cutri and Anne Sekel dated 8/26/2019. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc..(Cutri, Gianni) (Entered: 08/26/2019) |
| 08/26/2019 | 552 | ORDER granting 551 Letter Motion for Extension of Time. Request GRANTED. SO ORDERED. (Signed by Magistrate Judge Stewart D. Aaron on 8/26/2019) (kl) (Entered: 08/26/2019) |
| 08/26/2019 | 553 | LETTER REPLY to Response to Motion addressed to Magistrate Judge Stewart D. Aaron from Gianni Cutri dated 8/26/2019 re: 536 LETTER MOTION for Local Rule 37.2 Conference *re Defendants' Motion to Strike* addressed to Magistrate Judge Stewart D. Aaron from Gianni Cutri dated 8/20/2019. . Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit 4, # 2 Exhibit 5, # 3 Exhibit 6, # 4 Exhibit 7)(Cutri, Gianni) (Entered: 08/26/2019) |
| 08/27/2019 | 554 | LETTER RESPONSE in Opposition to Motion addressed to Magistrate Judge Stewart D. Aaron from Todd C. Norbitz dated August 27, 2019 re: 536 LETTER MOTION for |

| | | |
|---|---|---|
| | | Local Rule 37.2 Conference *re Defendants' Motion to Strike* addressed to Magistrate Judge Stewart D. Aaron from Gianni Cutri dated 8/20/2019. *Syntel Letter in Response to Defendants' August 26 Letter (ECF No. 553)*. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B) (Sekel, Anne) (Entered: 08/27/2019) |
| 08/27/2019 | 555 | ORDER: The Court shall hold a Telephone conference on Thursday, September 5, 2019 at 4:00 p.m. to address Defendants' 8/20/2019 Letter-Motion (ECF No. 536) and related filings. The parties shall call the Court's conference line at 212-805-0110 once all parties are on the line. SO ORDERED. (Telephone Conference set for 9/5/2019 at 04:00 PM before Magistrate Judge Stewart D. Aaron.) (Signed by Magistrate Judge Stewart D. Aaron on 8/27/2019) (Text Only Order) (kl) (Entered: 08/27/2019) |
| 09/01/2019 | 556 | CONSENT LETTER MOTION to Continue *Conference Scheduled for September 5 at 4 pm to September 6 at 10 am* addressed to Magistrate Judge Stewart D. Aaron from Anne B. Sekel dated September 1, 2019. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc..(Sekel, Anne) (Entered: 09/01/2019) |
| 09/01/2019 | 557 | ORDER granting 556 Letter Motion to Continue: Request GRANTED. Telephone Conference set for 9/6/2019 at 10:00 AM before Magistrate Judge Stewart D. Aaron. (Signed by Magistrate Judge Stewart D. Aaron on 9/1/2019) (Aaron, Stewart) (Entered: 09/01/2019) |
| 09/06/2019 | | Minute Entry for proceedings held before Magistrate Judge Stewart D. Aaron: Telephone Conference held on 9/6/2019. (kl) (Entered: 09/06/2019) |
| 09/06/2019 | 558 | ORDER: Following a telephone conference with the parties, it is hereby Ordered as follows: 1. No later than 5:00 p.m. on September 23, 2019, the parties shall submit any additional briefing, not to exceed ten pages, regarding the topics raised in Defendants' August 20,2019 Letter Motion (ECF No. 536). 2. No later than 5:00 p.m. on September 30, 2019, the parties shall file their replies, if any, not to exceed five pages. 3. The parties shall meet and confer regarding dates for oral argument on their motions for summary judgment, to occur in December 2019, and shall email their proposed dates to Chambers no later than 5:00 p.m. on September 23, 2019. 4. No later than 5:00 p.m. September 23, 2019, Plaintiffs shall email Chambers a copy of any email correspondence with Mr. Mehta showing the date and time that the Mehta Declaration was finalized (including a copy of the Declaration attached to the email). Alternatively, Plaintiffs may provide the final Word version of the Declaration and accompanying metadata and/or the version history from counsel's document management system. So Ordered. 9/6/2019 (Replies due by 9/30/2019.) (Signed by Magistrate Judge Stewart D. Aaron on 9/6/2019) (js) (Entered: 09/06/2019) |
| 09/19/2019 | 559 | TRANSCRIPT of Proceedings re: TELEPHONE CONFERENCE held on 9/6/2019 before Magistrate Judge Stewart D. Aaron. Court Reporter/Transcriber: Shari Riemer, (518) 581-8973. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 10/10/2019. Redacted Transcript Deadline set for 10/21/2019. Release of Transcript Restriction set for 12/18/2019.(aea) Modified on 9/24/2019 (aea). (Entered: 09/19/2019) |

| 09/19/2019 | 560 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a TELEPHONE CONFERENCE proceeding held on 9/6/2019 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days. (aea) (Entered: 09/19/2019) |
|---|---|---|
| 09/20/2019 | 561 | JOINT LETTER addressed to Magistrate Judge Stewart D. Aaron from Gianni Cutri and Anne Sekel dated 9/20/2019 re: Parties' Joint Sealing Request re Reply Summary Judgment Submissions. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc..(Cutri, Gianni) (Entered: 09/20/2019) |
| 09/20/2019 | 562 | REPLY MEMORANDUM OF LAW in Support re: 520 MOTION for Summary Judgment . *(Public Version)*. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Cutri, Gianni) (Entered: 09/20/2019) |
| 09/20/2019 | 563 | DECLARATION of Leslie Schmidt in Support of Defendants' Reply in Support re: 520 MOTION for Summary Judgment .. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit 87, # 2 Exhibit 88, # 3 Exhibit 89, # 4 Exhibit 90, # 5 Exhibit 91)(Cutri, Gianni) (Entered: 09/20/2019) |
| 09/20/2019 | 564 | REPLY MEMORANDUM OF LAW in Support re: 528 MOTION for Summary Judgment *(Public Version)*. . Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Norbitz, Todd) (Entered: 09/20/2019) |
| 09/20/2019 | 565 | DECLARATION of Todd C. Norbitz in Support re: 528 MOTION for Summary Judgment *(Public Version)*.. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20)(Norbitz, Todd) (Entered: 09/20/2019) |
| 09/20/2019 | 566 | DECLARATION of Daniel M. Moore in Support re: 528 MOTION for Summary Judgment *(Public Version)*.. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Norbitz, Todd) (Entered: 09/20/2019) |
| 09/20/2019 | 567 | REDACTION *Counterstatement to Defendants' Statement of Additional Facts* by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.(Norbitz, Todd) (Entered: 09/20/2019) |
| 09/20/2019 | 568 | REDACTION *Rebuttal to Defendants' Counterstatement to Syntel's Statement of Undisputed Facts* by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc. (Norbitz, Todd) (Entered: 09/20/2019) |
| 09/23/2019 | 569 | JOINT LETTER addressed to Magistrate Judge Stewart D. Aaron from Todd Norbitz and Gianni Cutri dated 9/23/2019 re: Proposed Oral Argument Date. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc..(Cutri, Gianni) (Entered: 09/23/2019) |

| 09/24/2019 | 570 | MEMO ENDORSEMENT on re: 569 Letter filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc. ENDORSEMENT: The Court will hold oral argument on the parties' motions for summary judgment on Friday, December 13, 2019, at 2:00 p.m. in Courtroom 11C. Each side shall be limited to 90 minutes. SO ORDERED. (Oral Argument set for 12/13/2019 at 02:00 PM in Courtroom 11C, 500 Pearl Street, New York, NY 10007 before Magistrate Judge Stewart D. Aaron.) (Signed by Magistrate Judge Stewart D. Aaron on 9/24/2019) (ne) (Entered: 09/24/2019) |
|---|---|---|
| 09/26/2019 | 571 | JOINT LETTER addressed to Magistrate Judge Stewart D. Aaron from Anne Sekel and Gianni Cutri dated September 26, 2019 re: Parties' Joint Sealing Request re Syntel's Opposition to Defendants' Application to Strike. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc..(Sekel, Anne) (Entered: 09/26/2019) |
| 09/26/2019 | 572 | MEMORANDUM OF LAW in Opposition re: 536 LETTER MOTION for Local Rule 37.2 Conference *re Defendants' Motion to Strike* addressed to Magistrate Judge Stewart D. Aaron from Gianni Cutri dated 8/20/2019. . Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Sekel, Anne) (Entered: 09/26/2019) |
| 09/26/2019 | 573 | DECLARATION of Todd C. Norbitz in Opposition re: 536 LETTER MOTION for Local Rule 37.2 Conference *re Defendants' Motion to Strike* addressed to Magistrate Judge Stewart D. Aaron from Gianni Cutri dated 8/20/2019.. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17)(Sekel, Anne) (Entered: 09/26/2019) |
| 09/26/2019 | 574 | DECLARATION of Anne B. Sekel in Opposition re: 536 LETTER MOTION for Local Rule 37.2 Conference *re Defendants' Motion to Strike* addressed to Magistrate Judge Stewart D. Aaron from Gianni Cutri dated 8/20/2019.. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Sekel, Anne) (Entered: 09/26/2019) |
| 10/03/2019 | 575 | JOINT LETTER addressed to Magistrate Judge Stewart D. Aaron from Anne Sekel and Gianni Cutri dated October 3, 2019 re: Parties' Joint Sealing Request re Defendants' Reply in Support of their Motion to Strike. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc..(Cutri, Gianni) (Entered: 10/03/2019) |
| 10/03/2019 | 576 | REPLY MEMORANDUM OF LAW in Support re: 536 LETTER MOTION for Local Rule 37.2 Conference *re Defendants' Motion to Strike* addressed to Magistrate Judge Stewart D. Aaron from Gianni Cutri dated 8/20/2019. . Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Cutri, Gianni) (Entered: 10/03/2019) |
| 10/03/2019 | 577 | DECLARATION of Adam Kaufmann (Redacted Version) in Support of Defendants' Reply Brief in Support re: 536 LETTER MOTION for Local Rule 37.2 Conference *re Defendants' Motion to Strike* addressed to Magistrate Judge Stewart D. Aaron from Gianni Cutri dated 8/20/2019.. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit 8, # 2 Exhibit 9, # 3 Exhibit 10, # 4 Exhibit 11, # 5 Exhibit 12, # 6 Exhibit 13, # 7 Exhibit 14, # 8 Exhibit 15, # 9 Exhibit 16, # 10 Exhibit 17, # 11 Exhibit 18, # 12 Exhibit 19)(Cutri, Gianni) (Entered: 10/03/2019) |
| 12/13/2019 | | Minute Entry for proceedings held before Magistrate Judge Stewart D. Aaron: Oral Argument held on 12/13/2019. (Court Reporter Lisa Smith) (kl) (Entered: 12/13/2019) |

| | | |
|---|---|---|
| 12/16/2019 | 578 | ORDER: It is hereby Ordered that, no later than December 27, 2019, the parties shall submit additional briefing regarding the substantive law to be applied to Plaintiff's claims for intentional interference with contractual relations (Counts II and III of the Amended Complaint). SO ORDERED. (Signed by Magistrate Judge Stewart D. Aaron on 12/16/2019) (kl) (Entered: 12/16/2019) |
| 12/20/2019 | 579 | JOINT LETTER MOTION for Extension of Time to File *Additional Briefing from December 27, 2019 to January 17, 2020* addressed to Magistrate Judge Stewart D. Aaron from Gianni Cutri and Anne Sekel dated 12/20/2019. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc..(Cutri, Gianni) (Entered: 12/20/2019) |
| 12/20/2019 | 580 | ORDER granting 579 Letter Motion for Extension of Time to File. Application Granted. So Ordered.. (Signed by Magistrate Judge Stewart D. Aaron on 12/20/2019) (js) (Entered: 12/20/2019) |
| 12/20/2019 | | Set/Reset Deadlines: Brief due by 1/17/2020. (js) (Entered: 12/20/2019) |
| 01/02/2020 | 581 | TRANSCRIPT of Proceedings re: CONFERENCE held on 12/13/2019 before Magistrate Judge Stewart D. Aaron. Court Reporter/Transcriber: Lisa Smith, (212) 805-0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 1/23/2020. Redacted Transcript Deadline set for 2/3/2020. Release of Transcript Restriction set for 4/1/2020.(McGuirk, Kelly) (Entered: 01/02/2020) |
| 01/24/2020 | 582 | DECLARATION OF NORMAN C. ANKERS IN SUPPORT OF PLAINTIFFS MEMORANDUM SUBMITTED PURSUANT TO THIS COURTS DECEMBER 16, 2019 ORDER. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc. (Attachments: # 1 Exhibit Ex. 1, # 2 Exhibit Ex. 2, # 3 Exhibit Ex. 3, # 4 Exhibit Ex. 4, # 5 Exhibit Ex. 5, # 6 Exhibit Ex. 6, # 7 Exhibit Ex. 7, # 8 Exhibit Ex. 8, # 9 Exhibit Ex. 9, # 10 Exhibit Ex. 10, # 11 Exhibit Ex. 11, # 12 Exhibit Ex. 12) (Case Participant View Only) (kl) (Entered: 01/24/2020) |
| 01/24/2020 | 583 | PLAINTIFFS' MEMORANDUM SUBMITTED PURSUANT TO THIS COURT'S DECEMBER 16, 2019 ORDER. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc. (Case Participants View Only) (kl) (Entered: 01/24/2020) |
| 01/24/2020 | 584 | DEFENDANTS' SUPPLEMENTAL BRIEF REGARDING THE SUBSTANTIVE LAW TO BE APPLIED TO PLAINTIFFS' CLAIMS FOR INTENTIONAL INTERFERENCE WITH CONTRACTUAL RELATIONS. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc. (Case Participant View Only) (kl) (Entered: 01/24/2020) |
| 01/24/2020 | 585 | DECLARATION OF VIKRAMADITYA KHANNA. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc. (Case Participant View Only) (kl) (Entered: 01/24/2020) |
| 01/24/2020 | 586 | DECLARATION OF ADAM KAUFMANN. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc. (Case Participant View Only) (kl) (Entered: 01/24/2020) |
| 01/27/2020 | 587 | JOINT LETTER addressed to Magistrate Judge Stewart D. Aaron from Norman Ankers & Gianni Cutri dated January 27, 2020 re: Parties' Joint Sealing Request for Summary Judgment Supplemental Briefing. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc..(Ankers, Norman) (Entered: 01/27/2020) |

| 01/27/2020 | 588 | REPORT AND RECOMMENDATION AND ORDER re: 520 MOTION for Summary Judgment filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc., 528 MOTION for Summary Judgment *(Public Version)* filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc., 536 LETTER MOTION to Strike. For the foregoing reasons, I respectfully recommend that Plaintiffs' partial motion for summary judgment be DENIED and that Defendants' partial motion for summary judgment be GRANTED IN PART and DENIED IN PART. In addition, I order that Defendants' motion to strike be DENIED. Objections to R&R due by 2/10/2020 (Signed by Magistrate Judge Stewart D. Aaron on 1/27/2020) (kl) (Main Document 588 replaced on 2/11/2020) (kl). (Entered: 01/27/2020) |
|---|---|---|
| 01/27/2020 | 589 | BRIEF *DEFENDANTS' SUPPLEMENTAL BRIEF REGARDING THE SUBSTANTIVE LAW TO BE APPLIED TO PLAINTIFFS' CLAIMS FOR INTENTIONAL INTERFERENCE WITH CONTRACTUAL RELATIONS.* Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc..(Cutri, Gianni) (Entered: 01/27/2020) |
| 01/27/2020 | 590 | DECLARATION of VIKRAMADITYA KHANNA in Support re: 589 Brief,. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit 1)(Cutri, Gianni) (Entered: 01/27/2020) |
| 01/27/2020 | 591 | DECLARATION of ADAM KAUFMANN in Support re: 589 Brief,. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5)(Cutri, Gianni) (Entered: 01/27/2020) |
| 01/27/2020 | 597 | ***Sealed*** REPORT AND RECOMMENDATION AND ORDER: For the foregoing reasons, I respectfully recommend that Plaintiffs' partial motion for summary judgment be DENIED and that Defendants' partial motion for summary judgment be GRANTED IN PART and DENIED IN PART. In addition, I order that Defendants' motion to strike be DENIED. (Signed by Magistrate Judge Stewart D. Aaron on 1/27/2020) (mro) (Entered: 02/11/2020) |
| 01/29/2020 | 592 | ORDER re: 588 Report and Recommendations. It is hereby ORDERED that the parties are advised that no extensions will be granted for any objections or responses to objections. It is further ORDERED that any objections shall not exceed 10 double-spaced pages. Any responses shall not exceed 10 double-spaced pages. No exhibits will be permitted, and the parties shall cite, if needed, to the summary judgment record. The responding party to any objections shall send courtesy copies to Chambers. (Signed by Judge Lorna G. Schofield on 1/29/2020) (kv) (Entered: 01/29/2020) |
| 02/03/2020 | 593 | JOINT LETTER addressed to Magistrate Judge Stewart D. Aaron from Gianni Cutri & Anne B. Sekel dated February 3, 2020 re: Parties' Joint Sealing Request for 1/27/20 Court Order (ECF No. 588). Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Sekel, Anne) (Entered: 02/03/2020) |
| 02/04/2020 | 594 | MEMO ENDORSEMENT on re: 593 Letter, filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc. ENDORSEMENT: Application GRANTED IN PART and DENIED IN PART. The parties' proposed redactions are approved, except for Defendants' proposed redactions to the explanations of test cases and automation scripts on p. 13 of the Report & Recommendation (R&R), as the Court finds that such information is publicly available. The parties shall, no later than Friday, February 7, 2020, email Chambers a PDF version of the R&R with the approved redactions, which the Court will enter on the docket at ECF No. 588. SO ORDERED. (Signed by Magistrate Judge Stewart D. Aaron on 2/4/2019) (kl) (Entered: 02/04/2020) |

| 02/10/2020 | 595 | **FILING ERROR - WRONG EVENT TYPE SELECTED FROM MENU -** APPEAL OF MAGISTRATE JUDGE DECISION to District Court from 588 Report and Recommendations. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc. Copies of Appeal of Magistrate Judge Decision to District Court served on Attorney(s) of Record: Defendants' Counsel (Kirkland & Ellis). (Norbitz, Todd) Modified on 2/11/2020 (tp). (Entered: 02/10/2020) |
| --- | --- | --- |
| 02/10/2020 | | **\*\*\*NOTICE TO ATTORNEY TO RE-FILE DOCUMENT - EVENT TYPE ERROR. Notice to Attorney Norbitz, Todd to RE-FILE Document 595 Appeal of Magistrate Judge Decision to District Court. Use the event type Objection to Report and Recommendations found under the event list Other Answers. (tp)** (Entered: 02/11/2020) |
| 02/11/2020 | 596 | ORDER: Having reviewed the parties' Joint Letters requesting permission to file under seal certain submissions in connection with the parties' cross-motions for partial summary judgment (see ECF Nos. 519, 537, 561, 571, 575 & 587), it is hereby Ordered that, the parties' applications are GRANTED. Because the parties' filings pre-date the change in the Court's practices regarding filing under seal, the parties shall, no later than February 25, 2020, file in the traditional manner (i.e. in paper form) the full, unredacted versions with the Clerk of Court. (Signed by Magistrate Judge Stewart D. Aaron on 2/11/2020) (mro) (Entered: 02/11/2020) |
| 02/11/2020 | 598 | OBJECTION to 588 Report and Recommendations *(Public Version)* Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Norbitz, Todd) (Entered: 02/11/2020) |
| 02/24/2020 | 599 | RESPONSE *in Opposition to Defendants' Objections to Report and Recommendation (Public Version)*. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Norbitz, Todd) (Entered: 02/24/2020) |
| 02/24/2020 | 600 | \*\*\*SELECTED PARTIES\*\*\* RESPONSE *in Opposition to Defendants' Objections to Report and Recommendation (Sealed Version of Syntel Sterling Best Shores Mauritius Limited & Syntel, Inc.'s Responses to Defendants' Objections)*. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc., Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. Motion or Order to File Under Seal: 596 .(Norbitz, Todd) (Entered: 02/24/2020) |
| 02/24/2020 | 601 | LETTER MOTION to Seal *Defendants' Response to Syntel's Objections to Report and Recommendation* addressed to Judge Lorna G. Schofield from Gianni Cutri dated 2/24/2020. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 02/24/2020) |
| 02/24/2020 | 602 | \*\*\*SELECTED PARTIES\*\*\* RESPONSE re: 598 Objection to Report and Recommendations *(Sealed Version of Defendants' Response to Syntel's Objections)*. Document filed by The Trizetto Group, Inc., Cognizant Technology Solutions Corp., Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. Motion or Order to File Under Seal: 601 .(Cutri, Gianni) (Entered: 02/24/2020) |
| 02/24/2020 | 603 | RESPONSE re: 598 Objection to Report and Recommendations *(Public Version of Defendants' Response to Syntel's Objections)*. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 02/24/2020) |
| 02/25/2020 | 604 | SEALED DOCUMENT placed in vault.(mhe) (Entered: 02/25/2020) |
| 02/25/2020 | 605 | SEALED DOCUMENT placed in vault.(mhe) (Entered: 02/25/2020) |
| 02/25/2020 | 606 | SEALED DOCUMENT placed in vault.(mhe) (Entered: 02/25/2020) |

| 03/24/2020 | 607 | ORDER adopting 588 Report and Recommendations, 520 Motion for Summary Judgment filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc., 528 Motion for Summary Judgment filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc. WHEREAS, Judge Aaron issued a Report and Recommendation (the "Report") on the parties' cross-motions for partial summary judgment on January 27, 2020. It is hereby ORDERED that, for reasons stated in the Opinion & Order, which will follow separately under seal, the Report is adopted in full. The parties' objections either are overruled or deemed waived. It is further ORDERED that, if the parties seek any portion of the Opinion & Order to remain under seal, they shall file a letter request specifically justifying each category of information to be sealed, by March 27, 2020. The letter shall attach a copy of the Opinion & Order highlighting any portions the parties seek to be sealed. The parties may either file separate letters or, preferably, a joint letter. If a joint letter, each party's proposed sealing should be highlighted in a different color. The Court will not permit the entire Opinion & Order to be sealed, but at most only particular lines. If the parties make no letter request, the Opinion & Order will be unsealed by March 30, 2020. The Clerk of Court is respectfully directed to close Dkt. Nos. 520 and 528. (Signed by Judge Lorna G. Schofield on 3/24/2020) (mro) (Entered: 03/24/2020) |
|---|---|---|
| 03/24/2020 | 608 | ***SELECTED PARTIES*** OPINION & ORDER: For the reasons above, the Report is adopted in full.Defendants' motion for summary judgment is granted in part and denied in part. Specifically, summary judgment is granted to Defendants on: (1) the breach of contract claim based on the Non-Solicitation Provision and on (2) the tortious interference claims, except as to the five employment agreements. Summary judgment is denied to Defendant on (1) the confidential information claims and (2) Defendants' trade secrets counterclaim.Plaintiffs' motion for summary judgment is denied, specifically as to: (1) the breach of contract claim based on Transition Rebates and (2) Defendants' copyright infringement counterclaim. For clarity, the surviving claims and counterclaims are: Count I: Breach of Contract, based on Sections 19.01 (Confidentiality) and 23.02 (Transition Rebates), as to Defendant TriZetto;Counts II and III: Tortious Interference, based on the five employment agreements only, as to both Defendants; Count IV: Misappropriation of Confidential Information, as to both Defendants; Counterclaim Counts I and II: Breach of Contract and Breach of the Implied Covenant of Good Faith and Fair Dealing, as to Plaintiff Syntel Mauritius; Counterclaim Counts III and IV: Misappropriation of Trade Secrets, as to both Plaintiffs;Counterclaim Count V: Unfair Competition, as to both Plaintiffs; Counterclaim Count VI: Tortious Interference, as to both Plaintiffs; Counterclaim VIII: Copyright Infringement, as to both Plaintiffs.The Clerk of Court is respectfully directed to (1) close Dkt. Nos. 520 and 528 and to (2) docket this Order under seal and making it viewable only to counsel of record for Plaintiffs Syntel Sterling Best Shores Mauritius Limited and Syntel, Inc., and Defendants The TriZetto Group's and Cognizant Technology Solutions Corp. (Signed by Judge Lorna G. Schofield on 3/24/2020) (rro) (Entered: 03/24/2020) |
| 03/26/2020 | 609 | SCHEDULING ORDER: It is hereby ORDERED that this action will be placed in second place on the Court's August 2020 trial-ready calendar. Motions in limine due by 7/17/2020. Responses due by 7/24/2020. Final Pretrial Conference set for 8/10/2020 at 11:30 AM before Judge Lorna G. Schofield. Pretrial Order due by 7/31/2020. Ready for Trial by 8/17/2020. Jury Trial set for 8/17/2020 at 10:45 AM before Judge Lorna G. Schofield, and as further specified and set forth in this Scheduling Order.(Signed by Judge Lorna G. Schofield on 3/26/2020) (rjm). (Entered: 03/26/2020) |
| 03/27/2020 | 610 | JOINT LETTER MOTION to Seal *Portions of Docket No. 608 - Opinion and Order* addressed to Judge Lorna G. Schofield from Gianni Cutri and Anne Sekel dated 3/27/2020. Document filed by Cognizant Technology Solutions Corp., The Trizetto |

| | | |
|---|---|---|
| | | Group, Inc.. (Attachments: # 1 Appendix A - Filed Under Seal, # 2 Appendix B).(Cutri, Gianni) (Entered: 03/27/2020) |
| 03/27/2020 | 611 | ***SELECTED PARTIES***REDACTION to 610 JOINT LETTER MOTION to Seal *Portions of Docket No. 608 - Opinion and Order* addressed to Judge Lorna G. Schofield from Gianni Cutri and Anne Sekel dated 3/27/2020. *Appendix A - Proposed Redactions to Opinion and Order* by The Trizetto Group, Inc., Cognizant Technology Solutions Corp., Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.Motion or Order to File Under Seal: 610 .(Cutri, Gianni) (Entered: 03/27/2020) |
| 03/30/2020 | 612 | ORDER granting 610 Letter Motion to Seal. It is hereby ORDERED that both parties requests are GRANTED. The Clerk of Court is respectfully directed to close Dkt. No. 610. (As further set forth in this Order.) (Signed by Judge Lorna G. Schofield on 3/30/2020) (cf) (Entered: 03/30/2020) |
| 03/30/2020 | 613 | ***SELECTED PARTIES*** OPINON AND ORDER: For the reasons above, the Report is adopted in full. Defendants' motion for summary judgment is granted in part and denied in part. Specifically, summary judgment is granted to Defendants on: (1) the breach of contract claim based on the Non-Solicitation Provision and on (2) the tortious interference claims, except as to the five employment agreements. Summary judgment is denied to Defendant on (1) the confidential information claims and (2) Defendants trade secrets counterclaim. Plaintiffs' motion for summary judgment is denied, specifically as to: (1) the breach of contract claim based on Transition Rebates and (2) Defendants copyright infringement counterclaim. For clarity, the surviving claims and counterclaims are: Count I: Breach of Contract, based on Sections 19.01 (Confidentiality) and 23.02 (Transition Rebates), as to Defendant TriZetto; Counts II and III: Tortious Interference, based on the five employment agreements only, as to both Defendants; Count IV: Misappropriation of Confidential Information, as to both Defendants; Counterclaim Counts I and II: Breach of Contract and Breach of the ImpliedCovenant of Good Faith and Fair Dealing, as to Plaintiff Syntel Mauritius; Counterclaim Counts III and IV: Misappropriation of Trade Secrets, as to bothPlaintiffs; Counterclaim Count V: Unfair Competition, as to both Plaintiffs; Counterclaim Count VI: Tortious Interference, as to both Plaintiffs; Counterclaim VIII: Copyright Infringement, as to both Plaintiffs. The Clerk of Court is respectfully directed to (1) close Dkt. Nos. 520 and 528 and to (2) docket this Order (As further set forth in this Order.) (Signed by Judge Lorna G. Schofield on 3/24/2020) (cf) (Main Document 613 replaced on 3/31/2020) (cf). Modified on 3/31/2020 (cf). (Entered: 03/30/2020) |
| 04/07/2020 | 614 | ORDER granting 601 Letter Motion to Seal. It is hereby ORDERED that Defendants' request is GRANTED. (As further set forth in this Order.) (Signed by Judge Lorna G. Schofield on 4/6/2020) (cf) (Entered: 04/07/2020) |
| 04/07/2020 | 615 | MOTION to Correct Judgment re: 608 Memorandum & Opinion,,,,,,,, . Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Norbitz, Todd) (Entered: 04/07/2020) |
| 04/07/2020 | 616 | MEMORANDUM OF LAW in Support re: 615 MOTION to Correct Judgment re: 608 Memorandum & Opinion,,,,,,, . . Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Norbitz, Todd) (Entered: 04/07/2020) |
| 04/08/2020 | 617 | MEMO ENDORSED ORDER with respect to 615 Motion to Correct Judgment. ENDORSEMENT: Defendants shall respond to this motion by April 17, 2020. SO ORDERED. (Signed by Judge Lorna G. Schofield on 4/8/2020) (mml) (Entered: 04/09/2020) |
| 04/08/2020 | | Set/Reset Deadlines: Responses due by 4/17/2020. (mml) (Entered: 04/09/2020) |

| 04/17/2020 | 618 | MOTION for Phillip Hill to Withdraw as Attorney *for Defendants-Counterclaimants The TriZetto Group, Inc., n/k/a Cognizant TriZetto Software Group, Inc. and Cognizant Technology Solutions Corp*. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Text of Proposed Order).(Cutri, Gianni) (Entered: 04/17/2020) |
|---|---|---|
| 04/17/2020 | 619 | RESPONSE to Motion re: 615 MOTION to Correct Judgment re: 608 Memorandum & Opinion,,,,,,, . . Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 04/17/2020) |
| 04/20/2020 | 620 | AMENDED OPINION & ORDER for 615 Motion to Correct Judgment filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc., 588 Report and Recommendations. For the reasons above, the Report is adopted in full. Defendants' motion for summary judgment is granted in part and denied in part. Specifically, summary judgment is granted to Defendants on: (1) the breach of contract claim based on the Non-Solicitation Provision and on (2) the tortious interference claims, except as to the five employment agreements. Summary judgment is denied to Defendant on (1) the confidential information claims and (2) Defendants trade secrets counterclaim. Plaintiffs' motion for summary judgment is denied, specifically as to: (1) the breach of contract claim based on Transition Rebates and (2) Defendants' copyright infringement counterclaim. For clarity, the surviving claims and counterclaims are: Count I: Breach of Contract, based on Sections 19.01 (Confidentiality) and 23.02 (Transition Rebates), as to Defendant TriZetto; Count II: Tortious Interference, based on the five employment agreements only, as to Defendant TriZetto; Count III: Tortious Interference, based on the five employment agreements and Section 19.01 of the MSA, as to Defendant Cognizant; Count IV: Misappropriation of Confidential Information, as to both Defendants; Counterclaim Counts I and II: Breach of Contract and Breach of the Implied Covenant of Good Faith and Fair Dealing, as to Plaintiff Syntel Mauritius; Counterclaim Counts III and IV: Misappropriation of Trade Secrets, as to both Plaintiffs; Counterclaim Count V: Unfair Competition, as to both Plaintiffs; Counterclaim Count VI: Tortious Interference, as to both Plaintiffs; Counterclaim VIII: Copyright Infringement, as to both Plaintiffs. (As further set forth in this Order.) (Signed by Judge Lorna G. Schofield on 4/20/2020) (cf) (Entered: 04/20/2020) |
| 04/20/2020 | 621 | ***SELECTED PARTIES*** AMENDED OPINION & ORDER for 588 Report and Recommendations. For the reasons above, the Report is adopted in full. Defendants' motion for summary judgment is granted in part and denied in part. Specifically, summary judgment is granted to Defendants on: (1) the breach of contract claim based on the Non-Solicitation Provision and on (2) the tortious interference claims, except as to the five employment agreements. Summary judgment is denied to Defendant on (1) the confidential information claims and (2) Defendants' trade secrets counterclaim. Plaintiffs' motion for summary judgment is denied, specifically as to: (1) the breach of contract claim based on Transition Rebates and (2) Defendants' copyright infringement counterclaim. For clarity, the surviving claims and counterclaims are: Count I: Breach of Contract, based on Sections 19.01 (Confidentiality) and 23.02 (Transition Rebates), as to Defendant TriZetto; Count II: Tortious Interference, based on the five employment agreements only,as to Defendant TriZetto; Count III: Tortious Interference, based on the five employment agreements and Section 19.01 of the MSA, as to Defendant Cognizant; Count IV: Misappropriation of Confidential Information, as to both Defendants; Counterclaim Counts I and II: Breach of Contract and Breach of the Implied Covenant of Good Faith and Fair Dealing, as to Plaintiff Syntel Mauritius; Counterclaim Counts III and IV: Misappropriation of Trade Secrets, as to both Plaintiffs;Counterclaim Count V: Unfair Competition, as to both Plaintiffs; Counterclaim Count VI: Tortious Interference, as to both Plaintiffs; Counterclaim VIII: Copyright Infringement, as to both Plaintiffs. The Clerk of Court is respectfully directed to docket this Order under seal, |

| | | |
|---|---|---|
| | | making it viewable only to counsel of record for Plaintiffs Syntel Sterling Best Shores Mauritius Limited and Syntel, Inc., and Defendants The TriZetto Group and Cognizant Technology Solutions Corp. (As further set forth in this Order.) (Signed by Judge Lorna G. Schofield on 4/20/2020) (cf) (Entered: 04/20/2020) |
| 04/20/2020 | 622 | ORDER re: 615 MOTION to Correct Judgment re: 608 Memorandum & Opinion, filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc. It is hereby ORDERED that Plaintiffs' unopposed motion is GRANTED. The inadvertently omitted references neither alter the original meaning of the Opinion & Order nor correct a legal or factual error. An Amended Opinion and Order will follow separately under seal. A redacted public version of the Amended Opinion and Order will also issue, consistent with the redactions granted by the Order at Dkt. No. 612. The Clerk of Court is respectfully directed to close Dkt. No. 615. (Signed by Judge Lorna G. Schofield on 4/20/2020) (va) (Entered: 04/20/2020) |
| 04/20/2020 | 623 | ORDER granting 618 Motion to Withdraw as Attorney. For good cause shown, the Court finds that Defendants' Motion for Leave to Withdraw the Appearance of Phillip Hill should be granted. It is therefore Ordered that Phillip Hill is hereby withdrawn as counsel of record for Defendants-Counterclaimants The TriZetto Group, Inc., n/k/a Cognizant TriZetto Software Group, Inc. and Cognizant Technology Solutions Corp. in the above- referenced matter and that he be removed from electronic notification in this matter. So Ordered. Attorney Phillip Aaron Lee Hill terminated (Signed by Magistrate Judge Stewart D. Aaron on 4/20/2020) (js) (Entered: 04/20/2020) |
| 06/19/2020 | 624 | MOTION for Rajat Khanna to Withdraw as Attorney . Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Text of Proposed Order).(Cutri, Gianni) (Entered: 06/19/2020) |
| 06/19/2020 | 625 | MOTION for Andrew Morrill to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-20337937. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Affidavit, # 2 Exhibit Certificate of Good Standing, # 3 Text of Proposed Order).(Morrill, Andrew) (Entered: 06/19/2020) |
| 06/19/2020 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 625 MOTION for Andrew Morrill to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-20337937. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (ad)** (Entered: 06/19/2020) |
| 06/19/2020 | 626 | MOTION for Gavin W. Moler to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number BNYSDC-20338828. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Affidavit, # 2 Exhibit Certificate of Good Standing, # 3 Text of Proposed Order).(Moler, Gavin) (Entered: 06/19/2020) |
| 06/19/2020 | 627 | MOTION for Justin Singh to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-20339197. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Affidavit, # 2 Exhibit Certificate of Good Standing, # 3 Text of Proposed Order).(Singh, Justin) (Entered: 06/19/2020) |
| 06/19/2020 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 627 MOTION for Justin Singh to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-20339197. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (ad)** (Entered: 06/19/2020) |

| | | |
|---|---|---|
| 06/19/2020 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 626 MOTION for Gavin W. Moler to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number BNYSDC-20338828. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (ad)** (Entered: 06/19/2020) |
| 06/19/2020 | 628 | ORDER granting 625 Motion for Andrew Morrill to Appear Pro Hac Vice. SO ORDERED. (Signed by Magistrate Judge Stewart D. Aaron on 6/19/2020) (kl) (Entered: 06/19/2020) |
| 06/19/2020 | 629 | ORDER GRANTING WITHDRAWAL OF APPEARANCE granting 624 Motion to Withdraw as Attorney. For good cause shown, the Court finds that Defendants Motion for Leave to Withdraw the Appearance of Rajat Khanna should be granted. It is therefore Ordered that Rajat Khanna is hereby withdrawn as counsel of record for Defendants-Counterclaimants The TriZetto Group, Inc., n/k/a Cognizant TriZetto Software Group, Inc. and Cognizant Technology Solutions Corp. in the above-referenced matter and that he be removed from electronic notification in this matter. Attorney Rajat Khanna terminated. (Signed by Magistrate Judge Stewart D. Aaron on 6/19/2020) (kl) (Entered: 06/19/2020) |
| 06/19/2020 | 630 | ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE OF GAVIN W. MOLER 626 Motion for Gavin W. Moler to Appear Pro Hac Vice. SO ORDERED. (Signed by Magistrate Judge Stewart D. Aaron on 6/19/2020) (kl) (Entered: 06/19/2020) |
| 06/19/2020 | 631 | ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE OF JUSTIN SINGH 627 Motion for Justin Singh to Appear Pro Hac Vice. SO ORDERED. (Signed by Magistrate Judge Stewart D. Aaron on 6/19/2020) (kl) (Entered: 06/19/2020) |
| 06/29/2020 | 632 | LETTER MOTION to Continue *(Adjourn) Pre-Trial Deadlines* addressed to Judge Lorna G. Schofield from Norman C. Ankers dated June 29, 2020. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Ankers, Norman) (Entered: 06/29/2020) |
| 07/01/2020 | 633 | LETTER addressed to Judge Lorna G. Schofield from Gianni Cutri dated 7/1/2020 re: Syntel's Request to Adjourn Pretrial Deadlines. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 07/01/2020) |
| 07/01/2020 | 634 | AMENDED SCHEDULING ORDER terminating 632 Letter Motion to Continue: It is hereby ORDERED that this action will be placed in third place on the Court's October 2020 trial-ready calendar; the jury trial is adjourned to October 19, 2020, at 9:45 a.m., or the Courts first available date thereafter. The parties shall be ready to proceed on 24 hours notice on or after October 19, 2020. Any motions in limine shall be filed by August 31, 2020. Responses to the motions shall be filed by September 7, 2020. The final pretrial order shall be filed September 14, 2020. The final pretrial conference scheduled for August 10, 2020, at 11:30 a.m. is adjourned to October 7, 2020, at 11:30 a.m. The Clerk of Court is respectfull directed to close Dkt. No. 632. (As further set forth in this Order.) (Signed by Judge Lorna G. Schofield on 6/30/2020) (cf) (Entered: 07/01/2020) |
| 07/01/2020 | | Set/Reset Deadlines: ( Motions due by 8/31/2020., Pretrial Order due by 9/14/2020., Responses due by 9/7/2020, Ready for Trial by 10/19/2020.), Set/Reset Hearings:( Final Pretrial Conference set for 10/7/2020 at 11:30 AM before Judge Lorna G. Schofield.) (cf) (Entered: 07/01/2020) |
| 07/30/2020 | 635 | LETTER addressed to Judge Lorna G. Schofield from Gianni Cutri dated 7/30/2020 re: pretrial exchange schedule. Document filed by Cognizant Technology Solutions Corp., |

| | | |
|---|---|---|
| | | The Trizetto Group, Inc.. (Attachments: # 1 Text of Proposed Order).(Cutri, Gianni) (Entered: 07/30/2020) |
| 07/31/2020 | 636 | MEMO ENDORSEMENT on re: 635 Letter, filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc. ENDORSEMENT: Plaintiffs/Counter-Defendants Syntel Sterling Best Shores Mauritius Limited and Syntel, Inc. shall file a response to this letter by August 3, 2020. (Signed by Judge Lorna G. Schofield on 7/31/2020) (cf) (Entered: 07/31/2020) |
| 08/03/2020 | 637 | LETTER addressed to Judge Lorna G. Schofield from Anne B. Sekel dated August 3, 2020 re: Response in Opposition to Defendants' Letter [ECF No. 635] pursuant to [ECF No. 636]. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Sekel, Anne) (Entered: 08/03/2020) |
| 08/04/2020 | 638 | SECOND AMENDED SCHEDULING ORDER: ORDERED that Defendants' application is GRANTED in part. Plaintiffs shall provide any proposed revisions or objections to the voir dire, jury instructions and verdict forms by August 11, 2020. Defendants shall provide any proposed revisions or objections by August 25, 2020. The parties shall engage in active negotiations thereafter to make the filing as required by August 31, 2020. Motions due by 9/21/2020. Responses due by 9/28/2020. The Final Pretrial Conference set for 10/7/2020 at 11:30 AM before Judge Lorna G. Schofield. Final Pretrial Order due by 9/14/2020. (Signed by Judge Lorna G. Schofield on 8/04/2020) (ama) (Entered: 08/04/2020) |
| 08/31/2020 | 639 | LETTER MOTION to Seal *Defendants' Pretrial Memorandum of Law and Supporting Exhibits* addressed to Judge Lorna G. Schofield from Gianni Cutri dated 8/31/2020. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc... (Cutri, Gianni) (Entered: 08/31/2020) |
| 08/31/2020 | 640 | ***SELECTED PARTIES***PRETRIAL MEMORANDUM. Document filed by The Trizetto Group, Inc., Cognizant Technology Solutions Corp., Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc..Motion or Order to File Under Seal: 639 .(Cutri, Gianni) (Entered: 08/31/2020) |
| 08/31/2020 | 641 | ***SELECTED PARTIES***DECLARATION of Adam Kaufmann in Support re: 640 Pretrial Memorandum. Document filed by The Trizetto Group, Inc., Cognizant Technology Solutions Corp., Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22, # 23 Exhibit 23, # 24 Exhibit 24, # 25 Exhibit 25, # 26 Exhibit 26, # 27 Exhibit 27, # 28 Exhibit 28, # 29 Exhibit 29, # 30 Exhibit 30, # 31 Exhibit 31, # 32 Exhibit 32, # 33 Exhibit 33, # 34 Exhibit 34, # 35 Exhibit 35, # 36 Exhibit 36, # 37 Exhibit 37, # 38 Exhibit 38)Motion or Order to File Under Seal: 639 .(Cutri, Gianni) (Entered: 08/31/2020) |

| 08/31/2020 | 642 | DECLARATION of Adam Kaufmann (Public Version) in Support re: 640 Pretrial Memorandum. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22, # 23 Exhibit 23, # 24 Exhibit 24, # 25 Exhibit 25, # 26 Exhibit 26, # 27 Exhibit 27, # 28 Exhibit 28, # 29 Exhibit 29, # 30 Exhibit 30, # 31 Exhibit 31, # 32 Exhibit 32, # 33 Exhibit 33, # 34 Exhibit 34, # 35 Exhibit 35, # 36 Exhibit 36, # 37 Exhibit 37, # 38 Exhibit 38).(Cutri, Gianni) (Entered: 08/31/2020) |
| --- | --- | --- |
| 08/31/2020 | 643 | JOINT PRETRIAL STATEMENT *OF THE CASE*. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B).(Cutri, Gianni) (Entered: 08/31/2020) |
| 08/31/2020 | 644 | LETTER MOTION to Seal *Syntel's Pretrial Memorandum of Law* addressed to Judge Lorna G. Schofield from Anne B. Sekel dated August 31, 2020. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Sekel, Anne) (Entered: 08/31/2020) |
| 08/31/2020 | 645 | ***SELECTED PARTIES***PRETRIAL MEMORANDUM. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc., Cognizant Technology Solutions Corp., The Trizetto Group, Inc..Motion or Order to File Under Seal: 644 .(Sekel, Anne) (Entered: 08/31/2020) |
| 09/01/2020 | 646 | NOTICE of Joint Submission of the Parties' Proposed Verdict Forms. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B).(Cutri, Gianni) (Entered: 09/01/2020) |
| 09/01/2020 | 647 | PRETRIAL MEMORANDUM. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 09/01/2020) |
| 09/01/2020 | 648 | PROPOSED VOIR DIRE QUESTIONS. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 09/01/2020) |
| 09/01/2020 | 649 | JOINT LETTER MOTION for Extension of Time *to File Joint Proposed Jury Instructions* addressed to Judge Lorna G. Schofield from Anne B. Sekel dated August 31, 2020. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Sekel, Anne) (Entered: 09/01/2020) |
| 09/01/2020 | 650 | ORDER granting 649 Letter Motion for Extension of Time. This application is untimely but nevertheless GRANTED. The parties shall file their joint proposed jury instructions by 5:30 p.m. ET. (Signed by Judge Lorna G. Schofield on 9/1/2020) (cf) (Entered: 09/01/2020) |
| 09/01/2020 | 651 | ORDER: It is hereby ORDERED that by September 4, 2020, Syntel and Defendants shall file letters requesting any proposed redactions to Defendants' and Syntel's pretrial memoranda, respectively, with specific justifications for each category of information to be sealed. It is further ORDERED that any future requests to file redacted pre-trial submissions must be made jointly, with each party's proposed sealing highlighted in a different color. (As further set forth in this Order.) (Signed by Judge Lorna G. Schofield on 9/1/2020) (cf) (Entered: 09/01/2020) |
| 09/01/2020 | 652 | PROPOSED JURY INSTRUCTIONS. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 09/01/2020) |
| 09/04/2020 | 653 | ORDER: ORDERED that the parties are advised that jury trials will resume, and the jury trial in this action is in line to proceed the week of October 19, 2020. The parties |

|  |  |  |
|---|---|---|
|  |  | shall be ready to proceed on 24 hours' notice on or after October 19, 2020. The final pretrial conference previously scheduled to take place on October 7, 2020, at 11:30 a.m., will take place telephonically on the following conference call line: 888-363-4749, access code: 558-3333. The time of the conference is approximate, but the parties shall be ready to proceed by that time., ( Telephone Conference set for 10/7/2020 at 11:30 AM before Judge Lorna G. Schofield.) (Signed by Judge Lorna G. Schofield on 9/04/2020) (ama) (Entered: 09/04/2020) |
| 09/04/2020 | 654 | LETTER addressed to Judge Lorna G. Schofield from Anne B. Sekel dated September 4, 2020 re: 09/01/20 Order (ECF No. 651) - Syntel's Proposed Redactions to Defendants' Pretrial Memorandum of Law. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Sekel, Anne) (Entered: 09/04/2020) |
| 09/04/2020 | 655 | LETTER MOTION to Seal *Portions of Plaintiffs/Counterclaim Defendants' Pretrial Memorandum* addressed to Judge Lorna G. Schofield from Gianni Cutri dated 9/4/2020. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 09/04/2020) |
| 09/04/2020 | 656 | ***SELECTED PARTIES***PRETRIAL MEMORANDUM. Document filed by The Trizetto Group, Inc., Cognizant Technology Solutions Corp., Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc..Motion or Order to File Under Seal: 655 .(Cutri, Gianni) (Entered: 09/04/2020) |
| 09/08/2020 | 657 | LETTER MOTION to Seal *Defendants/Counterclaim-Plaintiffs' Response to Syntel's Pretrial Memorandum* addressed to Judge Lorna G. Schofield from Gianni Cutri dated 9/8/2020. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 09/08/2020) |
| 09/08/2020 | 658 | LETTER MOTION to Seal *Syntel's Response to Defendants' Pretrial Memorandum* addressed to Judge Lorna G. Schofield from Anne B. Sekel dated September 8, 2020. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Sekel, Anne) (Entered: 09/08/2020) |
| 09/08/2020 | 659 | ***SELECTED PARTIES*** OPPOSITION BRIEF *Defendants/Counterclaim-Plaintiffs' Response to Syntel's Pretrial Memorandum*. Document filed by The Trizetto Group, Inc., Cognizant Technology Solutions Corp., Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc..Motion or Order to File Under Seal: 657 .(Cutri, Gianni) (Entered: 09/08/2020) |
| 09/08/2020 | 660 | ***SELECTED PARTIES***PRETRIAL MEMORANDUM. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc., Cognizant Technology Solutions Corp., The Trizetto Group, Inc..Motion or Order to File Under Seal: 658 .(Sekel, Anne) (Entered: 09/08/2020) |
| 09/08/2020 | 661 | ***SELECTED PARTIES***DECLARATION of Adam Kaufmann in Support re: 659 Opposition Brief,. Document filed by The Trizetto Group, Inc., Cognizant Technology Solutions Corp., Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8)Motion or Order to File Under Seal: 657 .(Cutri, Gianni) (Entered: 09/08/2020) |
| 09/09/2020 | 662 | ORDER granting in part 639 Letter Motion to Seal; granting in part 644 Letter Motion to Seal; granting in part 655 Letter Motion to Seal; granting 657 Letter Motion to Seal; granting 658 Letter Motion to Seal. It is hereby ORDERED the parties' redaction requests at Dkt. Nos. 639, 644, 654 and 655 are GRANTED in part. Although "[t]he common law right of public access to judicial documents is firmly rooted in our nations history," this right is not absolute, and courts "must balance competing considerations against" the presumption of access. Lugosch v. Pyramid Co. of Onondaga, 435 F.3d 110, |

11920 (2d Cir. 2006) (internal quotation marks omitted); see also Nixon v. Warner Commc'ns., Inc., 435 U.S. 589, 599 (1978) ("[T]he decision as to access is one best left to the sound discretion of the trial court, a discretion to be exercised in light of the relevant facts and circumstances of the particular case."). The proposed redactions, except for the following, are narrowly tailored to prevent unauthorized dissemination of sensitive business information: Defendants' proposed redactions to damages figures in their pretrial memorandum of law at Dkt. No. 640 on pages 11, 13, 15, 17, 18, 19, 21, 24 and 25. It is further ORDERED that by September 11, 2020, Defendants shall re-file a public redacted version of their pretrial memorandum of law that does not redact the damages figures on the pages provided above. It is further ORDERED that by September 11, 2020, Defendants shall file the public redacted version of Syntel's pretrial memorandum of law, including the redactions as proposed in Dkt. No. 656. The parties are reminded that per Individual Rule I.D.3, requests for redactions must be accompanied by both the sealed document with the proposed redactions highlighted and a publicly-filed document with the proposed redactions. It is further ORDERED that the parties requests at Dkt. Nos. 657 and 658 to file their joint sealing requests to their respective responses to the pretrial memoranda of law are GRANTED. The parties shall file the requests by September 10, 2020. For future submissions, joint sealing requests, with the proposed public and sealed versions, must be made on the same date the filings are due. The Clerk of Court is respectfully directed to close Dkt. Nos. 639, 644, 655, 657 and 658. (Signed by Judge Lorna G. Schofield on 9/9/2020) (jca) (Entered: 09/09/2020)

| 09/10/2020 | 663 | JOINT LETTER MOTION to Seal *Responses to Pretrial Memoranda of Law* addressed to Judge Lorna G. Schofield from Anne B. Sekel and Gianni Cutri dated September 10, 2020. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc... (Sekel, Anne) (Entered: 09/10/2020) |
|---|---|---|
| 09/10/2020 | 664 | MOTION for Jake Rambeau to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-21596892. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Affidavit of Jake Rambeau, # 2 Exhibit Certificate of Good Standing, # 3 Text of Proposed Order).(Rambeau, Jacob) (Entered: 09/10/2020) |
| 09/10/2020 | 665 | ***SELECTED PARTIES***PRETRIAL MEMORANDUM. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc., Cognizant Technology Solutions Corp., The Trizetto Group, Inc..Motion or Order to File Under Seal: 663 .(Sekel, Anne) (Entered: 09/10/2020) |
| 09/10/2020 | 666 | ***SELECTED PARTIES*** OPPOSITION BRIEF *Defendants/Counterclaim-Plaintiffs' Response to Syntel's Pretrial Memorandum*. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc., Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit 1 to the Declaration of Adam Kaufmann, # 2 Exhibit 4 to the Declaration of Adam Kaufmann)Motion or Order to File Under Seal: 663 .(Sekel, Anne) (Entered: 09/10/2020) |
| 09/10/2020 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 664 MOTION for Jake Rambeau to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-21596892. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (ad)** (Entered: 09/11/2020) |
| 09/11/2020 | 667 | LETTER addressed to Judge Lorna G. Schofield from Anne B. Sekel dated September 11, 2020 re: Request for Clarification of Submission Procedure for 9.14.2020 Pretrial Order Deposition Transcripts. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Sekel, Anne) (Entered: 09/11/2020) |

| 09/11/2020 | 668 | ORDER granting in part and denying in part 663 Letter Motion to Seal: It is hereby ORDERED that the parties' redaction requests at Dkt. No. 663 are GRANTED in part, as further set forth in this order. ORDERED that by September 14, 2020, the parties shall file public redacted versions of their responses to the pretrial memoranda of law with redactions as proposed, except for the redactions rejected above. The Clerk of Court is respectfully directed to close Dkt. No. 663. (Signed by Judge Lorna G. Schofield on 9/11/2020) (jwh) (Entered: 09/11/2020) |
|---|---|---|
| 09/11/2020 | 669 | BRIEF *Plaintiffs / Counterclaim Defendants' Pretrial Memorandum of Law (Redacted Version)*. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 09/11/2020) |
| 09/11/2020 | 670 | PRETRIAL MEMORANDUM. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 09/11/2020) |
| 09/11/2020 | 671 | MEMO ENDORSEMENT on re: 667 Letter. ENDORSEMENT: The deposition testimony may be submitted by e-mail to Chambers by Tuesday, September 15, 2020. The parties shall file one copy of the entire transcript of each witness, marked in accordance with Individual Rule IV.B.2.h. The parties shall confirm in each case that the deponent is unavailable to testify. (Signed by Judge Lorna G. Schofield on 9/11/2020) (jwh) (Entered: 09/11/2020) |
| 09/14/2020 | 672 | LETTER addressed to Judge Lorna G. Schofield from Gianni Cutri dated 9/14/2020 re: Parties' Damages Statements. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 09/14/2020) |
| 09/14/2020 | 673 | LETTER addressed to Judge Lorna G. Schofield from Robert S. Weisbein dated September 14, 2020 re: Response to Defendants' Letter re Damages Statements. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Weisbein, Robert) (Entered: 09/14/2020) |
| 09/14/2020 | 674 | JOINT LETTER MOTION for Extension of Time *to File Joint Final Pretrial Order* addressed to Judge Lorna G. Schofield from Robert S. Weisbein & Gianni Cutri dated September 14, 2020. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Weisbein, Robert) (Entered: 09/14/2020) |
| 09/14/2020 | 675 | REDACTION *Pursuant to ECF No. 668 of Syntel's Response to Defendants' Pretrial Memorandum of Law (Previously Filed Under Seal as ECF No. 660)* by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc..(Sekel, Anne) (Entered: 09/14/2020) |
| 09/14/2020 | 676 | REDACTION to 659 Opposition Brief, *Defendants/Counterclaim-Plaintiffs' Response to Syntel's Pretrial Memorandum* by Cognizant Technology Solutions Corp., The Trizetto Group, Inc..(Cutri, Gianni) (Entered: 09/14/2020) |
| 09/14/2020 | 677 | REDACTION to 661 Declaration in Support, *of Defendants/Counterclaim-Plaintiffs' Response to Syntel's Pretrial Memorandum* by Cognizant Technology Solutions Corp., The Trizetto Group, Inc. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8).(Cutri, Gianni) (Entered: 09/14/2020) |
| 09/15/2020 | 678 | ORDER granting 674 Letter Motion for Extension of Time. This application is untimely but nevertheless GRANTED. The parties' deadline to file the joint final pretrial order is extended to today, September 15, 2020, and the parties' deadline to e-mail the deposition transcripts is extended to September 16, 2020. Regarding the parties' letters at Dkt. Nos. 672 and 673, Plaintiffs/Counterclaim-Defendants are advised that their damages statement should include each element of damages that they intend to seek and the dollar amounts only and should not include any additional argument. Pretrial Order due by |

| | | |
|---|---|---|
| | | 9/15/2020. (Signed by Judge Lorna G. Schofield on 9/15/2020) (cf) (Entered: 09/15/2020) |
| 09/15/2020 | 679 | PROPOSED PRE-TRIAL ORDER. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4).(Cutri, Gianni) (Entered: 09/16/2020) |
| 09/16/2020 | 680 | ORDER: It is hereby ORDERED that a telephonic status conference will be held on September 17, 2020, at 11:00 a.m. (EDT) on the following conference line: Dial-in 888-363-4749, Access code 558-3333. The parties' respective jury consultants, if any, shall join the telephonic status conference. The time of the conference is approximate, but the parties shall be ready to proceed by that time. (Telephone Conference set for 9/17/2020 at 11:00 AM before Judge Lorna G. Schofield.) (Signed by Judge Lorna G. Schofield on 9/16/2020) (jca) (Entered: 09/16/2020) |
| 09/17/2020 | 681 | LETTER MOTION to Continue *Trial* addressed to Judge Lorna G. Schofield from Norman Ankers dated September 17, 2020. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Ankers, Norman) (Entered: 09/17/2020) |
| 09/17/2020 | 682 | ORDER terminating 681 Letter Motion to Continue. It is hereby ORDERED that by September 24, 2020, the parties shall meet and confer regarding Plaintiffs Syntel Inc. and Syntel Sterling Best Shores Mauritius Ltd.'s ("Syntel") application to adjourn the trial and file a joint letter apprising the Court of whether the parties have agreed on any joint proposal. It is further ORDERED that by September 24, 2020, the parties shall meet and confer on amendments to the joint final pretrial order and its attachments and shall file any amended joint file pretrial order and attachments, including the following: as further set forth herein. It is further ORDERED that the parties shall meet and confer to obviate any motions in limine, and shall list the motions in Section L. The Clerk of Court is respectfully directed to close Dkt. No. 681. SO ORDERED.. (Signed by Judge Lorna G. Schofield on 9/17/2020) (kv) (Entered: 09/17/2020) |
| 09/18/2020 | 683 | LETTER MOTION for Extension of Time *to file Motions in Limine* addressed to Judge Lorna G. Schofield from Todd C. Norbitz dated September 18, 2020. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Norbitz, Todd) (Entered: 09/18/2020) |
| 09/18/2020 | 684 | LETTER RESPONSE to Motion addressed to Judge Lorna G. Schofield from Gianni Cutri dated 9/18/2020 re: 683 LETTER MOTION for Extension of Time *to file Motions in Limine* addressed to Judge Lorna G. Schofield from Todd C. Norbitz dated September 18, 2020. . Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 09/18/2020) |
| 09/18/2020 | 685 | ORDER denying 683 Letter Motion for Extension of Time: Application DENIED to provide the Court sufficient time to adjudicate the motions. The motions in limine are due September 21, 2020, and any responses are due September 28, 2020. (Signed by Judge Lorna G. Schofield on 9/18/2020) (jwh) (Entered: 09/18/2020) |
| 09/21/2020 | 686 | LETTER MOTION to Seal *Defendants' Motions in Limine* addressed to Judge Lorna G. Schofield from Gianni Cutri dated 9/21/2020. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 09/21/2020) |
| 09/21/2020 | 687 | MOTION in Limine *No. 1 - Defendants' Motion in Limine to Realign Parties and Order of Proof to Promote Orderly and Efficient Trial Process*. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 09/21/2020) |
| 09/21/2020 | 688 | ***SELECTED PARTIES*** MEMORANDUM OF LAW in Support re: 687 MOTION in Limine *No. 1 - Defendants' Motion in Limine to Realign Parties and Order* |

| | | |
|---|---|---|
| | | *of Proof to Promote Orderly and Efficient Trial Process*. . Document filed by The Trizetto Group, Inc., Cognizant Technology Solutions Corp., Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. Motion or Order to File Under Seal: 686 .(Cutri, Gianni) (Entered: 09/21/2020) |
| 09/21/2020 | 689 | MOTION in Limine *#3 - Syntel's Motion in Limine to Preclude References to Discovery Proceedings, Disputes, Orders, and Sanctions*. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Norbitz, Todd) (Entered: 09/21/2020) |
| 09/21/2020 | 690 | ***SELECTED PARTIES***DECLARATION of Adam Kaufmann in Support re: 687 MOTION in Limine *No. 1 - Defendants' Motion in Limine to Realign Parties and Order of Proof to Promote Orderly and Efficient Trial Process*.. Document filed by The Trizetto Group, Inc., Cognizant Technology Solutions Corp., Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)Motion or Order to File Under Seal: 686 .(Cutri, Gianni) (Entered: 09/21/2020) |
| 09/21/2020 | 691 | MEMORANDUM OF LAW in Support re: 689 MOTION in Limine *#3 - Syntel's Motion in Limine to Preclude References to Discovery Proceedings, Disputes, Orders, and Sanctions*. . Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Norbitz, Todd) (Entered: 09/21/2020) |
| 09/21/2020 | 692 | MOTION in Limine *No. 2 - Defendants' Motion in Limine to Exclude Untimely Expert Opinions of Syntel Expert Daniel Roffman Contravening Court's Preclusion Order*. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc... (Cutri, Gianni) (Entered: 09/21/2020) |
| 09/21/2020 | 693 | MEMORANDUM OF LAW in Support re: 692 MOTION in Limine *No. 2 - Defendants' Motion in Limine to Exclude Untimely Expert Opinions of Syntel Expert Daniel Roffman Contravening Court's Preclusion Order*. . Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 09/21/2020) |
| 09/21/2020 | 694 | MOTION in Limine *#4 - Syntel's Motion in Limine to Preclude Defendants From Offering Evidence Regarding The Existence Or Content Of The Preclusion Order And Related Materials*. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Norbitz, Todd) (Entered: 09/21/2020) |
| 09/21/2020 | 695 | MEMORANDUM OF LAW in Support re: 694 MOTION in Limine *#4 - Syntel's Motion in Limine to Preclude Defendants From Offering Evidence Regarding The Existence Or Content Of The Preclusion Order And Related Materials*. . Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Norbitz, Todd) (Entered: 09/21/2020) |
| 09/21/2020 | 696 | ***SELECTED PARTIES***DECLARATION of Adam Kaufmann in Support re: 692 MOTION in Limine *No. 2 - Defendants' Motion in Limine to Exclude Untimely Expert Opinions of Syntel Expert Daniel Roffman Contravening Court's Preclusion Order*.. Document filed by The Trizetto Group, Inc., Cognizant Technology Solutions Corp., Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5)Motion or Order to File Under Seal: 686 .(Cutri, Gianni) (Entered: 09/21/2020) |
| 09/21/2020 | 697 | MOTION in Limine *No. 3 - Defendants' Motion in Limine for an Adverse Inference Instruction to Address Syntel's Failure to Produce Test Cases and Automation Scripts During Discovery*. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 09/21/2020) |
| 09/21/2020 | 698 | MOTION in Limine *#9 - Syntel's Motion in Limine to Preclude The Presentation of Discovery Procedures and Artifacts To the Jury*. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Norbitz, Todd) (Entered: 09/21/2020) |

| 09/21/2020 | 699 | ***SELECTED PARTIES*** MEMORANDUM OF LAW in Support re: 697 MOTION in Limine *No. 3 - Defendants' Motion in Limine for an Adverse Inference Instruction to Address Syntel's Failure to Produce Test Cases and Automation Scripts During Discovery*. . Document filed by The Trizetto Group, Inc., Cognizant Technology Solutions Corp., Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. Motion or Order to File Under Seal: 686 .(Cutri, Gianni) (Entered: 09/21/2020) |
| --- | --- | --- |
| 09/21/2020 | 700 | MEMORANDUM OF LAW in Support re: 698 MOTION in Limine *#9 - Syntel's Motion in Limine to Preclude The Presentation of Discovery Procedures and Artifacts To the Jury*. . Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Norbitz, Todd) (Entered: 09/21/2020) |
| 09/21/2020 | 701 | ***SELECTED PARTIES***DECLARATION of Adam Kaufmann in Support re: 697 MOTION in Limine *No. 3 - Defendants' Motion in Limine for an Adverse Inference Instruction to Address Syntel's Failure to Produce Test Cases and Automation Scripts During Discovery*.. Document filed by The Trizetto Group, Inc., Cognizant Technology Solutions Corp., Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit 1)Motion or Order to File Under Seal: 686 .(Cutri, Gianni) (Entered: 09/21/2020) |
| 09/21/2020 | 702 | MOTION in Limine *#10 - Syntel's Motion in Limine to Preclude Certain Evidence Relating To Transition Rebates*. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Norbitz, Todd) (Entered: 09/21/2020) |
| 09/21/2020 | 703 | MOTION in Limine *No. 4 - Defendants' Motion in Limine for an Adverse Inference regarding Syntel's Failure to Produce Relevant Evidence to the Forensic Examiner*. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 09/21/2020) |
| 09/21/2020 | 704 | MEMORANDUM OF LAW in Support re: 702 MOTION in Limine *#10 - Syntel's Motion in Limine to Preclude Certain Evidence Relating To Transition Rebates*. . Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Norbitz, Todd) (Entered: 09/21/2020) |
| 09/21/2020 | 705 | ***SELECTED PARTIES*** MEMORANDUM OF LAW in Support re: 703 MOTION in Limine *No. 4 - Defendants' Motion in Limine for an Adverse Inference regarding Syntel's Failure to Produce Relevant Evidence to the Forensic Examiner*. . Document filed by The Trizetto Group, Inc., Cognizant Technology Solutions Corp., Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. Motion or Order to File Under Seal: 686 .(Cutri, Gianni) (Entered: 09/21/2020) |
| 09/21/2020 | 706 | ***SELECTED PARTIES***DECLARATION of Adam Kaufmann in Support re: 703 MOTION in Limine *No. 4 - Defendants' Motion in Limine for an Adverse Inference regarding Syntel's Failure to Produce Relevant Evidence to the Forensic Examiner*.. Document filed by The Trizetto Group, Inc., Cognizant Technology Solutions Corp., Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5)Motion or Order to File Under Seal: 686 .(Cutri, Gianni) (Entered: 09/21/2020) |
| 09/21/2020 | 707 | MOTION in Limine *No. 5 - Defendants' Motion in Limine to Preclude Syntel from Presenting Testimony on Matters Over which Syntel Claimed Privilege During the Deposition of its Trial Witness Daniel Moore*. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 09/21/2020) |
| 09/21/2020 | 708 | ***SELECTED PARTIES*** MEMORANDUM OF LAW in Support re: 707 MOTION in Limine *No. 5 - Defendants' Motion in Limine to Preclude Syntel from Presenting Testimony on Matters Over which Syntel Claimed Privilege During the* |

| | | |
|---|---|---|
| | | *Deposition of its Trial Witness Daniel Moore.* . Document filed by The Trizetto Group, Inc., Cognizant Technology Solutions Corp., Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. Motion or Order to File Under Seal: 686 .(Cutri, Gianni) (Entered: 09/21/2020) |
| 09/21/2020 | 709 | ***SELECTED PARTIES***DECLARATION of Adam Kaufmann in Support re: 707 MOTION in Limine *No. 5 - Defendants' Motion in Limine to Preclude Syntel from Presenting Testimony on Matters Over which Syntel Claimed Privilege During the Deposition of its Trial Witness Daniel Moore.*. Document filed by The Trizetto Group, Inc., Cognizant Technology Solutions Corp., Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5)Motion or Order to File Under Seal: 686 .(Cutri, Gianni) (Entered: 09/21/2020) |
| 09/21/2020 | 712 | MOTION in Limine *#12 - Syntel's Motion in Limine to Preclude Defendants From Offering Any Evidence Regarding Certificates Of Registration And Deposit Copies For Copyrighted Works, Other Than For Facets Version 5.10, Best Practices In ICD-10 Configuration And Facets Roadmap Review.* Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Norbitz, Todd) (Entered: 09/22/2020) |
| 09/21/2020 | 713 | MEMORANDUM OF LAW in Support re: 712 MOTION in Limine *#12 - Syntel's Motion in Limine to Preclude Defendants From Offering Any Evidence Regarding Certificates Of Registration And Deposit Copies For Copyrighted Works, Other Than For Facets Version 5.10, Best Practices In IC . Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Norbitz, Todd) (Entered: 09/22/2020)* |
| 09/21/2020 | 714 | MOTION in Limine *#14 - Syntel's Motion in Limine to Preclude Testimony And Documentary Evidence Regarding Reasonable Royalty Damages That Accrued By Alleged Infringing Conduct Prior To September 30, 2013.* Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Norbitz, Todd) (Entered: 09/22/2020) |
| 09/21/2020 | 716 | MEMORANDUM OF LAW in Support re: 714 MOTION in Limine *#14 - Syntel's Motion in Limine to Preclude Testimony And Documentary Evidence Regarding Reasonable Royalty Damages That Accrued By Alleged Infringing Conduct Prior To September 30, 2013.* . Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Norbitz, Todd) (Entered: 09/22/2020) |
| 09/22/2020 | 710 | MOTION in Limine *No. 6 - Defendants' Motion in Limine to Preclude Syntel from Introducing its own Termination Letter as Purported Evidence of its Claims.* Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 09/22/2020) |
| 09/22/2020 | 711 | ***SELECTED PARTIES*** MEMORANDUM OF LAW in Support re: 710 MOTION in Limine *No. 6 - Defendants' Motion in Limine to Preclude Syntel from Introducing its own Termination Letter as Purported Evidence of its Claims.* . Document filed by The Trizetto Group, Inc., Cognizant Technology Solutions Corp., Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. Motion or Order to File Under Seal: 686 .(Cutri, Gianni) (Entered: 09/22/2020) |
| 09/22/2020 | 715 | ***SELECTED PARTIES***DECLARATION of Adam Kaufmann in Support re: 710 MOTION in Limine *No. 6 - Defendants' Motion in Limine to Preclude Syntel from Introducing its own Termination Letter as Purported Evidence of its Claims.*. Document filed by The Trizetto Group, Inc., Cognizant Technology Solutions Corp., Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7 Part 1, |

| | | |
|---|---|---|
| | | # 8 Exhibit 7 Part 2, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10)Motion or Order to File Under Seal: 686 .(Cutri, Gianni) (Entered: 09/22/2020) |
| 09/22/2020 | 717 | MOTION in Limine *No. 7 - Defendants' Motion in Limine to Exclude Evidence and Argument Regarding the Non-Solicitation Provision of the MSA.* Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 09/22/2020) |
| 09/22/2020 | 718 | MEMORANDUM OF LAW in Support re: 717 MOTION in Limine *No. 7 - Defendants' Motion in Limine to Exclude Evidence and Argument Regarding the Non-Solicitation Provision of the MSA.* . Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 09/22/2020) |
| 09/22/2020 | 719 | ***SELECTED PARTIES***DECLARATION of Adam Kaufmann in Support re: 717 MOTION in Limine *No. 7 - Defendants' Motion in Limine to Exclude Evidence and Argument Regarding the Non-Solicitation Provision of the MSA..* Document filed by The Trizetto Group, Inc., Cognizant Technology Solutions Corp., Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4)Motion or Order to File Under Seal: 686 .(Cutri, Gianni) (Entered: 09/22/2020) |
| 09/22/2020 | 720 | MOTION in Limine *No. 8 - Defendants' Motion in Limine to Preclude Syntel from Offering Irrelevant Evidence Regarding Project Koala Because it has Nothing to do with the Claims in this Case.* Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 09/22/2020) |
| 09/22/2020 | 721 | MEMORANDUM OF LAW in Support re: 720 MOTION in Limine *No. 8 - Defendants' Motion in Limine to Preclude Syntel from Offering Irrelevant Evidence Regarding Project Koala Because it has Nothing to do with the Claims in this Case.* . Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 09/22/2020) |
| 09/22/2020 | 722 | ***SELECTED PARTIES***DECLARATION of Adam Kaufmann in Support re: 720 MOTION in Limine *No. 8 - Defendants' Motion in Limine to Preclude Syntel from Offering Irrelevant Evidence Regarding Project Koala Because it has Nothing to do with the Claims in this Case..* Document filed by The Trizetto Group, Inc., Cognizant Technology Solutions Corp., Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10)Motion or Order to File Under Seal: 686 .(Cutri, Gianni) (Entered: 09/22/2020) |
| 09/22/2020 | 723 | MOTION in Limine *No. 9 - Defendants' Motion in Limine to Exclude Irrelevant Evidence Relating To The FCPA Investigation.* Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 09/22/2020) |
| 09/22/2020 | 724 | MEMORANDUM OF LAW in Support re: 723 MOTION in Limine *No. 9 - Defendants' Motion in Limine to Exclude Irrelevant Evidence Relating To The FCPA Investigation.* . Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 09/22/2020) |
| 09/22/2020 | 725 | DECLARATION of Adam Kaufmann in Support re: 723 MOTION in Limine *No. 9 - Defendants' Motion in Limine to Exclude Irrelevant Evidence Relating To The FCPA Investigation..* Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3).(Cutri, Gianni) (Entered: 09/22/2020) |

| 09/22/2020 | 726 | LETTER MOTION to Seal *Syntel's Motions in Limine* addressed to Judge Lorna G. Schofield from Todd C. Norbitz dated September 21, 2020. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Norbitz, Todd) (Entered: 09/22/2020) |
|---|---|---|
| 09/22/2020 | 727 | MOTION in Limine *#1 - Syntel's Motion in Limine to Exclude Expert Testimony Of Thomas Britven*. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Norbitz, Todd) (Entered: 09/22/2020) |
| 09/22/2020 | 728 | ***SELECTED PARTIES*** MEMORANDUM OF LAW in Support re: 727 MOTION in Limine *#1 - Syntel's Motion in Limine to Exclude Expert Testimony Of Thomas Britven*. . Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc., Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. Motion or Order to File Under Seal: 726 .(Norbitz, Todd) (Entered: 09/22/2020) |
| 09/22/2020 | 729 | ***SELECTED PARTIES***DECLARATION of Todd C. Norbitz in Support re: 727 MOTION in Limine *#1 - Syntel's Motion in Limine to Exclude Expert Testimony Of Thomas Britven*.. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc., Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4)Motion or Order to File Under Seal: 726 .(Norbitz, Todd) (Entered: 09/22/2020) |
| 09/22/2020 | 730 | MOTION in Limine *#2 - Syntel's Motion in Limine to Exclude The Testimony Of Bryan P. Bergeron*. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Norbitz, Todd) (Entered: 09/22/2020) |
| 09/22/2020 | 731 | ***SELECTED PARTIES*** MEMORANDUM OF LAW in Support re: 730 MOTION in Limine *#2 - Syntel's Motion in Limine to Exclude The Testimony Of Bryan P. Bergeron*. . Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc., Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. Motion or Order to File Under Seal: 726 .(Norbitz, Todd) (Entered: 09/22/2020) |
| 09/22/2020 | 732 | ***SELECTED PARTIES***DECLARATION of Todd C. Norbitz in Support re: 730 MOTION in Limine *#2 - Syntel's Motion in Limine to Exclude The Testimony Of Bryan P. Bergeron*.. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc., Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)Motion or Order to File Under Seal: 726 . (Norbitz, Todd) (Entered: 09/22/2020) |
| 09/22/2020 | 733 | MOTION in Limine *#5 - Syntel's Motion in Limine to Preclude Defendants From Introducing As Evidence, Or From Otherwise Making Any Reference To The Forensic Report Of Samuel S. Rubin And Related Materials/Information*. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Norbitz, Todd) (Entered: 09/22/2020) |
| 09/22/2020 | 734 | ***SELECTED PARTIES*** MEMORANDUM OF LAW in Support re: 733 MOTION in Limine *#5 - Syntel's Motion in Limine to Preclude Defendants From Introducing As Evidence, Or From Otherwise Making Any Reference To The Forensic Report Of Samuel S. Rubin And Related Materials/Information*. . Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc., Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. Motion or Order to File Under Seal: 726 . (Norbitz, Todd) (Entered: 09/22/2020) |
| 09/22/2020 | 735 | ***SELECTED PARTIES***DECLARATION of Todd C. Norbitz in Support re: 733 MOTION in Limine *#5 - Syntel's Motion in Limine to Preclude Defendants From Introducing As Evidence, Or From Otherwise Making Any Reference To The Forensic Report Of Samuel S. Rubin And Related Materials/Information*.. Document filed by |

|  |  |  |
|---|---|---|
|  |  | Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc., Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16)Motion or Order to File Under Seal: 726 . (Norbitz, Todd) (Entered: 09/22/2020) |
| 09/22/2020 | 736 | MOTION in Limine #6 - *Syntel's Motion in Limine to Preclude Defendants From Introducing At Trial Or From Otherwise Making Any Reference To The Non-Trizetto Material Identified In The Forensic Report*. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Norbitz, Todd) (Entered: 09/22/2020) |
| 09/22/2020 | 737 | ***SELECTED PARTIES*** MEMORANDUM OF LAW in Support re: 736 MOTION in Limine #6 - *Syntel's Motion in Limine to Preclude Defendants From Introducing At Trial Or From Otherwise Making Any Reference To The Non-Trizetto Material Identified In The Forensic Report*. . Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc., Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. Motion or Order to File Under Seal: 726 .(Norbitz, Todd) (Entered: 09/22/2020) |
| 09/22/2020 | 738 | ***SELECTED PARTIES***DECLARATION of Todd C. Norbitz in Support re: 736 MOTION in Limine #6 - *Syntel's Motion in Limine to Preclude Defendants From Introducing At Trial Or From Otherwise Making Any Reference To The Non-Trizetto Material Identified In The Forensic Report*.. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc., Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14)Motion or Order to File Under Seal: 726 .(Norbitz, Todd) (Entered: 09/22/2020) |
| 09/22/2020 | 739 | MOTION in Limine #7 - *Syntel's Motion in Limine to Preclude Samuel S. Rubin From Testifying At Trial*. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Norbitz, Todd) (Entered: 09/22/2020) |
| 09/22/2020 | 740 | ***SELECTED PARTIES*** MEMORANDUM OF LAW in Support re: 739 MOTION in Limine #7 - *Syntel's Motion in Limine to Preclude Samuel S. Rubin From Testifying At Trial*. . Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc., Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. Motion or Order to File Under Seal: 726 .(Norbitz, Todd) (Entered: 09/22/2020) |
| 09/22/2020 | 741 | ***SELECTED PARTIES***DECLARATION of Todd C. Norbitz in Support re: 739 MOTION in Limine #7 - *Syntel's Motion in Limine to Preclude Samuel S. Rubin From Testifying At Trial*.. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc., Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)Motion or Order to File Under Seal: 726 .(Norbitz, Todd) (Entered: 09/22/2020) |
| 09/22/2020 | 742 | MOTION in Limine #8 - *Syntel's Motion in Limine to Exclude Improper Testimony, Argument And References To Defendants Purported Repository Of Test Cases And Automation Scripts Not Produced In Discovery*. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Norbitz, Todd) (Entered: 09/22/2020) |
| 09/22/2020 | 743 | ***SELECTED PARTIES*** MEMORANDUM OF LAW in Support re: 742 MOTION in Limine #8 - *Syntel's Motion in Limine to Exclude Improper Testimony, Argument And References To Defendants Purported Repository Of Test Cases And Automation Scripts Not Produced In Discovery*. . Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc., Cognizant Technology Solutions Corp., The |

| | | |
|---|---|---|
| | | Trizetto Group, Inc.. Motion or Order to File Under Seal: 726 .(Norbitz, Todd) (Entered: 09/22/2020) |
| 09/22/2020 | 744 | MOTION in Limine *#11 - Syntel's Motion in Limine to Preclude The Facets Documentation Defendants Relied On In Opposition To Syntel's Summary Judgment Motion Regarding The Data Dictionary*. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Norbitz, Todd) (Entered: 09/22/2020) |
| 09/22/2020 | 745 | LETTER MOTION for Leave to File Excess Pages *in Defendants' Exhibits in Support of their Motions in Limine* addressed to Judge Lorna G. Schofield from Gianni Cutri dated 9/22/2020. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 09/22/2020) |
| 09/22/2020 | 746 | ***SELECTED PARTIES*** MEMORANDUM OF LAW in Support re: 744 MOTION in Limine *#11 - Syntel's Motion in Limine to Preclude The Facets Documentation Defendants Relied On In Opposition To Syntel's Summary Judgment Motion Regarding The Data Dictionary*. . Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc., Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. Motion or Order to File Under Seal: 726 .(Norbitz, Todd) (Entered: 09/22/2020) |
| 09/22/2020 | 747 | ***SELECTED PARTIES***DECLARATION of Todd C. Norbitz in Support re: 744 MOTION in Limine *#11 - Syntel's Motion in Limine to Preclude The Facets Documentation Defendants Relied On In Opposition To Syntel's Summary Judgment Motion Regarding The Data Dictionary*.. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc., Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit 1)Motion or Order to File Under Seal: 726 . (Norbitz, Todd) (Entered: 09/22/2020) |
| 09/22/2020 | 748 | MOTION in Limine *#13 - Syntel's Motion in Limine to Preclude Chuck Sanders From Offering Testimony Relating To The Data Dictionary Generally And Whether The Data Dictionary Is Subsumed Within The Copyright Registration For The Facets 5.10 Software*. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Norbitz, Todd) (Entered: 09/22/2020) |
| 09/22/2020 | 749 | ***SELECTED PARTIES*** MEMORANDUM OF LAW in Support re: 748 MOTION in Limine *#13 - Syntel's Motion in Limine to Preclude Chuck Sanders From Offering Testimony Relating To The Data Dictionary Generally And Whether The Data Dictionary Is Subsumed Within The Copyright Registration For The Facets 5. . Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc., Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. Motion or Order to File Under Seal: 726 .(Norbitz, Todd) (Entered: 09/22/2020)* |
| 09/22/2020 | 750 | ***SELECTED PARTIES***DECLARATION of Todd C. Norbitz in Support re: 748 MOTION in Limine *#13 - Syntel's Motion in Limine to Preclude Chuck Sanders From Offering Testimony Relating To The Data Dictionary Generally And Whether The Data Dictionary Is Subsumed Within The Copyright Registration For The Facets 5.. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc., Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)Motion or Order to File Under Seal: 726 .(Norbitz, Todd) (Entered: 09/22/2020)* |
| 09/22/2020 | 751 | MOTION in Limine *#15 - Syntel's Motion in Limine to Exclude Trial Testimony Of Mike Noonan*. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc... (Norbitz, Todd) (Entered: 09/22/2020) |
| 09/22/2020 | 752 | ***SELECTED PARTIES*** MEMORANDUM OF LAW in Support re: 751 MOTION in Limine *#15 - Syntel's Motion in Limine to Exclude Trial Testimony Of Mike* |

| | | |
|---|---|---|
| | | *Noonan.* . Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc., Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. Motion or Order to File Under Seal: 726 .(Norbitz, Todd) (Entered: 09/22/2020) |
| 09/22/2020 | 753 | ***SELECTED PARTIES***DECLARATION of Todd C. Norbitz in Support re: 751 MOTION in Limine *#15 - Syntel's Motion in Limine to Exclude Trial Testimony Of Mike Noonan.*. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc., Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)Motion or Order to File Under Seal: 726 .(Norbitz, Todd) (Entered: 09/22/2020) |
| 09/22/2020 | 754 | MOTION in Limine *#16 - Syntel's Motion in Limine to Exclude Evidence That Facets Constitutes A Protectable Trade Secret.* Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Norbitz, Todd) (Entered: 09/22/2020) |
| 09/22/2020 | 755 | ***SELECTED PARTIES*** MEMORANDUM OF LAW in Support re: 754 MOTION in Limine *#16 - Syntel's Motion in Limine to Exclude Evidence That Facets Constitutes A Protectable Trade Secret.* . Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc., Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. Motion or Order to File Under Seal: 726 .(Norbitz, Todd) (Entered: 09/22/2020) |
| 09/22/2020 | 756 | ***SELECTED PARTIES***DECLARATION of Todd C. Norbitz in Support re: 754 MOTION in Limine *#16 - Syntel's Motion in Limine to Exclude Evidence That Facets Constitutes A Protectable Trade Secret.*. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc., Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)Motion or Order to File Under Seal: 726 .(Norbitz, Todd) (Entered: 09/22/2020) |
| 09/22/2020 | 757 | LETTER MOTION for Leave to File Excess Pages *For Certain Exhibits In Support of Syntel's Motions In Limine* addressed to Judge Lorna G. Schofield from Anne B. Sekel dated September 21, 2020. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Sekel, Anne) (Entered: 09/22/2020) |
| 09/22/2020 | 758 | NOTICE OF APPEARANCE by Nicholas Groombridge on behalf of Syntel Sterling Best Shores Mauritius Limited..(Groombridge, Nicholas) (Entered: 09/22/2020) |
| 09/22/2020 | 759 | NOTICE OF APPEARANCE by Jon Steven Baughman on behalf of Syntel Sterling Best Shores Mauritius Limited..(Baughman, Jon) (Entered: 09/22/2020) |
| 09/22/2020 | 760 | NOTICE OF APPEARANCE by Jaren Elizabeth Janghorbani on behalf of Syntel Sterling Best Shores Mauritius Limited..(Janghorbani, Jaren) (Entered: 09/22/2020) |
| 09/22/2020 | 761 | NOTICE OF APPEARANCE by Crystal Lohmann Parker on behalf of Syntel Sterling Best Shores Mauritius Limited..(Parker, Crystal) (Entered: 09/22/2020) |
| 09/22/2020 | 762 | NOTICE OF APPEARANCE by Cecilia Copperman on behalf of Syntel Sterling Best Shores Mauritius Limited..(Copperman, Cecilia) (Entered: 09/22/2020) |
| 09/22/2020 | 763 | MOTION for Melissa R. Alpert to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-21785143. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Syntel Sterling Best Shores Mauritius Limited. (Attachments: # 1 Declaration of Melissa R. Alpert, # 2 Certificate of Good Standing, # 3 Text of Proposed Order).(Alpert, Melissa) (Entered: 09/22/2020) |
| 09/22/2020 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 763 MOTION for Melissa R. Alpert to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-21785143. Motion and supporting papers to be reviewed** |

|  |  | **by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (bcu)** (Entered: 09/22/2020) |
|---|---|---|
| 09/22/2020 | 764 | ORDER granting in part and denying in part 757 Letter Motion for Leave to File Excess Pages. This application is untimely but is nevertheless GRANTED in part and DENIED in part. Plaintiffs need not re-file the exhibits to comply with Individual Rule Section III.B.3; however, in adjudicating the motions, the Court may decline to consider any pages or exhibits in excess of the limits. The parties are advised that all applications regarding filings must be made at least two business days prior to the filing deadline. (Signed by Judge Lorna G. Schofield on 9/22/2020) (kv) (Entered: 09/22/2020) |
| 09/23/2020 | 765 | ORDER granting in part and denying in part 745 Letter Motion for Leave to File Excess Pages. This application is untimely but is nevertheless GRANTED in part and DENIED in part. Defendants need not re-file the exhibits to comply with Individual Rule Section III.B.3; however, in adjudicating the motions, the Court may decline to consider any pages or exhibits in excess of the limits. The parties are advised that all applications regarding filings must be made at least two business days prior to the filing deadline. (Signed by Judge Lorna G. Schofield on 9/23/2020) (cf) (Entered: 09/23/2020) |
| 09/23/2020 | 766 | ORDER: It is hereby ORDERED that by September 25, 2020, Defendants/Counterclaim-Plaintiffs shall file a two-column chart identifying in (i) the left column the testimony they seek to have precluded and (ii) the right column the question not answered on the ground of privilege, including citations to the deposition transcripts. Defendants/Counterclaim-Plaintiffs shall file as exhibits to the chart the relevant transcript pages to the extent not provided as exhibits to the Declaration of Adam Kaufmann at Dkt. No. 709. The filing should be electronically related to Dkt. No. 707 on ECF. (Signed by Judge Lorna G. Schofield on 9/23/2020) (ama) (Entered: 09/23/2020) |
| 09/23/2020 | 767 | NOTICE OF APPEARANCE by Patricia Ann Carson on behalf of Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Carson, Patricia) (Entered: 09/23/2020) |
| 09/23/2020 | 768 | NOTICE OF APPEARANCE by Ryan Patrick Kane on behalf of Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Kane, Ryan) (Entered: 09/23/2020) |
| 09/24/2020 | 769 | LETTER MOTION for Leave to File Excess Pages *For Certain Exhibits In Support of Syntel's Oppositions to Motions In Limine* addressed to Judge Lorna G. Schofield from Anne B. Sekel dated September 24, 2020. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Sekel, Anne) (Entered: 09/24/2020) |
| 09/24/2020 | 770 | PROPOSED PRE-TRIAL ORDER. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4).(Cutri, Gianni) (Entered: 09/25/2020) |
| 09/24/2020 | 771 | JOINT LETTER addressed to Judge Lorna G. Schofield from Norman Ankers and Gianni Cutri dated September 24, 2020 re: Request for Adjournment. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit Exhibit 1, # 2 Exhibit Exhibit 2, # 3 Exhibit Exhibit 3).(Ankers, Norman) (Entered: 09/25/2020) |
| 09/25/2020 | 772 | MEMO ENDORSEMENT on re: 771 Letter, filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc. ENDORSEMENT: Application DENIED for substantially the same reasons as provided by Defendants in this letter. (Signed by Judge Lorna G. Schofield on 9/25/2020) (ks) (Entered: 09/25/2020) |
| 09/25/2020 | 773 | ORDER denying 769 Letter Motion for Leave to File Excess Pages. Application DENIED. The limitations on the number and pages of exhibits is not enlarged. However, |

regarding the first request, the Court is in receipt of the full deposition transcripts for Daniel Moore from March 6, 2018, and May 25, 2018. To the extent that Syntel seeks to submit exhibits with excerpts of this testimony, Syntel may do so and file excerpts from the "mini" versions of the transcripts, consolidating 4 consecutive transcript pages on a single "printed" exhibit page to conserve exhibit pages. Syntel may do the same with excerpts of other testimony and separately provide the full transcript. Such excerpts shall be included as exhibits. (See also the Courts Individual Rules to this effect). The Clerk of Court is respectfully directed to close Dkt. No. 769. (Signed by Judge Lorna G. Schofield on 9/25/2020) (kv) (Entered: 09/25/2020)

| | | |
|---|---|---|
| 09/25/2020 | 774 | ORDER: WHEREAS, the parties filed an amended final pretrial order (FPTO) at Dkt. No. 770 . The FPTO states that the parties are willing to work together to identify and describe recurring issues in a subsequent joint letter, including identifying and describing categories of exhibits and objections that may be addressed categorically at or before trial. It is hereby ORDERED that the parties shall file such joint letter as soon as possible and no later than noon on October 1, 2020. (Signed by Judge Lorna G. Schofield on 09/25/2020) (jcs) (Entered: 09/25/2020) |
| 09/25/2020 | 775 | **FILING ERROR - DEFICIENT DOCKET ENTRY -** MOTION for Adam Alper to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-21854063. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Affidavit of Adam Alper, # 2 Text of Proposed Order).(Alper, Adam) Modified on 9/27/2020 (bcu). (Entered: 09/25/2020) |
| 09/25/2020 | 776 | **FILING ERROR - DEFICIENT DOCKET ENTRY -** AFFIDAVIT of Adam Alper (Corrected) in Support re: 775 MOTION for Adam Alper to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-21854063. **Motion and supporting papers to be reviewed by Clerk's Office staff..** Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Alper, Adam) Modified on 9/27/2020 (bcu). (Entered: 09/25/2020) |
| 09/25/2020 | 777 | ***SELECTED PARTIES***NOTICE of Daniel Moore's Privilege Assertions in Support of TriZetto's Motion in Limine No. 5 re: 707 MOTION in Limine *No. 5 - Defendants' Motion in Limine to Preclude Syntel from Presenting Testimony on Matters Over which Syntel Claimed Privilege During the Deposition of its Trial Witness Daniel Moore..* Document filed by The Trizetto Group, Inc., Cognizant Technology Solutions Corp., Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit A)Motion or Order to File Under Seal: 686 .(Cutri, Gianni) (Entered: 09/25/2020) |
| 09/27/2020 | | **>>>NOTICE REGARDING DEFICIENT MOTION TO APPEAR PRO HAC VICE. Notice to RE-FILE Document No. 775 MOTION for Adam Alper to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-21854063. Motion and supporting papers to be reviewed by Clerk's Office staff... The filing is deficient for the following reason(s): missing Certificate of Good Standing from Supreme Court of California. We do accept certificates from a state bar registar from this state;. Re-file the motion as a Corrected Motion to Appear Pro Hac Vice - attach the correct signed PDF - select the correct named filer/filers - attach valid Certificates of Good Standing issued within the past 30 days - attach Proposed Order.. (bcu)** (Entered: 09/27/2020) |
| 09/27/2020 | | **>>>NOTICE REGARDING DEFICIENT MOTION TO APPEAR PRO HAC VICE. Notice to RE-FILE Document No. 776 Affidavit in Support of Motion,.. The filing is deficient for the following reason(s): Wrong event used, Missing Certificate of Good Standing from Supreme Court of California. We do accept certificates** |

| | | |
|---|---|---|
| | | **from a state bar registar from this state; Missing Proposed Order;. Re-file the motion as a Corrected Motion to Appear Pro Hac Vice - attach the correct signed PDF - select the correct named filer/filers - attach valid Certificates of Good Standing issued within the past 30 days - attach Proposed Order..** (bcu) Modified on 9/27/2020 (bcu). (Entered: 09/27/2020) |
| 09/28/2020 | 778 | MOTION for Samuel Blake to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-21878026. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Affidavit of Samuel Blake, # 2 Text of Proposed Order).(Blake, Samuel) (Entered: 09/28/2020) |
| 09/28/2020 | 779 | MOTION for Adam Alper to Appear Pro Hac Vice *(Corrected)*. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Affidavit of Adam Alper, # 2 Text of Proposed Order).(Alper, Adam) (Entered: 09/28/2020) |
| 09/28/2020 | 780 | LETTER MOTION to Seal *Defendants' Responses to Syntel's Motions in Limine* addressed to Judge Lorna G. Schofield from Gianni Cutri dated 9/28/2020. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 09/28/2020) |
| 09/28/2020 | 781 | MEMORANDUM OF LAW in Opposition re: 727 MOTION in Limine *#1 - Syntel's Motion in Limine to Exclude Expert Testimony Of Thomas Britven*. . Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 09/28/2020) |
| 09/28/2020 | 782 | ***SELECTED PARTIES***DECLARATION of Adam Kaufmann in Opposition re: 727 MOTION in Limine *#1 - Syntel's Motion in Limine to Exclude Expert Testimony Of Thomas Britven*.. Document filed by The Trizetto Group, Inc., Cognizant Technology Solutions Corp., Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)Motion or Order to File Under Seal: 780 . (Cutri, Gianni) (Entered: 09/28/2020) |
| 09/28/2020 | 783 | MEMORANDUM OF LAW in Opposition re: 730 MOTION in Limine *#2 - Syntel's Motion in Limine to Exclude The Testimony Of Bryan P. Bergeron*. . Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 09/28/2020) |
| 09/28/2020 | 784 | MEMORANDUM OF LAW in Opposition re: 689 MOTION in Limine *#3 - Syntel's Motion in Limine to Preclude References to Discovery Proceedings, Disputes, Orders, and Sanctions*. . Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 09/28/2020) |
| 09/28/2020 | 785 | ***SELECTED PARTIES***DECLARATION of Ryan Kane in Opposition re: 689 MOTION in Limine *#3 - Syntel's Motion in Limine to Preclude References to Discovery Proceedings, Disputes, Orders, and Sanctions*.. Document filed by The Trizetto Group, Inc., Cognizant Technology Solutions Corp., Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit 1)Motion or Order to File Under Seal: 780 .(Cutri, Gianni) (Entered: 09/28/2020) |

| 09/28/2020 | 786 | ***SELECTED PARTIES*** MEMORANDUM OF LAW in Opposition re: 742 MOTION in Limine #8 - *Syntel's Motion in Limine to Exclude Improper Testimony, Argument And References To Defendants Purported Repository Of Test Cases And Automation Scripts Not Produced In Discovery*. . Document filed by The Trizetto Group, Inc., Cognizant Technology Solutions Corp., Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. Motion or Order to File Under Seal: 780 .(Cutri, Gianni) (Entered: 09/28/2020) |
| --- | --- | --- |
| 09/28/2020 | 787 | ***SELECTED PARTIES***DECLARATION of Adam Kaufmann in Opposition re: 742 MOTION in Limine #8 - *Syntel's Motion in Limine to Exclude Improper Testimony, Argument And References To Defendants Purported Repository Of Test Cases And Automation Scripts Not Produced In Discovery*.. Document filed by The Trizetto Group, Inc., Cognizant Technology Solutions Corp., Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4)Motion or Order to File Under Seal: 780 .(Cutri, Gianni) (Entered: 09/28/2020) |
| 09/28/2020 | 788 | MEMORANDUM OF LAW in Opposition re: 702 MOTION in Limine #10 - *Syntel's Motion in Limine to Preclude Certain Evidence Relating To Transition Rebates*. . Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc... (Cutri, Gianni) (Entered: 09/28/2020) |
| 09/28/2020 | 789 | DECLARATION of Adam Kaufmann in Opposition re: 702 MOTION in Limine #10 - *Syntel's Motion in Limine to Preclude Certain Evidence Relating To Transition Rebates*.. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit 1).(Cutri, Gianni) (Entered: 09/28/2020) |
| 09/28/2020 | 790 | MEMORANDUM OF LAW in Opposition re: 744 MOTION in Limine #11 - *Syntel's Motion in Limine to Preclude The Facets Documentation Defendants Relied On In Opposition To Syntel's Summary Judgment Motion Regarding The Data Dictionary*. . Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc... (Cutri, Gianni) (Entered: 09/28/2020) |
| 09/28/2020 | 791 | ***SELECTED PARTIES***DECLARATION of Adam Kaufmann in Opposition re: 744 MOTION in Limine #11 - *Syntel's Motion in Limine to Preclude The Facets Documentation Defendants Relied On In Opposition To Syntel's Summary Judgment Motion Regarding The Data Dictionary*.. Document filed by The Trizetto Group, Inc., Cognizant Technology Solutions Corp., Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)Motion or Order to File Under Seal: 780 .(Cutri, Gianni) (Entered: 09/28/2020) |
| 09/28/2020 | 792 | MEMORANDUM OF LAW in Opposition re: 712 MOTION in Limine #12 - *Syntel's Motion in Limine to Preclude Defendants From Offering Any Evidence Regarding Certificates Of Registration And Deposit Copies For Copyrighted Works, Other Than For Facets Version 5.10, Best Practices In IC* . *Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 09/28/2020)* |
| 09/28/2020 | 793 | ***SELECTED PARTIES***DECLARATION of Adam Kaufmann in Opposition re: 712 MOTION in Limine #12 - *Syntel's Motion in Limine to Preclude Defendants From Offering Any Evidence Regarding Certificates Of Registration And Deposit Copies For Copyrighted Works, Other Than For Facets Version 5.10, Best Practices In IC. Document filed by The Trizetto Group, Inc., Cognizant Technology Solutions Corp., Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)Motion or Order to File Under Seal: 780 .(Cutri, Gianni) (Entered: 09/28/2020)* |

| | | |
|---|---|---|
| 09/28/2020 | 794 | MEMORANDUM OF LAW in Opposition re: 748 MOTION in Limine #13 - *Syntel's Motion in Limine to Preclude Chuck Sanders From Offering Testimony Relating To The Data Dictionary Generally And Whether The Data Dictionary Is Subsumed Within The Copyright Registration For The Facets 5.*. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 09/28/2020) |
| 09/28/2020 | 795 | ***SELECTED PARTIES***DECLARATION of Adam Kaufmann in Opposition re: 748 MOTION in Limine #13 - *Syntel's Motion in Limine to Preclude Chuck Sanders From Offering Testimony Relating To The Data Dictionary Generally And Whether The Data Dictionary Is Subsumed Within The Copyright Registration For The Facets 5.*. Document filed by The Trizetto Group, Inc., Cognizant Technology Solutions Corp., Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)Motion or Order to File Under Seal: 780 .(Cutri, Gianni) (Entered: 09/28/2020) |
| 09/28/2020 | 796 | MEMORANDUM OF LAW in Opposition re: 714 MOTION in Limine #14 - *Syntel's Motion in Limine to Preclude Testimony And Documentary Evidence Regarding Reasonable Royalty Damages That Accrued By Alleged Infringing Conduct Prior To September 30, 2013.*. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 09/28/2020) |
| 09/28/2020 | 797 | DECLARATION of Adam Kaufmann in Opposition re: 714 MOTION in Limine #14 - *Syntel's Motion in Limine to Preclude Testimony And Documentary Evidence Regarding Reasonable Royalty Damages That Accrued By Alleged Infringing Conduct Prior To September 30, 2013.*. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit 1).(Cutri, Gianni) (Entered: 09/28/2020) |
| 09/28/2020 | 798 | ***SELECTED PARTIES*** MEMORANDUM OF LAW in Opposition re: 751 MOTION in Limine #15 - *Syntel's Motion in Limine to Exclude Trial Testimony Of Mike Noonan.*. Document filed by The Trizetto Group, Inc., Cognizant Technology Solutions Corp., Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. Motion or Order to File Under Seal: 780 .(Cutri, Gianni) (Entered: 09/28/2020) |
| 09/28/2020 | 799 | ***SELECTED PARTIES***DECLARATION of Gianni Cutri in Opposition re: 751 MOTION in Limine #15 - *Syntel's Motion in Limine to Exclude Trial Testimony Of Mike Noonan.*. Document filed by The Trizetto Group, Inc., Cognizant Technology Solutions Corp., Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6)Motion or Order to File Under Seal: 780 .(Cutri, Gianni) (Entered: 09/28/2020) |
| 09/28/2020 | 800 | ***SELECTED PARTIES*** MEMORANDUM OF LAW in Opposition re: 754 MOTION in Limine #16 - *Syntel's Motion in Limine to Exclude Evidence That Facets Constitutes A Protectable Trade Secret.*. Document filed by The Trizetto Group, Inc., Cognizant Technology Solutions Corp., Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. Motion or Order to File Under Seal: 780 .(Cutri, Gianni) (Entered: 09/28/2020) |
| 09/28/2020 | 801 | ***SELECTED PARTIES*** MEMORANDUM OF LAW in Opposition re: 694 MOTION in Limine #4 - *Syntel's Motion in Limine to Preclude Defendants From Offering Evidence Regarding The Existence Or Content Of The Preclusion Order And Related Materials.*. Document filed by The Trizetto Group, Inc., Cognizant Technology Solutions Corp., Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. Motion or Order to File Under Seal: 780 .(Cutri, Gianni) (Entered: 09/28/2020) |
| 09/28/2020 | 802 | ***SELECTED PARTIES***DECLARATION of Adam Kaufmann in Opposition re: 694 MOTION in Limine #4 - *Syntel's Motion in Limine to Preclude Defendants From Offering Evidence Regarding The Existence Or Content Of The Preclusion Order And |

| | | |
|---|---|---|
| | | *Related Materials.*. Document filed by The Trizetto Group, Inc., Cognizant Technology Solutions Corp., Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6)Motion or Order to File Under Seal: 780 .(Cutri, Gianni) (Entered: 09/28/2020) |
| 09/28/2020 | 803 | JOINT LETTER addressed to Judge Lorna G. Schofield from Todd C. Norbitz and Gianni Cutri dated September 28, 2020 re: Syntel's Motion in Limine No. 9 (ECF Nos. 698, 700). Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Norbitz, Todd) (Entered: 09/28/2020) |
| 09/28/2020 | 804 | ***SELECTED PARTIES*** MEMORANDUM OF LAW in Opposition re: 733 MOTION in Limine #5 - *Syntel's Motion in Limine to Preclude Defendants From Introducing As Evidence, Or From Otherwise Making Any Reference To The Forensic Report Of Samuel S. Rubin And Related Materials/Information.* . Document filed by The Trizetto Group, Inc., Cognizant Technology Solutions Corp., Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. Motion or Order to File Under Seal: 780 .(Cutri, Gianni) (Entered: 09/28/2020) |
| 09/28/2020 | 805 | LETTER MOTION to Seal *Syntel's Responses to Defendants' Motions in Limine* addressed to Judge Lorna G. Schofield from Todd C. Norbitz dated September 28, 2020. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Norbitz, Todd) (Entered: 09/28/2020) |
| 09/28/2020 | 806 | ***SELECTED PARTIES***DECLARATION of Adam Kaufmann in Opposition re: 733 MOTION in Limine #5 - *Syntel's Motion in Limine to Preclude Defendants From Introducing As Evidence, Or From Otherwise Making Any Reference To The Forensic Report Of Samuel S. Rubin And Related Materials/Information.*. Document filed by The Trizetto Group, Inc., Cognizant Technology Solutions Corp., Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5)Motion or Order to File Under Seal: 780 .(Cutri, Gianni) (Entered: 09/28/2020) |
| 09/28/2020 | 807 | ***SELECTED PARTIES*** MEMORANDUM OF LAW in Opposition re: 736 MOTION in Limine #6 - *Syntel's Motion in Limine to Preclude Defendants From Introducing At Trial Or From Otherwise Making Any Reference To The Non-Trizetto Material Identified In The Forensic Report.* . Document filed by The Trizetto Group, Inc., Cognizant Technology Solutions Corp., Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. Motion or Order to File Under Seal: 780 .(Cutri, Gianni) (Entered: 09/28/2020) |
| 09/28/2020 | 808 | ***SELECTED PARTIES*** RESPONSE to Motion re: 687 MOTION in Limine *No. 1 - Defendants' Motion in Limine to Realign Parties and Order of Proof to Promote Orderly and Efficient Trial Process.* . Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc., Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. Motion or Order to File Under Seal: 805 .(Norbitz, Todd) (Entered: 09/28/2020) |
| 09/28/2020 | 809 | ***SELECTED PARTIES*** RESPONSE in Opposition to Motion re: 692 MOTION in Limine *No. 2 - Defendants' Motion in Limine to Exclude Untimely Expert Opinions of Syntel Expert Daniel Roffman Contravening Court's Preclusion Order.* . Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc., Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. Motion or Order to File Under Seal: 805 . (Norbitz, Todd) (Entered: 09/28/2020) |
| 09/28/2020 | 810 | ***SELECTED PARTIES***DECLARATION of Adam Kaufmann in Opposition re: 736 MOTION in Limine #6 - *Syntel's Motion in Limine to Preclude Defendants From* |

| | | |
|---|---|---|
| | | *Introducing At Trial Or From Otherwise Making Any Reference To The Non-Trizetto Material Identified In The Forensic Report.*. Document filed by The Trizetto Group, Inc., Cognizant Technology Solutions Corp., Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4)Motion or Order to File Under Seal: 780 .(Cutri, Gianni) (Entered: 09/28/2020) |
| 09/28/2020 | 811 | ***SELECTED PARTIES*** MEMORANDUM OF LAW in Opposition re: 739 MOTION in Limine #7 - *Syntel's Motion in Limine to Preclude Samuel S. Rubin From Testifying At Trial*. . Document filed by The Trizetto Group, Inc., Cognizant Technology Solutions Corp., Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. Motion or Order to File Under Seal: 780 .(Cutri, Gianni) (Entered: 09/28/2020) |
| 09/28/2020 | 812 | ***SELECTED PARTIES*** RESPONSE in Opposition to Motion re: 697 MOTION in Limine *No. 3 - Defendants' Motion in Limine for an Adverse Inference Instruction to Address Syntel's Failure to Produce Test Cases and Automation Scripts During Discovery*. . Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc., Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. Motion or Order to File Under Seal: 805 .(Norbitz, Todd) (Entered: 09/28/2020) |
| 09/28/2020 | 813 | ***SELECTED PARTIES*** RESPONSE in Opposition to Motion re: 703 MOTION in Limine *No. 4 - Defendants' Motion in Limine for an Adverse Inference regarding Syntel's Failure to Produce Relevant Evidence to the Forensic Examiner*. . Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc., Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. Motion or Order to File Under Seal: 805 .(Norbitz, Todd) (Entered: 09/28/2020) |
| 09/28/2020 | 814 | ***SELECTED PARTIES***DECLARATION of Adam Kaufmann in Opposition re: 739 MOTION in Limine #7 - *Syntel's Motion in Limine to Preclude Samuel S. Rubin From Testifying At Trial*.. Document filed by The Trizetto Group, Inc., Cognizant Technology Solutions Corp., Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)Motion or Order to File Under Seal: 780 .(Cutri, Gianni) (Entered: 09/28/2020) |
| 09/28/2020 | 815 | ***SELECTED PARTIES***DECLARATION of Todd C. Norbitz in Opposition re: 703 MOTION in Limine *No. 4 - Defendants' Motion in Limine for an Adverse Inference regarding Syntel's Failure to Produce Relevant Evidence to the Forensic Examiner*.. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc., Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)Motion or Order to File Under Seal: 805 .(Norbitz, Todd) (Entered: 09/28/2020) |
| 09/28/2020 | 816 | ***SELECTED PARTIES*** RESPONSE in Opposition to Motion re: 707 MOTION in Limine *No. 5 - Defendants' Motion in Limine to Preclude Syntel from Presenting Testimony on Matters Over which Syntel Claimed Privilege During the Deposition of its Trial Witness Daniel Moore*. . Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc., Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. Motion or Order to File Under Seal: 805 .(Norbitz, Todd) (Entered: 09/28/2020) |
| 09/28/2020 | 817 | ***SELECTED PARTIES***DECLARATION of Todd C. Norbitz in Opposition re: 707 MOTION in Limine *No. 5 - Defendants' Motion in Limine to Preclude Syntel from Presenting Testimony on Matters Over which Syntel Claimed Privilege During the Deposition of its Trial Witness Daniel Moore*.. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc., Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)Motion or Order to File Under Seal: 805 .(Norbitz, Todd) (Entered: 09/28/2020) |

| 09/28/2020 | 818 | ***SELECTED PARTIES*** RESPONSE in Opposition to Motion re: 710 MOTION in Limine *No. 6 - Defendants' Motion in Limine to Preclude Syntel from Introducing its own Termination Letter as Purported Evidence of its Claims*. . Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc., Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. Motion or Order to File Under Seal: 805 .(Norbitz, Todd) (Entered: 09/28/2020) |
|---|---|---|
| 09/28/2020 | 819 | ***SELECTED PARTIES*** RESPONSE in Opposition to Motion re: 717 MOTION in Limine *No. 7 - Defendants' Motion in Limine to Exclude Evidence and Argument Regarding the Non-Solicitation Provision of the MSA*. . Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc., Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. Motion or Order to File Under Seal: 805 .(Norbitz, Todd) (Entered: 09/28/2020) |
| 09/28/2020 | 820 | LETTER addressed to Judge Lorna G. Schofield from Gianni Cutri dated 9/28/2020 re: Withdrawal of TriZetto's Motion in Limine No. 9. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 09/28/2020) |
| 09/28/2020 | 821 | ***SELECTED PARTIES***DECLARATION of Todd C. Norbitz in Opposition re: 717 MOTION in Limine *No. 7 - Defendants' Motion in Limine to Exclude Evidence and Argument Regarding the Non-Solicitation Provision of the MSA*.. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc., Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit 1)Motion or Order to File Under Seal: 805 .(Norbitz, Todd) (Entered: 09/28/2020) |
| 09/28/2020 | 822 | ***SELECTED PARTIES*** RESPONSE in Opposition to Motion re: 720 MOTION in Limine *No. 8 - Defendants' Motion in Limine to Preclude Syntel from Offering Irrelevant Evidence Regarding Project Koala Because it has Nothing to do with the Claims in this Case*. . Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc., Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. Motion or Order to File Under Seal: 805 .(Norbitz, Todd) (Entered: 09/28/2020) |
| 09/29/2020 | 823 | ***SELECTED PARTIES***DECLARATION of Todd C. Norbitz in Opposition re: 720 MOTION in Limine *No. 8 - Defendants' Motion in Limine to Preclude Syntel from Offering Irrelevant Evidence Regarding Project Koala Because it has Nothing to do with the Claims in this Case*.. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc., Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10)Motion or Order to File Under Seal: 805 .(Norbitz, Todd) (Entered: 09/29/2020) |
| 09/29/2020 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 778 MOTION for Samuel Blake to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-21878026. Motion and supporting papers to be reviewed by Clerk's Office staff., 779 MOTION for Adam Alper to Appear Pro Hac Vice (Corrected). Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (wb)** (Entered: 09/29/2020) |
| 09/30/2020 | 824 | ORDER: (Plaintiffs' MIL 3 & 4) granting in part and denying in part 689 Motion in Limine; granting in part and denying in part 694 Motion in Limine. For these reasons, it is ORDERED that Syntel's motions in limine Nos. 3 and 4 are GRANTED in part and DENIED in part. The parties shall not reference at trial discovery disputes or the Court's discovery orders; however evidence of the events underlying the disputes and orders are not precluded. The Clerk of Court is respectfully directed to close the motions at Docket |

| | | |
|---|---|---|
| | | Nos. 689 and 694.. (Signed by Judge Lorna G. Schofield on 9/30/2020) (ks) (Entered: 09/30/2020) |
| 09/30/2020 | 825 | ORDER (Plaintiffs' MIL 5, 6 & 7) denying 733 Motion in Limine; denying 736 Motion in Limine; denying 739 Motion in Limine: For these reasons, it is ORDERED that Syntel's motions in limine Nos 5, 6 and 7 relating to the Forensic Examination are DENIED, except that the issue of the admissibility of the written Forensic Report is RESERVED. The Clerk of Court is respectfully directed to close the motions at Docket Nos. 733, 736, 739. (Signed by Judge Lorna G. Schofield on 9/30/2020) (jwh) (Entered: 09/30/2020) |
| 09/30/2020 | 826 | ORDER: (Plaintiffs' MIL 8) denying 742 Motion in Limine. For these reasons, it is ORDERED that Syntel's motion in limine No. 8 is DENIED. Defendants may proffer evidence and argument about TriZetto's purported repository of test cases and automation scripts. The Clerk of Court is respectfully directed to close the motion at Docket No. 742.. (Signed by Judge Lorna G. Schofield on 9/30/2020) (ks) (Entered: 09/30/2020) |
| 09/30/2020 | 827 | ORDER (Plaintiffs' MIL 10) denying 702 Motion in Limine: For these reasons, it is ORDERED that Syntel's motion in limine No. 10 is DENIED. Defendants may introduce evidence and argument disputing TriZetto's liability to reimburse Syntel Mauritius for certain Transition Rebates pursuant to the MSA. The Clerk of Court is respectfully directed to close the motion at Docket No. 702. (Signed by Judge Lorna G. Schofield on 9/30/2020) (jwh) (Entered: 09/30/2020) |
| 09/30/2020 | 828 | ORDER (Plaintiffs' MIL 13) denying 748 Motion in Limine: For these reasons, it is ORDERED that Syntel's motion to exclude the testimony of Mr. Sanders is DENIED. Mr. Sanders may testify as to (i) whether the Data Dictionary tool is subsumed within Facets 5.10, (ii) whether the Data Dictionary tool is a derivative work based on Facets 5.10 and shares protectable elements therein, and (iii) the functionality of the Data Dictionary tool and whether or not Syntel's D-2 Data Dictionary is substantially similar thereto. The Clerk of Court is respectfully directed to close Docket No. 748. (Signed by Judge Lorna G. Schofield on 9/30/2020) (jwh) (Entered: 09/30/2020) |
| 09/30/2020 | 829 | ORDER: (Plaintiffs' MIL 12) denying 712 Motion in Limine. For these reasons, it is ORDERED that Syntel's motion in limine No. 12 is DENIED. Defendants may elicit testimony regarding copyrights in prior versions of the Facet software to provide background about the copyrighted works at issue here. The Clerk of Court is respectfully directed to close the motion at Docket No. 712.. (Signed by Judge Lorna G. Schofield on 9/30/2020) (ks) (Entered: 09/30/2020) |
| 09/30/2020 | 830 | ORDER (Plaintiffs' MIL 15) denying 751 Motion in Limine. Based on the parties' recitation of facts in their memoranda of law, it is ORDERED that Syntel's motion in limine No. 15 is DENIED, and Mr. Noonan may testify at trial. By October 2, 2020, Defendants shall disclose whether they will call Mr. Noonan at trial as he is currently on their "may call list" (and in doing so shall consider the trial time limits the Court has yet to impose). It is further ORDERED that Syntel may take a deposition of Mr. Noonan, not to exceed seven hours, at a mutually agreeable time in advance of his trial testimony. The Clerk of Court is respectfully directed to close the motion at Docket No. 751.. (Signed by Judge Lorna G. Schofield on 9/30/2020) (ks) (Entered: 09/30/2020) |
| 09/30/2020 | 831 | ORDER (Plaintiffs' MIL 14) denying 714 Motion in Limine: It is hereby ORDERED that the motion to exclude the testimony of Thomas Britven and the offering of any documentary evidence regarding TriZetto's alleged reasonable royalty damages that arose from Syntel's infringing acts that occurred prior to September 30, 2013, is DENIED. Mr. Britven may testify, and Defendants may offer documentary evidence as to TriZetto's alleged reasonable royalty damages that arose on or after February 23, |

| | | |
|---|---|---|
| | | 2012, as further set forth in this order. The Clerk of Court is directed to close the motion at Dkt. No. 714.. (Signed by Judge Lorna G. Schofield on 9/30/2020) (jwh) (Entered: 09/30/2020) |
| 09/30/2020 | 832 | ORDER (Plaintiffs' MIL 16) denying 754 Motion in Limine. For these reasons, it is ORDERED that Syntel's motion in limine No. 16 is DENIED. Defendants may introduce evidence relating to whether Facets constitutes a protectable trade secret. The Clerk of Court is respectfully directed to close the motion at Docket No. 754. (Signed by Judge Lorna G. Schofield on 9/30/2020) (ks) (Entered: 09/30/2020) |
| 09/30/2020 | 833 | ORDER (Plaintiffs' MIL 11) with respect to 744 MOTION in Limine #11 - Syntel's Motion in Limine to Preclude The Facets Documentation Defendants Relied On In Opposition To Syntel's Summary Judgment Motion Regarding The Data Dictionary. For these reasons, it is ORDERED that Syntel's motion in limine No. 11 as to the admissibility of the "Facets Data Dictionary Guide" and the "Facets 5.01 Physical Package Document" is RESERVED. (And as further set forth herein.) (Signed by Judge Lorna G. Schofield on 9/30/2020) (jca) (Entered: 09/30/2020) |
| 09/30/2020 | 834 | ORDER (Defendants' MIL 1) granting 687 Motion in Limine. For these reasons, it is ORDERED that TriZetto's motion in limine No. 1 is GRANTED. The Clerk of Court is respectfully directed to close the motion at Docket No. 687. (Signed by Judge Lorna G. Schofield on 9/30/2020) (ks) (Entered: 09/30/2020) |
| 09/30/2020 | 835 | ORDER (Defendants' MIL 2) granting 692 Motion in Limine. For these reasons, it is ORDERED that TriZetto's motion in limine No. 2 is GRANTED. Syntel is precluded from introducing opinions offered by Mr. Roffman concerning test cases and automation scripts as set forth in the Roffman Declaration. The Clerk of Court is respectfully directed to close the motion at Docket No. 692.. (Signed by Judge Lorna G. Schofield on 9/30/2020) (ks) (Entered: 09/30/2020) |
| 09/30/2020 | 836 | ORDER (Defendants' MIL 3) denying without prejudice to renewal 697 MOTION in Limine No. 3 - Defendants' Motion in Limine for an Adverse Inference Instruction to Address Syntel's Failure to Produce Test Cases and Automation Scripts During Discovery. For these reasons, it is ORDERED that Defendants' motion in limine No. 3 for an adverse inference instruction is DENIED without prejudice to renewal under the circumstances set forth above. The Clerk of Court is respectfully directed to close the motion at Docket No. 697. (Signed by Judge Lorna G. Schofield on 9/30/2020) (jca) (Entered: 09/30/2020) |
| 09/30/2020 | 837 | ORDER: (Defendants' MIL 4) denying 703 Motion in Limine. For these reasons, it is ORDERED that Defendants' motion in limine No. 4 is DENIED. The jury will not be instructed to draw any inferences adverse to Syntel regarding its failure to produce certain computers to the forensic examiner. The Clerk of Court is respectfully directed to close the motion at Docket No. 703.. (Signed by Judge Lorna G. Schofield on 9/30/2020) (ks) (Entered: 09/30/2020) |
| 09/30/2020 | 838 | ORDER (Defendants' MIL 6) with respect to 710 MOTION in Limine No. 6 - Defendants' Motion in Limine to Preclude Syntel from Introducing its own Termination Letter as Purported Evidence of its Claims. For these reasons, it is ORDERED that Defendants' motion in limine No. 6 is RESERVED. No later than October 6, 2020, Syntel may (but need not) file a certification pursuant to Rule 803(6)(D) to provide the foundation for the admissibility of any document(s) showing the amount of transition rebates TriZetto received, consistent with the analysis set forth above. (Signed by Judge Lorna G. Schofield on 9/30/2020) (jca) (Entered: 09/30/2020) |
| 09/30/2020 | 839 | ORDER (Defendants' MIL 7) granting in part and denying in part 717 Motion in Limine. For these reasons, it is ORDERED that Defendants' motion in limine No. 7 is |

| | | |
|---|---|---|
| | | GRANTED in part and DENIED in part. Syntel is precluded from introducing evidence, testimony, or argument about the meaning or terms of the Non-Solicitation Provision, or introducing evidence or argument that TriZetto breached, or that Cognizant induced TriZetto to breach, the Non-Solicitation Provision. Syntel is not otherwise precluded from introducing evidence concerning the Non-Solicitation Provision. The Clerk of Court is respectfully directed to close the motion at Docket No. 717.. (Signed by Judge Lorna G. Schofield on 9/30/2020) (ks) (Entered: 09/30/2020) |
| 09/30/2020 | 840 | ORDER (Defendants' MIL 8) denying 720 MOTION in Limine No. 8 - Defendants' Motion in Limine to Preclude Syntel from Offering Irrelevant Evidence Regarding Project Koala Because it has Nothing to do with the Claims in this Case. For these reasons, it is ORDERED that Defendants' motion in limine No. 8 is DENIED. Syntel may introduce evidence relating to Project Koala. The Clerk of Court is respectfully directed to close the motion at Docket No. 720. (Signed by Judge Lorna G. Schofield on 9/30/2020) (jca) (Entered: 09/30/2020) |
| 09/30/2020 | 841 | ORDER (Plaintiffs' MIL 2) granting in part and denying in part 730 Motion in Limine. For these reasons, it is ORDERED that Syntel's motion GRANTED in part. In sum, Dr. Bergeron may provide testimony on: 1. whether TriZetto's confidential and proprietary information constitutes trade secrets; 2. whether Syntel used TriZetto's confidential and proprietary information; and 3. whether Syntel's source code is similar to the Data Dictionary. The Clerk of Court is respectfully directed to close the motion at Dkt. No. 730. (Signed by Judge Lorna G. Schofield on 9/30/2020) (ks) (Entered: 09/30/2020) |
| 09/30/2020 | 842 | ORDER: Defendants shall file a Reply, not to exceed five pages, to Syntel's Opposition (Dkt. Nos. 816 and 817) by October 5, 2020. (Signed by Judge Lorna G. Schofield on 9/30/2020) ( Replies due by 10/5/2020.) (ks) (Entered: 09/30/2020) |
| 09/30/2020 | 843 | ORDER: (Plaintiffs' MIL 1) granting in part and denying in part 727 Motion in Limine. For these reasons, it is ORDERED that Syntel's motion in limine No. 1 is GRANTED in part and DENIED in part. Mr. Britven's expert testimony is excluded only with respect to the asserted costs incurred for breach of contract. The Clerk of Court is respectfully directed to close the motion at Docket No. 727. (Signed by Judge Lorna G. Schofield on 9/30/2020) (ks) (Entered: 09/30/2020) |
| 10/01/2020 | 844 | LETTER addressed to Judge Lorna G. Schofield from Gianni Cutri and Todd Norbitz dated 10/1/2020 re: Trial. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 10/01/2020) |
| 10/01/2020 | 845 | ORDER denying as moot 698 Motion in Limine; denying as moot 723 Motion in Limine. It is hereby ORDERED that the motions in limine at Dkt. Nos. 698 and 723 are DENIED as moot. The Clerk of Court is respectfully directed to close Dkt. Nos. 698 and 723. (Signed by Judge Lorna G. Schofield on 10/1/2020) (rro) (Entered: 10/01/2020) |
| 10/02/2020 | 846 | LETTER addressed to Judge Lorna G. Schofield from Gianni Cutri dated 10/2/2020 re: trial witness Mike Noonan. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 10/02/2020) |
| 10/05/2020 | 847 | ORDER: It is ORDERED that the final pretrial conference scheduled for October 7, 2020, will be held by videoconference using the Court's Skype for Business technology. The parties will receive an e-mail including a link to join the videoconference in advance of the conference. The public may dial in to the conference using the following conference call line: 888-363-4749, access code: 558-3333. (Telephone Conference set for 10/7/2020 at 11:30 AM before Judge Lorna G. Schofield.) (Signed by Judge Lorna G. Schofield on 10/5/2020) (rro) (Entered: 10/05/2020) |
| 10/05/2020 | 848 | LETTER MOTION to Seal *TriZetto's Reply to its Motion in Limine No. 5* addressed to Judge Lorna G. Schofield from Gianni Cutri dated 10/5/2020. Document filed by |

| | | |
|---|---|---|
| | | Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 10/05/2020) |
| 10/05/2020 | 849 | ***SELECTED PARTIES*** REPLY MEMORANDUM OF LAW in Support re: 707 MOTION in Limine *No. 5 - Defendants' Motion in Limine to Preclude Syntel from Presenting Testimony on Matters Over which Syntel Claimed Privilege During the Deposition of its Trial Witness Daniel Moore.* . Document filed by The Trizetto Group, Inc., Cognizant Technology Solutions Corp., Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. Motion or Order to File Under Seal: 848 .(Cutri, Gianni) (Entered: 10/05/2020) |
| 10/05/2020 | 850 | ***SELECTED PARTIES***DECLARATION of Adam Kaufmann in Support re: 707 MOTION in Limine *No. 5 - Defendants' Motion in Limine to Preclude Syntel from Presenting Testimony on Matters Over which Syntel Claimed Privilege During the Deposition of its Trial Witness Daniel Moore.*. Document filed by The Trizetto Group, Inc., Cognizant Technology Solutions Corp., Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5)Motion or Order to File Under Seal: 848 .(Cutri, Gianni) (Entered: 10/05/2020) |
| 10/06/2020 | 851 | LETTER addressed to Judge Lorna G. Schofield from Jaren Janghorbani dated October 6, 2020 re: Syntel's Response to Defendant's reply in support of motion in limine no. 5. Document filed by Syntel Sterling Best Shores Mauritius Limited..(Janghorbani, Jaren) (Entered: 10/06/2020) |
| 10/06/2020 | 852 | NOTICE OF APPEARANCE by Kripa Anand Raman on behalf of Syntel Sterling Best Shores Mauritius Limited..(Raman, Kripa) (Entered: 10/06/2020) |
| 10/06/2020 | 853 | NOTICE OF APPEARANCE by Joshua D. Reich on behalf of Syntel Sterling Best Shores Mauritius Limited..(Reich, Joshua) (Entered: 10/06/2020) |
| 10/06/2020 | 854 | JOINT LETTER MOTION to Seal addressed to Judge Lorna G. Schofield from J. Steven Baughman dated October 6, 2020. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Appendix).(Baughman, Jon) (Entered: 10/06/2020) |
| 10/06/2020 | 855 | LETTER addressed to Judge Lorna G. Schofield from J. Steven Baughman dated October 6, 2020 re: Submissions pursuant to Fed. R. Evid. 803(6)(D). Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Baughman, Jon) (Entered: 10/06/2020) |
| 10/06/2020 | 856 | ***SELECTED PARTIES***DECLARATION of Daniel M. Moore . Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc., Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit 1 - Letter, # 2 Exhibit 2 - Email, # 3 Exhibit 3 - Email)Motion or Order to File Under Seal: 854 . (Baughman, Jon) (Entered: 10/06/2020) |
| 10/06/2020 | 857 | ***SELECTED PARTIES***DECLARATION of Anil Agrawal . Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc., Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit 1 - Letter, # 2 Exhibit 2 - Email, # 3 Exhibit 3 - Email, # 4 Exhibit 4 - Email, # 5 Exhibit 5 - Website, # 6 Exhibit 6 - Memorandum of Agreement, # 7 Exhibit 7 - Letter, # 8 Exhibit 8 - Spreadsheet, # 9 Exhibit 9 - Email, # 10 Exhibit 10 - Email)Motion or Order to File Under Seal: 854 .(Baughman, Jon) (Entered: 10/06/2020) |
| 10/06/2020 | 858 | DECLARATION of Anil Agrawal *[Filed Under Seal]*. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit 1 - Letter *[Filed Under Seal]*, # 2 Exhibit 2 - Email *[Filed Under Seal]*, # 3 Exhibit 3 - |

| | | |
|---|---|---|
| | | Email [Filed Under Seal], # 4 Exhibit 4 - Email [Filed Under Seal], # 5 Exhibit 5 - Website, # 6 Exhibit 6 - Memorandum of Agreement [Filed Under Seal], # 7 Exhibit 7 - Letter [Filed Under Seal], # 8 Exhibit 8 - Spreadsheet [Filed Under Seal], # 9 Exhibit 9 - Email [Filed Under Seal], # 10 Exhibit 10 - Email [Filed Under Seal]).(Baughman, Jon) (Entered: 10/06/2020) |
| 10/06/2020 | 859 | DECLARATION of Charles Sanders in Opposition re: 744 MOTION in Limine #11 - *Syntel's Motion in Limine to Preclude The Facets Documentation Defendants Relied On In Opposition To Syntel's Summary Judgment Motion Regarding The Data Dictionary.*. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc... (Cutri, Gianni) (Entered: 10/06/2020) |
| 10/07/2020 | 860 | LETTER addressed to Judge Lorna G. Schofield from Jaren Janghorbani dated October 7, 2020 re: Revised Deposition Designations and Jury Charge. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit 1 - TriZetto Designations, # 2 Exhibit 2 - Syntel Designations, # 3 Exhibit 3 - Syntel jury charge edits clean, # 4 Exhibit 4 - Syntel jury charge edits redline, # 5 Exhibit 5 - Syntel voir dire edits clean, # 6 Exhibit 6 - Syntel voir dire edits redline, # 7 Exhibit 7 - Syntel powerpoint edits clean, # 8 Exhibit 8 - Syntel powerpoint edits redline).(Janghorbani, Jaren) (Entered: 10/07/2020) |
| 10/07/2020 | | Minute Entry for proceedings held before Judge Lorna G. Schofield: Final Pretrial Conference held on 10/7/2020. (Court Reporter Present) (jcs) (Entered: 10/07/2020) |
| 10/07/2020 | 861 | ORDER: It is hereby ORDERED that by October 8, 2020, at 5:00 p.m., Defendants/Counterclaim- Plaintiffs The TriZetto Group, Inc. and Cognizant Technology Solutions Corp., and Plaintiffs/Counterclaim-Defendants Syntel Sterling Best Shores Mauritius Limited and Syntel, Inc. shall provide proposed jury instructions regarding their affirmative defenses, suitable for the preliminary charge. It is further ORDERED that, if there are any remaining objections regarding the parties' trial exhibits, the parties shall provide by October 12, 2020, at 5:00 p.m., a revised exhibit list, in the form set forth in the Court's Trial Procedures During Covid 19 Pandemic, and shall file a letter identifying remaining evidentiary objections and the parties respective positions. It is further ORDERED that the parties shall continue to meet and confer on deposition designations and, when the parties have reached an impasse, they shall re-submit the relevant deposition transcripts, marked in accordance with Individual Rule IV.B.2(h). (Signed by Judge Lorna G. Schofield on 10/7/2020) (rro) (Entered: 10/07/2020) |
| 10/07/2020 | 862 | LETTER addressed to Judge Lorna G. Schofield from Jaren Janghorbani dated October 7, 2020 re: remote witness instruction. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit A - Proposed Instruction). (Janghorbani, Jaren) (Entered: 10/07/2020) |
| 10/08/2020 | 863 | ORDER (Defendants' MIL No. 5) granting 707 Motion in Limine. It is hereby ORDERED that Defendants' motion in limine No. 5 is GRANTED. Syntel may not provide testimony concerning matters about which Syntels Rule 30(b)(6) witness Daniel Moore refused to testify based on claims of privilege at his deposition in his Rule 30(b)(6) capacity and at his depositions in his personal capacity, but trial counsel may argue regarding the meaning and interpretation of the MSA. The Clerk of Court is respectfully directed to close the motion at Docket No. 707. (As further set forth in this Order.) (Signed by Judge Lorna G. Schofield on 10/8/2020) (cf) (Entered: 10/08/2020) |
| 10/08/2020 | 864 | ORDER (Defendants' MIL 6) regarding 710 Motion in Limine. It is hereby ORDERED that since the foundational witness Mr. Agrawal has never previously been deposed, Defendants may (but need not) take Mr. Agrawal's deposition -- not to exceed three hours -- prior to October 16, 2020, and shall file any objections to admissibility by |

|  |  |  |
|---|---|---|
|  |  | October 16, 2020, at noon. (As further set forth in this Order.) (Signed by Judge Lorna G. Schofield on 10/8/2020) (cf) Modified on 10/16/2020 (jwh). Modified on 10/16/2020 (ama). (Entered: 10/08/2020) |
| 10/08/2020 | 866 | LETTER addressed to Judge Lorna G. Schofield from Gianni Cutri dated 10/8/2020 re: preliminary instructions. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 10/08/2020) |
| 10/08/2020 |  | ***DELETED DOCUMENT. Deleted document number 865 Order. The document was incorrectly filed in this case. (jcs) (Entered: 10/08/2020) |
| 10/08/2020 | 867 | LETTER addressed to Judge Lorna G. Schofield from Jaren Janghorbani dated October 8, 2020 re: Jury Charge. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit 1 - Syntel's Proposed Revision to the Excerpt of Preliminary Jury Charge, # 2 Exhibit 2 - Syntel's Proposed Revision to the Preliminary Jury Charge Powerpoint).(Janghorbani, Jaren) (Entered: 10/08/2020) |
| 10/08/2020 | 868 | ORDER denying 744 Motion in Limine: It is hereby ORDERED that Syntel's motion in limine No. 11 as to the admissibility of the "Facets Data Dictionary Guide" and the "Facets 5.01 Physical Package Document" is DENIED. The supplemental declaration adequately provides the business record foundation for the admissibility of the two documents pursuant to Rule 803(6)(D). The Clerk of Court is respectfully directed to close Dkt. No. 744. (Signed by Judge Lorna G. Schofield on 10/8/2020) (jwh) (Entered: 10/08/2020) |
| 10/09/2020 | 869 | LETTER addressed to Judge Lorna G. Schofield from Jaren Janghorbani dated October 9, 2020 re: Defendants' October 8, 2020 Letter Dkt. 866. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Janghorbani, Jaren) (Entered: 10/09/2020) |
| 10/09/2020 | 870 | ORDER: It is hereby ORDERED that Defendants' request for a bench trial on the equitable defenses is DENIED for substantially the reasons stated in Syntel's October 9, 2020, letter. It is further ORDERED that by October 13, 2020, Syntel and Defendants shall file respective letters, not to exceed three (3) pages, stating their positions on whether damages for avoided costs are available in equity for the New York trade secret misappropriation claim, and if not, what if any impact such a ruling would have on the evidence to be presented at trial. (As further set forth in this Order.) ( Responses due by 10/13/2020) (Signed by Judge Lorna G. Schofield on 10/9/2020) (cf) (Entered: 10/09/2020) |
| 10/09/2020 | 871 | TRANSCRIPT of Proceedings re: CONFERENCE held on 10/7/2020 before Judge Lorna G. Schofield. Court Reporter/Transcriber: Khristine Sellin, (212) 805-0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 10/30/2020. Redacted Transcript Deadline set for 11/9/2020. Release of Transcript Restriction set for 1/7/2021..(McGuirk, Kelly) (Entered: 10/09/2020) |
| 10/09/2020 | 872 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFERENCE proceeding held on 10/7/20 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days....(McGuirk, Kelly) (Entered: 10/09/2020) |
| 10/11/2020 | 873 | JOINT LETTER addressed to Judge Lorna G. Schofield from Gianni Cutri and Jaren Janghorbani dated 10/11/2020 re: Disclosure Procedures for Trial. Document filed by |

| | | |
|---|---|---|
| | | Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit A).(Cutri, Gianni) (Entered: 10/11/2020) |
| 10/11/2020 | 874 | JOINT LETTER addressed to Judge Lorna G. Schofield from Gianni Cutri and Jaren Janghorbani dated 10/11/2020 re: Agreed Proposed Jury Instruction. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit 1 - Joint Proposed Instruction).(Cutri, Gianni) (Entered: 10/11/2020) |
| 10/12/2020 | 875 | JOINT LETTER addressed to Judge Lorna G. Schofield from Gianni Cutri and Jaren Janghorbani dated 10/12/2020 re: the Parties' remaining evidentiary objections. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit 1 - TriZetto's Exhibit List, # 2 Exhibit 2 - Syntel's Exhibit List).(Cutri, Gianni) (Entered: 10/12/2020) |
| 10/13/2020 | 876 | TRIAL PROCEDURE STIPULATION: Plaintiffs/Counterclaim-Defendants Syntel Sterling Best Shores Mauritius Limited and Syntel, Inc. ("Plaintiffs") and Defendants/Counterclaim-Plaintiffs The TriZetto Group, Inc. and Cognizant Technology Solutions Corp. ("Defendants") (collectively, the Parties), by their undersigned counsel, hereby agree that the following procedures shall apply during the jury trial in the above-captioned matter. (As further set forth in this Order.) The Parties shall be available to meet and confer at 10:00 p.m. Eastern Time daily to resolve any outstanding issues. (Signed by Judge Lorna G. Schofield on 10/13/2020) (cf) (Entered: 10/13/2020) |
| 10/13/2020 | 877 | JOINT LETTER addressed to Judge Lorna G. Schofield from Gianni Cutri and Jaren Janghorbani dated 10/13/2020 re: TriZetto's affirmative defenses. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 10/13/2020) |
| 10/13/2020 | 878 | LETTER addressed to Judge Lorna G. Schofield from Gianni Cutri dated 10/13/2020 re: damages for avoided costs. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 10/13/2020) |
| 10/13/2020 | 879 | LETTER addressed to Judge Lorna G. Schofield from Jaren Janghorbani dated October 13, 2020 re: Court's Oct. 9, 2020 Order, Dkt. 870. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Janghorbani, Jaren) (Entered: 10/13/2020) |
| 10/14/2020 | 880 | LETTER addressed to Judge Lorna G. Schofield from Gianni Cutri dated 10/14/2020 re: deposit of maximum possible judgment. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 10/14/2020) |
| 10/14/2020 | 881 | LETTER addressed to Judge Lorna G. Schofield from Gianni Cutri dated 10/14/2020 re: breach of contract claims. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 10/14/2020) |
| 10/15/2020 | 882 | LETTER addressed to Judge Lorna G. Schofield from Jaren Janghorbani dated October 15, 2020 re: Response to Defendants' 10/14/2020 Letter, Dkt. No. 880. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit 1 - Correspondence).(Janghorbani, Jaren) (Entered: 10/15/2020) |
| 10/15/2020 | 883 | MEMO ENDORSEMENT on re: 880 Letter filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc. ENDORSEMENT: TriZetto shall file a reply to Syntel's response letter at Dkt. No. 881 as soon as possible, and in any event no later than 9:00 a.m., October 16, 2020. (Signed by Judge Lorna G. Schofield on 10/15/2020) (cf) (Entered: 10/15/2020) |
| 10/15/2020 | 884 | ORDER: It is hereby ORDERED that the Order dated September 30, 2020, granting in part and denying in part Syntel's motion in limine seeking to preclude Mr. Britven's expert testimony is supplemented and modified as follows. It is further ORDERED that |

| | | |
|---|---|---|
| | | regarding the draft final jury charge referred to in the joint letter at Dkt. No. 877, the parties shall provide any revised jointly proposed damages instructions by October 16, 2020. As to any remaining instructions, the parties shall use the substantive excerpt of the preliminary charge as the base document, add any instructions that the parties believe will be necessary in light of the evidence in redline and submit those instructions by October 19, 2020. By October 19, 2020, the parties shall also provide any revised jointly proposed verdict form. The parties are reminded that these submissions should be "joint" and shall attempt to resolve all objections. (And as further set forth herein.) (Signed by Judge Lorna G. Schofield on 10/15/2020) (jca) (Entered: 10/15/2020) |
| 10/15/2020 | 885 | LETTER addressed to Judge Lorna G. Schofield from Gianni Cutri dated 10/15/2020 re: reply in support of proposal to resolve the transition rebates claim. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 10/15/2020) |
| 10/16/2020 | 886 | LETTER addressed to Judge Lorna G. Schofield from Jaren Janghorbani dated October 16, 2020 re: Letter requesting time to reply or a brief call re: Defendants' 10/15/2020 Letter, D.I. 885. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Janghorbani, Jaren) (Entered: 10/16/2020) |
| 10/16/2020 | 887 | MEMO ENDORSEMENT on re: 886 Letter, filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc. ENDORSEMENT: A status conference to discuss the parties' letters (Dkt. Nos. 880, 882, 885) will be held today at 2:00 p.m. EDT on the following conference line: 888-363-4749, access code 558-3333. The timing of the conference is approximate but the parties shall be prepared to begin at that time. So Ordered. (Telephone Conference set for 10/16/2020 at 02:00 PM before Judge Lorna G. Schofield.) (Signed by Judge Lorna G. Schofield on 10/16/2020) (cf) (Entered: 10/16/2020) |
| 10/16/2020 | 888 | LETTER addressed to Judge Lorna G. Schofield from Gianni Cutri dated 10/16/2020 re: preliminary jury charge. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit A).(Cutri, Gianni) (Entered: 10/16/2020) |
| 10/16/2020 | 889 | LETTER MOTION to Seal *TriZetto's Letter Maintaining Objections to Transition Rebates Evidence* addressed to Judge Lorna G. Schofield from Gianni Cutri dated 10/16/2020. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 10/16/2020) |
| 10/16/2020 | 890 | ***SELECTED PARTIES*** LETTER addressed to Judge Lorna G. Schofield from Gianni Cutri dated 10/16/2020 re: Syntel's transition rebates evidence. Document filed by Syntel Sterling Best Shores Mauritius Limited, The Trizetto Group, Inc., Syntel, Inc., Cognizant Technology Solutions Corp.. (Attachments: # 1 Exhibit 1)Motion or Order to File Under Seal: 889 .(Cutri, Gianni) (Entered: 10/16/2020) |
| 10/16/2020 | 891 | LETTER addressed to Judge Lorna G. Schofield from Jaren Janghorbani dated October 16, 2020 re: Proposed Revisions to Preliminary Charge and Presentation. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Janghorbani, Jaren) (Entered: 10/16/2020) |
| 10/16/2020 | 892 | LETTER addressed to Judge Lorna G. Schofield from Jaren Janghorbani dated October 16, 2020 re: Response to Defendants' 10/16/2020 Letter, Dkt. No. 888. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Janghorbani, Jaren) (Entered: 10/16/2020) |
| 10/16/2020 | | Minute Entry for proceedings held before Judge Lorna G. Schofield: Telephone Conference held on 10/16/2020. (Court Reporter Present) (jcs) (Entered: 10/16/2020) |

| 10/16/2020 | 893 | LETTER addressed to Judge Lorna G. Schofield from Jaren Janghorbani dated October 16, 2020 re: proposal at 10/16/2020 hearing. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Janghorbani, Jaren) (Entered: 10/16/2020) |
| --- | --- | --- |
| 10/16/2020 | 894 | LETTER addressed to Judge Lorna G. Schofield from Gianni Cutri dated 10/16/2020 re: TriZetto's position on Court's proposal re transition rebates. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 10/16/2020) |
| 10/16/2020 | 895 | ORDER (Defendants' MIL 6) re: 890 Letter, 864 Order on Motion in Limine, 710 MOTION in Limine: It is ORDERED that for the reasons stated at today's telephonic status conference, the motion in limine No. 6 filed by Defendants/Counterclaim-Plaintiffs The TriZetto Group, Inc. and Cognizant Technology Solutions Corp. (together, "Defendants") (Dkt. No. 710), and Defendants' application maintaining their objections to the transition rebates evidence (Dkt. No. 890) are DENIED. The Clerk of Court is respectfully directed to correct the docket entry at Dkt. No. 864, which incorrectly states that the motion in limine at Dkt. No. 710 was granted. Instead, the docket entry should read "ORDER (Defendants' MIL 6) regarding 710 Motion in Limine." (Signed by Judge Lorna G. Schofield on 10/16/2020) (jwh) Modified on 10/26/2020 (jwh). (Entered: 10/16/2020) |
| 10/16/2020 | 896 | ORDER: It is ORDERED that Plaintiffs/Counterclaim-Defendants Syntel Sterling Best Shores Mauritius Limited and Syntel, Inc.'s (together, "Syntel") evidentiary objections to the following trial exhibits of Defendants/Counterclaim-Plaintiffs The TriZetto Group, Inc. and Cognizant Technology Solutions Corp. (together, "TriZetto") are overruled for substantially the reasons stated by TriZetto: DTX-0256.002; DTX-0258.0009 to.0028; DTX-0275; DTX-0277. It is further ORDERED that Syntel's evidentiary objections to the following TriZetto trial exhibits are sustained for substantially the reasons stated by Syntel: DTX-0485; DTX-0490; DTX-0491. It is further ORDERED that for the reasons stated at today's telephonic status conference, the following Syntel trial exhibits are admitted: PTX-199-200; PTX 205; PTX 206; PTX 685. Accordingly, TriZetto's motion in limine No. 6 (Dkt. No. 710) and application maintaining the objections to the transition rebates evidence (Dkt. No. 890) are DENIED. It is further ORDERED that by end of today, the parties shall meet and confer on the stipulation to moot Syntel's breach of contract claim regarding transition rebates and shall file a jointly proposed stipulation of facts. The stipulation may reference the date TriZetto agreed to pay and the date of payment. Assuming TriZetto still wants to proceed, the parties shall submit today the proposed stipulation and any disputes about its precise wording, and the Court will rule on them. If TriZetto does not wish to proceed on these terms, it shall file a letter with the Court immediately so stating. The Clerk of Court is respectfully directed to correct the docket entry at Dkt. No. 864, which incorrectly states that the motion in limine at Dkt. No. 710 was granted. Instead, the docket entry should read "ORDER (Defendants' MIL 6) regarding 710 Motion in Limine." (Signed by Judge Lorna G. Schofield on 10/16/2020) (ama) (Entered: 10/16/2020) |
| 10/16/2020 | 902 | ORDER: It is ORDERED that the following deposition designations are permitted. Chadha, Ankur 2018-02-20 (As further sets forth in this Order.) (Signed by Judge Lorna G. Schofield on 10/16/2020) (cf) (Entered: 10/19/2020) |
| 10/17/2020 | 897 | PROPOSED JURY INSTRUCTIONS. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 10/17/2020) |
| 10/17/2020 | 898 | LETTER addressed to Judge Lorna G. Schofield from Jaren Janghorbani dated October 16, 2020 re: Court's Order, Dkt. 896, attaching Joint Stipulation. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit A - Joint Stipulation).(Janghorbani, Jaren) (Entered: 10/17/2020) |

| 10/17/2020 | 899 | JOINT LETTER addressed to Judge Lorna G. Schofield from Gianni Cutri dated 10/17/2020 re: Cross Examination Materials. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 10/17/2020) |
|---|---|---|
| 10/17/2020 | 900 | MOTION for Jason Wilcox to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-22185055. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Affidavit of Jason Wilcox, # 2 Attachment - Certificates of Good Standing, # 3 Text of Proposed Order).(Cutri, Gianni) (Entered: 10/17/2020) |
| 10/19/2020 | 901 | LETTER addressed to Judge Lorna G. Schofield from Jaren Janghorbani dated October 19, 2020 re: Stipulation of Uncontested Facts. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit A - Stipulation of Uncontested Facts).(Janghorbani, Jaren) (Entered: 10/19/2020) |
| 10/19/2020 | | NOTICE REGARDING trial beginning on October 19, 2020 CONFERENCE: The parties, members of the press, and public may dial into these trial proceedings using Conference Call In Number: (888) 363-4749; and Access Code: 558-3333. (jcs) (Entered: 10/19/2020) |
| 10/19/2020 | | Minute Entry for proceedings held before Judge Lorna G. Schofield: Jury Selection held on 10/19/2020. (jcs) (Entered: 10/19/2020) |
| 10/19/2020 | | Minute Entry for proceedings held before Judge Lorna G. Schofield: Jury Trial begun on 10/19/2020. TriZetto's opening statements held. Syntel's opening statements held. TriZetto's First Witness: Michael Noonan. (Court Reporter Present) (jcs) (Entered: 10/19/2020) |
| 10/20/2020 | 903 | PROPOSED JURY INSTRUCTIONS. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit A - Preliminary Jury Charge Redline, # 2 Proposed Verdict Forms, # 3 Exhibit 1 - Proposed Verdict Form (Syntel), # 4 Exhibit 2 - Proposed Verdict Form (TriZetto)).(Groombridge, Nicholas) (Entered: 10/20/2020) |
| 10/20/2020 | 904 | LETTER addressed to Judge Lorna G. Schofield from Gianni Cutri dated 10/20/2020 re: trial materials. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 10/20/2020) |
| 10/20/2020 | 905 | MEMO ENDORSEMENT on re: 904 Letter filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc. ENDORSEMENT: So Ordered. (Signed by Judge Lorna G. Schofield on 10/20/2020) (cf) (Entered: 10/20/2020) |
| 10/20/2020 | 906 | ORDER: It is hereby ORDERED that Syntel's breach of contract claim regarding transition rebates is DISMISSED with prejudice. (As further set forth in this Order.) (Signed by Judge Lorna G. Schofield on 10/19/2020) (cf) (Entered: 10/20/2020) |
| 10/20/2020 | | Minute Entry for proceedings held before Judge Lorna G. Schofield: Jury Trial held on 10/20/2020. TriZetto's First Witness: Michael Noonan (continued). TriZetto's Second Witness: Sandeep Sinha. TriZetto's Third Witness: Ankur Chadha. TriZetto's Fourth Witness: Vipul Dekhtawala. TriZetto's Fifth Witness: Chuck Sanders. (Court Reporter Present) (jcs) (Entered: 10/21/2020) |
| 10/21/2020 | 907 | LETTER addressed to Judge Lorna G. Schofield from Gianni Cutri dated 10/21/2020 re: Curative Instruction on Preclusion Order. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 10/21/2020) |

| 10/21/2020 | | Minute Entry for proceedings held before Judge Lorna G. Schofield: Jury Trial held on 10/21/2020. TriZetto's Sixth Witness: Bryan Bergeron. TriZetto's Seventh Witness: Thomas Britven. (Court Reporter Present) (jcs) (Entered: 10/26/2020) |
|---|---|---|
| 10/22/2020 | 908 | LETTER addressed to Judge Lorna G. Schofield from Gianni Cutri dated 10/22/2020 re: Laches Instruction. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 10/22/2020) |
| 10/22/2020 | 909 | ORDER granting 664 Motion for Jake Rambeau to Appear Pro Hac Vice (HEREBY ORDERED by Judge Lorna G. Schofield)(Text Only Order) (jcs) (Entered: 10/22/2020) |
| 10/22/2020 | 910 | ORDER granting 763 Motion for Melissa R. Alpert to Appear Pro Hac Vice (HEREBY ORDERED by Judge Lorna G. Schofield)(Text Only Order) (jcs) (Entered: 10/22/2020) |
| 10/22/2020 | 911 | ORDER granting 778 Motion for Samuel Blake to Appear Pro Hac Vice (HEREBY ORDERED by Judge Lorna G. Schofield)(Text Only Order) (jcs) (Entered: 10/22/2020) |
| 10/22/2020 | 912 | ORDER granting 779 Motion for Adam Alper to Appear Pro Hac Vice (HEREBY ORDERED by Judge Lorna G. Schofield)(Text Only Order) (jcs) (Entered: 10/22/2020) |
| 10/22/2020 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 900 MOTION for Jason Wilcox to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-22185055. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (wb)** (Entered: 10/22/2020) |
| 10/22/2020 | 913 | ORDER granting 900 Motion for Jason Wilcox to Appear Pro Hac Vice (HEREBY ORDERED by Judge Lorna G. Schofield)(Text Only Order) (jcs) (Entered: 10/22/2020) |
| 10/22/2020 | 914 | JOINT STIPULATION: Plaintiffs/Counterclaim-Defendants Syntel Sterling Best Shores Mauritius Limited and Syntel, Inc. ("Syntel") and Defendants/Counterclaim-Plaintiffs The TriZetto Group, Inc. and Cognizant Technology Solutions Corp. ("TriZetto") (collectively, the 'Parties'), by their undersigned counsel, hereby stipulate to the following facts: The Master Services Agreement between TriZetto and Syntel ("MSA") provided for the payment of certain transition rebates; As of October 16, 2020, TriZetto agreed to pay $5,183,241, reflecting the amount due for the rebates; as further set forth in this Order. (Signed by Judge Lorna G. Schofield on 10/17/2020) (cf) (Entered: 10/22/2020) |
| 10/22/2020 | 915 | MEMO ENDORSEMENT on re: 899 Letter filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc. ENDORSEMENT: The parties shall also provide the Court a binder and digital copy at the same time. (Signed by Judge Lorna G. Schofield on 10/17/2020) (cf) (Entered: 10/22/2020) |
| 10/22/2020 | 916 | ORDER: It is ORDERED that the final charging conference will be held on October 23, 2020, at 1:00 p.m., on the following conference line: 888-363-4749, access code 558-3333. The time of the conference is approximate, but the parties shall be ready to proceed at that time. Telephone Conference set for 10/23/2020 at 01:00 PM before Judge Lorna G. Schofield. (Signed by Judge Lorna G. Schofield on 10/22/2020) (kv) (Entered: 10/22/2020) |
| 10/22/2020 | | Minute Entry for proceedings held before Judge Lorna G. Schofield: Jury Trial held on 10/22/2020. TriZetto's Seventh Witness: Thomas Britven (continued). TriZetto rests. Syntel's First Witness: Murlidhar Reddy. Syntel's Second Witness: Manish Mehta. Syntel's Third Witness: Daniel Moore. (Court Reporter Present) (jcs) (Entered: 10/26/2020) |

| | | |
|---|---|---|
| 10/24/2020 | 917 | LETTER MOTION to Seal *Oct. 24, 2020 Letter and accompanying exhibits* addressed to Judge Lorna G. Schofield from Jaren Janghorbani dated October 24, 2020. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Appendix A).(Janghorbani, Jaren) (Entered: 10/24/2020) |
| 10/24/2020 | 918 | ***SELECTED PARTIES*** LETTER addressed to Judge Lorna G. Schofield from Jaren Janghorbani dated October 24, 2020 re: Bergeron Cross Exhibits. Document filed by Syntel Sterling Best Shores Mauritius Limited, The Trizetto Group, Inc., Syntel, Inc., Cognizant Technology Solutions Corp.. (Attachments: # 1 Exhibit 1 - Part 1 (Declaration of Jesse Stevenson), # 2 Exhibit 1 - Part 2 (Exhibit A to Declaration), # 3 Exhibit 1 - Part 3 (Exhibit B to Declaration), # 4 Exhibit 1 - Part 4 (Exhibit C to Declaration), # 5 Exhibit 2 - Email)Motion or Order to File Under Seal: 917 . (Janghorbani, Jaren) (Entered: 10/24/2020) |
| 10/24/2020 | 919 | LETTER addressed to Judge Lorna G. Schofield from Jaren Janghorbani dated October 24, 2020 re: Bergeron Cross Exhibits [Redacted]. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit 1 - Part 1 (Declaration of Jesse Stevenson) [Redacted], # 2 Exhibit 1 - Part 2 (Exhibit A to Declaration) [Filed Under Seal], # 3 Exhibit 1 - Part 3 (Exhibit B to Declaration) [Filed Under Seal], # 4 Exhibit 1 - Part 4 (Exhibit C to Declaration) [Filed Under Seal], # 5 Exhibit 2 - Email).(Janghorbani, Jaren) (Entered: 10/24/2020) |
| 10/24/2020 | 920 | LETTER addressed to Judge Lorna G. Schofield from Gianni Cutri dated 10/24/2020 re: Bergeron Cross Documents. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit Google Search, # 2 Exhibit vinaynu18 Profile).(Cutri, Gianni) (Entered: 10/24/2020) |
| 10/26/2020 | 921 | MOTION for Judgment as a Matter of Law . Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Janghorbani, Jaren) (Entered: 10/26/2020) |
| 10/26/2020 | 922 | MEMORANDUM OF LAW in Support re: 921 MOTION for Judgment as a Matter of Law . . Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc... (Janghorbani, Jaren) (Entered: 10/26/2020) |
| 10/26/2020 | 923 | ORDER: It is ORDERED that for reasons that will be explained at a convenient time at trial: 1. Plaintiffs/Counterclaim-Defendants Syntel Sterling Best Shores Mauritius Limited and Syntel, Inc.'s application to admit PTX 1530 - 1533, 1535, 1537 - 3539, into evidence or as demonstrative aids (Dkt. No. 918) is DENIED. 2. Defendants/Counterclaim-Plaintiffs The TriZetto Group, Inc. and Cognizant Technology Solutions Corp.'s application to admit into evidence documents to show that these exhibits and the documents shown at trial were pirated (Dkt. No. 920) is also DENIED. Counsel are cautioned that the statements of counsel not adopted by the witness (in this instance Mr. Bergeron during his cross-examination about the Google search) are not evidence and should not be referred to in closing argument. (Signed by Judge Lorna G. Schofield on 10/24/2020) (ama) (Entered: 10/26/2020) |
| 10/26/2020 | 924 | TRANSCRIPT of Proceedings re: CONFERENCE held on 10/16/2020 before Judge Lorna G. Schofield. Court Reporter/Transcriber: Alena Lynch, (212) 805-0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 11/16/2020. Redacted Transcript Deadline set for 11/27/2020. Release of Transcript Restriction set for 1/24/2021..(McGuirk, Kelly) (Entered: 10/26/2020) |
| 10/26/2020 | 925 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFERENCE proceeding held on 10/16/2020 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) |

| | | |
|---|---|---|
| | | calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days....(McGuirk, Kelly) (Entered: 10/26/2020) |
| 10/26/2020 | 926 | TRANSCRIPT of Proceedings re: CONFERENCE held on 10/19/2020 before Judge Lorna G. Schofield. Court Reporter/Transcriber: Rebecca Forman, (212) 805-0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 11/16/2020. Redacted Transcript Deadline set for 11/27/2020. Release of Transcript Restriction set for 1/24/2021..(McGuirk, Kelly) (Entered: 10/26/2020) |
| 10/26/2020 | 927 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFERENCE proceeding held on 10/19/2020 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days....(McGuirk, Kelly) (Entered: 10/26/2020) |
| 10/26/2020 | | Minute Entry for proceedings held before Judge Lorna G. Schofield: Jury Trial held on 10/26/2020. Syntel's Third Witness: Daniel Moore (continued). Syntel's Fourth Witness: John Plumpe. Syntel's Fifth Witness: Glenn Sheets. Syntel Rests. TriZetto's First Rebuttal Witness: Thomas Britven. Jury Charged-in part. TriZetto's summations held. Syntel's summations held. (Court Reporter Present) (jcs) (Entered: 10/26/2020) |
| 10/27/2020 | 928 | MOTION for Judgment *as a Matter of Law*. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 10/27/2020) |
| 10/27/2020 | | Minute Entry for proceedings held before Judge Lorna G. Schofield: Jury Trial completed on 10/27/2020. Jury charge Completed. Jury deliberations begin. Verdict reached. (Court Reporter Present) (jcs) (Entered: 10/28/2020) |
| 10/27/2020 | 931 | JURY VERDICT.(jcs) (Entered: 10/28/2020) |
| 10/27/2020 | 935 | Court Exhibit List. (Attachments: # 1 Court Exhibit No. 1 - Exhibits Admitted on 10.21.2020, # 2 Court Exhibit No. 2 - Syntel's Preemptory Challenges, # 3 Court Exhibit No. 3 - TriZetto's Preemptory Challenges, # 4 Court Exhibit No. 4 - Joint Stipulation of Uncontested Facts, # 5 Court Exhibit No. 5 - Joint Stipulation re Rebates, # 6 Court Exhibit No. 6 - Listing of TriZetto's Alleged Trade Secrets, # 7 Court Exhibit No. 7 - Jury Note re Digital Exhibits, # 8 Court Exhibit No. 8 - Jury Note re Demonstratives, # 9 Court Exhibit No. 9 - Court Note to Jury, # 10 Court Exhibit No. 10 - Jury Note re Withdrawing Prior Request, # 11 Court Exhibit No. 11 - Jury Note re Verdict, # 12 Court Exhibit No. 12 - Final Charge (Annotated), # 13 Court Exhibit No. 13 - Final Charge (Non-Annotated), # 14 Court Exhibit No. 14 - Parties' Admitted Exhibit List).(jcs) (Entered: 11/04/2020) |
| 10/28/2020 | 929 | LETTER addressed to Judge Lorna G. Schofield from Jaren Janghorbani dated October 28, 2020 re: post-trial briefing. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Janghorbani, Jaren) (Entered: 10/28/2020) |
| 10/28/2020 | 930 | ORDER: It is ORDERED that the parties shall file a joint letter by Friday, October 30, 2020, proposing a mutually agreeable procedure and schedule for all matters that remain to be tried and adjudicated by the Court, both before and after entry of judgment and, if not all matters are mutually agreed upon, also describing the separate proposals. (Signed by Judge Lorna G. Schofield on 10/28/2020) (cf) (Entered: 10/28/2020) |

| 10/30/2020 | 932 | JOINT LETTER addressed to Judge Lorna G. Schofield from Jaren Janghorbani dated October 30, 2020 re: Court's Oct. 28, 2020 Order, D.I. 930. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Janghorbani, Jaren) (Entered: 10/30/2020) |
|---|---|---|
| 11/02/2020 | 933 | MEMO ENDORSEMENT on re: 932 Letter filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc. ENDORSEMENT: A status conference will be held today at 5:00 p.m. EST to discuss this submission. Counsel for the parties shall call into the following conference line: 888-363-4749, Access Code: 558-3333. The timing of the conference is approximate, but counsel shall be ready to proceed at that time. ( Telephone Conference set for 11/2/2020 at 05:00 PM before Judge Lorna G. Schofield.) (Signed by Judge Lorna G. Schofield on 11/2/2020) (cf) (Entered: 11/02/2020) |
| 11/04/2020 | 934 | ORDER re: 932 Letter filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. For the reasons stated at the conference, it is hereby ORDERED that the parties shall file a joint letter by November 6, 2020, proposing a revised cross-motion briefing schedule -- contemplating four briefs total and reasonable page limits -- along with a plan for any issues that remain to be tried. The letter should also inform the Court of any agreement on (i) holding the motions for attorneys' fees in abeyance and (ii) interim measures prior to the adjudication of any motion for permanent injunction. (Signed by Judge Lorna G. Schofield on 11/3/2020) (kv) (Entered: 11/04/2020) |
| 11/04/2020 | 936 | JOINT LETTER MOTION to Seal *Certain Trial Exhibits* addressed to Judge Lorna G. Schofield from Gianni Cutri dated 11/4/2020. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 11/04/2020) |
| 11/06/2020 | 937 | JOINT LETTER addressed to Judge Lorna G. Schofield from Nicholas Groombridge dated Novemer 6, 2020 re: Cross-Motion Briefing Schedule. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Groombridge, Nicholas) (Entered: 11/06/2020) |
| 11/09/2020 | 938 | TRANSCRIPT of Proceedings re: CONFERENCE held on 11/2/2020 before Judge Lorna G. Schofield. Court Reporter/Transcriber: Steven Griffing, (212) 805-0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 11/30/2020. Redacted Transcript Deadline set for 12/10/2020. Release of Transcript Restriction set for 2/8/2021..(McGuirk, Kelly) (Entered: 11/09/2020) |
| 11/09/2020 | 939 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFERENCE proceeding held on 11/2/20 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days....(McGuirk, Kelly) (Entered: 11/09/2020) |
| 11/09/2020 | 940 | ORDER: ORDERED that the parties shall brief their proposed post-trial motions -- which include Syntel's motion for judgment as a matter of law or, in the alternative, a new trial or remittitur, Syntel's proposal that the Court make further findings on its equitable defenses of laches and unclean hands, TriZetto's motions for a permanent injunction and for pre- and post-judgment interest, and TriZetto's unclean hands defense -- according to the following schedule: Motions due by 12/4/2020., Responses due by 1/29/2021, Replies due by 2/9/2021. No party shall exceed seventy-five (75) pages of briefing in total. The parties shall email a courtesy copy of their memoranda of law with hyperlinks to Westlaw for any cited cases and hyperlinks to any cited exhibits and |

| | | |
|---|---|---|
| | | testimony from the record. The parties shall otherwise comply with the Court's Individual Rules, and if in effect, the Emergency Individual Rules andPractices in light of COVID-19. It is further ORDERED that per the parties' agreement, any motion for attorneys' fees will be filed and briefed following entry of a final judgment on appeal. It is further ORDERED that by November 13, 2020, the parties shall file a letter providing an update regarding potential agreements for interim measures prior to adjudication of TriZetto's motion for a permanent injunction. (Signed by Judge Lorna G. Schofield on 11/09/2020) (ama) (Entered: 11/09/2020) |
| 11/10/2020 | 941 | TRANSCRIPT of Proceedings re: CONFERENCE held on 10/7/2020 before Judge Lorna G. Schofield. Court Reporter/Transcriber: Khristine Sellin, (212) 805-0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 12/1/2020. Redacted Transcript Deadline set for 12/11/2020. Release of Transcript Restriction set for 2/8/2021..(McGuirk, Kelly) (Entered: 11/10/2020) |
| 11/10/2020 | 942 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFERENCE proceeding held on 10/7/2020 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days....(McGuirk, Kelly) (Entered: 11/10/2020) |
| 11/10/2020 | 943 | TRANSCRIPT of Proceedings re: TRIAL held on 10/19/2020 before Judge Lorna G. Schofield. Court Reporter/Transcriber: Khristine Sellin, (212) 805-0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 12/1/2020. Redacted Transcript Deadline set for 12/11/2020. Release of Transcript Restriction set for 2/8/2021..(McGuirk, Kelly) (Entered: 11/10/2020) |
| 11/10/2020 | 944 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a TRIAL proceeding held on 10/19/2020 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days....(McGuirk, Kelly) (Entered: 11/10/2020) |
| 11/10/2020 | 945 | TRANSCRIPT of Proceedings re: TRIAL held on 10/20/2020 before Judge Lorna G. Schofield. Court Reporter/Transcriber: Khristine Sellin, (212) 805-0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 12/1/2020. Redacted Transcript Deadline set for 12/11/2020. Release of Transcript Restriction set for 2/8/2021..(McGuirk, Kelly) (Entered: 11/10/2020) |
| 11/10/2020 | 946 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a TRIAL proceeding held on 10/20/2020 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days....(McGuirk, Kelly) (Entered: 11/10/2020) |

| 11/10/2020 | 947 | TRANSCRIPT of Proceedings re: TRIAL held on 10/21/2020 before Judge Lorna G. Schofield. Court Reporter/Transcriber: Khristine Sellin, (212) 805-0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 12/1/2020. Redacted Transcript Deadline set for 12/11/2020. Release of Transcript Restriction set for 2/8/2021..(McGuirk, Kelly) (Entered: 11/10/2020) |
|---|---|---|
| 11/10/2020 | 948 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a TRIAL proceeding held on 10/21/20 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days....(McGuirk, Kelly) (Entered: 11/10/2020) |
| 11/10/2020 | 949 | TRANSCRIPT of Proceedings re: TRIAL held on 10/22/2020 before Judge Lorna G. Schofield. Court Reporter/Transcriber: Khristine Sellin, (212) 805-0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 12/1/2020. Redacted Transcript Deadline set for 12/11/2020. Release of Transcript Restriction set for 2/8/2021..(McGuirk, Kelly) (Entered: 11/10/2020) |
| 11/10/2020 | 950 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a TRIAL proceeding held on 10/22/20 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days....(McGuirk, Kelly) (Entered: 11/10/2020) |
| 11/10/2020 | 951 | TRANSCRIPT of Proceedings re: TRIAL held on 10/23/2020 before Judge Lorna G. Schofield. Court Reporter/Transcriber: Khristine Sellin, (212) 805-0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 12/1/2020. Redacted Transcript Deadline set for 12/11/2020. Release of Transcript Restriction set for 2/8/2021..(McGuirk, Kelly) (Entered: 11/10/2020) |
| 11/10/2020 | 952 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a TRIAL proceeding held on 10/23/2020 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days....(McGuirk, Kelly) (Entered: 11/10/2020) |
| 11/10/2020 | 953 | TRANSCRIPT of Proceedings re: TRIAL held on 10/26/2020 before Judge Lorna G. Schofield. Court Reporter/Transcriber: Khristine Sellin, (212) 805-0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 12/1/2020. Redacted Transcript Deadline set for 12/11/2020. Release of Transcript Restriction set for 2/8/2021..(McGuirk, Kelly) (Entered: 11/10/2020) |

| 11/10/2020 | 954 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a TRIAL proceeding held on 10/26/2020 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days....(McGuirk, Kelly) (Entered: 11/10/2020) |
| --- | --- | --- |
| 11/10/2020 | 955 | TRANSCRIPT of Proceedings re: TRIAL held on 10/27/2020 before Judge Lorna G. Schofield. Court Reporter/Transcriber: Khristine Sellin, (212) 805-0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 12/1/2020. Redacted Transcript Deadline set for 12/11/2020. Release of Transcript Restriction set for 2/8/2021..(McGuirk, Kelly) (Entered: 11/10/2020) |
| 11/10/2020 | 956 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a TRIAL proceeding held on 10/27/20 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days....(McGuirk, Kelly) (Entered: 11/10/2020) |
| 11/13/2020 | 957 | JOINT LETTER addressed to Judge Lorna G. Schofield from Nicholas Groombridge dated November 13, 2020 re: Potential Agreements for Interim Measures. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Groombridge, Nicholas) (Entered: 11/13/2020) |
| 11/16/2020 | 958 | MEMO ENDORSEMENT on re: 957 Letter, filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc. ENDORSEMENT: The parties shall continue to meet and confer, and shall advise the Court if further assistance is necessary. (Signed by Judge Lorna G. Schofield on 11/16/2020) (cf) (Entered: 11/16/2020) |
| 12/04/2020 | 959 | MOTION for Judgment as a Matter of Law *, A New Trial or Remittitur under Rules 50(b) and 59.* Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Groombridge, Nicholas) (Entered: 12/04/2020) |
| 12/04/2020 | 960 | MEMORANDUM OF LAW in Support re: 959 MOTION for Judgment as a Matter of Law *, A New Trial or Remittitur under Rules 50(b) and 59.* . Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Groombridge, Nicholas) (Entered: 12/04/2020) |
| 12/21/2020 | 961 | NOTICE of Filing of Deposition Testimony Played at Trial. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4).(Cutri, Gianni) (Entered: 12/21/2020) |
| 01/05/2021 | 962 | LETTER MOTION to Seal *exhibits in support of TriZetto's Opposition to Syntel's Motion for Judgment as a Matter of Law, a New Trial, or Remittitur and Motion for a Permanent Injunction and Pre- and Post-Judgment Interest* addressed to Judge Lorna G. Schofield from Gianni Cutri dated 1/5/2021. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 01/05/2021) |
| 01/05/2021 | 963 | MEMORANDUM OF LAW in Opposition re: 959 MOTION for Judgment as a Matter of Law *, A New Trial or Remittitur under Rules 50(b) and 59. and Motion for a Permanent Injunction and Pre- and Post-Judgment Interest.* Document filed by |

| | | |
|---|---|---|
| | | Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 01/05/2021) |
| 01/05/2021 | 964 | ***SELECTED PARTIES***DECLARATION of Adam Kaufmann in Opposition re: 959 MOTION for Judgment as a Matter of Law *, A New Trial or Remittitur under Rules 50(b) and 59.*. Document filed by The Trizetto Group, Inc., Cognizant Technology Solutions Corp., Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13)Motion or Order to File Under Seal: 962 .(Cutri, Gianni) (Entered: 01/05/2021) |
| 01/05/2021 | 965 | MOTION for Permanent Injunction *and Pre- and Post-Judgment Interest*. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Text of Proposed Order).(Cutri, Gianni) (Entered: 01/05/2021) |
| 01/29/2021 | 966 | MEMORANDUM OF LAW in Opposition re: 965 MOTION for Permanent Injunction *and Pre- and Post-Judgment Interest. and REPLY MEMORANDUM OF LAW in Support re: 959 MOTION for Judgment as a Matter of Law, A New Trial or Remittitur under Rules 50(b) and 59*. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Groombridge, Nicholas) (Entered: 01/29/2021) |
| 01/29/2021 | 967 | DECLARATION of Nicholas Groombridge in Support re: 959 MOTION for Judgment as a Matter of Law *, A New Trial or Remittitur under Rules 50(b) and 59.*. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit 1 - January 8, 2021 Order in Motorola Sols. Inc. v. Hytera Commc'ns Ltd., # 2 Exhibit 2 - Excerpt of the Court's Final Charge for Parties Court Draft (Damages) for Final Charging Conference, # 3 Exhibit 3 - December 17, 2020 Order in Motorola Sols. Inc. v. Hytera Commc'ns Ltd., # 4 Exhibit 4 - November 13, 2020 joint letter in Syntel Sterling Best Shores Mauritius Limited, et al. v. The TriZetto Grp., Inc., et al, # 5 Exhibit 5 - SDNY Is Back in the Civil Jury Trial Business With $855 Million Verdict, LAW.COM (Oct. 27, 2020), # 6 Exhibit 6 - Declaration of Glenn C. Sheets). (Groombridge, Nicholas) (Entered: 01/29/2021) |
| 01/29/2021 | 968 | LETTER MOTION for Oral Argument addressed to Judge Lorna G. Schofield from Nicholas Groombridge dated January 29, 2021. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Groombridge, Nicholas) (Entered: 01/29/2021) |
| 02/02/2021 | 969 | PROPOSED ORDER FOR WITHDRAWAL OF ATTORNEY. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Alpert, Melissa) (Entered: 02/02/2021) |
| 02/03/2021 | 970 | NOTICE AND ORDER TO WITHDRAW AS COUNSEL: Melissa R. Alpert hereby withdraws as counsel for Syntel Sterling Best Shores Mauritius Limited and Syntel, Inc, and shall be removed from the Case Management/Electronic Case Files (CM/ECF) notification list in the above-captioned matter. (As further set forth in this Order.) Attorney Melissa Alpert terminated. (Signed by Judge Lorna G. Schofield on 2/3/2021) (cf) (Entered: 02/03/2021) |
| 02/09/2021 | 971 | REPLY MEMORANDUM OF LAW in Support re: 965 MOTION for Permanent Injunction *and Pre- and Post-Judgment Interest*. . Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 02/09/2021) |

| 02/09/2021 | 972 | DECLARATION of Adam Kaufmann in Support re: 965 MOTION for Permanent Injunction *and Pre- and Post-Judgment Interest*.. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit 14, # 2 Exhibit 15).(Cutri, Gianni) (Entered: 02/09/2021) |
|---|---|---|
| 02/09/2021 | 973 | PROPOSED ORDER. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. Related Document Number: 965 ..(Cutri, Gianni) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 02/09/2021) |
| 02/09/2021 | 974 | LETTER MOTION for Oral Argument *on Plaintiffs' Motion for Judgment as a Matter of Law, a New Trial, or Remittitur Pursuant to Federal Rules of Civil procedure 50(b) and 59 (Dkt. 959; Dkt. 960) and on Defendants' Motion for a Permanent Injunction and Pre- and Post-Judgment Interest (Dkt. 963; Dkt. 965)* addressed to Judge Lorna G. Schofield from Gianni Cutri dated 2/9/2021. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 02/09/2021) |
| 02/09/2021 | 975 | NOTICE of Supplemental Authority in Support of TriZetto's Opposition to Syntel's Motion for JMOL re: 963 Memorandum of Law in Opposition to Motion,. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit 1).(Cutri, Gianni) (Entered: 02/09/2021) |
| 02/10/2021 | | **\*\*\*NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. 973 Proposed Order was reviewed and approved as to form. (km)** (Entered: 02/10/2021) |
| 04/20/2021 | 976 | ORDER granting in part and denying in part 686 Letter Motion to Seal; granting in part and denying in part 726 Letter Motion to Seal; granting in part and denying in part 780 Letter Motion to Seal; granting in part and denying in part 805 Letter Motion to Seal; granting in part and denying in part 848 Letter Motion to Seal; granting in part and denying in part 854 Letter Motion to Seal; granting in part and denying in part 889 Letter Motion to Seal; granting in part and denying in part 917 Letter Motion to Seal; granting in part and denying in part 936 Letter Motion to Seal; granting in part and denying in part 962 Letter Motion to Seal. WHEREAS, the parties have filed several motions to seal in connection with their (1) pre-trial motions in limine ("MIL") (Dkt. Nos. 686, 726, 780, 805, 848, 854, 889), (2) a filing made during trial (Dkt. No. 917), (3) trial exhibits (Dkt. No. 936) and (4) post-trial motions (Dkt. No. 962). For the reasons below, the motions to seal are GRANTED in part and DENIED in part without prejudice to renewal. (As further set forth in this Order.) ORDERED that the foregoing denials are without prejudice to renewal. The parties shall consider carefully the principles stated above to determine whether to renew any requests to seal. The Court anticipates that any renewed requests to seal will be substantially fewer and narrower. To the extent the parties seek to renew any request to seal, they shall do so by May 11, 2021. ORDERED that the parties shall consolidate their renewed requests to seal any pretrial filings in a single joint filing and in a format similar to the parties previous applications (e.g., Dkt. No. 686). All renewed requests to seal shall comply with Individual Rule I.D.3, except that no hard copies shall be delivered to Chambers per the Emergency Individual Rules. For all renewed requests, the parties shall provide specific justifications particular to each document, and to the extent necessary particular redactions, and attach or "electronically relate" to the application the relevant documents under seal with the proposed redactions tailored to the information sought to be sealed. The parties shall bear in mind the above rulings and provide justifications that apply the applicable legal standards (e.g., the parties shall state why the document is a judicial document and state whether the First Amendment presumption of access applies). The Court will not entertain any applications to seal entire documents unless such request is accompanied by a justification demonstrating why all of the information in the document warrants sealing. ORDERED that to the extent the parties seek to renew their applications to seal or redact trial exhibits, they shall also file a proposed joint sealing |

| | | |
|---|---|---|
| | | order, which articulates as to each exhibit, and to the extent necessary particular redactions, in a non-conclusory fashion, what the exhibit is, why sealing the exhibit is necessary to preserve higher values and how the sealing order is narrowly tailored to achieve that aim. ORDERED that within two weeks of the Court's ruling on any renewed application, the parties shall file in an orderly fashion the public versions of the filings currently under seal, consistent with the Courts rulings. The documents shall reflect the redactions approved above or upon the renewed application. If the Court has approved sealing an entire document, the public version of that document shall be a single page stating that the document is filed under seal. The Clerk of Court is respectfully directed to close Dkt. Nos. 686, 726, 780, 805, 848, 854, 889, 917, 936 and 962. (Signed by Judge Lorna G. Schofield on 4/20/2021) (cf) (Entered: 04/20/2021) |
| 04/20/2021 | 977 | MEMORANDUM AND OPINION re: 928 MOTION for Judgment *as a Matter of Law*. filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc., 974 LETTER MOTION for Oral Argument *on Plaintiffs' Motion for Judgment as a Matter of Law, a New Trial, or Remittitur Pursuant to Federal Rules of Civil procedure 50(b) and 59 (Dkt. 959; Dkt. 960) and on Defendants' Motion for a Permanent In* filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc., 965 MOTION for Permanent Injunction and Pre- and Post-Judgment Interest. filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc., 959 MOTION for Judgment as a Matter of Law , A New Trial or Remittitur under Rules 50(b) and 59. filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc., 921 MOTION for Judgment as a Matter of Law . filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc., 968 LETTER MOTION for Oral Argument addressed to Judge Lorna G. Schofield from Nicholas Groombridge dated January 29, 2021. filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. Accordingly, equitable considerations counsel against awarding prejudgment interest in this case. Post-judgment interest, which is mandatory for any money judgment recovered in a civil case, see 28 U.S.C. § 1961, is granted. For the foregoing reasons, Syntel's motions for judgment as a matter of law, or in the alternative for a new trial or remittitur, pursuant to Rules 50 and 59 are DENIED, except that Syntel's request for a new trial or remittitur on punitive damages is GRANTED. The punitive damages award of $569,710,384 will be reduced to $284,855,192 if TriZetto agrees to remittitur. Otherwise, Syntel's motion for a new trial on the issue of punitive damages is granted. TriZetto shall advise the Court of its decision no later than May 4, 2021. TriZetto's applications for permanent injunction and post-judgment interest are GRANTED and the request for prejudgment interest is DENIED. By May 4, 2021 the parties shall meet and confer and submit a proposed order for a permanent injunction consistent with this Opinion and Rule 65(d). TriZetto's Rule 50(a) motion and the parties' requests for oral argument on the motions are DENIED as moot. The Clerk of Court is respectfully directed to close Dkt. Nos. 921, 928, 959, 965, 968, 974. SO ORDERED. (Signed by Judge Lorna G. Schofield on 4/20/2021) (ks) (Entered: 04/20/2021) |
| 04/30/2021 | 978 | JOINT LETTER addressed to Judge Lorna G. Schofield from Gianni Cutri dated 4/30/2021 re: extension of deadline for submission of proposed permanent injunction order. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 04/30/2021) |
| 05/03/2021 | 979 | MEMO ENDORSEMENT re: 978 Letter, filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc. ENDORSEMENT: The parties' application is granted. The parties shall submit a proposed order for a permanent injunction by May 7, 2021. So Ordered. (Signed by Judge Lorna G. Schofield on 5/3/2021) (nb) (Entered: 05/03/2021) |
| 05/04/2021 | 980 | NOTICE of TriZetto's Position re Remittitur. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 05/04/2021) |

| 05/05/2021 | 981 | MEMO ENDORSEMENT on re: 980 Notice (Other) filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc. ENDORSEMENT: The parties shall file a proposed form of judgment by May 7, 2021. If there is any dispute, the parties shall indicate alternative language. (Signed by Judge Lorna G. Schofield on 5/5/2021) (cf) (Entered: 05/05/2021) |
|---|---|---|
| 05/05/2021 | 982 | JOINT LETTER addressed to Judge Lorna G. Schofield from Gianni Cutri dated 5/5/2021 re: extension of deadlines for submission of proposed permanent injunction order and proposed form of judgment. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 05/05/2021) |
| 05/06/2021 | 983 | MEMO ENDORSEMENT on re: 982 Letter, filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc. ENDORSEMENT: The parties' request for an extension is GRANTED. The parties shall submit a proposed order for a permanent injunction and a proposed form of judgment by May 14, 2021. Additional time is provided to ensure that the parties complete their negotiations. (Signed by Judge Lorna G. Schofield on 5/6/2021) (cf) (Entered: 05/06/2021) |
| 05/10/2021 | 984 | JOINT LETTER addressed to Judge Lorna G. Schofield from Gianni Cutri and Crystal Parker dated 5/10/2021 re: extension of time to submit renewed sealing requests. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc... (Cutri, Gianni) (Entered: 05/10/2021) |
| 05/11/2021 | 985 | MEMO ENDORSEMENT on re: 984 Letter, filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc. ENDORSEMENT: The parties' application is untimely per Individual Rule I.B.2, but nevertheless is GRANTED. The parties shall submit their sealing requests by May 14, 2021. (Signed by Judge Lorna G. Schofield on 5/11/2021) (cf) (Entered: 05/11/2021) |
| 05/14/2021 | 986 | JOINT LETTER MOTION to Seal *Certain Exhibits in Support of the Parties' Motions in Limine and Post-Trial Briefing* addressed to Judge Lorna G. Schofield from Nicholas Groombridge dated May 14, 2021. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Groombridge, Nicholas) (Entered: 05/14/2021) |
| 05/14/2021 | 987 | ***SELECTED PARTIES***DECLARATION of Nicholas Groombridge in Support re: 986 JOINT LETTER MOTION to Seal *Certain Exhibits in Support of the Parties' Motions in Limine and Post-Trial Briefing* addressed to Judge Lorna G. Schofield from Nicholas Groombridge dated May 14, 2021.. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc., Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit 1 - Britven Expert Report, # 2 Exhibit 2 - Plumpe Rebuttal Expert Report, # 3 Exhibit 3 - Syntel File, # 4 Exhibit 4 - Britven Post-Trial Relief Declaration, # 5 Exhibit 5 - Excerpt from Plumpe Rebuttal Expert Report)Motion or Order to File Under Seal: 986 .(Groombridge, Nicholas) (Entered: 05/14/2021) |
| 05/14/2021 | 988 | JOINT LETTER MOTION to Seal *or Redact Certain Trial Exhibits* addressed to Judge Lorna G. Schofield from Gianni Cutri dated 5/14/2021. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Appendix A, # 2 Appendix B).(Cutri, Gianni) (Entered: 05/14/2021) |
| 05/14/2021 | 989 | NOTICE of Proposed Order for a Permanent Injunction and Final Judgment. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B).(Cutri, Gianni) (Entered: 05/14/2021) |
| 05/14/2021 | 990 | LETTER MOTION to Seal *Exhibit in Conjunction with Proposed Injunction Order* addressed to Judge Lorna G. Schofield from Gianni Cutri dated 5/14/2021. Document |

| | | |
|---|---|---|
| | | filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 05/14/2021) |
| 05/14/2021 | 991 | ***SELECTED PARTIES***DECLARATION of Justin Singh in Support re: 990 LETTER MOTION to Seal *Exhibit in Conjunction with Proposed Injunction Order* addressed to Judge Lorna G. Schofield from Gianni Cutri dated 5/14/2021.. Document filed by The Trizetto Group, Inc., Cognizant Technology Solutions Corp., Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit 1)Motion or Order to File Under Seal: 990 .(Cutri, Gianni) (Entered: 05/14/2021) |
| 05/14/2021 | 992 | DECLARATION of Justin Singh in Support re: 990 LETTER MOTION to Seal *Exhibit in Conjunction with Proposed Injunction Order* addressed to Judge Lorna G. Schofield from Gianni Cutri dated 5/14/2021.. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit 1).(Cutri, Gianni) (Entered: 05/14/2021) |
| 05/18/2021 | 993 | PERMANENT INJUNCTION ORDER Based on the jurys finding that Syntel Sterling Best Shores Mauritius Limited and Syntel, Inc. (collectively "Syntel") misappropriated The TriZetto Group, Inc. and Cognizant Technology Solutions Corp. (collectively "TriZetto") trade secrets and infringed TriZetto's copyrights, this Court finds: TriZetto has succeeded on the merits of its claims against Syntel. Syntel, their officers, agents, servants, employees, distributors and resellers of any type, and attorneys, and all those persons in active concert or participation with any of them who receive actual notice of the order by personal service or otherwise, shall undertake the following steps to remove from their possession and quarantine any TriZetto Trade Secret Information or Copyrighted Works, see 18 U.S.C. § 1836(3)(A)(ii); 17 U.S.C. § 502(a): Syntel will engage an e-discovery vendor to assist with the identification, collection, and removal of any TriZetto Trade Secret Information and Copyrighted Works, while also preserving all data in connection with Syntel's obligations in pending litigations in the U.S. and other countries. TriZetto may audit, through audits conducted by an independent third party, and in compliance the Protective Order in this case, the following data sources in Syntel's possession: as further set forth in this Order. (Signed by Judge Lorna G. Schofield on 5/18/2021) (cf) (Entered: 05/18/2021) |
| 05/18/2021 | 994 | FINAL JUDGMENT: A jury trial commenced in the above-captioned case on October 19, 2020, and on October 27, 2020, the jury reached and returned its unanimous verdict finding: TriZetto should be awarded $284,855,192 for Syntel's misappropriation of TriZettos trade secrets under the DTSA; $142,427,596 for Syntel's misappropriation of TriZetto's trade secrets under New York law; $59,100,000 for Syntel's infringement of TriZetto's copyrights; that the total amount of compensatory damages TriZetto is entitled to receive is $284,855,192; and that TriZetto was entitled to punitive damages in the amount of $569,710,384. (As further set forth in this Order.) (Signed by Judge Lorna G. Schofield on 5/18/2021) (cf) (Entered: 05/18/2021) |
| 05/26/2021 | 995 | NOTICE OF APPEAL from 993 Permanent Injunction,, 977 Memorandum & Opinion,,,, 994 Judgment,,. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. Filing fee $ 505.00, receipt number ANYSDC-24594114. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit.. (Groombridge, Nicholas) (Entered: 05/26/2021) |
| 05/26/2021 | 996 | PROPOSED ORDER TO SHOW CAUSE WITH EMERGENCY RELIEF. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. Related Document Number: [977, 993, 994]..(Groombridge, Nicholas) **Proposed Order to Show Cause to be reviewed by Clerk's Office staff.** (Entered: 05/26/2021) |
| 05/26/2021 | 997 | MEMORANDUM OF LAW in Support re: 996 Proposed Order to Show Cause With Emergency Relief, *(Memorandum in Support of Order to Show Cause for Approval of* |

| | | |
|---|---|---|
| | | *Supersedeas Bond and to Stay Execution of Judgment)*. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Groombridge, Nicholas) (Entered: 05/26/2021) |
| 05/26/2021 | 998 | DECLARATION of Nicholas Groombridge in Support re: 996 Proposed Order to Show Cause With Emergency Relief,. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit 1 - Bond).(Groombridge, Nicholas) (Entered: 05/26/2021) |
| 05/27/2021 | | **\*\*\*NOTICE TO COURT REGARDING PROPOSED ORDER TO SHOW CAUSE WITH EMERGENCY RELIEF. Document No. 996 Proposed Order to Show Cause With Emergency Relief, was reviewed and approved as to form. (dt)** (Entered: 05/27/2021) |
| 05/27/2021 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 995 Notice of Appeal. (tp) (Entered: 05/27/2021) |
| 05/27/2021 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 995 Notice of Appeal, filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc. were transmitted to the U.S. Court of Appeals. (tp) (Entered: 05/27/2021) |
| 05/27/2021 | 999 | ORDER TO SHOW CAUSE FOR APPROVAL OF SUPERSEDEAS BOND UNDER FEDERAL RULE OF CIVIL PROCEDURE 62(b) AND TO STAY EXECUTION OF JUDGMENT: It is, ORDERED that Defendants/Counterclaim-Plaintiffs The TriZetto Group, Inc. and Cognizant Technology Solutions Corp. (collectively, TriZetto) appear before the Honorable Lorna G. Schofield, United States District Judge for the Southern District of New York on written submission, to show cause why an Order should not be issued pursuant to Rule 62(b) of the Federal Rules of Civil Procedure, approving the supersedeas bond and granting a stay of execution of the judgment entered on May 18, 2021 in this matter (D.I. 994). ORDERED that electronic service and filing of a copy of this order, together with the papers upon which it is granted, upon TriZetto's counsel on or before 4:00pm, May 28, shall be deemed good and sufficient service thereof. ORDERED that answering papers, if any, shall be served and electronically filed no later than 11:59pm, on June 2, 2021, and that reply papers, if any, shall be served and electronically filed no later than 11:59pm on June 4, 2021. ORDERED that a temporary stay of execution of judgment is in effect pending the Court's ultimate decision on the instant Order to Show Cause., (Replies due by 6/4/2021.) Show Cause Response due by 6/2/2021. (Signed by Judge Lorna G. Schofield on 5/27/2021) (nb) (Entered: 05/27/2021) |
| 05/27/2021 | 1000 | CERTIFICATE OF SERVICE of Order to Show Cause, Memorandum of Law in Support, and Declaration of Nicholas Groombridge served on The TriZetto Group, Inc. and Cognizant Technology Solutions Corp. on May 27, 2021. Service was made by Email. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc... (Parker, Crystal) (Entered: 05/27/2021) |
| 06/02/2021 | 1001 | LETTER addressed to Judge Lorna G. Schofield from Gianni Cutri dated 6/2/2021 re: supersedeas bond. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 06/02/2021) |
| 06/03/2021 | 1002 | MOTION for Adam Kaufmann to Withdraw as Attorney . Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Text of Proposed Order).(Kaufmann, Adam) (Entered: 06/03/2021) |
| 06/03/2021 | 1003 | ORDER: It is hereby ORDERED that Plaintiffs' request for approval of the supersedeas bond and stay of execution of judgment pursuant to Rule 62(b) is GRANTED. The supersedeas bond in the form attached to Plaintiffs declaration at Docket No. 998 is |

| | | |
|---|---|---|
| | | approved. Execution of the judgment entered on May 18, 2021, is stayed. (As further set forth in this Order.) (Signed by Judge Lorna G. Schofield on 6/3/2021) (cf) Transmission to Finance Unit (Cashiers) for processing. (Entered: 06/03/2021) |
| 06/04/2021 | 1004 | ORDER GRANTING WITHDRAWAL OF APPEARANCE granting 1002 Motion to Withdraw as Attorney. For good cause shown, the Court finds that the Motion of Adam Kaufmann for leave to withdraw should be granted. It is therefore Ordered that Adam Kaufmann is hereby withdrawn as counsel of record for Defendants/Counterclaim-Plaintiffs The TriZetto Group, Inc., n/k/a Cognizant TriZetto Software Group, Inc. and Cognizant Technology Solutions Corp. in the above-referenced matter and that he be removed from electronic notification in this matter. The Clerk of Court is respectfully directed to terminate Adam Kaufmann as counsel of record for Defendants/Counterclaim-Plaintiffs. Attorney Adam M. Kaufmann terminated. (Signed by Judge Lorna G. Schofield on 6/4/2021) (mml) (Entered: 06/04/2021) |
| 06/09/2021 | 1005 | MEMO ENDORSEMENT on re: 990 LETTER MOTION to Seal *Exhibit in Conjunction with Proposed Injunction Order* addressed to Judge Lorna G. Schofield from Gianni Cutri dated 5/14/2021. filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. ENDORSEMENT: Defendants' application is GRANTED. The excerpts of the Master Software License and Services Agreement between TriZetto and California Physicians' Service d/b/a Blue Shield of California at Dkt. No. 991 shall remain under seal with access limited to counsel of record for all parties. (Signed by Judge Lorna G. Schofield on 6/9/2021) (kv) (Entered: 06/09/2021) |
| 06/11/2021 | 1006 | ORDER: It is hereby ORDERED that the parties shall submit a proposed joint sealing order related to their request to seal trial exhibits in accordance with the foregoing findings by June 25, 2021. (As further set forth in this Order.) (Signed by Judge Lorna G. Schofield on 6/11/2021) (cf) (Entered: 06/11/2021) |
| 06/11/2021 | 1007 | ORDER: It is hereby ORDERED that parties' proposed redactions are accepted for the reasons explained in the chart below. (As further set forth in this Order.) It is further ORDERED that the parties shall file the documents in redacted form on the public docket by June 25, 2021. (Signed by Judge Lorna G. Schofield on 6/11/2021) (cf) (Entered: 06/11/2021) |
| 06/23/2021 | 1008 | MEMORANDUM OF LAW in Support re: 727 MOTION in Limine #1 - *Syntel's Motion in Limine to Exclude Expert Testimony Of Thomas Britven. (Redacted).* Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Norbitz, Todd) (Entered: 06/23/2021) |
| 06/23/2021 | 1009 | DECLARATION of Todd C. Norbitz in Support re: 727 MOTION in Limine #1 - *Syntel's Motion in Limine to Exclude Expert Testimony Of Thomas Britven..* Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4).(Norbitz, Todd) (Entered: 06/23/2021) |
| 06/23/2021 | 1010 | MEMORANDUM OF LAW in Support re: 730 MOTION in Limine #2 - *Syntel's Motion in Limine to Exclude The Testimony Of Bryan P. Bergeron. (Redacted).* Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Norbitz, Todd) (Entered: 06/23/2021) |
| 06/23/2021 | 1011 | DECLARATION of Todd C. Norbitz in Support re: 730 MOTION in Limine #2 - *Syntel's Motion in Limine to Exclude The Testimony Of Bryan P. Bergeron..* Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3).(Norbitz, Todd) (Entered: 06/23/2021) |
| 06/23/2021 | 1012 | MEMORANDUM OF LAW in Support re: 733 MOTION in Limine #5 - *Syntel's Motion in Limine to Preclude Defendants From Introducing As Evidence, Or From* |

| | | |
|---|---|---|
| | | *Otherwise Making Any Reference To The Forensic Report Of Samuel S. Rubin And Related Materials/Information. (Redacted)*. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Norbitz, Todd) (Entered: 06/23/2021) |
| 06/23/2021 | 1013 | DECLARATION of Todd C. Norbitz in Support re: 733 MOTION in Limine #5 - *Syntel's Motion in Limine to Preclude Defendants From Introducing As Evidence, Or From Otherwise Making Any Reference To The Forensic Report Of Samuel S. Rubin And Related Materials/Information.*. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16).(Norbitz, Todd) (Entered: 06/23/2021) |
| 06/23/2021 | 1014 | MEMORANDUM OF LAW in Support re: 736 MOTION in Limine #6 - *Syntel's Motion in Limine to Preclude Defendants From Introducing At Trial Or From Otherwise Making Any Reference To The Non-Trizetto Material Identified In The Forensic Report. (Redacted)*. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Norbitz, Todd) (Entered: 06/23/2021) |
| 06/23/2021 | 1015 | DECLARATION of Todd C. Norbitz in Support re: 736 MOTION in Limine #6 - *Syntel's Motion in Limine to Preclude Defendants From Introducing At Trial Or From Otherwise Making Any Reference To The Non-Trizetto Material Identified In The Forensic Report.*. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14).(Norbitz, Todd) (Entered: 06/23/2021) |
| 06/23/2021 | 1016 | MEMORANDUM OF LAW in Support re: 739 MOTION in Limine #7 - *Syntel's Motion in Limine to Preclude Samuel S. Rubin From Testifying At Trial. (Redacted)*. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Norbitz, Todd) (Entered: 06/23/2021) |
| 06/23/2021 | 1017 | DECLARATION of Todd C. Norbitz in Support re: 739 MOTION in Limine #7 - *Syntel's Motion in Limine to Preclude Samuel S. Rubin From Testifying At Trial.*. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3).(Norbitz, Todd) (Entered: 06/23/2021) |
| 06/23/2021 | 1018 | MEMORANDUM OF LAW in Support re: 748 MOTION in Limine #13 - *Syntel's Motion in Limine to Preclude Chuck Sanders From Offering Testimony Relating To The Data Dictionary Generally And Whether The Data Dictionary Is Subsumed Within The Copyright Registration For The Facets 5. (Redacted). Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Norbitz, Todd) (Entered: 06/23/2021)* |
| 06/23/2021 | 1019 | DECLARATION of Todd C. Norbitz in Support re: 748 MOTION in Limine #13 - *Syntel's Motion in Limine to Preclude Chuck Sanders From Offering Testimony Relating To The Data Dictionary Generally And Whether The Data Dictionary Is Subsumed Within The Copyright Registration For The Facets 5.. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2). (Norbitz, Todd) (Entered: 06/23/2021)* |
| 06/23/2021 | 1020 | RESPONSE in Opposition to Motion re: 692 MOTION in Limine *No. 2 - Defendants' Motion in Limine to Exclude Untimely Expert Opinions of Syntel Expert Daniel Roffman Contravening Court's Preclusion Order. (Redacted)*. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Norbitz, Todd) (Entered: 06/23/2021) |

| 06/23/2021 | 1021 | RESPONSE in Opposition to Motion re: 697 MOTION in Limine *No. 3 - Defendants' Motion in Limine for an Adverse Inference Instruction to Address Syntel's Failure to Produce Test Cases and Automation Scripts During Discovery. (Redacted)*. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Norbitz, Todd) (Entered: 06/23/2021) |
|---|---|---|
| 06/23/2021 | 1022 | RESPONSE in Opposition to Motion re: 703 MOTION in Limine *No. 4 - Defendants' Motion in Limine for an Adverse Inference regarding Syntel's Failure to Produce Relevant Evidence to the Forensic Examiner. (Redacted)*. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Norbitz, Todd) (Entered: 06/23/2021) |
| 06/23/2021 | 1023 | DECLARATION of Todd C. Norbitz in Opposition re: 703 MOTION in Limine *No. 4 - Defendants' Motion in Limine for an Adverse Inference regarding Syntel's Failure to Produce Relevant Evidence to the Forensic Examiner.*. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2).(Norbitz, Todd) (Entered: 06/23/2021) |
| 06/23/2021 | 1024 | RESPONSE in Opposition to Motion re: 707 MOTION in Limine *No. 5 - Defendants' Motion in Limine to Preclude Syntel from Presenting Testimony on Matters Over which Syntel Claimed Privilege During the Deposition of its Trial Witness Daniel Moore. (Redacted)*. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Norbitz, Todd) (Entered: 06/23/2021) |
| 06/23/2021 | 1025 | DECLARATION of Todd C. Norbitz in Opposition re: 707 MOTION in Limine *No. 5 - Defendants' Motion in Limine to Preclude Syntel from Presenting Testimony on Matters Over which Syntel Claimed Privilege During the Deposition of its Trial Witness Daniel Moore.*. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3).(Norbitz, Todd) (Entered: 06/23/2021) |
| 06/23/2021 | 1026 | RESPONSE in Opposition to Motion re: 710 MOTION in Limine *No. 6 - Defendants' Motion in Limine to Preclude Syntel from Introducing its own Termination Letter as Purported Evidence of its Claims. (Redacted)*. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Norbitz, Todd) (Entered: 06/23/2021) |
| 06/23/2021 | 1027 | RESPONSE in Opposition to Motion re: 717 MOTION in Limine *No. 7 - Defendants' Motion in Limine to Exclude Evidence and Argument Regarding the Non-Solicitation Provision of the MSA. (Redacted)*. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Norbitz, Todd) (Entered: 06/23/2021) |
| 06/23/2021 | 1028 | RESPONSE in Opposition to Motion re: 720 MOTION in Limine *No. 8 - Defendants' Motion in Limine to Preclude Syntel from Offering Irrelevant Evidence Regarding Project Koala Because it has Nothing to do with the Claims in this Case. (Redacted)*. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Norbitz, Todd) (Entered: 06/23/2021) |
| 06/23/2021 | 1029 | DECLARATION of Todd C. Norbitz in Opposition re: 720 MOTION in Limine *No. 8 - Defendants' Motion in Limine to Preclude Syntel from Offering Irrelevant Evidence Regarding Project Koala Because it has Nothing to do with the Claims in this Case.*. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10).(Norbitz, Todd) (Entered: 06/23/2021) |
| 06/23/2021 | 1030 | DECLARATION of Daniel M. Moore [PUBLIC VERSION] . Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit 1 - |

| | | |
|---|---|---|
| | | Letter, # 2 Exhibit 2 - Email, # 3 Exhibit 3 - Email).(Baughman, Jon) (Entered: 06/23/2021) |
| 06/23/2021 | 1031 | DECLARATION of Anil Agrawal [PUBLIC VERSION] . Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit 1 - Letter, # 2 Exhibit 2 - Email, # 3 Exhibit 3 - Email, # 4 Exhibit 4 - Email, # 5 Exhibit 5 - Website, # 6 Exhibit 6 - Memorandum of Agreement, # 7 Exhibit 7 - Letter, # 8 Exhibit 8 - Spreadsheet, # 9 Exhibit 9 - Email, # 10 Exhibit 10 - Email).(Baughman, Jon) (Entered: 06/23/2021) |
| 06/23/2021 | 1032 | LETTER addressed to Judge Lorna G. Schofield from Jaren Janghorbani dated October 24, 2020 re: Bergeron Cross Exhibits [PUBLIC VERSION]. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit 1 - Part 1 (Declaration of Jesse Stevenson), # 2 Exhibit 1 - Part 2 (Exhibit A to Declaration), # 3 Exhibit 1 - Part 3 (Exhibit B to Declaration), # 4 Exhibit 1 - Part 4 (Exhibit C to Declaration), # 5 Exhibit 2 - Email).(Janghorbani, Jaren) (Entered: 06/23/2021) |
| 06/24/2021 | 1033 | MEMORANDUM OF LAW in Support re: 687 MOTION in Limine *No. 1 - Defendants' Motion in Limine to Realign Parties and Order of Proof to Promote Orderly and Efficient Trial Process*. . Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 06/24/2021) |
| 06/24/2021 | 1034 | DECLARATION of Adam Kaufmann [Redacted Version] in Support re: 687 MOTION in Limine *No. 1 - Defendants' Motion in Limine to Realign Parties and Order of Proof to Promote Orderly and Efficient Trial Process*.. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit #1, # 2 Exhibit #2, # 3 Exhibit #3).(Cutri, Gianni) (Entered: 06/24/2021) |
| 06/24/2021 | 1035 | DECLARATION of Adam Kaufmann [Redacted Version] in Support re: 692 MOTION in Limine *No. 2 - Defendants' Motion in Limine to Exclude Untimely Expert Opinions of Syntel Expert Daniel Roffman Contravening Court's Preclusion Order*.. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit #1, # 2 Exhibit #2, # 3 Exhibit #3, # 4 Exhibit #4, # 5 Exhibit #5).(Cutri, Gianni) (Entered: 06/24/2021) |
| 06/24/2021 | 1036 | MEMORANDUM OF LAW in Support re: 697 MOTION in Limine *No. 3 - Defendants' Motion in Limine for an Adverse Inference Instruction to Address Syntel's Failure to Produce Test Cases and Automation Scripts During Discovery. [Redacted Version]*. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc... (Cutri, Gianni) (Entered: 06/24/2021) |
| 06/24/2021 | 1037 | DECLARATION of Adam Kaufmann [Redacted Version] in Support re: 697 MOTION in Limine *No. 3 - Defendants' Motion in Limine for an Adverse Inference Instruction to Address Syntel's Failure to Produce Test Cases and Automation Scripts During Discovery*.. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit #1).(Cutri, Gianni) (Entered: 06/24/2021) |
| 06/24/2021 | 1038 | MEMORANDUM OF LAW in Support re: 703 MOTION in Limine *No. 4 - Defendants' Motion in Limine for an Adverse Inference regarding Syntel's Failure to Produce Relevant Evidence to the Forensic Examiner. [Redacted Version]*. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 06/24/2021) |
| 06/24/2021 | 1039 | DECLARATION of Adam Kaufmann [Redacted Version] in Support re: 703 MOTION in Limine *No. 4 - Defendants' Motion in Limine for an Adverse Inference regarding Syntel's Failure to Produce Relevant Evidence to the Forensic Examiner*.. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: |

| | | # 1 Exhibit #1, # 2 Exhibit #2, # 3 Exhibit #3, # 4 Exhibit #4, # 5 Exhibit #5).(Cutri, Gianni) (Entered: 06/24/2021) |
|---|---|---|
| 06/24/2021 | 1040 | MEMORANDUM OF LAW in Support re: 707 MOTION in Limine *No. 5 - Defendants' Motion in Limine to Preclude Syntel from Presenting Testimony on Matters Over which Syntel Claimed Privilege During the Deposition of its Trial Witness Daniel Moore. [Redacted Version]*. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 06/24/2021) |
| 06/24/2021 | 1041 | DECLARATION of Adam Kaufmann [Redacted Version] in Support re: 707 MOTION in Limine *No. 5 - Defendants' Motion in Limine to Preclude Syntel from Presenting Testimony on Matters Over which Syntel Claimed Privilege During the Deposition of its Trial Witness Daniel Moore.*. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit #1, # 2 Exhibit #2, # 3 Exhibit #3, # 4 Exhibit #4, # 5 Exhibit #5).(Cutri, Gianni) (Entered: 06/24/2021) |
| 06/24/2021 | 1042 | MEMORANDUM OF LAW in Support re: 710 MOTION in Limine *No. 6 - Defendants' Motion in Limine to Preclude Syntel from Introducing its own Termination Letter as Purported Evidence of its Claims. [Redacted Version]*. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 06/24/2021) |
| 06/24/2021 | 1043 | DECLARATION of Adam Kaufmann [Redacted Version] in Support re: 710 MOTION in Limine *No. 6 - Defendants' Motion in Limine to Preclude Syntel from Introducing its own Termination Letter as Purported Evidence of its Claims.*. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit #1, # 2 Exhibit #2, # 3 Exhibit #3, # 4 Exhibit #4, # 5 Exhibit #5, # 6 Exhibit #6, # 7 Exhibit #7, # 8 Exhibit #8, # 9 Exhibit #9, # 10 Exhibit #10).(Cutri, Gianni) (Entered: 06/24/2021) |
| 06/24/2021 | 1044 | DECLARATION of Adam Kaufmann [Redacted Version] in Support re: 717 MOTION in Limine *No. 7 - Defendants' Motion in Limine to Exclude Evidence and Argument Regarding the Non-Solicitation Provision of the MSA.*. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit #1, # 2 Exhibit #2, # 3 Exhibit #3, # 4 Exhibit #4).(Cutri, Gianni) (Entered: 06/24/2021) |
| 06/24/2021 | 1045 | DECLARATION of Adam Kaufmann [Redacted Version] in Support re: 720 MOTION in Limine *No. 8 - Defendants' Motion in Limine to Preclude Syntel from Offering Irrelevant Evidence Regarding Project Koala Because it has Nothing to do with the Claims in this Case.*. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit #1, # 2 Exhibit #2, # 3 Exhibit #3, # 4 Exhibit #4, # 5 Exhibit #5, # 6 Exhibit #6, # 7 Exhibit #7, # 8 Exhibit #8, # 9 Exhibit #9, # 10 Exhibit #10).(Cutri, Gianni) (Entered: 06/24/2021) |
| 06/24/2021 | 1046 | DECLARATION of Adam Kaufmann [Redacted Version] in Support re: 727 MOTION in Limine *#1 - Syntel's Motion in Limine to Exclude Expert Testimony Of Thomas Britven.*. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit #1, # 2 Exhibit #2).(Cutri, Gianni) (Entered: 06/24/2021) |
| 06/24/2021 | 1047 | DECLARATION of Ryan Kane [Redacted Version] in Opposition re: 689 MOTION in Limine *#3 - Syntel's Motion in Limine to Preclude References to Discovery Proceedings, Disputes, Orders, and Sanctions.*. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit #1).(Cutri, Gianni) (Entered: 06/24/2021) |
| 06/24/2021 | 1048 | MEMORANDUM OF LAW in Opposition re: 742 MOTION in Limine *#8 - Syntel's Motion in Limine to Exclude Improper Testimony, Argument And References To Defendants Purported Repository Of Test Cases And Automation Scripts Not Produced* |

| | | |
|---|---|---|
| | | *In Discovery. [Redacted Version]*. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 06/24/2021) |
| 06/24/2021 | 1049 | DECLARATION of Adam Kaufmann [Redacted Version] in Opposition re: 744 MOTION in Limine *#11 - Syntel's Motion in Limine to Preclude The Facets Documentation Defendants Relied On In Opposition To Syntel's Summary Judgment Motion Regarding The Data Dictionary.*. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit #1, # 2 Errata #2). (Cutri, Gianni) (Entered: 06/24/2021) |
| 06/24/2021 | 1050 | DECLARATION of Adam Kaufmann [Redacted Version] in Opposition re: 712 MOTION in Limine *#12 - Syntel's Motion in Limine to Preclude Defendants From Offering Any Evidence Regarding Certificates Of Registration And Deposit Copies For Copyrighted Works, Other Than For Facets Version 5.10, Best Practices In IC.* Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit #1, # 2 Exhibit #2).(Cutri, Gianni) (Entered: 06/24/2021) |
| 06/24/2021 | 1051 | DECLARATION of Adam Kaufmann [Redacted Version] in Opposition re: 748 MOTION in Limine *#13 - Syntel's Motion in Limine to Preclude Chuck Sanders From Offering Testimony Relating To The Data Dictionary Generally And Whether The Data Dictionary Is Subsumed Within The Copyright Registration For The Facets 5..* Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit #1, # 2 Exhibit #2).(Cutri, Gianni) (Entered: 06/24/2021) |
| 06/24/2021 | 1052 | MEMORANDUM OF LAW in Opposition re: 751 MOTION in Limine *#15 - Syntel's Motion in Limine to Exclude Trial Testimony Of Mike Noonan. [Redacted Version]*. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc... (Cutri, Gianni) (Entered: 06/24/2021) |
| 06/24/2021 | 1053 | DECLARATION of Gianni Cutri [Redacted Version] in Opposition re: 751 MOTION in Limine *#15 - Syntel's Motion in Limine to Exclude Trial Testimony Of Mike Noonan..* Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit #1, # 2 Exhibit #2, # 3 Exhibit #3, # 4 Exhibit #4, # 5 Exhibit #5, # 6 Exhibit #6).(Cutri, Gianni) (Entered: 06/24/2021) |
| 06/24/2021 | 1054 | MEMORANDUM OF LAW in Opposition re: 754 MOTION in Limine *#16 - Syntel's Motion in Limine to Exclude Evidence That Facets Constitutes A Protectable Trade Secret. [Redacted Version]*. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 06/24/2021) |
| 06/24/2021 | 1055 | MEMORANDUM OF LAW in Opposition re: 694 MOTION in Limine *#4 - Syntel's Motion in Limine to Preclude Defendants From Offering Evidence Regarding The Existence Or Content Of The Preclusion Order And Related Materials. [Redacted Version]*. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 06/24/2021) |
| 06/24/2021 | 1056 | DECLARATION of Adam Kaufmann [Redacted Version] in Opposition re: 694 MOTION in Limine *#4 - Syntel's Motion in Limine to Preclude Defendants From Offering Evidence Regarding The Existence Or Content Of The Preclusion Order And Related Materials..* Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit #1, # 2 Exhibit #2, # 3 Exhibit #3, # 4 Exhibit #4, # 5 Exhibit #5, # 6 Exhibit #6).(Cutri, Gianni) (Entered: 06/24/2021) |
| 06/24/2021 | 1057 | MEMORANDUM OF LAW in Opposition re: 733 MOTION in Limine *#5 - Syntel's Motion in Limine to Preclude Defendants From Introducing As Evidence, Or From Otherwise Making Any Reference To The Forensic Report Of Samuel S. Rubin And Related Materials/Information. [Redacted Version]*. Document filed by Cognizant |

| | | |
|---|---|---|
| | | Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 06/24/2021) |
| 06/24/2021 | 1058 | DECLARATION of Adam Kaufmann [Redacted Version] in Opposition re: 733 MOTION in Limine #5 - *Syntel's Motion in Limine to Preclude Defendants From Introducing As Evidence, Or From Otherwise Making Any Reference To The Forensic Report Of Samuel S. Rubin And Related Materials/Information.*. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit #1, # 2 Exhibit #2, # 3 Exhibit #3, # 4 Exhibit #4, # 5 Exhibit #5).(Cutri, Gianni) (Entered: 06/24/2021) |
| 06/24/2021 | 1059 | MEMORANDUM OF LAW in Opposition re: 736 MOTION in Limine #6 - *Syntel's Motion in Limine to Preclude Defendants From Introducing At Trial Or From Otherwise Making Any Reference To The Non-Trizetto Material Identified In The Forensic Report. [Redacted Version]*. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 06/24/2021) |
| 06/24/2021 | 1060 | DECLARATION of Adam Kaufmann [Redacted Version] in Opposition re: 736 MOTION in Limine #6 - *Syntel's Motion in Limine to Preclude Defendants From Introducing At Trial Or From Otherwise Making Any Reference To The Non-Trizetto Material Identified In The Forensic Report.*. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit #1, # 2 Exhibit #2, # 3 Exhibit #3, # 4 Exhibit #4).(Cutri, Gianni) (Entered: 06/24/2021) |
| 06/24/2021 | 1061 | MEMORANDUM OF LAW in Opposition re: 739 MOTION in Limine #7 - *Syntel's Motion in Limine to Preclude Samuel S. Rubin From Testifying At Trial. [Redacted Version]*. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 06/24/2021) |
| 06/24/2021 | 1062 | DECLARATION of Adam Kaufmann [Redacted Version] in Opposition re: 739 MOTION in Limine #7 - *Syntel's Motion in Limine to Preclude Samuel S. Rubin From Testifying At Trial.*. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit #1, # 2 Exhibit #2, # 3 Exhibit #3). (Cutri, Gianni) (Entered: 06/24/2021) |
| 06/24/2021 | 1063 | REPLY MEMORANDUM OF LAW in Support re: 707 MOTION in Limine *No. 5 - Defendants' Motion in Limine to Preclude Syntel from Presenting Testimony on Matters Over which Syntel Claimed Privilege During the Deposition of its Trial Witness Daniel Moore. [Redacted Version]*. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 06/24/2021) |
| 06/24/2021 | 1064 | LETTER addressed to Judge Lorna G. Schofield from Gianni Cutri dated 10/16/2020 re: Syntel's transition rebates evidence [Redacted Version]. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit #1). (Cutri, Gianni) (Entered: 06/24/2021) |
| 06/24/2021 | 1065 | DECLARATION of Adam Kaufmann [Redacted Version] in Opposition re: 959 MOTION for Judgment as a Matter of Law *, A New Trial or Remittitur under Rules 50(b) and 59.*. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit #1, # 2 Exhibit #2, # 3 Exhibit #3, # 4 Exhibit #4, # 5 Exhibit #5, # 6 Exhibit #6, # 7 Exhibit #7, # 8 Exhibit #8, # 9 Exhibit #9, # 10 Exhibit #10, # 11 Exhibit #11, # 12 Exhibit #12, # 13 Exhibit #13).(Cutri, Gianni) (Entered: 06/24/2021) |
| 06/24/2021 | 1066 | DECLARATION of Adam Kaufmann [Redacted Version] in Opposition re: 742 MOTION in Limine #8 - *Syntel's Motion in Limine to Exclude Improper Testimony, Argument And References To Defendants Purported Repository Of Test Cases And Automation Scripts Not Produced In Discovery.*. Document filed by Cognizant |

| | | |
|---|---|---|
| | | Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit #1, # 2 Exhibit #2, # 3 Exhibit #3, # 4 Exhibit #4).(Cutri, Gianni) (Entered: 06/24/2021) |
| 06/24/2021 | 1067 | DECLARATION of Adam Kaufmann [Redacted Version] in Support re: 707 MOTION in Limine *No. 5 - Defendants' Motion in Limine to Preclude Syntel from Presenting Testimony on Matters Over which Syntel Claimed Privilege During the Deposition of its Trial Witness Daniel Moore..* Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit #1, # 2 Exhibit #2, # 3 Exhibit #3, # 4 Exhibit #4, # 5 Exhibit #5).(Cutri, Gianni) (Entered: 06/24/2021) |
| 06/25/2021 | 1068 | PROPOSED ORDER. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. Related Document Number: 988 ..(Cutri, Gianni) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 06/25/2021) |
| 06/25/2021 | | **\*\*\*NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. 1068 Proposed Order was reviewed and approved as to form. (km)** (Entered: 06/25/2021) |
| 07/13/2021 | 1069 | ORDER: ORDERED that the parties' May 14, 2021, application to seal trial exhibits (Dkt. No. 988) is GRANTED, as reflected below. (As further set forth in this Order.) ORDERED that both parties requests are GRANTED. Although "[t]he common law right of public access to judicial documents is firmly rooted in our nation's history," this right is not absolute and courts "must balance competing considerations against" the presumption of access. Lugosch v. Pyramid Co. of Onondaga, 435 F.3d 110, 11920 (2d Cir. 2006) (internal quotation marks omitted); see also Nixon v. Warner Commcns., Inc., 435 U.S. 589, 599 (1978) ("[T]he decision as to access is one best left to the sound discretion of the trial court, a discretion to be exercised in light of the relevant facts and circumstances of the particular case."). The proposed redactions and sealing requests are narrowly tailored to prevent unauthorized dissemination of sensitive business information. It is further ORDERED that the Trial Exhibits shall be treated as sealed in accordance with this Order. It is the parties' responsibility to maintain the trial exhibits. (Signed by Judge Lorna G. Schofield on 7/13/2021) (cf) (Entered: 07/13/2021) |
| 07/28/2021 | 1070 | JOINT LETTER MOTION for Extension of Time addressed to Judge Lorna G. Schofield from Nicholas Groombridge & Michael De Vries dated July 28, 2021. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc... (Groombridge, Nicholas) (Entered: 07/28/2021) |
| 07/29/2021 | 1071 | ORDER granting 1070 Letter Motion for Extension of Time. Application GRANTED. The deadline for Syntel to comply with the "Removal and Quarantine" procedure set forth in the May 18, 2021, Order is extended from August 16, 2021, to August 30, 2021. (Signed by Judge Lorna G. Schofield on 7/29/2021) (cf) (Entered: 07/29/2021) |
| 08/12/2021 | 1072 | JOINT LETTER MOTION for Extension of Time addressed to Judge Lorna G. Schofield from Nicholas Groombridge & Michael De Vries dated August 12, 2021. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc... (Groombridge, Nicholas) (Entered: 08/12/2021) |
| 08/12/2021 | 1073 | ORDER granting 1072 Letter Motion for Extension of Time. Application GRANTED. The deadline for Syntel to comply with the "Removal and Quarantine" procedure set forth in the May 18, 2021, Order is extended from August 30, 2021, to September 29, 2021. (Signed by Judge Lorna G. Schofield on 8/12/2021) (ate) (Entered: 08/12/2021) |

| 09/15/2021 | 1074 | JOINT LETTER MOTION for Extension of Time *to Comply with the "Removal and Quarantine" Procedure* addressed to Judge Lorna G. Schofield from Nicholas Groombridge and Michael De Vries dated September 15, 2021. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Groombridge, Nicholas) (Entered: 09/15/2021) |
| --- | --- | --- |
| 09/16/2021 | 1075 | ORDER: granting 1074 Letter Motion for Extension of Time. Application GRANTED. The deadline for Syntel to comply with the "Removal and Quarantine" procedure set forth in the May 18, 2021, Order is extended from September 29, 2021, to October 29, 2021. (Signed by Judge Lorna G. Schofield on 9/16/2021) (ama) (Entered: 09/16/2021) |
| 10/25/2021 | 1076 | JOINT LETTER MOTION for Extension of Time addressed to Judge Lorna G. Schofield from Nicholas Groombridge & Michael De Vries dated October 25, 2021. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc... (Groombridge, Nicholas) (Entered: 10/25/2021) |
| 10/25/2021 | 1077 | ORDER granting 1076 Letter Motion for Extension of Time. Application GRANTED. The deadline for Syntel to comply with the "Removal and Quarantine" procedure set forth in the May 18, 2021, Order is extended from October 29, 2021, to November 29, 2021.. (Signed by Judge Lorna G. Schofield on 10/25/2021) (kv) (Entered: 10/25/2021) |
| 11/17/2021 | 1078 | JOINT LETTER MOTION for Extension of Time *to Comply with Injunction* addressed to Judge Lorna G. Schofield from Nicholas Groombridge & Michael De Vries dated November 17, 2021. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Groombridge, Nicholas) (Entered: 11/17/2021) |
| 11/17/2021 | 1079 | ORDER granting 1078 Letter Motion for Extension of Time. Application GRANTED. The deadline for Syntel to comply with the "Removal and Quarantine" procedure set forth in the May 18, 2021, Order is extended from November 29, 2021, to December 29, 2021. (Signed by Judge Lorna G. Schofield on 11/17/2021) (mml) (Entered: 11/17/2021) |
| 12/17/2021 | 1080 | JOINT LETTER MOTION for Extension of Time addressed to Judge Lorna G. Schofield from Nicholas Groombridge & Michael De Vries dated December 17, 2021. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc... (Groombridge, Nicholas) (Entered: 12/17/2021) |
| 12/17/2021 | 1081 | ORDER granting 1080 Letter Motion for Extension of Time. Application GRANTED. The deadline for Syntel to comply with the "Removal and Quarantine" procedure set forth in the May 18, 2021, Order is extended from December 29, 2021, to January 31, 2022. (Signed by Judge Lorna G. Schofield on 12/17/2021) (mml) (Entered: 12/17/2021) |
| 01/25/2022 | 1082 | JOINT LETTER MOTION for Extension of Time addressed to Judge Lorna G. Schofield from Nicholas Groombridge & Michael De Vries dated January 25, 2022. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc... (Groombridge, Nicholas) (Entered: 01/25/2022) |
| 01/25/2022 | 1083 | ORDER granting 1082 Letter Motion for Extension of Time. Application GRANTED. The deadline for Syntel to comply with the "Removal and Quarantine" procedure set forth in the May 18, 2021, Order is extended from January 31, 2022, to February 28, 2022, only with respect to the computers in Syntel's storage in Pune, India. (Signed by Judge Lorna G. Schofield on 1/25/2022) (tg) (Entered: 01/25/2022) |
| 03/24/2022 | 1084 | PROPOSED ORDER FOR WITHDRAWAL OF ATTORNEY. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Copperman, Cecilia) (Entered: 03/24/2022) |

| 03/25/2022 | 1085 | NOTICE AND ORDER TO WITHDRAW AS COUNSEL: PLEASE TAKE NOTICE that upon the accompanying declaration of Cecilia Copperman, and subject to the approval of the Court, Cecilia Copperman hereby withdraws as counsel for Syntel Sterling Best Shores Mauritius Limited and Syntel, Inc., and shall be removed from the Case Management/Electronic Case Files (CM/ECF) notification list in the above captioned matter. Syntel Sterling Best Shores Mauritius Limited and Syntel, Inc. will continue to be presented by Nicholas P. Groombridge, Jaren Janghorbani, J. Steven Baughman, Kripa Raman, Crystal Parker, and Joshua D. Reich in this proceeding. Application GRANTED. The Clerk of Court is respectfully directed to terminate Cecilia Copperman's receipt of ECF notifications. (Signed by Judge Lorna G. Schofield on 3/25/2022) Attorney Cecilia Copperman terminated. (ks) (Entered: 03/25/2022) |
| --- | --- | --- |
| 05/09/2022 | 1086 | LETTER addressed to Judge Lorna G. Schofield from Nicholas Groombridge dated May 9, 2022 re: N.Y.R.P.C. Rule 1.12 Notice. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Groombridge, Nicholas) (Entered: 05/09/2022) |
| 11/30/2022 | 1087 | PROPOSED ORDER FOR WITHDRAWAL OF ATTORNEY. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Reich, Joshua) (Entered: 11/30/2022) |
| 11/30/2022 | 1088 | PROPOSED ORDER FOR WITHDRAWAL OF ATTORNEY. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. Related Document Number: [758- NOTICE OF APPEARANCE by Nicholas Groombridge; 759- NOTICE OF APPEARANCE by Jon Steven Baughman]..(Parker, Crystal) (Entered: 11/30/2022) |
| 12/01/2022 | 1089 | MEMO ENDORSEMENT on re: 1088 Proposed Order for Withdrawal of Attorney, filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc. ENDORSEMENT: So Ordered. The Clerk of Court is respectfully directed to terminate Nicholas Groombridge and J. Steven Baughman's receipt of ECF notifications. Attorney Jon Steven Baughman and Nicholas Groombridge terminated. (Signed by Judge Lorna G. Schofield on 12/1/2022) (ate) (Entered: 12/01/2022) |
| 12/01/2022 | | ***DELETED DOCUMENT. Deleted document number 1090 Memo Endorsement. The document was incorrectly filed in this case. (ate) (Entered: 12/01/2022) |
| 12/01/2022 | 1090 | MEMO ENDORSEMENT on re: 1087 Proposed Order for Withdrawal of Attorney filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc. ENDORSEMENT: So Ordered. The Clerk of Court is respectfully directed to terminate Joshua Reich's receipt of ECF notifications. Attorney Joshua D. Reich terminated. (Signed by Judge Lorna G. Schofield on 12/1/2022) (ate) (Entered: 12/01/2022) |
| 01/03/2023 | 1091 | PROPOSED ORDER FOR WITHDRAWAL OF ATTORNEY. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. Related Document Number: [472, 473]..(Cutri, Gianni) (Entered: 01/03/2023) |
| 01/03/2023 | 1092 | NOTICE AND ORDER TO WITHDRAW AS COUNSEL: PLEASE TAKE NOTICE that upon the accompanying declaration of Gianni Cutri, and subject to the approval of the Court, Benjamin A. Herbert hereby withdraws as counsel for Defendants/Counterclaim-Plaintiffs The TriZetto Group, Inc., n/k/a Cognizant TriZetto Software Group, Inc. and Cognizant Technology Solutions Corp. (collectively, TriZetto), and shall be removed from the Case Management/Electronic Case Files (CM/ECF) notification list in the above-captioned matter. TriZetto will continue to be presented by Adam R. Alper, Gianni L. Cutri, Andrew J. Morrill, Jacob Christian Rambeau, Joshua L. Simmons, Justin Singh, Kyle Kantarek, Leslie Schmidt, Michael W. De Vries, Patricia A. Carson, Ryan P. Kane, and Samuel F. Blake in this proceeding. Application GRANTED. Pursuant to Local Rule 1.4, remaining counsel for Defendants shall serve a |

| | | copy of the application to withdraw on their client. The Clerk of Court is respectfully directed to terminate Benjamin Herbert's receipt of ECF notifications. Attorney Benjamin Herbert terminated. (Signed by Judge Lorna G. Schofield on 1/3/2023) (tg) (Entered: 01/03/2023) |
|---|---|---|
| 05/25/2023 | 1093 | USCA OPINION (Certified) as to 995 Notice of Appeal, filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc. USCA Case Number 21-1370. USCA Case Number 21-1370. For the reasons stated in the opinion, we AFFIRM IN PART and VACATE IN PARTthe judgment of the district court and REMAND the case for further proceedingsconsistent with this opinion.. Catherine O'Hagan Wolfe, Clerk USCA for the Second Circuit. Certified: 5/25/2023..(nd) (Entered: 05/25/2023) |
| 05/25/2023 | | Transmission of USCA Opinion to the District Judge re: 1093 USCA Opinion..(nd) (Entered: 05/25/2023) |
| 06/23/2023 | 1094 | MANDATE of USCA (Certified Copy) as to 995 Notice of Appeal, filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc. USCA Case Number 21-1370. IT IS HEREBY ORDERED, ADJUDGED and DECREED that the District Court's judgment is AFFIRMED IN PART and VACATED IN PART and the case is REMANDED for further proceedings consistent with this Court's opinion.. Catherine O'Hagan Wolfe, Clerk USCA for the Second Circuit. Issued As Mandate: 6/23/2023. (Attachments: # 1 Opinion).(nd) (Entered: 06/23/2023) |
| 06/23/2023 | | Transmission of USCA Mandate to the District Judge re: 1094 USCA Mandate,,..(nd) (Entered: 06/23/2023) |
| 06/26/2023 | 1095 | ORDER: It is hereby ORDERED that the parties shall meet and confer. By July 14, 2023, the parties shall file a joint letter proposing how to proceed in this matter. (Signed by Judge Lorna G. Schofield on 6/26/2023) (tg) (Entered: 06/26/2023) |
| 07/14/2023 | 1096 | JOINT LETTER addressed to Judge Lorna G. Schofield from Gianni Cutri dated 7/14/2023 re: post-appeal briefing proposal. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 07/14/2023) |
| 07/17/2023 | 1097 | MEMO ENDORSEMENT: on re: 1096 Letter filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc. ENDORSEMENT: The parties' proposed briefing schedule is adopted. SO ORDERED., ( Motions due by 8/22/2023., Responses due by 9/26/2023, Replies due by 10/10/2023.) (Signed by Judge Lorna G. Schofield on 7/17/2023) (ama) (Entered: 07/17/2023) |
| 08/15/2023 | 1098 | SUPPLEMENTAL BRIEF *(Syntel's Opening Supplemental Damages Brief)*. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Janghorbani, Jaren) (Entered: 08/15/2023) |
| 08/15/2023 | 1099 | SUPPLEMENTAL BRIEF *TriZetto's Supplemental Brief Concerning Damages*. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc... (Cutri, Gianni) (Entered: 08/15/2023) |
| 08/15/2023 | 1100 | DECLARATION of Gianni Cutri re: 1099 Brief *TriZetto's Supplemental Brief Concerning Damages*. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit 1 - 10/22/2020 Draft Jury Charge, # 2 Exhibit 2 - 10/25/2020 Email Exchange, # 3 Exhibit 3 - 10/25/2020 Email Exchange). (Cutri, Gianni) (Entered: 08/15/2023) |
| 08/20/2023 | 1101 | CONSENT LETTER MOTION for Extension of Time *re Attorneys' Fees Briefing Schedule* addressed to Judge Lorna G. Schofield from Gianni Cutri dated 8/20/2023. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc... (Cutri, Gianni) (Entered: 08/20/2023) |

| 08/21/2023 | 1102 | ORDER: granting 1101 Letter Motion for Extension of Time. Application GRANTED. TriZetto shall file its opening brief regarding attorneys' fees by August 25, 2023. Syntel shall file a response by September 29, 2023. TriZetto shall file a reply by October 13, 2023. Motions due by 8/25/2023. (Signed by Judge Lorna G. Schofield on 8/21/2023) (ama) (Entered: 08/21/2023) |
|---|---|---|
| 08/21/2023 | | Set/Reset Deadlines: Responses due by 9/29/2023 Replies due by 10/13/2023. (ama) (Entered: 08/21/2023) |
| 08/25/2023 | 1103 | LETTER MOTION to Seal *Exhibits to Declaration of Gianni Cutri in Support of TriZetto's Motion for Attorneys' Fees* addressed to Judge Lorna G. Schofield from Gianni Cutri dated 8/25/2023. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 08/25/2023) |
| 08/25/2023 | 1104 | MOTION for Attorney Fees . Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Proposed Order Granting Motion for Attorneys' Fees).(Cutri, Gianni) (Entered: 08/25/2023) |
| 08/25/2023 | 1105 | MEMORANDUM OF LAW in Support re: 1104 MOTION for Attorney Fees . . Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc... (Cutri, Gianni) (Entered: 08/25/2023) |
| 08/25/2023 | 1106 | ***SELECTED PARTIES***DECLARATION of Gianni Cutri in Support re: 1104 MOTION for Attorney Fees .. Document filed by The Trizetto Group, Inc., Cognizant Technology Solutions Corp., Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17)Motion or Order to File Under Seal: 1103 .(Cutri, Gianni) (Entered: 08/25/2023) |
| 08/25/2023 | 1107 | DECLARATION of Gianni Cutri (Redacted Version) in Support re: 1104 MOTION for Attorney Fees .. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit 1 (Redacted), # 2 Exhibit 2 (Redacted), # 3 Exhibit 3, # 4 Exhibit 4 (Redacted), # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9 (Redacted), # 10 Exhibit 10 (Redacted), # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17).(Cutri, Gianni) (Entered: 08/25/2023) |
| 09/12/2023 | 1108 | SUPPLEMENTAL BRIEF *(Syntel's Supplemental Damages Response Brief)*. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Janghorbani, Jaren) (Entered: 09/12/2023) |
| 09/12/2023 | 1109 | SUPPLEMENTAL BRIEF re: 1098 Brief *TriZetto's Response to Syntel's Supplemental Briefing Concerning Damages*. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 09/12/2023) |
| 09/12/2023 | 1110 | DECLARATION of Gianni Cutri re: 1109 Brief *TriZetto's Response to Syntel's Supplemental Briefing Concerning Damages*. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit 1 - Sedona Conference).(Cutri, Gianni) (Entered: 09/12/2023) |
| 09/29/2023 | 1111 | LETTER MOTION to Seal *Memorandum of Law in Opposition to TriZetto's Motion for Attorneys' Fees and Exhibits to Declaration of Crystal L. Parker* addressed to Judge Lorna G. Schofield from Jaren Janghorbani dated September 29, 2023. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Janghorbani, Jaren) (Entered: 09/29/2023) |

| 09/29/2023 | 1112 | ***SELECTED PARTIES*** MEMORANDUM OF LAW in Opposition re: 1104 MOTION for Attorney Fees . . Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc., Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. Motion or Order to File Under Seal: 1111 .(Janghorbani, Jaren) (Entered: 09/29/2023) |
|---|---|---|
| 09/29/2023 | 1113 | MEMORANDUM OF LAW in Opposition re: 1104 MOTION for Attorney Fees . . Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc... (Janghorbani, Jaren) (Entered: 09/29/2023) |
| 09/29/2023 | 1114 | ***SELECTED PARTIES***DECLARATION of Crystal L. Parker in Opposition re: 1104 MOTION for Attorney Fees .. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc., Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit 1 - Singh Chart, # 2 Exhibit 2 - Moler Chart, # 3 Exhibit 3 - Duplicates Chart, # 4 Exhibit 4 - Vague Entries Chart, # 5 Exhibit 5 - Damages Chart, # 6 Exhibit 6 - Appeal Chart, # 7 Exhibit 7 - Rebates Chart)Motion or Order to File Under Seal: 1111 .(Parker, Crystal) (Entered: 09/29/2023) |
| 09/29/2023 | 1115 | DECLARATION of Crystal L. Parker in Opposition re: 1104 MOTION for Attorney Fees .. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit 1 - Singh Chart [REDACTED], # 2 Exhibit 2 - Moler Chart [REDACTED], # 3 Exhibit 3 - Duplicates Chart [REDACTED], # 4 Exhibit 4 - Vague Entries Chart [REDACTED], # 5 Exhibit 5 - Damages Chart [REDACTED], # 6 Exhibit 6 - Appeal Chart [REDACTED], # 7 Exhibit 7 - Rebates Chart [REDACTED]).(Parker, Crystal) (Entered: 09/29/2023) |
| 10/02/2023 | 1116 | LETTER addressed to Judge Lorna G. Schofield from Jaren Janghorbani dated October 2, 2023 re: Remand Reply Briefing Schedule. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Janghorbani, Jaren) (Entered: 10/02/2023) |
| 10/03/2023 | 1117 | LETTER addressed to Judge Lorna G. Schofield from Gianni Cutri dated 10/3/2023 re: response to Syntel's request to file additional briefing. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 10/03/2023) |
| 10/03/2023 | 1118 | MEMO ENDORSEMENT on re: 1116 Letter filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc. ENDORSEMENT: Application GRANTED. By October 6, 2023, the parties shall file any replies to the opposition briefs, limited to five pages and addressing only issues raised by the other side for the first time in its opposition brief. (Replies due by 10/6/2023.) (Signed by Judge Lorna G. Schofield on 10/3/2023) (mml) (Entered: 10/03/2023) |
| 10/03/2023 | 1119 | LETTER RESPONSE to Motion addressed to Judge Lorna G. Schofield from Gianni Cutri dated 10/3/2023 re: 1111 LETTER MOTION to Seal *Memorandum of Law in Opposition to TriZetto's Motion for Attorneys' Fees and Exhibits to Declaration of Crystal L. Parker* addressed to Judge Lorna G. Schofield from Jaren Janghorbani dated September 29, 2023. . Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 10/03/2023) |
| 10/06/2023 | 1120 | LETTER MOTION to Seal *Exhibit 1 to the Declaration of Crystal L. Parker* addressed to Judge Lorna G. Schofield from Jaren Janghorbani dated October 6, 2023. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Janghorbani, Jaren) (Entered: 10/06/2023) |
| 10/06/2023 | 1121 | SUPPLEMENTAL BRIEF re: 1109 Brief *(Supplemental Damages Reply Brief)*. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc... (Janghorbani, Jaren) (Entered: 10/06/2023) |

| 10/06/2023 | 1122 | ***SELECTED PARTIES***DECLARATION of Crystal L. Parker in Support re: 1121 Brief. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc., Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit 1-Chart)Motion or Order to File Under Seal: 1120 .(Parker, Crystal) (Entered: 10/06/2023) |
|---|---|---|
| 10/06/2023 | 1123 | DECLARATION of Crystal L. Parker in Support re: 1121 Brief. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit 1-Chart [REDACTED]).(Parker, Crystal) (Entered: 10/06/2023) |
| 10/10/2023 | 1124 | LETTER RESPONSE to Motion addressed to Judge Lorna G. Schofield from Gianni Cutri dated 10/10/2023 re: 1120 LETTER MOTION to Seal *Exhibit 1 to the Declaration of Crystal L. Parker* addressed to Judge Lorna G. Schofield from Jaren Janghorbani dated October 6, 2023. . Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 10/10/2023) |
| 10/13/2023 | 1125 | REPLY MEMORANDUM OF LAW in Support re: 1104 MOTION for Attorney Fees . . Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 10/13/2023) |
| 10/13/2023 | 1126 | DECLARATION of Gianni Cutri in Support re: 1104 MOTION for Attorney Fees .. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit 1 - Atos Syntel Inc. v. Ironshore First Amended Complaint, # 2 Exhibit 2 - Atos Syntel Inc. v. Ironshore Opposition to Motion to Dismiss).(Cutri, Gianni) (Entered: 10/13/2023) |
| 11/03/2023 | 1127 | LETTER addressed to Judge Lorna G. Schofield from Gianni Cutri dated 11/3/2023 re: request for oral argument regarding post-remand issues. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 11/03/2023) |
| 12/15/2023 | 1128 | PROPOSED STIPULATION AND ORDER. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Janghorbani, Jaren) (Entered: 12/15/2023) |
| 12/18/2023 | 1129 | JOINT STIPULATION IT IS THEREFORE STIPULATED AND AGREED by the Parties, through their undersigned counsel, subject to the approval of the Court, that:1.Pursuant to a letter agreement dated November 30, 2023, Syntel has secured a bond in an amount agreed-to by the parties (the "Revised Bond").2.The Revised Bond shall be immediately effective.3.This Stipulation is entered without prejudice to any Parties rights or positions in the Action, whether at law or in equity. SO ORDERED. (Signed by Judge Lorna G. Schofield on 12/18/2023) (jca) Transmission to Finance Unit (Cashiers) for processing. (Entered: 12/18/2023) |
| 03/05/2024 | 1130 | ORDER granting 1111 Letter Motion to Seal. TriZetto's motion to seal Exhibit 1 of Dkt. 1106 is granted in a separate order. Because this letter motion seeks to file under seal information contained in Exhibit 1, it is also GRANTED. The Clerk of Court is respectfully directed to maintain Dkt. 1112 under seal and to close the motion at Dkt. 1111. (Signed by Judge Lorna G. Schofield on 3/5/2024) (mml) (Entered: 03/05/2024) |
| 03/05/2024 | 1131 | ORDER granting 1120 Letter Motion to Seal. The motion to seal Exhibit 1 at Dkt. 1122 is GRANTED. The information that Syntel seeks to withhold from public view is already the subject of a sealing order at Dkt. 1069. Accordingly, it is appropriate to maintain this same information under seal. The Clerk of Court is respectfully directed to maintain Dkt. 1122 under seal, and to close the motion at Dkt. 1120. (Signed by Judge Lorna G. Schofield on 3/5/2024) (mml) (Entered: 03/05/2024) |
| 03/05/2024 | 1132 | ORDER granting 1103 Letter Motion to Seal. For the reasons stated in this letter, TriZetto's motion to seal Exhibit 1 is GRANTED. However, the parties' confidentiality |

| | | |
|---|---|---|
| | | stipulations are not dispositive to the question of whether documents should be filed under seal. Accordingly, TriZetto's request to file Exhibits 2, 4, 9 and 10 under seal is DENIED without prejudice to renewal. By March 12, 2024, Syntel may file a letter motion, not to exceed three pages, renewing the motion to seal those exhibits with a justification that is sufficient under Second Circuit caselaw. The Clerk of Court is respectfully directed to maintain Dkt. 1106 under seal pending a potential renewal of the motion by Syntel, and to close the motion at Dkt. 1103. (Signed by Judge Lorna G. Schofield on 3/5/2024) (mml) (Entered: 03/06/2024) |
| 03/11/2024 | 1133 | LETTER addressed to Judge Lorna G. Schofield from Crystal Parker dated March 11, 2024 re: Response to 1132 Court's March 5, 2024 Order. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Parker, Crystal) (Entered: 03/11/2024) |
| 03/13/2024 | 1134 | ORDER granting 1104 Motion for Attorney Fees. The remaining compensatory damages judgments entered in this case -- (1) the $142,427,596 New York trade secret misappropriation award and (2) the $59,100,000 copyright infringement award -- are VACATED. TriZetto's motion for attorney's fees in the amount of $14,548,992.98 is GRANTED. Entry of an amended judgment is stayed until April 30, 2024, so that the parties may (1) discuss a possible resolution and (2) file any follow-on motions. The Clerk of Court is respectfully directed to close the motion at Dkt. 1104. (Signed by Judge Lorna G. Schofield on 3/13/2024) (jca) Transmission to Finance Unit (Cashiers) for processing. (Entered: 03/13/2024) |
| 04/17/2024 | 1135 | LETTER addressed to Judge Lorna G. Schofield from Crystal L. Parker dated April 17, 2024 re: Forthcoming Amended Judgment.. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Parker, Crystal) (Entered: 04/17/2024) |
| 04/17/2024 | 1136 | LETTER addressed to Judge Lorna G. Schofield from Gianni Cutri dated 4/17/2024 re: Post-Remand procedure. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 04/17/2024) |
| 04/19/2024 | 1137 | MEMO ENDORSEMENT on re: 1135 Letter filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc. ENDORSEMENT: Syntel is directed to file a motion for amended judgment no later than May 10, 2024, accompanied by a memorandum of law no longer than fifteen pages. TriZetto shall respond no later than May 31, 2024, with a memorandum of law no longer than fifteen pages. Syntel shall reply no later than June 10, 2024, with a memorandum of law no longer than eight pages. So Ordered. (Motions due by 5/10/2024. Replies due by 6/10/2024. Responses due by 5/31/2024.) (Signed by Judge Lorna G. Schofield on 4/19/2024) (mml) (Entered: 04/19/2024) |
| 04/19/2024 | 1138 | MEMO ENDORSEMENT on re: 1136 Letter filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc. ENDORSEMENT: TriZetto is directed to file a motion for a new trial no later than May 10, 2024, accompanied by a memorandum of law no longer than fifteen pages. Syntel shall respond no later than May 31, 2024, with a memorandum of law no longer than fifteen pages. TriZetto shall reply no later than June 10, 2024, with a memorandum of law no longer than eight pages. So Ordered. (Signed by Judge Lorna G. Schofield on 4/19/2024) (mml) (Entered: 04/19/2024) |
| 05/10/2024 | 1139 | MOTION to Amend/Correct *Judgment Under Rule 59(e)*. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Janghorbani, Jaren) (Entered: 05/10/2024) |
| 05/10/2024 | 1140 | MEMORANDUM OF LAW in Support re: 1139 MOTION to Amend/Correct *Judgment Under Rule 59(e)*. . Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Janghorbani, Jaren) (Entered: 05/10/2024) |

| 05/10/2024 | 1141 | LETTER MOTION to Seal *TriZetto's Memorandum of Law in Support of its Motion for a New Trial and Exhibits 1-4 to the Declaration of Gianni Cutri* addressed to Judge Lorna G. Schofield from Gianni Cutri dated 5/10/2024. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 05/10/2024) |
|---|---|---|
| 05/10/2024 | 1142 | MOTION for New Trial *and New Discovery*. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Proposed Order Granting Motion).(Cutri, Gianni) (Entered: 05/10/2024) |
| 05/10/2024 | 1143 | ***SELECTED PARTIES*** MEMORANDUM OF LAW in Support re: 1142 MOTION for New Trial *and New Discovery*. . Document filed by The Trizetto Group, Inc., Cognizant Technology Solutions Corp., Syntel Sterling Best Shores Mauritius Limited. Motion or Order to File Under Seal: 1141 .(Cutri, Gianni) (Entered: 05/10/2024) |
| 05/10/2024 | 1144 | ***SELECTED PARTIES***DECLARATION of Gianni Cutri in Support re: 1142 MOTION for New Trial *and New Discovery*.. Document filed by The Trizetto Group, Inc., Cognizant Technology Solutions Corp., Syntel Sterling Best Shores Mauritius Limited. (Attachments: # 1 Exhibit 1 (SYNT00043129), # 2 Exhibit 2 (12/23/2016 Letter), # 3 Exhibit 3 (J. Plumpe Deposition Tr.), # 4 Exhibit 4 (J. Plumpe Rebuttal Rpt))Motion or Order to File Under Seal: 1141 .(Cutri, Gianni) (Entered: 05/10/2024) |
| 05/10/2024 | 1145 | MEMORANDUM OF LAW in Support re: 1142 MOTION for New Trial *and New Discovery*. *(Redacted Version)*. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 05/10/2024) |
| 05/10/2024 | 1146 | DECLARATION of Gianni Cutri (Redacted Version) in Support re: 1142 MOTION for New Trial *and New Discovery*.. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit 1 (SYNT00043129 - Redacted), # 2 Exhibit 2 (12/23/16 Ltr - Redacted), # 3 Exhibit 3 (Plumpe Deposition Tr. - Redacted), # 4 Exhibit 4 (Plumpe Rebuttal Rpt - Redacted)).(Cutri, Gianni) (Entered: 05/10/2024) |
| 05/14/2024 | 1147 | LETTER RESPONSE to Motion addressed to Judge Lorna G. Schofield from Crystal Parker dated May 14, 2024 re: 1141 LETTER MOTION to Seal *TriZetto's Memorandum of Law in Support of its Motion for a New Trial and Exhibits 1-4 to the Declaration of Gianni Cutri* addressed to Judge Lorna G. Schofield from Gianni Cutri dated 5/10/2024. . Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Parker, Crystal) (Entered: 05/14/2024) |
| 05/31/2024 | 1148 | MEMORANDUM OF LAW in Opposition re: 1142 MOTION for New Trial *and New Discovery*. . Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Janghorbani, Jaren) (Entered: 05/31/2024) |
| 05/31/2024 | 1149 | DECLARATION of Crystal L. Parker in Opposition re: 1142 MOTION for New Trial *and New Discovery*.. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit 1-Excerpts of Expert Report, # 2 Exhibit 2-Excerpts of Deposition Testimony).(Parker, Crystal) (Entered: 05/31/2024) |
| 05/31/2024 | 1150 | RESPONSE in Opposition to Motion re: 1139 MOTION to Amend/Correct *Judgment Under Rule 59(e)*. . Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 05/31/2024) |
| 05/31/2024 | 1151 | DECLARATION of Gianni Cutri in Opposition re: 1139 MOTION to Amend/Correct *Judgment Under Rule 59(e)*.. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit 1 - Plaintiff-Counter-Defendants- |

| | | |
|---|---|---|
| | | Appellants Appeal Brief, Case No. 21-1370, Dkt. 91 (2d Cir. Jan. 6, 2022)).(Cutri, Gianni) (Entered: 05/31/2024) |
| 06/10/2024 | 1152 | REPLY MEMORANDUM OF LAW in Support re: 1139 MOTION to Amend/Correct *Judgment Under Rule 59(e)*. . Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Janghorbani, Jaren) (Entered: 06/10/2024) |
| 06/10/2024 | 1153 | REPLY MEMORANDUM OF LAW in Support re: 1142 MOTION for New Trial *and New Discovery*. . Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 06/10/2024) |
| 06/10/2024 | 1154 | DECLARATION of Gianni Cutri in Support re: 1142 MOTION for New Trial *and New Discovery*.. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit 5 - Plumpe Demonstratives, # 2 Exhibit 6 - 8/27/20 Kaufmann Email).(Cutri, Gianni) (Entered: 06/10/2024) |
| 10/23/2024 | 1155 | ORDER granting 1142 Motion for New Trial. It is hereby ORDERED that TriZetto's motion for a new trial on compensatory damages is GRANTED. It is further ORDERED that, by October 30, 2024, TriZetto shall file a letter stating specifically what limited additional discovery TriZetto would seek if discovery were reopened (e.g., what specific document demands, what interrogatories), why that discovery is proportional given the late stage of the case and why that discovery was not sought earlier. By November 6, 2024, Syntel shall file a letter in response. By November 6, 2024, the parties shall meet and confer and file a joint letter proposal regarding the new trial, including the parties' proposed outline of the matters to be presented at trial, including what stipulations and witnesses are contemplated. (Signed by Judge Lorna G. Schofield on 10/23/2024) (mml) (Entered: 10/23/2024) |
| 10/30/2024 | 1156 | LETTER MOTION to Seal *TriZetto's Letter Brief and Declaration re Limited Additional Discovery* addressed to Judge Lorna G. Schofield from Gianni Cutri dated 10/30/2024. Document filed by The Trizetto Group, Inc., Cognizant Technology Solutions Corp... (Cutri, Gianni) (Entered: 10/30/2024) |
| 10/30/2024 | 1157 | ***SELECTED PARTIES*** LETTER addressed to Judge Lorna G. Schofield from Gianni Cutri dated 10/30/2024 re: Response to 10/23/2024 Order re Limited Additional Discovery. Document filed by Syntel, Inc., Syntel Sterling Best Shores Mauritius Limited, The Trizetto Group, Inc., Cognizant Technology Solutions Corp..Motion or Order to File Under Seal: 1156 .(Cutri, Gianni) (Entered: 10/30/2024) |
| 10/30/2024 | 1158 | ***SELECTED PARTIES***DECLARATION of Gianni Cutri re: 1157 Letter, . Document filed by The Trizetto Group, Inc., Cognizant Technology Solutions Corp., Syntel, Inc., Syntel Sterling Best Shores Mauritius Limited. (Attachments: # 1 Exhibit 1 - 12-23-2016 Letter, # 2 Exhibit 2 - 12-8-2018 Plumpe Rpt, # 3 Exhibit 3 - 10-21-2016 Defs 4th Set of RFPs, # 4 Exhibit 4 - 10-21-2016 Defs 3rd Set of Rogs)Motion or Order to File Under Seal: 1156 .(Cutri, Gianni) (Entered: 10/30/2024) |
| 10/30/2024 | 1159 | LETTER addressed to Judge Lorna G. Schofield from Gianni Cutri dated 10/30/2024 re: Response to 10/23/2024 Order re Limited Additional Discovery (Redacted Version). Document filed by The Trizetto Group, Inc., Cognizant Technology Solutions Corp... (Cutri, Gianni) (Entered: 10/30/2024) |
| 10/30/2024 | 1160 | DECLARATION of Gianni Cutri (Redacted Version) re: 1157 Letter, . Document filed by The Trizetto Group, Inc., Cognizant Technology Solutions Corp.. (Attachments: # 1 Exhibit 1 - 12-23-2016 Letter (Redacted), # 2 Exhibit 2 - 12-8-2018 Plumpe Rpt (Redacted), # 3 Exhibit 3 - 10-21-2016 Defs 4th Set of RFPs, # 4 Exhibit 4 - 10-21-2016 Defs 3rd Set of Rogs (Redacted)).(Cutri, Gianni) (Entered: 10/30/2024) |

| 11/01/2024 | 1161 | LETTER RESPONSE to Motion addressed to Judge Lorna G. Schofield from Crystal Parker dated November 1, 2024 re: 1156 LETTER MOTION to Seal *TriZetto's Letter Brief and Declaration re Limited Additional Discovery* addressed to Judge Lorna G. Schofield from Gianni Cutri dated 10/30/2024. . Document filed by Syntel, Inc., Syntel Sterling Best Shores Mauritius Limited. (Attachments: # 1 Exhibit 2 - REDACTED Cutri Financial Information).(Parker, Crystal) (Entered: 11/01/2024) |
|---|---|---|
| 11/01/2024 | 1162 | ***SELECTED PARTIES***LETTER RESPONSE to Motion addressed to Judge Lorna G. Schofield from Crystal Parker dated November 1, 2024 re: 1156 LETTER MOTION to Seal *TriZetto's Letter Brief and Declaration re Limited Additional Discovery* addressed to Judge Lorna G. Schofield from Gianni Cutri dated 10/30/2024. . Document filed by Syntel, Inc., Syntel Sterling Best Shores Mauritius Limited, The Trizetto Group, Inc., Cognizant Technology Solutions Corp.. (Attachments: # 1 Exhibit 2 - Cutri Financial Information)Motion or Order to File Under Seal: 1156 .(Parker, Crystal) (Entered: 11/01/2024) |
| 11/04/2024 | 1163 | LETTER MOTION for Conference *or Certification for Interlocutory Appeal* addressed to Judge Lorna G. Schofield from Crystal L. Parker dated November 4, 2024. Document filed by Syntel, Inc., Syntel Sterling Best Shores Mauritius Limited..(Parker, Crystal) (Entered: 11/04/2024) |
| 11/05/2024 | 1164 | MEMO ENDORSED ORDER with respect to 1163 Letter Motion for Conference. ENDORSEMENT: TriZetto shall respond by November 7, 2024. So Ordered. (Signed by Judge Lorna G. Schofield on 11/5/2024) (mml) (Entered: 11/06/2024) |
| 11/05/2024 | | Set/Reset Deadlines: Responses due by 11/7/2024. (mml) (Entered: 11/06/2024) |
| 11/06/2024 | 1165 | LETTER addressed to Judge Lorna G. Schofield from Crystal Parker dated November 6, 2024 re: Response to Defendants/Counterclaim-Plaintiffs The TriZetto Group, Inc. and Cognizant Technology Solutions Corp's October 30, 2024 letter seeking supplemental discovery 1159 . Document filed by Syntel, Inc., Syntel Sterling Best Shores Mauritius Limited..(Parker, Crystal) (Entered: 11/06/2024) |
| 11/06/2024 | 1166 | JOINT LETTER addressed to Judge Lorna G. Schofield from Gianni Cutri and Crystal Parker dated 11/6/2024 re: forthcoming trial on compensatory damages. Document filed by Syntel, Inc., Syntel Sterling Best Shores Mauritius Limited, The Trizetto Group, Inc., Cognizant Technology Solutions Corp...(Cutri, Gianni) (Entered: 11/06/2024) |
| 11/07/2024 | 1167 | RESPONSE re: 1163 LETTER MOTION for Conference *or Certification for Interlocutory Appeal* addressed to Judge Lorna G. Schofield from Crystal L. Parker dated November 4, 2024. . Document filed by The Trizetto Group, Inc., Cognizant Technology Solutions Corp...(Cutri, Gianni) (Entered: 11/07/2024) |
| 11/12/2024 | 1168 | SCHEDULING ORDER: It is hereby ORDERED that this action will be in first place on the Courts June 2025 trial-ready calendar; the jury trial will begin on June 16, 2025, at 9:45am or the Courts first available date thereafter. It is further, ORDERED that the parties shall be ready to proceed on 24 hours notice on or after June 16, 2025. Any motions in limine shall be filed by April 14, 2025. Responses to the motions shall be filed by April 24, 2025. No reply shall be filed. The final pretrial order shall be filed May 15, 2025. The final pretrial conference will be held May 27, 2025, at 2:30 P.M. at Courtroom 1106, Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007. Motions due by 4/14/2025. Responses due by 4/24/2025 Final Pretrial Conference set for 5/27/2025 at 02:30 PM in Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY 10007 before Judge Lorna G. Schofield. Jury Trial set for 6/16/2025 at 09:45 AM before Judge Lorna G. Schofield. (Signed by Judge Lorna G. Schofield on 11/12/2024) (jjc) (Entered: 11/12/2024) |

| 11/13/2024 | 1169 | ORDER terminating 1163 Letter Motion for Conference. It is hereby ORDERED that the following question is certified for interlocutory appeal pursuant to 28 U.S.C. § 1292(b): whether the Second Circuit's mandate permits the Court's October 23, 2024, Order for a new trial on compensatory damages. (Signed by Judge Lorna G. Schofield on 11/13/2024) (mml) Transmission to Appeals Clerk. (Entered: 11/13/2024) |
| 11/15/2024 | 1170 | MEMO ENDORSEMENT on re: 1165 Letter, filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc. ENDORSEMENT: TriZetto's application for supplemental discovery is GRANTED. The parties shall exchange discovery as described in their letters, including materials through May 18, 2021. By November 26, 2024, the parties shall file a joint proposed case management plan with proposed dates for the further discovery and a joint letter regarding the agreed upon types and scope of discovery. (Signed by Judge Lorna G. Schofield on 11/14/2024) (mml) (Entered: 11/15/2024) |
| 11/25/2024 | 1171 | LETTER addressed to Judge Lorna G. Schofield from Crystal L. Parker dated November 25, 2024 re: Syntel's petition for permission to appeal pursuant to 28 U.S.C. § 1292(b) or for a writ of mandamus. Document filed by Syntel, Inc., Syntel Sterling Best Shores Mauritius Limited..(Parker, Crystal) (Entered: 11/25/2024) |
| 11/26/2024 | 1172 | JOINT LETTER addressed to Judge Lorna G. Schofield from Gianni Cutri dated 11/26/2024 re: proposed case management plan. Document filed by The Trizetto Group, Inc., Cognizant Technology Solutions Corp...(Cutri, Gianni) (Entered: 11/26/2024) |
| 11/27/2024 | 1173 | MEMO ENDORSEMENT on re: 1172 Letter filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc. ENDORSEMENT: The parties' proposed discovery schedule and plan is so ordered. By December 4, 2024, the parties shall also file a proposed civil case management plan and scheduling order reflecting the below dates, using the Court's form, which the Court will so order. ( Expert Discovery due by 4/10/2025., Fact Discovery due by 2/13/2025.) (Signed by Judge Lorna G. Schofield on 11/27/2024) (jjc) (Entered: 11/27/2024) |
| 12/04/2024 | 1174 | PROPOSED CASE MANAGEMENT PLAN. Document filed by The Trizetto Group, Inc., Cognizant Technology Solutions Corp...(Cutri, Gianni) (Entered: 12/04/2024) |
| 12/05/2024 | 1175 | CIVIL CASE MANAGEMENT PLAN AND SCHEDULING ORDER: All parties do not consent to conducting all further proceedings before a United States Magistrate Judge, including motions and trial. See 28 U.S.C. § 636(c). This case is to be tried to a jury Deposition due by 2/13/2025. Fact Discovery due by 2/13/2025. Expert Discovery due by 4/10/2025. Counsel for the parties have conferred and their present best estimate of the length of trial is four days. The Clerk of Court is directed to enter the dates under paragraphs 5, 6, 8(a), 9(b)-(c) and 13(a)-(c) into the Court's calendar. SO ORDERED. (Signed by Judge Lorna G. Schofield on 12/4/2024) (ks) (Entered: 12/05/2024) |
| 12/12/2024 | 1176 | JOINT LETTER MOTION for Extension of Time *of Disclosure Deadlines* addressed to Judge Lorna G. Schofield from Crystal L. Parker dated December 12, 2024. Document filed by Syntel, Inc., Syntel Sterling Best Shores Mauritius Limited..(Parker, Crystal) (Entered: 12/12/2024) |
| 12/13/2024 | 1177 | ORDER granting 1176 Letter Motion for Extension of Time. Application GRANTED. The parties shall exchange the names of proposed witnesses and topics of their reports and testimony by December 23, 2024. (Signed by Judge Lorna G. Schofield on 12/13/2024) (jjc) (Entered: 12/13/2024) |
| 12/16/2024 | 1178 | NOTICE OF APPEARANCE by Gregory Frederick Laufer on behalf of Syntel, Inc., Syntel Sterling Best Shores Mauritius Limited..(Laufer, Gregory) (Entered: 12/16/2024) |

| 01/08/2025 | 1179 | JOINT LETTER addressed to Judge Lorna G. Schofield from Crystal Parker and Gianni Cutri dated January 8, 2025 re: Joint Status Letter. Document filed by Syntel, Inc., Syntel Sterling Best Shores Mauritius Limited..(Parker, Crystal) (Entered: 01/08/2025) |
|---|---|---|
| 01/14/2025 | 1180 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Corporate Parent Syntel, Inc. for Syntel Sterling Best Shores Mauritius Limited; Corporate Parent Atos Se for Syntel, Inc.. Document filed by Syntel, Inc., Syntel Sterling Best Shores Mauritius Limited..(Parker, Crystal) (Entered: 01/14/2025) |
| 01/16/2025 | 1181 | NOTICE OF APPEARANCE by Emily A. Vance on behalf of Syntel, Inc., Syntel Sterling Best Shores Mauritius Limited..(Vance, Emily) (Entered: 01/16/2025) |
| 01/21/2025 | 1182 | LETTER MOTION for Conference *(Pre-Motion Discovery Conference)* addressed to Judge Lorna G. Schofield from Gregory F. Laufer dated January 21, 2025. Document filed by Syntel, Inc., Syntel Sterling Best Shores Mauritius Limited..(Laufer, Gregory) (Entered: 01/21/2025) |
| 01/22/2025 | 1183 | ORDER with respect to 1182 Letter Motion for Conference. TriZetto shall respond by January 29, 2025. So Ordered. (Signed by Judge Lorna G. Schofield on 1/22/2025) (jjc) (Entered: 01/22/2025) |
| 01/29/2025 | 1184 | LETTER RESPONSE to Motion addressed to Judge Lorna G. Schofield from Gianni Cutri dated 1/29/2025 re: 1182 LETTER MOTION for Conference *(Pre-Motion Discovery Conference)* addressed to Judge Lorna G. Schofield from Gregory F. Laufer dated January 21, 2025. . Document filed by The Trizetto Group, Inc., Cognizant Technology Solutions Corp...(Cutri, Gianni) (Entered: 01/29/2025) |
| 01/30/2025 | 1185 | LETTER MOTION for Leave to File Response to TriZetto's January 29, 2025 Letter addressed to Judge Lorna G. Schofield from Gregory F. Laufer dated January 30, 2025. Document filed by Syntel, Inc., Syntel Sterling Best Shores Mauritius Limited..(Laufer, Gregory) (Entered: 01/30/2025) |
| 01/31/2025 | 1186 | ORDER granting 1185 Letter Motion for Leave to File Document. Application GRANTED. Syntel shall file a reply letter by February 3, 2025. (Signed by Judge Lorna G. Schofield on 1/30/2025) (mml) (Entered: 01/31/2025) |
| 01/31/2025 | | Set/Reset Deadlines: Replies due by 2/3/2025. (mml) (Entered: 01/31/2025) |
| 02/03/2025 | 1187 | LETTER REPLY to Response to Motion addressed to Judge Lorna G. Schofield from Gregory F. Laufer dated February 3, 2025 re: 1182 LETTER MOTION for Conference *(Pre-Motion Discovery Conference)* addressed to Judge Lorna G. Schofield from Gregory F. Laufer dated January 21, 2025. . Document filed by Syntel, Inc., Syntel Sterling Best Shores Mauritius Limited..(Laufer, Gregory) (Entered: 02/03/2025) |
| 02/04/2025 | 1188 | LETTER MOTION for Leave to File Response to Syntel's February 3, 2025 Letter addressed to Judge Lorna G. Schofield from Gianni Cutri dated February 4, 2025. Document filed by The Trizetto Group, Inc., Cognizant Technology Solutions Corp... (Cutri, Gianni) (Entered: 02/04/2025) |
| 02/05/2025 | 1189 | ORDER terminating 1182 Motion for Conference ; denying 1188 Motion for Leave to File Document. TriZetto's request for a response is denied. Pursuant to Fed. R. Civ. P. 26(b)(1), a party is entitled to discovery of non-privileged materials relevant to its claims and proportional to the needs of the case, and such discovery need not be admissible as evidence to be discoverable. Syntel shall produce documents and information regarding revenues earned as a result of infringement or misappropriation, even if those revenues were received after the misconduct stopped or after entry of the permanent injunction. Syntel need not produce documents and information related to its relationships with BSC and CDPHP to the extent that the material concerns services |

| | | |
|---|---|---|
| | | provided to those clients that is authorized by the permanent injunction. The Clerk of Court is respectfully directed to terminate the motions at Dkt. Nos. 1182 and 1188. (Signed by Judge Lorna G. Schofield on 2/5/2025) (jjc) (Entered: 02/05/2025) |
| 02/05/2025 | 1190 | ORDER denying without prejudice to renewal 1139 Motion to Amend/Correct. It is hereby ORDERED that Syntel's motion to amend or correct the judgment is DENIED without prejudice to renewal after resolution of the appeal. (Signed by Judge Lorna G. Schofield on 2/5/2025) (jjc) Modified on 2/6/2025 (jjc). (Entered: 02/05/2025) |
| 02/10/2025 | 1191 | ORDER granting 1141 Letter Motion to Seal; granting 1156 Letter Motion to Seal. ORDERED that the sealing motions at Dkt. Nos. 1141 and 1156 are GRANTED. The Clerk of Court is respectfully directed to terminate the motions at Dkt. Nos. 1141 and 1156 and to unseal the materials filed under seal at Dkt. Nos. 1143, 1144 Exhibits 1-3, 1157 and 1158 Exhibits 1, 3 and 4. For clarity, Dkt. Nos. 1144-4 and 1158-2 shall remain under seal. (Signed by Judge Lorna G. Schofield on 2/10/2025) (mml) (Entered: 02/10/2025) |
| 02/11/2025 | 1192 | MOTION for Emily Crawford Sheffield to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-30599537. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by The Trizetto Group, Inc., Cognizant Technology Solutions Corp.. (Attachments: # 1 Affidavit of Emily Scheffield, # 2 Proposed Order for Admission Pro Hac Vice of Emily Scheffield).(Cutri, Gianni) (Entered: 02/11/2025) |
| 02/11/2025 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 1192 MOTION for Emily Crawford Sheffield to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-30599537. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (rju)** (Entered: 02/11/2025) |
| 02/12/2025 | 1193 | MOTION for Maria M. Beltran to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-30611336. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by The Trizetto Group, Inc., Cognizant Technology Solutions Corp.. (Attachments: # 1 Affidavit of Maria Beltran, # 2 Proposed Order Granting Admission Pro Hac Vice).(Cutri, Gianni) (Entered: 02/12/2025) |
| 02/13/2025 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 1193 MOTION for Maria M. Beltran to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-30611336. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (rju)** (Entered: 02/13/2025) |
| 02/13/2025 | 1194 | MOTION for Brian A. Verbus to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-30613317. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by The Trizetto Group, Inc., Cognizant Technology Solutions Corp.. (Attachments: # 1 Affidavit of Brian Verbus, # 2 Proposed Order Granting Admission Pro Hac Vice).(Cutri, Gianni) (Entered: 02/13/2025) |
| 02/13/2025 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 1194 MOTION for Brian A. Verbus to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-30613317. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (rju)** (Entered: 02/13/2025) |
| 02/14/2025 | 1195 | MOTION for S. Adina Stohl to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-30626577. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by The Trizetto Group, Inc., Cognizant Technology Solutions Corp.. (Attachments: # 1 Affidavit of S. Adina Stohl, # 2 |

| | | |
|---|---|---|
| | | Proposed Order Granting Pro Hac Vice Admission).(Cutri, Gianni) (Entered: 02/14/2025) |
| 02/18/2025 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 1195 MOTION for S. Adina Stohl to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-30626577. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (rju)** (Entered: 02/18/2025) |
| 02/19/2025 | 1196 | **FILING ERROR - CORPORATE PARENT/OTHER AFFILIATE NOT ADDED -** RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by The Trizetto Group, Inc., Cognizant Technology Solutions Corp.. (Attachments: # 1 Exhibit 1 (Ex. 21.1 to Cognizant Technology Solutions Corp.'s Form 10-K)).(Cutri, Gianni) Modified on 2/24/2025 (lb). (Entered: 02/19/2025) |
| 02/20/2025 | 1197 | JOINT LETTER addressed to Judge Lorna G. Schofield from Crystal Parker and Gianni Cutri dated February 20, 2025 re: Settlement Referral. Document filed by Syntel, Inc., Syntel Sterling Best Shores Mauritius Limited..(Parker, Crystal) (Entered: 02/20/2025) |
| 02/24/2025 | | **\*\*\*NOTICE TO ATTORNEY REGARDING DEFICIENT RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Notice to Attorney Gianni L Cutri to RE-FILE Document No. 1196 Rule 7.1 Corporate Disclosure Statement,. The filing is deficient for the following reason(s): the corporate parent/other affiliate was not added;. Re-file the document using the event type Rule 7.1 Corporate Disclosure Statement found under the event list Other Documents - select the correct filer/filers - attach the correct signed PDF - when prompted with the message "Are there any corporate parents or other affiliates?", select the Yes or No radio button - If Yes - enter the corporate parent/other affiliate, click the Search button - select the correct corporate parent/other affiliate name from the search results list or if no person found, create a new corporate parent/other affiliate - select the party to whom the corporate parent/other affiliate should be linked - add corporate parent/other affiliate names one at a time. (lb)** (Entered: 02/24/2025) |
| 02/25/2025 | 1198 | ORDER granting 1192 Motion for Emily Crawford Sheffield to Appear Pro Hac Vice; granting 1193 Motion for Maria M. Beltran to Appear Pro Hac Vice; granting 1194 Motion for Brian A. Verbus to Appear Pro Hac Vice; and granting 1195 Motion for S. Adina Stohl to Appear Pro Hac Vice. (HEREBY ORDERED by Judge Lorna G. Schofield)(Text Only Order) (jcs) (Entered: 02/25/2025) |
| 02/27/2025 | 1199 | JOINT LETTER addressed to Judge Lorna G. Schofield from Crystal Parker and Gianni Cutri dated February 27, 2025 re: Joint Status Letter. Document filed by Syntel, Inc., Syntel Sterling Best Shores Mauritius Limited..(Parker, Crystal) (Entered: 02/27/2025) |
| 02/28/2025 | 1200 | **FILING ERROR - NOT ALL CORPORATE PARENTS/OTHER AFFILIATES WERE ADDED -** RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Corporate Parent Cognizant Domestic Holdings Corporation for The Trizetto Group, Inc.. Document filed by The Trizetto Group, Inc., Cognizant Technology Solutions Corp.. (Attachments: # 1 Exhibit 1).(Cutri, Gianni) Modified on 3/3/2025 (lb). (Entered: 02/28/2025) |
| 03/03/2025 | | **\*\*\*NOTICE TO ATTORNEY REGARDING DEFICIENT RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Notice to Attorney Gianni L Cutri to RE-FILE Document No. 1200 Rule 7.1 Corporate Disclosure Statement,. The filing is deficient for the following reason(s): not all corporate parents/other affiliates were added;. Re-file the document using the event type Rule 7.1 Corporate Disclosure Statement found under the event list Other Documents - select the correct filer/filers - attach the correct signed PDF - when prompted with the** |

| | | |
|---|---|---|
| | | message "Are there any corporate parents or other affiliates?", select the Yes or No radio button - If Yes - enter the corporate parent/other affiliate, click the Search button - select the correct corporate parent/other affiliate name from the search results list or if no person found, create a new corporate parent/other affiliate - select the party to whom the corporate parent/other affiliate should be linked - add corporate parent/other affiliate names one at a time. (lb) (Entered: 03/03/2025) |
| 03/05/2025 | 1201 | NOTICE OF APPEARANCE by Tiana Voegelin on behalf of Syntel Sterling Best Shores Mauritius Limited..(Voegelin, Tiana) (Entered: 03/05/2025) |
| 03/10/2025 | 1202 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Corporate Parent Cognizant Domestic Holdings Corporation, Other Affiliate Cognizant Technology Solutions Corporation, Other Affiliate Cognizant Technology Solutions Corp., Other Affiliate TriZetto Provider Solutions, LLC, Other Affiliate Cognizant TriZetto Software Group, Inc. for The Trizetto Group, Inc.; Other Affiliate Cognizant Technology Solutions de Argentina S.R.L., Other Affiliate Softvision SAS, Other Affiliate Cognizant Technology Solutions Australia Pty Ltd, Other Affiliate Collaborative Solutions Asia-Pacific Pty Ltd, Other Affiliate Collaborative Solutions Australia Pty Ltd, Other Affiliate Contino Pty Ltd, Other Affiliate SAASFOCUS PTY LTD, Other Affiliate Servian Group (Holdings) Pty Ltd, Other Affiliate Servian Managed Services Pty Ltd, Other Affiliate Servian Pty Ltd, Other Affiliate Servian (Victoria) Pty Ltd, Other Affiliate SVN BidCo Pty Ltd, Other Affiliate SVN HoldCo Pty Ltd, Other Affiliate Thirdera Aus Pty Ltd, Other Affiliate Vibrato Pty Ltd, Other Affiliate Cognizant Technology Solutions Austria GmbH, Other Affiliate Cognizant Technology Solutions Belgium SA, Other Affiliate Cognizant Servicos de Tecnologia e Software do Brasil Ltda, Other Affiliate Cognizant Technology Solutions Bulgaria EOOD, Other Affiliate Belcan Canada, Inc., Other Affiliate Cognizant Technology Solutions (Qubec) Inc., Other Affiliate Cognizant Technology Solutions Canada, Inc., Other Affiliate Collaborative Technology Solutions Canada ULC, Other Affiliate Softvision Canada, ULC OA Momentus Software, Other Affiliate Cognizant Technology Solutions de Chile SpA, Other Affiliate Belcan (Shanghai) Aviation Technology, Inc., Other Affiliate Cognizant Mobility (Shanghai) Co., Ltd., Other Affiliate Cognizant Technology Solutions (Dalian) Co., Ltd., Other Affiliate Cognizant Technology Solutions (Shanghai) Co, Ltd., Other Affiliate Cognizant Technology Solutions Colombia S.A.S., Other Affiliate ZT Automation Limited, Other Affiliate Cognizant Technology Solutions Colombia S.A.S., Other Affiliate Cognizant Technology Solutions de Costa Rica Sociedad de Responsabilidad Limitada, Other Affiliate Cognizant Technology Solutions s.r.o., Other Affiliate Cognizant Technology Solutions Denmark ApS, Other Affiliate Cognizant El Salvador, Sociedad Anonima de Capital Variable, Other Affiliate Cognizant Technology Solutions Finland Oy, Other Affiliate Cognizant France SAS, Other Affiliate Cognizant Horizon Financial Services, Other Affiliate Cognizant Technology Solutions France SAS, Other Affiliate Thirdera France SAS, Other Affiliate Belcan Engineering Services Germany GmbH, Other Affiliate Cognizant Deutschland GmbH for Cognizant Technology Solutions Corp.. Document filed by The Trizetto Group, Inc., Cognizant Technology Solutions Corp.. (Attachments: # 1 Exhibit 1 - Part 1).(Cutri, Gianni) (Entered: 03/10/2025) |
| 03/10/2025 | 1203 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Other Affiliate Cognizant Energy and Financial Services Consulting GmbH, Other Affiliate Cognizant Mobility GmbH, Other Affiliate Cognizant Technology Solutions GmbH, Other Affiliate MOBICA GmbH, Other Affiliate Netcentric Deutschland GmbH, Other Affiliate Cognizant Technology Solutions Guatemala Limitada, Other Affiliate Cognizant Technology Solutions Hong Kong Limited, Other Affiliate Cognizant Technology Solutions Hungary Kft., Other Affiliate Belcan India Private Limited, Other Affiliate Cognizant Technology Solutions India Private Limited, Other Affiliate Collabie Solutions India Private Limited, Other Affiliate GSoft Services Private Limited, Other |

Affiliate SG Aerospace (India) Private Limited, Other Affiliate Software Paradigms (India) Financial Services Private Limited, Other Affiliate Software Paradigms Infotech Private Limited, Other Affiliate Thirdera India Private Limited, Other Affiliate TQS Integration Private Limited, Other Affiliate Utegration India Private Limited, Other Affiliate Ygyan Consulting Private Limited, Other Affiliate PT Cognizant Technology Solutions Indonesia, Other Affiliate Cognizant Technology Solutions Ireland Limited, Other Affiliate LZ Lifescience Limited, Other Affiliate Merit Software Holdings Limited, Other Affiliate Merit Software Limited, Other Affiliate Target Environmental Health & Safety Limited, Other Affiliate Vedsul Limited, Other Affiliate Cognizant Technology Solutions Italia, S.p.A., Other Affiliate Cognizant Japan KK, Other Affiliate Cognizant Business Services Limited, Other Affiliate Cognizant Technology Solutions Jersey Limited, Other Affiliate Cognizant Technology Solutions Lithuania, UAB, Other Affiliate Devbridge LT, UAB, Other Affiliate CogDev Malaysia SDN. BHD., Other Affiliate Cognizant Oil and Gas Consulting Services Malaysia SDN. BHD., Other Affiliate Cognizant (Mauritius) Ltd., Other Affiliate Belcan Engineering Mexico Sociedad de Responsabilidad Limitada de Capital Variable, Other Affiliate Cognizant Technology Solutions de Mexico, S.A. de C.V., Other Affiliate Idea Couture Latin America, S.A.P.I. de C.V., Other Affiliate Mobica Solutions S.de R.L., Other Affiliate Cognizant Consulting SARL, Other Affiliate SPI Nepal Private Limited, Other Affiliate Cognizant Technology Solutions Benelux B.V., Other Affiliate Inawisdom Europe B.V., Other Affiliate Thirdera NLD B.V., Other Affiliate Collaborative Solutions EMEA LimitedCollaborative Solutions EMEA Limited, Other Affiliate Cognizant Technology Solutions Luxembourg S. a r.l for Cognizant Technology Solutions Corp.. Document filed by The Trizetto Group, Inc., Cognizant Technology Solutions Corp.. (Attachments: # 1 Exhibit 1 - Part 2).(Cutri, Gianni) (Entered: 03/10/2025)

| 03/10/2025 | 1204 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Other Affiliate Cognizant Worldwide Limited, Other Affiliate Cognizant Holdings UK Limited, Other Affiliate Collaborative Solutions New Zealand Limited, Other Affiliate Cognizant New Zealand Limited, Other Affiliate Cognizant Accounting Services Norway AS, Other Affiliate Cognizant Business Services Norway AS, Other Affiliate Cognizant Oil and Gas Consulting Services Norway AS, Other Affiliate Cognizant Technology Solutions Norway AS, Other Affiliate Cognizant Technology Solutions Philippines, Inc., Other Affiliate Collaborative Solutions INC., Other Affiliate Magenic Manila, Inc., Other Affiliate MediCall Philippines, Inc., Other Affiliate Thirdera PH, Inc., Other Affiliate Belcan Engineering Services Poland Sp. z o.o, Other Affiliate Cognizant Technology Solutions Poland sp. zo. o, Other Affiliate Mobica Technologies Poland Sp. z o.o, Other Affiliate Cognizant Technology Solutions Portugal, Unipessoal LDA, Other Affiliate Cognizant Mobility Romania S.R.L., Other Affiliate Cognizant Technology Solutions Romania S.R.L., Other Affiliate Netcentric Eastern Europe S.R.L., Other Affiliate Cognizant Regional Headquarters Company, Other Affiliate Cognizant Technology Solutions Saudi LLC, Other Affiliate Cognizant Technology Solutions Asia Pacific Pte. Ltd., Other Affiliate Cognizant Technology Solutions Slovakia, s.r.o., Other Affiliate Cognizant Technology Solutions South Africa (Proprietary) Limited, Other Affiliate New Signature SA (Pty) Ltd, Other Affiliate Cognizant Technology Solutions Spain, S.L., Other Affiliate Netcentric Ibrica SLU, Other Affiliate Thirdera Solutions, S.L., Other Affiliate CogDev Solutions AB, Other Affiliate Cognizant Technology Solutions Sweden AB, Other Affiliate Cognizant Technology Solutions AG, Other Affiliate Enterprise Services AG, Other Affiliate Netcentric AG, Other Affiliate TQS Integration AG, Other Affiliate Cognizant Technology Solutions (Thailand) Co., Ltd., Other Affiliate Cognizant Technology Solutions Tunisia, Other Affiliate Belcan Advanced Solutions Limited, Other Affiliate Belcan Engineering Services UK Limited, Other Affiliate Belcan International Limited, Other Affiliate Belcan Supply Chain Solutions Limited, Other Affiliate Belcan Technical Recruiting UK Limited, Other Affiliate Belcan |

| | | |
|---|---|---|
| | | Test Systems UK Limited, Other Affiliate Cognizant (GB) Limited, Other Affiliate Cognizant Oil and Gas Consulting Services UK Ltd, Other Affiliate Cognizant Technology Solutions Global Services Limited for Cognizant Technology Solutions Corp.. Document filed by The Trizetto Group, Inc., Cognizant Technology Solutions Corp.. (Attachments: # 1 Exhibit 1 - Part 3).(Cutri, Gianni) (Entered: 03/10/2025) |
| 03/10/2025 | 1205 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Other Affiliate Cognizant International Holdings Corporation, Other Affiliate Cognizant Domestic Holdings Corporation, Other Affiliate Cognizant UK Finance Limited, Other Affiliate Collaborative Solutions Europe Limited, Other Affiliate Contino Solutions Limited, Other Affiliate Devbridge UK Ltd, Other Affiliate Head London Limited, Other Affiliate Inawisdom Ltd, Other Affiliate Merit Research Limited, Other Affiliate Mobica Bidco Limited, Other Affiliate Mobica Holdings Limited, Other Affiliate Mobica Limited, Other Affiliate Netcentric UK Ltd, Other Affiliate New Signature UK Limited, Other Affiliate Rivereo Technologies Limited, Other Affiliate Sitec Design Limited, Other Affiliate Sitec Engineering Limited, Other Affiliate Sitec Holdings Limited, Other Affiliate Sitec Professional Services Limited, Other Affiliate Sitec Recruitment Limited, Other Affiliate Thirdera UK Ltd, Other Affiliate TQS Integration UK Limited, Other Affiliate UK BSI Holdings Limited, Other Affiliate Zentek Engineering (UK) Limited, Other Affiliate Zone Limited, Other Affiliate Avectus Healthcare Solutions, LLC, Other Affiliate AVISTA, INCORPORATED, Other Affiliate Belcan Alliances, Inc., Other Affiliate Belcan Consulting Services, LLC, Other Affiliate Belcan Engineering Group, LLC, Other Affiliate Belcan Federal Holdings, LLC, Other Affiliate Belcan Government Solutions, Inc., Other Affiliate Belcan Services Group Holdings, LLC, Other Affiliate Belcan Services Group Limited Partnership, Other Affiliate Belcan, LLC, Other Affiliate BHS Hospital Services, Inc., Other Affiliate BHS India Holdings, Inc., Other Affiliate BHS India Holdings, LLC, Other Affiliate BHS Physician Services, Inc., Other Affiliate Cognizant Business Services Corporation, Other Affiliate Cognizant Healthcare Services, LLC, Other Affiliate Cognizant Mobility, Inc., Other Affiliate Cognizant Mortgage Services Corporation, Other Affiliate Cognizant Oil and Gas Consulting Services U.S. Inc., Other Affiliate Cognizant Resources LLC for Cognizant Technology Solutions Corp.. Document filed by The Trizetto Group, Inc., Cognizant Technology Solutions Corp.. (Attachments: # 1 Exhibit 1 - Part 4).(Cutri, Gianni) (Entered: 03/10/2025) |
| 03/10/2025 | 1206 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Corporate Parent TriZetto Provider Solutions, LLC, Other Affiliate Cognizant Technology Solutions U.S. Corporation, Other Affiliate Cognizant TriZetto Software Group, Inc., Other Affiliate Cognizant Technology Solutions Holdings LLC, Other Affiliate Cognizant Technology Solutions Overseas Corporation, Other Affiliate Cognizant Technology Solutions Lincoln Holdings, LLC, Other Affiliate Cognizant Technology Solutions Services, LLC, Other Affiliate Collaborative Solutions APJ, LLC, Other Affiliate Collaborative Solutions Holdings, LLC, Other Affiliate Collaborative Solutions MidCo, LLC, Other Affiliate Collaborative Solutions Northern Holdings, LLC, Other Affiliate collaborative solutions, LLC, Other Affiliate CSS Investment LLC, Other Affiliate JBR Technologies, LLC, Other Affiliate MediCall, Other Affiliate Mobica US Inc., Other Affiliate NovoScale US, LLC, Other Affiliate Propulsion Acquisition, LLC, Other Affiliate Propulsion Holdings, LLC, Other Affiliate Propulsion Intermediate Holdings, LLC, Other Affiliate Propulsion RM Holdings, LLC, Other Affiliate Prospective Payment Specialists, Inc., Other Affiliate Receivables Outsourcing, LLC, Other Affiliate ROI Access Management Services, LLC, Other Affiliate ROI Holding Company, LLC, Other Affiliate RTM Consulting, LLC, Other Affiliate Thirdera Holdings, LLC, Other Affiliate Thirdera, LLC, Other Affiliate Tin Roof Software, LLC, Other Affiliate TMG Health, Inc. for Cognizant Technology Solutions Corp.. Document filed by The Trizetto Group, |

| | | |
|---|---|---|
| | | Inc., Cognizant Technology Solutions Corp.. (Attachments: # 1 Exhibit 1 - Part 5). (Cutri, Gianni) (Entered: 03/10/2025) |
| 03/31/2025 | 1207 | LETTER addressed to Judge Lorna G. Schofield from Crystal L. Parker dated March 31, 2025 re: Court's February 5, 2025 Order 1190 . Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit A - Order Denying Syntel's Petition for Leave to Appeal an Interlocutory Order).(Parker, Crystal) (Entered: 03/31/2025) |
| 04/01/2025 | 1208 | LETTER MOTION for Leave to File (Brief an Issue) addressed to Judge Lorna G. Schofield from Jaren Janghorbani dated April 1, 2025. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Janghorbani, Jaren) (Entered: 04/01/2025) |
| 04/02/2025 | 1209 | ORDER with respect to 1208 Letter Motion for Leave to File Document. This letter will be treated as a motion to bar as stated in the first paragraph below. By April 4, 2025, the parties shall meet and confer in an effort to resolve or narrow any dispute. By April 10, 2025, Trizetto may file an opposition. By April 15, 2025, Syntel may file a reply not to exceed half the length of the opposition. A telephonic conference will be held on April 18 at 2:30 PM to discuss the trial, including a brief adjournment likely to June 24, 2025. To join the conference, the parties shall call (855) 244-8681 and enter the access code 23111938649. So Ordered. (Signed by Judge Lorna G. Schofield on 4/2/2025) (mml) (Entered: 04/02/2025) |
| 04/02/2025 | | Set/Reset Deadlines: (Responses due by 4/10/2025. Replies due by 4/15/2025.), Set/Reset Hearings: (Telephone Conference set for 4/18/2025 at 02:30 PM before Judge Lorna G. Schofield.) (mml) (Entered: 04/02/2025) |
| 04/03/2025 | 1210 | MOTION for Yungmoon Chang to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-30875083. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Affidavit of Yungmoon Chang, # 2 Exhibit Attachment A - Certificate of Good Standing, # 3 Proposed Order Proposed Order). (Cutri, Gianni) (Entered: 04/03/2025) |
| 04/03/2025 | 1211 | MOTION for Yanan Zhao to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-30875223. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Affidavit Yanan Zhao, # 2 Exhibit Certificate of Good Standing, # 3 Proposed Order Proposed Order).(Cutri, Gianni) (Entered: 04/03/2025) |
| 04/03/2025 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 1210 MOTION for Yungmoon Chang to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-30875083. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (rju)** (Entered: 04/03/2025) |
| 04/03/2025 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 1211 MOTION for Yanan Zhao to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-30875223. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (rju)** (Entered: 04/03/2025) |
| 04/04/2025 | 1212 | ORDER granting 1210 Motion for Yungmoon Chang to Appear Pro Hac Vice (HEREBY ORDERED by Judge Lorna G. Schofield)(Text Only Order) (jcs) (Entered: 04/04/2025) |

| 04/04/2025 | 1213 | ORDER granting 1211 Motion for Yanan Zhao to Appear Pro Hac Vice (HEREBY ORDERED by Judge Lorna G. Schofield)(Text Only Order) (jcs) (Entered: 04/04/2025) |
| 04/04/2025 | 1214 | MANDATE of USCA (Certified Copy) USCA Case Number 24-3088. Petitioners request, under 28 U.S.C. § 1292(b), leave to appeal an interlocutory order of the district court. Upon due consideration, it is hereby ORDERED that the petition is DENIED. See Klinghoffer v. S.N.C. Achille Lauro, 921 F.2d 21, 2325 (2d Cir. 1990).. Catherine O'Hagan Wolfe, Clerk USCA for the Second Circuit. Issued As Mandate: 4/3/2025..(nd) (Entered: 04/04/2025) |
| 04/04/2025 | 1215 | NOTICE OF APPEARANCE by Brian A Verbus on behalf of Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Verbus, Brian) (Entered: 04/04/2025) |
| 04/04/2025 | 1216 | NOTICE OF APPEARANCE by Sara Adina Stohl, I on behalf of Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Stohl, Sara) (Entered: 04/04/2025) |
| 04/04/2025 | 1217 | NOTICE OF APPEARANCE by Emily Crawford Sheffield on behalf of Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Sheffield, Emily) (Entered: 04/04/2025) |
| 04/04/2025 | 1218 | NOTICE OF APPEARANCE by Maria Monica Beltran on behalf of Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Beltran, Maria) (Entered: 04/04/2025) |
| 04/07/2025 | 1219 | MEMO ENDORSED ORDER re: LETTER. ENDORSEMENT: WHEREAS, the Order dated April 2, 2025, scheduled a pre-trial conference for April 18, 2025. WHEREAS, the Court received the appended communication from the parties on April 3, 2025, contrary to Individual Rule I.B., which requires parties to communicate by letter filed via ECF and not by email. Nevertheless, the application is GRANTED. It is hereby ORDERED that the April 18, 2025, pre-trial conference is rescheduled to April 8, 2025, at 3:00 P.M., and will be held telephonically in accordance with the instructions in the initial Order scheduling the conference. (Telephone Conference set for 4/8/2025 at 03:00 PM before Judge Lorna G. Schofield.) (Signed by Judge Lorna G. Schofield on 4/4/2025) (mml) (Entered: 04/07/2025) |
| 04/07/2025 | 1220 | NOTICE OF APPEARANCE by Yungmoon Chang on behalf of Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Chang, Yungmoon) (Entered: 04/07/2025) |
| 04/07/2025 | 1221 | NOTICE OF APPEARANCE by Yanan Zhao on behalf of Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Zhao, Yanan) (Entered: 04/07/2025) |
| 04/08/2025 | 1222 | LETTER MOTION for Extension of Time to File Response/Reply as to 1208 LETTER MOTION for Leave to File (Brief an Issue) addressed to Judge Lorna G. Schofield from Jaren Janghorbani dated April 1, 2025. addressed to Judge Lorna G. Schofield from Gianni Cutri dated April 8, 2025. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 04/08/2025) |
| 04/08/2025 | 1223 | LETTER addressed to Judge Lorna G. Schofield from Gianni Cutri dated April 8, 2025 re: Response to Syntel's Letter Requesting Reconsideration of Syntel's Motion to Amend or Correct the Judgment. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 04/08/2025) |
| 04/08/2025 | 1224 | ORDER granting 1222 Letter Motion for Extension of Time to File Response/Reply. Application GRANTED. TriZetto may file any opposition by April 16, 2025, and Syntel may file any reply by April 23, 2025. The Clerk of Court is respectfully directed to close the motion at Dkt. No. 1222. Responses due by 4/16/2025 Replies due by 4/23/2025.. (Signed by Judge Lorna G. Schofield on 4/8/2025) (jjc) (Entered: 04/08/2025) |

| 04/09/2025 | 1225 | AMENDED SCHEDULING ORDER: It is hereby ORDERED that the trial date is ADJOURNED to June 24, 2025, at 9:45 A.M. This action is in first place on the Court's June trial calendar. It is further ORDERED that the parties shall be ready to proceed on 24 hours' notice on or after June 24, 2025. It is further ORDERED that the pretrial deadlines set forth in Dkt. No. 1168 are ADJOURNED in favor of the deadlines below. In accordance with and as further provided in Individual Rule IV.B: (1) Any motions in limine shall be filed by April 21, 2025. Responses to the motions shall be filed by May 1, 2025. No reply shall be filed. The parties shall follow the Court's Individual Rules regarding such motions. (2) Joint requests to charge, joint voir dire, joint verdict form and any memoranda of law, as provided in the Court's individual rules, shall be filed by May 15, 2025. (3) The final pretrial order shall be filed May 22, 2025. (4) The final pretrial conference will be held June 10, 2025, at 10:30 A.M. at Courtroom 1106, Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007. The parties are encouraged to: (1) Confer and consent to a trial before a Magistrate Judge if they wish to have a trial date certain or if they wish a different trial date. If a Magistrate Judge has overseen settlement discussions, the parties may request a different Magistrate Judge (to be randomly selected) as the trial judge. (2) Confer and advise the Court immediately by joint letter if they would like a referral to a Magistrate Judge or court appointed mediator for a settlement conference. Such referral will not stay the dates in this Order. Motions due by 4/21/2025. Responses due by 5/1/2025 Final Pretrial Conference set for 6/10/2025 at 10:30 AM in Courtroom 1106, Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007 before Judge Lorna G. Schofield. Pretrial Order due by 5/22/2025. Ready for Trial by 6/24/2025. Jury Trial set for 6/24/2025 at 09:45 AM before Judge Lorna G. Schofield. (Signed by Judge Lorna G. Schofield on 4/9/2025) (jjc) (Entered: 04/09/2025) |
| 04/10/2025 | 1226 | JOINT LETTER MOTION for Extension of Time *to Certain Pre-Trial Deadlines* addressed to Judge Lorna G. Schofield from Crystal L. Parker and Gianni Cutri dated April 10, 2025. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Parker, Crystal) (Entered: 04/10/2025) |
| 04/11/2025 | 1227 | ORDER granting 1226 Letter Motion for Extension of Time. Application GRANTED. The deadlines set forth in Dkt. No. 1173 are ADJOURNED in favor of the deadlines set forth on p. 2 of this letter. The Clerk of Court is respectfully requested to close the motion at Dkt.No. 1126. (Signed by Judge Lorna G. Schofield on 4/11/2025) (jjc) (Entered: 04/11/2025) |
| 04/16/2025 | 1228 | RESPONSE in Opposition to Motion re: 1208 LETTER MOTION for Leave to File (Brief an Issue) addressed to Judge Lorna G. Schofield from Jaren Janghorbani dated April 1, 2025. . Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 04/16/2025) |
| 04/17/2025 | 1229 | MOTION to Seal . Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) Modified on 4/18/2025 (mml). (Entered: 04/17/2025) |
| 04/17/2025 | 1230 | ***SELECTED PARTIES*** RESPONSE in Opposition to Motion re: 1208 LETTER MOTION for Leave to File (Brief an Issue) addressed to Judge Lorna G. Schofield from Jaren Janghorbani dated April 1, 2025. . Document filed by The Trizetto Group, Inc., Cognizant Technology Solutions Corp., Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Affidavit of G. Cutri ISO Opp, # 2 Exhibit 1. Manish Mehta Dep Tr, # 3 Exhibit 2. Expert Report of John Jarosz, # 4 Exhibit 3. Expert Report of Stephen Wicker, # 5 Exhibit 4. DTX-0160, # 6 Exhibit 5. SYN_DMGS-00012722, # 7 Exhibit 6. SYN_DMGS-00010362, # 8 Exhibit 7. SYNSUPP-0127747, # 9 Exhibit 8. SYN_DMGS-00011127, # 10 Exhibit 9. SYNSUPP-0134590, # 11 Exhibit 10. SYN_DMGS-00011035, # 12 Exhibit 11. Paul Clip Dep Tr, # 13 Exhibit 12. 2025-04-15 |

| | | |
|---|---|---|
| | | Email from G. Edelman re Meet and Confer Follow-Up)Motion or Order to File Under Seal: 1229 .(Cutri, Gianni) (Entered: 04/17/2025) |
| 04/17/2025 | 1231 | CONSENT LETTER MOTION for Extension of Time to File *TriZetto's Opposition to Syntel's Motion to Bar Under the Seventh Amendment* addressed to Judge Lorna G. Schofield from Gianni Cutri dated April 17, 2025. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 04/17/2025) |
| 04/17/2025 | 1232 | ORDER with respect to 1229 Letter Motion to Seal. Syntel shall file any motion to seal by April 24, 2025. So Ordered. (Signed by Judge Lorna G. Schofield on 4/17/2025) (mml) Modified on 4/18/2025 (mml). (Entered: 04/18/2025) |
| 04/17/2025 | | Set/Reset Deadlines: Motions due by 4/24/2025. (mml) (Entered: 04/18/2025) |
| 04/18/2025 | 1233 | LETTER RESPONSE to Motion addressed to Judge Lorna G. Schofield from Crystal Parker dated April 18, 2025 re: 1229 MOTION to Seal . . Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Parker, Crystal) (Entered: 04/18/2025) |
| 04/21/2025 | 1234 | ORDER granting 1231 Letter Motion for Extension of Time to File. Application GRANTED. TriZetto's application to extend their time to file the Opposition is extended nunc pro tunc from April 16, 2025, to April 17, 2025. (Signed by Judge Lorna G. Schofield on 4/18/2025) (mml) (Entered: 04/21/2025) |
| 04/21/2025 | 1235 | LETTER MOTION for Leave to File Excess Pages *of Syntel's Reply Memorandum in Support of its Memorandum in Support 1208* addressed to Judge Lorna G. Schofield from Jaren Janghorbani dated April 21, 2025. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Janghorbani, Jaren) (Entered: 04/21/2025) |
| 04/21/2025 | 1236 | LETTER MOTION to Seal *Syntel's Memorandum in Support and Exhibits re Syntel's Motion in Limine No. 1* addressed to Judge Lorna G. Schofield from Crystal Parker dated April 21, 2025. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Parker, Crystal) (Entered: 04/21/2025) |
| 04/21/2025 | 1237 | MOTION in Limine *No. 1*. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Parker, Crystal) (Entered: 04/21/2025) |
| 04/21/2025 | 1238 | MEMORANDUM OF LAW in Support re: 1237 MOTION in Limine *No. 1*. . Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Parker, Crystal) (Entered: 04/21/2025) |
| 04/21/2025 | 1239 | DECLARATION of Crystal L. Parker in Support re: 1237 MOTION in Limine *No. 1*.. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit 1-Filed Under Seal, # 2 Exhibit 2-Filed Under Seal, # 3 Exhibit 3-Filed Under Seal, # 4 Exhibit 4-Filed Under Seal, # 5 Exhibit 5-Filed Under Seal).(Parker, Crystal) (Entered: 04/21/2025) |
| 04/21/2025 | 1240 | ***SELECTED PARTIES*** MEMORANDUM OF LAW in Support re: 1237 MOTION in Limine *No. 1*. . Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc., Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. Motion or Order to File Under Seal: 1236 .(Parker, Crystal) (Entered: 04/21/2025) |
| 04/21/2025 | 1241 | ***SELECTED PARTIES***DECLARATION of Crystal L. Parker in Support re: 1237 MOTION in Limine *No. 1*.. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc., Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit 1-Britven Opening Report, # 2 Exhibit 2-Britven Dep Tr., # 3 Exhibit 3-Britven Reply Report, # 4 Exhibit 4-TZCG-00238612, # 5 Exhibit 5-TZCG- |

| | | |
|---|---|---|
| | | 00207512)Motion or Order to File Under Seal: 1236 .(Parker, Crystal) (Entered: 04/21/2025) |
| 04/21/2025 | 1242 | LETTER MOTION to Seal *Syntel's Memorandum in Support and Exhibits re Syntel's Motion in Limine No. 2* addressed to Judge Lorna G. Schofield from Crystal Parker dated April 21, 2025. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Parker, Crystal) (Entered: 04/21/2025) |
| 04/21/2025 | 1243 | MOTION in Limine *No. 2*. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Parker, Crystal) (Entered: 04/21/2025) |
| 04/21/2025 | 1244 | MEMORANDUM OF LAW in Support re: 1243 MOTION in Limine *No. 2*. . Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Parker, Crystal) (Entered: 04/21/2025) |
| 04/21/2025 | 1245 | DECLARATION of Crystal L. Parker in Support re: 1243 MOTION in Limine *No. 2*.. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit 1-Filed Under Seal, # 2 Exhibit 2-Filed Under Seal, # 3 Exhibit 3-Transcript Excerpts, # 4 Exhibit 4-Transcript Excerpts, # 5 Exhibit 5-Filed Under Seal, # 6 Exhibit 6-Filed Under Seal, # 7 Exhibit 7-Filed Under Seal).(Parker, Crystal) (Entered: 04/21/2025) |
| 04/21/2025 | 1246 | ***SELECTED PARTIES*** MEMORANDUM OF LAW in Support re: 1243 MOTION in Limine *No. 2*. . Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc., Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. Motion or Order to File Under Seal: 1242 .(Parker, Crystal) (Main Document 1246 replaced on 11/7/2025) (rro). (Entered: 04/21/2025) |
| 04/21/2025 | 1247 | ***SELECTED PARTIES***DECLARATION of Crystal L. Parker in Support re: 1243 MOTION in Limine *No. 2*.. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc., Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit 1-Reply Expert Report Excerpts, # 2 Exhibit 2-Supplemental Response and Objections Excerpts, # 3 Exhibit 5-Opening Expert Report Excerpts, # 4 Exhibit 6-Opening Expert Report Excerpts, # 5 Exhibit 7-Opening Expert Report Excerpts)Motion or Order to File Under Seal: 1242 .(Parker, Crystal) (Main Document 1247 replaced on 11/7/2025) (rro). (Attachment 1 replaced on 11/7/2025) (rro). (Attachment 2 replaced on 11/7/2025) (rro). (Attachment 3 replaced on 11/7/2025) (rro). (Attachment 4 replaced on 11/7/2025) (rro). (Attachment 5 replaced on 11/7/2025) (rro). (Entered: 04/21/2025) |
| 04/21/2025 | 1248 | LETTER MOTION to Seal *Syntel's Memorandum in Support and Exhibits re Syntel's Motion in Limine No. 3* addressed to Judge Lorna G. Schofield from Crystal Parker dated April 21, 2025. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Parker, Crystal) (Entered: 04/21/2025) |
| 04/21/2025 | 1249 | MOTION in Limine *No. 3*. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Parker, Crystal) (Entered: 04/21/2025) |
| 04/21/2025 | 1250 | MEMORANDUM OF LAW in Support re: 1249 MOTION in Limine *No. 3*. . Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Parker, Crystal) (Entered: 04/21/2025) |
| 04/21/2025 | 1251 | DECLARATION of Crystal L. Parker in Support re: 1249 MOTION in Limine *No. 3*.. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit 1-Filed Under Seal, # 2 Exhibit 2-Filed Under Seal, # 3 Exhibit 3-Filed Under Seal, # 4 Exhibit 4-Filed Under Seal).(Parker, Crystal) (Entered: 04/21/2025) |

| 04/21/2025 | 1252 | ***SELECTED PARTIES*** MEMORANDUM OF LAW in Support re: 1249 MOTION in Limine *No. 3.* . Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc., Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. Motion or Order to File Under Seal: 1248 .(Parker, Crystal) (Entered: 04/21/2025) |
|---|---|---|
| 04/21/2025 | 1253 | ***SELECTED PARTIES***DECLARATION of Crystal L. Parker in Support re: 1249 MOTION in Limine *No. 3.*. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc., Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit 1-Britven Opening Report Excerpts (Highlighted), # 2 Exhibit 1-Britven Opening Reports Excerpts (Redacted), # 3 Exhibit 2-Kursh Opening Report Excerpts, # 4 Exhibit 3-Wicker Opening Report Excerpts, # 5 Exhibit 4-Britven Deposition Excerpts)Motion or Order to File Under Seal: 1248 .(Parker, Crystal) (Entered: 04/21/2025) |
| 04/21/2025 | 1254 | LETTER MOTION to Seal *Syntel's Memorandum in Support and Exhibits re Syntel's Motion in Limine No. 4* addressed to Judge Lorna G. Schofield from Crystal Parker dated April 21, 2025. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Parker, Crystal) (Entered: 04/21/2025) |
| 04/21/2025 | 1255 | MOTION in Limine *No. 4*. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Parker, Crystal) (Entered: 04/21/2025) |
| 04/21/2025 | 1256 | MEMORANDUM OF LAW in Support re: 1255 MOTION in Limine *No. 4*. . Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Parker, Crystal) (Entered: 04/21/2025) |
| 04/21/2025 | 1257 | DECLARATION of Crystal L. Parker in Support re: 1255 MOTION in Limine *No. 4*.. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit 1-Filed Under Seal, # 2 Exhibit 2-Filed Under Seal, # 3 Exhibit 3-Filed Under Seal, # 4 Exhibit 4-Third Party Agreement, # 5 Exhibit 5-Filed Under Seal).(Parker, Crystal) (Entered: 04/21/2025) |
| 04/21/2025 | 1258 | ***SELECTED PARTIES*** MEMORANDUM OF LAW in Support re: 1255 MOTION in Limine *No. 4*. . Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc., Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. Motion or Order to File Under Seal: 1254 .(Parker, Crystal) (Entered: 04/21/2025) |
| 04/21/2025 | 1259 | ***SELECTED PARTIES***DECLARATION of Crystal L. Parker in Support re: 1255 MOTION in Limine *No. 4*.. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc., Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit 1-Britven Opening Report Excerpts, # 2 Exhibit 2-Wicker Reply Report Excerpts, # 3 Exhibit 3-BSC-TriZetto MSLSA, # 4 Exhibit 5-Mengert Dep. Tr. Excerpts)Motion or Order to File Under Seal: 1254 .(Parker, Crystal) (Entered: 04/21/2025) |
| 04/21/2025 | 1260 | LETTER MOTION to Seal *Syntel's Memorandum in Support and Exhibits re Syntel's Motion in Limine No. 5* addressed to Judge Lorna G. Schofield from Crystal Parker dated April 21, 2025. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Parker, Crystal) (Entered: 04/21/2025) |
| 04/21/2025 | 1261 | MOTION in Limine *No. 5*. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Parker, Crystal) (Entered: 04/21/2025) |
| 04/21/2025 | 1262 | MEMORANDUM OF LAW in Support re: 1261 MOTION in Limine *No. 5*. . Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Parker, Crystal) (Entered: 04/21/2025) |

| 04/21/2025 | 1263 | DECLARATION of Crystal L. Parker in Support re: 1261 MOTION in Limine *No. 5*.. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit 1-Filed Under Seal, # 2 Exhibit 2-Filed Under Seal).(Parker, Crystal) (Entered: 04/21/2025) |
|---|---|---|
| 04/21/2025 | 1264 | ***SELECTED PARTIES*** MEMORANDUM OF LAW in Support re: 1261 MOTION in Limine *No. 5*. . Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc., Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. Motion or Order to File Under Seal: 1260 .(Parker, Crystal) (Entered: 04/21/2025) |
| 04/21/2025 | 1265 | ***SELECTED PARTIES***DECLARATION of Crystal L. Parker in Support re: 1261 MOTION in Limine *No. 5*.. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc., Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit 1-Britven Opening Report, # 2 Exhibit 2-Britven Reply Report)Motion or Order to File Under Seal: 1260 .(Parker, Crystal) (Entered: 04/21/2025) |
| 04/21/2025 | 1266 | LETTER MOTION to Seal *Syntel's Memorandum in Support and Exhibits re Syntel's Motion in Limine No. 6* addressed to Judge Lorna G. Schofield from Crystal Parker dated April 21, 2025. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Parker, Crystal) (Entered: 04/21/2025) |
| 04/21/2025 | 1267 | MOTION in Limine *No. 6*. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Parker, Crystal) (Entered: 04/21/2025) |
| 04/21/2025 | 1268 | MEMORANDUM OF LAW in Support re: 1267 MOTION in Limine *No. 6*. . Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Parker, Crystal) (Entered: 04/21/2025) |
| 04/21/2025 | 1269 | DECLARATION of Crystal L. Parker in Support re: 1267 MOTION in Limine *No. 6*.. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit 1-Filed Under Seal, # 2 Exhibit 2-Filed Under Seal).(Parker, Crystal) (Entered: 04/21/2025) |
| 04/21/2025 | 1270 | ***SELECTED PARTIES*** MEMORANDUM OF LAW in Support re: 1267 MOTION in Limine *No. 6*. . Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc., Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. Motion or Order to File Under Seal: 1266 .(Parker, Crystal) (Entered: 04/21/2025) |
| 04/21/2025 | 1271 | ***SELECTED PARTIES***DECLARATION of Crystal L. Parker in Support re: 1267 MOTION in Limine *No. 6*.. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc., Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit 1-Britven Opening Report, # 2 Exhibit 2-Britven Depo Tr)Motion or Order to File Under Seal: 1266 .(Parker, Crystal) (Entered: 04/21/2025) |
| 04/21/2025 | 1272 | LETTER MOTION to Seal *Exhibits re Syntel's Motion in Limine No. 7* addressed to Judge Lorna G. Schofield from Crystal Parker dated April 21, 2025. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Parker, Crystal) (Entered: 04/21/2025) |
| 04/21/2025 | 1273 | MOTION in Limine *No. 7*. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Parker, Crystal) (Entered: 04/21/2025) |
| 04/21/2025 | 1274 | MEMORANDUM OF LAW in Support re: 1273 MOTION in Limine *No. 7*. . Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Parker, Crystal) (Entered: 04/21/2025) |

| 04/21/2025 | 1275 | DECLARATION of Crystal L. Parker in Support re: 1273 MOTION in Limine *No. 7*.. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit 1-Filed Under Seal, # 2 Exhibit 2-Filed Under Seal).(Parker, Crystal) (Entered: 04/21/2025) |
|---|---|---|
| 04/21/2025 | 1276 | ***SELECTED PARTIES***DECLARATION of Crystal L. Parker in Support re: 1273 MOTION in Limine *No. 7*.. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc., Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit 1-Wicker Opening Report Excerpts, # 2 Exhibit 2-Kursh Opening Report Excerpts)Motion or Order to File Under Seal: 1272 .(Parker, Crystal) (Main Document 1276 replaced on 11/7/2025) (rro). (Attachment 1 replaced on 11/7/2025) (rro). (Attachment 2 replaced on 11/7/2025) (rro). (Entered: 04/21/2025) |
| 04/21/2025 | 1277 | LETTER MOTION to Seal *Syntel's Memorandum in Support and Exhibits re Syntel's Motion in Limine No. 9* addressed to Judge Lorna G. Schofield from Crystal Parker dated April 21, 2025. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Parker, Crystal) (Entered: 04/21/2025) |
| 04/21/2025 | 1278 | MOTION in Limine *No. 9*. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Parker, Crystal) (Entered: 04/21/2025) |
| 04/21/2025 | 1279 | MEMORANDUM OF LAW in Support re: 1278 MOTION in Limine *No. 9*. . Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Parker, Crystal) (Entered: 04/21/2025) |
| 04/21/2025 | 1280 | DECLARATION of Crystal L. Parker in Support re: 1278 MOTION in Limine *No. 9*.. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit 1-Filed Under Seal).(Parker, Crystal) (Entered: 04/21/2025) |
| 04/21/2025 | 1281 | ***SELECTED PARTIES*** MEMORANDUM OF LAW in Support re: 1278 MOTION in Limine *No. 9*. . Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc., Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. Motion or Order to File Under Seal: 1277 .(Parker, Crystal) (Main Document 1281 replaced on 11/7/2025) (rro). (Entered: 04/21/2025) |
| 04/21/2025 | 1282 | ***SELECTED PARTIES***DECLARATION of Crystal L. Parker in Support re: 1278 MOTION in Limine *No. 9*.. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc., Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit 1-Britven Report Excerpts)Motion or Order to File Under Seal: 1277 .(Parker, Crystal) (Entered: 04/21/2025) |
| 04/21/2025 | 1283 | LETTER MOTION to Seal *Syntel's Memorandum in Support and Exhibits re Syntel's Motion in Limine No. 10* addressed to Judge Lorna G. Schofield from Crystal Parker dated April 21, 2025. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Parker, Crystal) (Entered: 04/21/2025) |
| 04/21/2025 | 1284 | MOTION in Limine *No. 10*. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Parker, Crystal) (Entered: 04/21/2025) |
| 04/21/2025 | 1285 | MEMORANDUM OF LAW in Support re: 1284 MOTION in Limine *No. 10*. . Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Parker, Crystal) (Entered: 04/21/2025) |
| 04/21/2025 | 1286 | DECLARATION of Crystal L. Parker in Support re: 1284 MOTION in Limine *No. 10*.. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit 1-Filed Under Seal, # 2 Exhibit 2-Filed Under Seal, # 3 Exhibit 3-Filed Under Seal).(Parker, Crystal) (Entered: 04/21/2025) |

| | | |
|---|---|---|
| 04/21/2025 | 1287 | ***SELECTED PARTIES*** MEMORANDUM OF LAW in Support re: 1284 MOTION in Limine *No. 10.* . Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc., Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. Motion or Order to File Under Seal: 1283 .(Parker, Crystal) (Entered: 04/21/2025) |
| 04/21/2025 | 1288 | ORDER granting 1235 Letter Motion for Leave to File Excess Pages. Application GRANTED. Syntel shall file any reply, not to exceed 3,500 words, by April 23, 2025. The Clerk of Court is respectfully requested to close the motion at Dkt. No. 1235. (Signed by Judge Lorna G. Schofield on 4/21/2025) (jjc) (Entered: 04/21/2025) |
| 04/21/2025 | 1289 | ***SELECTED PARTIES***DECLARATION of Crystal L. Parker in Support re: 1284 MOTION in Limine *No. 10.*. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc., Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit 1-Kursh Opening Report Excerpts, # 2 Exhibit 2-Britven Opening Report Excerpts, # 3 Exhibit 3-Wicker Depo Transcript Excerpts)Motion or Order to File Under Seal: 1283 .(Parker, Crystal) (Attachment 1 replaced on 11/7/2025) (rro). (Attachment 3 replaced on 11/7/2025) (rro). (Entered: 04/21/2025) |
| 04/21/2025 | 1290 | LETTER MOTION to Seal *Exhibits re Syntel's Motion in Limine No. 11* addressed to Judge Lorna G. Schofield from Crystal Parker dated April 21, 2025. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Parker, Crystal) (Entered: 04/21/2025) |
| 04/21/2025 | 1291 | PROPOSED STIPULATION AND ORDER. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 04/21/2025) |
| 04/21/2025 | 1292 | MOTION in Limine *No. 11*. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Parker, Crystal) (Entered: 04/21/2025) |
| 04/21/2025 | 1293 | MEMORANDUM OF LAW in Support re: 1292 MOTION in Limine *No. 11.* . Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Parker, Crystal) (Entered: 04/21/2025) |
| 04/21/2025 | 1294 | DECLARATION of Crystal L. Parker in Support re: 1292 MOTION in Limine *No. 11.*. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit 1-Filed Under Seal, # 2 Exhibit 2-Filed Under Seal).(Parker, Crystal) (Entered: 04/21/2025) |
| 04/21/2025 | 1295 | ***SELECTED PARTIES***DECLARATION of Crystal L. Parker in Support re: 1292 MOTION in Limine *No. 11.*. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc., Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit 1-Britven Report Excerpts, # 2 Exhibit 2-Kursh Report Excerpts)Motion or Order to File Under Seal: 1290 .(Parker, Crystal) (Main Document 1295 replaced on 11/7/2025) (rro). (Attachment 1 replaced on 11/7/2025) (rro). (Attachment 2 replaced on 11/7/2025) (rro). (Entered: 04/21/2025) |
| 04/21/2025 | 1296 | LETTER MOTION to Seal *Syntel's Memorandum in Support and Exhibits re Syntel's Motion in Limine No. 12* addressed to Judge Lorna G. Schofield from Crystal Parker dated April 21, 2025. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Parker, Crystal) (Entered: 04/21/2025) |
| 04/21/2025 | 1297 | MOTION in Limine *No. 12*. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Parker, Crystal) (Entered: 04/21/2025) |
| 04/21/2025 | 1298 | MEMORANDUM OF LAW in Support re: 1297 MOTION in Limine *No. 12.* . Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Parker, Crystal) (Entered: 04/21/2025) |

| 04/21/2025 | 1299 | DECLARATION of Crystal L. Parker in Support re: 1297 MOTION in Limine *No. 12*.. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit 1-Filed Under Seal, # 2 Exhibit 2-Filed Under Seal, # 3 Exhibit 3-Filed Under Seal, # 4 Exhibit 4-Filed Under Seal, # 5 Exhibit 5-Filed Under Seal, # 6 Exhibit 6-Filed Under Seal, # 7 Exhibit 7-Filed Under Seal).(Parker, Crystal) (Entered: 04/21/2025) |
|---|---|---|
| 04/21/2025 | 1300 | ***SELECTED PARTIES*** MEMORANDUM OF LAW in Support re: 1297 MOTION in Limine *No. 12*. . Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc., Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. Motion or Order to File Under Seal: 1297 .(Parker, Crystal) (Entered: 04/21/2025) |
| 04/21/2025 | 1301 | ***SELECTED PARTIES***DECLARATION of Crystal L. Parker in Support re: 1297 MOTION in Limine *No. 12*.. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc., Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit 1-TriZetto Interrogatory Responses, # 2 Exhibit 2-Verification of TZ Interrogatory Responses, # 3 Exhibit 3-Britven Opening Report Excerpts (Highlighted), # 4 Exhibit 3-Britven Opening Report Excerpts (Redacted), # 5 Exhibit 4-Kursh Opening Report Excerpts, # 6 Exhibit 5-Mengert Deposition Excerpts, # 7 Exhibit 6-Kursh Deposition Excerpts, # 8 Exhibit 7-Britven Deposition Excerpts)Motion or Order to File Under Seal: 1297 .(Parker, Crystal) (Attachment 1 replaced on 11/7/2025) (rro). (Attachment 2 replaced on 11/7/2025) (rro). (Attachment 5 replaced on 11/7/2025) (rro). (Attachment 7 replaced on 11/7/2025) (rro). (Attachment 8 replaced on 11/7/2025) (rro). (Entered: 04/21/2025) |
| 04/21/2025 | 1302 | LETTER MOTION to Seal *Exhibits re Syntel's Motion in Limine No. 13* addressed to Judge Lorna G. Schofield from Crystal Parker dated April 21, 2025. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Parker, Crystal) (Entered: 04/21/2025) |
| 04/21/2025 | 1303 | MOTION in Limine *No. 13*. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Parker, Crystal) (Entered: 04/21/2025) |
| 04/21/2025 | 1304 | MEMORANDUM OF LAW in Support re: 1303 MOTION in Limine *No. 13*. . Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Parker, Crystal) (Entered: 04/21/2025) |
| 04/21/2025 | 1305 | DECLARATION of Crystal L. Parker in Support re: 1303 MOTION in Limine *No. 13*.. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit 1-Filed Under Seal, # 2 Exhibit 2-Filed Under Seal, # 3 Exhibit 3-Filed Under Seal, # 4 Exhibit 4-Filed Under Seal, # 5 Exhibit 5-Filed Under Seal).(Parker, Crystal) (Entered: 04/21/2025) |
| 04/21/2025 | 1306 | ***SELECTED PARTIES***DECLARATION of Crystal L. Parker in Support re: 1303 MOTION in Limine *No. 13*.. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc., Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit 1-Kursh Opening Report, # 2 Exhibit 2-Wicker Opening Report, # 3 Exhibit 3-Britven Opening Report, # 4 Exhibit 4-Britven Reply Report, # 5 Exhibit 5-Wicker Reply Report)Motion or Order to File Under Seal: 1302 .(Parker, Crystal) (Entered: 04/21/2025) |
| 04/21/2025 | 1307 | LETTER MOTION to Seal *Syntel's Memorandum in Support and Exhibits re Syntel's Motion in Limine No. 14* addressed to Judge Lorna G. Schofield from Crystal Parker dated April 21, 2025. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Parker, Crystal) (Entered: 04/21/2025) |

| 04/21/2025 | 1308 | MOTION in Limine *No. 14*. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Parker, Crystal) (Entered: 04/21/2025) |
|---|---|---|
| 04/21/2025 | 1309 | MEMORANDUM OF LAW in Support re: 1308 MOTION in Limine *No. 14*. . Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Parker, Crystal) (Entered: 04/21/2025) |
| 04/21/2025 | 1310 | DECLARATION of Crystal L. Parker in Support re: 1308 MOTION in Limine *No. 14*.. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit 1-Filed Under Seal, # 2 Exhibit 2-Filed Under Seal, # 3 Exhibit 3-Filed Under Seal, # 4 Exhibit 4-Filed Under Seal).(Parker, Crystal) (Entered: 04/21/2025) |
| 04/21/2025 | 1311 | ***SELECTED PARTIES*** MEMORANDUM OF LAW in Support re: 1308 MOTION in Limine *No. 14*. . Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc., Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. Motion or Order to File Under Seal: 1307 .(Parker, Crystal) (Main Document 1311 replaced on 11/7/2025) (rro). (Entered: 04/21/2025) |
| 04/21/2025 | 1312 | ***SELECTED PARTIES***DECLARATION of Crystal L. Parker in Support re: 1308 MOTION in Limine *No. 14*.. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc., Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit 1-TriZettos 1st Supp Resp to Syntel Supp Rogs, # 2 Exhibit 2-Britven Opening Report, # 3 Exhibit 3-Wicker Opening Report, # 4 Exhibit 4-Kursh Opening Report)Motion or Order to File Under Seal: 1307 .(Parker, Crystal) (Attachment 1 replaced on 11/7/2025) (rro). (Attachment 3 replaced on 11/7/2025) (rro). (Entered: 04/21/2025) |
| 04/21/2025 | 1313 | LETTER MOTION to Seal *Syntel's Memorandum in Support and Exhibits re Syntel's Motion in Limine No. 15* addressed to Judge Lorna G. Schofield from Crystal Parker dated April 21, 2025. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Parker, Crystal) (Entered: 04/21/2025) |
| 04/21/2025 | 1314 | MOTION in Limine *No. 15*. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Parker, Crystal) (Entered: 04/21/2025) |
| 04/21/2025 | 1315 | MEMORANDUM OF LAW in Support re: 1314 MOTION in Limine *No. 15*. . Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Parker, Crystal) (Entered: 04/21/2025) |
| 04/21/2025 | 1316 | DECLARATION of Crystal L. Parker in Support re: 1314 MOTION in Limine *No. 15*.. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit 1-Filed Under Seal, # 2 Exhibit 2-Filed Under Seal, # 3 Exhibit 3-Filed Under Seal).(Parker, Crystal) (Entered: 04/21/2025) |
| 04/21/2025 | 1317 | ***SELECTED PARTIES*** MEMORANDUM OF LAW in Support re: 1314 MOTION in Limine *No. 15*. . Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc., Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. Motion or Order to File Under Seal: 1313 .(Parker, Crystal) (Entered: 04/21/2025) |
| 04/21/2025 | 1318 | ***SELECTED PARTIES***DECLARATION of Crystal L. Parker in Support re: 1314 MOTION in Limine *No. 15*.. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc., Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit 1-Britven Deposition, # 2 Exhibit 2-Britven Opening Report (Highlighted), # 3 Exhibit 2-Britven Opening Report (Redacted), # 4 Exhibit 3-Britven Reply Report)Motion or Order to File Under Seal: 1313 .(Parker, Crystal) (Entered: 04/21/2025) |

| 04/21/2025 | 1319 | LETTER MOTION to Seal *Exhibits re Syntel's Motion in Limine No. 16* addressed to Judge Lorna G. Schofield from Crystal Parker dated April 21, 2025. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Parker, Crystal) (Entered: 04/21/2025) |
|---|---|---|
| 04/21/2025 | 1320 | MOTION in Limine *No. 16*. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Parker, Crystal) (Entered: 04/21/2025) |
| 04/21/2025 | 1321 | MEMORANDUM OF LAW in Support re: 1320 MOTION in Limine *No. 16*. . Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Parker, Crystal) (Entered: 04/21/2025) |
| 04/21/2025 | 1322 | DECLARATION of Crystal L. Parker in Support re: 1320 MOTION in Limine *No. 16*.. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc..(Attachments: # 1 Exhibit 1-Trial Transcript Excerpts, # 2 Exhibit 2-Bergeron Demonstratives, # 3 Exhibit 3-Filed Under Seal, # 4 Exhibit 4-Filed Under Seal). (Parker, Crystal) (Entered: 04/21/2025) |
| 04/21/2025 | 1323 | ***SELECTED PARTIES***DECLARATION of Crystal L. Parker in Support re: 1320 MOTION in Limine *No. 16*.. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc., Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit 3-Wicker Deposition Excerpts, # 2 Exhibit 4-Wicker Opening Report Excerpts)Motion or Order to File Under Seal: 1319 .(Parker, Crystal) (Main Document 1323 replaced on 11/7/2025) (rro). (Attachment 1 replaced on 11/7/2025) (rro). (Attachment 2 replaced on 11/7/2025) (rro). (Entered: 04/21/2025) |
| 04/21/2025 | 1324 | MOTION in Limine *No. 17*. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Parker, Crystal) (Entered: 04/21/2025) |
| 04/21/2025 | 1325 | MEMORANDUM OF LAW in Support re: 1324 MOTION in Limine *No. 17*. . Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Parker, Crystal) (Entered: 04/21/2025) |
| 04/21/2025 | 1326 | LETTER MOTION to Seal *Syntel's Memorandum in Support and Exhibits re Syntel's Motion in Limine No. 8* addressed to Judge Lorna G. Schofield from Crystal Parker dated April 21, 2025. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Parker, Crystal) (Entered: 04/21/2025) |
| 04/21/2025 | 1327 | MOTION in Limine *No. 8*. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Parker, Crystal) (Entered: 04/21/2025) |
| 04/21/2025 | 1328 | MEMORANDUM OF LAW in Support re: 1327 MOTION in Limine *No. 8*. . Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Parker, Crystal) (Entered: 04/21/2025) |
| 04/21/2025 | 1329 | DECLARATION of Crystal L. Parker in Support re: 1327 MOTION in Limine *No. 8*.. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc..(Attachments: # 1 Exhibit 1-Facets 5.10 Copyright, # 2 Exhibit 2-Filed Under Seal, # 3 Exhibit 3-Filed Under Seal).(Parker, Crystal) (Entered: 04/21/2025) |
| 04/21/2025 | 1330 | ***SELECTED PARTIES*** MEMORANDUM OF LAW in Support re: 1327 MOTION in Limine *No. 8*. . Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc., Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. Motion or Order to File Under Seal: 1326 .(Parker, Crystal) (Entered: 04/21/2025) |
| 04/21/2025 | 1331 | ***SELECTED PARTIES***DECLARATION of Crystal L. Parker in Support re: 1327 MOTION in Limine *No. 8*.. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc., Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. |

| | | |
|---|---|---|
| | | (Attachments: # 1 Exhibit 2-Wicker Deposition Excerpts, # 2 Exhibit 3-Britven Report Excerpts)Motion or Order to File Under Seal: 1326 .(Parker, Crystal) (Entered: 04/21/2025) |
| 04/21/2025 | 1332 | LETTER MOTION to Seal *Portions of TriZetto's Motions in Limine Nos. 1-3 and Exhibits to the Accompanying Declarations of Gianni Cutri* addressed to Judge Lorna G. Schofield from Gianni Cutri dated April 21, 2025. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 04/21/2025) |
| 04/21/2025 | 1333 | MOTION in Limine *No. 1 to Preclude Syntel from Introducing Evidence or Argument Suggesting that Defendants and Counterclaim-Plaintiffs are Anti-Competitive or Harming the Marketplace and Raising the Consumer Healthcare Costs*. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 04/21/2025) |
| 04/21/2025 | 1334 | MEMORANDUM OF LAW in Support re: 1333 MOTION in Limine *No. 1 to Preclude Syntel from Introducing Evidence or Argument Suggesting that Defendants and Counterclaim-Plaintiffs are Anti-Competitive or Harming the Marketplace and Raising the Consumer Healthcare Costs*. . Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 04/21/2025) |
| 04/21/2025 | 1335 | DECLARATION of Gianni Cutri in Support re: 1333 MOTION in Limine *No. 1 to Preclude Syntel from Introducing Evidence or Argument Suggesting that Defendants and Counterclaim-Plaintiffs are Anti-Competitive or Harming the Marketplace and Raising the Consumer Healthcare Costs*.. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit 1 - FUS, # 2 Exhibit 2 - FUS, # 3 Exhibit 3 - FUS, # 4 Exhibit 4 - 2025-04-21 J. Jangbhorbani Email to B. Verbus re Draft Stipulation).(Cutri, Gianni) (Entered: 04/21/2025) |
| 04/21/2025 | 1336 | ***SELECTED PARTIES*** MEMORANDUM OF LAW in Support re: 1333 MOTION in Limine *No. 1 to Preclude Syntel from Introducing Evidence or Argument Suggesting that Defendants and Counterclaim-Plaintiffs are Anti-Competitive or Harming the Marketplace and Raising the Consumer Healthcare Costs*. . Document filed by The Trizetto Group, Inc., Cognizant Technology Solutions Corp., Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit 1 - 2025-02-10 Mehta, Manish_Excerpt, # 2 Exhibit 2 - 2025-02-13 Mengert, Craig_Excerpt, # 3 Exhibit 3 - 2025-03-20 Expert Report of John Jarosz_Excerpt)Motion or Order to File Under Seal: 1332 .(Cutri, Gianni) (Attachment 1 replaced on 11/7/2025) (rro). (Entered: 04/21/2025) |
| 04/21/2025 | 1337 | MOTION in Limine *No. 2 to Preclude Syntel from Introducing Evidence or Argument Suggesting that Mr. Britven is Unfit to Testify, Mr. Britven's Opinions in the Prior Trial Were "Thrown Out" or Found "Illicit," "Illegal," or Unreliable, or Suggesting That the Damages Theories Are Different or New as Compared to the Prior Trial*. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 04/21/2025) |
| 04/21/2025 | 1338 | MEMORANDUM OF LAW in Support re: 1337 MOTION in Limine *No. 2 to Preclude Syntel from Introducing Evidence or Argument Suggesting that Mr. Britven is Unfit to Testify, Mr. Britven's Opinions in the Prior Trial Were "Thrown Out" or Found "Illicit," "Illega . Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 04/21/2025)* |
| 04/21/2025 | 1339 | DECLARATION of Gianni Cutri in Support re: 1337 MOTION in Limine *No. 2 to Preclude Syntel from Introducing Evidence or Argument Suggesting that Mr. Britven is Unfit to Testify, Mr. Britven's Opinions in the Prior Trial Were "Thrown Out" or Found* |

| | | |
|---|---|---|
| | | *"Illicit," "Illega. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit 1 - PUBLIC Britven CV, # 2 Exhibit 2 - FUS, # 3 Exhibit 3 - FUS, # 4 Exhibit 4 - PUBLIC Draft Stipulation - Syntel v. TriZetto, # 5 Exhibit 5 - REDACTED 2025-01-21 TriZetto's Am Resps to Syntel Supp Rog_Excerpt). (Cutri, Gianni) (Entered: 04/21/2025)* |
| 04/21/2025 | 1340 | ***SELECTED PARTIES*** MEMORANDUM OF LAW in Support re: 1337 MOTION in Limine *No. 2 to Preclude Syntel from Introducing Evidence or Argument Suggesting that Mr. Britven is Unfit to Testify, Mr. Britven's Opinions in the Prior Trial Were "Thrown Out" or Found "Illicit," "Illega . Document filed by The Trizetto Group, Inc., Cognizant Technology Solutions Corp., Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit 2 - SEALED 2025-04-10 Jarosz Dep Tr_Excerpt, # 2 Exhibit 3 - SEALED Britven, Thomas 2025-04-09_Excerpt, # 3 Exhibit 5 - SEALED 2025-01-21 TriZetto's Am Resps to Syntel Supp Rog_Excerpt)Motion or Order to File Under Seal:* 1332 .(Cutri, Gianni) (Attachment 1 replaced on 11/7/2025) (rro). (Entered: 04/21/2025) |
| 04/21/2025 | 1341 | MOTION in Limine *No. 3 to Preclude Syntel from Arguing or Suggesting That a Court Has Already Resolved the Damages Issues to be Tried*. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 04/21/2025) |
| 04/21/2025 | 1342 | MEMORANDUM OF LAW in Support re: 1341 MOTION in Limine *No. 3 to Preclude Syntel from Arguing or Suggesting That a Court Has Already Resolved the Damages Issues to be Tried*. . Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 04/21/2025) |
| 04/21/2025 | 1343 | DECLARATION of Gianni Cutri in Support re: 1341 MOTION in Limine *No. 3 to Preclude Syntel from Arguing or Suggesting That a Court Has Already Resolved the Damages Issues to be Tried*.. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit 1 - PUBLIC 2025-01-27 Syntel Amd. Resp. and Objs. to TriZetto Rog No. 1_Excerpt, # 2 Exhibit 2 - REDACTED 2025-03-20 Expert Report of John Jarosz_Excerpt, # 3 Exhibit 3 - REDACTED 2025-02-25 Expert Report of Thomas Britven_Excerpt, # 4 Exhibit 4 - FUS, # 5 Exhibit 5 - FUS, # 6 Exhibit 6 - FUS, # 7 Exhibit 7 - FUS).(Cutri, Gianni) (Entered: 04/21/2025) |
| 04/21/2025 | 1344 | ***SELECTED PARTIES*** MEMORANDUM OF LAW in Support re: 1341 MOTION in Limine *No. 3 to Preclude Syntel from Arguing or Suggesting That a Court Has Already Resolved the Damages Issues to be Tried*. . Document filed by The Trizetto Group, Inc., Cognizant Technology Solutions Corp., Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit 2 - SEALED 2025-03-20 Expert Report of John Jarosz_Excerpt, # 2 Exhibit 3 - SEALED 2025-02-25 Expert Report of Thomas Britven_Excerpt, # 3 Exhibit 4 - SEALED SYN_DMGS-00011931, # 4 Exhibit 5 - SEALED SYN_DMGS-00012722, # 5 Exhibit 6 - SEALED SYN_DMGS-00011267, # 6 Exhibit 7 - SEALED 2025-03-28 Reply Expert Report of Thomas W. Britven_Excerpt)Motion or Order to File Under Seal: 1332 .(Cutri, Gianni) (Entered: 04/21/2025) |
| 04/23/2025 | 1345 | LETTER RESPONSE to Motion addressed to Judge Lorna G. Schofield from Crystal L. Parker dated April 23, 2025 re: 1332 LETTER MOTION to Seal *Portions of TriZetto's Motions in Limine Nos. 1-3 and Exhibits to the Accompanying Declarations of Gianni Cutri* addressed to Judge Lorna G. Schofield from Gianni Cutri dated April 21, 2025. . Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Parker, Crystal) (Entered: 04/23/2025) |
| 04/23/2025 | 1346 | LETTER MOTION to Seal *Syntel's Reply and Exhibits in Further Support of its Motion to Bar Evidence and Argument under the Seventh Amendment* addressed to Judge Lorna |

| | | |
|---|---|---|
| | | G. Schofield from Jaren Janghorbani dated April 23, 2025. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Janghorbani, Jaren) (Entered: 04/23/2025) |
| 04/23/2025 | 1347 | ***SELECTED PARTIES*** REPLY MEMORANDUM OF LAW in Support re: 1208 LETTER MOTION for Leave to File (Brief an Issue) addressed to Judge Lorna G. Schofield from Jaren Janghorbani dated April 1, 2025. . Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc., Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. Motion or Order to File Under Seal: 1346 . (Janghorbani, Jaren) (Main Document 1347 replaced on 11/7/2025) (rro). (Entered: 04/23/2025) |
| 04/23/2025 | 1348 | REPLY MEMORANDUM OF LAW in Support re: 1208 LETTER MOTION for Leave to File (Brief an Issue) addressed to Judge Lorna G. Schofield from Jaren Janghorbani dated April 1, 2025. *[REDACTED]*. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Janghorbani, Jaren) (Entered: 04/23/2025) |
| 04/23/2025 | 1349 | **FILING ERROR - DEFICIENT DOCKET ENTRY - (SEE DOCUMENT#1351)** ***SELECTED PARTIES***DECLARATION of Jaren Janghorbani in Support re: 1208 LETTER MOTION for Leave to File (Brief an Issue) addressed to Judge Lorna G. Schofield from Jaren Janghorbani dated April 1, 2025.. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc., Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit A - Table 1, # 2 Exhibit B - Table 2, # 3 Exhibit F - Transcript of Wicker Deposition, # 4 Exhibit I - DTX-0696, # 5 Exhibit J - STROZ00029716)Motion or Order to File Under Seal: 1346 .(Janghorbani, Jaren) Modified on 4/24/2025 (lb). (Entered: 04/23/2025) |
| 04/23/2025 | 1350 | DECLARATION of Jaren Janghorbani in Support re: 1208 LETTER MOTION for Leave to File (Brief an Issue) addressed to Judge Lorna G. Schofield from Jaren Janghorbani dated April 1, 2025.. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit A - Table 1 [FILED UNDER SEAL], # 2 Exhibit B - Table 2 [FILED UNDER SEAL], # 3 Exhibit C - October 21, 2020 Trial Transcript, # 4 Exhibit D - DDX-3, # 5 Exhibit E - Final Form Response Brief of Appellees, # 6 Exhibit F - Transcript of Wicker Deposition [FILED UNDER SEAL], # 7 Exhibit G - April 17, 2025 Email Re: Syntel v. TriZetto - Misrepresentation in TriZetto's Opposition, # 8 Exhibit H - DDX-2, # 9 Exhibit I - DTX-0696 [FILED UNDER SEAL], # 10 Exhibit J - STROZ00029716 [FILED UNDER SEAL], # 11 Exhibit K - TriZetto's Proposed Final Jury Instructions).(Janghorbani, Jaren) (Entered: 04/23/2025) |
| 04/23/2025 | 1351 | ***SELECTED PARTIES***DECLARATION of Jaren Janghorbani in Support re: 1208 LETTER MOTION for Leave to File (Brief an Issue) addressed to Judge Lorna G. Schofield from Jaren Janghorbani dated April 1, 2025.. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc., Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit A - Table 1, # 2 Exhibit B - Table 2, # 3 Exhibit F - Transcript of Wicker Deposition, # 4 Exhibit I - DTX-0696, # 5 Exhibit J - STROZ00029716)Motion or Order to File Under Seal: 1346 .(Janghorbani, Jaren) (Attachment 1 replaced on 11/7/2025) (rro). (Attachment 2 replaced on 11/7/2025) (rro). (Attachment 3 replaced on 11/7/2025) (rro). (Entered: 04/23/2025) |
| 04/23/2025 | 1352 | LETTER MOTION to Seal *Plaintiffs/Counterclaim Defendants' Memorandum in Support of its Motion in Limine No. 1: Motion to Exclude Thomas W. Britven's Theory on Price Erosion* addressed to Judge Lorna G. Schofield from Gianni Cutri dated April 23, 2025. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 04/23/2025) |

| 04/23/2025 | 1353 | ***SELECTED PARTIES*** MEMORANDUM OF LAW in Support re: 1352 LETTER MOTION to Seal *Plaintiffs/Counterclaim Defendants' Memorandum in Support of its Motion in Limine No. 1: Motion to Exclude Thomas W. Britven's Theory on Price Erosion* addressed to Judge Lorna G. Schofield from Gianni Cutri dat, 1237 MOTION in Limine *No. 1.*. Document filed by The Trizetto Group, Inc., Cognizant Technology Solutions Corp., Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit 1 - [1241-1] SEALED 2025-02-24 Britven Expert Report_Excerpt, # 2 Exhibit 2 - [1241-2] SEALED 2025-04-09 Britven Dep Tr_Excerpt, # 3 Exhibit 3 - [1241-3] SEALED 2025-03-28 Britven Reply Report_Excerpt, # 4 Exhibit 4 - [1241-4] SEALED TZCG-00238612, # 5 Exhibit 5 - [1241-5] SEALED TZCG-00207512)Motion or Order to File Under Seal: 1352 .(Cutri, Gianni) (Entered: 04/23/2025) |
| --- | --- | --- |
| 04/23/2025 | 1354 | LETTER MOTION to Seal *Plaintiffs/Counterclaim Defendants' Memorandum in Support of its Motion in Limine No. 3: Motion to Preclude TriZetto from Offering Narrative Evidence Through its Experts* addressed to Judge Lorna G. Schofield from Gianni Cutri dated April 23, 2025. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 04/23/2025) |
| 04/23/2025 | 1355 | ***SELECTED PARTIES*** LETTER addressed to Judge Lorna G. Schofield from Gianni Cutri dated April 23, 2025 re: permission to redact portions of Plaintiffs/Counterclaim Defendants' Memorandum in Support of its Motion in Limine No. 3: Motion to Preclude TriZetto from Offering Narrative Evidence Through its Experts. Document filed by Syntel Sterling Best Shores Mauritius Limited, The Trizetto Group, Inc., Syntel, Inc., Cognizant Technology Solutions Corp.. (Attachments: # 1 Exhibit 2 - [1253-3] SEALED 2025-02-24 Kursh Opening Report_Excerpt, # 2 Exhibit 3 - [1253-4] SEALED 2025-02-24 Wicker Opening Report_Excerpt)Motion or Order to File Under Seal: 1354 .(Cutri, Gianni) (Entered: 04/23/2025) |
| 04/23/2025 | 1356 | LETTER MOTION to Seal *Plaintiffs/Counterclaim Defendants' Memorandum in Support of its Motion in Limine No. 4: Motion to Preclude Evidence or Argument Regarding Damages for Any Use of Trade Secrets and Copyrighted Material in Work Performed for Blue Shield of California and Capital District Physicians' Health Plan* addressed to Judge Lorna G. Schofield from Gianni Cutri dated April 23, 2025. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 04/23/2025) |
| 04/23/2025 | 1357 | ***SELECTED PARTIES*** MEMORANDUM OF LAW in Support re: 1255 MOTION in Limine *No. 4.*, 1356 LETTER MOTION to Seal *Plaintiffs/Counterclaim Defendants' Memorandum in Support of its Motion in Limine No. 4: Motion to Preclude Evidence or Argument Regarding Damages for Any Use of Trade Secrets and Copyrighted Material in Work Performed f . Document filed by The Trizetto Group, Inc., Cognizant Technology Solutions Corp., Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit 2 - [1259-2] SEALED 2025-03-28 S. Wicker Reply Report_Excerpt, # 2 Exhibit 3 - [1259-3] SEALED Master Software License Agreement, # 3 Exhibit 5 - [1259-4] SEALED 2025-02-13 Mengert Dep Tr_Excerpt)Motion or Order to File Under Seal: 1356 .(Cutri, Gianni) (Entered: 04/23/2025)* |

| 04/23/2025 | 1358 | LETTER MOTION to Seal *Plaintiffs/Counterclaim Defendants' Memorandum in Support of its Motion in Limine No. 5: Motion to Preclude TriZetto from Offering Evidence, Testimony, Argument, or Suggestion Regarding the Availability of Reasonable Royalty Damages for Its Misappropriation Claim Under New York Trade Secret Law* addressed to Judge Lorna G. Schofield from Gianni Cutri dated April 23, 2025. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc... (Cutri, Gianni) (Entered: 04/23/2025) |
|---|---|---|
| 04/23/2025 | 1359 | ***SELECTED PARTIES*** MEMORANDUM OF LAW in Support re: 1261 MOTION in Limine *No. 5.*, 1358 LETTER MOTION to Seal *Plaintiffs/Counterclaim Defendants' Memorandum in Support of its Motion in Limine No. 5: Motion to Preclude TriZetto from Offering Evidence, Testimony, Argument, or Suggestion Regarding the Availability of Reasonable Roy . Document filed by The Trizetto Group, Inc., Cognizant Technology Solutions Corp., Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc..* (Attachments: # 1 Exhibit 1 - [1265-1] SEALED 2025-02-24 Britven Expert Report_Excerpt, # 2 Exhibit 2 - [1265-2] SEALED 2025-03-28 Britven Reply Report_Excerpt)Motion or Order to File Under Seal: 1358 .(Cutri, Gianni) (Entered: 04/23/2025) |
| 04/23/2025 | 1360 | LETTER MOTION to Seal *Plaintiffs/Counterclaim Defendants' Memorandum in Support of its Motion in Limine No. 6: Motion to Preclude TriZetto from Seeking Reasonable Royalty Damages for its Copyright Infringement Claim* addressed to Judge Lorna G. Schofield from Gianni Cutri dated April 23, 2025. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 04/23/2025) |
| 04/23/2025 | 1361 | ***SELECTED PARTIES*** MEMORANDUM OF LAW in Support re: 1360 LETTER MOTION to Seal *Plaintiffs/Counterclaim Defendants' Memorandum in Support of its Motion in Limine No. 6: Motion to Preclude TriZetto from Seeking Reasonable Royalty Damages for its Copyright Infringement Claim* addressed to Judge Lo, 1267 MOTION in Limine *No. 6. . Document filed by The Trizetto Group, Inc., Cognizant Technology Solutions Corp., Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc..* (Attachments: # 1 Exhibit 1 - [1271-1] SEALED 2025-02-24 Britven Opening Report_Excerpt)Motion or Order to File Under Seal: 1360 .(Cutri, Gianni) (Entered: 04/23/2025) |
| 04/23/2025 | 1362 | LETTER MOTION to Seal *Plaintiffs/Counterclaim Defendants' Memorandum in Support of its Motion in Limine No. 8: Motion to Preclude TriZetto from Offering Evidence, Testimony, Argument, or Suggestion Regarding Damages for Newly Alleged Liability Outside the Timeframe of the Claims Adjudicated by the Jury* addressed to Judge Lorna G. Schofield from Gianni Cutri dated April 23, 2025. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 04/23/2025) |
| 04/23/2025 | 1363 | ***SELECTED PARTIES*** MEMORANDUM OF LAW in Support re: 1362 LETTER MOTION to Seal *Plaintiffs/Counterclaim Defendants' Memorandum in Support of its Motion in Limine No. 8: Motion to Preclude TriZetto from Offering Evidence, Testimony, Argument, or Suggestion Regarding Damages for Newly Alleged Liabilit, 1327 MOTION in Limine No. 8. . Document filed by The Trizetto Group, Inc., Cognizant Technology Solutions Corp., Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc..* (Attachments: # 1 Exhibit 3 - [1331-2] SEALED 2025-02-24 Britven Expert Report_Excerpt)Motion or Order to File Under Seal: 1362 .(Cutri, Gianni) (Entered: 04/23/2025) |
| 04/23/2025 | 1364 | LETTER MOTION to Seal *Plaintiffs/Counterclaim Defendants' Memorandum in Support of its Motion in Limine No. 9: Motion to Preclude TriZetto from Offering* |

| | | |
|---|---|---|
| | | *Evidence, Testimony, Argument or Suggestion Regarding Development Costs* addressed to Judge Lorna G. Schofield from Gianni Cutri dated April 23, 2025. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 04/23/2025) |
| 04/23/2025 | 1365 | ***SELECTED PARTIES*** LETTER addressed to Judge Lorna G. Schofield from Gianni Cutri dated April 23, 2025 re: permission to redact portions of Plaintiffs/Counterclaim Defendants' Memorandum in Support of its Motion in Limine No. 9: Motion to Preclude TriZetto from Offering Evidence, Testimony, Argument or Suggestion Regarding Development Costs. Document filed by Syntel Sterling Best Shores Mauritius Limited, The Trizetto Group, Inc., Syntel, Inc., Cognizant Technology Solutions Corp.. (Attachments: # 1 Exhibit 1 - [1282-1] SEALED 2025-02-24 Britven Expert Report_Excerpt)Motion or Order to File Under Seal: 1364 .(Cutri, Gianni) (Entered: 04/23/2025) |
| 04/23/2025 | 1366 | LETTER MOTION to Seal *Plaintiffs/Counterclaim Defendants' Memorandum in Support of its Motion in Limine No. 10: Motion to Preclude TriZetto from Introducing Evidence or Argument for Damages Under the Defend Trade Secrets Act* addressed to Judge Lorna G. Schofield from Gianni Cutri dated April 23, 2025. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 04/23/2025) |
| 04/23/2025 | 1367 | ***SELECTED PARTIES*** MEMORANDUM OF LAW in Support re: 1284 MOTION in Limine *No. 10.*, 1366 LETTER MOTION to Seal *Plaintiffs/Counterclaim Defendants' Memorandum in Support of its Motion in Limine No. 10: Motion to Preclude TriZetto from Introducing Evidence or Argument for Damages Under the Defend Trade Secrets Act* addressed to . Document filed by The Trizetto Group, Inc., Cognizant Technology Solutions Corp., Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit 2 - [1289-2] SEALED 2025-02-24 Britven Opening Report_Excerpt)Motion or Order to File Under Seal: 1366 .(Cutri, Gianni) (Entered: 04/23/2025) |
| 04/23/2025 | 1368 | LETTER MOTION to Seal *Plaintiffs/Counterclaim Defendants' Memorandum in Support of its Motion in Limine No. 12: Motion to Exclude Out-Of-Court Statements* addressed to Judge Lorna G. Schofield from Gianni Cutri dated April 23, 2025. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 04/23/2025) |
| 04/23/2025 | 1369 | ***SELECTED PARTIES*** MEMORANDUM OF LAW in Support re: 1368 LETTER MOTION to Seal *Plaintiffs/Counterclaim Defendants' Memorandum in Support of its Motion in Limine No. 12: Motion to Exclude Out-Of-Court Statements* addressed to Judge Lorna G. Schofield from Gianni Cutri dated April 23, 2025., 1297 MOTION in Limine *No. 12.* . Document filed by The Trizetto Group, Inc., Cognizant Technology Solutions Corp., Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit 3 - [1301-3] SEALED 2025-02-24 Britven Expert Report_Excerpt, # 2 Exhibit 5 - [1301-6] SEALED 2025-02-13 Mengert Dep Tr_Excerpt)Motion or Order to File Under Seal: 1368 .(Cutri, Gianni) (Entered: 04/23/2025) |
| 04/23/2025 | 1370 | LETTER MOTION to Seal *Plaintiffs/Counterclaim Defendants' Exhibits 1, 2, 3, 4, and 5 to the Declaration of Crystal Parker in Support of Syntel's Motion in Limine No. 13* addressed to Judge Lorna G. Schofield from Gianni Cutri dated April 23, 2025. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 04/23/2025) |
| 04/23/2025 | 1371 | ***SELECTED PARTIES*** LETTER addressed to Judge Lorna G. Schofield from Gianni Cutri dated April 23, 2025 re: permission to redact portions of |

|  |  |  |
|---|---|---|
|  |  | Plaintiffs/Counterclaim Defendants' Exhibits 1, 2, 3, 4, and 5 to the Declaration of Crystal Parker in Support of Syntel's Motion in Limine No. 13. Document filed by Syntel Sterling Best Shores Mauritius Limited, The Trizetto Group, Inc., Syntel, Inc., Cognizant Technology Solutions Corp.. (Attachments: # 1 Exhibit 1 - [1306-1] 2025-02-24 S. Kursh Opening Expert Report, # 2 Exhibit 4 - [1306-4] 2025-03-28 T. Britven Reply Expert Report)Motion or Order to File Under Seal: 1370 .(Cutri, Gianni) (Entered: 04/23/2025) |
| 04/23/2025 | 1372 | LETTER MOTION to Seal *Plaintiffs/Counterclaim Defendants' Exhibits 2 and 4 to the Declaration of Crystal Parker in Support of Syntel's Motion in Limine No. 14* addressed to Judge Lorna G. Schofield from Gianni Cutri dated April 23, 2025. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 04/23/2025) |
| 04/23/2025 | 1373 | ***SELECTED PARTIES*** LETTER addressed to Judge Lorna G. Schofield from Gianni Cutri dated April 23, 2025 re: permission to redact portions of Plaintiffs/Counterclaim Defendants' Exhibits 2 and 4 to the Declaration of Crystal Parker in Support of Syntel's Motion in Limine No. 14. Document filed by Syntel Sterling Best Shores Mauritius Limited, The Trizetto Group, Inc., Syntel, Inc., Cognizant Technology Solutions Corp.. (Attachments: # 1 Exhibit 2 - [1312-2] 2025-02-24 T. Britven Opening Report, # 2 Exhibit 4 - [1312-4] 2025-02-24 S. Kursh Opening Report)Motion or Order to File Under Seal: 1372 .(Cutri, Gianni) (Entered: 04/23/2025) |
| 04/23/2025 | 1374 | LETTER MOTION to Seal *Plaintiffs/Counterclaim Defendants' Exhibits 1, 2, and 3 to the Declaration of Crystal Parker in Support of Syntel's Motion in Limine No. 15* addressed to Judge Lorna G. Schofield from Gianni Cutri dated April 23, 2025. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 04/23/2025) |
| 04/23/2025 | 1375 | ***SELECTED PARTIES*** LETTER addressed to Judge Lorna G. Schofield from Gianni Cutri dated April 23, 2025 re: permission to redact portions of Plaintiffs/Counterclaim Defendants' Exhibits 1, 2, and 3 to the Declaration of Crystal Parker in Support of Syntel's Motion in Limine No. 15. Document filed by Syntel Sterling Best Shores Mauritius Limited, The Trizetto Group, Inc., Syntel, Inc., Cognizant Technology Solutions Corp.. (Attachments: # 1 Exhibit 1 - [1318-1] 2025-04-09 T. Britven Dep Tr_Excerpt, # 2 Exhibit 2 - [1318-2] 2025-02-04 T. Britven Opening Report_Excerpt, # 3 Exhibit 3 - [1318-4] 2025-03-28 T. Britven Reply Report_Excerpt)Motion or Order to File Under Seal: 1374 .(Cutri, Gianni) (Entered: 04/23/2025) |
| 04/25/2025 | 1376 | LETTER MOTION to Seal *Exhibits I and J to Plaintiffs/Counterclaim Defendants Reply in Further Support of its Motion to Bar Evidence and Argument Under the Seventh Amendment* addressed to Judge Lorna G. Schofield from Gianni Cutri dated 04/25/2025. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 04/25/2025) |
| 04/25/2025 | 1377 | ***SELECTED PARTIES*** LETTER addressed to Judge Lorna G. Schofield from Gianni Cutri dated 4/25/2025 re: permission to seal Exhibits I and J to Plaintiffs/Counterclaim Defendants Reply in Further Support of its Motion to Bar Evidence and Argument Under the Seventh Amendment. Document filed by The Trizetto Group, Inc., Cognizant Technology Solutions Corp.. (Attachments: # 1 Exhibit I - [1349-4] Facets EDI 270271 v.5010 Subsystem Check Excerpt, # 2 Exhibit J - [1349-5] Facets EDI 270271 v.4010 Subsystem Guide Excerpt)Motion or Order to File Under Seal: 1376 .(Cutri, Gianni) (Entered: 04/25/2025) |
| 04/29/2025 | 1378 | LETTER MOTION for Leave to File Sur-Reply *Re: Request to Respond to Syntels Reply in Support of Its Motion to Bar Under the Seventh Amendment (Dkt. 1347)* |

| | | |
|---|---|---|
| | | addressed to Judge Lorna G. Schofield from Gianni Cutri dated April 29, 2025. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc... (Cutri, Gianni) (Entered: 04/29/2025) |
| 05/01/2025 | 1379 | LETTER MOTION to Seal *Syntel's Opposition to TriZetto's Motion in Limine No. 1* addressed to Judge Lorna G. Schofield from Crystal Parker dated May 1, 2025. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Parker, Crystal) (Entered: 05/01/2025) |
| 05/01/2025 | 1380 | MEMORANDUM OF LAW in Opposition re: 1333 MOTION in Limine *No. 1 to Preclude Syntel from Introducing Evidence or Argument Suggesting that Defendants and Counterclaim-Plaintiffs are Anti-Competitive or Harming the Marketplace and Raising the Consumer Healthcare Costs*. . Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Parker, Crystal) (Entered: 05/01/2025) |
| 05/01/2025 | 1381 | DECLARATION of Crystal L. Parker in Opposition re: 1333 MOTION in Limine *No. 1 to Preclude Syntel from Introducing Evidence or Argument Suggesting that Defendants and Counterclaim-Plaintiffs are Anti-Competitive or Harming the Marketplace and Raising the Consumer Healthcare Costs*.. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit 1-Filed Under Seal, # 2 Exhibit 2-Filed Under Seal, # 3 Exhibit 3-Filed Under Seal).(Parker, Crystal) (Entered: 05/01/2025) |
| 05/01/2025 | 1382 | ***SELECTED PARTIES*** MEMORANDUM OF LAW in Opposition re: 1333 MOTION in Limine *No. 1 to Preclude Syntel from Introducing Evidence or Argument Suggesting that Defendants and Counterclaim-Plaintiffs are Anti-Competitive or Harming the Marketplace and Raising the Consumer Healthcare Costs*. . Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc., Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. Motion or Order to File Under Seal: 1379 .(Parker, Crystal) (Entered: 05/01/2025) |
| 05/01/2025 | 1383 | ***SELECTED PARTIES***DECLARATION of Crystal L. Parker in Opposition re: 1333 MOTION in Limine *No. 1 to Preclude Syntel from Introducing Evidence or Argument Suggesting that Defendants and Counterclaim-Plaintiffs are Anti-Competitive or Harming the Marketplace and Raising the Consumer Healthcare Costs*.. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc., Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit 1-Britven Expert Report, # 2 Exhibit 2-Jarosz Expert Report, # 3 Exhibit 3-Britven Dep Tr)Motion or Order to File Under Seal: 1379 .(Parker, Crystal) (Attachment 3 replaced on 11/7/2025) (rro). (Entered: 05/01/2025) |
| 05/01/2025 | 1384 | LETTER MOTION to Seal *Syntel's Opposition to Trizetto's Motion In Limine No. 2* addressed to Judge Lorna G. Schofield from Crystal Parker dated May 1, 2025. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Parker, Crystal) (Entered: 05/01/2025) |
| 05/01/2025 | 1385 | MEMORANDUM OF LAW in Opposition re: 1337 MOTION in Limine *No. 2 to Preclude Syntel from Introducing Evidence or Argument Suggesting that Mr. Britven is Unfit to Testify, Mr. Britven's Opinions in the Prior Trial Were "Thrown Out" or Found "Illicit," "Illega . Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Parker, Crystal) (Entered: 05/01/2025)* |
| 05/01/2025 | 1386 | DECLARATION of Crystal L. Parker in Opposition re: 1337 MOTION in Limine *No. 2 to Preclude Syntel from Introducing Evidence or Argument Suggesting that Mr. Britven is Unfit to Testify, Mr. Britven's Opinions in the Prior Trial Were "Thrown Out" or Found "Illicit," "Illega. Document filed by Syntel Sterling Best Shores Mauritius* |

| | | |
|---|---|---|
| | | *Limited, Syntel, Inc.. (Attachments: # 1 Exhibit 1-Filed Under Seal).(Parker, Crystal) (Entered: 05/01/2025)* |
| 05/01/2025 | 1387 | \*\*\*SELECTED PARTIES\*\*\* MEMORANDUM OF LAW in Opposition re: 1337 MOTION in Limine *No. 2 to Preclude Syntel from Introducing Evidence or Argument Suggesting that Mr. Britven is Unfit to Testify, Mr. Britven's Opinions in the Prior Trial Were "Thrown Out" or Found "Illicit," "Illega . Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc., Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. Motion or Order to File Under Seal: 1384 .(Parker, Crystal) (Entered: 05/01/2025)* |
| 05/01/2025 | 1388 | \*\*\*SELECTED PARTIES\*\*\*DECLARATION of Crystal L. Parker in Opposition re: 1337 MOTION in Limine *No. 2 to Preclude Syntel from Introducing Evidence or Argument Suggesting that Mr. Britven is Unfit to Testify, Mr. Britven's Opinions in the Prior Trial Were "Thrown Out" or Found "Illicit," "Illega. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc., Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit 1-Transcript Excerpts)Motion or Order to File Under Seal: 1384 .(Parker, Crystal) (Entered: 05/01/2025)* |
| 05/01/2025 | 1389 | LETTER MOTION to Seal *Syntel's Opposition to Trizetto's Motion in Limine No. 3* addressed to Judge Lorna G. Schofield from Crystal Parker dated May 1, 2025. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Parker, Crystal) (Entered: 05/01/2025) |
| 05/01/2025 | 1390 | MEMORANDUM OF LAW in Opposition re: 1341 MOTION in Limine *No. 3 to Preclude Syntel from Arguing or Suggesting That a Court Has Already Resolved the Damages Issues to be Tried*. . Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Parker, Crystal) (Entered: 05/01/2025) |
| 05/01/2025 | 1391 | \*\*\*SELECTED PARTIES\*\*\* MEMORANDUM OF LAW in Opposition re: 1341 MOTION in Limine *No. 3 to Preclude Syntel from Arguing or Suggesting That a Court Has Already Resolved the Damages Issues to be Tried*. . Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc., Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. Motion or Order to File Under Seal: 1389 .(Parker, Crystal) (Entered: 05/01/2025) |
| 05/01/2025 | 1392 | LETTER MOTION to Seal *portions of TriZettos Opposition to Syntels Motion in Limine No. 3 and Exhibits to the accompanying Declarations of Gianni Cutri* addressed to Judge Lorna G. Schofield from Gianni Cutri dated May 1, 2025. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 05/01/2025) |
| 05/01/2025 | 1393 | RESPONSE in Opposition to Motion re: 1249 MOTION in Limine *No. 3*. . Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 05/01/2025) |
| 05/01/2025 | 1394 | DECLARATION of Gianni Cutri in Opposition re: 1249 MOTION in Limine *No. 3*.. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit A - FUS, # 2 Exhibit B - FUS, # 3 Exhibit C - FUS, # 4 Exhibit D - FUS, # 5 Exhibit E - FUS, # 6 Exhibit F - FUS).(Cutri, Gianni) (Entered: 05/01/2025) |
| 05/01/2025 | 1395 | \*\*\*SELECTED PARTIES\*\*\* RESPONSE in Opposition to Motion re: 1249 MOTION in Limine *No. 3*., 1392 LETTER MOTION to Seal *portions of TriZettos Opposition to Syntels Motion in Limine No. 3 and Exhibits to the accompanying Declarations of Gianni Cutri* addressed to Judge Lorna G. Schofield from Gianni Cutri dated May 1, 2025. . Document filed by The Trizetto Group, Inc., Cognizant Technology Solutions Corp., Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 |

| | | |
|---|---|---|
| | | Exhibit A - 2025.03.20 Expert Report of John Jarosz [Excerpted], # 2 Exhibit B - 2025.03.20 - Expert Report of Paul Clip [Excerpted], # 3 Exhibit C - 2025-02-24 - Opening Expert Report of Dr. Stephen Wicker [Excerpted], # 4 Exhibit D - 2025-02-24 Steven Kursh Opening Expert Report [Excerpted], # 5 Exhibit E - 2025-02-25 - Expert Report of Thomas Britven [Excerpted], # 6 Exhibit F - Britven, Thomas 2025-04-09 [Excerpted])Motion or Order to File Under Seal: 1392 .(Cutri, Gianni) (Entered: 05/01/2025) |
| 05/01/2025 | 1396 | LETTER MOTION to Seal *portions of TriZettos Opposition to Syntels Motion in Limine No. 8 and Exhibits to the accompanying Declarations of Gianni Cutri* addressed to Judge Lorna G. Schofield from Gianni Cutri dated May 1, 2025. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 05/01/2025) |
| 05/01/2025 | 1397 | RESPONSE in Opposition to Motion re: 1327 MOTION in Limine *No. 8*. . Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 05/01/2025) |
| 05/01/2025 | 1398 | DECLARATION of Gianni Cutri in Opposition re: 1327 MOTION in Limine *No. 8*.. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit A - PUBLIC PTX-0060, # 2 Exhibit B - FUS).(Cutri, Gianni) (Entered: 05/01/2025) |
| 05/01/2025 | 1399 | ***SELECTED PARTIES*** RESPONSE in Opposition to Motion re: 1396 LETTER MOTION to Seal *portions of TriZettos Opposition to Syntels Motion in Limine No. 8 and Exhibits to the accompanying Declarations of Gianni Cutri* addressed to Judge Lorna G. Schofield from Gianni Cutri dated May 1, 2025., 1327 MOTION in Limine *No. 8*. . Document filed by The Trizetto Group, Inc., Cognizant Technology Solutions Corp., Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit B - SEALED STROZ00047002 - Network Shares)Motion or Order to File Under Seal: 1396 .(Cutri, Gianni) (Main Document 1399 replaced on 11/7/2025) (rro). (Entered: 05/01/2025) |
| 05/01/2025 | 1400 | RESPONSE in Opposition to Motion re: 1284 MOTION in Limine *No. 10*. . Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 05/01/2025) |
| 05/01/2025 | 1401 | LETTER MOTION to Seal *portions of TriZettos Opposition to Syntels Motion in Limine No. 14 and Exhibits to the accompanying Declarations of Gianni Cutri* addressed to Judge Lorna G. Schofield from Gianni Cutri dated May 1, 2025. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 05/01/2025) |
| 05/01/2025 | 1402 | RESPONSE in Opposition to Motion re: 1308 MOTION in Limine *No. 14*. . Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 05/01/2025) |
| 05/01/2025 | 1403 | DECLARATION of Gianni Cutri in Opposition re: 1308 MOTION in Limine *No. 14*.. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit A - FUS, # 2 Exhibit B - FUS, # 3 Exhibit C - FUS, # 4 Exhibit D - FUS, # 5 Exhibit E - FUS).(Cutri, Gianni) (Entered: 05/01/2025) |
| 05/01/2025 | 1404 | ***SELECTED PARTIES*** RESPONSE in Opposition to Motion re: 1401 LETTER MOTION to Seal *portions of TriZettos Opposition to Syntels Motion in Limine No. 14 and Exhibits to the accompanying Declarations of Gianni Cutri* addressed to Judge Lorna G. Schofield from Gianni Cutri dated May 1, 2025., 1308 MOTION in Limine *No. 14*. . Document filed by The Trizetto Group, Inc., Cognizant Technology Solutions Corp., Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 |

| | | |
|---|---|---|
| | | Exhibit A - SEALED DTX-0087, # 2 Exhibit B - SEALED 2025-02-24 Opening Expert Report of Dr. Stephen Wicker_Excerpt, # 3 Exhibit C - SEALED DTX-0005, # 4 Exhibit D - SEALED 2025-02-24 Steven Kursh Opening Expert Report_Excerpt, # 5 Exhibit E - SEALED 2025-02-25 - Expert Report of Thomas Britven_Excerpt)Motion or Order to File Under Seal: 1401 .(Cutri, Gianni) (Entered: 05/01/2025) |
| 05/01/2025 | 1405 | LETTER MOTION to Seal *portions of TriZettos Opposition to Syntels Motion in Limine No. 7 and Exhibits to the accompanying Declarations of Gianni Cutri* addressed to Judge Lorna G. Schofield from Gianni Cutri dated May 1, 2025. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 05/01/2025) |
| 05/01/2025 | 1406 | RESPONSE in Opposition to Motion re: 1273 MOTION in Limine *No. 7.* . Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 05/01/2025) |
| 05/01/2025 | 1407 | DECLARATION of Gianni Cutri in Opposition re: 1273 MOTION in Limine *No. 7..* Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit A - FUS, # 2 Exhibit B - FUS).(Cutri, Gianni) (Entered: 05/01/2025) |
| 05/01/2025 | 1408 | ***SELECTED PARTIES*** RESPONSE in Opposition to Motion re: 1273 MOTION in Limine *No. 7.*, 1405 LETTER MOTION to Seal *portions of TriZettos Opposition to Syntels Motion in Limine No. 7 and Exhibits to the accompanying Declarations of Gianni Cutri* addressed to Judge Lorna G. Schofield from Gianni Cutri dated May 1, 2025. . Document filed by The Trizetto Group, Inc., Cognizant Technology Solutions Corp., Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit A - SEALED SYNSUPP-0295639 (DTX-3240), # 2 Exhibit B - SEALED 2025.04.15 Syntel Trial Exhibit List_Excerpt)Motion or Order to File Under Seal: 1405 . (Cutri, Gianni) (Main Document 1408 replaced on 11/7/2025) (rro). (Attachment 2 replaced on 11/7/2025) (rro). (Entered: 05/01/2025) |
| 05/01/2025 | 1409 | LETTER MOTION to Seal *portions of TriZettos Opposition to Syntels Motion in Limine No. 9 and Exhibits to the accompanying Declarations of Gianni Cutri* addressed to Judge Lorna G. Schofield from Gianni Cutri dated May 1, 2025. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 05/01/2025) |
| 05/01/2025 | 1410 | RESPONSE in Opposition to Motion re: 1278 MOTION in Limine *No. 9.* . Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 05/01/2025) |
| 05/01/2025 | 1411 | DECLARATION of Gianni Cutri in Opposition re: 1278 MOTION in Limine *No. 9..* Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit A - FUS).(Cutri, Gianni) (Entered: 05/01/2025) |
| 05/01/2025 | 1412 | ***SELECTED PARTIES*** RESPONSE in Opposition to Motion re: 1278 MOTION in Limine *No. 9.*, 1409 LETTER MOTION to Seal *portions of TriZettos Opposition to Syntels Motion in Limine No. 9 and Exhibits to the accompanying Declarations of Gianni Cutri* addressed to Judge Lorna G. Schofield from Gianni Cutri dated May 1, 2025. . Document filed by The Trizetto Group, Inc., Cognizant Technology Solutions Corp., Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit A - 2025-02-25 - Expert Report of Thomas Britven_Excerpt)Motion or Order to File Under Seal: 1409 .(Cutri, Gianni) (Entered: 05/01/2025) |

| 05/01/2025 | 1413 | RESPONSE in Opposition to Motion re: 1303 MOTION in Limine *No. 13.* . Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 05/01/2025) |
|---|---|---|
| 05/01/2025 | 1414 | LETTER MOTION to Seal *portions of TriZettos Opposition to Syntels Motion in Limine No. 15 and Exhibits to the accompanying Declarations of Gianni Cutri* addressed to Judge Lorna G. Schofield from Gianni Cutri dated May 1, 2025. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 05/01/2025) |
| 05/01/2025 | 1415 | RESPONSE in Opposition to Motion re: 1314 MOTION in Limine *No. 15.* . Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 05/01/2025) |
| 05/01/2025 | 1416 | DECLARATION of Gianni Cutri in Opposition re: 1314 MOTION in Limine *No. 15.*. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit A - FUS, # 2 Exhibit B - FUS, # 3 Exhibit C - FUS, # 4 Exhibit D - FUS, # 5 Exhibit E - FUS, # 6 Exhibit F - FUS, # 7 Exhibit G - FUS, # 8 Exhibit H - FUS, # 9 Exhibit I - FUS, # 10 Exhibit J - FUS, # 11 Exhibit K - FUS, # 12 Exhibit L - FUS).(Cutri, Gianni) (Entered: 05/01/2025) |
| 05/01/2025 | 1417 | ***SELECTED PARTIES*** RESPONSE in Opposition to Motion re: 1314 MOTION in Limine *No. 15.*, 1414 LETTER MOTION to Seal *portions of TriZettos Opposition to Syntels Motion in Limine No. 15 and Exhibits to the accompanying Declarations of Gianni Cutri* addressed to Judge Lorna G. Schofield from Gianni Cutri dated May 1, 2025. . Document filed by The Trizetto Group, Inc., Cognizant Technology Solutions Corp., Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit A - 2025-02-25 Britven Opening Report_Excerpt, # 2 Exhibit B - 2025-03-28 Brtiven Reply Expert Report_Excerpt, # 3 Exhibit C - 2025-02-24 S. Kursh Opening Report _Excerpt, # 4 Exhibit D - 2025-03-28 S. Kursh Reply Report_Excerpt, # 5 Exhibit E - 2025-03-28 S. Wicker Reply Report_Excerpt, # 6 Exhibit F - 2025-02-10 Mehta Dep Tr_Excerpt, # 7 Exhibit G - 2025-02-12 Pinto Dep Tr_Excerpt, # 8 Exhibit H - SYNT00136502, # 9 Exhibit I - SYNSUPP-0208973, # 10 Exhibit J - SYNSUPP-0208976, # 11 Exhibit K - 2018-05-17 Manish Dep Tr_Excerpt, # 12 Exhibit L - 2025-03-20 Jarosz Rebuttal Report_Excerpt)Motion or Order to File Under Seal: 1414 .(Cutri, Gianni) (Attachment 6 replaced on 11/7/2025) (rro). (Attachment 7 replaced on 11/7/2025) (rro). (Attachment 11 replaced on 11/7/2025) (rro). (Attachment 12 replaced on 11/7/2025) (rro). (Entered: 05/01/2025) |
| 05/01/2025 | 1418 | LETTER MOTION to Seal *portions of TriZettos Opposition to Syntels Motion in Limine No. 17 and Exhibits to the accompanying Declarations of Gianni Cutri* addressed to Judge Lorna G. Schofield from Gianni Cutri dated May 1, 2025. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 05/01/2025) |
| 05/01/2025 | 1419 | RESPONSE in Opposition to Motion re: 1324 MOTION in Limine *No. 17.* . Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 05/01/2025) |
| 05/01/2025 | 1420 | DECLARATION of Gianni Cutri in Opposition re: 1324 MOTION in Limine *No. 17.*. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit A - FUS, # 2 Exhibit B - FUS, # 3 Exhibit C - 2017-01-26 Muthuraman Decl, # 4 Exhibit D - 2017-01-26 Chadha Decl, # 5 Exhibit E - 2025-04-05 Chadha Decl, # 6 Exhibit F - FUS).(Cutri, Gianni) (Entered: 05/01/2025) |
| 05/01/2025 | 1421 | ***SELECTED PARTIES***DECLARATION of Gianni Cutri in Opposition re: 1418 LETTER MOTION to Seal *portions of TriZettos Opposition to Syntels Motion in Limine* |

| | | |
|---|---|---|
| | | *No. 17 and Exhibits to the accompanying Declarations of Gianni Cutri* addressed to Judge Lorna G. Schofield from Gianni Cutri dated May 1, 2025., 1324 MOTION in Limine *No. 17*.. Document filed by The Trizetto Group, Inc., Cognizant Technology Solutions Corp., Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit A - 2025-02-24 Wicker Opening Report_Excerpt, # 2 Exhibit B - 2025-02-24 Kursh Opening Report_Excerpt, # 3 Exhibit F - 2018-01-24 Muthuraman Dep Tr._Excerpt)Motion or Order to File Under Seal: 1418 .(Cutri, Gianni) (Entered: 05/01/2025) |
| 05/01/2025 | 1422 | LETTER MOTION to Seal *portions of TriZettos Opposition to Syntels Motion in Limine No. 1 and Exhibits to the accompanying Declarations of Gianni Cutri* addressed to Judge Lorna G. Schofield from Gianni Cutri dated May 1, 2025. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 05/01/2025) |
| 05/01/2025 | 1423 | RESPONSE in Opposition to Motion re: 1237 MOTION in Limine *No. 1*. . Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 05/01/2025) |
| 05/01/2025 | 1424 | DECLARATION of Gianni Cutri in Opposition re: 1237 MOTION in Limine *No. 1*.. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit A - FUS, # 2 Exhibit B - FUS, # 3 Exhibit C - FUS, # 4 Exhibit D - FUS, # 5 Exhibit E - PUBLIC How BLS Measures Price Change for Medic..., # 6 Exhibit F - FUS, # 7 Exhibit G - FUS, # 8 Exhibit H - FUS).(Cutri, Gianni) (Entered: 05/01/2025) |
| 05/01/2025 | 1425 | ***SELECTED PARTIES*** RESPONSE in Opposition to Motion re: 1237 MOTION in Limine *No. 1*., 1422 LETTER MOTION to Seal *portions of TriZettos Opposition to Syntels Motion in Limine No. 1 and Exhibits to the accompanying Declarations of Gianni Cutri* addressed to Judge Lorna G. Schofield from Gianni Cutri dated May 1, 2025. . Document filed by The Trizetto Group, Inc., Cognizant Technology Solutions Corp., Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit A - SEALED 2025-02-24 T. Britven Opening Report_Excerpt, # 2 Exhibit B - SEALED 2025-03-28 T. Britven Reply Report_Excerpt, # 3 Exhibit C - SEALED 2025-04-09 T. Britven Dep Tr_Excerpt, # 4 Exhibit D - SEALED SYNT00068196, # 5 Exhibit F - SEALED 2025-02-13 C. Mengert Dep Tr_Excerpt, # 6 Exhibit G - SEALED SYNT00067231, # 7 Exhibit H - SEALED 2025-03-20 Jarosz Rebuttal Rpt_Excerpt)Motion or Order to File Under Seal: 1422 .(Cutri, Gianni) (Attachment 4 replaced on 11/7/2025) (rro). (Attachment 6 replaced on 11/7/2025) (rro). (Entered: 05/01/2025) |
| 05/01/2025 | 1426 | LETTER MOTION to Seal *portions of TriZettos Opposition to Syntels Motion in Limine No. 2 and Exhibits to the accompanying Declarations of Gianni Cutri* addressed to Judge Lorna G. Schofield from Gianni Cutri dated May 1, 2025. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 05/01/2025) |
| 05/01/2025 | 1427 | RESPONSE in Opposition to Motion re: 1243 MOTION in Limine *No. 2*. . Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 05/01/2025) |
| 05/01/2025 | 1428 | DECLARATION of Gianni Cutri in Opposition re: 1243 MOTION in Limine *No. 2*.. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit A - FUS, # 2 Exhibit B - FUS, # 3 Exhibit C - FUS).(Cutri, Gianni) (Entered: 05/01/2025) |

| 05/01/2025 | 1429 | ***SELECTED PARTIES*** RESPONSE in Opposition to Motion re: 1243 MOTION in Limine *No. 2.*, 1426 LETTER MOTION to Seal *portions of TriZettos Opposition to Syntels Motion in Limine No. 2 and Exhibits to the accompanying Declarations of Gianni Cutri* addressed to Judge Lorna G. Schofield from Gianni Cutri dated May 1, 2025. . Document filed by The Trizetto Group, Inc., Cognizant Technology Solutions Corp., Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit A - SEALED 2025-02-24 Opening Expert Report of Dr. Stephen Wicker_Excerpt, # 2 Exhibit B - SEALED 2025-02-24 Steven Kursh Opening Expert Report_Excerpt, # 3 Exhibit C - SEALED 2025.03.20 Expert Report of John Jarosz and Tabs_Excerpt)Motion or Order to File Under Seal: 1426 .(Cutri, Gianni) (Main Document 1429 replaced on 11/7/2025) (rro). (Entered: 05/01/2025) |
| --- | --- | --- |
| 05/01/2025 | 1430 | LETTER MOTION to Seal *portions of TriZettos Opposition to Syntels Motion in Limine No. 6 and Exhibits to the accompanying Declaration of Gianni Cutri* addressed to Judge Lorna G. Schofield from Gianni Cutri dated May 1, 2025. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 05/01/2025) |
| 05/01/2025 | 1431 | RESPONSE in Opposition to Motion re: 1267 MOTION in Limine *No. 6.* . Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 05/01/2025) |
| 05/01/2025 | 1432 | DECLARATION of Gianni Cutri in Opposition re: 1267 MOTION in Limine *No. 6.*. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit A - FUS, # 2 Exhibit B - FUS, # 3 Exhibit C - PUBLIC 2025-01-27 - Syntel Amd. Resp. and Objs. to TriZetto 4th ROG_Excerpt, # 4 Exhibit D - FUS).(Cutri, Gianni) (Entered: 05/01/2025) |
| 05/01/2025 | 1433 | ***SELECTED PARTIES*** RESPONSE in Opposition to Motion re: 1430 LETTER MOTION to Seal *portions of TriZettos Opposition to Syntels Motion in Limine No. 6 and Exhibits to the accompanying Declaration of Gianni Cutri* addressed to Judge Lorna G. Schofield from Gianni Cutri dated May 1, 2025., 1267 MOTION in Limine *No. 6.* . Document filed by The Trizetto Group, Inc., Cognizant Technology Solutions Corp., Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit A - SEALED 2025-02-12 TriZetto's 1st Supp Resp to Syntel Supp Rogs_Excerpt, # 2 Exhibit B - SEALED 2025.03.20 Expert Report of John Jarosz_Excerpt, # 3 Exhibit D - SEALED 2025-04-10 - John C. Jarosz_Excerpt)Motion or Order to File Under Seal: 1430 .(Cutri, Gianni) (Attachment 1 replaced on 11/7/2025) (rro). (Attachment 3 replaced on 11/7/2025) (rro). (Entered: 05/01/2025) |
| 05/01/2025 | 1434 | RESPONSE in Opposition to Motion re: 1320 MOTION in Limine *No. 16.* . Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 05/01/2025) |
| 05/01/2025 | 1435 | LETTER MOTION to Seal *portions of TriZettos Opposition to Syntels Motion in Limine No. 4 and Exhibits to the accompanying Declarations of Gianni Cutri* addressed to Judge Lorna G. Schofield from Gianni Cutri dated May 1, 2025. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 05/01/2025) |
| 05/01/2025 | 1436 | RESPONSE in Opposition to Motion re: 1255 MOTION in Limine *No. 4.* . Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 05/01/2025) |
| 05/01/2025 | 1437 | DECLARATION of Gianni Cutri in Opposition re: 1255 MOTION in Limine *No. 4.*. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. |

| | | |
|---|---|---|
| | | (Attachments: # 1 Exhibit A - FUS, # 2 Exhibit B - FUS).(Cutri, Gianni) (Entered: 05/01/2025) |
| 05/01/2025 | 1438 | ***SELECTED PARTIES*** RESPONSE in Opposition to Motion re: 1255 MOTION in Limine *No. 4*., 1435 LETTER MOTION to Seal *portions of TriZettos Opposition to Syntels Motion in Limine No. 4 and Exhibits to the accompanying Declarations of Gianni Cutri* addressed to Judge Lorna G. Schofield from Gianni Cutri dated May 1, 2025. . Document filed by The Trizetto Group, Inc., Cognizant Technology Solutions Corp., Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit A - 2018-05-17 - Manish Mehta Vol. II [Excerpt], # 2 Exhibit B - ManishMehta_PDFTran [Excerpt])Motion or Order to File Under Seal: 1435 .(Cutri, Gianni) (Main Document 1438 replaced on 11/7/2025) (rro). (Attachment 1 replaced on 11/7/2025) (rro). (Attachment 2 replaced on 11/7/2025) (rro). (Entered: 05/01/2025) |
| 05/01/2025 | 1439 | LETTER MOTION to Seal *portions of TriZettos Opposition to Syntels Motion in Limine No. 5 and Exhibits to the accompanying Declarations of Gianni Cutri* addressed to Judge Lorna G. Schofield from Gianni Cutri dated May 1, 2025. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 05/01/2025) |
| 05/01/2025 | 1440 | RESPONSE in Opposition to Motion re: 1261 MOTION in Limine *No. 5*. . Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 05/01/2025) |
| 05/01/2025 | 1441 | DECLARATION of Gianni Cutri in Opposition re: 1261 MOTION in Limine *No. 5*.. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit A - FUS, # 2 Exhibit B - FUS, # 3 Exhibit C - PUBLIC 2025-01-27 - Syntel Resp. and Objs. to TZ 4th ROG [Excerpt], # 4 Exhibit D - FUS, # 5 Exhibit E - FUS, # 6 Exhibit F - FUS).(Cutri, Gianni) (Entered: 05/01/2025) |
| 05/01/2025 | 1442 | ***SELECTED PARTIES*** RESPONSE in Opposition to Motion re: 1261 MOTION in Limine *No. 5*., 1439 LETTER MOTION to Seal *portions of TriZettos Opposition to Syntels Motion in Limine No. 5 and Exhibits to the accompanying Declarations of Gianni Cutri* addressed to Judge Lorna G. Schofield from Gianni Cutri dated May 1, 2025. . Document filed by The Trizetto Group, Inc., Cognizant Technology Solutions Corp., Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit A - SEALED Britven, Thomas 2025-04-09 [Excerpt], # 2 Exhibit B - SEALED 2025-02-25 - Expert Report of Thomas Britven [Excerpt], # 3 Exhibit D - SEALED 2025-04-10 - John C. Jarosz [Excerpt], # 4 Exhibit E - SEALED 2025.03.20 Expert Report of John Jarosz and Tabs [Excerpt], # 5 Exhibit F - SEALED 2025-03-28 Reply Expert Report of Thomas W. Britven [Excerpt])Motion or Order to File Under Seal: 1439 .(Cutri, Gianni) (Entered: 05/01/2025) |
| 05/01/2025 | 1443 | RESPONSE in Opposition to Motion re: 1292 MOTION in Limine *No. 11*. . Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 05/01/2025) |
| 05/01/2025 | 1444 | LETTER MOTION to Seal *portions of TriZettos Opposition to Syntels Motion in Limine No. 12 and Exhibits to the accompanying Declarations of Gianni Cutri* addressed to Judge Lorna G. Schofield from Gianni Cutri dated May 1, 2025. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 05/01/2025) |
| 05/01/2025 | 1445 | RESPONSE in Opposition to Motion re: 1297 MOTION in Limine *No. 12*. . Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 05/01/2025) |

| 05/01/2025 | 1446 | DECLARATION of Gianni Cutri in Opposition re: 1297 MOTION in Limine *No. 12.*. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit A - FUS, # 2 Exhibit B - FUS).(Cutri, Gianni) (Entered: 05/01/2025) |
|---|---|---|
| 05/01/2025 | 1447 | ***SELECTED PARTIES*** RESPONSE in Opposition to Motion re: 1444 LETTER MOTION to Seal *portions of TriZettos Opposition to Syntels Motion in Limine No. 12 and Exhibits to the accompanying Declarations of Gianni Cutri* addressed to Judge Lorna G. Schofield from Gianni Cutri dated May 1, 2025., 1297 MOTION in Limine *No. 12.* . Document filed by The Trizetto Group, Inc., Cognizant Technology Solutions Corp., Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit A - SEALED 02-13-2025 - Mengert, Craig_Excerpt, # 2 Exhibit B - SEALED 2025-02-25 - Expert Report of Thomas Britven_Excerpt)Motion or Order to File Under Seal: 1444 .(Cutri, Gianni) (Entered: 05/01/2025) |
| 05/05/2025 | 1448 | LETTER RESPONSE to Motion addressed to Judge Lorna G. Schofield from Crystal Parker dated May 5, 2025 re: 1430 LETTER MOTION to Seal *portions of TriZettos Opposition to Syntels Motion in Limine No. 6 and Exhibits to the accompanying Declaration of Gianni Cutri* addressed to Judge Lorna G. Schofield from Gianni Cutri dated May 1, 2025., 1418 LETTER MOTION to Seal *portions of TriZettos Opposition to Syntels Motion in Limine No. 17 and Exhibits to the accompanying Declarations of Gianni Cutri* addressed to Judge Lorna G. Schofield from Gianni Cutri dated May 1, 2025., 1444 LETTER MOTION to Seal *portions of TriZettos Opposition to Syntels Motion in Limine No. 12 and Exhibits to the accompanying Declarations of Gianni Cutri* addressed to Judge Lorna G. Schofield from Gianni Cutri dated May 1, 2025., 1405 LETTER MOTION to Seal *portions of TriZettos Opposition to Syntels Motion in Limine No. 7 and Exhibits to the accompanying Declarations of Gianni Cutri* addressed to Judge Lorna G. Schofield from Gianni Cutri dated May 1, 2025., 1396 LETTER MOTION to Seal *portions of TriZettos Opposition to Syntels Motion in Limine No. 8 and Exhibits to the accompanying Declarations of Gianni Cutri* addressed to Judge Lorna G. Schofield from Gianni Cutri dated May 1, 2025., 1401 LETTER MOTION to Seal *portions of TriZettos Opposition to Syntels Motion in Limine No. 14 and Exhibits to the accompanying Declarations of Gianni Cutri* addressed to Judge Lorna G. Schofield from Gianni Cutri dated May 1, 2025., 1439 LETTER MOTION to Seal *portions of TriZettos Opposition to Syntels Motion in Limine No. 5 and Exhibits to the accompanying Declarations of Gianni Cutri* addressed to Judge Lorna G. Schofield from Gianni Cutri dated May 1, 2025., 1435 LETTER MOTION to Seal *portions of TriZettos Opposition to Syntels Motion in Limine No. 4 and Exhibits to the accompanying Declarations of Gianni Cutri* addressed to Judge Lorna G. Schofield from Gianni Cutri dated May 1, 2025., 1392 LETTER MOTION to Seal *portions of TriZettos Opposition to Syntels Motion in Limine No. 3 and Exhibits to the accompanying Declarations of Gianni Cutri* addressed to Judge Lorna G. Schofield from Gianni Cutri dated May 1, 2025., 1414 LETTER MOTION to Seal *portions of TriZettos Opposition to Syntels Motion in Limine No. 15 and Exhibits to the accompanying Declarations of Gianni Cutri* addressed to Judge Lorna G. Schofield from Gianni Cutri dated May 1, 2025., 1426 LETTER MOTION to Seal *portions of TriZettos Opposition to Syntels Motion in Limine No. 2 and Exhibits to the accompanying Declarations of Gianni Cutri* addressed to Judge Lorna G. Schofield from Gianni Cutri dated May 1, 2025., 1409 LETTER MOTION to Seal *portions of TriZettos Opposition to Syntels Motion in Limine No. 9 and Exhibits to the accompanying Declarations of Gianni Cutri* addressed to Judge Lorna G. Schofield from Gianni Cutri dated May 1, 2025., 1422 LETTER MOTION to Seal *portions of TriZettos Opposition to Syntels Motion in Limine No. 1 and Exhibits to the accompanying Declarations of Gianni Cutri* addressed to Judge Lorna G. Schofield |

| | | from Gianni Cutri dated May 1, 2025. . Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Parker, Crystal) (Entered: 05/05/2025) |
|---|---|---|
| 05/05/2025 | 1449 | LETTER MOTION to Seal *portions of Plaintiffs/Counterclaim Defendants' Opposition to TriZetto's Motion in Limine No. 1 and Exhibits 1 and 2 to the Declaration of Crystal Parker* addressed to Judge Lorna G. Schofield from Gianni Cutri dated May 5, 2025. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc... (Cutri, Gianni) (Entered: 05/05/2025) |
| 05/05/2025 | 1450 | ***SELECTED PARTIES*** RESPONSE in Opposition to Motion re: 1449 LETTER MOTION to Seal *portions of Plaintiffs/Counterclaim Defendants' Opposition to TriZetto's Motion in Limine No. 1 and Exhibits 1 and 2 to the Declaration of Crystal Parker* addressed to Judge Lorna G. Schofield from Gianni Cutri, 1379 LETTER MOTION to Seal *Syntel's Opposition to TriZetto's Motion in Limine No. 1* addressed to Judge Lorna G. Schofield from Crystal Parker dated May 1, 2025. . Document filed by The Trizetto Group, Inc., Cognizant Technology Solutions Corp., Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit 1 - [1383-1] 2025-02-24 Britven Opening Report_Excerpt, # 2 Exhibit 2 - [1383-2] 2025-03-20 Jarosz Rebuttal Report_Excerpt)Motion or Order to File Under Seal: 1449 .(Cutri, Gianni) (Entered: 05/05/2025) |
| 05/05/2025 | 1451 | LETTER MOTION to Seal *portions of Plaintiffs/Counterclaim Defendants' Opposition to TriZetto's Motion in Limine No. 2 and seal Exhibit 1 to the Declaration of Crystal Parker* addressed to Judge Lorna G. Schofield from Gianni Cutri dated May 5, 2025. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc... (Cutri, Gianni) (Entered: 05/05/2025) |
| 05/05/2025 | 1452 | ***SELECTED PARTIES*** RESPONSE in Opposition to Motion re: 1451 LETTER MOTION to Seal *portions of Plaintiffs/Counterclaim Defendants' Opposition to TriZetto's Motion in Limine No. 2 and seal Exhibit 1 to the Declaration of Crystal Parker* addressed to Judge Lorna G. Schofield from Gianni Cutri da, 1384 LETTER MOTION to Seal *Syntel's Opposition to Trizetto's Motion In Limine No. 2* addressed to Judge Lorna G. Schofield from Crystal Parker dated May 1, 2025. . Document filed by The Trizetto Group, Inc., Cognizant Technology Solutions Corp., Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit 1 - [1388-1] 2025-04-09 Britven Dep Tr_Excerpt)Motion or Order to File Under Seal: 1451 .(Cutri, Gianni) (Entered: 05/05/2025) |
| 05/05/2025 | 1453 | LETTER MOTION to Seal *portions of Plaintiffs/Counterclaim Defendants' Opposition to TriZetto's Motion in Limine No. 3* addressed to Judge Lorna G. Schofield from Gianni Cutri dated May 5, 2025. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 05/05/2025) |
| 05/05/2025 | 1454 | ***SELECTED PARTIES*** RESPONSE in Opposition to Motion re: 1389 LETTER MOTION to Seal *Syntel's Opposition to Trizetto's Motion in Limine No. 3* addressed to Judge Lorna G. Schofield from Crystal Parker dated May 1, 2025., 1453 LETTER MOTION to Seal *portions of Plaintiffs/Counterclaim Defendants' Opposition to TriZetto's Motion in Limine No. 3* addressed to Judge Lorna G. Schofield from Gianni Cutri dated May 5, 2025. . Document filed by The Trizetto Group, Inc., Cognizant Technology Solutions Corp., Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. Motion or Order to File Under Seal: 1453 .(Cutri, Gianni) (Entered: 05/05/2025) |
| 05/07/2025 | 1455 | PROPOSED STIPULATION AND ORDER. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 05/07/2025) |
| 05/08/2025 | 1456 | ORDER granting 1378 Letter Motion for Leave to File Document. Application GRANTED. TriZetto may file a sur-reply addressing only the new arguments Syntel |

| | | |
|---|---|---|
| | | raised in its opposition, not to exceed 1,500 words, by May 13, 2025. (Signed by Judge Lorna G. Schofield on 5/7/2025) (mml) Modified on 5/8/2025 (mml). (Entered: 05/08/2025) |
| 05/08/2025 | | Set/Reset Deadlines: Surreplies due by 5/13/2025. (mml) (Entered: 05/08/2025) |
| 05/09/2025 | 1457 | MEMO ENDORSEMENT on re: 1455 Proposed Stipulation and Order filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc. ENDORSEMENT: Application DENIED for the reasons stated at the end. Application DENIED. The parties are directed to the Court's Individual Trial Rules, particularly Rules I.B.2 and I.B.4. The parties may file any renewed stipulation consistent with the Court's Individual Trial Rules by May 14, 2025. Specifically, by June 3, 2025, the parties shall provide the Court with all the exhibits and demonstratives they intend to use in their case in chief along with an index. Further, the parties shall submit deposition designations two trial days before the designating party intends to offer the testimony at trial. A "trial day" as referenced in the Individual Trial Rules normally means Monday to Thursday. Consequently, if a party intends to offer deposition testimony at trial on a Wednesday, the designations and counter designations must be submitted to the court for rulings on any objections by the prior Thursday and may not be changed thereafter. Submissions shall be as specified in the Individual Trial Rules. The court will measure the time used for testimony presented by deposition designations. At or around the time deposition testimony is presented in evidence, the parties shall also inform the court, what percentage of that time should be allocated to each party. (Signed by Judge Lorna G. Schofield on 5/8/2025) (mml) Modified on 5/9/2025 (mml). (Entered: 05/09/2025) |
| 05/12/2025 | 1458 | NOTICE OF APPEARANCE by Phoebe King on behalf of Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(King, Phoebe) (Entered: 05/12/2025) |
| 05/13/2025 | 1459 | LETTER MOTION to Seal *Exhibits 2-7 to TriZettos Sur-Reply* addressed to Judge Lorna G. Schofield from Gianni Cutri dated 5/13/2025. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 05/13/2025) |
| 05/13/2025 | 1460 | REPLY to Response to Motion re: 1208 LETTER MOTION for Leave to File (Brief an Issue) addressed to Judge Lorna G. Schofield from Jaren Janghorbani dated April 1, 2025. *[Sur-Reply]*. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Affidavit of G. Cutri, # 2 Exhibit 1. TriZetto Corrections to Syntel Ex. B, # 3 Exhibit 2. FUS SYNSUPP-0102427, # 4 Exhibit 3. FUS SYNSUPP-0453696, # 5 Exhibit 4. FUS SYNSUPP-0201979, # 6 Exhibit 5. FUS SYNSUPP-0093934, # 7 Exhibit 6. FUS SYNT00068411, # 8 Exhibit 7. FUS SYNT00005723).(Cutri, Gianni) (Entered: 05/13/2025) |
| 05/13/2025 | 1461 | ***SELECTED PARTIES***DECLARATION of Gianni Cutri in Opposition re: 1208 LETTER MOTION for Leave to File (Brief an Issue) addressed to Judge Lorna G. Schofield from Jaren Janghorbani dated April 1, 2025.. Document filed by The Trizetto Group, Inc., Cognizant Technology Solutions Corp., Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit 2. SYNSUPP-0102427, # 2 Exhibit 3. SYNSUPP-045369, # 3 Exhibit 4. SYNSUPP-0201979, # 4 Exhibit 5. SYNSUPP-0093934, # 5 Exhibit 6. SYNT00068411, # 6 Exhibit 7. SYNT00005723)Motion or Order to File Under Seal: 1459 .(Cutri, Gianni) (Main Document 1461 replaced on 11/7/2025) (rro). (Attachment 5 replaced on 11/7/2025) (rro). (Attachment 6 replaced on 11/7/2025) (rro). (Entered: 05/13/2025) |

| 05/14/2025 | 1462 | LETTER addressed to Judge Lorna G. Schofield from Gianni Cutri dated May 14, 2025 re: Submitting Revised Joint Trial Stipulation. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit 1 - 2025-05-14 Joint Trial Procedure Stipulation).(Cutri, Gianni) (Entered: 05/14/2025) |
|---|---|---|
| 05/14/2025 | 1463 | ORDER: It is hereby ORDERED that, by May 15, 2025, Syntel shall request a link via email to SchofieldNYSDChambers@nysd.uscourts.gov to upload these courtesy copies, and shall do so promptly after receiving the link. (Signed by Judge Lorna G. Schofield on 5/14/2025) (sgz) (Entered: 05/15/2025) |
| 05/15/2025 | 1464 | LETTER RESPONSE to Motion addressed to Judge Lorna G. Schofield from Crystal L. Parker dated May 15, 2025 re: 1459 LETTER MOTION to Seal *Exhibits 2-7 to TriZettos Sur-Reply* addressed to Judge Lorna G. Schofield from Gianni Cutri dated 5/13/2025. . Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Parker, Crystal) (Entered: 05/15/2025) |
| 05/15/2025 | 1465 | TRIAL PROCEDURE STIPULATION: So Ordered with the modifications below. A telephonic conference is scheduled for June 23, 2025, at 10:30 am to raise any objections to opening demonstratives and discuss other issues. (The Court will not be available the prior week). To join the conference, the parties shall call (855) 244-8681 and enter the access code 23111938649. The parties are informed that there may not be an opportunity to raise any objections to closing demonstratives except during closing argument. As further set forth herein, For demonstrative exhibits to be used in connection with opening statements, each Party will exchange by e-mail or FTP of such demonstrative exhibits by 12:00 p.m. Eastern Time three trial days before opening statements. For example, if opening statements are to be presented on Tuesday, June 24th, the Parties will exchange any opening statement demonstrative exhibits by12:00 p.m. Eastern Time on Tuesday, June 17th. The Party receiving identification of demonstrative exhibits for opening statements will inform the Party identifying the exhibits of any objections by 4:00 p.m. Eastern Time three trial days before opening statements, and the Parties will meet and confer by 6:00 p.m. Eastern Time that same day. The parties may modify paragraph IV.4.by mutual agreement without further order of the Court. SO ORDERED. (Signed by Judge Lorna G. Schofield on 5/15/2025) (Status Conference set for 6/23/2025 at 10:30 AM before Judge Lorna G. Schofield.) (ar) (Entered: 05/15/2025) |
| 05/15/2025 | 1466 | LETTER MOTION to Seal *Syntel's Pretrial Memorandum of Law, and Exhibits 2 and 4-12 to the Declaration of Crystal L. Parker* addressed to Judge Lorna G. Schofield from Crystal L. Parker dated May 15, 2025. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Parker, Crystal) (Entered: 05/15/2025) |
| 05/15/2025 | 1467 | PRETRIAL MEMORANDUM. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Parker, Crystal) (Entered: 05/15/2025) |
| 05/15/2025 | 1468 | ***SELECTED PARTIES***PRETRIAL MEMORANDUM. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc., Cognizant Technology Solutions Corp., The Trizetto Group, Inc..Motion or Order to File Under Seal: 1466 .(Parker, Crystal) (Entered: 05/15/2025) |
| 05/15/2025 | 1469 | DECLARATION of Crystal L. Parker in Support re: 1467 Pretrial Memorandum. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit 1 - Bergeron Demonstratives, # 2 Exhibit 2 - Filed Under Seal, # 3 Exhibit 3 - DTX-3612, # 4 Exhibit 4 - Filed Under Seal, # 5 Exhibit 5 - Filed Under Seal, # 6 Exhibit 6 - Filed Under Seal, # 7 Exhibit 7 - Filed Under Seal, # 8 Exhibit 8 - Filed Under Seal, # 9 Exhibit 9 - Filed Under Seal, # 10 Exhibit 10 - Filed |

| | | |
|---|---|---|
| | | Under Seal, # 11 Exhibit 11 - Filed Under Seal, # 12 Exhibit 12 - Filed Under Seal, # 13 Exhibit 13 - DTX-1381).(Parker, Crystal) (Entered: 05/15/2025) |
| 05/15/2025 | 1470 | ***SELECTED PARTIES***DECLARATION of Crystal L. Parker in Support re: 1468 Pretrial Memorandum. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc., Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit 2 - Mengert Depo. Tr., # 2 Exhibit 4 - Highlighted Jarosz Rebuttal Report, # 3 Exhibit 4 - Redacted Jarosz Report, # 4 Exhibit 5 - Britven Depo. Tr., # 5 Exhibit 6 - Highlighted Britven Opening Report, # 6 Exhibit 6 - Redacted Britven Opening Report, # 7 Exhibit 7 - Wicker Depo. Tr., # 8 Exhibit 8 - Britven Reply Report, # 9 Exhibit 9 - Jarosz Depo. Tr., # 10 Exhibit 10 - TriZetto Amended Exhibit List, # 11 Exhibit 11 - Highlighted Kursh Opening Report, # 12 Exhibit 11 - Redacted Kursh Opening Report, # 13 Exhibit 12 - Highlighted Wicker Opening Report, # 14 Exhibit 12 - Redacted Wicker Opening Report)Motion or Order to File Under Seal: 1466 .(Parker, Crystal) (Entered: 05/15/2025) |
| 05/15/2025 | 1471 | PROPOSED VOIR DIRE QUESTIONS. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 05/15/2025) |
| 05/15/2025 | 1472 | NOTICE of Joint Submission of the Parties' Proposed Verdict Forms. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B).(Cutri, Gianni) (Entered: 05/15/2025) |
| 05/16/2025 | 1473 | LETTER MOTION to Seal *Exhibits to the Parties' Case-Specific Final Requests to Charge Before Closings ("Jury Instructions")* addressed to Judge Lorna G. Schofield from Gianni Cutri dated May 15, 2025. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 05/16/2025) |
| 05/16/2025 | 1474 | PROPOSED JURY INSTRUCTIONS. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit 1-A to Jury Instructions, # 2 Exhibit 1-B to Jury Instructions).(Cutri, Gianni) (Entered: 05/16/2025) |
| 05/16/2025 | 1475 | DECLARATION of Gianni Cutri in Support re: 1474 Proposed Jury Instructions. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit A - FUS, # 2 Exhibit B - FUS, # 3 Exhibit C - FUS, # 4 Exhibit D - FUS, # 5 Exhibit E - FUS).(Cutri, Gianni) (Entered: 05/16/2025) |
| 05/16/2025 | 1476 | ***SELECTED PARTIES***DECLARATION of Gianni Cutri in Support re: 1474 Proposed Jury Instructions, 1473 LETTER MOTION to Seal *Exhibits to the Parties' Case-Specific Final Requests to Charge Before Closings ("Jury Instructions")* addressed to Judge Lorna G. Schofield from Gianni Cutri dated May 15, 2025.. Document filed by The Trizetto Group, Inc., Cognizant Technology Solutions Corp., Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit A - SEALED 2025-02-10 M. Mehta Dep Tr_Excerpt, # 2 Exhibit B - SEALED 2025-02-24 Wicker Opening Expert Report_Excerpt, # 3 Exhibit C - SEALED 2025-02-12 D. Pinto Dep Tr_Excerpt, # 4 Exhibit D - SEALED 2025-04-09 T. Britven Dep Tr_Excerpt, # 5 Exhibit E - SEALED 2025-02-13 C. Mengert Dep Tr_Excerpt)Motion or Order to File Under Seal: 1473 .(Cutri, Gianni) (Attachment 1 replaced on 11/7/2025) (rro). (Attachment 3 replaced on 11/7/2025) (rro). (Entered: 05/16/2025) |
| 05/16/2025 | 1477 | LETTER MOTION to Seal *Exhibits to the Parties' Case-Specific Preliminary Requests to Charge Before Openings ("Jury Instructions")* addressed to Judge Lorna G. Schofield from Gianni Cutri dated May 15, 2025. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 05/16/2025) |

| 05/16/2025 | 1478 | PROPOSED JURY INSTRUCTIONS. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit 1-A to Jury Instructions, # 2 Exhibit 1-B to Jury Instructions).(Cutri, Gianni) (Entered: 05/16/2025) |
|---|---|---|
| 05/16/2025 | 1479 | DECLARATION of Gianni Cutri in Support re: 1478 Proposed Jury Instructions. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit A - FUS, # 2 Exhibit B - FUS, # 3 Exhibit C - FUS, # 4 Exhibit D - FUS, # 5 Exhibit E - FUS).(Cutri, Gianni) (Entered: 05/16/2025) |
| 05/16/2025 | 1480 | ***SELECTED PARTIES***DECLARATION of Gianni Cutri in Support re: 1477 LETTER MOTION to Seal *Exhibits to the Parties' Case-Specific Preliminary Requests to Charge Before Openings ("Jury Instructions")* addressed to Judge Lorna G. Schofield from Gianni Cutri dated May 15, 2025., 1478 Proposed Jury Instructions. Document filed by The Trizetto Group, Inc., Cognizant Technology Solutions Corp., Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit A - SEALED 2025-02-10 M. Mehta Dep Tr_Excerpt, # 2 Exhibit B - SEALED 2025-02-24 Wicker Opening Expert Report_Excerpt, # 3 Exhibit C - SEALED 2025-02-12 D. Pinto Dep Tr_Excerpt, # 4 Exhibit D - SEALED 2025-04-09 T. Britven Dep Tr_Excerpt, # 5 Exhibit E - SEALED 2025-02-13 C. Mengert Dep Tr_Excerpt)Motion or Order to File Under Seal: 1477 .(Cutri, Gianni) (Attachment 1 replaced on 11/7/2025) (rro). (Attachment 3 replaced on 11/7/2025) (rro). (Entered: 05/16/2025) |
| 05/16/2025 | 1481 | LETTER RESPONSE to Motion addressed to Judge Lorna G. Schofield from Crystal L. Parker dated May 16, 2025 re: 1477 LETTER MOTION to Seal *Exhibits to the Parties' Case-Specific Preliminary Requests to Charge Before Openings ("Jury Instructions")* addressed to Judge Lorna G. Schofield from Gianni Cutri dated May 15, 2025., 1473 LETTER MOTION to Seal *Exhibits to the Parties' Case-Specific Final Requests to Charge Before Closings ("Jury Instructions")* addressed to Judge Lorna G. Schofield from Gianni Cutri dated May 15, 2025. . Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Parker, Crystal) (Entered: 05/16/2025) |
| 05/19/2025 | 1482 | LETTER MOTION to Seal *portions of Plaintiffs/Counterclaim Defendants Pretrial Memorandum of Law and Exhibits 2, 4-9, and 11* addressed to Judge Lorna G. Schofield from Gianni Cutri dated May 19, 2025. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 05/19/2025) |
| 05/19/2025 | 1483 | ***SELECTED PARTIES***PRETRIAL MEMORANDUM. Document filed by The Trizetto Group, Inc., Cognizant Technology Solutions Corp., Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit 2 - [1470-1] 2025-02-13 Mengert Dep Tr_Excerpt, # 2 Exhibit 4 - [1470-2] 2025-03-20 J. Jarosz Rebuttal Report_Excerpt, # 3 Exhibit 5 - [1470-4] 2025-04-09 T. Britven Dep Tr_Excerpt, # 4 Exhibit 6 - [1470-5] 2025-02-24 T. Britven Expert Report_Excerpt, # 5 Exhibit 7 - [1470-7] 2025-04-08 S. Wicker Dep Tr_Excerpt, # 6 Exhibit 8 - [1470-8] 2025-03-28 T. Britven Reply Report_Excerpt, # 7 Exhibit 9 - [1470-9] 2025-04-10 J. Jarosz Dep Tr_Excerpt, # 8 Exhibit 11 - [1470-11] 2025-02-24 S. Kursh Opening Report_Excerpt)Motion or Order to File Under Seal: 1482 .(Cutri, Gianni) (Entered: 05/19/2025) |
| 05/21/2025 | 1484 | JOINT STIPULATION: The parties' trial stipulation is SO ORDERED. (Signed by Judge Lorna G. Schofield on 5/21/2025) (ks) (Entered: 05/21/2025) |
| 05/22/2025 | 1485 | LETTER MOTION to Seal *portions of TriZetto's Response to Syntel's Pretrial Memorandum of Law and Exhibits to the accompanying declaration of Gianni Cutri* addressed to Judge Lorna G. Schofield from Gianni Cutri dated May 22, 2025. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc... (Cutri, Gianni) (Entered: 05/22/2025) |

| | | |
|---|---|---|
| 05/22/2025 | 1486 | RESPONSE re: 1468 Pretrial Memorandum, 1467 Pretrial Memorandum . Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 05/22/2025) |
| 05/22/2025 | 1487 | DECLARATION of Gianni Cutri in Support re: 1486 Response. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit 1 - PUBLIC DTX-0083, # 2 Exhibit 2 - PUBLIC PTX-0189, # 3 Exhibit 3 - FUS, # 4 Exhibit 4 - PUBLIC DTX-0149, # 5 Exhibit 5 - FUS, # 6 Exhibit 6 - FUS, # 7 Exhibit 7 - PUBLIC DTX-0134, # 8 Exhibit 8 - FUS, # 9 Exhibit 9 - PUBLIC DTX-0041, # 10 Exhibit 10 - FUS, # 11 Exhibit 11 - FUS, # 12 Exhibit 12 - PUBLIC DTX-0084, # 13 Exhibit 13 - PUBLIC DTX-1162, # 14 Exhibit 14 - FUS, # 15 Exhibit 15 - FUS, # 16 Exhibit 16 - FUS, # 17 Exhibit 17 - FUS, # 18 Exhibit 18 - FUS, # 19 Exhibit 19 - PUBLIC PTX-0143, # 20 Exhibit 20 - FUS).(Cutri, Gianni) (Entered: 05/22/2025) |
| 05/22/2025 | 1488 | ***SELECTED PARTIES*** RESPONSE re: 1468 Pretrial Memorandum, 1467 Pretrial Memorandum, 1485 LETTER MOTION to Seal *portions of TriZetto's Response to Syntel's Pretrial Memorandum of Law and Exhibits to the accompanying declaration of Gianni Cutri* addressed to Judge Lorna G. Schofield from Gianni Cutri dated May 22, 2025. . Document filed by The Trizetto Group, Inc., Cognizant Technology Solutions Corp., Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit 3 - SEALED 2025-02-10 - Mehta, Manish Deposition_Excerpt, # 2 Exhibit 5 - SEALED 2025-03-28 Reply Expert Report of Thomas W. Britven_Excerpt, # 3 Exhibit 6 - SEALED 2025.03.20 Expert Report of John Jarosz_Excerpt, # 4 Exhibit 8 - SEALED 2025-02-24 Opening Expert Report of Dr. Stephen Wicker_Excerpt, # 5 Exhibit 10 - SEALED DTX-0078_Excerpt, # 6 Exhibit 11 - SEALED 2025-02-25 - Expert Report of Thomas Britven_Excerpt, # 7 Exhibit 14 - SEALED DTX-3270, # 8 Exhibit 15 - SEALED DTX-2906, # 9 Exhibit 16 - SEALED DTX-2889, # 10 Exhibit 17 - SEALED DTX-3368, # 11 Exhibit 18 - SEALED 02-13-2025 - Mengert, Craig_Excerpt, # 12 Exhibit 20 - SEALED DTX-3460)Motion or Order to File Under Seal: 1485 .(Cutri, Gianni) (Entered: 05/22/2025) |
| 05/22/2025 | 1489 | PROPOSED PRE-TRIAL ORDER. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit 1 - 5(h) Written Discovery and Objections, # 2 Exhibit 2 - PUBLIC TriZetto's Exhibit List with Syntel's Objections, # 3 Exhibit 3 - PUBLIC Syntel's Exhibit List with TriZetto's Objections).(Cutri, Gianni) (Entered: 05/22/2025) |
| 05/27/2025 | 1490 | LETTER RESPONSE to Motion addressed to Judge Lorna G. Schofield from Crystal L. Parker dated May 27, 2025 re: 1485 LETTER MOTION to Seal *portions of TriZetto's Response to Syntel's Pretrial Memorandum of Law and Exhibits to the accompanying declaration of Gianni Cutri* addressed to Judge Lorna G. Schofield from Gianni Cutri dated May 22, 2025. . Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Parker, Crystal) (Entered: 05/27/2025) |
| 05/27/2025 | 1491 | ORDER: It is hereby ORDERED that, as soon as possible, and no later than May 28, 2025, TriZetto shall email the Court at SchofieldNYSDChambers@uscourts.gov all demonstrative aids TriZetto used during Thomas W. Britven's direct testimony at the October 2020 jury trial, as well as any summary charts or demonstrative aids concerning damages TriZetto used during summations. (Signed by Judge Lorna G. Schofield on 5/27/2025) (rro) (Entered: 05/28/2025) |
| 06/02/2025 | 1492 | ORDER: It is hereby ORDERED that, by June 5, 2025, the parties shall jointly file updated preliminary jury instructions reflecting the rulings in the MIL Orders, including cautionary instructions that the jurors must accept and may not revisit the matter of Syntel's liability, which has been determined, and that the jury's role is solely to |

determine the amount of damages, if any. (Signed by Judge Lorna G. Schofield on 6/2/2025) (sgz) (Entered: 06/03/2025)

| 06/02/2025 | 1493 | ORDER granting 1333 Motion in Limine; granting in part and denying in part 1337 Motion in Limine; granting 1341 Motion in Limine. It is ORDERED that: (i) TriZetto's MIL No. 1 (Dkt. No. 1333) to preclude Syntel from offering any evidence, argument or suggestion that TriZetto is "anti-competitive," harming the marketplace or offer evidence, argument or suggestion that TriZetto's actions have or will have a deleterious effect on the healthcare insurance marketplace is GRANTED; (ii) TriZetto's MIL No. 2 (Dkt. No. 1337) to preclude Syntel from offering evidence, argument, or suggestion that: a. TriZetto's expert, Mr. Britven, as suggested at his deposition, is unfit to testify is GRANTED; 4 b. Mr. Britven's opinions in the prior trial were thrown out or found "illicit," "unlawful" or unreliable, or referencing prior rulings in this case regarding Mr. Britven's prior unjust-enrichment opinions is DENIED as moot; c. Mr. Britven's damages opinions are new and were not raised in the first trial is GRANTED in part and DENIED in part. Syntel may elicit that Mr. Britven previously calculated TriZetto's lost profits to be approximately $8.5 million, and may impeach him with inconsistent lost sales calculations in a prior report, but may not elicit evidence or argument about his prior versus current damages theories or approaches, such as the price erosion theory. Syntel may not elicit Mr. Britven's previous reasonably royalty calculation as it was based entirely on avoided costs. (iii) TriZetto's MIL No. 3 (Dkt. No. 1341) to preclude Syntel from arguing or suggesting that the Second Circuit or this Court already decided the appropriate amount of compensatory damages TriZetto is owed for Syntel's misappropriation and infringement is GRANTED. The parties are precluded from referencing procedural matters of any nature, except the jury's liability verdict. The Clerk of Court is respectfully directed to close the motions at Dkt. Nos. 1333, 1337 and 1341.. (Signed by Judge Lorna G. Schofield on 6/2/2025) (sgz) (Entered: 06/03/2025) |
| 06/03/2025 | 1494 | ORDER terminating 1208 Motion for Leave to File Document; denying 1237 Motion in Limine; granting in part and denying in part 1243 Motion in Limine; granting in part and denying in part 1249 Motion in Limine; denying 1255 Motion in Limine; denying 1261 Motion in Limine; denying 1267 Motion in Limine; denying as moot 1273 Motion in Limine; granting in part and denying in part 1278 Motion in Limine; denying 1284 Motion in Limine; granting 1292 Motion in Limine; granting 1297 Motion in Limine; granting in part and denying in part 1303 Motion in Limine; granting in part and denying in part 1308 Motion in Limine; denying 1314 Motion in Limine; denying as moot 1320 Motion in Limine; granting 1324 Motion in Limine; granting in part and denying in part 1327 Motion in Limine. The Clerk of Court is respectfully directed to enter on the docket only the following as the substance of this Order: The Court's detailed rulings are as set forth in this Order. In sum, Syntel's:(i) motion to preclude evidence of trade secrets or use that was not presented to the first jury is DENIED as moot with regard to the earlier and later versions of certain trade-secret documents and otherwise DENIED to the extent that the documents are probative of the extent of Syntel's use (1) of the same trade secrets with the same customers from the first trial and (2) linked to specific harm caused to TriZetto; (ii) motion to preclude TriZetto from having the jury redetermine the "nature of use" as to any trade secrets where use was already tried to the first jury is DENIED as untimely and on the merits. TriZetto may show the extent of Syntel's use of the trade secrets and the harm that flowed from that use, consistent with its proof of liability at the first trial; (iii) MIL # 1, to exclude the price erosion theory presented by Thomas W. Britven, expert for TriZetto, is DENIED; (iv) MIL # 2, to exclude evidence related to punitive damages and Syntel's motives, willfulness, intent or state of mind is DENIED in part as moot with regard to evidence related solely to punitive damages, DENIED in part with regard to other evidence related to punitive damages to the extent that such evidence is relevant to the occurrence and amount of compensatory damages and GRANTED in part as to Syntel's motives, willfulness, intent |

or state of mind; (v) MIL # 3, to preclude TriZetto from introducing narrative testimony of background facts through their experts is DENIED to the extent that the testimony is relevant to determining compensatory damages, but is GRANTED as to irrelevant testimony. TriZetto's experts may not offer testimony regarding Syntel's strategies, motives and intentions to misappropriate and use TriZetto's trade secrets to target TriZetto's customers or describe Syntel's actions as "deceptive," "illegitimate" and "inappropriate;" (vi) MIL # 4, to exclude evidence for any use of trade secrets or copyrighted materials in work performed for BSC and CDPHP is DENIED; (vii) MIL # 5, to exclude evidence regarding reasonable royalty damages for TriZetto's New York trade secrets misappropriation claim is DENIED; (viii) MIL # 6, to preclude TriZetto from seeking reasonable royalty damages for its copyright infringement claim is DENIED; (ix) MIL # 7, to exclude evidence or argument related to SyntBots is DENIED as moot; (x) MIL # 8, to exclude evidence, testimony, argument or suggestions regarding damages before January 1, 2012, or after October 18, 2020, for the New York misappropriation claim, or before October 30, 2013, or after October 27, 2020, for the copyright infringement claim is DENIED in part as moot as to lost profits and reasonable royalty damages incurred before January 1, 2012, for the New York misappropriation claim; GRANTED for damages incurred before October 30, 2013, for the copyright infringement claim and DENIED as to damages incurred after October 18, 2020, for the New York misappropriation claim and after October 27, 2020, for the copyright infringement claim to the extent that the damages TriZetto seeks to prove arise out of the continuation of the infringement found at trial; (xi) MIL # 9, to exclude evidence, testimony or argument regarding Syntel's avoided development costs or TriZetto's development costs is GRANTED as to Syntel's avoided development costs and TriZetto's development costs in the context of the Cost Approach as a way to determine a royalty data point range, and DENIED to the extent that TriZetto may use its development costs as one of several factors that TriZetto would have considered in its hypothetical royalty negotiation, and as a method of apportioning the royalties attributable to the three categories of trade secrets. (xii) MIL # 10, to exclude evidence or argument under the Defend Trade Secrets Act is DENIED; (xiii) MIL # 11, to exclude evidence, testimony, argument or suggestion regarding the prior compensatory and punitive damages verdict is GRANTED as to all parties. Neither side shall reference, explicitly or implicitly, (1) that the first jury considered the issue of damages or rendered a verdict on damages, (2) that the Court of Appeals considered or remanded the case on the issue of damages or (3) the substance or outcome of any such proceedings, including any reference to damages based on avoided costs. Any reference to testimony from the prior trial shall be referred to as "prior sworn testimony" instead of "testimony from the earlier trial" or similar formulations; (xiv) MIL # 12, to preclude TriZetto from introducing testimony suggesting Syntel made derogatory statements about TriZetto to unidentified customers is GRANTED; (xv) MIL # 13, to preclude TriZetto from introducing evidence, testimony, argument or suggestions that: a. the prior jury found that all of the 104 alleged trade secrets were both trade secrets and misappropriated is GRANTED insofar as TriZetto may state or suggest only that the prior jury determined that Syntel misappropriated "one or more" of TriZetto's trade secrets and b. Syntel was not authorized to use TriZetto trade secrets and copyrighted material in providing services to BSC and CDPHP is DENIED; (xvi) MIL # 14, to preclude TriZetto from introducing evidence related to Syntel's downloading or copying of the trade secret(s) in this case and presenting argument characterizing the same, and instead instruct the damages jury that Syntel was found liable under New York law for misappropriation of "one or more trade secrets" "for the period of January 1, 2012, to October 18, 2020," is GRANTED in part. TriZetto may not introduce evidence regarding Syntel's downloading or copying of misappropriated trade secrets except as it pertains to the extent of use. Regarding liability instructions to the jury, see the above decisions regarding MILs # 8, # 10 and # 13; (xvii) MIL # 15, to exclude Britven's "lost sales"

damages opinion is DENIED; (xviii) MIL # 16, to preclude TriZetto from introducing evidence or argument regarding Syntel's alleged acquisition or use of versions of software, tools or guides and manuals that TriZetto did not claim were trade secrets at the October 2020 trial is DENIED as moot; (xix) MIL # 17, to preclude TriZetto from introducing evidence, argument, testimony, or suggestion regarding prior discovery violations or sanctions relating to the first trial is GRANTED. The Clerk of Court is respectfully directed to close the motions at Dkt. Nos. 1208, 1237, 1243, 1249, 1255, 1261, 1267, 1273, 1278, 1284, 1292, 1297, 1303, 1308, 1314, 1320, 1324 and 1327. (Signed by Judge Lorna G. Schofield on 6/2/2025) (mml) (Entered: 06/03/2025)

| 06/03/2025 | 1495 | LETTER addressed to Judge Lorna G. Schofield from Crystal L. Parker dated June 3, 2025 re: Objection to TriZetto exhibits. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit 1 - Categorical Exhibit List Objections).(Parker, Crystal) (Entered: 06/03/2025) |
| --- | --- | --- |
| 06/04/2025 | 1496 | LETTER MOTION for Extension of Time to File Response/Reply as to 1495 Letter, addressed to Judge Lorna G. Schofield from Gianni Cutri dated 06/04/2025. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 06/04/2025) |
| 06/04/2025 | 1497 | ORDER granting in part 1496 Letter Motion for Extension of Time to File Response/Reply. Application GRANTED in part. By June 5, 2025, the parties shall revise their exhibit lists in light of the Court's orders at Dkts. 1493, 1494 and meet and confer to resolve as many disputes as possible. By June 6, 2025, at 3:00 PM., Syntel and TriZetto shall each file a letter stating any outstanding objections consistent with Individual Trial Rules I.A.5.j. and I.B.2. (Signed by Judge Lorna G. Schofield on 6/4/2025) (mml) (Entered: 06/04/2025) |
| 06/05/2025 | 1498 | LETTER MOTION to Seal *Syntel's Memorandum of Law, and Exhibits 1, 2, and 3 to the Declaration of Gregory F. Laufer* addressed to Judge Lorna G. Schofield from Gregory F. Laufer dated June 5, 2025. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Laufer, Gregory) (Entered: 06/05/2025) |
| 06/05/2025 | 1499 | MOTION for Reconsideration *of Court's June 3, 2025 Order 1494* . Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Laufer, Gregory) (Entered: 06/05/2025) |
| 06/05/2025 | 1500 | MEMORANDUM OF LAW in Support re: 1499 MOTION for Reconsideration *of Court's June 3, 2025 Order 1494* . . Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Laufer, Gregory) (Entered: 06/05/2025) |
| 06/05/2025 | 1501 | DECLARATION of Gregory F. Laufer in Support re: 1499 MOTION for Reconsideration *of Court's June 3, 2025 Order 1494* .. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit 1 - Filed Under Seal, # 2 Exhibit 2 - Filed Under Seal, # 3 Exhibit 3 - Filed Under Seal).(Laufer, Gregory) (Entered: 06/05/2025) |
| 06/05/2025 | 1502 | ***SELECTED PARTIES*** MEMORANDUM OF LAW in Support re: 1499 MOTION for Reconsideration *of Court's June 3, 2025 Order 1494* . . Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc., Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. Motion or Order to File Under Seal: 1498 . (Laufer, Gregory) (Entered: 06/05/2025) |
| 06/05/2025 | 1503 | ***SELECTED PARTIES***DECLARATION of Gregory F. Laufer in Support re: 1499 MOTION for Reconsideration *of Court's June 3, 2025 Order 1494* .. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc., Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit 1 - Transcript of Deposition of Thomas Britven, # 2 Exhibit 2 - Transcript of Deposition of |

| | | |
|---|---|---|
| | | Craig Mengert, # 3 Exhibit 3 - Expert Report of Thomas Britven)Motion or Order to File Under Seal: 1498 .(Laufer, Gregory) (Entered: 06/05/2025) |
| 06/05/2025 | 1504 | MEMO ENDORSEMENT with respect to 1499 Motion for Reconsideration. ENDORSEMENT: By June 6, 2025, TriZetto shall file a response. (Signed by Judge Lorna G. Schofield on 6/5/2025) (jca) (Entered: 06/05/2025) |
| 06/05/2025 | | Set/Reset Deadlines: Responses due by 6/6/2025 (jca) (Entered: 06/05/2025) |
| 06/05/2025 | 1505 | PROPOSED JURY INSTRUCTIONS. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit 1A List to Prelim Jury Ins, # 2 Exhibit 1B List to Prelim Jury Ins).(Cutri, Gianni) (Entered: 06/05/2025) |
| 06/06/2025 | 1506 | LETTER addressed to Judge Lorna G. Schofield from Crystal L. Parker dated June 6, 2025 re: Objections to TriZetto's Exhibits. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit 1 - Categorical Exhibit List Objections).(Parker, Crystal) (Entered: 06/06/2025) |
| 06/06/2025 | 1507 | LETTER addressed to Judge Lorna G. Schofield from Gianni Cutri dated June 6, 2025 re: TriZetto's Objections to Syntel's Exhibit List. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 06/06/2025) |
| 06/06/2025 | 1508 | RESPONSE in Opposition to Motion re: 1499 MOTION for Reconsideration *of Court's June 3, 2025 Order 1494* . . Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit A - PDX5.77 (Jarosz Direct)).(Cutri, Gianni) (Entered: 06/06/2025) |
| 06/06/2025 | 1509 | LETTER addressed to Judge Lorna G. Schofield from Crystal L. Parker dated June 6, 2025 re: Objections to TriZetto's Demonstrative Exhibits. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit 1 - Demonstrative Exhibit Objections).(Parker, Crystal) (Entered: 06/06/2025) |
| 06/06/2025 | 1510 | MOTION for Sierra Elizabeth to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-31200403. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Affidavit of S. Elizabeth in Support of Pro Hac Vice, # 2 Exhibit Attachment A - Certificate of Good Standing, # 3 Proposed Order Proposed Order).(Cutri, Gianni) (Entered: 06/06/2025) |
| 06/06/2025 | 1511 | LETTER MOTION to Seal *Portions of TriZetto's Letter Submitting Categories of Objections to Syntel's Trial Demonstratives Under Seal* addressed to Judge Lorna G. Schofield from Gianni Cutri dated June 6, 2025. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 06/06/2025) |
| 06/06/2025 | 1512 | LETTER addressed to Judge Lorna G. Schofield from Gianni Cutri dated June 6, 2025 re: Two Categories of Objections to Syntel's Disclosed Demonstratives. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 06/06/2025) |
| 06/06/2025 | 1513 | ***SELECTED PARTIES*** LETTER addressed to Judge Lorna G. Schofield from Gianni Cutri dated June 6, 2025 re: Two Categories of Objections to Syntel's Disclosed Demonstratives. Document filed by Syntel Sterling Best Shores Mauritius Limited, The Trizetto Group, Inc., Syntel, Inc., Cognizant Technology Solutions Corp.. (Attachments: # 1 Exhibit 1 - SEALED 2025-04-10 Jarosz Dep Tr (Excerpt))Motion or Order to File Under Seal: 1511 .(Cutri, Gianni) (Attachment 1 replaced on 11/7/2025) (rro). (Entered: 06/06/2025) |

| 06/07/2025 | 1514 | LETTER addressed to Judge Lorna G. Schofield from Tiana Voegelin dated June 7, 2025 re: Correction to Demonstrative Slides. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Voegelin, Tiana) (Entered: 06/07/2025) |
| --- | --- | --- |
| 06/07/2025 | 1515 | JOINT LETTER addressed to Judge Lorna G. Schofield from Gianni Cutri and Gregory Laufer dated 06/07/2025 re: Joint Letter Regarding DDX-6 Pagination For Slides 147-155. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 06/07/2025) |
| 06/09/2025 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 1510 MOTION for Sierra Elizabeth to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-31200403. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (bc)** (Entered: 06/09/2025) |
| 06/09/2025 | 1516 | ORDER denying 1499 Motion for Reconsideration. It is hereby ORDERED that Syntel's motion to reconsider is DENIED. (Signed by Judge Lorna G. Schofield on 6/9/2025) (mml) (Entered: 06/10/2025) |
| 06/10/2025 | 1517 | NOTICE OF APPEARANCE by Sierra Elizabeth on behalf of Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Elizabeth, Sierra) (Entered: 06/10/2025) |
| 06/11/2025 | 1518 | LETTER addressed to Judge Lorna G. Schofield from Gianni Cutri dated June 11, 2025 re: Reasonable Royalty Damages Claim. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 06/11/2025) |
| 06/11/2025 | 1519 | LETTER MOTION for Extension of Time to File *TriZetto's Motion to Seal Material Included in Syntel's Motion for Reconsideration* addressed to Judge Lorna G. Schofield from Gianni Cutri dated June 11, 2025. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 06/11/2025) |
| 06/11/2025 | 1520 | LETTER MOTION to Seal *Portions of Syntel's Motion for Reconsideration (Dkt. 1502) and Exhibits 1-3 to the Declaration of Gregory F. Laufer in Support of Syntel's Motion for Reconsideration (Dkt. 1503)* addressed to Judge Lorna G. Schofield from Gianni Cutri dated June 11, 2025. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 06/11/2025) |
| 06/11/2025 | 1521 | ***SELECTED PARTIES*** MEMORANDUM OF LAW in Support re: 1520 LETTER MOTION to Seal *Portions of Syntel's Motion for Reconsideration (Dkt. 1502) and Exhibits 1-3 to the Declaration of Gregory F. Laufer in Support of Syntel's Motion for Reconsideration (Dkt. 1503)* addressed to Judge Lorna G. Sch, 1499 MOTION for Reconsideration *of Court's June 3, 2025 Order 1494* . . Document filed by The Trizetto Group, Inc., Cognizant Technology Solutions Corp., Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit 1 SEALED, # 2 Exhibit 2 SEALED, # 3 Exhibit 3 SEALED)Motion or Order to File Under Seal: 1520 .(Cutri, Gianni) (Entered: 06/11/2025) |
| 06/13/2025 | 1522 | LETTER MOTION to Seal addressed to Judge Lorna G. Schofield from Gianni Cutri dated 06/13/2025. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 06/13/2025) |
| 06/13/2025 | 1523 | JOINT LETTER addressed to Judge Lorna G. Schofield from Gianni Cutri and Gregory Laufer dated 06/13/2025 re: Remaining Objections. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Affidavit of G. Cutri, # 2 Exhibit A. FUS, # 3 Exhibit B. FUS, # 4 Exhibit C. FUS, # 5 Exhibit D. Ankur Chadha Dep).(Cutri, Gianni) (Entered: 06/13/2025) |

| 06/13/2025 | 1524 | ***SELECTED PARTIES***JOINT LETTER addressed to Judge Lorna G. Schofield from Gianni Cutri and Gregory Laufer dated 06/13/2025 re: Remaning Objections. Document filed by Syntel Sterling Best Shores Mauritius Limited, The Trizetto Group, Inc., Syntel, Inc., Cognizant Technology Solutions Corp.. (Attachments: # 1 Affidavit of G. Cutri, # 2 Exhibit A. Excerpt of 2025 Wicker Report, # 3 Exhibit B. Excerpt of 2018 Britven Report, # 4 Exhibit C. 2020 Attachment 7 to Britven Report)Motion or Order to File Under Seal: 1522 .(Cutri, Gianni) (Entered: 06/13/2025) |
| --- | --- | --- |
| 06/16/2025 | 1525 | LETTER MOTION to Seal *Joint Letter* addressed to Judge Lorna G. Schofield from Gianni Cutri dated 6/16/2025. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 06/16/2025) |
| 06/16/2025 | 1526 | JOINT LETTER addressed to Judge Lorna G. Schofield from Gianni Curti dated 6/16/2025 re: Prior Lost Porfits. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Affidavit of Gianni Cutri, # 2 Exhibit A - Filed Under Seal, # 3 Exhibit B - Filed Under Seal, # 4 Exhibit C - Filed Under Seal, # 5 Exhibit D - Britven Dep Tr).(Cutri, Gianni) (Entered: 06/16/2025) |
| 06/16/2025 | 1527 | ***SELECTED PARTIES***JOINT LETTER addressed to Judge Lorna G. Schofield from Gianni Cutri dated 6/16/2025 re: Lost Profits. Document filed by Syntel Sterling Best Shores Mauritius Limited, The Trizetto Group, Inc., Syntel, Inc., Cognizant Technology Solutions Corp.. (Attachments: # 1 Affidavit of Gianni Curti, # 2 Exhibit A - Britven Expert Report, # 3 Exhibit B - Britven Updated Attachments (Lost Profits), # 4 Exhibit C - DDX-3.28)Motion or Order to File Under Seal: 1525 .(Cutri, Gianni) (Entered: 06/16/2025) |
| 06/18/2025 | 1528 | JOINT LETTER addressed to Judge Lorna G. Schofield from Gianni Cutri and Gregory Laufer dated 6/18/2025 re: TriZetto Deposition Designations. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit 1. Chadha Dep Designation, # 2 Exhibit 2. Mehta Dep Designation, # 3 Exhibit 3. Mehta Trial Designation, # 4 Exhibit 4. Moore Dep Designation, # 5 Exhibit 5. Reddy Dep Designation, # 6 Exhibit 6. Sinha Dep Designation, # 7 Exhibit 7. Srivastava Dep Designation, # 8 Exhibit 8. Objection Key).(Cutri, Gianni) (Entered: 06/19/2025) |
| 06/19/2025 | 1529 | NOTICE OF CHANGE OF ADDRESS by Yungmoon Chang on behalf of Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. New Address: Kirkland & Ellis LLP, 695 Town Center Dr., Costa Mesa, California, United States 92626,..(Chang, Yungmoon) (Entered: 06/19/2025) |
| 06/19/2025 | 1530 | LETTER MOTION to Seal *Syntel's Letter Responding to 1518 TriZetto's June 11, 2025 Letter* addressed to Judge Lorna G. Schofield from Jaren Janghorbani dated June 19, 2025. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc... (Janghorbani, Jaren) (Entered: 06/19/2025) |
| 06/19/2025 | 1531 | ***SELECTED PARTIES*** LETTER addressed to Judge Lorna G. Schofield from Jaren Janghorbani dated June 19, 2025 re: Responding to 1518 TriZetto's June 11, 2025 Letter. Document filed by Syntel Sterling Best Shores Mauritius Limited, The Trizetto Group, Inc., Syntel, Inc., Cognizant Technology Solutions Corp..Motion or Order to File Under Seal: 1530 .(Janghorbani, Jaren) (Main Document 1531 replaced on 11/7/2025) (rro). (Entered: 06/19/2025) |
| 06/19/2025 | 1532 | LETTER addressed to Judge Lorna G. Schofield from Jaren Janghorbani dated June 19, 2025 re: Responding to 1518 TriZetto's June 11, 2025 Letter. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Janghorbani, Jaren) (Entered: 06/19/2025) |

| 06/20/2025 | 1533 | LETTER addressed to Judge Lorna G. Schofield from Gianni Cutri dated June 20, 2025 re: TriZetto's Designations. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 06/20/2025) |
|---|---|---|
| 06/20/2025 | 1534 | RESPONSE re: 1532 Letter, . Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 06/20/2025) |
| 06/20/2025 | 1535 | NOTICE OF CHANGE OF ADDRESS by Samuel Francis Blake on behalf of Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. New Address: Kirkland & Ellis LLP, 2049 Century Park East, Los Angeles, California, United States 90067,..(Blake, Samuel) (Entered: 06/20/2025) |
| 06/20/2025 | 1536 | NOTICE OF CHANGE OF ADDRESS by Maria Monica Beltran on behalf of Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. New Address: Kirkland & Ellis LLP, 2049 Century Park East, Los Angeles, California, United States 90067,..(Beltran, Maria) (Entered: 06/20/2025) |
| 06/20/2025 | 1537 | NOTICE OF CHANGE OF ADDRESS by Michael W De Vries on behalf of Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. New Address: Kirkland & Ellis LLP, 695 Town Center Dr., Costa Mesa, California, United States 92626,..(De Vries, Michael) (Entered: 06/20/2025) |
| 06/20/2025 | 1538 | TRANSCRIPT of Proceedings re: CONFERENCE held on 6/10/2025 before Judge Lorna G. Schofield. Court Reporter/Transcriber: George Malinowski, (212) 805-0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 7/11/2025. Redacted Transcript Deadline set for 7/21/2025. Release of Transcript Restriction set for 9/18/2025..(McGuirk, Kelly) (Entered: 06/20/2025) |
| 06/20/2025 | 1539 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFERENCE proceeding held on 6/10/2025 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days....(McGuirk, Kelly) (Entered: 06/20/2025) |
| 06/20/2025 | 1540 | JOINT LETTER addressed to Judge Lorna G. Schofield from Gianni Cutri and Crystal L. Parker dated June 20, 2025 re: The Parties' Positions on Syntel's Objections to DTX-0005. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit 1 - Redacted DTX-0005, # 2 Exhibit 2 -DDX-6.14). (Cutri, Gianni) (Entered: 06/20/2025) |
| 06/21/2025 | 1541 | PROPOSED STIPULATION AND ORDER. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 06/21/2025) |
| 06/22/2025 | 1542 | PROPOSED STIPULATION AND ORDER. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 06/22/2025) |
| 06/22/2025 | 1543 | LETTER addressed to Judge Lorna G. Schofield from Gianni Cutri dated June 22, 2025 re: Exhibit and Demonstrative Objections and Deposition Designation Update. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit 2 - Dkt. 1528-2_Redacted, # 2 Exhibit 5 - Dkt. 1528-5_Redacted).(Cutri, Gianni) (Entered: 06/22/2025) |
| 06/23/2025 | 1544 | PROPOSED STIPULATION AND ORDER. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 06/23/2025) |

| 06/23/2025 | | Minute Entry for proceedings held before Judge Lorna G. Schofield: Telephone Conference held on 6/23/2025. (Court Reporter Present) (jcs) (Entered: 06/23/2025) |
|---|---|---|
| 06/23/2025 | 1545 | ORDER: WHEREAS, by letter dated June 16, 2025, (Dkt. 1527), the parties made proposals regarding the scope of the allowable use of Mr. Britven's lost profits opinions leading up to, and at, the prior trial. It is hereby ORDERED that the parties shall file a stipulation to be "so ordered" by the Court reflecting their proposed three paragraphs and resolving the parties' disputed language as follows: Paragraph 1 -- exclude both parties' proposed additions. Paragraph 2 -- include TriZetto's proposed language. Paragraph 3 -- include only TriZetto's proposed language. The parties may include any reservation of rights in footnotes. ORDERED that demonstrative aids from the prior trial may not be used for any purpose in the upcoming trial because they are similar in appearance to those to be used in the upcoming trial and are likely to cause the jury to speculate about the circumstances of their creation and prior use. ORDERED that evidence about avoided costs may not be introduced except to the extent previously permitted, and evidence about Syntel's prior discovery misconduct may not be introduced. ORDERED that TriZetto's objection to PDX 5.60 to 5.70 as currently drafted is sustained. (And as further set forth herein.) (Signed by Judge Lorna G. Schofield on 6/22/2025) (jca) (Entered: 06/23/2025) |
| 06/23/2025 | 1546 | ORDER : WHEREAS, on June 22, 2025, the parties provided a revised draft preliminary jury charge via e-mail that altered the Court's due date for filing simultaneous letter briefs on whether reasonable royalty damages are available under federal law only when lost profits cannot be awarded. It is hereby ORDERED that the parties shall file simultaneous letter briefs on the issue by June 25, 2025, at 12 P.M. to accommodate a possible charging conference that day. A firm date and time for the charging conference will be determined at a later date. (Signed by Judge Lorna G. Schofield on 6/23/2025) (jca) (Entered: 06/23/2025) |
| 06/23/2025 | 1547 | ORDER: WHEREAS, by letters dated June 13, 2025, (Dkt. 1524) and June 20, 2025, (Dkt. 1540), as modified by the letter dated June 22, 2025, (Dkt. 1543), the parties identified outstanding disputes concerning certain trial exhibits and demonstrative aids. The rulings below are substantially based on the reasons argued by the prevailing party. It is hereby ORDERED that Trizetto's demonstrative aids may be used as follows: DDX-4.20 allow but redact "in the injunction" DDX-4.91 allow DDX-4-109 allow DDX 5.122 allow but redact "in the injunction" DDX-6.15 and 6.16 allow based on TriZetto's representations DDX-6.71.1 allow based on Syntel's withdrawal of objection to DTX 3367. ORDERED that the parties' objections to certain exhibits are resolved as follows: DTX-89 and 90 overruled DTX-1244 sustained in part. Only the cover page and pages that show what Syntel had done, and not only what it planned to do are admitted. DTX-3869 and 3870 overruled PTX-188 and 189 sustained in part. Only the cover page and slides 4 and 5 are admitted DTX 5 sustained. ORDERED that the parties shall promptly advise the Court which disputes concerning written discovery still require rulings. See Dkt. 1489-1. (Signed by Judge Lorna G. Schofield on 6/23/2025) (jca) (Entered: 06/23/2025) |
| 06/23/2025 | 1548 | ORDER: The parties submitted deposition designations to present at trial. The Court's rulings on the parties' objections are as reflected on the attached documents. So Ordered. (Signed by Judge Lorna G. Schofield on 6/22/2025) (jca) (Entered: 06/23/2025) |
| 06/23/2025 | 1549 | JOINT STIPULATION: 1. The following facts are stipulated to and may be read to the jury at the forthcoming trial: i. Ankur Chadha was the Client Partner of Life Sciences at Syntel as of April 5, 2017. ii. As of April 5, 2017, Mr. Chadha's laptop contained folders that had names that referenced "test cases" and "test scenarios." iii. Mr. Chadha copied the folders to his laptop along with thousands of other documents because he travelled significantly during 2013 and 2014 to support sales teams, and wanted to ensure that he |

| | | |
|---|---|---|
| | | would have access to relevant documents while travelling. 2. Syntel will not question Dr. Wicker about the "other documents" in Paragraph 1.iii above or otherwise raise that aspect of the stipulation. 3. Without prejudice to or waiver of Syntel's other arguments, including Syntel's argument that the retrial as conducted violates the Seventh Amendment in various ways, Syntel will not rely on this stipulation, including the facts stipulated to in Paragraph 1, to raise or support a Seventh Amendment challenge at any time. Without prejudice to or waiver of any of TriZetto's other arguments, including that Syntel waived any Seventh Amendment challenge, TriZetto will not argue that this stipulation constitutes a waiver by Syntel of any Seventh Amendment argument. The below stipulation regarding facts relating to Mr. Chadha and Syntel's use of such facts is SO ORDERED. (Signed by Judge Lorna G. Schofield on 6/23/2025) (mml) (Entered: 06/24/2025) |
| 06/23/2025 | 1550 | ENDORSED LETTER addressed to Judge Lorna G. Schofield from Gianni Cutri and Gregory F. Laufer dated 6/23/2025 re: Pursuant to Your Honor's June 22, 2025 Order, Defendants and Counterclaimants Cognizant TriZetto Software Group, Inc. (f/k/a "The TriZetto Group, Inc.") and Cognizant Technology Solutions Corp. (collectively, "TriZetto") and Plaintiffs and Counterclaim Defendants Syntel Sterling Best Shores Mauritius Ltd. and Syntel, Inc. (collectively, "Syntel") jointly submit the following stipulation that Your Honor directed the Parties to file to be so ordered by the Court. ENDORSEMENT: The below stipulation regarding the scope of evidence and argument about Britven's prior lost profits trial testimony is SO ORDERED. (Signed by Judge Lorna G. Schofield on 6/23/2025) (mml) (Entered: 06/24/2025) |
| 06/24/2025 | 1551 | JOINT STIPULATION REGARDING SEALING AND EXHIBITS: Pursuant to discussion at the June 10, 2025 Pretrial Conference ("PTC"), and specifically pursuant to the Court's request to submit in writing the agreed procedure for providing exhibits to the jury (see PTC Tr. at 42:16-43:21), Defendants/Counterclaim-Plaintiffs Cognizant TriZetto Software Group, Inc. (f/k/a The TriZetto Group, Inc.) and Cognizant Technology Solutions Corp. (collectively, "TriZetto") and Syntel Holding Mauritius Ltd. (f/k/a Syntel Sterling Best Shores Mauritius Ltd.) and Syntel LLC (f/k/a Syntel, Inc.) (collectively, "Syntel") (Syntel and TriZetto, collectively, are the "Parties") have conferred, and submit this stipulation regarding sealing procedures for trial exhibits and providing exhibits to the jury, as further set forth. 3. By July 31, the Parties will file a joint request to seal, identifying exhibits (or portions thereof) that each Party seeks to seal and setting forth the basis for such request. The Parties shall treat all exhibits and demonstratives consistent with their designations under the protective order until a ruling on the joint request to seal. The below stipulation regarding sealing and trial exhibits is SO ORDERED. (Signed by Judge Lorna G. Schofield on 6/23/2025) (mml) (Entered: 06/24/2025) |
| 06/24/2025 | | Minute Entry for proceedings held before Judge Lorna G. Schofield: Jury Trial begun on 6/24/2025. Jury Selection Held. Plaintiffs' Opening Statements held. Defendants' Opening Statements held. Defendants' First Witness: Michael DeNardo. (Court Reporters Present) (jcs) (Entered: 06/26/2025) |
| 06/25/2025 | 1552 | LETTER addressed to Judge Lorna G. Schofield from Jaren Janghorbani dated June 25, 2025 re: DTSA Jury Instruction re 1546 . Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Janghorbani, Jaren) (Entered: 06/25/2025) |
| 06/25/2025 | 1553 | LETTER addressed to Judge Lorna G. Schofield from Gianni Cutri dated June 25, 2025 re: Reasonable Royalty. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 06/25/2025) |
| 06/25/2025 | | Minute Entry for proceedings held before Judge Lorna G. Schofield: Jury Trial held on 6/25/2025. Defendants' Second Witness: Craig Mengert. Defendants' Third Witness: |

| | | |
|---|---|---|
| | | Murlidhar Reddy. Defendants' Fourth Witness: Manish Mehta. Defendants' Fifth Witness: Steven Wicker. Defendants' Sixth Witness: Steven Kirsch. Defendants' Seventh Witness: Thomas Britven (Court Reporters Present) (jcs) (Entered: 06/26/2025) |
| 06/26/2025 | 1554 | REQUEST TO CHARGE. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit A - Preliminary Charge, # 2 Exhibit B - Britven Deposition).(Cutri, Gianni) (Entered: 06/26/2025) |
| 06/26/2025 | 1555 | LETTER MOTION for Leave to File Response to TriZetto's June 25, 2025 Letter 1553 addressed to Judge Lorna G. Schofield from Jaren Janghorbani dated June 26, 2025. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc... (Janghorbani, Jaren) (Entered: 06/26/2025) |
| 06/26/2025 | 1556 | LETTER addressed to Judge Lorna G. Schofield from Jaren Janghorbani dated June 26, 2025 re: Joint Responses to Juror Questions. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Janghorbani, Jaren) (Entered: 06/26/2025) |
| 06/26/2025 | 1557 | LETTER addressed to Judge Lorna G. Schofield from Emily E. Vance dated June 26, 2025 re: Response to 1553 TriZetto's 6/25/25 Letter and 1554 TriZetto's Proposed Revised Request to Charge. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Vance, Emily) (Entered: 06/26/2025) |
| 06/26/2025 | 1558 | LETTER addressed to Judge Lorna G. Schofield from Gianni Cutri dated 6/26/2025 re: response to Syntels June 25, 2025 letter brief concerning instructing the jury regarding reasonable royalty damages for TriZettos Defend Trade Secrets Act (DTSA) claim. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc... (Cutri, Gianni) (Entered: 06/26/2025) |
| 06/26/2025 | | Minute Entry for proceedings held before Judge Lorna G. Schofield: Jury Trial held on 6/26/2025. Defendants' Seventh Witness: Thomas Britven (continued) Defendants rest. Plaintiffs' First Witness: Manish Mehta. Plaintiffs' Second Witness: Paul Clip. Plaintiffs' Third Witness: Michael Noonan. Plaintiffs' Fourth Witness: Thomas Kearns. Plaintiffs' Fifth Witness: John Jarosz. Plaintiffs rest. (Court Reporters Present) (jcs) (Entered: 06/27/2025) |
| 06/27/2025 | 1559 | ORDER: It is ORDERED that the final charging conference will be held on June 27, 2025, at 3:00 P.M. To join the conference, the parties shall call (855) 244-8681 and enter the access code 23111938649. Telephone Conference set for 6/27/2025 at 03:00 PM before Judge Lorna G. Schofield. (Signed by Judge Lorna G. Schofield on 6/27/2025) (mml) (Entered: 06/27/2025) |
| 06/27/2025 | | Minute Entry for proceedings held before Judge Lorna G. Schofield: Charging Conference held on 6/27/2025. (Court Reporter Present) (jcs) (Entered: 06/27/2025) |
| 06/28/2025 | 1560 | NOTICE of Deposition Testimony Played at Trial (JOINT). Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit 1 Reddy Dep Designation Rpt (Played 2025-06-25), # 2 Exhibit 2 Mehta Dep Designation Rpt (Played 2025-06-25), # 3 Exhibit 3 Noonan Dep Designation Rpt (Played 2025-06-26), # 4 Exhibit 4 Kearns Dep Designation Rpt (Played 2025-06-26)). (Cutri, Gianni) (Entered: 06/28/2025) |
| 06/29/2025 | 1561 | JOINT LETTER addressed to Judge Lorna G. Schofield from Gianni Cutri and Gregory Laufer dated 6/29/2025 re: Jury Instruction Regarding Statements of Mr. John Jarosz. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit A. Case Examples, # 2 Exhibit B. Mr. Jarosz Testimony in Exemplary Cases).(Cutri, Gianni) (Entered: 06/29/2025) |

| 06/29/2025 | 1562 | LETTER MOTION to Seal *Syntel's Letter regarding Additional Voir Dire* addressed to Judge Lorna G. Schofield from Emily A. Vance dated June 29, 2025. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Vance, Emily) (Entered: 06/29/2025) |
|---|---|---|
| 06/29/2025 | 1563 | ***SELECTED PARTIES*** LETTER addressed to Judge Lorna G. Schofield from Emily A. Vance dated June 29, 2025 re: Additional Voir Dire. Document filed by Syntel Sterling Best Shores Mauritius Limited, The Trizetto Group, Inc., Syntel, Inc., Cognizant Technology Solutions Corp.. (Attachments: # 1 Exhibit A-Norwood News Article, # 2 Exhibit B-J.Janghorbani Email, # 3 Exhibit C-Y.Chang Email)Motion or Order to File Under Seal: 1562 .(Vance, Emily) (Entered: 06/29/2025) |
| 06/29/2025 | 1564 | LETTER addressed to Judge Lorna G. Schofield from Emily A. Vance dated June 29, 2025 re: Additional Voir Dire. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit A-Filed Under Seal, # 2 Exhibit B-Filed Under Seal, # 3 Exhibit C-Filed Under Seal).(Vance, Emily) (Entered: 06/29/2025) |
| 06/30/2025 | 1565 | MOTION for Judgment as a Matter of Law *Under Rule 50(a)*. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 06/30/2025) |
| 06/30/2025 | 1566 | MOTION for Judgment as a Matter of Law *Under Rule 50(a)*. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Janghorbani, Jaren) (Entered: 06/30/2025) |
| 06/30/2025 | | Minute Entry for proceedings held before Judge Lorna G. Schofield: Jury Trial completed on 6/30/2025. Defendants' First Rebuttal Witness: Steven Kirsch. Jury Chargedinpart. Defendants' summation held. Plaintiffs' summation held. Defendants' rebuttal summation held. Jury Charge completed. Jury deliberations begin and conclude. Jury reached a verdict. See Verdict. (Court Reporters Present.) (jcs) (Entered: 06/30/2025) |
| 06/30/2025 | 1567 | JURY VERDICT.(jcs) (Entered: 06/30/2025) |
| 06/30/2025 | 1568 | COURT EXHIBITS: (Attachments: # 1 Court Exhibit No. 1 - TriZetto's Admitted Exhibits as of June 24, 2025, # 2 Court Exhibit No. 2 - Syntel's Admitted Exhibits as of June 24, 2025, # 3 Court Exhibit No. 3 - Syntel's Peremptory Challenges, # 4 Court Exhibit No. 4 - TriZetto's Peremptory Challenges, # 5 Court Exhibit No. 5 - Juror Questions, # 6 Court Exhibit No. 6 - Juror Question, # 7 Court Exhibit Nos. 7 (A - C) - Juror Questions, # 8 Court Exhibit No. 8 - Joint Proposed Jury Instructions, # 9 Court Exhibit No. 9 (A and B) - Juror Questions, # 10 Court Exhibit No. 10 (A - F) - Juror Questions, # 11 Court Exhibit No. 11 - Juror Questions, # 12 Court Exhibit No. 12 (A and B) - Juror Questions, # 13 Court Exhibit No. 13 (A - I) - Juror Questions, # 14 Court Exhibit No. 14 - Final Jury Charge (Annotated), # 15 Court Exhibit No. 15 - Final Jury Charge (Non-Annotated), # 16 Court Exhibit No. 16 (A and B ) - Jury Question and Court Response).(jcs) (Entered: 06/30/2025) |
| 06/30/2025 | 1569 | TRANSCRIPT of Proceedings re: CONFERENCE held on 6/23/2025 before Judge Lorna G. Schofield. Court Reporter/Transcriber: Martha Martin, (212) 805-0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 7/21/2025. Redacted Transcript Deadline set for 7/31/2025. Release of Transcript Restriction set for 9/29/2025..(McGuirk, Kelly) (Entered: 06/30/2025) |
| 06/30/2025 | 1570 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFERENCE proceeding held on 6/23/2025 has been filed by |

| | | |
|---|---|---|
| | | the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days....(McGuirk, Kelly) (Entered: 06/30/2025) |
| 07/01/2025 | 1571 | ORDER granting 1510 Motion for Sierra Elizabeth to Appear Pro Hac Vice (HEREBY ORDERED by Judge Lorna G. Schofield)(Text Only Order) (jcs) (Entered: 07/01/2025) |
| 07/01/2025 | 1572 | LETTER addressed to Judge Lorna G. Schofield from Gianni Cutri dated 7/1/2025 re: Proposed Amended Final Judgment. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit A. Proposed Amended Final Judgment, # 2 Exhibit B. Email from M. De Vries to J. Janghorbani).(Cutri, Gianni) (Entered: 07/01/2025) |
| 07/01/2025 | 1573 | LETTER addressed to Judge Lorna G. Schofield from Jaren Janghorbani dated July 1, 2025 re: Response to 1572 Trizetto's 7/1/25 Letter. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit A - Proposed Amended Form of Judgment).(Janghorbani, Jaren) (Entered: 07/01/2025) |
| 07/01/2025 | 1574 | LETTER addressed to Judge Lorna G. Schofield from Gianni Cutri and Gregory F. Laufer dated July 1, 2025 re: Post-Trial Briefing Schedule. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 07/01/2025) |
| 07/02/2025 | 1575 | LETTER addressed to Judge Lorna G. Schofield from Gianni Cutri dated July 2, 2025 re: Response to Syntel's July 1, 2025 Letter. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit A - Atos Universal Registration Document (2024)).(Cutri, Gianni) (Entered: 07/02/2025) |
| 07/07/2025 | 1576 | MEMO ENDORSEMENT on re: 1574 Letter filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc. ENDORSEMENT: Application GRANTED in part and DENIED in part as follows: Regarding bullet (1), the parties' proposed briefing schedule is adopted. Regarding bullet (2), Syntel shall file its renewed motion regarding punitive damages by July 16, 2025. TriZetto shall file its opposition by July 25, 2025. Syntel may reply by July 31, 2025. The opening briefing and opposition shall not exceed 18 pages respectively, and the reply shall not exceed 9 pages. Regarding bullet (3), the parties' proposed briefing schedule is adopted. Regarding bullet (4), the parties' proposal is accept ed, except as to bullet (2). (Motions due by 7/16/2025., Replies due by 7/31/2025., Responses due by 7/25/2025.) (Signed by Judge Lorna G. Schofield on 7/7/2025) (mml) (Entered: 07/07/2025) |
| 07/07/2025 | 1577 | JOINT LETTER addressed to Judge Lorna G. Schofield from Gianni Cutri & Gregory F. Laufer dated 07/07/2025 re: Post-Trial Briefing. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 07/07/2025) |
| 07/09/2025 | 1578 | MEMO ENDORSEMENT on re: 1577 Letter filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc. ENDORSEMENT: The page limits below are in accord with the Courts local rules and are So Ordered. (Signed by Judge Lorna G. Schofield on 7/9/2025) (jjc) (Entered: 07/09/2025) |
| 07/16/2025 | 1579 | MOTION to Amend/Correct /Renewed Motion to Alter or Amend Judgment Under Rule 59(e). Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc... (Janghorbani, Jaren) (Entered: 07/16/2025) |
| 07/16/2025 | 1580 | MEMORANDUM OF LAW in Support re: 1579 MOTION to Amend/Correct /Renewed Motion to Alter or Amend Judgment Under Rule 59(e). . Document filed by Syntel |

| | | |
|---|---|---|
| | | Sterling Best Shores Mauritius Limited, Syntel, Inc...(Janghorbani, Jaren) (Entered: 07/16/2025) |
| 07/16/2025 | 1581 | DECLARATION of Jaren Janghorbani in Support re: 1579 MOTION to Amend/Correct */Renewed Motion to Alter or Amend Judgment Under Rule 59(e)..* Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit A - July 1, 2025 Article re: Verdict, # 2 Exhibit B - Excerpts of 2024 Universal Registration Document).(Janghorbani, Jaren) (Entered: 07/16/2025) |
| 07/25/2025 | 1582 | LETTER MOTION to Seal *Opposition to Syntel's Renewed Motion to Alter or Amend Judgment Under Rule 59(E)* addressed to Judge Lorna G. Schofield from Gianni Cutri dated 07/25/2025. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 07/25/2025) |
| 07/25/2025 | 1583 | RESPONSE in Opposition to Motion re: 1579 MOTION to Amend/Correct */Renewed Motion to Alter or Amend Judgment Under Rule 59(e)*. . Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Affidavit Cutri Decl ISO Opposition, # 2 Exhibit 1. Syntels Appeal Brief, # 3 Exhibit 2. Syntels Petition for Leave to Appeal, # 4 Exhibit 3. Kenneth R. Smoots Appeal Brief, # 5 Exhibit 4. FUS, # 6 Exhibit 5. Final Judgment in KAIST IP US LLC, v. Samsung Elecs, Co., Ltd, # 7 Exhibit 6. Amended Clerks Judgment in Bard Peripheral Vascular, Inc. v. W.L. Gore & Assoc.,, # 8 Exhibit 7. 2024 Atos Universal Registration Document).(Cutri, Gianni) (Entered: 07/25/2025) |
| 07/25/2025 | 1584 | ***SELECTED PARTIES*** RESPONSE in Opposition to Motion re: 1579 MOTION to Amend/Correct */Renewed Motion to Alter or Amend Judgment Under Rule 59(e)*. . Document filed by The Trizetto Group, Inc., Cognizant Technology Solutions Corp., Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Affidavit G. Cutri ISO Opp, # 2 Exhibit 4. SEALED 2/20/25 M. Mehta Dep)Motion or Order to File Under Seal: 1582 .(Cutri, Gianni) (Entered: 07/25/2025) |
| 07/28/2025 | 1585 | MOTION for Judgment as a Matter of Law *, a New Trial, or Remittitur Under Federal Rules of Civil Procedure 50(b) and 59*. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Janghorbani, Jaren) (Entered: 07/28/2025) |
| 07/29/2025 | 1586 | TRANSCRIPT of Proceedings re: TRIAL held on 6/24/2025 before Judge Lorna G. Schofield. Court Reporter/Transcriber: Martha Martin, (212) 805-0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 8/19/2025. Redacted Transcript Deadline set for 8/29/2025. Release of Transcript Restriction set for 10/27/2025..(McGuirk, Kelly) (Entered: 07/29/2025) |
| 07/29/2025 | 1587 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a TRIAL proceeding held on 6/24/2025 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days....(McGuirk, Kelly) (Entered: 07/29/2025) |
| 07/29/2025 | 1588 | TRANSCRIPT of Proceedings re: TRIAL held on 6/25/2025 before Judge Lorna G. Schofield. Court Reporter/Transcriber: Martha Martin, (212) 805-0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 8/19/2025. Redacted |

| | | |
|---|---|---|
| | | Transcript Deadline set for 8/29/2025. Release of Transcript Restriction set for 10/27/2025..(McGuirk, Kelly) (Entered: 07/29/2025) |
| 07/29/2025 | 1589 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a TRIAL proceeding held on 6/25/2025 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days....(McGuirk, Kelly) (Entered: 07/29/2025) |
| 07/29/2025 | 1590 | TRANSCRIPT of Proceedings re: TRIAL held on 6/26/2025 before Judge Lorna G. Schofield. Court Reporter/Transcriber: Pamela Utter, (212) 805-0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 8/19/2025. Redacted Transcript Deadline set for 8/29/2025. Release of Transcript Restriction set for 10/27/2025..(McGuirk, Kelly) (Entered: 07/29/2025) |
| 07/29/2025 | 1591 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a TRIAL proceeding held on 6/26/2025 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days....(McGuirk, Kelly) (Entered: 07/29/2025) |
| 07/29/2025 | 1592 | TRANSCRIPT of Proceedings re: TRIAL held on 6/27/2025 before Judge Lorna G. Schofield. Court Reporter/Transcriber: Pamela Utter, (212) 805-0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 8/19/2025. Redacted Transcript Deadline set for 8/29/2025. Release of Transcript Restriction set for 10/27/2025..(McGuirk, Kelly) (Entered: 07/29/2025) |
| 07/29/2025 | 1593 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a TRIAL proceeding held on 6/27/2025 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days....(McGuirk, Kelly) (Entered: 07/29/2025) |
| 07/29/2025 | 1594 | TRANSCRIPT of Proceedings re: TRIAL held on 6/30/2025 before Judge Lorna G. Schofield. Court Reporter/Transcriber: Pamela Utter, (212) 805-0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 8/19/2025. Redacted Transcript Deadline set for 8/29/2025. Release of Transcript Restriction set for 10/27/2025..(McGuirk, Kelly) (Entered: 07/29/2025) |
| 07/29/2025 | 1595 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a TRIAL proceeding held on 6/30/2025 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the |

| | | |
|---|---|---|
| | | public without redaction after 90 calendar days....(McGuirk, Kelly) (Entered: 07/29/2025) |
| 07/31/2025 | 1596 | JOINT LETTER MOTION to Seal *Trial Exhibits* addressed to Judge Lorna G. Schofield from Gianni Cutri and Crystal L. Parker dated 07/31/2025. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Appendix 1. Syntel List of Exhibits, # 2 Appendix A. TriZetto TS List of Exhibits, # 3 Appendix B. TriZetto List of Exhibits, # 4 Appendix C. TriZetto List of Exhibits Sealed in Entirety).(Cutri, Gianni) (Entered: 07/31/2025) |
| 07/31/2025 | 1597 | REPLY MEMORANDUM OF LAW in Support re: 1579 MOTION to Amend/Correct */Renewed Motion to Alter or Amend Judgment Under Rule 59(e)*. . Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Janghorbani, Jaren) (Entered: 07/31/2025) |
| 08/14/2025 | 1598 | LETTER MOTION to Seal *Exhibits to Declaration in Support of Motion for Judgment* addressed to Judge Lorna G. Schofield from Jaren Janghorbani dated August 14, 2025. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc... (Janghorbani, Jaren) (Entered: 08/14/2025) |
| 08/14/2025 | 1599 | MEMORANDUM OF LAW in Support re: 1585 MOTION for Judgment as a Matter of Law *, a New Trial, or Remittitur Under Federal Rules of Civil Procedure 50(b) and 59*. . Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc... (Janghorbani, Jaren) (Entered: 08/14/2025) |
| 08/14/2025 | 1600 | DECLARATION of Jaren Janghorbani in Support re: 1585 MOTION for Judgment as a Matter of Law *, a New Trial, or Remittitur Under Federal Rules of Civil Procedure 50(b) and 59*.. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit 1 - Kursh Demonstrative Slides, # 2 Exhibit 2 - TriZetto Summation Demonstrative Slides, # 3 Exhibit 3 - Wicker Demonstrative Slides, # 4 Exhibit 4 - Britven Demonstrative Slides - Filed Under Seal in Part, # 5 Exhibit 5 - Jarosz Demonstrative Slides - Filed Under Seal).(Janghorbani, Jaren) (Entered: 08/14/2025) |
| 08/14/2025 | 1601 | ***SELECTED PARTIES***DECLARATION of Jaren Janghorbani in Support re: 1585 MOTION for Judgment as a Matter of Law *, a New Trial, or Remittitur Under Federal Rules of Civil Procedure 50(b) and 59*.. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc., Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit 4 - Britven Demonstrative Slides, # 2 Exhibit 5 - Jarosz Demonstrative Slides)Motion or Order to File Under Seal: 1598 . (Janghorbani, Jaren) (Entered: 08/14/2025) |
| 08/14/2025 | 1602 | LETTER MOTION to Seal *Fees for Costs and Interest Brief* addressed to Judge Lorna G. Schofield from Gianni Cutri dated 08/14/2025. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 08/14/2025) |
| 08/14/2025 | 1603 | MOTION for Attorney Fees . Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 08/14/2025) |

| 08/14/2025 | 1604 | MEMORANDUM OF LAW in Support re: 1603 MOTION for Attorney Fees . . Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Affidavit of G. Cutri, # 2 Exhibit 1. Redacted TZ TimeKeeper Records, # 3 Exhibit 2. FUS, # 4 Exhibit 3. FUS, # 5 Exhibit 4. FUS, # 6 Exhibit 5. Law360 Intellectual Property, # 7 Exhibit 6. Valeo, # 8 Exhibit 7. Rate Comparison, # 9 Exhibit 8. T. Britven Declaration, # 10 Exhibit 9. PPC Broadhand, # 11 Exhibit 10. FUS, # 12 Exhibit 11. PDX-5.210, # 13 Exhibit 12. Comet's Fees).(Cutri, Gianni) (Entered: 08/14/2025) |
|---|---|---|
| 08/14/2025 | 1605 | ***SELECTED PARTIES*** MEMORANDUM OF LAW in Support re: 1603 MOTION for Attorney Fees . . Document filed by The Trizetto Group, Inc., Cognizant Technology Solutions Corp., Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Affidavit of G. Cutri, # 2 Exhibit 1. TZ TimeKeeper Records, # 3 Exhibit 2. DDX-10.21, # 4 Exhibit 3. DDX-4.128-138, # 5 Exhibit 4. 2025-02-10 Mehta Excerpt, # 6 Exhibit 10. 2025-03-20 Jarosz Report Excerpt)Motion or Order to File Under Seal: 1602 .(Cutri, Gianni) (Entered: 08/14/2025) |
| 08/14/2025 | 1606 | **FILING ERROR - DEFICIENT DOCKET ENTRY -** BILL OF COSTS NOTICE OF TAXATION to recover costs against Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. Document filed by The Trizetto Group, Inc., Cognizant Technology Solutions Corp.. The Clerk may tax costs 14 days after this filing. Objections to Bill of Costs due by 8/28/2025 (Attachments: # 1 Appendix Bill of Costs, # 2 Affidavit of G. Cutri, # 3 Exhibit A. Trial Transcript Invoices, # 4 Exhibit B. Deposition Transcript Invoices).(Cutri, Gianni) Modified on 8/15/2025 (tp). (Entered: 08/14/2025) |
| 08/15/2025 | | **\*\*\*NOTICE TO ATTORNEY REGARDING REJECTION OF BILL OF COSTS NOTICE OF TAXATION FOR NON-COMPLIANCE WITH LOCAL RULE 54.1: Notice to Attorney Gianni L Cutri, document 1606 Bill of Costs Notice of Taxation,, was rejected by the Clerk's Office for the following reason: final judgment has not been entered in the case.The filer must wait until final judgment is entered. Please refile the Bill of Costs Notice of Taxation within 30 days of entry of final judgment. (tp)** (Entered: 08/15/2025) |
| 08/22/2025 | 1607 | LETTER MOTION for Extension of Time addressed to Judge Lorna G. Schofield from Gianni Cutri dated 8/22/2025. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 08/22/2025) |
| 08/22/2025 | 1608 | LETTER addressed to Judge Lorna G. Schofield from Gianni Cutri dated 8/22/2025 re: Syntel Dkt. 1601-2. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit 5. PDX5 (Excerpt)).(Cutri, Gianni) (Entered: 08/22/2025) |
| 08/22/2025 | 1609 | ***SELECTED PARTIES*** LETTER addressed to Judge Lorna G. Schofield from Gianni Cutri dated 8/22/2025 re: Syntel Dkt. 1601-2. Document filed by Syntel Sterling Best Shores Mauritius Limited, The Trizetto Group, Inc., Syntel, Inc., Cognizant Technology Solutions Corp.. (Attachments: # 1 Exhibit 5. PDX5 (FUS))Motion or Order to File Under Seal: 1608 .(Cutri, Gianni) (Entered: 08/22/2025) |
| 08/26/2025 | 1610 | ORDER granting 1607 Letter Motion for Extension of Time. Application GRANTED nunc pro tunc. The Clerk of Court is respectfully directed to close the motion at Dkt. No. 1607. (Signed by Judge Lorna G. Schofield on 8/26/2025) (jca) (Entered: 08/26/2025) |
| 09/11/2025 | 1611 | OPPOSITION BRIEF re: 1599 Memorandum of Law in Support of Motion, *for Judgment as a Matter of Law Pursuant to Federal Rules of Civil Procedure 50(B) and 59*. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc... (Cutri, Gianni) (Entered: 09/11/2025) |

| | | |
|---|---|---|
| 09/11/2025 | 1612 | DECLARATION of Gianni Cutri in Support re: 1611 Opposition Brief,. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit 1 - DDX-4 Wicker Direct_Excerpt, # 2 Exhibit 2 - 2020-10-19 (DDX-2) Bergeron Direct_Excerpt, # 3 Exhibit 3 - 2021-09-02 0053 Syntel Appeal Brief_Excerpt, # 4 Exhibit 4 - Table of Trade Secret Manual Mapping for DTX-0036, # 5 Exhibit 5 - DDX-6 Britven Damages Direct_Excerpt).(Cutri, Gianni) (Entered: 09/11/2025) |
| 09/11/2025 | 1613 | LETTER MOTION to Seal *Syntel's Brief in Opposition to TriZetto's Motion for Attorneys' Fees and Exhibits 3 through 6 to the Declaration of Jaren Janghorbani* addressed to Judge Lorna G. Schofield from Jaren Janghorbani dated September 11, 2025. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc... (Janghorbani, Jaren) (Entered: 09/11/2025) |
| 09/11/2025 | 1614 | MEMORANDUM OF LAW in Opposition re: 1603 MOTION for Attorney Fees . . Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc... (Janghorbani, Jaren) (Entered: 09/11/2025) |
| 09/11/2025 | 1615 | ***SELECTED PARTIES*** MEMORANDUM OF LAW in Opposition re: 1603 MOTION for Attorney Fees . . Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc., Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. Motion or Order to File Under Seal: 1613 .(Janghorbani, Jaren) (Entered: 09/11/2025) |
| 09/11/2025 | 1616 | DECLARATION of Jaren Janghorbani in Opposition re: 1603 MOTION for Attorney Fees .. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit 1 - TriZetto's Redacted Time Entries, # 2 Exhibit 2 - TriZetto's Block-Billed Time Entries, # 3 Exhibit 3 - TriZetto's Team Meeting Time Entries Filed Under Seal, # 4 Exhibit 4 - TriZetto's Demonstrative Time Entries - Filed Under Seal, # 5 Exhibit 5 - TriZetto's Exhibit List Time Entries - Filed Under Seal, # 6 Exhibit 6 - Declaration of John C. Jarosz - Filed Under Seal).(Janghorbani, Jaren) (Entered: 09/11/2025) |
| 09/11/2025 | 1617 | ***SELECTED PARTIES***DECLARATION of Jaren Janghorbani in Opposition re: 1603 MOTION for Attorney Fees .. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc., Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit 3 - TriZetto's Team Meeting Time Entries, # 2 Exhibit 4 - TriZetto's Demonstrative Time Entries, # 3 Exhibit 5 - TriZetto's Exhibit List Time Entries, # 4 Exhibit 6 - Declaration of John C. Jarosz)Motion or Order to File Under Seal: 1613 .(Janghorbani, Jaren) (Entered: 09/11/2025) |
| 09/15/2025 | 1618 | LETTER MOTION to Seal *Portions of Syntel's Brief in Opposition to TriZetto's Motion for Attorney's Fees, Pre- and Post-Judgment Interest, and Cost (Dkt. 1615) and Exhibits 3-6 (Dkts. 1617-1, 1617-2, 1617-3, 1617-4)* addressed to Judge Lorna G. Schofield from Gianni Cutri dated September 15, 2025. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 09/15/2025) |
| 09/15/2025 | 1619 | ***SELECTED PARTIES*** MEMORANDUM OF LAW in Opposition re: 1618 LETTER MOTION to Seal *Portions of Syntel's Brief in Opposition to TriZetto's Motion for Attorney's Fees, Pre- and Post-Judgment Interest, and Cost (Dkt. 1615) and Exhibits 3-6 (Dkts. 1617-1, 1617-2, 1617-3, 1617-4)* addressed to, 1603 MOTION for Attorney Fees . . Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc., Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit 3 - 2025-09-11 [1617-1] TriZetto's Team Meeting Time Entries, # 2 Exhibit 4 - 2025-09-11 [1617-2] TriZetto's Demonstrative Time Entries, # 3 Exhibit 5 - 2025-09-11 [1617-3] TriZetto's Exhibit List Time Entries, # 4 Exhibit 6 - 2025-09-11 [1617-4] Declaration of John C. Jarosz)Motion or Order to File Under Seal: 1618 .(Cutri, Gianni) (Entered: 09/15/2025) |

| 10/09/2025 | 1620 | REPLY MEMORANDUM OF LAW in Support re: 1585 MOTION for Judgment as a Matter of Law , *a New Trial, or Remittitur Under Federal Rules of Civil Procedure 50(b) and 59.* . Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Janghorbani, Jaren) (Entered: 10/09/2025) |
|---|---|---|
| 10/09/2025 | 1621 | REPLY MEMORANDUM OF LAW in Support re: 1603 MOTION for Attorney Fees . . Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc... (Cutri, Gianni) (Entered: 10/09/2025) |
| 10/09/2025 | 1622 | DECLARATION of Gianni Cutri in Support re: 1621 Reply Memorandum of Law in Support of Motion. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit 1 - Cognizant WACC 2010-2025).(Cutri, Gianni) (Entered: 10/09/2025) |
| 11/06/2025 | 1623 | ORDER: It is hereby ORDERED that Syntel's motion at Dkt. 1236 to seal its memorandum of law in support of its MIL No. 1 and Exhibits 1-5 to the Declaration of Crystal Parker is DENIED as superseded by TriZetto's motion to seal at Dkt. 1352, which is GRANTED. The proposed redactions in TriZetto's motion are narrowly tailored to protect against competitive harm, which outweighs the presumption of access accorded to the documents. By November 21, 2025, Syntel shall refile the documents according to TriZetto's proposed redactions at Dkt. 1353 on the public docket. The unredacted versions of the documents are filed at Dkts. 1240 and 1241. It is further ORDERED that Syntel's motion at Dkt. 1242 to seal its memorandum of law in support of its MIL No. 2 and Exhibits 1, 2, 5, 6 and 7 to the Declaration of Crystal Parker is DENIED. Confidential designations are not dispositive of whether the public's right of access to judicial documents overcomes competing considerations and further set forth in this Order. The Clerk of Court is respectfully directed to close the motions at Dkts. 1236, 1242, 1248, 1254, 1260, 1266, 1272, 1277, 1283, 1290, 1296, 1302, 1307, 1313, 1319, 1326, 1332, 1345 1346, 1352, 1356, 1358, 1360, 1362, 1364, 1366, 1370, 1372, 1374, 1376, 1379, 1384, 1389, 1392, 1396, 1401, 1405, 1409, 1414, 1422, 1426, 1430, 1435, 1439, 1444, 1459, 1448, 1451, 1449, 1453, 1464, 1466, 1482, 1473, 1477, 1485, 1498, 1511, 1519, 1520, 1522, 1525, 1530 and 1562. The Clerk of Court is respectfully directed to lift the seal on Dkts. 1246, 1247, 1247-1, 1247-2, 1247-3, 1247-4, 1247-5, 1276, 1276-1, 1276-2, 1281, 1289-1, 1289-3, 1295, 1295-1, 1295-2, 1301-1, 1301-2, 1301-5, 1301-7, 1301-8, 1311, 1312-1, 1312-3, 1323, 1323-1, 1323-2, 1336-1, 1340-1, 1347, 1351-1, 1351-2, 1351-3, 1383-3, 1399 (but not 1399-1), 1408 (but not 1408-1), 1408-2, 1417-6, 1417-7, 1417-11, 1417-12, 1425-4, 1425-6, 1429 (but none of the exhibits), 1433-1, 1433-3, 1438, 1438-1, 1438-2, 1461 (but none of the exhibits except for 1461-5 and 1461-6), 1461-5, 1461-6, 1476-1, 1476-3, 1480-1, 1480-3, 1513-1 and 1531. All other documents shall remain under seal at this time. For clarity, Dkts. 1289, 1289-2, 1301, 1301-3, 1301-4, 1301-6, 1312-1, 1312-4, 1336, 1336-2, 1336-3, 1340, 1340-2, 1340-3, 1349-4, 1349-5, 1351-4, 1351-5, 1383-1, 1382-2, 1399-1, 1408-1, 1417, 1417-1, 1417-2, 1417-3, 1417-4, 1417-5, 1417-8, 1417-9, 1417-10, 1425, 1425-1, 1425-2, 1425-3, 1425-5, 1425-7, 1429-1, 1429-2, 1429-3, 1433, 1433-2, 1442, 1442-1, 1442-2, 1442-3, 1442-4, 1442-5, 1461-1, 1461-2, 1461-3, 1461-4, 1476, 1476-2, 1476-4, 1476-5, 1480, 1480-2, 1480-4, 1480-5, 1513 and 1527-4 shall remain under seal notwithstanding that the seal is lifted on related documents. (Signed by Judge Lorna G. Schofield on 11/6/2025) (rro) (Entered: 11/07/2025) |
| 11/20/2025 | 1624 | MEMORANDUM OF LAW in Support re: 1237 MOTION in Limine *No. 1*. *[REDACTED]*. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Parker, Crystal) (Entered: 11/20/2025) |
| 11/20/2025 | 1625 | DECLARATION of Crystal L. Parker in Support re: 1237 MOTION in Limine *No. 1*.. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit 1-Britven Expert Report Excerpt [REDACTED], # 2 Exhibit |

| | | |
|---|---|---|
| | | 2-Britven Dep. Tr. [REDACTED], # 3 Exhibit 3-Britven Reply Expert Report Excerpt [REDACTED]).(Parker, Crystal) (Entered: 11/20/2025) |
| 11/20/2025 | 1626 | DECLARATION of Crystal L. Parker in Support re: 1249 MOTION in Limine *No. 3.*. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit 2-Kursh Expert Report Excerpt [REDACTED], # 2 Exhibit 3-Wicker Expert Report Excerpt [REDACTED], # 3 Exhibit 4-Britven Dep Tr. [UNREDACTED]).(Parker, Crystal) (Entered: 11/20/2025) |
| 11/20/2025 | 1627 | MEMORANDUM OF LAW in Support re: 1255 MOTION in Limine *No. 4. [REDACTED]*. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Parker, Crystal) (Entered: 11/20/2025) |
| 11/20/2025 | 1628 | DECLARATION of Crystal L. Parker in Support re: 1255 MOTION in Limine *No. 4.*. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit 5-MengerT Depo Tr Excerpt [REDACTED]).(Parker, Crystal) (Entered: 11/20/2025) |
| 11/20/2025 | 1629 | MEMORANDUM OF LAW in Support re: 1261 MOTION in Limine *No. 5. [REDACTED]*. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Parker, Crystal) (Entered: 11/20/2025) |
| 11/20/2025 | 1630 | DECLARATION of Crystal L. Parker in Support re: 1261 MOTION in Limine *No. 5.*. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit 1-Britven Expert Report Excerpt [REDACTED], # 2 Exhibit 2-Britven Reply Expert Report Excerpt [REDACTED]).(Parker, Crystal) (Entered: 11/20/2025) |
| 11/20/2025 | 1631 | MEMORANDUM OF LAW in Support re: 1267 MOTION in Limine *No. 6. [REDACTED]*. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Parker, Crystal) (Entered: 11/20/2025) |
| 11/20/2025 | 1632 | DECLARATION of Crystal L. Parker in Support re: 1267 MOTION in Limine *No. 6.*. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit 1-Britven Expert Report Excerpt [REDACTED], # 2 Exhibit 2-Britven Dep Tr. [UNREDACTED]).(Parker, Crystal) (Entered: 11/20/2025) |
| 11/20/2025 | 1633 | MEMORANDUM OF LAW in Support re: 1327 MOTION in Limine *No. 8. [REDACTED]*. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Parker, Crystal) (Entered: 11/20/2025) |
| 11/20/2025 | 1634 | DECLARATION of Crystal L. Parker in Support re: 1327 MOTION in Limine *No. 8.*. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit 2-Wicker Dep Tr. [UNREDACTED], # 2 Exhibit 3-Britven Expert Report Excerpt [REDACTED]).(Parker, Crystal) (Entered: 11/20/2025) |
| 11/20/2025 | 1635 | DECLARATION of Crystal L. Parker in Support re: 1278 MOTION in Limine *No. 9.*. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit 1-Britven Expert Report Excerpt [REDACTED]).(Parker, Crystal) (Entered: 11/20/2025) |
| 11/20/2025 | 1636 | MEMORANDUM OF LAW in Support re: 1284 MOTION in Limine *No. 10. [REDACTED]*. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Parker, Crystal) (Entered: 11/20/2025) |

| 11/20/2025 | 1637 | DECLARATION of Crystal L. Parker in Support re: 1284 MOTION in Limine *No. 10*.. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit 2-Britven Expert Report Excerpt [REDACTED]).(Parker, Crystal) (Entered: 11/20/2025) |
|---|---|---|
| 11/20/2025 | 1638 | MEMORANDUM OF LAW in Support re: 1297 MOTION in Limine *No. 12. [REDACTED]*. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Parker, Crystal) (Entered: 11/20/2025) |
| 11/20/2025 | 1639 | DECLARATION of Crystal L. Parker in Support re: 1297 MOTION in Limine *No. 12*.. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit 3-Britven Expert Report Excerpt [REDACTED], # 2 Exhibit 5-Menger Dep Tr Excerpt [REDACTED]).(Parker, Crystal) (Entered: 11/20/2025) |
| 11/20/2025 | 1640 | DECLARATION of Crystal L. Parker in Support re: 1303 MOTION in Limine *No. 13*.. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit 1-Kursh Expert Report Excerpt [REDACTED], # 2 Exhibit 2-Wicker Expert Report Excerpt [UNREDACTED], # 3 Exhibit 3-Britven Expert Report Excerpt [UNREDACTED], # 4 Exhibit 4-Britven Expert Reply Report Excerpt [REDACTED], # 5 Exhibit 5-REDACTED], # 5 Exhibit 5-Wicker Reply Expert Report [UNREDACTED]).(Parker, Crystal) (Entered: 11/20/2025) |
| 11/20/2025 | 1641 | DECLARATION of Crystal L. Parker in Support re: 1308 MOTION in Limine *No. 14*.. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit 2-Britven Expert Report Excerpt [REDACTED], # 2 Exhibit 4-Kursh Expert Report Excerpt [REDACTED]).(Parker, Crystal) (Entered: 11/20/2025) |
| 11/20/2025 | 1642 | MEMORANDUM OF LAW in Support re: 1314 MOTION in Limine *No. 15. [UNREDACTED]*. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Parker, Crystal) (Entered: 11/20/2025) |
| 11/20/2025 | 1643 | DECLARATION of Crystal L. Parker in Support re: 1314 MOTION in Limine *No. 15*.. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit 1-Britven Dep Tr. [REDACTED], # 2 Exhibit 2-Britven Expert Report Excerpt [REDACTED], # 3 Exhibit 3-Expert Reply Report of Britven [REDACTED]).(Parker, Crystal) (Entered: 11/20/2025) |
| 11/20/2025 | 1644 | PRETRIAL MEMORANDUM. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Parker, Crystal) (Entered: 11/20/2025) |
| 11/20/2025 | 1645 | DECLARATION of Crystal L. Parker in Support re: 1644 Pretrial Memorandum. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit 2-Mengert Dep Tr Excerpt [REDACTED], # 2 Exhibit 5-T.Britven Dep Tr Excerpt [REDACTED], # 3 Exhibit 7-Wicker Dep Tr Excerpt [REDACTED], # 4 Exhibit 8-Britven Reply Report Excerpt [REDACTED], # 5 Exhibit 9-Jarosz Dep Tr Excerpts [REDACTED], # 6 Exhibit 10-DTX List [UNREDACTED]). (Parker, Crystal) (Entered: 11/20/2025) |
| 11/20/2025 | 1646 | MEMORANDUM OF LAW in Opposition re: 1333 MOTION in Limine *No. 1 to Preclude Syntel from Introducing Evidence or Argument Suggesting that Defendants and Counterclaim-Plaintiffs are Anti-Competitive or Harming the Marketplace and Raising the Consumer Healthcare Costs*. *[REDACTED]*. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Parker, Crystal) (Entered: 11/20/2025) |
| 11/20/2025 | 1647 | DECLARATION of Crystal L. Parker in Opposition re: 1333 MOTION in Limine *No. 1 to Preclude Syntel from Introducing Evidence or Argument Suggesting that Defendants and Counterclaim-Plaintiffs are Anti-Competitive or Harming the Marketplace and Raising the Consumer Healthcare Costs*.. Document filed by Syntel Sterling Best Shores |

Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit 1-Britven Report [REDACTED], # 2 Exhibit 2-Jarosz Rebuttal [REDACTED]).(Parker, Crystal) (Entered: 11/20/2025)

| 11/20/2025 | 1648 | MEMORANDUM OF LAW in Opposition re: 1337 MOTION in Limine *No. 2 to Preclude Syntel from Introducing Evidence or Argument Suggesting that Mr. Britven is Unfit to Testify, Mr. Britven's Opinions in the Prior Trial Were "Thrown Out" or Found "Illicit," "Illega [REDACTED]. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...*(Parker, Crystal) (Entered: 11/20/2025) |
|---|---|---|
| 11/20/2025 | 1649 | MEMORANDUM OF LAW in Opposition re: 1341 MOTION in Limine *No. 3 to Preclude Syntel from Arguing or Suggesting That a Court Has Already Resolved the Damages Issues to be Tried. [REDACTED]*. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Parker, Crystal) (Entered: 11/20/2025) |
| 11/21/2025 | 1650 | JOINT LETTER MOTION to Seal *Exhibits in Response to Court's November 6, 2025 Order* addressed to Judge Lorna G. Schofield from Gianni Cutri and Crystal L. Parker dated November 21, 2025. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 11/21/2025) |
| 11/21/2025 | 1651 | ***SELECTED PARTIES***JOINT LETTER addressed to Judge Lorna G. Schofield from Gianni Cutri and Crystal L. Parker dated November 21, 2025 re: Sealing Exhibits in Response to Court's November 6, 2025 Order. Document filed by Syntel Sterling Best Shores Mauritius Limited, The Trizetto Group, Inc., Syntel, Inc., Cognizant Technology Solutions Corp.. (Attachments: # 1 Exhibit 1 - SEALED D.I. 1395-1(Jarsoz Rebuttal Report), # 2 Exhibit 2 - SEALED D.I. 1395-3 (Wicker Opening Report), # 3 Exhibit 3 - SEALED D.I. 1395-4 (Kursh Opening Report), # 4 Exhibit 4 - SEALED D.I. 1395-5 (Britven Opening Report), # 5 Exhibit 5 - SEALED D.I. 1404-4 (Kursh Opening Report), # 6 Exhibit 6 - SEALED D.I. 1404-5 (Britven Opening Report), # 7 Exhibit 7 - SEALED D.I. 1417-1 (Britven Opening Report), # 8 Exhibit 8 - SEALED D.I. 1417-2 (Britven Reply Report), # 9 Exhibit 9 - SEALED D.I. 1417-3 (Kursh Opening Report), # 10 Exhibit 10 - SEALED D.I. 1417-4 (Kursh Reply Report), # 11 Exhibit 11 - SEALED D.I. 1417-5 (Wicker Reply Report), # 12 Exhibit 12 - SEALED D.I. 1425-1 (Britven Opening Report), # 13 Exhibit 13 - SEALED D.I. 1429-3 (Jarosz Expert Report), # 14 Exhibit 14 - SEALED D.I. 1442-2 (Britven Opening Report), # 15 Exhibit 15 - SEALED D.I. 1442-5 (Britven Reply Report), # 16 Exhibit 16 - SEALED D.I. 1488-6 (Britven Opening Report))Motion or Order to File Under Seal: 1650 .(Cutri, Gianni) (Entered: 11/21/2025) |
| 11/21/2025 | 1652 | CERTIFICATE OF SERVICE of Sealed Exhibits to Joint Renewed Motion to Seal served on Syntel on November 21, 2025. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 11/21/2025) |
| 11/21/2025 | 1653 | LETTER MOTION to Seal *Exhibits in Response to Court's November 6, 2025 Order (RENEWED)* addressed to Judge Lorna G. Schofield from Gianni Cutri dated November 21, 2025. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 11/21/2025) |
| 11/21/2025 | 1654 | ***SELECTED PARTIES*** LETTER addressed to Judge Lorna G. Schofield from Gianni Cutri dated November 21, 2025 re: Sealing Exhibits in Response to Court's November 6, 2025 Order (RENEWED). Document filed by Syntel Sterling Best Shores Mauritius Limited, The Trizetto Group, Inc., Syntel, Inc., Cognizant Technology Solutions Corp.. (Attachments: # 1 Exhibit 1 - Ex. B 2025.03.20 - Expert Report of Paul Clip [Excerpted], # 2 Exhibit 2 - Ex. B SEALED 2025-02-24 Wicker Opening Expert Report_Excerpt, # 3 Exhibit 3 - Ex. A 2025-02-25 - Expert Report of Thomas Britven_Excerpt, # 4 Exhibit 4 - Ex. B SEALED 2025-03-28 T. Britven Reply Report_Excerpt, # 5 Exhibit 5 - Ex. C 2025-04-09 T. Britven Dep Tr_Excerpt, # 6 |

Exhibit 6 - Ex. F SEALED 2025-02-13 C. Mengert Dep Tr_Excerpt, # 7 Exhibit 7 - Ex. H SEALED 2025-03-20 Jarosz Rebuttal Rpt_Excerpt, # 8 Exhibit 8 - Ex. B SEALED 2025-02-24 Steven Kursh Opening Expert Report_Excerpt, # 9 Exhibit 9 - Ex. B SEALED 2025.03.20 Expert Report of John Jarosz_Excerpt, # 10 Exhibit 10 - Ex. D 2025-04-10 - John C. Jarosz [Excerpt], # 11 Exhibit 11 - Ex. A 02-13-2025 - Mengert, Craig_Excerpt, # 12 Exhibit 12 - Ex. B SEALED 2025-02-25 - Expert Report of Thomas Britven_Excerpt, # 13 Exhibit 13 - 1503-1 Exhibit 1 SEALED, # 14 Exhibit 14 - 1503-2 Exhibit 2 SEALED, # 15 Exhibit 15 - 1503-3 Exhibit 3 SEALED, # 16 Exhibit 16 - 2025-06-05 1502 SEALED Syntel's Memo of Law re Dkt 1499, # 17 Exhibit 17 - Ex. A SEALED 2018-10-19 - Britven Expert Report_Excerpt, # 18 Exhibit 18 - Ex. B SEALED 2020-09-15 - Britven Updated Attachments (Lost Profits))Motion or Order to File Under Seal: 1653 .(Cutri, Gianni) (Entered: 11/21/2025)

| Date | Dkt | Description |
|---|---|---|
| 11/21/2025 | 1655 | CERTIFICATE OF SERVICE of Sealed Exhibits to TriZetto's Renewed Motion to Seal served on Syntel on November 21, 2025. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 11/21/2025) |
| 11/21/2025 | 1656 | LETTER MOTION to Seal / *Redact Certain Exhibits* addressed to Judge Lorna G. Schofield from Crystal L. Parker dated November 21, 2025. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Parker, Crystal) (Entered: 11/21/2025) |
| 11/21/2025 | 1657 | ***SELECTED PARTIES*** LETTER addressed to Judge Lorna G. Schofield from Crystal L. Parker dated November 21, 2025 re: Redact Exhibits in Connection with the June 2024 Trial. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit 1-Exhibit 4 to the Declaration of Gianni Cutri in Support of TriZetto's Motion in Limine No. 3 to Preclude Syntel from Arguing or Suggesting that a Court Has Already Resolved the Damages Issues to Be Tried, # 2 Exhibit 2-Exhibit 5 to the Declaration of Gianni Cutri in Support of TriZetto's Motion in Limine No. 3 to Preclude Syntel from Arguing or Suggesting that a Court Has Already Resolved the Damages Issues to Be Tried, # 3 Exhibit 3-Exhibit 6 to the Declaration of Gianni Cutri in Support of TriZetto's Motion in Limine No. 3 to Preclude Syntel from Arguing or Suggesting that a Court Has Already Resolved the Damages Issues to Be Tried, # 4 Exhibit 4-Exhibit 14 to the Declaration of Gianni Cutri in Support of TriZetto's Response to Syntel's Pretrial Memorandum of Law, # 5 Exhibit 5-Exhibit 15 to the Declaration of Gianni Cutri in Support of TriZetto's Response to Syntel's Pretrial Memorandum of Law, # 6 Exhibit 6-Exhibit 16 to the Declaration of Gianni Cutri in Support of TriZetto's Response to Syntel's Pretrial Memorandum of Law, # 7 Exhibit 7-Exhibit 17 to the Declaration of Gianni Cutri in Support of TriZetto's Response to Syntel's Pretrial Memorandum of Law)Motion or Order to File Under Seal: 1656 . (Parker, Crystal) (Entered: 11/21/2025) |
| 12/02/2025 | 1658 | ORDER: It is hereby ORDERED that, by December 17, 2025, the parties shall (1) review the requested redactions for consistency as to the same document and (2) file a letter for each document containing material subject to multiple requests to seal either confirming that the requested redactions are consistent across all versions of the same document, or, if necessary, a renewed motion to seal with consistent redactions. (Signed by Judge Lorna G. Schofield on 12/2/2025) (mml) (Entered: 12/03/2025) |
| 12/17/2025 | 1659 | LETTER MOTION to Seal /*Redact Certain Documents Filed in Connection with the June 2025 Trial* addressed to Judge Lorna G. Schofield from Crystal Parker dated December 17, 2025. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Parker, Crystal) (Entered: 12/17/2025) |
| 12/17/2025 | 1660 | ***SELECTED PARTIES*** LETTER addressed to Judge Lorna G. Schofield from Crystal Parker dated December 17, 2025 re: Renewed Request to Redact Certain |

| | | |
|---|---|---|
| | | Documents Filed in Connection with the June 2025 Trial. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit 1-Proposed Redacted D.I. 1344-5, # 2 Exhibit 2-Proposed Redacted D.I. 1488-8)Motion or Order to File Under Seal: 1659 .(Parker, Crystal) (Entered: 12/17/2025) |
| 12/17/2025 | 1661 | JOINT LETTER MOTION to Seal *Exhibits in Response to Court's December 2, 2025 Order (RENEWED)* addressed to Judge Lorna G. Schofield from Gianni Cutri and Crystal L. Parker dated December 17, 2025. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 12/17/2025) |
| 12/17/2025 | 1662 | ***SELECTED PARTIES***JOINT LETTER addressed to Judge Lorna G. Schofield from Gianni Cutri and Crystal L. Parker dated December 17, 2025 re: Sealing Exhibits in Response to Court's December 2, 2025 Order. Document filed by Syntel Sterling Best Shores Mauritius Limited, The Trizetto Group, Inc., Syntel, Inc., Cognizant Technology Solutions Corp.. (Attachments: # 1 Exhibit 1 -1651-01 - D.I. 1395-1 (Jarsoz Rebuttal Report), # 2 Exhibit 2 - 1651-02 - D.I. 1395-3 (Wicker Opening Report), # 3 Exhibit 3 - 1651-03 - D.I. 1395-4 (Kursh Opening Report), # 4 Exhibit 4 - 1651-04 - D.I. 1395-5 (Britven Opening Report), # 5 Exhibit 5 - 1651-05 - D.I. 1404-4 (Kursh Opening Report), # 6 Exhibit 6 - 1651-06 - D.I. 1404-5 (Britven Opening Report), # 7 Exhibit 7 - 1651-07 - D.I. 1417-1 (Britven Opening Report), # 8 Exhibit 8 - 1651-08 - D.I. 1417-2 (Britven Reply Report), # 9 Exhibit 9 - 1651-09 - D.I. 1417-3 (Kursh Opening Report), # 10 Exhibit 10 - 1651-10 -D.I. 1417-4 (Kursh Reply Ex. Report), # 11 Exhibit 11 - 1651-11 - D.I. 1417-5 (Wicker Reply Report), # 12 Exhibit 12 - 1651-12 - D.I. 1425-1 (Britven Opening Report), # 13 Exhibit 13 - 1651-13 - D.I. 1429-3 (Jarosz Expert Report), # 14 Exhibit 14 - 1651-14 - D.I. 1442-2 (Britven Opening Report), # 15 Exhibit 15 - 1651-15 - D.I. 1442-5 (Britven Reply Report), # 16 Exhibit 16 - 1651-16 - D.I. 1488-6 (Britven Opening Report))Motion or Order to File Under Seal: 1661 .(Cutri, Gianni) (Entered: 12/17/2025) |
| 12/17/2025 | 1663 | CERTIFICATE OF SERVICE of Sealed Exhibits to Joint Renewed Motion to Seal served on Syntel on December 17, 2025. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 12/17/2025) |
| 12/17/2025 | 1664 | LETTER MOTION to Seal *Exhibits in Response to Court's December 2, 2025 Order (RENEWED)* addressed to Judge Lorna G. Schofield from Gianni Cutri dated December 17, 2025. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 12/17/2025) |
| 12/17/2025 | 1665 | ***SELECTED PARTIES*** LETTER addressed to Judge Lorna G. Schofield from Gianni Cutri dated December 17, 2025 re: Sealing Exhibits in Response to Court's December 2, 2025 Order (RENEWED). Document filed by Syntel Sterling Best Shores Mauritius Limited, The Trizetto Group, Inc., Syntel, Inc., Cognizant Technology Solutions Corp.. (Attachments: # 1 Exhibit 2 - 1654-02 - Ex. B - SEALED 2025-02-24 Wicker Opening_Excerpt, # 2 Exhibit 4 - 1654-04 - Ex. B -SEALED 2025-03-28 Britven Reply_Excerpt, # 3 Exhibit 8 - 1654-08 - Ex. B - SEALED 2025-02-24 Kursh Opening_Excerpt, # 4 Exhibit 12 - 1654-12 - Ex. B - SEALED 2025-02-25 - Britven Report_Excerpt, # 5 Exhibit 15 - 1654-15 - 1503-3 Ex. 3 SEALED)Motion or Order to File Under Seal: 1664 .(Cutri, Gianni) (Entered: 12/17/2025) |
| 12/17/2025 | 1666 | CERTIFICATE OF SERVICE of Sealed Exhibits to TriZetto's Renewed Motion to Seal served on Syntel on December 17, 2025. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 12/17/2025) |
| 01/28/2026 | 1667 | MOTION for Jacob C. Rambeau to Withdraw as Attorney . Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Rambeau, Jacob) (Entered: 01/28/2026) |

| 01/29/2026 | 1668 | MEMO ENDORSEMENT on re: 1667 MOTION for Jacob C. Rambeau to Withdraw as Attorney . filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc. ENDORSEMENT: By February 5, 2026, counsel shall file proof of service on the clients as required by Local Civil Rule 1.4(b). (Signed by Judge Lorna G. Schofield on 1/29/2026) (vfr) (Entered: 01/29/2026) |
|---|---|---|
| 02/02/2026 | 1669 | NOTICE of Proof of Service pursuant to Local Civil Rule 1.4(b) re: 1667 MOTION for Jacob C. Rambeau to Withdraw as Attorney .. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 02/02/2026) |
| 02/03/2026 | 1670 | MEMO ENDORSED ORDER granting 1667 Motion to Withdraw as Attorney. ENDORSEMENT: Application GRANTED. The Clerk of Court is respectfully directed to terminate ECF notifications for Attorney Rambeau. Attorney Jacob Cristian Rambeau terminated. (Signed by Judge Lorna G. Schofield on 2/3/2026) (mml) (Entered: 02/03/2026) |
| 02/03/2026 | | ***DELETED DOCUMENT. Deleted document number 1671 Order. The document was incorrectly filed in this case. (mml) (Entered: 02/04/2026) |
| 02/09/2026 | 1671 | MOTION for Justin Singh to Withdraw as Attorney . Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Singh, Justin) (Entered: 02/09/2026) |
| 02/09/2026 | 1672 | MOTION for Andrew J. Morrill to Withdraw as Attorney . Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 02/09/2026) |
| 02/10/2026 | 1673 | MEMO ENDORSED ORDER granting 1672 Motion to Withdraw as Attorney. ENDORSEMENT: Application GRANTED. The Clerk of Court is respectfully directed to terminate ECF notifications for Attorney Morrill and to terminate the motion at Dkt. 1672. (Signed by Judge Lorna G. Schofield on 2/10/2026) Attorney Andrew John Morrill terminated. (ar) (Entered: 02/10/2026) |
| 02/10/2026 | 1674 | MEMO ENDORSED ORDER granting 1671 Motion to Withdraw as Attorney. ENDORSEMENT: Application GRANTED. The Clerk of Court is respectfully directed to terminate ECF notifications for Attorney Singh and to terminate the motion at Dkt. 1671. (Signed by Judge Lorna G. Schofield on 2/10/2026) Attorney Justin Singh terminated. (ar) (Entered: 02/10/2026) |
| 02/11/2026 | 1675 | ORDER: It is hereby ORDERED that, by February 23, 2026, TriZetto shall submit a letter stating whether, if interest accrues from a date calculated based on the midpoint of when damages were incurred, TriZetto disputes Syntel's proposed date of January 9, 2018; and if so, proposing alternative calculations. TriZetto may attach an expert declaration to the letter explaining the basis for TriZetto's calculations if necessary. (Signed by Judge Lorna G. Schofield on 2/11/2026) (jjc) Modified on 2/11/2026 (jjc). (Entered: 02/11/2026) |
| 02/23/2026 | 1676 | LETTER addressed to Judge Lorna G. Schofield from Gianni Cutri dated February 23, 2026 re: Court's Order on Midpoint Date. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit A - PUBLIC Britven Supplemental Expert Report for Prejudgment Interest).(Cutri, Gianni) (Entered: 02/23/2026) |
| 02/25/2026 | 1677 | LETTER MOTION for Leave to File a Response to 1676 TriZetto's February 23, 2026 Letter addressed to Judge Lorna G. Schofield from Jaren Janghorbani dated February 25, 2026. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Janghorbani, Jaren) (Entered: 02/25/2026) |

| | | |
|---|---|---|
| 02/26/2026 | 1678 | ORDER denying 1677 Letter Motion for Leave to File Document. Application DENIED. The briefing to date adequately addresses the issues identified for Syntel's requested response. The Clerk of Court is respectfully directed to terminate the motion at Dkt. 1677. (Signed by Judge Lorna G. Schofield on 2/26/2026) (jjc) (Entered: 02/26/2026) |
| 03/19/2026 | 1679 | ORDER terminating 1229 Motion to Seal; terminating 1582 Letter Motion to Seal; terminating 1596 Letter Motion to Seal; terminating 1598 Letter Motion to Seal; terminating 1602 Letter Motion to Seal; terminating 1613 Letter Motion to Seal; terminating 1618 Letter Motion to Seal; terminating 1650 Letter Motion to Seal; terminating 1653 Letter Motion to Seal; terminating 1656 Letter Motion to Seal; terminating 1659 Letter Motion to Seal; terminating 1661 Letter Motion to Seal; terminating 1664 Letter Motion to Seal. It is hereby ORDERED that TriZetto's motion at Dkt. 1229 to seal its memorandum of law opposing Syntel's motion to bar and Exhibits 1-12 to the Declaration of Gianni Cutri is GRANTED as to the memorandum of law. The proposed redactions to the memorandum of law are narrowly tailored to protect against competitive harm, which outweighs the presumption of access accorded to the documents. The motion is DENIED without prejudice to renewal as to Exhibit 3. The proposed sealing of the entire excerpt of the expert report is overly broad and not narrowly tailored to protect against competitive harm. The motion is otherwise DENIED as superseded by Syntel's motion at Dkt. 1233 to seal exhibits 5, 6 and 8-10, which is DENIED without prejudice to renewal. The proposed sealing of the entire exhibits is overly broad and not narrowly tailored to protect against competitive harm. By April 3, 2026, the parties may file any renewed motion to seal Exhibits 3, 5, 6 and 8-10, with the basis to support each request to seal or redact. It is further ORDERED that the parties' joint renewed motion at Dkt. 1650 to seal pretrial filings is DENIED as superseded by the renewed motion at Dkt. 1661, which is GRANTED. The proposed redactions to the exhibits are narrowly tailored to protect against competitive harm, which outweighs the presumption of access accorded to the documents. By April 3, 2026, the appropriate party shall file the documents according to the proposed redactions on the public docket. It is further ORDERED that TriZetto's renewed motion at Dkt. 1653 to seal pretrial filings is GRANTED as to Exhibits 1, 3, 5-7, 9-11, 13-14 and 16-18 to Dkt. 1654. The proposed redactions to the exhibits are narrowly tailored to protect against competitive harm, which outweighs the presumption of access accorded to the documents. The motion is otherwise DENIED as superseded by TriZetto's renewed motion at Dkt. 1664 to seal Exhibits 2, 4, 8, 12 and 15 to Dkt. 1654, which is GRANTED. The proposed redactions to the exhibits are narrowly tailored to protect against competitive harm, which outweighs the presumption of access accorded to the documents. By April 3, 2026, the appropriate party shall file the documents according to the proposed redactions on the public docket. It is further ORDERED that Syntel's renewed motion at Dkt. 1656 to seal pretrial filings is GRANTED as to Exhibits 1, 2, 4, 6 and 7 to Dkt. 1657. The motion is otherwise DENIED as superseded by Syntel's renewed motion at Dkt. 1659 to seal Exhibits 3 and 5, which is GRANTED. The proposed redactions to the exhibits are narrowly tailored to protect against competitive harm, which outweighs the presumption of access accorded to the documents. By April 3, 2026, the appropriate party shall file the documents according to the proposed redactions on the public docket. It is hereby ORDERED that Syntel's application to seal the exhibits listed on Appendix 1 to the parties' joint motion to seal trial exhibits, Dkt. 1596-1, is GRANTED. These exhibits are confidential statements of work between Syntel and a third party containing both Syntel's and third parties' confidential information. Sealing of the entire exhibits is justified to protect against competitive harm, which outweighs the presumption of access accorded to the documents. It is further ORDERED that Syntel's application to seal DTX-1424 is GRANTED. This exhibit contains Syntel's confidential source code materials. Sealing of the entire exhibit is justified to protect against competitive harm, |

which outweighs the presumption of access accorded to the documents. It is further ORDERED that Syntel's application to redact the following exhibits is GRANTED: DTX-0015, DTX-0078, DTX-2858/PTX-2386, DTX-2862, DTX-2906, DTX-2909, DTX-2915, DTX-2931/PTX-2400, DTX-2945, DTX-3185, DTX-3368 and DTX-3872-A. These exhibits contain Syntel's and third parties' confidential technical and financial information. The proposed redactions to the exhibits are narrowly tailored to protect against competitive harm, which outweighs the presumption of access accorded to the documents. It is further ORDERED that TriZetto's application to seal the exhibits listed on Appendices A and B to the parties' joint motion to seal trial exhibits, Dkts. 1596-2 and 1596-3, is GRANTED. These exhibits consist of or contain TriZetto's trade secrets. Sealing of the entire exhibits is justified to protect against competitive harm, which outweighs the presumption of access accorded to the documents. It is further ORDERED that TriZetto's application to seal DTX-0096 is GRANTED. The document contains confidential information regarding technical documentation relating to Facets. Sealing of the entire exhibit is justified to protect against competitive harm, which outweighs the presumption of access accorded to the document. It is further ORDERED that TriZetto's application to seal the following exhibits is GRANTED: DTX-1236, DTX-3442, DTX-3567, DTX-3579, DTX-3580, DTX-3581, DTX-3582, DTX-3583, DTX-3584, DTX-3585, DTX-3586, DTX-3587, DTX-3588, DTX-3589, DTX-3590, DTX-3892, PTX-2931 and PTX-2938. These exhibits contain TriZetto's confidential financial information. Sealing of the entire exhibits is justified to protect against competitive harm, which outweighs the presumption of access accorded to the documents. It is further ORDERED that TriZetto's application to redact the following exhibits is GRANTED: PTX-2759 and PTX-2761. The portions of these exhibits proposed to be redacted contain TriZetto's confidential business and financial information. The proposed redactions to the exhibits are narrowly tailored to protect against competitive harm, which outweighs the presumption of access accorded to the documents. It is further ORDERED that TriZetto's application to redact the following exhibits is GRANTED: DTX-0524, DTX-3480, DTX-3573, DTX-3577 and DTX-3578. These exhibits are proposal documents TriZetto submitted to third parties, which contain TriZetto and third parties' confidential technical information. The proposed redactions to the exhibits are narrowly tailored to protect against competitive harm, which outweighs the presumption of access accorded to the documents. It is further ORDERED that TriZetto's application to redact the following exhibits is GRANTED: DTX-3467, DTX-3472 and PTX-2944. These exhibits are contractual documents between TriZetto and third parties containing TriZetto's confidential information. The proposed redactions to the exhibits are narrowly tailored to protect against competitive harm, which outweighs the presumption of access accorded to the documents. It is further ORDERED that TriZetto's application to seal the exhibits listed on Appendix C to the parties' joint motion to seal trial exhibits, Dkts. 1596-4, is GRANTED. These exhibits are Third Party Access Agreements and/or Non-Disclosure Agreements relating to Facets. Sealing of the entire exhibits, other than PTX-2804 (addressed below), is justified to protect against competitive harm, which outweighs the presumption of access accorded to the documents. It is further ORDERED that TriZetto's application to redact PTX-2804 is GRANTED. This exhibit is an agreement between TriZetto and a third party containing both TriZetto's and the third party's confidential information, one page of which was displayed and discussed at trial. The proposed redactions to the exhibit are narrowly tailored to protect against competitive harm, which outweighs the presumption of access accorded to the document. It is further ORDERED that TriZetto's application to seal the following exhibits is GRANTED: DTX-3874A, DTX-3876A, DTX-3877A. These exhibits are tables prepared by TriZetto's damages expert containing TriZetto's confidential financial information. Sealing of the entire exhibits is justified to protect against competitive harm, which outweighs the presumption of access accorded to the documents. It is further ORDERED that TriZetto's application to redact DTX-3872A is

GRANTED. This exhibit is a table prepared by TriZetto's damages expert containing TriZetto's confidential financial information. The proposed redactions to the exhibit are narrowly tailored to protect against competitive harm, which outweighs the presumption of access accorded to the document. It is further ORDERED that the Trial Exhibits shall be treated as sealed in accordance with this Order. It is the parties' responsibility to maintain the trial exhibits. Post-Trial Filings It is hereby ORDERED that TriZetto's motion at Dkt. 1582 to seal its opposition to Syntel's Renewed Motion to Alter or Amend Judgment and Exhibit 4 to the Declaration of Gianni Cutri is DENIED. Confidential designations are not dispositive of whether the public's right of access to judicial documents overcomes competing considerations. It is further ORDERED that Syntel's motion at Dkt. 1598 to seal Exhibits 4 and 5 to the Declaration of Jaren Janghorbani filed in connection with Syntel's Motion for Judgment as a Matter of Law is DENIED as superseded by TriZetto's motion at Dkt. 1608 to seal Exhibit 5, which is GRANTED. The proposed redactions to the exhibit are narrowly tailored to protect against competitive harm, which outweighs the presumption of access accorded to the documents. It is further ORDERED that TriZetto's motion at Dkt. 1602 to seal the memorandum of law in support of its Motion for Attorneys' Fees, Pre- and Post-Judgment Interest and Costs and Exhibits 1-4 and 10 to the Declaration of Gianni Cutri is GRANTED as to the redaction on page 14 of the memorandum of law and Exhibit 1. The proposed redactions are narrowly tailored to protect against competitive harm, which outweighs the presumption of access accorded to the documents. The motion is DENIED as to the redactions on pages 12 and 25 of the memorandum of law and as to Exhibits 2, 3, 4 and 10. Confidential designations are not dispositive of whether the public's right of access to judicial documents overcomes competing considerations. By April 3, 2026, TriZetto shall file the memorandum of law on the public document omitting the proposed redactions on pages 12 and 25. It is further ORDERED that Syntel's motion at Dkt. 1613 to seal the opposition to TriZetto's Motion for Attorneys' Fees, Pre- and Post-Judgment Interest and Costs and Exhibits 3 through 6 of the Declaration of Jaren Janghorbani is DENIED as superseded by TriZetto's motion at Dkt. 1618 to seal the memorandum of law and exhibits, which is GRANTED. The proposed redactions to the exhibit are narrowly tailored to protect against competitive harm, which outweighs the presumption of access accorded to the documents. The Clerk of Court is respectfully directed to lift the seal on Dkts. 1230-1, 1230-2, 1230-3, 1230-5, 1230-8, 1230-12, 1230-13, 1584, 1584-1, 1584-2, 1601 (but not 1601-2), 1601-1, 1605-1, 1605-3, 1605-4, 1605-5, 1605-6, 1651 (but none of the exhibits), 1654 (but none of the exhibits), 1657 (but none of the exhibits) 1660 (but none of the exhibits), 1662 (but none of the exhibits) and 1665 (but none of the exhibits). The Clerk of Court is respectfully directed to terminate the motions at Dkts. 1229, 1582, 1596, 1598, 1602, 1613, 1618, 1650, 1653, 1656, 1659, 1661 and 1664. (Signed by Judge Lorna G. Schofield on 3/19/2026) (jjc) (Entered: 03/19/2026)

| 03/27/2026 | 1680 | OPINION & ORDER re: 1603 MOTION for Attorney Fees filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc. For the reasons stated, TriZetto's motion for attorneys' fees, costs and pre- and post-judgment interest is GRANTED in part. Attorneys' fees are awarded in the amount of $12,395,484.50. Pre-judgment interest is awarded under New York law at a rate of 9% per annum on the total amount of compensatory damages, accruing on and after January 9, 2018, until the date of entry of judgment. Post-judgment interest, which is mandatory for any money judgment recovered in a federal civil case, is awarded at the statutory rate, accruing from the date of judgment until the date of payment. See 28 U.S.C. § 1961. TriZetto is awarded costs as the prevailing party pursuant to Federal Rule of Civil Procedure 54(d)(1). It is further ORDERED that, by April 10, 2026, TriZetto shall file a bill of costs. It is further ORDERED that the parties shall confer regarding a proposed form of judgment consistent with the Orders entered in this case, which TriZetto shall file by April 10, |

| | | |
|---|---|---|
| | | 2026. The Clerk of Court is respectfully directed to terminate the motion at Dkt. 1603. (Signed by Judge Lorna G. Schofield on 3/27/2026) (mml) (Entered: 03/27/2026) |
| 03/27/2026 | 1681 | OPINION & ORDER re: 1585 MOTION for Judgment as a Matter of Law *, a New Trial, or Remittitur Under Federal Rules of Civil Procedure 50(b) and 59* filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc., 1565 MOTION for Judgment as a Matter of Law *Under Rule 50(a)* filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc., 1566 MOTION for Judgment as a Matter of Law *Under Rule 50(a)* filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc., 1579 MOTION to Amend/Correct */Renewed Motion to Alter or Amend Judgment Under Rule 59(e)* filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc. For the reasons stated, Syntel's motion for judgment as a matter of law or for a new trial is DENIED. Syntel's motion to amend the judgment as to punitive damages is GRANTED as follows: the punitive damages award will be reduced to $139,955,626 if TriZetto agrees to remittitur. Otherwise, a new trial will be ordered on the issue of punitive damages pursuant to Rule 59(d). By April 10, 2026, TriZetto shall file a letter stating its decision. TriZetto's motion for judgment as a matter of law is DENIED as moot. The Clerk of Court is respectfully directed to terminate the motions at Dkts. 1565, 1566, 1579 and 1585. (Signed by Judge Lorna G. Schofield on 3/27/2026) (mml) (Entered: 03/27/2026) |
| 04/03/2026 | 1682 | JOINT LETTER MOTION to Seal addressed to Judge Lorna G. Schofield from Gianni Cutri and Crystal Parker dated 4/3/2026. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 04/03/2026) |
| 04/03/2026 | 1683 | LETTER addressed to Judge Lorna G. Schofield from Crystal Parker dated April 3, 2026 re: Redacted Exhibits to D.I. 1657 and D.I. 1659. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit 1 to D.I. 1657 (Redacted), # 2 Exhibit 2 to D.I. 1657 (Redacted), # 3 Exhibit 4 to D.I. 1657 (Redacted), # 4 Exhibit 6 to D.I. 1657 (Redacted), # 5 Exhibit 7 to D.I. 1657 (Redacted), # 6 Exhibit 1 to D.I. 1660 (Redacted), # 7 Exhibit 2 to D.I. 1660 (Redacted)).(Parker, Crystal) (Entered: 04/03/2026) |
| 04/03/2026 | 1684 | LETTER MOTION to Seal *Exhibits in Response to Court's March 19, 2026 Order (RENEWED)* addressed to Judge Lorna G. Schofield from Crystal Parker dated April 3, 2026. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit 5 to TriZetto's Opposition to Syntel's Seventh Amendment Motion, # 2 Exhibit 6 to TriZetto's Opposition to Syntel's Seventh Amendment Motion, # 3 Exhibit 8 to TriZetto's Opposition to Syntel's Seventh Amendment Motion, # 4 Exhibit 9 to TriZetto's Opposition to Syntel's Seventh Amendment Motion, # 5 Exhibit 10 to TriZetto's Opposition to Syntel's Seventh Amendment Motion).(Parker, Crystal) (Entered: 04/03/2026) |
| 04/03/2026 | 1685 | ***SEALED*** LETTER addressed to Judge Lorna G. Schofield from Crystal Parker dated April 3, 2026 re: Sealing Exhibits in Response to Court's March 19, 2026 Order (RENEWED). Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit 5 to TriZettos Opposition to Syntels Seventh Amendment Motion SEALED, # 2 Exhibit 6 to TriZettos Opposition to Syntels Seventh Amendment Motion SEALED, # 3 Exhibit 8 to TriZettos Opposition to Syntels Seventh Amendment Motion SEALED, # 4 Exhibit 9 to TriZettos Opposition to Syntels Seventh Amendment Motion SEALED, # 5 Exhibit 10 to TriZettos Opposition to Syntels Seventh Amendment Motion SEALED)Motion or Order to File Under Seal: 1679 . (Parker, Crystal) (Entered: 04/03/2026) |
| 04/03/2026 | 1686 | LETTER addressed to Judge Lorna G. Schofield from Gianni Cutri dated 4/3/2026 re: Notice of Filed Exhibits. Document filed by Cognizant Technology Solutions Corp., The |

| | | |
|---|---|---|
| | | Trizetto Group, Inc.. (Attachments: # 1 Supplement Redacted Brief).(Cutri, Gianni) (Entered: 04/03/2026) |
| 04/03/2026 | 1687 | LETTER addressed to Judge Lorna G. Schofield from Gianni Cutri dated 4/3/2026 re: Notice of Filed Exhibits. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit 1 -Jarsoz Rebuttal Report, # 2 Exhibit 2 - Wicker Opening Report, # 3 Exhibit 3. Kursh Opening Report, # 4 Exhibit 4. Britven Opening Report, # 5 Exhibit 5. Kursh Opening Report, # 6 Exhibit 6. Britven Opening Report, # 7 Exhibit 7. Britven Opening Report, # 8 Exhibit 8. Britven Reply Report, # 9 Exhibit 9. Kursh Opening Report, # 10 Exhibit 10. Kursh Reply Ex. Report, # 11 Exhibit 11. Wicker Reply Report, # 12 Exhibit 12. Britven Opening Report, # 13 Exhibit 13. Jarosz Expert Report, # 14 Exhibit 14. Britven Opening Report, # 15 Exhibit 15. Britven Reply Report, # 16 Exhibit 16. Britven Opening Report).(Cutri, Gianni) (Entered: 04/03/2026) |
| 04/03/2026 | 1688 | LETTER addressed to Judge Lorna G. Schofield from Gianni Cutri dated 4/3/2026 re: Notice of Filed Exhibits to Dkt. 1654. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit 1. Expert Report of Paul Clip, # 2 Exhibit 2. Wicker Opening, # 3 Exhibit 3. Expert Report of Thomas Britven, # 4 Exhibit 4. Britven Reply, # 5 Exhibit 5. T. Britven Dep Tr, # 6 Exhibit 6. C. Mengert Dep Tr, # 7 Exhibit 7. Jarosz Rebuttal Rpt, # 8 Exhibit 8. Kursh Opening, # 9 Exhibit 9. Expert Report of John Jarosz, # 10 Exhibit 10. J. Jarosz Dep Tr, # 11 Exhibit 11 C. Mengert Dep Tr, # 12 Exhibit 12. Britven Report, # 13 Exhibit 13. T. Britven Dep Tr, # 14 Exhibit 14. C. Mengert Dep Tr, # 15 Exhibit 15. Britven Report, # 16 Exhibit 16. Syntel's Memo of Law re Dkt 1499, # 17 Exhibit 17. Britven Expert Report, # 18 Exhibit 18. Britven Updated Attachments (Lost Profits)).(Cutri, Gianni) (Entered: 04/03/2026) |
| 04/03/2026 | 1689 | ***SEALED***JOINT LETTER addressed to Judge Lorna G. Schofield from Crystal Parker and Gianni Cutri dated April 3, 2026 re: Request to Redact in Response to Court's March 19, 2026 Order (RENEWED). Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit 3 - Opening Expert Report of Dr. Stephen Wicker)Motion or Order to File Under Seal: 1679 .(Parker, Crystal) (Entered: 04/03/2026) |
| 04/07/2026 | 1690 | ORDER granting 1682 Letter Motion to Seal; granting 1684 Letter Motion to Seal. It is hereby ORDERED that the parties' joint motion at Dkt. 1682 to redact portions of Exhibit 3 to TriZetto's opposition is GRANTED. Exhibit 3 is the Opening Report of TriZetto's expert Dr. Stephen Wicker, which contains TriZetto's and Syntel's confidential information. The proposed redactions to the exhibit are narrowly tailored to protect against competitive harm, which outweighs the presumption of access accorded to the documents. By April 13, 2026, TriZetto shall refile the document according to the proposed redactions on the public docket. It is further ORDERED that Syntel's motion at Dkt. 1684 to redact portions of Exhibits 5, 6, 8, 9 and 10 to TriZetto's opposition is GRANTED. These exhibits are confidential bid documents that Syntel submitted to third parties, which contain Syntel's and third parties' confidential information. The proposed redactions to the exhibit are narrowly tailored to protect against competitive harm, which outweighs the presumption of access accorded to the documents. By April 14, 2026, Syntel shall file the documents according to the proposed redactions on the public docket. The Clerk of Court is respectfully directed to terminate the motions at Dkts. 1682 and 1684. (Signed by Judge Lorna G. Schofield on 4/7/2026) (mml) (Entered: 04/07/2026) |
| 04/07/2026 | 1691 | JOINT LETTER addressed to Judge Lorna G. Schofield from Gianni Cutri and Jaren Janghorbani dated April 7, 2026 re: Extension of Final Judgment Deadline. Document |

| | | filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 04/07/2026) |
|---|---|---|
| 04/08/2026 | 1692 | MEMO ENDORSEMENT on re: 1691 Letter, filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc. ENDORSEMENT: Application GRANTED. By April 17, 2026, TriZetto shall file the remittitur submission and proposed form of judgment. (Signed by Judge Lorna G. Schofield on 4/8/2026) (jjc) (Entered: 04/08/2026) |
| 04/10/2026 | 1693 | BILL OF COSTS NOTICE OF TAXATION to recover costs against All Plaintiffs. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. The Clerk may tax costs 14 days after this filing. Objections to Bill of Costs due by 4/24/2026 (Attachments: # 1 Appendix Bill of Costs, # 2 Affidavit of G. Cutri Decl ISO Taxation of Costs, # 3 Exhibit A - PUBLIC Trial Transcripts Invoices, # 4 Exhibit B - PUBLIC Deposition Transcripts Invoices).(Cutri, Gianni) (Entered: 04/10/2026) |
| 04/13/2026 | | ***DELETED DOCUMENT. Deleted document number 1694 Mandate. The document was incorrectly filed in this case. (km) (Entered: 04/13/2026) |
| 04/13/2026 | 1694 | LETTER addressed to Judge Lorna G. Schofield from Gianni Cutri dated April 13, 2026 re: redacted Exhibit 3 to D.I. 1230. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Exhibit 3 to D.I. 1230 (Redacted)). (Cutri, Gianni) (Entered: 04/13/2026) |
| 04/14/2026 | 1695 | LETTER addressed to Judge Lorna G. Schofield from Crystal Parker dated April 14, 2026 re: Redacted Exhibits to D.I. 1230. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit 5 to D.I. 1230 (Redacted), # 2 Exhibit 6 to D.I. 1230 (Redacted), # 3 Exhibit 8 to D.I. 1230 (Redacted), # 4 Exhibit 9 to D.I. 1230 (Redacted), # 5 Exhibit 10 to D.I. 1230 (Redacted)).(Parker, Crystal) (Entered: 04/14/2026) |
| 04/15/2026 | 1696 | JOINT LETTER MOTION for Extension of Time *of Final Judgment Deadline* addressed to Judge Lorna G. Schofield from Gianni Cutri and Jaren Janghorbani dated 4/15/2026. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 04/15/2026) |
| 04/15/2026 | 1697 | ORDER granting 1696 Letter Motion for Extension of Time. Application GRANTED. By April 22, 2026, TriZetto shall submit the proposed judgment and remittitur submission. (Signed by Judge Lorna G. Schofield on 4/15/2026) (mml) (Entered: 04/16/2026) |
| 04/20/2026 | 1698 | JOINT LETTER MOTION for Extension of Time *of Final Judgment Deadline* addressed to Judge Lorna G. Schofield from Gianni Cutri and Jaren Janghorbani dated April 20, 2026. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 04/20/2026) |
| 04/20/2026 | 1699 | ORDER granting 1698 Letter Motion for Extension of Time. Application GRANTED. By April 24, 2026, TriZetto shall file the remittitur submission and proposed judgment. (Signed by Judge Lorna G. Schofield on 4/20/2026) (mml) (Entered: 04/20/2026) |
| 04/24/2026 | 1700 | LETTER addressed to Judge Lorna G. Schofield from Gianni Cutri dated April 24, 2026 re: Remittitur. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 04/24/2026) |
| 04/24/2026 | 1701 | FILING ERROR - DEFICIENT DOCKET ENTRY - PROPOSED JUDGMENT. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc... (Cutri, Gianni) Modified on 4/27/2026 (nd). (Entered: 04/24/2026) |
| 04/27/2026 | | ***NOTICE TO ATTORNEY REGARDING DEFICIENT PROPOSED JUDGMENT. Notice to attorney Gianni L Cutri to RE-FILE Document No. 1701 |

| | | |
|---|---|---|
| | | **Proposed Judgment. The filing is deficient for the following reason(s): judge's signature line missing. Re-file the document using the event type Proposed Judgment found under the event list Proposed Orders. - select the correct filer/filers - attach the correct signed (scanned signature image) and dated PDF.. (nd)** (Entered: 04/27/2026) |
| 04/27/2026 | 1702 | LETTER addressed to Judge Lorna G. Schofield from Jaren Janghorbani dated April 27, 2026 re: TriZetto's April 24, 2026, Letter Regarding Punitive Damages. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Janghorbani, Jaren) (Entered: 04/27/2026) |
| 04/27/2026 | 1703 | PROPOSED JUDGMENT. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc...(Cutri, Gianni) (Entered: 04/27/2026) |
| 04/29/2026 | 1704 | ORDER: It is hereby ORDERED that the previously entered judgment is amended to award TriZetto $139,955,626 in punitive damages. The Clerk of Court is respectfully directed to close the case. (Signed by Judge Lorna G. Schofield on 4/29/2026) (mml) (Entered: 04/29/2026) |
| 04/29/2026 | 1705 | AMENDED FINAL JUDGMENT amending 994 Judgment. As such, the Court amends its prior order to reduce the punitive damages award in favor of TriZetto to $139,955,626 as a matter of law. Pursuant to Rule 58 of the Federal Rules of Civil Procedure, the Court hereby amends the Final Judgment entered at Dkt. 994 and ORDERS and ENTERS AMENDED JUDGMENT as follows: 1. Syntel engaged in trade secret misappropriation in violation of the DTSA. 2. Syntel engaged in trade secret misappropriation in violation of New York law. 3. Syntel engaged in copyright infringement. 4. TriZetto did not breach the Master Services Agreement. 5. TriZetto and Cognizant did not misappropriate Syntel Mauritius's confidential information. 6. TriZetto and Cognizant did not intentionally interfere with Syntel Inc.'s contractual relations. 7. TriZetto is awarded $69,977,813 in compensatory damages and $139,955,626 in punitive damages as a matter of law. 8. TriZetto is awarded prejudgment interest of $60,927,590 through April 24, 2026, and an additional $21,604 per day for each day thereafter until final judgment is entered. 9. TriZetto is awarded $26,944,477.48 in attorneys' fees. 10. TriZetto is awarded post-judgment interest starting from the date on which the amended judgment is entered pursuant to 28 U.S.C. § 1961. 11. TriZetto is awarded costs pursuant to Federal Rule of Civil Procedure 54(d)(1). 12. A permanent injunction was entered on May 18, 2021 (Dkt. 993), and remains in effect. SO ORDERED. (Signed by Judge Lorna G. Schofield on 4/29/2026) (jjc) (Entered: 04/29/2026) |
| 05/15/2026 | 1706 | TAXATION OF COSTS as to 1693 Bill of Costs Notice of Taxation. Costs are taxed on 5/15/2026 in favor of The TriZetto Group, Inc. and Cognizant Technology Solutions Corp against Syntel Sterling Best Shores Mauritius Limited, and Syntel, Inc. in the amount of $24,490.19. (tp) (Entered: 05/15/2026) |
| 05/19/2026 | 1707 | NOTICE OF APPEAL from 1705 Amended Judgment,,,,,,. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. Filing fee $ 605.00, receipt number ANYSDC-32870585. (Janghorbani, Jaren) (Entered: 05/19/2026) |
| 05/19/2026 | 1708 | PROPOSED ORDER TO SHOW CAUSE WITH EMERGENCY RELIEF. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. Related Document Number: 1705 ..(Janghorbani, Jaren) **Proposed Order to Show Cause to be reviewed by Clerk's Office staff.** (Entered: 05/19/2026) |
| 05/19/2026 | 1709 | MEMORANDUM OF LAW in Support re: 1708 Proposed Order to Show Cause With Emergency Relief, . Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc...(Janghorbani, Jaren) (Entered: 05/19/2026) |

| 05/19/2026 | 1710 | DECLARATION of Jaren Janghorbani in Support re: 1708 Proposed Order to Show Cause With Emergency Relief,. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc.. (Attachments: # 1 Exhibit 1 - Supersedeas Bond, # 2 Exhibit 2 - Decrease Penalty Bond Rider, # 3 Exhibit 3 - Bond Increase Rider). (Janghorbani, Jaren) (Entered: 05/19/2026) |
|---|---|---|
| 05/19/2026 | 1711 | ORDER TO SHOW CAUSE FOR APPROVAL OF SUPERSEDEAS BOND UNDER FEDERAL RULE OF CIVIL PROCEDURE 62(b) AND TO STAY EXECUTION OF JUDGMENT: ORDERED that Defendants/Counterclaim-Plaintiffs The TriZetto Group, Inc. and Cognizant Technology Solutions Corp. (collectively, "TriZetto") appear before the Honorable Lorna G. Schofield, United States District Judge for the Southern District of New York on written submission, to show cause why an Order should not be issued pursuant to Rule 62(b) of the Federal Rules of Civil Procedure, approving the supersedeas bond and granting a stay of execution of the judgment entered on April 29, 2026 in this matter (D.I. 1705). ORDERED that electronic service and filing of a copy of this order, together with the papers upon which it is granted, upon TriZetto's counsel on or before 4:00p.m., May 20, 2026, shall be deemed good and sufficient service thereof. ORDERED that answering papers, if any, shall be served and electronically filed no later than 11:59p.m., on May 22, 2026, and that reply papers, if any, shall be served and electronically filed no later than 11:59p.m. on May 26, 2026. ORDERED that a temporary stay of execution of judgment is in effect pending the Court's ultimate decision on the instant Order to Show Cause. Show Cause Response due by 5/22/2026. Replies due by 5/26/2026. (Signed by Judge Lorna G. Schofield on 5/19/2026) (mml) (Entered: 05/20/2026) |
| 05/19/2026 | | Transmission to Finance Unit (Cashiers). Transmitted re: 1711 Order to Show Cause, to the Finance Unit (Cashiers) for case processing. (mml) (Entered: 05/20/2026) |
| 05/20/2026 | | ***NOTICE TO COURT REGARDING PROPOSED ORDER TO SHOW CAUSE WITH EMERGENCY RELIEF. Document No. 1708 Proposed Order to Show Cause With Emergency Relief, was reviewed and approved as to form. (tp) (Entered: 05/20/2026) |
| 05/20/2026 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 1707 Notice of Appeal. (tp) (Entered: 05/20/2026) |
| 05/20/2026 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 1707 Notice of Appeal filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc. were transmitted to the U.S. Court of Appeals. (tp) (Entered: 05/20/2026) |
| 05/20/2026 | 1712 | CERTIFICATE OF SERVICE of Notice of Appeal, Proposed Order to Show Cause with Emergency Relief, Memorandum of Law in Support, Declaration of Jaren Janghorbani with Exhibits, and the Court's Order to Show Cause served on the TriZetto Group, Inc. and Cognizant Technology Solutions Corp. on May 20, 2026. Service was made by Email. Document filed by Syntel Sterling Best Shores Mauritius Limited, Syntel, Inc... (Janghorbani, Jaren) (Entered: 05/20/2026) |
| 05/22/2026 | 1713 | JOINT LETTER addressed to Judge Lorna G. Schofield from Gianni Cutri and Jaren Janghorbani dated May 22, 2026 re: Approval of Supersedeas Bond Under Federal Rule of Civil Procedure 62(b) and to Stay Execution of Judgment. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. (Attachments: # 1 Proposed Order re Approval of Supersedeas Bond).(Cutri, Gianni) (Entered: 05/22/2026) |
| 05/26/2026 | 1714 | ORDER FOR APPROVAL OF SUPERSEDEAS BOND UNDER FEDERAL RULE OF CIVIL PROCEDURE 62(b) AND TO STAY EXECUTION OF JUDGMENT: The |

| | | |
|---|---|---|
| | | parties stipulate, and the Court hereby ORDERS, as follows: ORDERED that the supersedeas bond submitted with the Declaration of Jaren Janghorbani in Support of Syntel's Order to Show Cause for Approval of Supersedeas Bond Under Federal Rule of Civil Procedure 62(b) and to Stay Execution of Judgment (Dkts. 1710-1, 1710-2, 1710-3) in the amount of $309,000,000.00 is approved for a period of one year from the date of entry of the Amended Final Judgment (Dkt. 1705). Execution of the judgment entered on April 29, 2026 is stayed until April 29, 2027. ORDERED that if affirmance, modification, or dismissal of the Appeal (as defined in Dkt. 1710-3) has not occurred by April 29, 2027, Syntel may extend the stay of execution of judgment by six months, to October 29, 2027, by obtaining and submitting to the Court, on or before April 29, 2027, a supersedeas bond in the amount of $309,000,000.00 plus the full amount of an additional six months of post-judgment interest under 28 U.S.C. § 1961 (the "Extended Stay Bond"). ORDERED that if affirmance, modification, or dismissal of the Appeal (as defined in Dkt. 1710-3) has not occurred by the conclusion of any additional six-month stay of execution of judgment, Syntel may extend the stay of execution of judgment by an additional six months by obtaining and submitting to the Court, on or before the date the stay of execution of judgment expires, a supersedeas bond that increases the Extended Stay Bond by an amount equal to an additional six months of post-judgment interest under 28 U.S.C. § 1961. ORDERED that this Order resolves the Court's Order to Show Cause (Dkt. 1711), which is withdrawn. (Signed by Judge Lorna G. Schofield on 5/26/2026) (mml) Transmission to Finance Unit (Cashiers) for processing. (Entered: 05/27/2026) |
| 06/01/2026 | 1715 | **FILING ERROR - NO ORDER SELECTED FOR APPEAL -** NOTICE OF CROSS APPEAL. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. Filing fee $ 605.00, receipt number ANYSDC-32926236. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit..(Cutri, Gianni) Modified on 6/1/2026 (nd). (Entered: 06/01/2026) |
| 06/01/2026 | | **\*\*\*NOTICE TO ATTORNEY REGARDING DEFICIENT APPEAL. Notice to attorney Gianni L Cutri to RE-FILE Document No. 1715 Notice of Cross Appeal,.. The filing is deficient for the following reason(s): the order/judgment being appealed was not selected;. Re-file the appeal using the event type Notice of Cross Appeal found under the event list Appeal Documents - attach the correct signed PDF - select the correct named filer/filers - select the correct order/judgment being appealed. (nd)** (Entered: 06/01/2026) |
| 06/01/2026 | 1716 | NOTICE OF CROSS APPEAL from 1705 Amended Judgment,,,,,,. Document filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc.. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit..(Cutri, Gianni) Modified on 6/1/2026 (nd). (Entered: 06/01/2026) |
| 06/01/2026 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 1716 Notice of Cross Appeal,..(nd) (Entered: 06/01/2026) |
| 06/01/2026 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 1716 Notice of Cross Appeal, filed by Cognizant Technology Solutions Corp., The Trizetto Group, Inc. were transmitted to the U.S. Court of Appeals..(nd) (Entered: 06/01/2026) |
| 06/01/2026 | | Appeal Fee Paid electronically via Pay.gov: for 1716 Notice of Cross Appeal,. Filing fee $ 605. Pay.gov receipt number ANYSDC-32926236, paid on 6/1/2026..(nd) (Entered: 06/01/2026) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 06/02/2026 10:15:48 | | | |
| **PACER Login:** | pw0001MAO | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:15-cv-00211-LGS-SDA |
| **Billable Pages:** | 30 | **Cost:** | 3.00 |

# Exhibit 3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                          :

SYNTEL STERLING BEST SHORES     :
MAURITIUS LTD., and SYNTEL, INC.,   :
                                          :

      Plaintiffs and Counterclaim Defendants,  :

                             -against-           :

                                          :

THE TRIZETTO GROUP, INC. and     :
COGNIZANT TECHNOLOGY SOLUTIONS :
CORP.,                              :

                                          :

      Defendants and Counterclaim Plaintiffs.  :

                                          :

------------------------------------------------------------X

        15 Civ. 211 (LGS)

        **OPINION & ORDER**

LORNA G. SCHOFIELD, District Judge:

Syntel challenges a second jury's compensatory damages award to TriZetto for Syntel's misappropriation of TriZetto's trade secrets and Syntel's infringement of TriZetto's copyrights.[1] The second trial, which addressed only damages, followed a previous trial and jury's finding that Syntel had misappropriated TriZetto's trade secrets in violation of New York law and the Defend Trade Secrets Act of 2016 ("DTSA") and infringed TriZetto's copyrights in violation of the Copyright Act. *See Syntel Sterling Best Shores Mauritius Ltd. v. TriZetto Grp., Inc.*, No. 15 Civ. 211, 2021 WL 1553926, at *1 (S.D.N.Y. Apr. 20, 2021), *aff'd in part, vacated in part, remanded*, 68 F.4th 792 (2d Cir. 2023).[2] The first jury also rejected all of Syntel's claims brought as Plaintiff against TriZetto as Defendant.

---

[1] Plaintiffs and Counterclaim Defendants are Syntel Sterling Best Shores Mauritius Limited and Syntel, Inc. (together, "Syntel"). Defendants and Counterclaim Plaintiffs are TriZetto Group, Inc. and Cognizant Technology Solutions Corporation (together, "TriZetto").

[2] For subsequent citations to Orders and Opinions entered in this case that are available on Westlaw, this Opinion uses the short form citation, including the date on first reference.

The first jury sat during the height of the COVID-19 pandemic, and on October 27, 2020, awarded TriZetto $284,855,192 in compensatory damages -- the maximum amount sought by TriZetto -- and double that amount, $569,710,384, in punitive damages -- the maximum amount the jury was instructed it could award. The award totaled over $850 million. The punitive damages award was remitted to $284,855,192, on account of the "large compensatory damages award" and "Syntel's reprehensible but not egregious [i.e., not murderous or life-threatening] conduct." [3] *Id.* at *11.

Even though the first jury rendered a verdict on both liability and damages, for ease of reference here, the first trial and first jury are referred to as the "Liability Trial" and the "Liability Jury," respectively. The second trial and second jury are referred to as the "Damages Trial" and the "Damages Jury," respectively. Familiarity with the facts of the underlying dispute is assumed. *See id.* at *1; *Syntel*, 68 F.4th at 796-99.

On appeal, the Second Circuit affirmed Syntel's liability and vacated and remanded as to damages. *See Syntel*, 68 F.4th at 815. The Second Circuit held that the avoided costs theory of compensatory damages supporting the Liability Jury's award under the DTSA was unavailable as a matter of law. *Id.* at 806-07. The Second Circuit had never previously addressed avoided costs as a theory of damages under the DTSA, and no appellate court had previously adopted the Second Circuit's view of DTSA damages. On remand, applying an analysis similar to the Second Circuit's analysis vacating the DTSA damages, this Court vacated the Liability Jury's remaining compensatory damages findings, which applied to the New York trade secrets claim and the federal copyright claim. *Syntel*, 2024 WL 1116090, at *3 (Mar. 13, 2024).

---

[3] Unless otherwise indicated, in quoting cases, all internal quotation marks, footnotes and citations are omitted, and all alterations are adopted.

That decision observed, regretfully, that it was "out of step with courts' general deference to, and respect for, the judgment of the jury," whose "awards expressed the jury's clear view about the harm to TriZetto and the maliciousness of Syntel's conduct." *Id.* at *8. The decision acknowledged that "[v]acating the entirety of the jury's compensatory damages . . . is in stark contrast to the jury verdict" and "in effect, penalizes TriZetto for presenting a theory of damages that had yet to be addressed by the Second Circuit and had been accepted by the Seventh Circuit." *Id.*

Following the same reasoning, this Court granted TriZetto's motion for a new trial: "Penalizing TriZetto with no compensatory damages for relying on a colorable theory in an unclear area of law would be a serious injustice and disrespect the jury's view." *Syntel*, 2024 WL 4553894, at *2 (Oct. 23, 2024). Nevertheless, to avoid the potential waste of judicial and party resources, this Court granted Syntel's motion requesting certification for interlocutory appeal the question of whether the Second Circuit's mandate permits a new trial on compensatory damages. The Second Circuit denied Syntel's request for leave to file the appeal.

The Damages Trial went forward from June 24, 2025, to June 30, 2025. The Damages Jury awarded TriZetto $69,977,813 in compensatory damages, despite rulings that excluded the most inflammatory facts. For example, evidence of Syntel's motive or state of mind was excluded because of "the risk of prejudice -- namely, painting Syntel as a bad actor -- or confusing the jury, which may mistakenly conclude that such considerations bear on the calculation of compensatory damages." *Syntel*, 2025 WL 1565327, at *3 (June 3), *reconsideration denied*, 2025 WL 1642886 (June 9, 2025).

Following the Damages Trial, Syntel now moves to reduce or strike the compensatory damages awarded by the Damages Jury and the punitive damages awarded after the Liability

3

Trial.  Specifically, before the case was submitted to the Damages Jury, both Syntel and TriZetto

moved for judgment as a matter of law on all claims under Rule 50(a).[4]  Ruling on the motions

was reserved.  After the damages verdict, Syntel renewed its motion for judgment as a matter of

law under Rule 50(b), or in the alternative, a new trial or remittitur under Rule 59.  Syntel also

moves to amend or alter the previously entered judgment awarding TriZetto $284,855,192 in

punitive damages.

      For the reasons that follow, Syntel's motion for judgment as a matter of law or a new trial

is denied.  Syntel's motion to alter or amend the judgment as to the punitive damages award is

granted to the extent the punitive damages award is remitted to $139,955,626.  TriZetto's Rule

50(a) motion is denied as moot.

## I.      LEGAL STANDARD

      Judgment as a matter of law under Rule 50(b) is appropriate only if "a reasonable jury

would not have a legally sufficient evidentiary basis to find for the party" opposing the request.

Fed. R. Civ. P. 50(a)(1); *Syntel*, 68 F.4th at 800.  "The court considering a Rule 50 motion may

not make credibility determinations or weigh the evidence." *Palin v. N.Y. Times Co.*, 113 F.4th

245, 263 (2d Cir. 2024).  A Rule 50 motion may be granted only if "(1) there is such a complete

absence of evidence supporting the verdict that the jury's findings could only have been the result

of sheer surmise and conjecture, or (2) there is such an overwhelming amount of evidence in

favor of the movant that reasonable and fair minded persons could not arrive at a verdict against

it." *Ortiz v. Stambach*, 137 F.4th 48, 61 (2d Cir. 2025).

      Under Rule 59, "[a] motion for new trial ordinarily should not be granted unless the trial

court is convinced that the jury . . . reached a seriously erroneous result or that the verdict is a

---

[4] Unless otherwise indicated, all references to "Rules" are to the Federal Rules of Civil
Procedure.

miscarriage of justice." *Qorrolli v. Metro. Dental Assocs.*, 124 F.4th 115, 125 (2d Cir. 2024).

"Remittiturs are a common procedure used by the courts to, in effect, reduce the amount of a

damage award that the court concludes is impermissibly high." *Turley v. ISG Lackawanna, Inc.*,

774 F.3d 140, 167 (2d Cir. 2014).  Through this procedure, "a court compels a plaintiff to choose

between reduction of an excessive verdict and a new trial." *Anderson Grp., LLC v. City of

Saratoga Springs*, 805 F.3d 34, 51 (2d Cir. 2015).

## II.    DISCUSSION

### A.  Damages Trial

Syntel argues that the Damages Trial violated the Second Circuit's mandate and Syntel's

Seventh Amendment rights.  Syntel consequently seeks vacatur of the Damages Jury's award.

For the reasons below, these arguments are unavailing.

#### 1.    Second Circuit Mandate

Syntel first argues that the Damages Trial violated the Second Circuit's mandate.  This

argument is unpersuasive because the Second Circuit's mandate did not foreclose any issue

litigated at the Damages Trial.

"A district court must follow the mandate issued by the appellate court." *Havlish v. 650

Fifth Ave. Co.*, 934 F.3d 174, 181 (2d Cir. 2019).  A court should "look[] to both the specific

dictates of the remand order as well as the broader spirit of the mandate to determine what issues

remain open." *Kotler v. Jubert*, 986 F.3d 147, 159 (2d Cir. 2021).  "[T]he mandate is controlling

only as to matters within its compass.  When the mandate leaves issues open, the lower court may

dispose of the case on grounds not dealt with by the remanding appellate court." *Statek Corp. v.

Dev. Specialists, Inc. (In re Coudert Bros. LLP)*, 809 F.3d 94, 98 (2d Cir. 2015).  However, the

mandate rule extends "to issues that were ripe for review at the time of an initial appeal but

nonetheless foregone by a party." *United States v. Aquart*, 92 F.4th 77, 87 (2d Cir. 2024), *cert. denied*, 145 S. Ct. 1071 (2025).

As recorded on the verdict form, the Liability Jury found compensatory damages of $284,855,192 on the DTSA claim, which were based on a theory of development costs that Syntel had avoided by misappropriating TriZetto's trade secrets. The Liability Jury also found compensatory damages of $142,427,596 on the New York trade secrets claim and $59,100,000 on the Copyright Act claim. The latter two amounts were based on a theory of reasonable royalties that Syntel would have paid had it been licensed to use the stolen trade secrets. To avoid double counting, the Liability Jury found that TriZetto was entitled to the greatest of the three amounts, the damages under the DTSA.

The Second Circuit vacated the DTSA compensatory damages awarded by the Liability Jury and entered by the Court. *Syntel*, 68 F.4th at 814. The Second Circuit remanded "the case . . . to address the propriety of" the reasonable royalty awards under New York law and the Copyright Act. *Id.* The Second Circuit did "*not* remand . . . to determine if TriZetto is entitled to lost profit damages under § 1836(b)(3)(B)(i)(I) of the DTSA" because the verdict form "did not ask the jury to determine if (and to what amount) TriZetto was entitled to lost profit damages" and "[b]ecause TriZetto d[id] not argue on appeal that it is entitled to its lost profits." *Id.* at 814-15. On remand, the reasonable royalty awards were vacated because they bore no reasonable relation to the actual harm TriZetto had suffered. *Syntel*, 2024 WL 1116090, at *3. A new trial was granted to correct a manifest error of law because, at the initial trial, TriZetto had relied in good faith on a theory of damages that TriZetto and the trial court believed was available under relevant law, which understanding the Second Circuit later clarified was erroneous. *See Syntel*, 2024 WL 4553894, at *3.

6

The Second Circuit's mandate did not foreclose the Damages Trial. Consistent with the Second Circuit's mandate, the Damages Jury was not asked to determine if TriZetto was entitled to lost profit damages under the DTSA. Instead, the Damages Jury found that TriZetto was entitled to the highest of (1) lost profit damages under New York law; (2) reasonable royalty damages under the DTSA or (3) actual damages under the Copyright Act. The highest of these damages turned out to be lost profit damages under New York law. The Second Circuit's mandate did not address, and did not foreclose, any of these theories of damages on remand. As the Second Circuit noted, TriZetto's New York law and Copyright Act damages were not on appeal. *See Syntel*, 68 F.4th at 814.

Syntel argues that the Second Circuit's rationales for excluding DTSA lost profit damages on remand -- that the verdict form "did not ask the jury to determine if (and to what amount) TriZetto was entitled to" those damages, and "TriZetto d[id] not argue on appeal that it is entitled to [such damages] if [the Circuit] vacate[d] the avoided costs award," *id.* at 815 -- apply equally to the damages theories TriZetto pursued at the Damages Trial. This theory of preclusion by implication is unsupported. This case is unlike *Havlish*, in which the Second Circuit held that a district court violated the mandate rule where the Second Circuit remanded a case "only" for consideration of specified issues, but the district court proceeded to trial on other issues that the Second Circuit's decision had foreclosed as a matter of law. 934 F.3d at 182.

Syntel further argues that the Second Circuit held that TriZetto "suffered no compensable harm" beyond $8.5 million in lost profits, and the Damages Trial exceeded the mandate by allowing a damages award different from those lost profit damages. *Syntel*, 68 F.4th at 811. This argument is unavailing because it reads the Second Circuit's decision too broadly. The Second Circuit held that avoided cost damages, which are available under the DTSA only where actual

harm does not adequately compensate a plaintiff, were not available to TriZetto under the DTSA because TriZetto suffered "no compensable harm *supporting an unjust enrichment award of avoided costs*" beyond its lost profits. *Id.* (emphasis added). The Second Circuit did not limit TriZetto's damages to DTSA lost profits. The Damages Trial was consistent with the Second Circuit's mandate.

### 2. Seventh Amendment

Syntel also argues that the Damages Trial violated its Seventh Amendment rights because TriZetto presented the Damages Jury with evidence and argument that required reexamination and expansion of the Liability Jury's findings. This argument fails because the Damages Jury neither reexamined nor expanded the Liability Jury's findings.[5]

The Seventh Amendment guarantees that "[i]n Suits at common law . . . the right of trial by jury shall be preserved, and no fact tried by a jury, shall be otherwise re-examined in any Court of the United States, than according to the rules of the common law." U.S. Const. amend. VII. Consequently, "the Seventh Amendment's Reexamination Clause forbids review by a second fact-finder, whether a judge or another jury, of facts already determined by a jury." *Johnson v. Nextel Commc'ns Inc.*, 780 F.3d 128, 150 n.27 (2d Cir. 2015); *Mack v. FCA US LLC*, No. 24 Civ. 2990, 2025 WL 2403393, at *18 (E.D.N.Y. Aug. 19, 2025). "It is beyond dispute

---

[5] In a letter filed April 1, 2025, Syntel sought for the first time to bar "argument or evidence that damages should be based on any use of trade secrets that would require the damages jury to determine the scope or nature of use . . . or by re-presenting evidence as to scope of nature of use that was already presented to the first jury." This motion was, in substance, an untimely Seventh Amendment objection to the Damages Trial as a whole, which is and was waived. *See Syntel*, 2025 WL 1565327, at *2. Syntel now seeks to excise specific evidence and argument actually presented at the Damages Trial that, Syntel contends, violated the Seventh Amendment. This argument is not waived because it was not ripe until trial. *See Lavoie v. Pac. Press & Shear Co.*, 975 F.2d 48, 55 (2d Cir. 1992) (citing cases holding that Seventh Amendment challenge may be timely for post-trial motions).

that the grant of [a Rule 59(a) new trial motion] does not violate the Seventh Amendment."
*Mazzei v. Money Store*, 829 F.3d 260, 267 (2d Cir. 2016) (analogizing class decertification to
grant of new trial motion). "[D]ifferent juries may examine overlapping evidence as long as they
do not decide factual issues that are common to both trials and essential to the outcome." *Au New
Haven, LLC v. YKK Corp.*, No. 15 Civ. 3411, 2022 WL 10122844, at *3 (S.D.N.Y. Oct. 17,
2022); *see Blyden v. Mancusi*, 186 F.3d 252, 268 (2d Cir. 1999) ("[I]ssues may be divided and
tried separately, but a given issue may not be tried by different, successive juries.").

The Damages Trial did not violate Syntel's Seventh Amendment rights because the
Damages Jury neither expanded Syntel's liability nor reexamined facts adjudicated by the
Liability Jury. The Liability Jury found that Syntel misappropriated "one or more trade secrets"
and copyrights possessed by TriZetto. The Damages Jury was instructed to accept the Liability
Jury's liability findings and to consider evidence "only for the purpose of identifying the extent to
which Syntel's trade secret misappropriation and copyright infringement led to damages suffered
by TriZetto." Damages Trial Transcript ("Transcript") at 751:14-21 (June 30, 2025), Dkt. 1594.
"Juries are presumed to follow their instructions." *Carroll v. Trump*, 151 F.4th 50, 81 n.33 (2d
Cir. 2025).

Syntel argues, notwithstanding the jury instructions, that the Damages Jury necessarily
reexamined the Liability Jury's findings because TriZetto's presentation of evidence and damages
theories necessitated that the Damages Jury find that Syntel misappropriated specific trade
secrets. These arguments lack merit, as explained below.

### a. Expansion of Liability Verdict

Syntel argues that TriZetto's presentation of evidence expanded the Liability Jury's
verdict because TriZetto presented evidence that Syntel misappropriated all 104 of the trade

9

secrets at issue -- not "one or more," as the Liability Jury found.  Syntel argues that this evidence must be excluded, and without this evidentiary basis, the Damages Jury's verdict is unsupported by the evidence.  These arguments are unavailing because TriZetto's presentation of evidence was consistent with the Liability Jury's verdict, and Syntel provides no basis to conclude that the Damages Jury's verdict was inconsistent with the prior verdict.

### i.    Specific Trade Secrets

Syntel argues that TriZetto compelled the Damages Jury to expand the Liability Jury's verdict because TriZetto elicited testimony from Syntel witnesses that Syntel misappropriated specific trade secrets, and such testimony does not comport with the Liability Jury's non-specific finding that Syntel misappropriated "one or more" trade secrets.  This argument is unpersuasive because TriZetto permissibly elicited testimony regarding the extent of Syntel's misappropriation of trade secrets that had been presented to the Liability Jury.  For instance, Syntel cites examples of TriZetto's eliciting that Syntel had used "at least three" named trade secrets that were among the list of 104 trade secrets presented both to the Liability Jury and the Damages Jury.[6]  This line of questioning was relevant to the extent of Syntel's use of trade secrets and did not require the Damages Jury to expand the Liability Jury's finding.  *See Au New Haven*, 2022 WL 10122844, at *7 (stating that different juries may examine overlapping evidence).

Syntel also faults TriZetto for seeking damages based on internal Syntel documents that described Facets-related work without specifically identifying the misappropriated trade secrets.

---

[6] *Compare, e.g.*, Transcript at 461:24-462:17, 463:7-22 (June 26, 2025), Dkt. 1590 (eliciting testimony that Syntel used trade secrets including the "the data dictionary, the custom code impact tool, and the test cases and automation scripts"), *with* Court Ex. 15, Final Jury Charge, Ex. 1, Dkt. 1568-15, (listing "Facets Data Dictionary," "Facets Custom Code Impact Tool," "Facets Test Cases" and "Facets Automation Scripts" as "trade secrets at issue in the previous trial").

Specifically, Syntel argues that TriZetto's experts Dr. Stephen Wicker and Dr. Steven Kursh presented evidence that Syntel misappropriated unspecified trade secrets without explicitly tying that evidence to one of the 104 at-issue trade secrets.

This argument is unpersuasive because, in substance, it challenges the sufficiency of TriZetto's evidence supporting the extent of Syntel's use of trade secrets and does not raise a Seventh Amendment issue. The Damages Jury was instructed to accept that Syntel misappropriated one or more of 104 specified trade secrets, and that "[a]ny damages . . . award[ed] for trade secret misappropriation *must be based on* harm caused by Syntel's trade secret misappropriation regarding" those listed trade secrets. Transcript at 751:22-25 (June 30, 2025), Dkt. 1594 (emphasis added). The Damages Jury is presumed to have followed these instructions. *See Carroll*, 151 F.4th 81 & n.33. Under such circumstances, these asserted weaknesses in TriZetto's expert testimony do not raise a Seventh Amendment issue.

### ii.    Lost Sales Theory

TriZetto partially based the damages calculation presented to the Damages Jury on a "lost sales" theory of damages, which TriZetto described as "the sales Syntel took from TriZetto" through misappropriation. Syntel argues that this theory of damages is inherently problematic because the theory requires knowledge of which of the 104 asserted trade secrets were misappropriated and whether Syntel used those trade secrets in particular projects. This argument is unpersuasive because TriZetto's theory of damages did not require the Damages Jury to find that Syntel used specific trade secrets -- instead, TriZetto sought damages based on evidence of business Syntel won that TriZetto instead would have won but for the misappropriation. No part of that theory requires the Damages Jury to make a liability finding with respect to a specific trade secret.

11

### b.  Reexamination of Trade Secret Use

Second, Syntel argues that TriZetto's presentation of evidence required the Damages Jury to determine which acts constituted trade secret use, which resulted in impermissible reexamination of the Liability Jury's findings regarding use.  This argument is unavailing because TriZetto's presentation of evidence was consistent with its proof of liability from the first trial.  Syntel's arguments otherwise lack merit.

### i.    Lost Sales Theory

Syntel argues that TriZetto's lost sales theory of damages necessitated reexamination of the question of trade secret use.  This argument is unavailing because that theory did not require the Damages Jury to find that TriZetto used any specific trade secret.  Instead, the theory based damages on business Syntel won that TriZetto would have won but for the misappropriation.

### ii.   Specific Trade Secrets

Syntel argues that TriZetto improperly presented evidence regarding use that TriZetto did not explicitly tie to any of the 104 trade secrets presented to the Liability Jury.  This argument is a challenge to the sufficiency of TriZetto's evidence, not a Seventh Amendment challenge.  The Damages Jury was instructed to award damages relating only to Syntel's use of the 104 trade secrets presented to the Liability Jury, *see* Transcript at 751:22-25 (June 30, 2025), Dkt. 1594, and is presumed to have followed those instructions, *see Carroll*, 151 F.4th at 81 & n.33.

Syntel also argues that TriZetto impermissibly presented evidence that was not shown to the Liability Jury.  This argument is unpersuasive because TriZetto presented testimony tying the

challenged evidence to one of the 104 trade secrets presented to the Liability Jury.[7]  Thus, this evidence is consistent with TriZetto's proof of liability at the Liability Trial.

*Blyden*, which Syntel cites, is not to the contrary.  *Blyden* involved a class action in which a liability jury found, in the aftermath of the Attica prison riot, that the defendants had used excessive force or were responsible for the use of excessive force against at least one of the named plaintiffs -- i.e., against "the plaintiffs or any of them."  186 F.3d at 260.  The district court then considered how to determine class-wide damages via representative damages trials with "typical" plaintiffs representing subclasses.  *Id.*  Counsel for the appellant, an Assistant Deputy Superintendent at Attica, *id.* at 256, objected, refusing to stipulate that the "plaintiffs or any of them" language established his client's liability to the class.  *Id.* at 261.  The court apparently accepted the argument in part and conducted two "damages trials" -- one with an unrepresentative plaintiff whose injuries might be so great as to be beyond the appellant's supervisory responsibility, and another with a plaintiff whose claims and injuries were more typical.  *See id*. at 257, 261.  The appellant appealed the two damages judgments against him and in favor of each of the two respective plaintiffs.  *Id*. at 256.  The Second Circuit reversed on several grounds, including a Seventh Amendment violation.  *Id.* at 268.  Both juries were specifically directed to judge whether any particular act was a "reprisal" constituting cruel and unusual punishment, and

---

[7] Syntel cites one instance in which Dr. Kursh testified that Syntel used trade secrets, including "Step-Up Probe," "Data Dictionary" and "Factory," in a bid.  *Compare* Transcript at 233:16-21 (June 25, 2025), Dkt. 1588 (testimony that Syntel used "Step-Up Probe," "Data Dictionary" and "Factory" in a bid), *with id.* at 191:2-7 (testimony that Syntel referred to trade secret 104 as "Step Up Probe" and trade secrets 102 and 103 as "Factory"), *and* Court Ex. 15, Final Jury Charge, Ex. 1, Dkt. 1568-15 (listing trade secret 4 as "Facets Data Dictionary").  Syntel cites another instance in which Dr. Wicker testified that four trade secret documents were attached to an email. The Damages Jury could reasonably have inferred that these asserted trade secret documents were among the 104 trade secrets.  *Compare* DTX-2033 (listing filenames), *with* Court Ex. 15, Final Jury Charge, Ex. 1, Dkt. 1568-15 (trade secrets 10, 26, 28, 48).

one of the juries "was even asked to revisit [the appellant's] supervisory liability . . . without regard to how the liability jury viewed that particular act." *Id.* at 269; *see id.* at 266 (stating that damages jury was instructed "not to hold [appellant] liable for solitary and unrepeated acts by a renegade officer" in contravention of the instructions given to the liability jury).

Unlike in *Blyden*, the Damages Jury did not reexamine the Liability Jury's finding that Syntel is liable. The Damages Jury was instructed specifically what the Liability Jury had found, including that "Syntel misappropriated one or more of TriZetto's trade secrets listed in Exhibit 1" in violation of the DTSA and New York law during the relevant period. Transcript at 751:2-9 (June 30, 2025), Dkt. 1594; *see also* Court Ex. 15, Final Jury Charge, Ex. 1, Dkt. 1568-15. The Damages Jury was directed to "accept those determinations for all purposes in this trial" and "not revisit the matter of Syntel's liability." Transcript at 751:14-16 (June 30, 2025), Dkt. 1594. The Damages Jury was further instructed that all evidence could be considered "only for the purpose of identifying the extent to which Syntel's trade secret misappropriation . . . led to damages suffered by TriZetto. . . . Your role is not to determine whether Syntel misappropriated TriZetto's trade secrets . . . because the Phase 1 Jury already decided that Syntel did. Your only job in this case is to determine the amount of damages, if any, that Syntel owes as a result of misappropriating TriZetto's trade secrets." *Id.* at 751:18-752:6. Notably, and unlike in *Blyden*, the Damages Jury was not instructed to consider whether Syntel misappropriated any individual trade secret, nor did the verdict form ask the Damages Jury to award damages based on individual trade secrets.

### iii.    Customers

Syntel further argues that TriZetto improperly presented evidence regarding customers that were not presented at the Liability Trial. This argument lacks merit. First, Syntel argues that

14

TriZetto presented evidence not explicitly tied to any customer -- for example, an advertisement on Syntel's website that, Syntel argues, TriZetto did not establish any at-issue customer saw. Again, this argument challenges the sufficiency of TriZetto's evidence. TriZetto may permissibly rely on circumstantial evidence (for example, inviting the Damages Jury to draw the inference that an at-issue customer saw an advertisement on Syntel's website) without violating the Seventh Amendment.

Second, Syntel argues that TriZetto expanded its damages theory to seek recovery for damages against six customers, not the one customer TriZetto presented for an exemplary calculation of lost profits damages at the Liability Trial (United Health Group). This argument is unpersuasive because TriZetto's presentation of evidence relating to customers other than United Health Group is consistent with TriZetto's proof of liability. At the Liability Trial, TriZetto performed an exemplary lost profits damages calculation based on United Health Group and presented evidence that Syntel also won work from other customers. TriZetto did not argue at the Liability Trial that United Health Group was the only at-issue customer.[8] TriZetto concedes that it changed its damages theories between the Liability Trial and the Damages Trial. That change did not require reexamination of the Liability Jury's liability findings because the new damages theories were consistent with TriZetto's proof of liability.

### c. Authorization

Syntel finally argues that TriZetto's presentation of evidence and request for damages relating to work that Syntel performed for two customers, Blue Shield of California ("BSC") and

---

[8] Liability Trial Transcript at 410:16-19 (Oct. 21, 2020), Dkt. 947 (expert testimony that $8.5 million in lost profits from United Health Group was not all of TriZetto's lost profits); Liability Trial Transcript at 896:2-11 (Oct. 26, 2020), Dkt. 953 (TriZetto stating in summation: "[I]t wasn't just UHG.").

Capital District Physicians' Health Plan ("CDPHP"), exceeded the Liability Jury's findings.

Specifically, Syntel argues that the work it performed for BSC and CDPHP was authorized, so

the Liability Jury "could not" have found that the work involved misappropriation. Syntel made

a version of this argument in its summation of the Liability Trial, in post-trial motions for that

trial and on appeal, and the argument was rejected at each turn. *See Syntel*, 2021 WL 1553926, at

*3; *Syntel*, 68 F.4th at 806. The argument remains unavailing for the same reasons. The

Damages Trial did not violate Syntel's Seventh Amendment rights.

### B. Jury Award

Syntel argues that the Damages Jury's award should be vacated or remitted because the

award is not supported by substantial evidence or, in the alternative, is excessive and against the

weight of the evidence. These arguments fail because the evidence is legally sufficient and

supports the Damages Jury's award. Also, the Damages Jury's award is not excessive or against

the weight of the evidence as would justify remittitur. "[D]etermining the amount of damages is

a quintessential responsibility of juries." *Jennings v. Yurkiw*, 18 F.4th 383, 390 (2d Cir. 2021).

The Damages Jury found that TriZetto was entitled to $69,977,813 in lost profits damages

under New York law and awarded this amount in compensatory damages.[9] Syntel's arguments,

most of which the Damages Jury heard and rejected, largely go to the weight of the evidence.

The Damages Jury plainly considered the weight of the evidence in awarding compensatory

damages of nearly $70 million -- less than the approximately $209 million in lost profits TriZetto

---

[9] The Damages Jury's award on the DTSA trade secret misappropriation claim was based on
TriZetto's reasonable royalty theory, and the award on the copyright claim was based on
TriZetto's lost profits theories. Although the parties addressed the propriety of these awards in
their motion papers, they are not addressed here because the Damages Jury, to avoid double
counting, did not factor them into total compensatory damages and relied exclusively on the
$69,977,813 for the trade secret misappropriation claim under New York law.

16

sought under New York law, and more than the $9.2 million lost profit calculation that Syntel presented to the Damages Jury.

TriZetto advanced two theories in support of its claimed lost profit damages under New York law:  lost sales and price erosion.  For both theories, TriZetto's expert Thomas W. Britven relied on the four-factor test announced in *Panduit Corp. v. Stahlin Bros. Fibre Works*, 575 F.2d 1152 (6th Cir. 1978), to link Syntel's misappropriation to TriZetto's lost profits.  Under that test, a trade secret owner must prove "(1) demand for the [service provided through trade secrets], (2) absence of acceptable non-infringing substitutes, (3) [the owner's] manufacturing and marketing capability to exploit the demand, and (4) the amount of the profit [the owner] would have made."  *Id.* at 1156; *see Novartis Vaccines & Diagnostics, Inc. v. Regeneron Pharms., Inc.*, No. 18 Civ. 2434, 2019 WL 3050678, at *4 (S.D.N.Y. July 12, 2019) ("In determining a patentee's entitlement to lost profits, courts often, but are not required to, apply the *Panduit* test, first articulated by the Sixth Circuit.").

### 1.  Lost Sales

TriZetto presented evidence that it was entitled to up to $54.5 million in damages attributable to lost sales resulting from Syntel's misappropriation.  Syntel argues that TriZetto failed to prove lost sales damages as a matter of law because TriZetto failed to prove *Panduit* factors two and three -- the existence of acceptable non-infringing substitutes and TriZetto's ability to complete Syntel's sales.  Syntel argues in the alternative that the amount of the Damages Jury's award is not supported by substantial evidence because a reasonable jury could not have awarded more than $9.2 million in lost sales damages.  These arguments are unpersuasive because, viewing the evidence in the light most favorable to TriZetto, a reasonable

17

jury could find that TriZetto was entitled to lost sales damages up to the maximum amount
TriZetto sought.

### a. Substitutes

As for *Panduit* factor two -- the existence of acceptable non-infringing substitutes --
Syntel argues that TriZetto's evidence was insufficient because TriZetto neither established a
two-supplier market (such that the Damages Jury could infer that TriZetto would have made all of
Syntel's sales), nor provided evidence regarding market share (such that the Damages Jury could
infer what percentage of Syntel's sales TriZetto would have won).  This argument is unavailing
because the Damages Jury's verdict is supported by permissible inferences from the evidence
presented.

The Damages Jury could have reasonably concluded that there were no acceptable non-
infringing substitutes for TriZetto's Facets-related services work.  Although, as Syntel notes,
other entities competed with TriZetto for Facets-related consulting and services, TriZetto
presented evidence that these entities did not offer the specific tools and services that Syntel and
TriZetto offered, which required the use of TriZetto's trade secrets.  Specifically, TriZetto
presented evidence that Syntel identified itself internally as the "only alternative" to TriZetto.
TriZetto also presented evidence that Syntel advertised its services externally by reference to its
use of TriZetto's trade secrets.  Despite Syntel's argument that these statements were aspirational,
the Damages Jury was free to take them at face value and conclude that other competitors'
offerings "lack[ed] the advantages of [Facets]" and thus "can hardly be termed a substitute
acceptable to the customer who wants those advantages."  *Panduit*, 575 F.2d at 1162; *see Mentor
Graphics Corp. v. EVE-USA, Inc.*, 851 F.3d 1275, 1285-86 (Fed. Cir. 2017).

For the same reasons, and contrary to Syntel's arguments otherwise, TriZetto was not required to present market share analysis to substantiate damages. The evidence supports a finding that, but for Syntel's misappropriation, TriZetto would have won Syntel's business.

### b.  Ability to Complete Sales

As for *Panduit* factor three -- the capability to exploit the demand of the infringing sales -- Syntel argues that TriZetto did not present evidence to show that TriZetto had the capacity to perform, and would have performed, the projects that Syntel won through misappropriation. This argument is unpersuasive because the evidence permitted inferences that TriZetto would have completed the sales that Syntel made. TriZetto had pre-existing Facets-servicing relationships with all six customers for which TriZetto sought damages, and TriZetto's CEO testified that these relationships were "extremely important" to TriZetto. TriZetto also presented expert testimony from Mr. Britven that TriZetto had capacity to perform the work that Syntel won during the relevant period. This evidence supports a finding that TriZetto had the capacity to complete Syntel's sales.

### c.  Amount of Award

In the alternative, Syntel argues that no reasonable jury could have awarded lost sales damages in excess of $9.2 million. This argument fails because substantial evidence supports a greater award for lost sales damages.

TriZetto presented expert testimony to support its requested lost sales damages. Dr. Wicker testified about the scope of Syntel's use of TriZetto's trade secrets. Dr. Wicker analyzed Syntel's statements of work with the six at-issue customers and identified which statements of work were Facets-related. Dr. Wicker testified that Syntel "needed the trade secrets and copyrighted material" to perform Facets-related work. TriZetto also presented testimony from

19

Mr. Britven, who relied on Dr. Wicker's analysis to estimate TriZetto's lost sales damages.  This expert testimony supports up to $54.5 million in lost sales damages.

Syntel's contrary arguments lack merit.  Syntel argues that TriZetto provided inconsistent damages calculations, including calculations that included damages for non-Facets work.  This argument is unavailing because TriZetto presented testimony to account for the differences in its damages calculations, which the Damages Jury was permitted to accept -- namely, that the highest $54.5 million number was based only on Facets-related work, and that the number was higher than previous calculations, which included non-Facets-related work, because the $54.5 million number included newly discovered information about Syntel's work for one of the customers (Anthem).

Syntel further argues that TriZetto did not limit its damages estimates to "upgrades" work that Syntel performed, which Syntel contends is the only type of work for which TriZetto plausibly established that it was the only acceptable alternative to Syntel.  This argument is unavailing because, as explained above with respect to *Panduit* factor two, the Damages Jury permissibly may have concluded that TriZetto was the only acceptable alternative for all work that Syntel performed.

Finally, echoing its Seventh Amendment arguments, Syntel argues that the Damages Jury could not permissibly award damages related to work performed for BSC and CDPHP, which Syntel contends was authorized.  This argument fails because the Liability Jury already rejected Syntel's authorization argument.  *See Syntel*, 2021 WL 1553926, at *3.

### 2.  Price Erosion

TriZetto argued that it was entitled to a maximum of approximately $154 million in damages attributable to TriZetto's lowering its prices in response to market pressure resulting

from Syntel's misappropriation.  Syntel argues that TriZetto's theory of price erosion damages is inadequate as a matter of law and consequently cannot support any damages.  Syntel's arguments are unavailing because they seek to compel inferences that a reasonable jury would not be obligated to draw.

### a.  Consumer Price Index

Syntel argues that TriZetto's price erosion theory is deficient because TriZetto used the Consumer Price Index ("CPI") as a benchmark for TriZetto's prices over the damages period.  Syntel made this argument in summation, and it was the subject of multiple witnesses' testimony at the Damages Trial.  This criticism is unavailing because a reasonable jury could conclude that the CPI is an appropriate benchmark.

TriZetto's CEO testified that TriZetto generally increases its rates in line with the CPI.  TriZetto's CEO also testified that, during the damages period, TriZetto lowered its prices and gave certain clients a "break on CPI."  Mr. Britven linked this departure from the CPI to Syntel's misappropriation.  A reasonable jury could credit this evidence and conclude that the CPI was an appropriate benchmark for price erosion damages.

Syntel's arguments otherwise are without merit.  Syntel argues that the CPI is an inappropriate benchmark because it tracks inflation in consumer prices, not enterprise software servicing.  This argument is unavailing because a reasonable jury could credit TriZetto's testimony that TriZetto in fact bases its rates on the CPI.  Syntel also argues that there was actually "very little correlation between the CPI and TriZetto prices."  TriZetto rebutted this argument through fact testimony that TriZetto used the CPI as a benchmark and expert testimony that TriZetto's prices lagged behind the CPI during the misappropriation period and exceeded the

CPI once the misappropriation ended. The Damages Jury could have permissibly concluded that the CPI is an appropriate benchmark.

### b. Elasticity

Syntel also argues that TriZetto's price erosion theory is flawed because TriZetto did not account for price elasticity of demand -- i.e., the economic principle that if TriZetto had charged higher prices for its services, TriZetto's sales may have decreased. This argument is unavailing because a reasonable jury could permissibly credit Mr. Britven's testimony that an elasticity adjustment was unnecessary because TriZetto's real prices decreased over the damages period.

### c. Causation

Syntel further argues that TriZetto's price erosion theory fails because TriZetto did not establish that any erosion was attributable to Syntel's misappropriation. This argument is unpersuasive. Mr. Britven calculated the total amount of TriZetto's price erosion against the CPI benchmark over the damages period, isolated the percentage of that amount relating to Facets-related servicing and further isolated the percentage attributable to the six at-issue customers and Blue Cross Blue Shield health plans. TriZetto further presented fact and expert testimony that the Blue Cross Blue Shield health plans communicated with each other regarding pricing, making it appropriate to consider price erosion for those accounts in the aggregate even though Syntel did not win business from all of those accounts. The Damages Jury may permissibly have credited this testimony and awarded price erosion damages.

Syntel contends that TriZetto offered no evidence that customers chose Syntel over TriZetto due to lower prices. This argument fails because TriZetto presented evidence that Syntel

marketed itself as a lower-cost alternative to TriZetto,[10] which supports a permissible inference that cost was a relevant consideration for the at-issue clients.

Syntel also contends that TriZetto did not account for other market factors in its price erosion estimates. This argument fails because TriZetto presented evidence that its expert, Mr. Britven, did calculate price erosion attributable only to Syntel's misappropriation.[11]

### d. Methodology

Syntel finally contends that TriZetto's price erosion theory of damages is methodologically unsound as a matter of law. Specifically, Syntel argues that TriZetto's expert analysis is flawed because it (1) relies on TriZetto's CEO for the percentage of TriZetto's work that is Facets-related; (2) includes price erosion from clients that Syntel did not service and (3) is not limited to any market for which TriZetto established no acceptable non-infringing substitutes.

These arguments lack merit. First, it is permissible for TriZetto's expert to rely on TriZetto's CEO for information about the company's business, particularly because TriZetto also presented testimony corroborating that figure.[12] *See Better Holdco, Inc. v. Beeline Loans, Inc.*, 666 F. Supp. 3d 328, 355 (S.D.N.Y. 2023) (stating in rejecting *Daubert* challenge that "it is not uncommon for experts to rely on interviews . . . in forming their opinions"). Second, TriZetto presented evidence that price erosion with respect to the six at-issue clients also resulted in lower prices for TriZetto's other clients (specifically, Blue Cross Blue Shield health plans).[13] And third,

---

[10] *See* Transcript at 284:1-285:6 (June 25, 2025), Dkt. 1588.

[11] *See* Transcript at 703:4-21 (June 30, 2025), Dkt. 1594.

[12] *See* Transcript at 125:23-126:3 (June 25, 2025), Dkt 1588.

[13] *See* Transcript at 427:12-24 (June 26, 2025), Dkt. 1590; Transcript at 133:19-134:1 (June 25, 2025), Dkt. 1588.

the Damages Jury could have permissibly concluded that there were no acceptable non-infringing substitutes for TriZetto's Facets-related services work, including because TriZetto presented evidence that Syntel referred to itself as the "only alternative" to TriZetto and advertised its services externally by referencing its use of TriZetto's trade secrets.

Syntel's motion for judgment as a matter of law or remittitur of the Damages Jury's compensatory damages award is denied.

## C. Punitive Damages

Syntel seeks alteration or amendment of the judgment awarding TriZetto $284,855,192 in punitive damages. This motion is granted as follows: the punitive damages award is remitted to $139,955,626, a 2:1 ratio with the compensatory damages awarded by the Damages Jury. This amount is consistent with New York law and the Fourteenth Amendment Due Process Clause.

### 1. Second Circuit Mandate

Despite each party's argument otherwise, the Second Circuit's mandate permits amendment of the punitive damages awarded after the Liability Trial.

Syntel argues that the Second Circuit vacated all DTSA damages, including punitive damages, because the court stated that the "DTSA damages judgment is vacated," *Syntel*, 68 F.4th at 814 -- consequently, Syntel argues, punitive damages are $0. This argument is unavailing. The Second Circuit vacated only the compensatory damages awarded under the DTSA. *Id.* at 806-07. The Second Circuit noted that Syntel did "not directly challenge the legality of . . . [the] punitive damages award." *Id.* at 806 n.19. The Second Circuit did not analyze the propriety of the punitive damages award, nor did it provide any instructions for remand relating to the punitive damages award. The Second Circuit's mandate did not vacate the punitive damages award.

24

TriZetto, on the other hand, argues that the Second Circuit's mandate bars amendment of the punitive damages awarded after the Liability Trial. Specifically, TriZetto argues that the Second Circuit foreclosed amendment of the punitive damages award because the court noted that Syntel requested the Circuit "to direct the district court on remand to adjust the punitive damages award," but the Circuit did not include that instruction in the remand. *Id.* This argument is also unavailing. The Second Circuit addressed only the compensatory damages award and explicitly foreclosed only one issue on remand -- lost profit damages under § 1836(b)(3)(B)(i)(I) of the DTSA. *Id.* at 814. Other than noting Syntel's request that punitive damages be modified in the event that compensatory damages were adjusted, the Second Circuit did not analyze the punitive damages awarded. *See id.* at 806 & n.19.

*Tronzo v. Biomet, Inc.*, 236 F.3d 1342 (Fed. Cir. 2001), which TriZetto cites, is not persuasive here. First, *Tronzo* is an out-of-circuit case and not binding on this Court. Second, in *Tronzo*, unlike here, the defendant had only implicitly argued on appeal that the punitive damages award should be reduced. *Id.* at 1348 (holding mandate rule barred revisiting of punitive damages where defendant "never . . . questioned in any way, the *amount* of the punitive damages on appeal"). Here, Syntel explicitly argued on appeal for an "accordingly adjusted punitive damages award." Final Form Brief for Plaintiffs-Counter-Defendants-Appellants at 60, *Syntel Sterling Best Shores Mauritius Ltd. v. TriZetto Grp., Inc.*, No. 21-1370 (2d Cir. Jan. 6, 2022). Syntel did not waive remittitur on punitive damages because Syntel specifically requested that relief. Nor did the Second Circuit, in noting Syntel's request, foreclose that relief on remand.

TriZetto also argues that a footnote in a prior opinion of this Court "held" that the prior punitive damages award was not within the scope of the Second Circuit's remand. *See Syntel*, 2024 WL 1116090, at *1 n.2. To the extent TriZetto argues that the law of the case doctrine

counsels against revisiting that statement, the argument is unavailing.  That statement appeared in an Opinion vacating the Liability Jury's remaining compensatory damages awards and granting TriZetto attorneys' fees.  *Id.* at *8.  Other than the referenced footnote, that Opinion did not address the punitive damages award.

### 2. Applicable Law

New York law governs the appropriateness of the punitive damages award.  The Liability Jury's finding that TriZetto was entitled to punitive damages did not distinguish between federal and New York law.  New York law governs here because TriZetto receives "the most complete recovery" from basing the punitive damages award on the compensatory damages actually awarded, as opposed to the lower damages amounts the Damages Jury found appropriate under the DTSA or the Copyright Act.  *See Restivo v. Hessemann*, 846 F.3d 547, 587 (2d Cir. 2017); *Russo v. Tuttnauer USA Co.*, No. 21 Civ. 1720, 2025 WL 1604063, at *12 (E.D.N.Y. June 6), *reconsideration denied*, 2025 WL 2324268 (E.D.N.Y. Aug. 12, 2025).  The Court previously analyzed the punitive damages award under the DTSA and federal common law because the Liability Jury awarded twice the amount of DTSA compensatory damages awarded, which were the compensatory damages the Liability Jury actually awarded.  *Syntel*, 2021 WL 1553926, at *8.  Here, by contrast, the Damages Jury's compensatory damages award was based on New York law.

Additionally, although both parties primarily briefed the propriety of the punitive damages award under federal law, "the Constitution is not the most relevant limit to a federal court when assessing punitive damages, as it comes into play only after the assessment has been tested against statutory and common-law principles."  *Epic Sys. Corp. v. Tata Consultancy Servs.*

*Ltd.*, 980 F.3d 1117, 1140 (7th Cir. 2020).  Notably, Syntel takes the position that "[t]he choice of law makes no difference to the punitive damages determination here."

Under New York law, "[i]n reviewing the propriety of a punitive damages award, [a court] must consider whether the amount deviates materially from what would be reasonable compensation, including whether it is reasonably related to the harm done and the flagrancy of the conduct," as well as "[a] defendant's wealth."  *In re 91st St. Crane Collapse Litig.*, 62 N.Y.S.3d 11, 24 (1st Dep't 2017); *see Hall v. Middleton*, 211 N.Y.S.3d 349, 351 (1st Dep't 2024), *leave to appeal denied*, 257 N.E.3d 122 (N.Y. 2025).  "[T]here is no formula by which the finder of fact must determine punitive damages," so long as the punitive damages "bear a reasonable relationship to the wrong committed."  *Wright v. Musanti*, 887 F.3d 577, 588 (2d Cir. 2018) (New York law).

To comport with the Fourteenth Amendment Due Process Clause, an award of punitive damages must be "fair, reasonable, predictable, and proportionate."  *Carroll*, 151 F.4th at 83.  In reviewing the constitutionality of a punitive damages award, courts examine three "guideposts" set forth in *BMW of North America, Inc. v. Gore*, 517 U.S. 559 (1996):  (1) "the reprehensibility of the defendant's conduct"; (2) "the ratio between harm, or potential harm, to the plaintiff and the punitive damages award" and (3) "the disparity between the punitive damages award and the civil penalties authorized or imposed in comparable cases."  *Gilead Cmty. Servs., Inc. v. Town of Cromwell*, 112 F.4th 93, 104-05 (2d Cir. 2024).  In addition to the guideposts, comparison with punitive damages awards in similar cases can also provide useful guidance.  *See Payne v. Jones*, 711 F.3d 85, 104 (2d Cir. 2013).

### 3. Discussion

Applying New York law, the punitive damages award is remitted to $139,955,626, which is a 2:1 ratio of punitive to compensatory damages. This remitted amount comports with due process.

### a. New York Law

Under New York law, a 2:1 ratio of punitive to compensatory damages -- here, resulting in a $139,955,626 award -- is appropriate. The Liability Jury, which heard evidence about the flagrancy of Syntel's conduct in this case, assessed punitive damages at a 2:1 ratio with the compensatory damages the Liability Jury found. This amount is appropriate in "consideration of the harm done, the flagrancy of the conduct, and the impact on" Syntel. *Hall*, 211 N.Y.S.3d at 351. In contrast, the previously awarded punitive damages of nearly $285 million -- which the Court based on a now-vacated compensatory damages award -- is not reasonably related to the harm done to TriZetto as found by the Damages Jury. *See In re 91st St. Crane Collapse Litig.*, 62 N.Y.S.3d at 25.

The remitted amount of approximately $140 million is also reasonable giving due consideration to Syntel's financial condition. *See id.*; *Wright*, 887 F.3d at 588 ("New York law permits the fact finder to consider evidence of a defendant's wealth when setting the amount of punitive damages, in order to determine what amount would be sufficient to punish that particular defendant and deter others of similar mind."). Syntel argues that the previous punitive damages award of $285 million is excessive because its parent company recently emerged from reorganization with €3 billion in debt that will need to be repaid beginning in 2029, and the parent company posted a €2.7 billion operating loss in 2024. This argument does not merit a reduction below a 2:1 ratio. Syntel concedes that its parent company's financial condition

"supports a 1:1 ratio," and does not demonstrate that an additional $70 million in damages constitutes excessive punishment. *Cf. Patterson v. Balsamico*, 440 F.3d 104, 122 (2d Cir. 2006) (stating, under federal law, that punitive damages award may not "result in the financial ruin of the defendant").

Because the remitted punitive damages amount is based on New York law rather than the DTSA, the award is not capped at a 2:1 ratio of the DTSA damages found by the Damages Jury.

### b. Due Process Clause

Applying the *Gore* guideposts, the remitted award of $139,955,626 also comports with due process. Because the remitted award of $139,955,626 is constitutionally permissible, this Court need not address whether the previous award violates due process. *See Epic*, 980 F.3d at 1140.

### i. Reprehensibility of Conduct

The first guidepost -- reprehensibility of the conduct -- is "perhaps the most important consideration." *Jennings*, 18 F.4th at 390. The Court previously held that Syntel's conduct was "reprehensible, but not on par with murderous or life-threatening conduct," and the evidence presented at the Damages Trial did not change the evaluation of this factor. *Syntel*, 2021 WL 1553926, at *9.

Five factors are relevant to the reprehensibility assessment: whether "[1] the harm caused was physical as opposed to economic; [2] the tortious conduct evinced an indifference to or a reckless disregard of the health or safety of others; [3] the target of the conduct had financial vulnerability; [4] the conduct involved repeated actions or was an isolated incident; and [5] the harm was the result of intentional malice, trickery, or deceit, or mere accident." *State Farm Mut.*

29

*Auto. Ins. Co. v. Campbell*, 538 U.S. 408, 419 (2003).  The first three factors do not apply here. *Syntel*, 2021 WL 1553926, at *9.

As previously held, the fourth and fifth factors support reprehensibility.  *Id.*  At the Liability Trial, TriZetto presented evidence that Syntel adopted a plan in 2012 "to go to war" with TriZetto, using an "arsenal" of TriZetto's trade secrets to target TriZetto's customers.  TriZetto also presented evidence that Syntel attempted to conceal possession or use of trade secrets, for example by using references like "T$Z" to thwart later email searches and hiding marks identifying a document as TriZetto's, and that, when a neutral forensic examiner assigned by the Court attempted to examine Syntel's computers for TriZetto trade secrets, seventeen of the computers could not be found and were later discovered apparently hidden in a closet in India. The Liability Jury, which heard this evidence, awarded TriZetto the maximum amount of punitive damages that jury was instructed it could award.  The reprehensibility of Syntel's conduct, as reflected by the Liability Jury's now-remitted award, supports $139,955,626 in punitive damages.

### ii.    Relationship to TriZetto's Harm

The second guidepost -- the relationship of punitive damages to harm -- also justifies a 2:1 ratio.  The Damages Jury awarded compensatory damages of nearly $70 million based on TriZetto's lost profits.  The Damages Jury found that TriZetto has suffered "significant, quantifiable harms," and a 2:1 ratio of punitive damages to those harms is appropriate.  *Motorola Sols., Inc. v. Hytera Commc'ns Corp.*, 108 F.4th 458, 502 (7th Cir.), *reh'g and reh'g en banc denied*, No. 22-2370, 2024 WL 4416886 (7th Cir. Oct. 4, 2024), *cert. denied*, 145 S. Ct. 1182 (2025).

This award does not conflict with the prior decision on punitive damages following the Liability Trial.  After the Liability Trial, this Court remitted punitive damages in this case to a 1:1

30

ratio in part because the compensatory damages award was "based on Syntel's unjust enrichment and not TriZetto's actual loss, which is much less." *Syntel*, 2021 WL 1553926, at \*11. The present compensatory damages award, however, is based on TriZetto's actual lost profits as found by the Damages Jury. The present compensatory award is also nearly $200 million lower than the amount awarded by the Liability Jury. The changed circumstances of the case thus support a greater ratio than the 1:1 ratio previously awarded.

Syntel argues that a lower ratio is appropriate because the compensatory damages award is already substantial. This argument is unpersuasive because, "[e]ven where compensatory damages are substantial, punitive damages awards that are a multiple higher may be warranted because of the deterrent function of punitive damages." *Jennings*, 18 F.4th at 392. Syntel's conduct here merits a greater than 1:1 ratio of the present compensatory damages award -- indeed, the Liability Jury found Syntel's conduct sufficiently reprehensible to warrant the maximum punitive award that jury was instructed it could award. *Turley*, which Syntel cites, is not to the contrary. There, the Second Circuit described a $1.32 million compensatory award for "intangible -- and therefore immeasurable -- emotional damages" as "particularly high" and "largely arbitrary," which supported remittitur to a "roughly 2:1 ratio." 774 F.3d at 165-66; *see also State Farm*, 538 U.S. at 426 (describing $1 million compensatory award for emotional distress as "substantial"). Here, the Damages Jury's award was not based on "intangible" or "immeasurable" damages -- instead, it was based on lost profits, which the Damages Jury was instructed it could award only if TriZetto proved by "a reasonable probability" that it "would have actually made [the] additional profit." Transcript at 753:23-754:1 (June 30, 2025), Dkt. 1594.

31

### iii. Comparable Civil Penalties

The third guidepost -- penalties imposed by law for the conduct giving rise to punitive damages -- provides no assistance here.  There is no relevant civil penalty for comparison.  *See Syntel*, 2021 WL 1553926, at *11.  However, the DTSA's punitive damages cap suggests that Congress has judged that a 2:1 ratio is within the permissible range of penalties for trade secret misappropriation.  *See Motorola*, 108 F.4th at 496.

### iv. Comparison with Similar Cases

In addition to the guideposts, comparison with punitive damages awards in similar cases can also provide useful guidance.  *See Payne*, 711 F.3d at 104.  Similar cases show that a $139,955,626 award is justified here.

In a trade secret case involving closely analogous facts, the Seventh Circuit upheld a 2:1 ratio on a $135.8 million compensatory damages award for trade secret misappropriation.  *Motorola*, 108 F.4th at 495.  There, as here, the defendant had engaged in a "large and blatant theft of trade secrets," *id.* at 468; attempted to conceal the theft, *id.* at 470, and engaged in "severe" "litigation misconduct," *id.* at 500.  Also as here, the jury awarded punitive damages at a 2:1 ratio with compensatory damages.  *Id.* at 495.  The district court remitted the jury's compensatory damages award and remitted the punitive damages award to a 2:1 ratio in light of the jury's (by then advisory) verdict.  *Id.* at 495.  *Motorola* supports a 2:1 ratio here.

Syntel cites cases in which courts have found a 1:1 ratio appropriate, but these cases do not compel the conclusion that a higher ratio is inappropriate in this case -- particularly when a jury has awarded the maximum amount it was instructed it could award.  For instance, Syntel relies on *Continental Industries Group, Inc. v. Altunkilic*, No. 14 Civ. 790, 2020 WL 3884312 (S.D.N.Y. July 1, 2020), in which the court held on a post-default judgment inquest (i.e., without

jury fact-finding) that a 1:1 ratio was appropriate. *Id.* at *8. Similarly, in *Paz Systems, Inc. v. Dakota Group Corp.*, 514 F. Supp. 2d 402 (E.D.N.Y. 2007), the court awarded punitive damages at a 1:1 ratio after a bench trial. *Id.* at 409-10. *Epic*, which this Court previously cited in remitting to a 1:1 ratio, is no longer as factually analogous because the Seventh Circuit there found remittitur appropriate in part because the compensatory damages award was "not [based on] of any harm suffered by Epic." 980 F.3d at 1143. Giving due weight to the *Gore* guideposts and awards in similar cases, a punitive damages award of $139,955,626 comports with due process.

### 4. Remedy

The Seventh Amendment states that "no fact tried by a jury, shall be otherwise re-examined in any Court of the United States, than according to the rules of the common law." U.S. Const. amend. VII. When a jury renders an excessive damages verdict, a court may, consistent with the Seventh Amendment, apply a conditional remittitur -- that is, the court may give the plaintiff the option to accept a lower damages award in lieu of a new trial on damages. *See Thomas v. iStar Fin., Inc.*, 652 F.3d 141, 146 (2d Cir. 2011). Although the Second Circuit has not addressed whether a court may unilaterally remit a punitive damages award, the court's uniform practice has been to provide plaintiffs the option of a conditional remittitur. *Id.* at 146-47; *see Turley*, 774 F.3d at 168 (reserving question of whether court may directly reduce punitive damages award that violates due process). Consequently, given the excessive punitive damages award here, TriZetto is given the option of accepting the remitted amount of $139,955,626 in punitive damages or electing a third trial in this action on the issue of punitive damages.

III.     **CONCLUSION**

For the reasons stated, Syntel's motion for judgment as a matter of law or for a new trial is **DENIED**.  Syntel's motion to amend the judgment as to punitive damages is **GRANTED** as follows:  the punitive damages award will be reduced to $139,955,626 if TriZetto agrees to remittitur.  Otherwise, a new trial will be ordered on the issue of punitive damages pursuant to Rule 59(d).  By **April 10, 2026**, TriZetto shall file a letter stating its decision.  TriZetto's motion for judgment as a matter of law is **DENIED** as moot.

The Clerk of Court is respectfully directed to terminate the motions at Dkts. 1565, 1566, 1579 and 1585.

Dated: March 27, 2026
       New York, New York

_____
          **LORNA G. SCHOFIELD**
       **UNITED STATES DISTRICT JUDGE**

34

# Exhibit 4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                  :

SYNTEL STERLING BEST SHORES        :
MAURITIUS LTD., and SYNTEL, INC.,     :
                                    :

     Plaintiffs and Counterclaim Defendants,    :
                                    :                    15 Civ. 211 (LGS)

               -against-                 :
                                    :            **OPINION & ORDER**

THE TRIZETTO GROUP, INC. and        :
COGNIZANT TECHNOLOGY SOLUTIONS   :
CORP.,                               :
                                    :

     Defendants and Counterclaim Plaintiffs.   :
                                    :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

     TriZetto Group, Inc. and Cognizant Technology Solutions Corporation (together, "TriZetto") seek attorneys' fees, costs and pre- and post-judgment interest following pre-trial proceedings and a jury trial on damages held in June 2025 (the "Damages Trial" and, when referring to the jury, the "Damages Jury"). That trial followed a previous trial and jury's finding that Syntel Sterling Best Shores Mauritius Limited and Syntel, Inc. (together, "Syntel") had misappropriated TriZetto's trade secrets in violation of New York law and the Defend Trade Secrets Act of 2016 (the "DTSA") and infringed TriZetto's copyrights in violation of the Copyright Act. Even though the first jury rendered a verdict on both liability and damages, for ease of reference here, the first trial and first jury are referred to as the "Liability Trial" and the "Liability Jury," respectively. Familiarity with the factual background and procedural posture of this case is assumed. A summary of both can be found in a separate opinion issued today addressing Syntel's post-trial motions.

     For the reasons below, TriZetto's motion is granted in part. TriZetto is awarded attorneys' fees, pre-judgment interest and post-judgment interest and costs.

## I.    Attorneys' Fees

TriZetto is awarded $12,395,484.50 in attorneys' fees for work performed from January 1, 2023, to June 30, 2025.  This is a 30% reduction from the requested amount of $17,707,835.

### A.  Applicable Law

"[T]he fee applicant bears the burden of establishing entitlement to an award and documenting the appropriate hours expended and hourly rates."  *Hensley v. Eckerhart*, 461 U.S. 424, 437 (1983); *accord Nwosuocha v. Glover*, No. 21 Civ. 4047, 2025 WL 560846, at *3 (S.D.N.Y. Feb. 20, 2025), *aff'd*, No. 25-647, 2026 WL 468746 (2d Cir. Feb. 19, 2026).  Under federal law, the district court has "considerable discretion in determining what constitutes reasonable attorney's fees."[1]  *Holick v. Cellular Sales of N.Y., LLC*, 48 F.4th 101, 105 (2d Cir. 2022).  To determine the appropriate attorneys' fees award, courts calculate the "lodestar," which "is derived by multiplying the number of hours reasonably expended on the litigation by a reasonable hourly rate."  *H.C. v. N.Y.C. Dep't of Educ.*, 71 F.4th 120, 126 (2d Cir. 2023).  "[T]he essential goal in shifting fees is to do rough justice, not to achieve auditing perfection."  *Kyros L. P.C. v. World Wrestling Ent., Inc.*, 78 F.4th 532, 547 (2d Cir. 2023).  A district court may "exercise its discretion and use a percentage deduction as a practical means of trimming fat" from a fee application.  *Marion S. Mishkin L. Off. v. Lopalo*, 767 F.3d 144, 150 (2d Cir. 2014).

### B.  Discussion

#### 1.  Entitlement to Fees

TriZetto seeks attorneys' fees under the DTSA and the Copyright Act.  The DTSA permits an award of "reasonable attorney's fees to the prevailing party" if "the trade secret was

---

[1] Unless otherwise indicated, in quoting cases, all internal quotation marks, footnotes and citations are omitted, and all alterations are adopted.

2

willfully and maliciously misappropriated."  18 U.S.C. § 1836(b)(3)(D).  TriZetto is entitled to

attorneys' fees under the DTSA.  TriZetto was the "prevailing party" on its DTSA claim against

Syntel, and the Liability Jury found that Syntel willfully and maliciously appropriated TriZetto's

trade secrets.  *Id.*; *see Syntel Sterling Best Shores Mauritius Ltd. v. TriZetto Grp., Inc.*, No. 15

Civ. 211, 2024 WL 1116090, at *4 (S.D.N.Y. Mar. 13, 2024) (explaining willful and malicious

finding).  It is unnecessary to reach TriZetto's entitlement to fees under the Copyright Act.

Syntel argues that TriZetto is not a prevailing party because the Damages Jury awarded

TriZetto approximately one-third of the maximum amount of damages TriZetto had requested.

This argument is unpersuasive.  A party's eligibility for fees "depends on the ultimate outcome of

the litigation"; a party is not required to prevail on all claims.  *Gierlinger v. Gleason*, 160 F.3d

858, 880 (2d Cir. 1998); *see Raja v. Burns*, 43 F.4th 80, 88 (2d Cir. 2022) ("[A] fee award should

not be reduced simply because the plaintiff failed to prevail on every contention raised in the

lawsuit.").  TriZetto not only prevailed on all of its claims presented at the Liability Trial but also

prevailed at the Damages Trial in receiving an award of nearly $70 million in compensatory

damages.

### 2.  Calculation of Fees

TriZetto seeks $17,707,835 in attorneys' fees for 10,759.5 hours[2] of work performed from

January 1, 2023, to June 30, 2025, a period of two-and-a-half years.  TriZetto was previously

awarded $14,548,992.98 for approximately 21,000 hours billed over the first seven years of

litigating this case, which included protracted discovery, cross-motions for summary judgment,

---

[2]  TriZetto originally requested compensation for 10,839.7 hours, but in reply, removed the time entries on rows 157, 161, 381, 441, 442, 964, 1144, 1773, 1787, 1889, 2099, 2268 and 2270 of the submitted timesheets from the total request.  After these deductions, which total 80.2 hours, the revised figure is 10,759.5 hours.

the Liability Trial and almost all work performed relating to the Second Circuit appeal.  *See*

*Syntel*, 2024 WL 1116090, at *8.

### a.  Reasonable Hourly Rate

TriZetto seeks fees based on a blended hourly rate of approximately $1,645 -- calculated

by dividing the total fee request by the total number of hours billed.  TriZetto's fee request is

reduced by 30% to account for the relatively high proportion of senior attorneys on TriZetto's

team, reflected in the relatively high blended hourly rate.

A reasonable hourly rate is "what a reasonable, paying client would be willing to pay,

given that such a party wishes to spend the minimum necessary to litigate the case effectively."

*Simmons v. N.Y.C. Transit Auth.*, 575 F.3d 170, 174 (2d Cir. 2009); *accord Viahart, LLC v.*

*Creative Kids Online, LLC*, No. 20 Civ. 9943, 2025 WL 2806561, at *4 (S.D.N.Y. Oct. 1, 2025).

The rate must be "in line with prevailing rates in the community for similar services by lawyers

of reasonably comparable skill, expertise and reputation."  *McDonald ex rel. Prendergast v.*

*Pension Plan of the NYSA-ILA Pension Tr. Fund*, 450 F.3d 91, 96 (2d Cir. 2006); *Hemant Patel,*

*M.D., P.C. v. Bandikatla*, No. 18 Civ. 10227, 2024 WL 1509238, at *11 (S.D.N.Y. Apr. 5, 2024),

*aff'd*, No. 24-1071, 2025 WL 3264679 (2d Cir. Nov. 24, 2025).  A court should consider the

factors laid out in *Johnson v. Georgia Highway Express, Inc.*, 488 F.2d 714 (5th Cir. 1974), to

help determine "what rate a paying client would be willing to pay."  *Lilly v. City of New York*,

934 F.3d 222, 230 (2d Cir. 2019).

The *Johnson* factors include:  "(1) the time and labor required; (2) the novelty and

difficulty of the questions; (3) the level of skill required to perform the legal service properly;

(4) the preclusion of employment by the attorney due to acceptance of the case; (5) the attorney's

customary hourly rate; (6) whether the fee is fixed or contingent; (7) the time limitations imposed

by the client or the circumstances; (8) the amount involved in the case and the results obtained; (9) the experience, reputation, and ability of the attorneys; (10) the undesirability of the case; (11) the nature and length of the professional relationship with the client; and (12) awards in similar cases." *Id.* at 228. A court need not make specific findings as to each factor as long as all are considered. *See, e.g.*, *R.G. v. N.Y.C. Dep't of Educ.*, No. 18 Civ. 6851, 2019 WL 4735050, at *2 (S.D.N.Y. Sept. 26, 2019).

All of the *Johnson* factors have been considered. The hourly rates here range from $785 for junior attorneys to $2,465 to lead attorneys. These are reasonable rates given the rates typically charged for similar services by lawyers of comparable skill, expertise and reputation in this market. Kirkland & Ellis is ranked among the best law firms for intellectual property litigation. The litigation involved complex questions of intellectual property law, and the amount of work over the fee period was substantial, including additional discovery, briefing an attempted interlocutory appeal, nearly 600 additional docket entries, and the Damages Trial. In addition, TriZetto has paid or agreed to pay these rates to Kirkland & Ellis. "[F]or prevailing parties with private counsel, the actual billing arrangement is a significant, though not necessarily controlling, factor in determining what fee is reasonable." *Crescent Publ'g Grp., Inc. v. Playboy Enters., Inc.*, 246 F.3d 142, 151 (2d Cir. 2001); *accord Kyros*, 78 F.4th at 549.

Although TriZetto's rates are reasonable in the context of the case, TriZetto's staffing was too heavily weighted with more expensive billers, which merits a 30% reduction to the requested fee award. Courts may reduce fee awards due to senior attorneys performing work that could have been performed by more junior, less expensive attorneys. *See, e.g.*, *Macalou v. First Unum Life Ins. Co.*, No. 22 Civ. 10439, 2025 WL 2463624, at *6 (S.D.N.Y. Aug. 27, 2025); *Zero*

*Carbon Holdings, LLC v. Aspiration Partners, Inc.*, No. 23 Civ. 5262, 2024 WL 3409278, at *10 (S.D.N.Y. July 15, 2024).

TriZetto seeks fees for a "core group" of fifteen lawyers of which twelve are partners. Specifically, six are share partners, each with fourteen or more years of legal experience. Six are income partners, with seven to ten years of legal experience (two of whom were associates at the beginning of the fee period). Only three associates, with six or fewer years of legal experience, were in the core group. Given the work performed, this staffing is top-heavy, meaning that more expensive senior lawyers performed some work that more junior lawyers could have accomplished. As Syntel points out, partners billed in the low hundreds of hours for drafting or revising demonstrative aids and scores of hours for working on TriZetto's own exhibit list. To the extent some work may have been unnecessary or inefficient, the cost of that work was higher because of the seniority of the team.

The ratio between senior and junior attorneys is significantly higher for the present fee application as compared to the prior application. TriZetto was previously awarded fees for a "core group" consisting of six share partners, six income partners and nine associates. TriZetto now seeks fees for a team with the same number of share partners and income partners, but six fewer associates. This discrepancy in staffing ratio is unwarranted. The post-remand proceedings were not more complex than the pre-remand proceedings, Syntel's liability had already been established, discovery was more limited, damages experts had already been retained, potential damages theories had already been identified and the four-day Damages Trial was shorter than the six-day Liability Trial. A 30% reduction is appropriate to account for TriZetto's staffing.

### b. Reasonable Hours Billed

TriZetto seeks compensation for 10,759.5 hours of work performed. No further reduction is applied to the number of hours TriZetto billed, both because TriZetto has already voluntarily reduced its fee request and because the reduction applied to the hourly rate adequately accounts for any inefficiencies that may have resulted from overstaffing.

"[A]ny attorney who applies for court-ordered compensation in this Circuit must document the application with contemporaneous time records specifying, for each attorney, the date, the hours expended, and the nature of the work done." *Marion S. Mishkin L. Off.*, 767 F.3d at 148; *accord Teradek LLC v. Shenzhen Hollyland Tech Co.*, No. 20 Civ. 9170, 2025 WL 3227344, at *3 (S.D.N.Y. Nov. 19, 2025). Before including time entries in the lodestar, a court must make "a conscientious and detailed inquiry" into the hours for which a party seeks reimbursement. *Haley v. Pataki*, 106 F.3d 478, 484 (2d Cir. 1997); *City of Almaty v. Ablyazov*, No. 15 Civ. 5345, 2025 WL 3628061, at *2 (S.D.N.Y. Dec. 15, 2025). A court must "provide a concise but clear explanation of its reasons for the fee award." *Hensley*, 461 U.S. at 437; *accord In re Petrobras Sec. Litig.*, 828 F. App'x 754, 759 (2d Cir. 2020) (summary order) (noting that *Hensley* does not require "a line-by-line accounting of every cost included or excluded from the fee award"). The court need not determine "whether attorney hours were necessary to the relief obtained" but simply whether, "at the time the work was performed, a reasonable attorney would have engaged in similar time expenditures." *Grant v. Martinez*, 973 F.2d 96, 99 (2d Cir. 1992); *accord Harrington v. Kaushan Media Corp.*, No. 23 Civ. 3213, 2023 WL 8880311, at *6

(S.D.N.Y. Nov. 21, 2023). Nonetheless, the court may exclude hours that are "excessive, redundant, or otherwise unnecessary." *H.C.*, 71 F.4th at 126.

TriZetto seeks fees for the "core group" of fifteen attorneys who worked on this matter, excluding charges from nineteen other attorneys, all paralegals and all administrative staff. TriZetto also excludes time entries from attorneys who attended depositions but did not take or defend the deposition and from attorneys who attended hearings but did not argue, and capped daily hours for billing attorneys.

Syntel makes several objections to TriZetto's entries. None is persuasive in light of the percentage cut applied herein. First, Syntel argues that TriZetto's time entries are impermissibly vague, including because 535 of the entries include the word "REDACTED." This argument is unavailing because the vast majority of TriZetto's time entries -- including many of those that are partially redacted -- are appropriately detailed and permit the Court to confirm that the hours expended were reasonable.

Second, Syntel argues that TriZetto impermissibly block billed. This argument is unpersuasive because almost all of TriZetto's time entries specify the amount of time spent on each task, which allows the Court to ascertain whether the amount of time spent on individual tasks was reasonable.

Third and fourth, Syntel argues that TriZetto overstaffed its team and failed to delegate work to more junior, less expensive attorneys. These arguments are accounted for in the deduction described above. Also, TriZetto voluntarily removed some time entries that Syntel argues were administrative.

Despite the reduction to TriZetto's requested fee award, TriZetto's compensation for attorneys' fees remains substantial -- totaling nearly $27 million for approximately nine-and-a-

half years of active litigation, including two trials. That substantial compensation is appropriate given the complexity of the litigation and TriZetto's success in securing a nearly $70 million compensatory damages verdict, punitive damages and injunctive relief.

## II.  Pre-Judgment Interest

TriZetto seeks an award of pre-judgment interest. Pre-judgment interest is mandatory in this case under New York law and is awarded at a rate of 9% per annum, to accrue on the total amount of compensatory damages beginning on January 9, 2018.

### A.  Applicable Law

New York law applies to TriZetto's request for pre-judgment interest. State substantive law determines the award of pre-judgment interest on a state law claim. *See Adrian v. Town of Yorktown*, 620 F.3d 104, 107 (2d Cir. 2010) (per curiam); *Betts v. Sixty Lower E. Side, LLC*, No. 20 Civ. 4772, 2025 WL 2172215, at *1 (S.D.N.Y. July 31, 2025). Although the Liability Jury found Syntel liable on all three causes of action, to avoid double counting and as reflected on the verdict form, the Damages Jury awarded TriZetto the damages associated with the state law claim for trade secret misappropriation under New York law. Consequently, New York law applies to the jury's award.

Syntel's argument that federal law applies is unpersuasive. Syntel relies on the principle that federal pre-judgment interest law applies when a damages award is based on both state and federal law and "no distinction is drawn" between the two. *Thomas v. iStar Fin., Inc.*, 652 F.3d 141, 150 (2d Cir. 2011) (per curiam). Syntel argues that this principle applies here because the award is based on violations of both New York and federal law. This argument is unavailing because of the clear distinction between damages on the state and federal claims.

The jury found that TriZetto was entitled to a different amount of damages on each cause of action, and those findings were based on different theories of damages.  For example, the jury found almost $70 million in damages when asked, "Under New York law, what is the dollar amount of lost profits damages (including lost sales and/or price erosion damages) TriZetto is entitled to receive from Syntel for trade secret misappropriation, from January 1, 2012, to May 17, 2021?"  In contrast, the jury found almost $60 million in damages on the DTSA claim based on a reasonable royalty theory of damages for a time period that was four years shorter.  Because the jury distinguished between TriZetto's damages available under each claim, and the jury based the amount awarded on the New York trade secret claim, state law controls.  *See, e.g.*, *Newman v. ASA Coll., Inc.*, 754 F. Supp. 3d 521, 544 (S.D.N.Y. 2024) (holding that state pre-judgment interest law applies when the plaintiff is entitled to relief in different amounts under the Fair Labor Standards Act and New York Labor Law).

This case is unlike Syntel's cited cases, in which the plaintiffs "prevailed on both [federal and state claims] in the same amount."  *Liberty Media Corp. v. Vivendi Universal, S.A.*, No. 03 Civ. 2175, 2013 WL 105776, at *3 (S.D.N.Y. Jan. 9, 2013); *see id.* at *3-4 (holding that federal pre-judgment interest applies to award under rule 10b-5 and breach of state warranty law); *Tse v. New York Univ.*, No. 10 Civ. 7207, 2016 WL 10907062, at *30, *35 (S.D.N.Y. Aug. 29, 2016) (applying federal pre-judgment interest for damages awarded under both ADA and analogous New York law).  New York law applies to TriZetto's request for pre-judgment interest.

### B.  Discussion

#### 1.  Availability of Interest

TriZetto is awarded pre-judgment interest.  New York law mandates pre-judgment interest on damages for trade secret misappropriation.  *See* CPLR § 5001(a) ("Interest shall be recovered

upon a sum awarded because of . . . an act or omission depriving or otherwise interfering with title to, or possession or enjoyment of, property."); *United Realty Advisors, LP v. Verschleiser*, No. 14 Civ. 5903, 2022 WL 17250107, at *1 (S.D.N.Y. Nov. 25, 2022) (collecting cases holding that "claims for misappropriation of trade secrets under New York law fall within the scope of" CPLR § 5001), *aff'd*, No. 22-3235, 2024 WL 4380274 (2d Cir. Oct. 3, 2024). Exceptions exist in a "small set of cases," including where the plaintiff "has otherwise been made whole . . . or where interest would amount to a windfall to the nonbreaching party." *IHG Harlem I LLC v. 406 Manhattan LLC*, 203 N.Y.S.3d 543, 546 (1st Dep't), *leave to appeal denied*, 236 N.E.3d 1278 (N.Y. 2024); *see E.J. Brooks Co.* v. *Cambridge Sec. Seals*, 858 F.3d 744, 751 (2d Cir. 2017) (stating that "some New York courts appear to have forged an exception to mandatory prejudgment interest to prevent windfalls in favor of plaintiffs" and certifying question to New York Court of Appeals), *certified question answered on other grounds*, 105 N.E.3d 301 (N.Y. 2018). TriZetto has not sought pre-judgment interest on the punitive damages awarded.

Contrary to Syntel's argument otherwise, this case does not merit a departure from New York's general rule requiring pre-judgment interest. The jury found that TriZetto lost profits in the amount of $69,977,813 because of Syntel's misappropriation between January 1, 2012, and May 17, 2021, as reflected on the verdict form. Had Syntel not misappropriated the trade secrets, TriZetto would have had the benefit of these profits years before the entry of final judgment. Pre-judgment interest on the compensatory damages award would not amount to a "windfall," but instead serves to make TriZetto whole. *IHG Harlem I*, 203 N.Y.S.3d at 546.

### 2. Calculation of Interest

Under New York law, pre-judgment interest accrues "at the rate of nine per centum per annum." CPLR § 5004(a). Before a jury verdict, "[w]here such damages were incurred at

various times, interest shall be computed upon each item from the date [damages were] incurred or upon all of the damages from a single reasonable intermediate date." *Id.* § 5001(b). Post-verdict pre-judgment interest "shall be recovered upon the total sum awarded . . . from the date the verdict was rendered . . . to the date of entry of final judgment." *Id.* § 5002. Both parties propose, in the event New York law applies, that pre-verdict pre-judgment interest accrue on the total amount "from a single reasonable intermediate date," so pre-judgment interest accrues at a 9% per annum rate from that date through the entry of judgment.

Under the circumstances of this case, the "single reasonable intermediate date" for the purpose of pre-verdict pre-judgment interest is the midpoint of when damages were incurred, giving due weight to the fact that a greater portion of TriZetto's claimed damages (based on the damages theories that TriZetto presented to the jury) were incurred later in the damages period.[3] In consideration of that fact, the reasonable midpoint of the damages period is January 9, 2018, which is based on a weighted average of TriZetto's claimed damages over the damages period.[4]

The temporal midpoint of the misappropriation period (which TriZetto proposes) would overcompensate TriZetto by awarding interest on damages before a significant majority of the damages were actually incurred. TriZetto cites *Espinosa v. Abraham Refrigeration Corp.*, No. 18 Civ. 8855, 2019 WL 2725539 (S.D.N.Y. July 1, 2019), which is inapposite because it was a wage-and-hour action, and, unlike here, damages accrued relatively consistently throughout the damages period. *Id.* at *7.

---

[3] *See* September 11, 2025, Declaration of John C. Jarosz, Dkt. 1617-4, ¶¶ 29-31 & fig. 3.
[4] *See id.*

In sum: consistent with New York law, pre-judgment interest is awarded at the rate of 9% per annum, on the total amount of compensatory damages, accruing from January 9, 2018, to the date of entry of judgment.

## III.    CONCLUSION

For the reasons stated, TriZetto's motion for attorneys' fees, costs and pre- and post-judgment interest is **GRANTED** in part. Attorneys' fees are awarded in the amount of $12,395,484.50. Pre-judgment interest is awarded under New York law at a rate of 9% per annum on the total amount of compensatory damages, accruing on and after January 9, 2018, until the date of entry of judgment. Post-judgment interest, which is mandatory for any money judgment recovered in a federal civil case, is awarded at the statutory rate, accruing from the date of judgment until the date of payment. *See* 28 U.S.C. § 1961. TriZetto is awarded costs as the prevailing party pursuant to Federal Rule of Civil Procedure 54(d)(1). It is further

**ORDERED** that, by **April 10, 2026**, TriZetto shall file a bill of costs. It is further

**ORDERED** that the parties shall confer regarding a proposed form of judgment consistent with the Orders entered in this case, which TriZetto shall file by **April 10, 2026**.

The Clerk of Court is respectfully directed to terminate the motion at Dkt. 1603.

Dated: March 27, 2026
       New York, New York

LORNA G. SCHOFIELD
**UNITED STATES DISTRICT JUDGE**

13

# Exhibit 5

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| SYNTEL STERLING BEST SHORES MAURITIUS LIMITED and SYNTEL, INC., <br><br> Plaintiffs and Counterclaim-Defendants, <br><br> v. <br><br> THE TRIZETTO GROUP, INC. and COGNIZANT TECHNOLOGY SOLUTIONS CORP., <br><br> Defendants and Counterclaim-Plaintiffs. | 1:15-CV-00211 (LGS) (SDA) <br><br> Hon. Lorna G. Schofield |

## AMENDED FINAL JUDGMENT

On May 18, 2021, a Final Judgment was entered in this action based on a unanimous verdict returned by a jury on October 27, 2020.  (Dkt. 994).

An appeal was taken by Syntel and, on May 25, 2023, the Second Circuit issued an opinion and remanded for further proceedings.  *Syntel Sterling Best Shores Mauritius Ltd. v. TriZetto Grp., Inc.*, 68 F.4th 792 (2d Cir. 2023); (Dkts. 1093, 1094).  On remand, this Court vacated the remaining compensatory damages judgments and granted TriZetto's motion for attorney's fees in the amount of $14,548,992.98.  (Dkt. 1134).  The Court subsequently granted TriZetto's motion for a new trial on compensatory damages.  (Dkt. 1155).

A jury trial on TriZetto's compensatory damages commenced in the above-captioned case on June 24, 2025, and on June 30, 2025, the jury reached and returned its unanimous verdict finding:

1.    TriZetto suffered damages of $69,977,813 from Syntel's trade secret misappropriation under New York law;

2.    TriZetto suffered damages of $59,700,000 from Syntel's trade secret misappropriation under the Defend Trade Secrets Act ("DTSA");

3.     TriZetto suffered damages of $65,261,913 from Syntel's copyright infringement and

4.     The total amount of compensatory damages TriZetto is entitled to receive from Syntel is $69,977,813.

Following the verdict, both parties filed post-trial motions.  On March 27, 2026, the Court issued orders:

1.     Awarding TriZetto additional attorneys' fees in the amount of $12,395,484.50;

2.     Awarding TriZetto pre-judgment interest "under New York law at a rate of 9% per annum on the total amount of compensatory damages, accruing on and after January 9, 2018, until the date of entry of judgment," which totals $60,927,590 through April 24, 2026, and an additional $21,604 per day for each day thereafter until final judgment is entered;

3.     Awarding TriZetto post-judgment interest;

4.     Awarding TriZetto costs pursuant to Federal Rule of Civil Procedure 54(d)(1);

5.     Denying Syntel's motion for judgment as a matter of law or for a new trial and

6.     Granting Syntel's renewed motion to alter or amend the judgment as to punitive damages.

The Court further finds that a retrial on punitive damages at this juncture is not required by the Seventh Amendment and would be futile in light of the Court's order regarding the maximum appropriate punitive damages award and setting remittitur at $139,955,626.  As such, the Court amends its prior order to reduce the punitive damages award in favor of TriZetto to $139,955,626 as a matter of law.

Pursuant to Rule 58 of the Federal Rules of Civil Procedure, the Court hereby amends the Final Judgment entered at Dkt. 994 and ORDERS and ENTERS AMENDED JUDGMENT as follows:

1.     Syntel engaged in trade secret misappropriation in violation of the DTSA.

2.     Syntel engaged in trade secret misappropriation in violation of New York law.

3.     Syntel engaged in copyright infringement.

2

4.      TriZetto did not breach the Master Services Agreement.

5.      TriZetto and Cognizant did not misappropriate Syntel Mauritius's confidential information.

6.      TriZetto and Cognizant did not intentionally interfere with Syntel Inc.'s contractual relations.

7.      TriZetto is awarded $69,977,813 in compensatory damages and $139,955,626 in punitive damages as a matter of law.

8.      TriZetto is awarded prejudgment interest of $60,927,590 through April 24, 2026, and an additional $21,604 per day for each day thereafter until final judgment is entered.

9.      TriZetto is awarded $26,944,477.48 in attorneys' fees.

10.     TriZetto is awarded post-judgment interest starting from the date on which the amended judgment is entered pursuant to 28 U.S.C. § 1961.

11.     TriZetto is awarded costs pursuant to Federal Rule of Civil Procedure 54(d)(1).

12.     A permanent injunction was entered on May 18, 2021 (Dkt. 993), and remains in effect.

SO ORDERED this 29th day of April, 2026.

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

3

# Exhibit 6

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X
: 
SYNTEL STERLING BEST SHORES    :
MAURITIUS LTD., et al.,    :
                           Plaintiffs,    :          15 Civ. 211 (LGS)
: 
            -against-    :               <u>ORDER</u>
: 
THE TRIZETTO GROUP, INC., et al.,    :
                     Defendants.   :
: 
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, Counterclaim Plaintiffs The TriZetto Group, Inc. and Cognizant Technology Solutions Corporation (together, "TriZetto"), move for a new trial on the issue of compensatory damages. TriZetto's motion argues (1) that it is within the Court's discretion to grant a new trial, (2) that TriZetto did not waive its right to seek a new trial and (3) that a new trial is warranted because the decision in *Syntel Sterling Best Shores Mauritius Ltd. v. TriZetto Grp., Inc.*, 68 F.4th 792 (2d Cir. 2023) ("*Syntel*"), changed the law regarding available theories of damages and, given the liability finding in TriZetto's favor and prior vacatur of the compensatory damages awards, the current zero-dollar compensatory damages award is unjust. TriZetto also requests certain additional discovery should a new trial be granted.

      WHEREAS, Counterclaim Defendants Syntel Sterling Best Shores Mauritius Limited and Syntel, Inc. (together, "Syntel") oppose the motion.

      WHEREAS, in the original trial, the jury returned a verdict for TriZetto on all counts. The jury found that Syntel had misappropriated TriZetto's trade secrets, violating both the federal Defend Trade Secrets Act ("DTSA") and New York law, and had infringed TriZetto's copyrights. To compensate for Syntel's misappropriation, the jury found that TriZetto had suffered damages of $284,855,192 in avoided development costs under the DTSA and half that amount,

$142,427,596, as a reasonable royalty under New York law.  The jury also found that TriZetto had suffered damages of $59,100,000 as a reasonable royalty for Syntel's copyright infringement. To avoid duplicative damages, the jury awarded TriZetto $284,855,192 in compensatory damages, plus double that amount, $569,710,384, for punitive damages, for a total of $854,565,576.  Although TriZetto presented the jury with evidence of its lost profits, it did not argue them as a basis for an award to avoid duplicative damages.  Consequently, the jury was not asked to determine, nor did it determine, whether or in what amount TriZetto may be entitled to lost profit damages.

WHEREAS, after trial, the punitive damages award, which was based on either or both of the DTSA claim and the New York claim, was remitted to $284,855,192 on account of the "large compensatory damages award" and "Syntel's reprehensible but not egregious conduct."  TriZetto did not object to remittitur.  TriZetto's application for a permanent injunction was granted, and Syntel was enjoined from using any of the trade secrets going forward.

WHEREAS, on appeal to the Second Circuit, Syntel challenged both the liability finding and the damages award under the DTSA.  The court affirmed Syntel's liability but vacated the damages award.  *Syntel*, 68 F.4th 792 at 800, 807.  The Second Circuit held that avoided costs are not available under the DTSA as a matter of law in a case like this one where Syntel's misappropriation did not injure TriZetto beyond its $8.5 million in lost profits.  *Id.* at 807-14. The Second Circuit had never previously addressed avoided costs as a theory of damages under the DTSA, and no appellate court had previously adopted the Second Circuit's view of DTSA damages.  *See Syntel Sterling Best Shores Mauritius Ltd. v. TriZetto Grp., Inc.*, No. 15 Civ. 211, 2021 WL 1553926, at *6-7 (S.D.N.Y. Apr. 20, 2021) (rejecting Syntel's post-trial challenge to

2

the damages award), *aff'd in part, vacated in part, remanded sub nom. Syntel Sterling Best Shores Mauritius Ltd. v. The TriZetto Grp., Inc.*, 68 F.4th 792 (2d Cir. 2023).

WHEREAS, the Second Circuit remanded the case "to address the propriety of the two jury awards that were based on TriZetto's damages theory of awarding a reasonable royalty: (1) the $142,427,596 New York trade secret misappropriation award and (2) the $59,100,000 copyright infringement award." *Syntel*, 68 F.4th at 814. The mandate instructs that the case is not remanded for the Court "to determine if TriZetto is entitled to lost profit damages under § 1836(b)(3)(B)(i)(I) of the DTSA" because the verdict form "did not ask the jury to determine if (and to what amount) TriZetto was entitled to lost profit damages" and "[b]ecause TriZetto d[id] not argue on appeal that it is entitled to its lost profits . . . ." *Id.* at 814-15.

WHEREAS, on remand, the jury's award of $142,427,596 in reasonable royalty damages on the New York trade secret misappropriation claim was vacated because the amount bore no reasonable relation to the actual harm TriZetto had suffered. *Syntel Sterling Best Shores Mauritius Ltd. v. TriZetto Grp., Inc.*, No. 15 Civ. 211, 2024 WL 1116090, at *3 (S.D.N.Y. Mar. 13, 2024). The $59,100,000 in reasonable royalty damages awarded on the Copyright Act claim was vacated on the same basis and because it was supported by insufficient evidence. *Id.* at *4. TriZetto's motion for $14,548,992.98 in attorneys' fees was granted. *Id.* Entry of judgment was stayed to allow the parties to file any follow-on motions. *Id.* at *8.

WHEREAS, under Rule 59(a), a new trial may be granted "for any reason for which a new trial has heretofore been granted in an action at law in federal court." Fed. R. Civ. P. 59(a). In general, "[a] trial court should not grant a motion for a new trial unless it is convinced that the jury reached a seriously erroneous result or that the verdict is a miscarriage of justice." *Ali v.*

3

*Kipp*, 891 F.3d 59, 64 (2d Cir. 2018).[1]  District courts may grant this relief "for substantial reasons," including "manifest error of law or mistake of fact."  *Ball v. Interoceanica Corp.*, 71 F.3d 73, 76 (2d Cir. 1995); *accord Smalls v. N.Y.C. Emps.' Ret. Sys.*, No. 18 Civ. 5428, 2021 WL 1292734, at *2 (S.D.N.Y. Apr. 7, 2021), *aff'd*, No. 21-1214, 2022 WL 728670 (2d Cir. Mar. 11, 2022).  "A new trial should not therefore be granted simply because the losing party thinks it may do better given another opportunity."  *LiButti v. United States*, 178 F.3d 114, 119 (2d Cir. 1999); *accord Rinaldi v. SCA La Goutte, D'Or,* No. 16 Civ. 1901, 2022 WL 17370031, at *8 (S.D.N.Y. Dec. 2, 2022).  A new trial also may be appropriate where a change in the law has occurred.  *See, e.g.*, *Sass v. MTA Bus Co.*, 6 F. Supp. 3d 229, 236 (E.D.N.Y. 2014) (collecting cases); *LiButti*, 178 F.3d at 119 (stating that an "intervening change in controlling law" can be an appropriate basis for granting a new trial under Rule 59, although an amended judgment is often the preferred correction); *Elsevier Inc. v. Grossmann*, No. 12 Civ. 5121, 2017 WL 1843298, at *6 (S.D.N.Y. May 8, 2017) (granting a new trial for plaintiffs to present evidence under a different standard after an intervening change in law).

WHEREAS, at trial, TriZetto relied in good faith on a theory of damages that it believed was available under relevant law.  Syntel itself presented expert testimony on the amount of damages TriZetto had suffered under each of the three theories of damages.  The Second Circuit left undisturbed the jury's liability finding that Syntel misappropriated TriZetto's trade secrets and that TriZetto was harmed as a result.  *Syntel*, 68 F.4th at 811.  The jury awarded TriZetto the largest amount of compensatory damages offered by TriZetto's expert, plus substantial punitive

---

[1] Unless otherwise indicated, in quoting cases, all internal quotation marks, footnotes and citations are omitted, and all alterations are adopted.

4

damages, resulting in a total award exceeding $850 million.  The jury expressed its clear view about the harm to TriZetto and the maliciousness of Syntel's conduct.  Penalizing TriZetto with no compensatory damages for relying on a colorable theory in an unclear area of law would be a serious injustice and disrespect the jury's view.

WHEREAS, Syntel argues that granting a new trial would violate the appellate court's mandate.  This is incorrect.  The Second Circuit stated, "Because TriZetto does not argue on appeal that it is entitled to its lost profits if we vacate the avoided costs award, we do not instruct the district court to consider the issue on remand."  *Id.* at 815.  The issue of lost profits was not before the appellate court because the judgment on appeal did not include any finding on lost profits.  "[A]t trial, TriZetto took the view that awarding lost profits and avoided costs would constitute 'double counting' under the DTSA; [therefore] the verdict form . . . did not ask the jury to determine . . . lost profit damages."  *Id.* at 814-15.  The Second Circuit did not address, much less foreclose, seeking a jury verdict on that issue.

WHEREAS, Syntel argues that a new trial would be inappropriate because TriZetto's error caused the need for a new trial, and TriZetto should not be rewarded with a second bite at the apple.  Syntel relatedly argues that the Second Circuit did not change the relevant law and that TriZetto could have presented alternative damages theories at trial but chose not to do so.  These arguments are unpersuasive.  TriZetto's original presentation relied on a fair understanding of the available damages theories, which later was determined to be an error of law.  This is not a situation where a losing party merely is unsatisfied with the outcome or thinks it could have prevailed on a different theory.  At trial, the jury, the parties and the trial court all relied on an

5

incorrect understanding of the law, which lead to the jury's now-vacated verdict.  A new trial on damages is warranted based on a "manifest error of law."  *Ball*, 71 F.3d at 76.

WHEREAS, TriZetto seeks to reopen discovery to obtain evidence it argues was unavailable or that it had not foreseen to be relevant.  TriZetto does not include specific requests or categories of evidence, but instead states that it seeks Syntel's financial information from after the close of discovery through the issuance of the injunction and materials related to theories that arose during expert discovery.  It is hereby

**ORDERED** that TriZetto's motion for a new trial on compensatory damages is **GRANTED**.  It is further

**ORDERED** that, by **October 30, 2024**, TriZetto shall file a letter stating specifically what limited additional discovery TriZetto would seek if discovery were reopened (e.g., what specific document demands, what interrogatories), why that discovery is proportional given the late stage of the case and why that discovery was not sought earlier.  By **November 6, 2024**, Syntel shall file a letter in response.  By **November 6, 2024**, the parties shall meet and confer and file a joint letter proposal regarding the new trial, including the parties' proposed outline of the matters to be presented at trial, including what stipulations and witnesses are contemplated.

Dated: October 23, 2024
      New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**